THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
DEBORAH TANZYUS,                        *
211-D Victor Parkway                    *
Annapolis, MD 21403                     *
                                        *
            Plaintiff,                  *
                                        *   CIVIL ACTION _____
       vs.                              *
                                        *   SUPERIOR COURT NO. 05-0007030
ELI LILLY AND COMPANY,                  *
Lilly Corporate Center                  *
Indianapolis, IN  46285,                *
                                        *
            Defendant.                  *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

125789v1

Respectfully submitted,

*/s/ Michelle R. Mangrum*
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, N.W., Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
John F. Kuckelman
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

125789v1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of September, 2005, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

    Aaron M. Levine, Esq.
    Aaron Levine & Associates
    1320 19th St., NW, Suite 500
    Washington, D.C. 20036

    **Attorneys for Plaintiffs**

_____
**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

3

125789v1