## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
DEBORAH TANZYUS,                        *
211-D Victor Parkway                    *
Annapolis, MD 21403                     *
                                        *
                Plaintiff,              *
                                        *       CIVIL ACTION _____
        vs.                             *
                                        *       SUPERIOR COURT NO. 05-0007030
ELI LILLY AND COMPANY,                  *
Lilly Corporate Center                  *
Indianapolis, IN  46285,                *
                                        *
                Defendant.              *
* * * * * * * * * * * ** * * * * * * * * * * * *
```

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.


Dated:  September 19, 2005                    Respectfully Submitted,

                                             SHOOK, HARDY & BACON, L.L.P.

                                             *John Chadwick Coots*

                                             John Chadwick Coots, DC Bar No. 461979
                                             600 14th Street, N.W., Suite 800
                                             Washington, D.C. 20005-2004
                                             (202) 783-8400 Telephone
                                             (202) 783-4211 Facsimile

                                             **ATTORNEYS FOR DEFENDANT
                                             ELI LILLY AND COMPANY**


125790v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2005, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

_John Chadwick Coots_

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

125790v1