**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DEBORAH TANZYUS,**<br>**211-D Victor Parkway**<br>**Annapolis, MD 21403** | * | |
| **Plaintiff,** | * | |
| **vs.** | * | **CIVIL ACTION ____________** |
| | * | **SUPERIOR COURT NO. 05-0007030** |
| **ELI LILLY AND COMPANY,**<br>**Lilly Corporate Center**<br>**Indianapolis, IN 46285,** | * | |
| **Defendant.** | * | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: September 19, 2005

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

Emily J. Laird, D.C. Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of September, 2005, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Emily J. Laird
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**



125791v1