IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEBORAH TANZYUS,**
211-D Victor Parkway
Annapolis, MD 21403

           **Plaintiff,**

vs.       CIVIL ACTION NO. 05-CV-01849-JR

**ELI LILLY AND COMPANY,**
Lilly Corporate Center
Indianapolis, IN  46285,

           **Defendant**.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  September 22, 2005        Respectfully Submitted,

        SHOOK, HARDY & BACON, L.L.P.

         /s/ Michelle R. Mangrum
        Michelle R. Mangrum, DC Bar No. 473634
        600 14th Street, N.W., Suite 800
        Washington, D.C. 20005-2004
        (202) 783-8400 Telephone
        (202) 783-4211 Facsimile

        **ATTORNEYS FOR DEFENDANT**
        **ELI LILLY AND COMPANY**

125883v1

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 22nd day of September, 2005, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

I further certify that a true and accurate copy of the foregoing was sent the same date first written above by first-class United States mail, postage pre-paid thereon, to all non-CM/ECF participants, if any, as identified below.

None.

/s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

125883v1