UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH TANZYUS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1849 (JR) |
| ELI LILLY AND COMPANY, | : |
| Defendant. | : |

### ORDER REFERRING TO A MAGISTRATE JUDGE

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred to Magistrate Judge Kay for settlement. And it is

**FURTHER ORDERED** that the parties notify Judge Robertson's chambers of the status of the settlement no later than **4:00 p.m. on October 31, 2006.**

JAMES ROBERTSON
United States District Judge