# EXHIBIT 1

JAN 1 9 2006

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEBORAH TANZYUS,          ]
                             ]
          **Plaintiff,**         ]
                             ]
          **v.**              ]     Civil Action No.: 05-cv-01849 (JR)
ELI LILLY AND COMPANY,     ]
                             ]
          **Defendant.**       ]

## PLAINTIFF DEBORAH TANZYUS'S ANSWERS TO DEFENDANT ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

1.     Please state your present name, date and place of birth, Social Security Number, and all other names you have used or been known by, including the period during which you were known by such other names.

**ANSWER:**   Name: Deborah Joyce Tanzyus; Date & Place of Birth: June 8, 1956, Bloomington,

Indiana; Social Security No.: 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; Prior Names: Deborah Joyce Johnston

prior to 9/26/1993.

2.     Please state in chronological order the full address for each residence at which you have resided for a period of thirty (30) days or more, and state the date each such residency was commenced and terminated.

**ANSWER:**   a.    1417 Jefferson St.
                    Kokomo, IN
                    6/8/1956 - 9/1957
                    Parents

            b.    110 W. 7th St.
                    Mishawaka, IN
                    9/1957 - 3/1958
                    Parents

            c.    2616 Sampson
                    South Bend, IN
                    3/1958 - 9/1959
                    Parents, Sister

d.     204 Juniper St.
Park Forest, IL
8/1959 - 10/ 1960
Parents, Sister

e.     300 S. Ridge St.
Portchester, NY
10/1960 - 12/1960
Parents, Sister

f.     7606 Knollwood Rd.
Towson, MD
11/1960-11/1962
Parents, Sister

g.     205 Holland Rd.
Severna Park, MD
11/1962 - 11/1965

h.     2714 Birdseye Ln.
Bowie, MD
11/1965 - 9/1976
Parents, Sister

i.     University of MD
Centerville Dormatories
College Park, MD
9/1976-6/1978
Various college roommates

j.     Bucknell Dr.
Wheaton, MD
1979 - 1980
Roommates

k.     Judson Rd.
Glenmont, MD
1980-1982
Roommates

2

l.      1806 Metzerott Rd.
        Presidential Park Apts.
        Adelphi, MD
        1982-1983
        Roommates

m.      6119 43rd St.
        Riverdale, MD
        1984-1985
        Roommates

n.      7511 Creighton Dr.
        College Park, MD
        1986
        Roommates

o.      1320 May Ct.
        Silver Spring, MD 20906
        1986-1987
        Roommates

p.      3060 Bel Pre Rd.
        Apt. 1-A
        Aspin Hill, MD
        1987-1988
        Roommates

q.      3812 Tremayne Terrace
        Silver Spring, MD
        1988-1990
        Roommates

r.      17623 Longview Ln.
        Olney, MD 20822
        1991-1992
        Roommates

s.      3108 Tremayne Terrace
        Silver Spring, MD
        1992-1993
        Sister

3

t.     211-D Victor Parkway
       Annapolis, MD 21403
       9/1993 - present
       Husband

3.   Please state whether you have ever been married and, if so, for each marriage identify the full name and present address of your spouse, the date and place of marriage and the date, place and manner of the termination of any such marriage, including the date, place and court where any divorce or dissolution was granted.

**ANSWER:**   Spouse: Daniel Mark Tanzyus; Address:203 Bethune Drive, Easton, MD 21601

Date of Marriage: 9/26/1993; Place of Marriage: Woodlawn Baptist Church, 5001

Church Rd., Bowie, MD 21075.

4.   Please state your educational background including colleges attended, years of such attendance and any degrees or diplomas obtained from such colleges.

**ANSWER:**   College - Bachelor of Science; Elementary and Special Education; 1/1979

5.   Please state the name and address of your present and past employers and/or any periods of self-employment, including the job title, nature of duties, length of period of employment or self-employment, average monthly earnings and reason for leaving employ of each such employer or period of self-employment.

**ANSWER:**

a.   Mutual Funding, Inc., Pasadena, MD, 21122
     6/2003 - present

b.   Galaxy Furniture, Laurel, MD, 20708
     4/2003 - 5/2003
     Better Opportunity

c.   Universal Debt Reduction, Home-based Business;
     1/2003 - 4/2003
     Inadequate income generation

4

iv.      Attempted conception 5/1995 - 8/1999

Conception in 8/1999

Pregnancy resulted in Ectopic Pregnancy;

Dilation & Cutterage performed; Methotrexate administered; 11/1999.

Union Memorial Hospital, Baltimore, MD

v.      Client has been attempting conception since 8/1999 with no success.

