# EXHIBIT 2

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - x   **CERTIFIED COPY**

DEBORAH TANZYUS,                  :

       Plaintiff,          :

  Vs.                             :

ELI LILLY AND COMPANY,            :

       Defendant.          :

- - - - - - - - - - - - - x

Deposition of MARILYN JOHNSTON

Washington, D.C.

Friday, July 21, 2006

9:11 A.M.

ATKINSON-BAKER, INC.

COURT REPORTERS

Telephone: 1-800-288-3376

www.depo.com

REPORTED BY: TRISTAN-JOSEPH, RPR-024906

FILE NO: A005ED9

1  that would be asked here today?                          09:21:33

2      A.   I would suppose that you could say that

3  that was what had happened.

4      Q.   And did you talk about Eli Lilly and

5  Company?                                                 09:21:42

6      A.   Not that so much that I can remember.

7  It was the fact that they had made this DES, and

8  that was all.  But that's the only conversation

9  about Eli Lilly.

10     Q.   And was that -- was that Mr. Levine who         09:21:58

11 told -- who said that Eli Lilly and Company made

12 the DES or was it you that said that?

13     A.   It was Mr. Levine.

14     Q.   Okay.  Okay.

15          I didn't want my phone to ring.  Sorry.         09:22:16

16          Did you have any discussion about the

17 description of the medicine that you took during

18 your pregnancy with your daughter?

19     A.   He showed me pictures of pills.

20     Q.   And did you -- what did you do when you         09:22:30

21 saw those pictures and pills?

```
 1   reason to.                                           10:00:41

 2        Q.    So would it be right to say you remember

 3   there was nothing out of the ordinary or wrong?

 4        A.    Correct.

 5        Q.    Okay.  What about your second visit?      10:00:48

 6        A.    I recall that in the first three months,

 7   near the end of the third month, I started to spot.

 8        Q.    So at that point you went to go see

 9   Dr. Wakka?

10        A.    Yes.                                      10:01:07

11        Q.    And do you remember what you talked

12   about at that visit?

13        A.    He said that he would give me something

14   to help carry the pregnancy.

15        Q.    And do you remember what he said he       10:01:22

16   would give you?

17        A.    He didn't tell he what he would give me.

18   I didn't ask.  There's only one --

19        Q.    Go ahead.

20        A.    I asked him if it was Thalidomide         10:01:40

21   because that was the big thing in 1956.
```

```
 1        Q.   And what did he say?                          10:01:48

 2        A.   He said, No.  But that this would not

 3   hurt me or the child.

 4        Q.   So he -- you don't remember him saying

 5   exactly what he was prescribing you?                    10:02:08

 6        A.   Correct.

 7        Q.   Did you talk -- do you recall talking

 8   with him about -- well, let's go back.

 9             Was it a pill that he gave you?

10        A.   Yes.                                          10:02:28

11        Q.   And you remember that?

12        A.   Yes.

13        Q.   Do you remember the size of the pill?

14             MR. LEVINE:  When you say do you

15   remember that, are you referring to did you             10:02:38

16   remember that now?  Did you remember that then?

17             Hold on.  Let me just say something for

18   the record.

19             So your question is unclear, but you can

20   follow-up if you want, when you say do you remember     10:02:48

21   that.
```

```
 1        Q.    Let's talk about, right now, when you          10:03:32

 2   were in that office, at the time then, did you

 3   remember -- do you remember when you were sitting

 4   there in that office, what color the pills would

 5   be?                                                       10:03:43

 6        A.    To my recollection they were white.

 7        Q.    And what size were they to the best of

 8   your recollection?

 9        A.    I don't -- I just don't remember that.

10        Q.    What about shape?                              10:04:09

11        A.    I don't remember.

12        Q.    What about markings on the pill?

13        A.    I don't remember.

14        Q.    What about sporing on the pill, you know

15   the pills you can cut in half because there's a           10:04:22

16   line or a cross on the --

17        A.    I don't remember.

18        Q.    Do you remember if there was writing or

19   logos on the pill?

20        A.    No.                                            10:04:30

21        Q.    Do you remember what the edges of the
```

```
 1   pill looked like?                                        10:04:35

 2        A.    No.

 3        Q.    Do you remember the type of pill it was?

 4              Was it coded, like some pills are

 5   uncoded?                                                 10:04:41

 6        A.    I -- I don't remember.

 7        Q.    Do you remember what the bottle looked

 8   like that you got the pills --

 9        A.    I don't --

10        Q.    -- out of?                                    10:04:55

11        A.    I don't remember.

12        Q.    Do you remember what the label on the

13   pill --

14        A.    I don't remember.

15        Q.    -- was?                                       10:05:00

16              Can you tell me what the doctor said to

17   you about the medication?

18        A.    I don't recall that he said anything

19   about it except that it would keep me -- probably

20   keep me from miscarrying.                                10:05:17

21        Q.    You don't remember him mentioning a
```

```
 1   manufacturer?                                           10:05:26

 2       A.   No.

 3       Q.   You don't remember him showing you any

 4   materials that he looked at in deciding to

 5   prescribe that for --                                   10:05:36

 6       A.   No.

 7       Q.   -- you?

 8            Do you remember the dosage?

 9       A.   No.

10       Q.   Do you remember the number of pills that       10:05:42

11   you took each day?

12       A.   No.

13       Q.   What about the number of times you took

14   pills --

15       A.   No.                                            10:05:49

16       Q.   -- each day?

17            Do you remember the taste of the

18   medication?

19       A.   No.

20       Q.   The cost of the medication?                    10:05:53

21       A.   No.
```

