# EXHIBIT 3

```
 1              THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - x      CERTIFIED COPY

 4    DEBORAH TANZYUS,           :

 5              Plaintiff,       :

 6         Vs.                   :

 7    ELI LILLY AND COMPANY,     :

 8              Defendant.       :

 9    - - - - - - - - - - - - - x

10

11            Deposition of DEBORAH TANZYUS

12                  Washington, D.C.

13              Friday, July 21, 2006

14                     2:09 P.M.

15

16    ATKINSON-BAKER, INC.

17    COURT REPORTERS

18    Telephone:  1-800-288-3376

19    www.depo.com

20    REPORTED BY:  TRISTAN-JOSEPH, RPR-024906

21    FILE NO:  A005ED9
```

1

```
 1        Q.   Have you talked with anyone at the          18:05:42

 2   pharmacy where your mom got the pill?

 3        A.   No.

 4        Q.   Do you know anyone who has other than

 5   your attorneys' office?                               18:05:50

 6        A.   No.

 7        Q.   Sitting here today do you know that

 8   whether Eli Lilly and company manufactured the pill

 9   that your mom took?

10        A.   I don't know.                               18:06:11

11        Q.   What specific conditions do you claim

12   were caused by your mom taking that bill?

13             MR. LEVINE:  She's mean what injury do

14   you claim now, now that you know.

15             THE WITNESS:  Possible exposure -- I        18:06:23

16   mean, exposure you to DES.

17             MS. LAIRD:  What about --

18             MR. LEVINE:  So what injuries because of

19   that?

20             THE WITNESS:  Oh.                           18:06:30

21             My uterus.
```

```
 1    CERTIFICATE OF STENOTYPE REPORTER - NOTARY PUBLIC

 2              I, TRISTAN-JOSEPH, Registered Shorthand

 3    Reporter, the officer before whom the foregoing

 4    deposition was taken, do hereby certify that the

 5    witness was duly sworn by me; that the foregoing

 6    transcript is a true, correct, and complete record

 7    of the testimony given; that said proceeding was

 8    taken by me stenographically and thereafter reduced

 9    to typewriting by me; and that I am neither counsel

10    for, related to, nor employed by any of the parties

11    to this litigation and have no interest, financial

12    or otherwise, in its outcome.

13              IN WITNESS WHEREOF, I have hereunto set my

14    hand and affixed my notarial seal this 14th day of

15    August, 2006.

16

17

18                            TRISTAN-JOSEPH, RPR

19

                              Notary Public in and for
20                            District of Columbia

21    My Commission Expires:

22    November 30, 2008
```