# EXHIBIT
# 5

## STATEMENT OF TOM WACHOB, JR., M.D.

1.    I was a Board Certified Obstetrician and Gynecologist and was engaged as a practicing Obstetrician and Gynecologist in Kokomo, Indiana from ~~1951~~ until I retired in 1985.

2.    I am familiar with the standard of care and the usual and ordinary practice of OB/GYNs generally and my practice specifically in the 1950s.

3.    I recall from my own independent recollection that obstetricians commonly prescribed Diethylstilbestrol ("DES") in the 1950s for the prevention of accidents of pregnancy, threatened miscarriages, spotting, or prior history of miscarriages as that was the standard of care for obstetricians at that time. Although I do not recall Marilyn Johnston as a patient, it was my custom and practice to prescribe DES to pregnant women with these indications.

4.    Had I known that the use of this medication presented a risk to the offspring of serious malformation, I would not have prescribed DES.

I state under penalty of perjury that the above statement is true and correct. Executed this _14_ day of _July_, 2006.

_Tom Wachob, Jn., M.D._
Tom Wachob, Jr., M.D.

Witness: _Dorothy Wachob_
Address: _2307 Clearstone Dr._
_Kokomo, IN 46902_

Tanzyus