# EXHIBIT 6

## AFFIDAVIT OF KEITH D. JOHNS, R. PH.

1. My name is Keith D. Johns, R. Ph. I currently reside at 73 Chinaberry Circle, Homosassa, FL, 34446. I have been a practicing pharmacist since graduating from Purdue University in 1952.

2. From August 15, 1956 through May 31, 1959, I was a pharmacist employed at Hooks Pharmacy located on 104 N. Main Street in Kokomo, Indiana. My duties included ordering, stocking and dispensing prescription drugs.

3. I am familiar with the inventory and stock of diethylstilbestrol in that store at that time from my personal observation. I have in my mind's eye an actual recollection of Lilly's diethylstilbestrol bottles on the shelves and have no recollection of any other brand.

4. Based on my observation of the habit and custom of the above store at that time, if a woman came into the pharmacy with a prescription for "DES," "stilbestrol," or "diethylstilbestrol," the Lilly brand would have been dispensed to her.

5. I recall at that time, DES was ordered through the following Lilly wholesaler(s):

    Mooney-Mueller-Ward
    Kiefer-Stewart
    South Bend Drug Company

I state under penalty of perjury that the aforementioned statements are true and correct and are based on my personal knowledge and my best recollection of the facts set forth.

12-08-2005

Date

Keith D. Johns, R. Ph.

Witnessed by:

Clyde White

Address: 4848 Oaknoll Dr.
Indianapolis, IN 46221