# EXHIBIT 7

```
 1                THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3
                                              CERTIFIED COPY
 4   DEBORAH TANZYUS,              )
                                   )
 5              Plaintiff,         )
                                   )
 6        vs.                      ) Civil Action No.
                                   )  1:05-cv-01849
 7   ELI LILLY AND COMPANY,        )
                                   )
 8              Defendant.         )

 9

10

11

12

13                      DEPOSITION OF

14                   KEITH D. JOHNS, R.Ph.

15                   INDIANAPOLIS, INDIANA

16                     August 4, 2006

17

18

19

20   ATKINSON-BAKER, INC.
     COURT REPORTERS
21   (800) 288-3376
     www.depo.com
22

23   REPORTED BY:  LINDA C. CALLAHAN, NOTARY PUBLIC

24   FILE NO: A00691D

25
```

1

```
 1              Q.   Okay.  For future reference, that's how
 2     I'll refer to it during the deposition.  Did you work
 3     at the downtown Hook's pharmacy?
 4              A.   Yes, I did.
 5              Q.   Okay.  And when did you work there?
 6              A.   Back up here.  I arrived there August --
 7     approximately August 15, 1956.
 8              Q.   Is that when you indicate you first began
 9     working at Hook's?
10              A.   No, no, that's when I arrived at that        12:08
11     store.
12              Q.   Okay.  Did you work at a different Hook's
13     prior to that?
14              A.   Yes, I did.
15              Q.   Which Hook's did you work at?
16              A.   I worked at 8th and Main Street in
17     Richmond, Indiana.
18              Q.   And how long did you work there?
19              A.   September -- sometime in September of 1954
20     until August 15, 1956 or prior to the time I took over    12:09
21     in Kokomo.
22              Q.   Okay.  So you started at the downtown
23     Hook's store around August 15th of 1956?
24              A.   That is correct.
25              Q.   And did you work there as a pharmacist?
```

```
 1            A.   Yes.
 2            Q.   Do you recall any other general topics that
 3   you discussed with her?
 4            A.   No, not except the repetition of asking if
 5   there was any other brand of diethylstilbestrol that I
 6   stocked, and my comment was that I possibly could have
 7   stocked another brand but I wasn't positive, but my
 8   recollection was it was the Lilly brand.
 9            Q.   And when you indicated that you possibly
10   could have carried another brand, were you referring to       12:23
11   the timeframe of 1955 and '56?
12            A.   Yes.
13            Q.   Prior to your arrival at the Hook's
14   pharmacy in August of 1956, do you know what brand of
15   DES they stocked at the store?
16            A.   No, I do not.
17            Q.   Was that, to your knowledge, Mr. Lebo's
18   responsibility?
19            A.   That is correct.
20            Q.   Do you know, was Mr. Lebo free to order        12:23
21   pharmaceuticals as he saw fit to stock the store?
22            A.   Yes.
23                 (Deposition Exhibit No. 2 was marked
24   for identification.)
25            Q.   Mr. Johns, I'm going to show you what's
```

```
 1   for DES.
 2        A.   Maybe one bottle or two bottles or --
 3        Q.   Okay.  And I'm not asking you to speculate
 4   if you don't recall, but --
 5        A.   Well, it would be a very small amount.
 6        Q.   Do you recall at all the cost?
 7        A.   No.
 8        Q.   I think you indicated in your earlier
 9   testimony that the downtown Hook's pharmacy may have
10   also carried Squibb's DES in 1956; is that correct?      01:03
11        A.   Possibly.
12        Q.   Can you rule out that the downtown Hook's
13   pharmacy carried Squibb's DES in 1956?
14        A.   No, I cannot.
15        Q.   Can you rule out that the downtown Hook's
16   pharmacy carried other brands of DES in 1956?
17        A.   No, I cannot.
18        Q.   Were there any DES manufacturers who you
19   can affirmatively state that Hook's downtown store did
20   not carry at all in 1956?                                01:03
21        A.   No.
22        Q.   Could the DES that was used to fill Mrs.
23   Johnston's prescription have been from a manufacturer
24   other than Lilly?
25        A.   Possibly.
```

1  Q. So you don't have any personal knowledge as
2  to what DES was used to fill her prescription?
3  A. No, I do not.
4  Q. When you ordered DES in 1956, do you recall
5  if you specified Lilly's DES at all?
6  A. No, I do not.
7  Q. Do you recall at all how it compared in
8  price to other manufacturers' DES?
9  A. No.
10 Q. In ordering, did you pay attention to the          01:04
11 different prices that manufacturers charged for
12 prescription drugs, generally?
13 A. No.
14 Q. Does that include also DES?
15 A. That's correct.
16 Q. Do you have any recollection of what the
17 bottle looked like that the DES came in that was
18 carried in 1956?
19 A. No.
20 Q. Do you have any recollection of what          01:05
21 dosages Hook's carried?
22 A. No.
23 Q. When you were the managing pharmacist at
24 the downtown Hook's pharmacy, was that store shelf
25 organized by manufacturer or product, do you recall?

43

REPORTER'S CERTIFICATE

I, LINDA C. CALLAHAN, a Court Reporter and Notary Public, certify;

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time, the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of Indiana that the foregoing is true and correct.

Dated this 4th day of August, 2006.

_____
LINDA C. CALLAHAN

My county of residence: Hamilton
My commission expires: 11/3/08

62