# EXHIBIT 8

## STATEMENT OF WILLIAM GRAFF, R. PH.

1) I currently reside at 1509 Maplewood Drive, Kokomo, Indiana. I am a pharmacist having graduated from the Perdue University School of Pharmacy in 1957.

2) Beginning in 1945, as a clerk and later a licensed pharmacist, and for the next forty-plus years, I have been exclusively and continuously engaged in retail pharmacy in the Kokomo area. Some of the pharmacies in the Kokomo area where I stocked and dispensed pharmaceuticals were:

- Blue Cross Drugstore (As a clerk from 1945 to 1957, and pharmacist/owner from 1957 to 1963).

- Haag Pharmacy (As a pharmacist from 1963 to 1967).

- Howard Community Hospital Pharmacy (As the Director of Pharmacy from 1967-1992).

3) I have been a member of the American Pharmaceutical Association, and been active in pharmacy affairs and education.

4) I have had the opportunity to meet with, work with, and discuss the practice of pharmacy with dozens of other pharmacists in the Kokomo area over the last four decades.

5) I am familiar with those pharmaceuticals commonly used for the care and treatment of pregnant women in the mid-to-late 1950's in the Kokomo area. I am also familiar with the pharmacy literature in the marketing of drugs in the mid-to-late 1950's.

6) I am familiar with the Red and Blue Books and the listings of many DES manufacturers besides Lilly, however, while they may represent all the medications in the world, they have no relevance to the Kokomo, Indiana area as Lilly virtually owned that diethylstilbestrol (DES) market.

7)   Based upon my practice, experience, and observations of the practice of pharmacy, if a woman was prescribed a hormone tablet to prevent a miscarriage in the Kokomo area in 1956, she would have received Lilly's Diethylstilbestrol (DES), as that was virtually the only hormone in pill form used for prevention of accidents of pregnancy.

I state under the penalty of perjury that the above statement based on my personal knowledge and is true and correct.

_12-16-05_
Date

_[signature]_
William Graff

_[signature]_
Witness

3314 W. 50 S.
Kokomo
IN. 46902
Address

CLIENT: TANZEYUS