11.    Please state the inclusive dates of your mother's pregnancy with you, your mother's and father's names as of your date of birth, your mother's address during her pregnancy with you, the name and address of the doctor and/or other persons who delivered you, the name and address of the hospital or other place where you were delivered, including a description of the location if not delivered in a hospital.

**ANSWER:**    Inclusive Dates of Pregnancy: approximately 9/1955 - 6/8/1956; Parent's names:

Marilyn and David Johnston; Address throughout pregnancy: 1417 Jefferson St.,

Kokomo, IN; Doctor's names and address: Dr. Wacob, Main St., Kokomo, IN.

Hospital where delivery occurred: Bloomington Hospital, P.O. Box 1149,

Bloomington, IN 47402.

12.    Please list the names of all the drugs and medications used by you within the last ten (10) years, including, but not limited to, antibiotics, contraceptives, tranquilizers, sleeping pills, antihypertensives, diet aids or hormones; the inclusive dates each such drug or medication was used; the purpose for which each such drug or medication was used; and the name of the physician of other health care provider, if any, who prescribed such drug or medication for your use.

**ANSWER:**    The only relevant hormone plaintiff has been exposed to is the DES she was exposed

to in utero.

13.    Please describe with specificity the injuries, disabilities and/or conditions which you allege to have resulted from your alleged exposure to the drug identified in your Complaint, including any complaints of injury, disability, or condition which have now subsided and

8

when you last had those complaints, and if you are claiming any aggravation of any injury, disability, or condition describe such condition, and the manner in which you claim such condition was aggravated by your alleged exposure to the drug identified in the Complaint.

**ANSWER:**   a.   T-shaped uterus, diagnosed on hysteroscopy by Nathan G. Berger, MD; The Union Memorial Hospital, Baltimore, MD 21218.

　　　　　　  b.   Secondary Infertility, diagnosed after 1 failed IVF cycle, by Dr. Jerome Check, Cooper Center for Reproductive Hormonal Disorders, 8002 E. Greentree Commons, Marlton, NJ, 08053.

　　　　　Plaintiff reserves the right to supplement this Answer as discovery progresses.

14.   If you have ever been confined, examined, x-rayed or treated in any hospital or clinic or physician's office or have consulted any physician or other health care provider as a result of any injury, disability, or condition which you allege to have resulted from your alleged exposure to the drug identified in your Complaint, please state the name and address of each such hospital or clinic or office, the name and address of each treating physician or other health care provider, and the nature of the treatment received by you, including the date of each such confinement, examination, x-ray or treatment.

**ANSWER:**   Plaintiff has never had any overnight hospital stays related to her claim.

15.   Please itemize any and all special damages you claim to have incurred as a result of your alleged exposure to the drug identified in your Complaint, including but not limited to, doctor and hospital bills, prescription bills, counseling services, nursing services, and other employed help, including the name and address of the person or company performing the service, the amount of each bill and the nature of the services rendered.

**ANSWER:**   Plaintiff's Special Damages will be produced upon receipt and compilation.

16.   If you are claiming any loss of income or earnings as a result of any injuries, disabilities or conditions attributed to your alleged exposure to the drug identified in your Complaint, please state the total amount claimed, the dates of employment missed and the reasons therefore; and for the last 5 years in which you filed federal income tax returns, state as to each return filed, your name as it appeared on the federal return, whether the return was a joint return, and the name of your spouse as it appeared on the return if a joint return was filed, and your address as it appeared on the return.

**ANSWER:**    Plaintiff is not making a claim for loss of wages at this time.

17.    As to your mother, please state her full name and maiden name; her date and place of birth; her present address if living, the date and cause of death if deceased; all residences at which your mother lived for a period of more than thirty (30) days since her pregnancy with you was diagnosed; any and all major illnesses, diseases and/or conditions your mother has or has had and the approximate dates of such illness, disease and/or condition; the approximate date of each of your mother's pregnancies; the outcome of each of your mother's pregnancies; what drugs, including diethylstilbestrol (DES), were administered in each of your mother's pregnancies; any medical problems developed during your mother's pregnancies; the name and address of each physician or other health care provider your mother consulted during each pregnancy; the name and address of the hospital or clinic where your mother was confined during each such pregnancy; your mother's present marital status and, if married, the name and address of her spouse.

**ANSWER:**    Mother's name: Marilyn Joyce (Graper) Johnston; Date and place of birth:

1/22/1930, in Evansville, IN.; Present Address: #8 Pimlico Ct., Silver Spring, MD

20906;.