69

```
 1        A.   I didn't have any other problems except      10:10:45
 2   the spotting.
 3        Q.   And did the pills that you were taking
 4   take care of the spotting?
 5        A.   It went away.                                10:10:52
 6        Q.   Do you remember how long it took for it
 7   to go away?
 8        A.   No.
 9        Q.   Did you have any further discussion with
10   your doctor about the medication that you were         10:11:17
11   taking --
12        A.   No.
13        Q.   -- at these later visits?
14             Do you remember how much the medication
15   costs?                                                 10:11:32
16        A.   No.
17        Q.   Was it --
18        MR. LEVINE:  Let her finish.
19   BY MS. LAIRD:
20        Q.   Do you remember if it was expensive,         10:11:36
21   inexpensive.
```

```
 1              THE COURT REPORTER:  One at a time.  One      10:41:01
 2   at a time.
 3              MR. LEVINE:  Let me state -- hold one.
 4              THE COURT REPORTER:  One at a time.
 5              MR. LEVINE:  She's basically asking did        10:41:01
 6   you ever forget or her tell Debbie you didn't take
 7   DES or a drug during your pregnancy with Debbie.
 8              MS. LAIRD:  My --
 9              MR. LEVINE:  And that's all.
10   BY MS. LAIRD:                                            10:41:17
11        Q.   Okay.  So what I'm asking is:  Was there
12   ever a time that you didn't remember what drug you
13   were taking with Deb?
14        A.   That's correct.  I didn't remember.
15        Q.   And why was --                                 10:41:27
16        A.   Because --
17        Q.   -- that?
18        A.   -- I didn't remember.  I didn't remember
19   the incident because I -- both my husbands (sic)
20   and I and our daughters, we live a very wonderful       10:41:38
21   life, and we don't dwell on things, and so I just
```

```
 1  didn't remember.                                      10:41:46

 2          MR. LEVINE:  All right.  That's fine.

 3          MS. LAIRD:  And --

 4          MR. LEVINE:  And she'll ask you

 5  follow-ups.                                           10:41:50

 6          I'm sorry.

 7  BY MS. LAIRD:

 8      Q.  When did you remember that you took

 9  something during your pregnancy with Debbie?

10      A.  It wasn't until last year that it dawned     10:41:59

11  on me that I had taken something for Debbie so that

12  I wouldn't miscarry.

13      Q.  And you could explain a little more.  It

14  dawned on you how?

15          What triggered your memory?                   10:42:17

16      A.  Debbie asked me, again, did I take

17  something.  And I began to, sort of, try to think

18  back to that time, and it took a while, and all it

19  was, yes, I did take something because I did spot

20  with her.                                             10:42:39

21      Q.  And did you remember anything specific
```

```
 1   about the pill at that time like color, size,            10:42:43

 2   shape, that sort of thing?

 3        A.   No.  At that time I didn't even remember

 4   what it was.  I only remembered after thinking

 5   about this, pondering it, I remembered telling          10:42:57

 6   Dr. Wakka when he suggested I take this pill,

 7   whatever it was, I said I don't want to take

 8   Thalidomide.

 9             MR. LEVINE:  Thalidomide.

10             MS. LAIRD:  Yeah.                             10:43:18

11             THE WITNESS:  Thalidomide.

12   BY MS. LAIRD:

13        Q.   Gotcha.

14        A.   It was very big in the news at that time

15   with children being malformed and so on.  And he       10:43:21

16   said this pill will not hurt you, and that sort of

17   came to me after thinking through in my mind what

18   had happened during that era of my life.

19        Q.   And you said this was last year?

20        A.   It was last year.                             10:43:40

21        Q.   Do you remember what month?
```