Prior addresses:

a.    613 S. Bell St.
       Kokomo, IN
       1953
       Lived with husband

b.    709 E. Mulberry St.
       Kokomo, IN
       6/1953 - 1/1955
       Lived with husband

c.    1417 Jefferson St.
       Kokomo, IN
       1/1955-9/1957
       Lived with husband; Plaintiff born while living at this address

10

d.    110 W. 7th St.
      Mishawaka, IN
      9/1957 - 3/1958
      Husband, Plaintiff

e.    2616 Sampson St.
      South Bend, IN
      3/1958 - 9/1959
      Husband, Plaintiff, Daughter - Beckie Johnston born in 1959

f.    204 Juniper St.
      Park Forest, IL
      9/1959 - 10/1960
      Husband, Plaintiff, Daughter Beckie

g.    300 S. Ridge St.
      Port Chester, NY
      10/1960 - 12/1960
      Husband, Plaintiff, Daughter

f.    7606 Knollwood Dr.
      Towson, MD
      12/1960 - 11/1962
      Husband, Plaintiff, Daughter

g.    205 Holand Rd.
      Severna Park, MD
      11/1962 - 11/1965
      Husband, Plaintiff, Daughter

f.    2714 Birdseye Ln.
      Bowie, MD

11

11/1965 - 6/2004

Husband, Plaintiff, Daughter

g.    #8 Pimlico Ct.

Silver Spring, MD

6/2004 - present

Husband, Daughter

Mother's major illnesses:    None.

Plaintiff's mother has been pregnant three times as follows:

(1)    9/1955 - 6/9/1956: Pregnancy with client; began bleeding early in pregnancy. Dr. Wacob- OB/GYN Provider  DES taken from approx. 12/1955 - 6/1956.

(2)    Miscarriage - Summer, 1958.

(3)    10/1958 - 8/6/1959: Pregnancy with daughter, Beckie Johnston. Unknown if DES exposed in-utero .

Marital Status: Married; Spouse's Name: David Johnston. Same address as Mother.

18.    As to your father, please state his full name; his place and date of birth; his present address if living, the date and cause of death if deceased; all residences at which your father lived for a period of more than thirty (30) days since the date of your birth; all major illnesses, diseases and/or conditions which your father has or has had and the approximate dates of such illness, disease and/or condition; his present marital status and, if married, the name and address of his spouse.

ANSWER:    Father's name: David Cummings Johnston; Date and Place of Birth: 11/24/1927 in

the Lafayette, Indiana. Address: See Plaintiff's Answer to Interrogatory No. 17. Prior

Residences: See Plaintiff's Answer to Interrogatory No. 17; Major Illnesses: None.

Marital Status/Spouse's Address: See Plaintiff's Answer to Interrogatory No. 17.

19.    As to your brothers and sisters, please state their names at birth, their present names if

12

different from their names at birth; their present addresses if living, the date and cause of their deaths if deceased; all major illnesses, diseases and/or conditions which each has had and the dates of each such illness, disease and/or condition; the date of each of their births and their relationship to you (natural brother, step-sister, adopted, etc.).

**ANSWER:**    Plaintiff has one natural sister as follows:

      a.     Name: Beckie Johnston; Address: #8 Pimlico Ct., Silver Spring, MD Illnesses: None; Date of Birth: 8/6/1959. Unknown if DES - exposed in utero.

20.    As to your allegation that your mother ingested diethylstilbestrol (DES) during her pregnancy with you, and that such diethylstilbestrol (DES) was manufactured by Lilly, please state all dates when diethylstilbestrol (DES) was prescribed for your mother, the names and addresses of each physician who prescribed diethylstilbestrol (DES) for your mother, the names and addresses of all pharmacies, physician's offices, hospitals, clinics or other places at which your mother obtained diethylstilbestrol (DES) or it was obtained for her, the name and address of each person known to you or your representatives who has knowledge of facts which support such allegations and please identify each fact and each document which support such allegations.

**ANSWER:**    a.     Dates when DES was prescribed: approximately December of 1955.

      b.     Dr. Wacob, downtown Kokomo, Indiana.

      c.     Plaintiff's mother filled her DES prescription at Hooks Pharmacy, located at 104 N. Main Street in downtown Kokomo, Indiana; Plaintiff reserves the right to supplement this response.

      d.     See statements of William Graff, R.PH. And Keith D. Johns, R. PH. in response to Defendant's Request for Production. Plaintiff reserves the right to supplement this response.

21.    Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, the number of times it was taken per day, and any markings that may have appeared on the product.

The information contained in these answers, as well as the word usage, sentence structure and opinions, are not solely that of the declarant; rather, they are product of counsel in preparation with declarant.

I SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: _1-11-06_

Deborah Joyce Tanzyus, Declarant

AARON M. LEVINE & ASSOCIATES, P.A.

AARON M. LEVINE, #7864
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
202/833-8040

Counsel for Plaintiff

18