| | | |
|---|---|---|
| 1 | A. No. But it was in a conversation with | 10:43:43 |
| 2 | Debbie over the telephone, again, when she was | |
| 3 | asking me if I had taken something. | |
| 4 | Q. Had you ever asked you if you had taken | |
| 5 | anything before -- | 10:43:55 |
| 6 | A. Yes. | |
| 7 | Q. -- this year? | |
| 8 | A. It was on the telephone. We were just | |
| 9 | in conversation, and I said no. | |
| 10 | Q. I think I misspoke. | 10:44:02 |
| 11 | Before last year. | |
| 12 | MR. LEVINE: Do you understand her | |
| 13 | question? | |
| 14 | She said before last year did you ever | |
| 15 | have a prior conversation with Debbie concerning | 10:44:08 |
| 16 | your taking anything? | |
| 17 | A. She asked me if I took something, and I | |
| 18 | said, Oh, Debbie, I don't recall taking anything. | |
| 19 | BY MS. LAIRD: | |
| 20 | Q. And how many times do you remember | 10:44:20 |
| 21 | talking with her about that? | |

```
 1          A.   I don't know.  Maybe once or twice.        10:44:23

 2          Q.   Do you remember approximately when that

 3   was?

 4          A.   No.

 5          Q.   So once or twice beforehand on the         10:44:37

 6   phone?

 7          A.   Probably.  Just in conversation.

 8          Q.   In those earlier conversations, did you

 9   ever tell Debbie, no, I did not take anything?

10          A.   That's right.  Because that, to me,        10:45:00

11   meant Thalidomide.

12          Q.   Do you remember specifically what

13   question Debbie asked you?

14          A.   She asked me if I had taken anything

15   during the time that I was pregnant with her, and I   10:45:18

16   didn't.  I said, Oh, Debbie, I don't remember

17   taking anything.

18          Q.   Do you remember in any of those first

19   two conversations before you remembered the

20   prescription, those first two conversations, do you  10:45:33

21   remember Debbie mentioning the words DES or
```

```
 1  diethylstilbestrol?                                      10:45:39

 2       A.   It really didn't mean -- the words did

 3  not mean much to me.  I never heard of them before,

 4  that I -- I never heard the words before.

 5       Q.   Did she use those words?                       10:45:49

 6       A.   I don't recall.

 7       Q.   So you don't recall whether she said,

 8  Did you take anything during your pregnancies or

 9  did you take DES?

10            MR. LEVINE:  Objection.                        10:46:00

11            She testified she asked -- Debbie asked

12  her if she took anything, and she said I don't

13  recall taking anything.  That's what the question

14  was.

15            So she didn't say she didn't recall her        10:46:07

16  asking when Debbie asked did she take anything.

17  She does recall other questions.  That was her

18  testimony.

19  BY MS. LAIRD:

20       Q.   Do you remember if Debbie said, Are you        10:46:15

21  taking DES?
```

| | | |
|---|---|---|
| 1 | Q. When is the first time you remember | 10:56:18 |
| 2 | hearing the word DES or diethylstilbestrol? | |
| 3 | A. Debbie may have mentioned it close, but | |
| 4 | I just wasn't -- it wasn't registering in my mind. | |
| 5 | Q. So you -- so the first person -- | 10:56:36 |
| 6 | A. I can't really tell you that. I don't | |
| 7 | really remember. | |
| 8 | Q. You said something about Debbie. | |
| 9 | So do you think the first time you heard | |
| 10 | about DES was through talking through Debbie? | 10:56:45 |
| 11 | A. It may have been. | |
| 12 | Q. Do you -- | |
| 13 | A. But that would be the only person that I | |
| 14 | would have heard it from. | |
| 15 | Q. Is that the only person, other than | 10:56:53 |
| 16 | Debbie's lawyers, that you've talked to about DES | |
| 17 | with? | |
| 18 | A. That's correct. I haven't talked with | |
| 19 | anyone about it. | |
| 20 | Q. You don't remember when you first talked | 10:57:04 |
| 21 | with Debbie -- | |

```
 1        A.    No.                                       10:57:07

 2        Q.    -- about what DES was?

 3              MR. LEVINE:  You mean DES versus taking

 4   something which she's already testified about?

 5   BY MS. LAIRD:                                        10:57:16

 6        Q.    Yeah, the actual word DES.

 7        A.    No.

 8        Q.    Did you ever talk about the manufacturer

 9   Eli Lilly and Company with your daughter in your

10   discussions about DES?                               10:57:36

11        A.    She mentioned that it was -- you know, I

12   think she mentioned it was Eli Lilly but that was

13   all.

14        Q.    Do you remember ever telling Debbie

15   anything descriptive about the pills that you took   10:57:52

16   as to color, size, shape?

17        A.    No, because I couldn't -- I can't

18   remember what they were like.

19        Q.    And when did you remember the color of

20   the pill that you took?                              10:58:04

21        A.    Well, it was probably when Mr. Lene --
```

```
 1              MR. LEVINE:  Levine.                          10:58:12

 2        A.    -- Levine was talking about it, and he

 3   has the book that shows those things.

 4        Q.    And so did you take a look at the book

 5   and point out what pill wasn't the one you took?         10:58:26

 6        A.    I couldn't point out which pill it was.

 7        Q.    So then how did you remember that it was

 8   white?

 9        A.    It -- it just came to me that, yeah, it

10   was a little.  It was white.  But I don't remember       10:58:43

11   anything else about it.  It was -- I'm very vague

12   about it because I just don't remember.

13        Q.    Are you certain it was white?

14        A.    Probably, yeah.  I think it was.  I

15   don't remember for certain, but I think it was.          10:59:00

16        Q.    Do you know, sitting here today, who

17   manufactured the pill that you took during your

18   pregnancy?

19        A.    Yes.

20        Q.    And who was that?                             10:59:19

21        A.    The lawyer said that it was Eli Lilly.
```

```
 1    CERTIFICATE OF STENOTYPE REPORTER - NOTARY PUBLIC
 2              I, TRISTAN-JOSEPH, Registered Shorthand
 3    Reporter, the officer before whom the foregoing
 4    deposition was taken, do hereby certify that the
 5    witness was duly sworn by me; that the foregoing
 6    transcript is a true, correct, and complete record
 7    of the testimony given; that said proceeding was
 8    taken by me stenographically and thereafter reduced
 9    to typewriting by me; and that I am neither counsel
10    for, related to, nor employed by any of the parties
11    to this litigation and have no interest, financial
12    or otherwise, in its outcome.
13              IN WITNESS WHEREOF, I have hereunto set my
14    hand and affixed my notarial seal this 14th day of
15    August        , 2006.
16
17                                  _____
18                                  TRISTAN-JOSEPH, RPR
19
                                    Notary Public in and for
20                                  District of Columbia
21    My Commission Expires:
22    November 30, 2008
```