# EXIBIT 9
# PART 1

# DRUG TOPICS

# Red Book

ESTABLISHED 1897

Published annually by the Topics Publishing Co., Inc., 330 W. 42nd St., N.Y. 36, N.Y.

**PRODUCT INFORMATION**
Alphabetical Listing of Items, Prices, Sizes

**PHARMACISTS REFERENCE**
Timely and Practical Pharmacy Facts

**MANUFACTURERS' CATALOGS**
Sales And Merchandising Aids for Daily Reference

**LIST OF MANUFACTURERS**
With Names and Addresses

**ADVERTISERS' INDEX**

*Current* **FAIR TRADE PRICES**

Textbook 1955

Dienestrol *(Continued)*
Flint, Eaton (FL 33)
Parenteral, Vial
10 cc., ea. ... 2.75
Tablets, 100s, ea. ... 1.50
1000s, ea. ... 11.75
M[illegible] (MA 46P)
Cream, 10 Gm., ea. ... 6.00
Mancegil (MA 8E)
Tablets, 0.3 mg., 100s, ea. .. 1.25* .90
500s, ea. ... 5.35* 2.70

# ORTHO® DIENESTROL CREAM

• ***What the Product Is:*** Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

• ***What It's For:*** Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• ***How Administered:*** Applied intravaginally with ORTHO® measured-dose applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• ***Contraindications:*** Leukoplakic vulvitis, kraurosis vulvae, Bowen's Disease of the vulva and malignancies of the vulva or vagina.

• ***How Supplied:*** Large tubes with or without the Ortho measured-dose applicator.

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey

Ortho (OR 24)
Cream, 2⅝ oz. tube ... 2.25 12.00
W/applicator ... 2.75 22.00

★ ★ ★

Premo (PR 22)
Tablets, 0.5 mg., 100s, ea. ... 1.20
1000s, ea. ... 10.08
West-Ward (WE 31)
Tablets, 0.1 mg., 100s, ea. ... .42
1000s, ea. ... 4.50
0.5 mg., 100s, ea. ... .75
1000s, ea. ... 5.00

# White's DIENESTROL 10mg. TABLETS

• ***What the Product Is:*** A nonsteroid, synthetic estrogen in high-potency tablet form.

• ***What It's For:*** For palliative management of inoperable cancer of the prostate and the female breast and control of functional uterine bleeding. Dienestrol has been reported to be the best tolerated of all commonly used synthetic estrogens. Contraindications are similar to those for any estrogen used for high-potency therapy. Literature describing indications and suggested dosage in detail available on request.

• ***How Supplied:*** Bottles of 100 and 1000 scored tablets.

WHITE LABORATORIES, INC.
Kenilworth, New Jersey

White Labs. (WH 27)
Tablets, 0.1 mg., 100s ... 1.25 9.00
1000s, ea. ... 8.50
0.5 mg., 100s ... 1.75 12.60
1000s, ea. ... 9.80
10 mg., 100s, ea. ... 5.00 3.90
1000s, ea. ... 27.08

★ ★ ★

Dil-Estrone, Kremers-Urban (KR 25)
Tablets, 30s, ea. ... 2.25 1.35
60s, ea. ... 5.29 3.12
300s, ea. ... 24.50 20.70
1000s, ea. ... 67.50 40.50
Diestiane, Pond's (PO 33)
Tablets, 12s, 25¢ ea. ... .22* 2.00
25s, 50¢ ea. ... .47* 4.00
50s, $1.00 ea. ... .90* 8.00
Diestryl, Normand (NO 36H)
Tablets, 5 mg., E.C.
500s, ea. ... 2.95
1000s, ea. ... 5.00
25 mg., 500s, ea. ... 7.10
1000s, ea. ... 13.50
Dieotyle (GI 22E)
Tablets, 5 mg., 100s, ea. ... 1.50 1.00
100 mg., 100s, ea. ... 15.00 22.00
Diet Control Tablets (VE 15)
60s ... 8.00
Dietabs, Key Corp. (KE 62)
Formula Nos. 1, 2 & 3
Series A, Tablets
Set 300, 100 of ea.
per set, $12.00 ea. ... 9.00* 6.00
Set 3000, 1000 of ea.
per set ... 30.00
Series B, Tablets, E.C.
Set 300, 100 of ea.
per set, $15.00 ea. ... 10.00* 7.50
Set 3000, 1000 of ea.
per set ... 36.00
Series C, Capsules
Set 300, 100 of ea.
per set, $18.00 ea. ... 12.00* 9.00
Set 3000, 1000 of ea.
per set ... 45.00
Series E, Tablets, E.C.
Set 300, 100 of ea.
per set, $15.00 ea. ... 10.00* 7.50
Set 3000, 1000 of ea.
per set ... 35.00
No Thyroid Tablets
Set 300, 100 of ea.
per set, $10.00 ea. ... 8.00* 5.50
Dietamine, Key Corp. (KE 62)
Parenteral, Vial
30 mg./cc., 30 cc., ea. ... 2.50* 1.50
Dietaphen, Key Corp. (KE 62)
Tablets, 100s, ea., $4.00 ea. ... 3.00* 2.00
1000s, ea. ... 18.00
Dietary Supplement
MRT (TH 29C)
Capsules, 100s ... 2.37 27.00
1000s, ea. ... 27.00 18.00
U. S. Std. Prods. (U 23)
Tablets, 100s, ea. ... 1.30
1000s, ea. ... 10.05
Dietcaps (GI 22E)
Capsules, Set 300
100 of ea., per set ... 7.50
Set 3000, 1000 of ea., per set ... 45.00
Dietene (DI 23)
Reducing Supplement
Plain or Chocolate Flavor
1 lb., $1.50 ea. ... 1.09* 12.05
5 lb., ea., $7.30 ea. ... 4.29* 4.90
Dietetic Scale
*For information, see Product Index*
Dietex (DI 11)
Tablets, 63s ... 2.00 24.00
Diethrone, Guardian (VI 56G)
Capsules, 60s, ea. ... 2.00 1.00
120s, ea. ... 3.00 3.00
Di-Eth-Sobol (CH 65)
Aqueous Suspension or in Oil
25 mg./cc., Vial, 10 cc., ea. ... 2.00
Diethylene Glycol Monostearate
(IN 47) 1 oz. ... 12.00
4 oz. ... 34.00

Diethylstilbestrol
A.P.C. (AM 48)
Tablets, 0.5 mg., 100s, ea. ... .22
1000s, ea. ... 2.26
E.C., 100s, ea. ... .40
1000s, ea. ... 1.80
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.64
E.C., 100s, ea. ... .46
1000s, ea. ... 2.06
5 mg., 100s, ea. ... .80
1000s, ea. ... 5.76
E.C., 100s, ea. ... .80
1000s, ea. ... 6.00
25 mg., 100s, ea. ... 1.90
1000s, ea. ... 18.00
E.C., 100s, ea. ... 2.20
1000s, ea. ... 19.20
Abbott (AB 11)
Enterabs, 5 mg.
100s, ea., $4.05 ea. ... 2.84* 2.43
250s, ea., $9.50 ea. ... 5.55* 5.70
1000s, ea., $34.90 ea. ... 21.41* 20.94
Suppositories, Vaginal
0.5 mg., 6s, ea., $1.10 ea. ... .90* .66
50s, ea., $6.60 ea. ... 4.94* 3.96
Tablets
5 mg., 100s, ea., $3.80 ea. ... 2.47* 2.23
250s, ea., $4.75 ea. ... 1.97* 2.25
1000s, ea., $32.40 ea. ... 20.10* 19.44
25 mg., 25s, ea., $2.25 ea. ... 2.09* 1.30
100s, ea., $8.25 ea. ... 7.50* 5.00
1000s, ea., $78.17 ea. ... 71.36* 47.00
Academy (AC 30)
Tablets, 0.1 mg., 100s, ea. ... .20
1000s, ea. ... .85
E.C., 100s, ea. ... .25
1000s, ea. ... 1.20
0.5 mg., 100s, ea. ... .25
1000s, ea. ... .85
E.C., 100s, ea. ... .25
1000s, ea. ... 1.40
1 mg., 100s, ea. ... .30
1000s, ea. ... 1.15
E.C., 100s, ea. ... .35
1000s, ea. ... 2.50
5 mg., 100s, ea. ... .40
1000s, ea. ... 2.25
E.C., 100s, ea. ... .45
1000s, ea. ... 4.00

25 mg., 100s, ea. ... 1.35
1000s, ea. ... 11.00
E.C., 100s, ea. ... 1.35
1000s, ea. ... 12.00
Amer. Drug Prods. (AM 20G)
Tablets, 0.1 mg., 1000s, ea. ... .85
E.C., 1000s, ea. ... .85
0.5 mg., 1000s, ea. ... .85
E.C., 1000s, ea. ... .90
1 mg., 1000s, ea. ... .75
E.C., 1000s, ea. ... 1.30
5 mg., 1000s, ea. ... 1.90
E.C., 1000s, ea. ... 2.15
25 mg., 1000s, ea. ... 6.20
E.C., 1000s, ea. ... 6.80
Approved Pharm. (AP 15)
Tablets, 0.5 mg., 100s, ea. ... .22
500s, ea. ... .40
1000s, ea. ... .85
E.C., 100s, ea. ... .30
500s, ea. ... .90
1000s, ea. ... 1.35
1 mg., 100s, ea. ... .30
500s, ea. ... .90
1000s, ea. ... 1.20
E.C., 100s, ea. ... .35
500s, ea. ... 1.00
1000s, ea. ... 1.50
5 mg., 100s, ea. ... .45
500s, ea. ... 2.00
1000s, ea. ... 3.00
E.C., 100s, ea. ... .60
500s, ea. ... 2.80
1000s, ea. ... 4.40
25 mg., 100s, ea. ... 1.25
500s, ea. ... 5.75
1000s, ea. ... 10.50
E.C., 100s, ea. ... 1.35
500s, ea. ... 6.15
1000s, ea. ... 11.50
Arico (AR 33)
Tablets, 1 mg., E.C.
100s, ea. ... 1.20
5 mg., 100s, ea. ... 1.80
500s, ea. ... 4.50
25 mg., 100s, ea. ... 2.17
500s, ea. ... 9.75
Atlas Pharm. (AT 28P)
Parenteral, In Sesame Oil
Vials, 5 mg./cc., 30 cc., ea. ... 2.00 1.50
25 mg./cc., 10 cc., ea. ... 2.00 1.62
50 mg./cc., 10 cc., ea. ... 4.40 2.38
Tablets, E.C.
1 mg., 1000s, ea. ... 5.00 2.50
5 mg., 1000s, ea. ... 9.00 6.50
25 mg., 1000s, ea. ... 30.00 15.00
Balco (BA 68E)
Tablets, 0.1 mg., 100s, ea. ... .18
1000s, ea. ... 1.00
E.C., 100s, ea. ... .22
1000s, ea. ... 1.00
0.25 mg., 100s, ea. ... .20
1000s, ea. ... 1.15
E.C., 100s, ea. ... .24
1000s, ea. ... 1.75
0.5 mg., 100s, ea. ... .22
1000s, ea. ... 1.20
E.C., 100s, ea. ... .27
1000s, ea. ... 1.90
1 mg., 100s, ea. ... .30
1000s, ea. ... 1.80
E.C., 100s, ea. ... .30
1000s, ea. ... 2.70
5 mg., 100s, ea. ... .45
1000s, ea. ... 2.80
E.C., 100s, ea. ... .60
1000s, ea. ... 4.75
25 mg., 100s, ea. ... 1.05
1000s, ea. ... 24.00
E.C., 100s, ea. ... 2.75
1000s, ea. ... 25.00
Bell Pharm. (BE 25P)
Aqueous or In Oil, Vials
5 mg./cc., 30 cc., ea. ... 3.00
Bellevue (BE 28L)
Parenteral, In Oil
1 mg./cc., Ampuls, 1 cc.
25s, ea. ... 1.44
100s, ea. ... 5.15
Vial, 30 cc., ea. ... .80
2 mg./cc., Ampuls, 1 cc.
25s, ea. ... 1.55
100s, ea. ... 5.60
Vial, 30 cc., ea. ... .86
5 mg./cc., Ampuls, 1 cc.
25s, ea. ... 1.81
100s, ea. ... 5.67
Vial, 30 cc., ea. ... .92
Bio America (BI 24)
Tablets, 10 mg., E.C.
100s, ea. ... 7.25
1000s, ea. ... 5.87
Bowman Bros. (BO 85E)
Tablets, 5 mg., 100s, ea. ... .60
1000s, ea. ... 6.20
Boyle (BO 90)
Tablets, 5 mg., 100s, ea. ... 1.00
1000s, ea. ... 8.75
E.C., 100s, ea. ... 1.13
1000s, ea. ... 9.00
25 mg., E.C., 100s, ea. ... 2.15
Brewer (BR 35E)
Gelcets, 0.5 mg., 100s, ea. ... 1.05 .60
1000s, ea. ... 8.10 3.40
1 mg., 100s, ea. ... 1.25 .75
1000s, ea. ... 10.85 6.81
5 mg., 100s, ea. ... 3.60 2.16
1000s, ea. ... 25.00 15.00
25 mg., 100s, ea. ... 7.50 4.50
1000s, ea. ... 61.35 36.81
Burroughs Wellcome (BU 63)
Tabloid Brand
5 mg., 100s ... 2.00* 24.00
1000s, ea. ... 24.00* 16.00
Cararick (CA 50)
Tablets, 5 mg., 100s, ea. ... 2.00* 1.68
1000s, ea. ... 18.39* 12.26
25 mg., 100s, ea. ... 7.09* 4.72
1000s, ea. ... 63.38* 42.25

Carroll (CA 64N)
Tablets, 0.25 mg., E.C.
100s, ea. ... .30
1000s, ea. ... 2.33
0.5 mg., 100s, ea. ... .32
1000s, ea. ... 1.67
E.C., 100s, ea. ... .36
1000s, ea. ... 1.85
1 mg., 100s, ea. ... .36
1000s, ea. ... 1.97
E.C., 100s, ea. ... .42
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .72
1000s, ea. ... 5.00
E.C., 100s, ea. ... .86
1000s, ea. ... 5.90
25 mg., 100s, ea. ... 1.32
1000s, ea. ... 12.00
E.C., 100s, ea. ... 1.50
1000s, ea. ... 22.50
Chase Chem. (CH 38E)
Tablets, 0.1 mg., 100s, ea. ... .22
1000s, ea. ... 1.56
E.C., 100s, ea. ... .30
1000s, ea. ... 2.00
0.5 mg., 100s, ea. ... .25
1000s, ea. ... 1.80
E.C., 100s, ea. ... .36
1000s, ea. ... 2.25
1 mg., 100s, ea. ... .40
1000s, ea. ... 2.40
E.C., 100s, ea. ... .42
1000s, ea. ... 2.80
5 mg., 100s, ea. ... .80
1000s, ea. ... 6.00
E.C., 100s, ea. ... .84
1000s, ea. ... 6.80
25 mg., 100s, ea. ... 2.20
1000s, ea. ... 20.00
Chemo Puro (CH 32P)
U.S.P., 100 Gm., per Gm. ... .30
Chicago Pharm. (CH 66I)
Tablets, Chlomedic
0.25 mg., E.C., 100s, ea. ... .32
1000s, ea. ... 2.00
0.5 mg., E.C., 100s, ea. ... .36
1000s, ea. ... 2.40
1 mg., E.C., 100s, ea. ... .42
1000s, ea. ... 4.00
5 mg., C.T., 100s, ea. ... 1.10
1000s, ea. ... 8.00
5 mg., E.C., 100s, ea. ... 1.15
1000s, ea. ... 9.00
25 mg., E.C., 100s, ea. ... 3.25
1000s, ea. ... 30.00
50 mg., C.T., 100s, ea. ... 5.15
1000s, ea. ... 49.00
Churchill (CH 69)
Tablets, 50 mg., 100s, ea. ... 5.80* 3.94
Corvit Pharm. (CO 51)
Tablets, 1 mg., E.C.
100s, ea. ... .32
1000s, ea. ... 2.06
5 mg., 100s, ea. ... .60
1000s, ea. ... 4.75
E.C., 100s, ea. ... .65
1000s, ea. ... 5.50
25 mg., 100s, ea. ... 1.50
1000s, ea. ... 12.00
E.C., 100s, ea. ... 1.60
1000s, ea. ... 13.90
100 mg., 100s, ea. ... 4.30
1000s, ea. ... 42.00
Cowley (CO 91E)
Tablets, 0.1 mg., 1000s, ea. ... .80
0.5 mg., 1000s, ea. ... .90
1.0 mg., 1000s, ea. ... 1.25
5 mg., 1000s, ea. ... 2.25
E.C., 1000s, ea. ... 2.75
25 mg., 1000s, ea. ... 8.25
E.C., 1000s, ea. ... 9.50
Daniels (DA 31G)
Tablets, 0.5 mg., 100s, ea. ... .22
1000s, ea. ... .95
E.C., 100s, ea. ... .30
1000s, ea. ... 1.25
1 mg., 100s, ea. ... .30
1000s, ea. ... 1.10
E.C., 100s, ea. ... .36
1000s, ea. ... 1.50
5 mg., 100s, ea. ... .55
1000s, ea. ... 4.00
E.C., 100s, ea. ... .65
1000s, ea. ... 4.90
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 10.00
E.C., 100s, ea. ... 1.40
1000s, ea. ... 12.00
DuMont (DU 21E)
Tablets, 0.5 mg., 100s, ea. ... .22
500s, ea. ... 1.00
1000s, ea. ... 1.60
E.C., 100s, ea. ... .35
500s, ea. ... 1.40
1000s, ea. ... 2.25
1 mg., 100s, ea. ... .30
500s, ea. ... 1.25
1000s, ea. ... 2.00
E.C., 100s, ea. ... .45
500s, ea. ... 1.75
1000s, ea. ... 2.75
5 mg., 100s, ea. ... .65
500s, ea. ... 2.50
1000s, ea. ... 3.90
E.C., 100s, ea. ... 1.00
500s, ea. ... 3.00
1000s, ea. ... 4.90
25 mg., 100s, ea. ... 1.25
500s, ea. ... 5.25
1000s, ea. ... 15.50
E.C., 100s, ea. ... 2.10
500s, ea. ... 9.00
1000s, ea. ... 16.50
200 mg., 100s, ea. ... 6.30
500s, ea. ... 29.00
1000s, ea. ... 55.00
Elder (EL 19D)
Tablets, 0.5 mg., E.C.
100s, ea. ... .50
1000s, ea. ... 2.50

TOPICS RED BOOK

PRODUCT INFORMATION 157 *Diethylstilbestrol—*

**Empire (EM 26)**
Parenteral, In Sesame Oil
Ampuls, 25 mg./cc., 1 cc.
25s, ea. ... 5.00
100s, ea. ... 18.00
Tablets, 5 mg., 1000s, ea. ... 3.50
E.C., 1000s, ea. ... 4.50
25 mg., 1000s, ea. ... 11.00
E.C., 1000s, ea. ... 12.00

**Estro (ES 23)**
Parenteral, in Oil
5 mg./cc., Ampuls, 1 cc.
25s, ea. ... 2.00
100s, ea. ... 10.00
Vial, 30 cc., ea. ... 3.50
Tablets, E.C.
1 mg., 1000s, ea. ... 3.00
5 mg., 1000s, ea. ... 5.25

**Evron (EV 26)**
Tablets, 0.25 mg., 100s, ea. ... .20
1000s, ea. ... 1.15
E.C., 100s, ea. ... .24
1000s, ea. ... 1.75
0.5 mg., 100s, ea. ... .23
1000s, ea. ... 1.30
E.C., 100s, ea. ... .27
1000s, ea. ... 1.90
1 mg., 100s, ea. ... .26
1000s, ea. ... 1.80
E.C., 100s, ea. ... .30
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .45
1000s, ea. ... 3.40
E.C., 100s, ea. ... .50
1000s, ea. ... 4.15
25 mg., 100s, ea. ... 1.50
500s, ea. ... 6.75
1000s, ea. ... 12.50
E.C., 100s, ea. ... 1.60
500s, ea. ... 7.25
1000s, ea. ... 13.50

**Faraday (FA 39)**
Tablets, 0.1 mg., 100s, ea. ... .13
1000s, ea. ... .60
E.C., 100s, ea. ... .22
1000s, ea. ... 1.17
0.25 mg., 100s, ea. ... .14
1000s, ea. ... .70
E.C., 100s, ea. ... .25
1000s, ea. ... 1.75
0.5 mg., 100s, ea. ... .16
1000s, ea. ... .74
E.C., 100s, ea. ... .23
1000s, ea. ... 1.33
1 mg., 100s, ea. ... [illegible]
1000s, ea. ... .65
E.C., 100s, ea. ... .46
1000s, ea. ... 1.41
5 mg., 100s, ea. ... .41
1000s, ea. ... 2.26
E.C., 100s, ea. ... .35
1000s, ea. ... 3.00
10 mg., 100s, ea. ... .50
1000s, ea. ... 4.25
E.C., 100s, ea. ... 1.45
1000s, ea. ... 5.80
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 9.60
E.C., 100s, ea. ... 1.25
1000s, ea. ... 9.60

**Gilbert, Allen (GI 22E)**
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 2.25 1.50

**Gold Leaf (GO 18)**
Parenteral, in Oil
1 mg./cc., Ampuls, 1 cc.
6s, ea. ... .56
25s, ea. ... 1.65
100s, ea. ... 5.63
Vial, 30 cc., ea. ... 1.13
5 mg./cc., Ampuls, 1 cc.
6s, ea. ... .68
25s, ea. ... 2.03
100s, ea. ... 6.75
Vial, 30 cc., ea. ... 1.88
25 mg./cc., Vial, 30 cc., ea. ... 2.81
Tablets, 1 mg., E.C., 100s ... 6.00
1000s, ea. ... 2.20
5 mg., E.C., 100s ... 10.00
1000s, ea. ... 4.30
25 mg., 100s ... 24.00
1000s, ea. ... 11.00
E.C., 100s ... 26.00
1000s, ea. ... 15.00

**Gotham (GO 62)**
Parenteral, In Oil, Vials
5 mg./cc., 10 cc., ea. ... .80 .54
25 mg./cc., 10 cc., ea. ... 1.20 .81
Tablets, 1 mg., 1000s, ea. ... 1.90 1.33
5 mg., 1000s, ea. ... 3.60 2.52
E.C., 1000s, ea. ... 4.30 3.01
25 mg., 1000s, ea. ... 10.40 7.28
E.C., 1000s, ea. ... 11.20 7.84

**Grant (GR 28)**
Parenteral, In Oil, Vials
25 mg./cc., 10 cc., ea. ... 3.00
30 cc., ea. ... 7.00
Tablets, 0.06 mg., 100s, ea. ... 1.00
500s, ea. ... 4.00
1000s, ea. ... 7.50
0.1 mg., 100s, ea. ... 1.00
500s, ea. ... 4.00
1000s, ea. ... 7.50
0.5 mg., 100s, ea. ... 1.00
500s, ea. ... 4.00
1000s, ea. ... 7.50
1 mg., 100s, ea. ... 1.00
500s, ea. ... 4.00
1000s, ea. ... 7.50
2 mg., 100s, ea. ... 2.00
500s, ea. ... 9.00
1000s, ea. ... 17.00
5 mg., 100s, ea. ... 2.50
500s, ea. ... 11.50
1000s, ea. ... 21.00
10 mg., 100s, ea. ... 4.40
500s, ea. ... 20.00
1000s, ea. ... 38.00
25 mg., 30s, ea. ... 2.50
100s, ea. ... 7.50
250s, ea. ... 18.00
500s, ea. ... 34.00
1000s, ea. ... 62.00
50 mg., 100s, ea. ... 12.00
100 mg., 100s, ea. ... 21.00

**H R C (H 17G)**
Tablets, 0.1 mg., 100s, ea. ... .63
1000s, ea. ... 3.40
0.25 mg., 100s, ea. ... .70
1000s, ea. ... 4.00
0.50 mg., 100s, ea. ... .80
1000s, ea. ... 4.90
1 mg., 100s, ea. ... .90
1000s, ea. ... 5.70
5 mg., 100s, ea. ... 1.90
1000s, ea. ... 14.40
25 mg., 100s, ea. ... 4.25
1000s, ea. ... 36.50
50 mg., 100s, ea. ... 7.25
1000s, ea. ... 69.00
100 mg., 100s, ea. ... 13.25
1000s, ea. ... 123.00

**Haack Labs. (HA 30)**
Tablets, 0.10 mg., E.C.
100s, ea. ... .75* .40
1000s, ea. ... 1.30
0.25 mg., E.C., 100s, ea. ... .75* .40
1000s, ea. ... 1.50
0.5 mg., E.C., 100s, ea. ... .75* .40
1000s, ea. ... 1.50
1 mg., 100s, ea. ... .75* .40
1000s, ea. ... 1.75
E.C., 100s, ea. ... .75* .40
1000s, ea. ... 2.00
5 mg., 100s, ea. ... 1.00* .80
1000s, ea. ... 4.00
E.C., 100s, ea. ... 1.00* .65
1000s, ea. ... 4.25
25 mg., 100s, ea. ... 2.00* 1.25
1000s, ea. ... 12.00
E.C., 100s, ea. ... 2.50* 1.50
1000s, ea. ... 13.00
100 mg., 100s, ea. ... 7.30* 4.00
1000s, ea. ... 32.00

**Hance Bros. & White (HA 41)**
Tablets, 0.5 mg., E.C.
100s ... ...
1000s ... ...
1 mg., E.C., 100s ... ...
1000s ... ...
5 mg., 100s ... ...
1000s ... ...
E.C., 100s ... ...
1000s ... ...
25 mg., 100s ... ...
1000s ... ...
E.C., 100s ... ...
1000s ... ...

**Harvey Labs. (HA 72R)**
Parenteral, Vials
1 mg./cc., 10 cc., ea. ... .75
25 cc., ea. ... 1.50
10 mg./cc., 10 cc., ea. ... 1.50
Tablets, 0.2 mg., 1000s, ea. ... 2.00
0.5 mg., 1000s, ea. ... 2.15
1 mg., 1000s, ea. ... 2.25
E.C., 1000s, ea. ... 2.50
5 mg., 1000s, ea. ... 4.00

**Hillebrand (HI 28)**
Tablets, 0.1 mg., 100s, ea. ... .25
1000s, ea. ... 1.50
0.2 mg., 100s, ea. ... .30
1000s, ea. ... 1.60
0.5 mg., 100s, ea. ... .40
1000s, ea. ... 2.25
1 mg., 100s, ea. ... .45
1000s, ea. ... 2.50
5 mg., 100s, ea. ... .70
1000s, ea. ... 5.50

**Hilly (HI 30Y)**
Tablets, 0.5 mg., 1000s, ea. ... 1.15
1 mg., 1000s, ea. ... 1.70
5 mg., 100s, ea. ... .45
1000s, ea. ... [illegible]
E.C., 1000s, ea. ... 4.50
25 mg., 1000s, ea. ... 10.00

**Horton & Converse (HO 35)**
Parenteral, Vials, 10 cc.
1.0 mg./cc., 1s, ea. ... 1.30* .78
25 mg./cc., 1s, ea. ... 2.60* 1.56
Tablets, 0.1 mg., 100s, ea. ... .85* .51
1000s, ea. ... 6.50* 3.90
0.25 mg., 100s, ea. ... .90* .54
1000s, ea. ... 7.50* 4.50
0.5 mg., 100s, ea. ... .95* .57
1000s, ea. ... 8.00* 4.80
1.0 mg., 100s, ea. ... 1.15* .69
500s, ea. ... 6.00* 3.60
1000s, ea. ... 10.20* 6.12
5.0 mg., 100s, ea. ... 2.25* 1.35
500s, ea. ... 11.00* 6.60
1000s, ea. ... 20.00* 12.00
25 mg., 100s, ea. ... 6.00* 3.60
500s, ea. ... 26.00* 15.60
1000s, ea. ... 50.00* 30.00
100 mg., 100s, ea. ... 15.00* 9.00
E.C., 0.1 mg., 100s, ea. ... .90* .54
1000s, ea. ... 7.50* 4.50
0.25 mg., 100s, ea. ... .95* .57
1000s, ea. ... 8.00* 4.80
0.5 mg., 100s, ea. ... 1.00* .60
1000s, ea. ... 8.80* 5.28
1.0 mg., 100s, ea. ... 1.20* .72
500s, ea. ... 6.67* 4.00
1000s, ea. ... 10.70* 6.42
5.0 mg., 100s, ea. ... 2.50* 1.50
500s, ea. ... 12.00* 7.20
1000s, ea. ... 22.00* 13.20

**Ingraloid (IN 28)**
Ampuls, 5 mg., 1 cc., 12s ... 4.00 ...
25s ... 7.00 ...
100s ... 16.50 ...
*Vial, 10 mg./cc., 15 cc.
12s ... 8.25 ...

**Inj. Research (IN 30)**
Parenteral, In Oil, Vials
1 mg./cc., 20 cc., ea. ... 1.50
25 mg./cc., 10 cc., ea. ... 2.50

**Invenex (IN 71)**
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 1.90 1.13

**Kaye (KA 66)**
Tablets, 0.5 mg., 1000s, ea. ... 1.10
E.C., 1000s, ea. ... 1.45
5 mg., 1000s, ea. ... 2.25
E.C., 1000s, ea. ... 2.50
25 mg., 1000s, ea. ... 8.75
E.C., 1000s, ea. ... 9.50

**Kirkman (KI 41M)**
Tablets, 0.1 mg.
E.C., 100s, ea. ... .40
1000s, ea. ... 1.45
0.25 mg., 100s, ea. ... .30
1000s, ea. ... 1.25
E.C., 100s, ea. ... .40
1000s, ea. ... 1.45
0.5 mg., 100s, ea. ... .30
1000s, ea. ... 1.25
E.C., 100s, ea. ... .40
1000s, ea. ... 1.50
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.75
E.C., 100s, ea. ... .40
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .65
1000s, ea. ... 4.25
E.C., 100s, ea. ... .70
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 12.00
E.C., 100s, ea. ... 1.50
1000s, ea. ... 13.50
100 mg., 100s, ea. ... 4.50
1000s, ea. ... 36.00

**Kremers-Urban (KR 25)**
Tablets, 25 mg., 100s, ea. ... 6.22 3.50
1000s, ea. ... 55.67 33.20

**Lannett (LA 56N)**
Tablets, 0.5 mg.
E.C., 1000s, ea. ... 2.00
1 mg., 1000s, ea. ... 2.00
E.C., 1000s, ea. ... 2.75
5 mg., 500s, ea. ... 2.50
1000s, ea. ... 4.00
E.C., 100s, ea. ... .90
500s, ea. ... 3.00
1000s, ea. ... 5.00
25 mg., 100s, ea. ... 1.75
500s, ea. ... 8.00
1000s, ea. ... 14.00
E.C., 100s, ea. ... 2.25
1000s, ea. ... 16.00

**Lilly (LI 27)**
Enseals, 0.1 mg.
100s, ea., $1.40 sz. ... 1.26* .84
500s, ea., $6.50 sz. ... 5.85* 3.90
1000s, ea., $12.00 sz. ... 10.80* 7.20
0.25 mg.
100s, ea., $1.50 sz. ... 1.35* .90
500s, ea., $7.00 sz. ... 6.30* 4.20
1000s, ea., $13.00 sz. ... 11.70* 7.80
0.5 mg.
100s, ea., $1.60 sz. ... 1.44* .96
500s, ea., $7.50 sz. ... 6.75* 4.50
1000s, ea., $14.00 sz. ... 12.60* 8.40
1 mg.
100s, ea., $1.90 sz. ... 1.71* 1.14
500s, ea., $9.00 sz. ... 8.10* 5.40
1000s, ea., $17.00 sz. ... 15.30* 10.20
5 mg.
100s, ea., $4.05 sz. ... 3.64* 2.43
500s, ea., $18.60 sz. ... 16.74* 11.16
1000s, ea., $34.90 sz. ... 31.41* 20.91
25 mg.
100s, ea., $8.75 sz. ... 7.87* 5.25
500s, ea., $42.10 sz. ... 37.89* 25.26
1000s, ea., $81.70 sz. ... 73.53* 49.02
Parenteral, in Oil, Ampuls
0.5 mg., 1 cc.
6s, ea., $1.50 sz. ... 1.35* .90
25s, ea., $5.17 sz. ... 4.65* 3.10
100s, ea., $16.67 sz. ... 15.00* 10.00
5.0 mg., 1 cc.
6s, ea., $2.08 sz. ... 1.87* 1.25
25s, ea., $7.08 sz. ... 6.37* 4.25
100s, ea., $24.58 sz. ... 22.12* 14.75
Parenteral, Solution in Ethyl Oleate
Ampuls, 25 mg., 1 cc.
6s, ea., $2.50 sz. ... 2.25* 1.50
Suppositories, 0.1 mg.
6s, ea., $1.10 sz. ... .99* .66
50s, ea., $7.50 sz. ... 6.75* 4.50
0.5 mg., 6s, ea., $1.30 sz. ... 1.17* .78
50s, ea., $9.10 sz. ... 8.19* 5.46
Tablets, 0.1 mg.
100s, ea., $1.30 sz. ... 1.17* .78
500s, ea., $5.25 sz. ... 4.72* 3.15
1000s, ea., $9.50 sz. ... 8.55* 5.70
0.25 mg.
100s, ea., $1.40 sz. ... 1.26* .84
500s, ea., $5.75 sz. ... 5.17* 3.45
1000s, ea., $10.50 sz. ... 9.45* 6.30
0.5 mg., 100s, ea., $1.50 sz. ... 1.35* .90
500s, ea., $6.25 sz. ... 5.62* 3.75
1000s, ea., $11.50 sz. ... 10.35* 6.90
1 mg., 100s, ea., $1.80 sz. ... 1.62* 1.08
500s, ea., $7.75 sz. ... 6.97* 4.65
1000s, ea., $14.50 sz. ... 13.05* 8.70
5 mg., 100s, ea., $3.80 sz. ... 3.42* 2.28
500s, ea., $17.35 sz. ... 15.61* 10.41
1000s, ea., $32.40 sz. ... 29.16* 19.44
25 mg., 25s, ea., $2.32 sz. ... 2.09* 1.39
100s, ea., $8.34 sz. ... 7.51* 5.00
500s, ea., $40.84 sz. ... 36.76* 24.50
1000s, ea., $79.17 sz. ... 71.25* 47.50

**Lincoln (LI 31)**
Parenteral, in Oil, 1 mg./cc.
Ampuls, 1 cc., 25s, ea. ... 3.00
100s, ea. ... 7.20
Vial, 30 cc., ea. ... 2.00
Tablets, E.C.
0.25 mg., 1000s, ea. ... 2.16
0.5 mg., 1000s, ea. ... 2.64
1.0 mg., 1000s, ea. ... 3.12
5.0 mg., 100s, ea. ... .72
1000s, ea. ... 6.32
25 mg., C.T., 100s, ea. ... 1.58
1000s, ea. ... 14.90
25 mg., E.C., 100s, ea. ... 2.06
1000s, ea. ... 18.00

**Mann (MA 46P)**
Powder, 10 Gm., ea. ... 8.00

**Marcangil (MA 88E)**
Parenteral, In Oil
Vial, 25 mg./cc., 10 cc., ea. ... 1.50* 1.00
Tablets, E.C.
0.5 mg., Orange
100s, ea. ... 1.06* .70
1000s, ea. ... 7.50* 5.00
1.0 mg., Red
100s, ea. ... 1.20* .86
500s, ea. ... 4.90* 3.20
1000s, ea. ... 9.00* 6.00
5.0 mg., Purple
100s, ea. ... 1.50* 1.00
500s, ea. ... 6.30* 4.20
1000s, ea. ... 12.00* 8.00
25 mg., 100s, ea. ... 3.15* 2.45
500s, ea. ... 22.90* 15.20

**Maurry (MA 91V)**
Parenteral, in Oil, Vial
5 mg./cc., 30 cc., ea. ... 1.40 .84

**McNeil (MC 78)**
Tablets, Enteric Coated
5 mg., 100s, ea. ... 2.00
1000s, ea. ... 16.00
25 mg., 100s, ea. ... 3.00
500s, ea. ... 24.00

**Medi-Synth (ME 31K)**
Parenteral, In Oil, Vials
1 mg./cc., 30 cc., ea. ... 1.00
5 mg./cc., 30 cc., ea. ... 2.00
Tablets, 0.1 mg., 1000s, ea. ... 2.00 1.20
0.5 mg., 1000s, ea. ... 3.34 2.10
1.0 mg., 1000s, ea. ... 4.00 2.40
5.0 mg., 1000s, ea. ... 10.67 6.40
25 mg., 1000s, ea. ... 60.00 19.20

**Merck (ME 52)**
5 Gm. bot., per Gm. ... .35
25 Gm. bot., per Gm. ... .29

**Meredyth (ME 83E)**
Tablets, 5 mg., E.C., 100s, ea. ... 1.59
25 mg., 100s, ea. ... 2.70

**Meyer Chem. (ME 69E)**
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea. ... 2.00
Tablets, 5 mg., E.C.
100s, ea. ... 2.25 1.50
1000s, ea. ... 11.10 7.75
25 mg., 100s, ea. ... 6.00 4.00
1000s, ea. ... 30.00 20.00

**Meyer Drug (ME 72)**
Powder, 10 Gm., ea. ... 3.00
Tablets, 5 mg., 1000s, ea. ... 3.00

**Miller (MI 56)**
Tablets, 1.0 mg., 500s, ea. ... 2.18
1000s, ea. ... 3.65

**Morton (MO 67)**
Tablets, 1.0 mg., 1000s, ea. ... 2 3[illegible]
5.0 mg., 1000s, ea. ... [illegible]
25 mg., 1000s, ea. ... 16.[illegible]

**National Drug (NA 45)**
Tablets, 0.5 mg., 500s, ea. ... 1.6[illegible]
1 mg., 500s, ea. ... 2.4[illegible]
25 mg., 100s, ea. ... 3.30
500s, ea. ... 12.60

**National Drug Labs. (NA 48E)**
Tablets, 1 mg., E.C.
100s, ea. ... .37
1000s, ea. ... 2.22
5 mg., E.C., 100s, ea. ... .75
1000s, ea. ... 6.30
25 mg., C.T., 100s, ea. ... 1.97
1000s, ea. ... 15.00
E.C., 100s, ea. ... 1.95
1000s, ea. ... 15.75

**Nelson Baker (NE 21)**
Tablets, 0.5 mg., 100s, ea. ... .21
1000s, ea. ... 1.29
E.C., 100s, ea. ... .35
1000s, ea. ... 1.60
1 mg., 100s, ea. ... .25
1000s, ea. ... 1.30
E.C., 100s, ea. ... .46
1000s, ea. ... 1.59
5 mg., 100s, ea. ... .62
1000s, ea. ... 4.20
E.C., 100s, ea. ... .70
1000s, ea. ... 5.20
25 mg., 100s, ea. ... 1.59
500s, ea. ... 8.90
1000s, ea. ... 14.56

**Niagara (NI 9)**
Ampuls, 1 mg., 1 cc., 25s, ea. ... 1.60
100s, ea. ... 5.85
2 mg., 1 cc., 25s, ea. ... 1.75
100s, ea. ... 6.20
5 mg., 1 cc., 25s, ea. ... 2.00
100s, ea. ... 7.20
Tablets, 0.5 mg., E.C.
1000s, ea. ... 1.35
1 mg., 1000s, ea. ... 1.25
E.C., 1000s, ea. ... 1.60
5 mg., 100s, ea. ... .55
1000s, ea. ... 3.95
E.C., 100s, ea. ... .60
1000s, ea. ... 4.60
25 mg., 100s, ea. ... 1.40
1000s, ea. ... 11.95
E.C., 100s, ea. ... 1.50
1000s, ea. ... 12.95

**Normand (NO 36H)**
Parenteral, In Sesame Oil
Ampuls, 1 cc.
0.5 mg./cc., 100s, ea. ... 4.90
1.0 mg./cc., 100s, ea. ... 5.65
2.0 mg./cc., 100s, ea. ... 6.60
5.0 mg./cc., 100s, ea. ... 8.50
Vial, 25 mg./cc., 10 cc., ea. ... 2.70
Tablets, 5 mg., E.C.
500s, ea. ... 2.95
1000s, ea. ... 5.06
25 mg., 500s, ea. ... 7.10
1000s, ea. ... 13.10

**Penhurst (PE 35M)**
Tablets, 0.5 mg., 100s, ea. ... .25
500s, ea. ... 1.00
1000s, ea. ... 1.68

*(Continued on next page)*

Case 1:05-cv-01849-JR Document 17-10 Filed 09/08/2006 Page 5 of 8

Diethylstilbestrol *(Continued)*
E.C., 100s, ea. ... .35
500s, ea. ... 1.40
1000s, ea. ... 2.25
1.0 mg., 100s, ea. ... .30
500s, ea. ... 1.25
1000s, ea. ... 2.10
E.C., 100s, ea. ... .45
500s, ea. ... 1.75
1000s, ea. ... 2.75
5.0 mg., 100s, ea. ... .55
500s, ea. ... 2.10
1000s, ea. ... 3.30
E.C., 100s, ea. ... .90
500s, ea. ... 3.00
1000s, ea. ... 4.90
25 mg., 100s, ea. ... 1.75
500s, ea. ... 8.00
1000s, ea. ... 14.75
E.C., 100s, ea. ... 1.95
500s, ea. ... 9.70
1000s, ea. ... 18.30
100 mg., 100s, ea. ... 6.75
500s, ea. ... 30.00
1000s, ea. ... 54.00
Person & Covey (PE 70S)
Tablets, 0.5 mg., E.C.
100s, ea. ... 1.20* .80
1000s, ea. ... 8.00* 4.80
1 mg., E.C., 100s, ea. ... 1.40* .70
1000s, ea. ... 10.00* 5.00
5 mg., Plain or E.C.
100s, ea. ... 2.00* 1.00
500s, ea. ... 9.20* 4.62
1000s, ea. ... 17.00* 8.50
25 mg., Plain or E.C.
100s, ea. ... 5.56* 2.80
500s, ea. ... 26.00* 13.00
1000s, ea. ... 49.80* 24.90
Pharma-Seal (PH 28S)
Tablets, 0.5 mg., 500s, ea. ... .60
1000s, ea. ... .95
E.C., 500s, ea. ... .80
1000s, ea. ... 1.35
1 mg., 500s, ea. ... .80
1000s, ea. ... 1.20
E.C., 500s, ea. ... 1.00
1000s, ea. ... 1.60
5 mg., 100s, ea. ... .55
1000s, ea. ... 3.93
E.C., 100s, ea. ... .65
1000s, ea. ... 4.45
25 mg., 100s, ea. ... 1.35
1000s, ea. ... 10.75
E.C., 100s, ea. ... 1.45
1000s, ea. ... 11.75
100 mg., 100s, ea. ... 4.95
500s, ea. ... 22.95
Pitman-Moore (PI 60)
Tablets, 0.5 mg., 500s, ea. ... 2.75
1 mg., 100s, ea. ... 1.02
500s, ea. ... 4.65
Premo (PR 22)
Ampuls, 5 mg./cc., 1 cc.
25s, ea. ... 2.40
100s, ea. ... 8.00
Enseals, 1 mg., 100s, ea. ... .88
1000s, ea. ... 2.40
5 mg., 100s, ea. ... 1.08
1000s, ea. ... 8.00
25 mg., 100s, ea. ... 2.60
1000s, ea. ... 22.00
Tablets, 1 mg., 100s, ea. ... .80
1000s, ea. ... 2.84
5 mg., 100s, ea. ... 1.00
1000s, ea. ... 6.40
25 mg., 100s, ea. ... 2.20
1000s, ea. ... 20.00
Preston Labs. (PR 32C)
Tablets, 1 mg., E.C.
100s, ea. ... .36
1000s, ea. ... 2.40
5 mg., E.C., 100s, ea. ... .60
1000s, ea. ... 4.92
25 mg., C.T., 100s, ea. ... 1.80
1000s, ea. ... 15.00
E.C., 100s, ea. ... 1.92
1000s, ea. ... 16.20
Rasway (RA 49)
Tablets, 0.5 mg., 1000s, ea. ... .55
E.C., 1000s, ea. ... .95
1 mg., 1000s, ea. ... .95
E.C., 1000s, ea. ... 1.45
5 mg., 1000s, ea. ... 2.35
E.C., 1000s, ea. ... 2.85
25 mg., 1000s, ea. ... 8.35
E.C., 1000s, ea. ... 8.90
Raymer (RA 57E)
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea. ... 2.33 1.40
Tablets, 1 mg., 1000s, ea. ... 5.42 3.25
5 mg., 500s, ea. ... 8.33 5.00
1000s, ea. ... 14.17 8.50
25 mg., 100s, ea. ... 5.00 3.00
1000s, ea. ... 31.25 18.75
Robin (RO 15L)
Tablets, 1 mg., 1000s, ea. ... .75
E.C., 1000s, ea. ... 1.00
5 mg., 1000s, ea. ... 1.80
E.C., 1000s, ea. ... 2.10
25 mg., 1000s, ea. ... 4.75
E.C., 1000s, ea. ... 5.10
Rorer (RO 70)
Tablets, 0.5 mg., EnKeric
1000s, ea. ... 3.75 2.25
1.0 mg., 1000s, ea. ... 4.17 2.50
EnKeric, 1000s, ea. ... 5.00 3.00
5.0 mg., 1000s, ea. ... 11.50 6.90
EnKeric, 1000s, ea. ... 12.34 7.40
St. Louis Pharm. (SA 28H)
Tablets, 0.5 mg., 1000s, ea. ... 2.95
1 mg., 1000s, ea. ... 3.25
5 mg., 1000s, ea. ... 6.25
Sharp & Dohme (SH 21)
Tablets, 0.5 mg., 100s, ea. ... 1.30* .87
1000s, ea. ... 10.35* 6.90
E.C., 100s, ea. ... 1.44* .96
1000s, ea. ... 12.60* 8.40
1 mg., 100s, ea. ... 1.57* 1.05
1000s, ea. ... 13.05* 8.70

E.C., 100s, ea. ... 1.71* 1.14
1000s, ea. ... 15.30* 10.20
5 mg., 100s, ea. ... 3.42* 2.28
1000s, ea. ... 29.16* 19.44
E.C., 100s, ea. ... 3.64* 2.43
1000s, ea. ... 31.41* 20.94
25 mg., E.C., 100s, ea. ... 7.87* 5.25
1000s, ea. ... 73.53* 49.02
Sherman (SH 15)
Tablets, E.C.
0.5 mg., 100s, ea. ... 1.25 .75
500s, ea. ... 3.00 2.00
1000s, ea. ... 9.00 5.40
1 mg., 100s, ea. ... 1.35 .81
500s, ea. ... 5.25 3.15
1000s, ea. ... 10.00 6.00
5 mg., 100s, ea. ... 3.00 1.80
500s, ea. ... 12.00 7.20
1000s, ea. ... 22.00 13.20
Siler (SI 17L)
Tablets, 25 mg., 100s, ea. ... 2.90
1000s, ea. ... 24.00
Smith, C. D. (SM 10)
Tablets, 5.0 mg., 100s, ea. ... 1.00
1000s, ea. ... 9.90
25 mg., 100s, ea. ... 3.90
1000s, ea. ... 35.00
50 mg., 100s, ea. ... 5.90
1000s, ea. ... 52.50
Smith-Dorsey (SM 17)
Tablets, 100s, ea. ... 5.80 3.91
1000s, ea. ... 51.67 34.17
Spartan (SP 22)
Capsules, T.D.
15 mg., 100s, ea. ... 1.90
1000s, ea. ... 15.90
Tablets, 0.5 mg., 100s, ea. ... .25
1000s, ea. ... 1.55
E.C. Red, 100s, ea. ... .30
1000s, ea. ... 1.95
1 mg., 100s, ea. ... .35
1000s, ea. ... 1.85
E.C. Red, 100s, ea. ... .40
1000s, ea. ... 2.35
5 mg., 100s, ea. ... .65
1000s, ea. ... 4.70
E.C. Red, 100s, ea. ... .95
1000s, ea. ... 5.90
25 mg., 100s, ea. ... 1.60
1000s, ea. ... 12.90
E.C. Red, 100s, ea. ... 1.90
1000s, ea. ... 14.40
Squibb (SQ 11)
*See Stilbetin*
Starr (ST 47G)
Tablets, 5 mg., 100s, ea. ... .78
1000s, ea. ... 5.50
25 mg., 100s, ea. ... 1.75
1000s, ea. ... 17.00
Stayner (ST 49)
Tablets, 1 mg., 100s, ea. ... .87
1000s, ea. ... 5.98
E.C., 100s, ea. ... .91
1000s, ea. ... 7.29
5 mg., 100s, ea. ... 1.53
1000s, ea. ... 13.27
E.C., 100s, ea. ... 1.93
1000s, ea. ... 15.97
25 mg., 100s, ea. ... 4.81
500s, ea. ... 22.23
E.C., 100s, ea. ... 5.40
500s, ea. ... 24.30
Success (SU 10)
Tablets, 1 mg., 100s, ea. ... .30
1000s, ea. ... 1.50
E.C., 100s, ea. ... .35
1000s, ea. ... 2.25
5 mg., 100s, ea. ... .60
1000s, ea. ... 3.50
E.C., 100s, ea. ... .90
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.50
1000s, ea. ... 11.00
E.C., 100s, ea. ... 1.70
1000s, ea. ... 12.00
100 mg., 100s, ea. ... 4.95
1000s, ea. ... 45.00
Suppositoria (SU 45L)
Suppositories, Vaginal
0.1 mg., 12s, ea. ... .80
0.5 mg., 12s, ea. ... 1.00
Supreme (SU 45R)
Tablets, 0.5 mg., 100s, ea. ... .32
1000s, ea. ... 1.30
E.C., 100s, ea. ... .40
1000s, ea. ... 1.80
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.64
E.C., 100s, ea. ... .44
1000s, ea. ... 2.04
5 mg., 100s, ea. ... .90
1000s, ea. ... 5.40
E.C., 100s, ea. ... .90
1000s, ea. ... 6.00
25 mg., 100s, ea. ... 2.00
1000s, ea. ... 18.00
E.C., 100s, ea. ... 2.20
1000s, ea. ... 19.20
Tech Bio-Chem. (TE 9)
Aqueous, Vial
5 mg./cc., 10 cc., ea. ... 1.00
In Oil, Vial
25 mg./cc., 10 cc., ea. ... 1.63
Testagar (TE 28)
Capsules, 0.5 mg., 100s, ea. ... .70
1000s, ea. ... 3.75
1 mg., 100s, ea. ... .75
1000s, ea. ... 5.00
Parenteral, In Oil, Vials
5 mg./cc., 30 cc., ea. ... 2.40
25 mg./cc., 30 cc., ea. ... 5.00
Tablets, 0.5 mg., E.C.
100s, ea. ... .70
1000s, ea. ... 3.75
1 mg., E.C., 100s, ea. ... .75
1000s, ea. ... 5.00
5 mg., E.C., 100s, ea. ... 1.68
1000s, ea. ... 12.00
25 mg., 100s, ea. ... 2.60
1000s, ea. ... 23.00

E.C., 100s, ea. ... 2.70
1000s, ea. ... 24.00
Torbrina (TO 27K)
Ampuls, 1 cc.
1 mg., 12s, ea. ... 1.35
25s, ea. ... 2.50
100s, ea. ... 8.75
5 mg., 12s, ea. ... 1.65
25s, ea. ... 2.88
100s, ea. ... 10.00
Towne, Paulsen (TO 30)
Tablets, 1 mg., 1000s, ea. ... 2.00
E.C., 1000s, ea. ... 2.50
5 mg., 1000s, ea. ... 4.50
E.C., 1000s, ea. ... 5.00
25 mg., 1000s, ea. ... 14.00
E.C., 1000s, ea. ... 15.00
Tri-State (TR 36P)
Tablets, E.C., 5 mg., 100s, ea. ... 2.00
500s, ea. ... 8.50
1000s, ea. ... 15.00
Ulmer (UL 12)
Tablets, 5 mg., E.C.
100s, ea. ... 1.40
1000s, ea. ... 10.00
25 mg., C.T., 100s, ea. ... 3.50
1000s, ea. ... 30.00
United Labs. (UN 21)
Tablets, 100s ... 2.50* ...
1000s ... 20.00* ...
Upjohn (UP 10)
Perles, 0.1 mg., Light Green
100s, ea. ... .92
500s, ea. ... 3.70
1000s, ea. ... 6.35
0.25 mg., Green
100s, ea. ... 1.00
500s, ea. ... 4.05
1000s, ea. ... 7.40
0.5 mg., Blue Green
100s, ea. ... 1.06
500s, ea. ... 4.40
1000s, ea. ... 8.10
1.0 mg., Blue
100s, ea. ... 1.25
500s, ea. ... 5.65
1000s, ea. ... 10.25
5.0 mg., Purple
100s, ea. ... 2.90
500s, ea. ... 11.50
1000s, ea. ... 21.00
25 mg., Violet
100s, ea. ... 5.98
500s, ea. ... 28.70
1000s, ea. ... 55.90
Sterile Solution, 1.0 mg.
Ampuls, 1 cc., 6s, ea. ... .96
25s, ea. ... 2.65
50s, ea. ... 6.78
100s, ea. ... 11.75
V.R.C. (VI 56D)
Tablets, 1 mg., 100s ... 2.90
1000s ... 19.30
E.C., 100s ... 6.25
1000s ... 29.76
5 mg., 100s ... 7.32
500s ... 26.40
1000s ... 42.96
E.C., 100s ... 7.32
500s ... 29.76
1000s ... 52.90
25 mg., 100s ... 18.90
500s ... 71.96
1000s ... 120.00
E.C., 100s ... 20.30
500s ... 82.56
1000s ... 135.36
Veltex (VE 14)
Tablets, 0.25 mg., E.C.
1000s, ea. ... 2.00
0.5 mg., 1000s, ea. ... 2.00
E.C., 1000s, ea. ... 2.50
1.0 mg., 1000s, ea. ... 2.50
E.C., 1000s, ea. ... 3.00
5 mg., E.C., 100s ... 4.90
1000s, ea. ... 4.50
25 mg., 100s ... 14.40
1000s, ea. ... 22.50
Vita-Fore (VI 49)
Tablets, 1 mg., E.C.
100s, ea. ... .90
1000s, ea. ... 1.50
5 mg., 100s, ea. ... .50
1000s, ea. ... 3.25
E.C., 100s, ea. ... .65
1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 11.00
E.C., 100s, ea. ... 1.50
1000s, ea. ... 22.00
Vitamix (VI 38T)
Capsules, 0.1 mg., 1000s, ea. ... 2.50
0.5 mg., 1000s, ea. ... 2.90
1.0 mg., 1000s, ea. ... 3.50
Parenteral, in Oil
1 mg./cc.
Ampuls, 1 cc., 25s, ea. ... 2.50
100s, ea. ... 7.50
Vial, 30 cc., ea. ... 1.20
2 mg./cc., Vial, 30 cc., ea. ... 1.40
5 mg./cc., Vial, 30 cc., ea. ... 2.00
25 mg./cc., Vial, 10 cc., ea. ... 2.00
Tablets, 0.5 mg., 1000s, ea. ... 1.50
E.C., 1000s, ea. ... 1.75
1 mg., 1000s, ea. ... 1.65
E.C., 1000s, ea. ... 1.90
5 mg., 1000s, ea. ... 2.60
E.C., 1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 10.00
E.C., 1000s, ea. ... 11.50
Vitarine (VI 60)
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 1.50
Tablets, 0.5 mg., 100s, ea. ... .24
1000s, ea. ... 1.20
E.C., 100s, ea. ... .40
1000s, ea. ... 2.00

1 mg., 100s, ea. ... .30
1000s, ea. ... 2.00
E.C., 100s, ea. ... .40
1000s, ea. ... 2.40
5 mg., 100s, ea. ... .50
1000s, ea. ... 6.76
E.C., 100s, ea. ... .55
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 2.00
1000s, ea. ... 18.00
E.C., 100s, ea. ... 2.20
1000s, ea. ... 19.32
100 mg., 30s, ea. ... 2.40
100s, ea. ... 6.00
1000s, ea. ... 54.00
Webster (WE 16)
Tablets, 5 mg., 100s, ea. ... 1.05
1000s, ea. ... 8.40
25 mg., 100s, ea. ... 1.25
100s, ea. ... 8.75
West-Ward (WE 31)
Tablets, 0.5 mg., 100s, ea. ... .23
1000s, ea. ... 1.06
E.C., 100s, ea. ... .25
1000s, ea. ... 1.38
1.0 mg., 100s, ea. ... .25
1000s, ea. ... 1.42
E.C., 100s, ea. ... .46
1000s, ea. ... 2.06
5.0 mg., 100s, ea. ... .45
1000s, ea. ... 4.70
E.C., 100s, ea. ... .76
1000s, ea. ... 5.50
25 mg., 100s, ea. ... 1.43
1000s, ea. ... 11.75
E.C., 100s, ea. ... 1.65
1000s, ea. ... 14.10
Westerfield (WE 58)
Tablets, E.C.
1 mg., 100s, ea. ... .70
1000s, ea. ... 3.00
5 mg., 100s, ea. ... .97
1000s, ea. ... 5.70
Winsale (WI 28S)
Tablets, 0.5 mg., 100s, ea. ... .25
1000s, ea. ... 1.25
E.C., 100s, ea. ... .40
1000s, ea. ... 1.60
1 mg., 100s, ea. ... .45
1000s, ea. ... 2.50
E.C., 100s, ea. ... .50
1000s, ea. ... 2.90
5 mg., 100s, ea. ... .50
1000s, ea. ... 3.25
E.C., 100s, ea. ... .65
1000s, ea. ... 4.00
25 mg., 100s, ea. ... 2.40
1000s, ea. ... 21.00
E.C., 100s, ea. ... 2.10
1000s, ea. ... 12.90
Diethylstilbestrol, Veterinary
American Serum (AM 5RE)
10 cc., ea. ... .75 .50
Anchor Serum (AN 17)
Vial, 4 mg./cc., 60 cc. ... 1.06 9.49
Fidelity (FI 11D)
50 cc., ea. ... 2.00 1.35
125 cc., ea. ... 4.50 3.00
250 cc., ea. ... 8.75 5.83
Lederle (LE 21)
Solution, Vials
25 mg./cc., 10 cc. ... ...
50 cc. ... ...
Sharp & Dohme (SH 21)
Vials, 10 cc., ea. ... .81* .54
50 cc., ea. ... 1.71* 1.14
Diethylstilbestrol Dipropionate
Ben-Par (BE 44P)
Tablets, 0.5 mg., 500s, ea. ... 2.25
1000s, ea. ... 3.61
1.0 mg., 500s, ea. ... 3.10
1000s, ea. ... 5.31
5.0 mg., 500s, ea. ... 5.74
1000s, ea. ... 10.02
Bluline (BL 49)
Parenteral, Vials
1 mg./cc., 10 cc., ea. ... 1.25
5 mg./cc., 10 cc., ea. ... 2.00
Tablets, 1 mg., 100s, ea. ... 1.25
1000s, ea. ... 8.50
5 mg., 100s, ea. ... 3.00
1000s, ea. ... 21.00
25 mg., 100s, ea. ... 8.75
1000s, ea. ... 81.75
Dietician Brand Foods (AM 86E) ... ...
Dietimes (GI 22E)
Capsules, 100s ... 72.00 ...
Tablets, 100s ... 42.00 ...
Diet-Lets, House of Vitamins (HO 65)
Tablets, Formula 601
90s ... 1.06 14.85
Diet-O-Meter (CO 69)
Model 712 ... 7.50* ...
West of Denver ... 8.25* ...
Dietrim, Guardian (VI 88G)
Capsules, 150s, ea. ... 2.49 1.49
444s, ea. ... 6.95 3.57
Dietrol (CA 30H)
Tablets, 90s, ea. ... 3.95 2.10
Diet-Twins (PR 29S)
90s ... 2.98* 12.00
Dietyn (MA 65E)
200s, $1.00 ea. ... .90* 7.20
2500s ... 2.10* 18.00
Diez, E. T., Argentine Ant Mixture
(DI 26) 2½, ea. ... 2.75
Di-Factor (BU 5A)
Tablets, 100s, ea. ... .95
1000s, ea. ... 6.99
Di-Fra (NA 45E)
Capsules, ½ gr., 100s, ea. ... .82
1000s, ea. ... 4.50
2½ gr., 100s, ea. ... .78
1000s, ea. ... 7.12
Difeniole (VE 18)
Capsules, 1½ gr., 100s ... 3.60
1000s, ea. ... 7.20
Difficult Stain Remover (BL 54)
Pt. ... .89 4.95

1st column—price to consumer
2nd column—price to retailer per dozen or unit price when stated
*denotes fair trade minimum. See page 1

## DERMAL PREGNANCY TEST

• *What the Product Is:* One hour pregnancy diagnosis.

• *What It's For:* Simple Intradermal injection of 1/50th cc. colostrum solution between the first two layers of skin. Clinical evaluations have proven 95 to 98% accuracy. Painless and can be given by anyone. Complete directions included.

Quantity discounts are available.

Literature and display pieces also available.

DERMAL LABORATORIES, INC.
1820 Wilshire Blvd.
Los Angeles 57, Calif.

*For prices and sizes see preceding page*

★ ★ ★

Dermaplex (DE 50E)
- 2 oz. ... 2.00* 16.00
- 8 oz. ... 5.00* 40.00

Dermasol (SK 14)
- 2 oz. ... 1.30 10.80

Derma-Sea (SO 43C)
- G-11 Soap, 4 oz. ... 1.50 12.00

Derma-Shield (MY 13H)
- Ointment, 1 lb., ea. ... 5.00

Dermasorrin (LA 41T)
- Powder Base, Liquid, 4 oz. ... 1.50* 10.50

Dermassy (MA 25)
- Liquid, 16 oz. ... 2.95* 21.21

Dermassage (ED 14)
- 8 oz. ... .75* 6.00
- 16 oz. ... 1.25* 10.00
- Gal., ea. ... 6.00* 4.50

Dermasul (LA 41T)
- Powder Base, 4 oz. ... 1.50* 10.50

Dermaself, Smith, C. D. (SM 16)
- Solution, 2½%, 4 oz., ea. ... 1.50
- 8%, 2 oz., ea. ... 1.45

Dermatar (DE 52G)
- Analgesic Balm, Liquid
- 16 oz. ... 5.00* 36.00
- Cream, 15 oz. ... 4.50* 32.40

Dermatar Ointment (SA 23J)
- 12 oz., ea. ... 2.25

Dermatern (DE 52H)
- Comedo Extractors ... .50 4.00
- Soap, 3s ... 1.25 10.00
- Solution, AM or PM
- 2 oz. bot. ... 1.25* 9.00
- Twin Pak, two 2 oz. bots. one of ea., pak ... 2.00* 16.00

Dermathyn Cream
- Flint, Eaton (FL 22)
- 1 oz. tube ... 4.20

Dermatin (VA 21)
- Ointment
- Combination pkg. No. 1, 1 oz. and No. 2, 2 oz., pkg. ... 5.00 40.00
- No. 2 only, 2 oz. ... 1.00 8.00
- Skin Soap ... .25 2.00

Dermatine Tonic (LA 57V)
- 2 oz. ... .75 6.00

Dermatinl (FR 16M)
- Rouge, ½ oz. ... .82* 6.00

Dermatological Detergent T-7 (C 14)
- 4 oz., ea. ... .60
- Pt., ea. ... 1.60
- Gal., ea. ... 8.40

Dermatone, Chicago Pharm. (CH 56I)
- Ointment, Chimedic
- 1 oz. tube ... 3.50
- 2 oz. jar ... 7.00
- 1 lb., ea. ... 3.00

*See Chicago Pharm. Co. Advt. pages 110-111*

Dermatophytin
- Hollister-Stier (HO 31)
- Oidiomycin Extract
- Vial, 5 cc., ea. ... 3.00 6.60
- Trichophytin Extract
- Vial, 5 cc., ea. ... 2.00 6.30

Dermatox Lotion (HA 41)
- 3 oz. ... ...
- 6 oz. ... ...

Dermatex Ointment (AS 23)
- 1 oz. ... .60 4.80
- 2 oz. ... 1.00 9.00

Dermatros (MK 31K)
- Cream, 4 oz. jar, ea. ... 2.50 1.50
- Liquid, ½ oz. bot., ea. ... 1.00 .60

Derma-Vite, Guardian (VI 25G)
- Creme, 3 oz., ea. ... 1.98 1.00

Dermay (LE 4K)
- Ointment, 2 oz., $1.00 sz. ... .95* 7.20
- Powder, 2 oz., 80¢ sz. ... .49* 3.60

Dermazon (EX 17D)
- 1 oz., $1.00 sz. ... .80* 6.00

Derm Eze Ointment (HA 52L)
- A, 1 lb., ea. ... .40
- B, 1 lb., ea. ... .50

Derm-Emol (JO 32)
- 16 oz., ea. ... 2.00 2.00
- Gal., ea. ... 22.50 13.00

Dermex (DE 52C)
- Cream, 2 oz., $1.00 sz. ... .97* 7.20
- Lotion, 4 oz., $1.50 sz. ... 1.49* 10.20

Dermeze, Premo (PR 22)
- Ointment, 1 oz. tube ... ... 7.20
- 2 oz. tube ... ... 12.00

Dermia (BA 63M)
- Ointment, 1 oz. tube ... .90* 6.40

Dermiol Ointment (FR 57) ... ... ...

Dermisol (VA 49D)
- Liquid, 1 oz., ea. ... 1.00 .67

Dermisol (DE 30)
- Liquid, 4 oz. ... 1.25 10.00

Dermitex (BE 36)
- Ointment, 2 oz. ... 2.25 18.00
- Shampoo, 4 oz. ... 1.25 10.00

Dermocaine (WA 29)
- Ointment, 2 oz. ... ... 7.20

Dermocrine, Gold Leaf (GO 15)
- Ampuls, 10 cc., 6s, ea. ... ... 1.20
- 25s, ea. ... ... 4.21
- 100s, ea. ... ... 15.00

Derm-O-Creme (V 30)
- 1 oz., 75¢ sz. ... .49* 3.60
- 2 oz., $1.25 sz. ... 1.19* 9.00

Dermo-G (DE 34)
- ½ oz. tube, 60¢ sz. ... .50* 4.20
- 2 oz., $1.75 sz. ... 1.50* 14.00

Dermo-Gen, Mallard (MA 371)
- 1 oz. tube ... ... 4.00
- 1 lb., ea. ... ... 2.45

## DERMOIL

• *What the Product Is:* A liquid palliative for the local manifestations of psoriasis. Non-staining.

• *How It's Used:* Externally on body or scalp. If the scaly patches of psoriasis are extensive take a good hot bath to aid in the removal of the scales. Apply a little Dermoil to the affected parts, gently rubbing it in. Do not use bandages. Repeat every day for a week or ten days, then every other day or so as conditions indicate.

• *How Advertised:* Continuously for over twenty years in outstanding national magazines. Millions of magazine readers see Dermoil advertisements 52 weeks a year. Sold on a basis of a satisfactory improvement in your customer's scaly condition in two to three weeks' time or money back.

• *How to Get It:* Order through your wholesaler or direct from us for billing through your wholesaler. Give your wholesaler's name on drop shipments for billing. Retail price, $5.00, List $3.50; your profit $1.50. Size 8 ounce.

LAXE LABORATORIES
Box 3925 Strathmoor Station
Detroit 27, Michigan

Dermoil, Lake Labs. (LA 22)
- 8 oz. bot., ea. ... 5.00 3.50

★ ★ ★

Dermo-Klenz (WA 29)
- 8 oz. ... .75 5.40
- Pt. ... 1.25 9.00

Dermolate, White Labs. (WH 27)
- Soap, Cake, 1s, 50¢ sz. ... .45* 4.00
- *See advertisement in next column*

Dermolatum (GE 72) 1 lb. ... ... 13.00

Dermolin
- Mallard (MA 371)
- 3 oz. ... ... 3.[illegible]
- Pt., ea. ... ... 1.50
- Gal., ea. ... ... 7.00
- Standard Chem. (ST 25N)
- Pt., ea. ... ... 1.11
- Gal., ea. ... ... 6.59

Dermoline (MS H)
- 3 oz. ... .35 2.10
- 8 oz. ... 1.00 8.00

Dermollé (HO 70E)
- Skin Cream, 3½ oz. ... 1.00 8.00
- Skin Lotion, 8 oz. ... 1.00 8.00

Dermo-Sept Cream (WA 29)
- 1 lb. ... 2.00 14.40

Dermotan, H & C (HO 35)
- Burn Dressing, 1 oz. ... .50* 3.60
- 1 lb., ea. ... 1.70* 1.02
- 5 lb., ea. ... 6.00* 3.60

Dermotan (TE 57E)
- 1 lb. jar ... ... 18.00
- 5 lb., ea. ... ... 5.75

## DERMOLATE

• *What the Product Is:* Smooth, soft-lathering Dermolate is a non-irritating, non-abrasive, hypoallergenic cake detergent.

• *What It's For:* Because Dermolate is "milder than the mildest castile," it is ideally suited for the routine baby's bath and for all persons whose skin is sensitive or irritated by ordinary soaps.

Especially recommended for skin cleansing in: Contact dermatitis due to any cause, occupational dermatoses, infantile eczema, minor skin irritations, rashes and inflamed skin due to other soaps, and for surgical scrub-up.

• *How It's Used:* May be used like any regular cake soap. Completely different in chemical composition from ordinary soaps, Dermolate will not irritate the skin or aggravate existing skin conditions which are sensitive to commonly used soaps.

• *How Supplied:* 4 oz. cakes.

WHITE LABORATORIES, INC.
Kenilworth, New Jersey

*For prices and sizes see preceding column*

★ ★ ★

Dermosyl (ME 26)
- Lotion, 8 oz. ... .75 5.10

Dermosol (BE 41P)
- Liquid, 1 oz. ... .75 6.00

Derm-Pax (SM 47)
- Therapeutic Gloves, med., pr. 2.00 16.50
- Lge., pr. ... 2.30 21.00

DermX (DE 50I)
- 3 oz. ... 1.45* 10.50

Derm-X-Ol (IN 47)
- Ointment, 1 oz. jar ... .75* 6.00
- 4 oz. jar ... 2.00* 15.00

## DERMYCIN

• A paranitrophenol-sodium iodate solution, indicated in mycotic, pyogenic, and pruritic infections of the skin. *"Wash with mild soap and warm water before each application."*

CHAL-YON CORPORATION
New York 5, N. Y.

Dermycin, Chal-Yon (CH 10P)
- Liquid, 1 oz. ... 1.00 7.20
- 2 oz. ... 1.[illegible] 12.[illegible]
- 8 oz. ... 6.50 51.00
- 16 oz. ... 12.00 96.00

★ ★ ★

Dernaflan (VA 11)
- 4 oz., ea. ... ... 1.50
- 8 oz., ea. ... ... 2.70
- 16 oz., ea. ... ... 4.80

Dernsite, Chicago Pharm. (CH 56I)
- Lotion, Chimedic
- Pt., ea. ... ... 2.50
- Gal., ea. ... ... 16.00

Desadex Liquid, Grant (GR 26) ... ... ...

Desadex Suppositories, Grant (GR 26)
- 25 mg., 12s, ea. ... ... 2.25

Desadex Tablets, Grant (GR 26)
- 0.05 mg., 100s ... ... 2.00
- 500s, ea. ... ... 4.00
- 1000s, ea. ... ... 7.50
- 0.1 mg., 100s ... ... 2.00
- 500s, ea. ... ... 4.00
- 1000s, ea. ... ... 7.50
- 0.5 mg., 100s ... ... 2.00
- 500s, ea. ... ... 4.00
- 1000s, ea. ... ... 7.50
- 1 mg., 100s ... ... 2.00
- 500s, ea. ... ... 4.00
- 1000s, ea. ... ... 7.50
- 2 mg., 100s ... ... 2.00
- 500s, ea. ... ... 9.00
- 1000s, ea. ... ... 17.00
- 5 mg., 100s ... ... 3.00
- 500s, ea. ... ... 11.[illegible]
- 1000s, ea. ... ... 21.00
- 10 mg., 100s ... ... 4.90
- 500s, ea. ... ... 20.00
- 1000s, ea. ... ... [illegible]

- 25 mg., 30s ... ... 20.0
- 100s ... ... 30.0
- 250s, ea. ... ... 15.0
- 500s, ea. ... ... 24.0
- 1000s, ea. ... ... 62.9
- 50 mg., 100s, ea. ... ... 12.0
- 100 mg., 100s, ea. ... ... 21.0

Deso-B-12, Pitman-Moore (PI 40)
- Lentrac, 30 cc. vial w/ [illegible] ea. ... ... 2.5

Desaheline, Mallard (MA 371)
- Tablets, 100s, ea. ... ... 2.7
- 500s, ea. ... ... 12.5
- 1000s, ea. ... ... 24.0

Desamine, Starr (ST 63G)
- Tablets, 5 mg., Yellow
- 1000s, ea. ... ... 2.0
- 10 mg., White, 1000s, ea. ... ... 2.00

Deffenbacher's Gout Pills (FO 87)
- 12s ... ... 3.0
- 30s ... ... 18.0

Desapheen (VE 35)
- Elixir, pt. ... ... 2.00
- Gal. ... ... 22.0
- Tablets, 100s ... ... [illegible]
- 1000s, ea. ... ... [illegible]

Desatal (DW 10)
- Tablets, 30s ... 1.25 9.00
- 100s ... 3.20 24.00
- 1000s, ea. ... 20.00 20.00

Desbutal, Abbott (AB 11)
- Capsules, 100s, ea., $4.17 sz. 3.75* 2.5
- 1000s, ea., $37.50 sz. ... 33.75* 22.[illegible]

Deschlora (WA 25)
- Syrup, 2.5 oz. ... ... 20.40
- Wine, 320 oz. ... ... 20.40

Descolate Syrup (VI 40)
- Qt., ea. ... ... 2.50
- Gal., ea. ... ... 7.[illegible]

Desoxortisone, Kirk (KI 41)
- Parenteral Solution
- Vial, 5 mg./cc., 10 cc., ea. ... 2.00 1.50
- *See C. F. Kirk Company Advt. Manufacturers' Catalog Section*

Desostone, Sharp & Dohme (SH 21)
- Solution, Vial
- 5 mg./cc., 10 cc., ea. ... 8.01* 5.94

Desolvon (LE 36)
- Liquid, 4 oz., ea. ... ... 2.25
- Pt., ea. ... ... 4.00

Desolim, Grant (GR 26)
- 8 oz., ea. ... ... 3.60
- 16 oz., ea. ... ... 6.00

Desempacho (DF 18)
- Tablets, 24s ... 2.25* 20.00

## DESENEX*

• Ointment and Powder ZINCUNDECATE, Solution Undecylenic Acid.

An effective yet bland antimycotic agent for Dermatomycosis Pedis (Athlete's Foot) and other fungous infections of the glabrous skin.

*Reg. U. S. Pat. Off.

WALLACE & TIERNAN INCORPORATED
Belleville 9, N. J.

Desenex (WA 37)
- Ointment, 1 oz., 81¢ sz. ... .75* 6.42
- 1 lb., ea., $8.10 sz. ... 7.50* 5.40
- Powder, 1½ oz., 81¢ sz. ... .75* 6.42
- 1 lb., ea., $6.57 sz. ... 6.13* 4.25
- Solution, 2 oz., 81¢ sz. ... .75* 6.42
- Pt., ea., $4.05 sz. ... 3.90* 3.20
- *Fair traded in N. Y. & N. J. only*

★ ★ ★

Deseroid (HA 72R)
- Tablets, No. 1, 1000s, ea. ... ... 2.25
- No. 2 & No. 3, 1000s, ea. ... ... 2.25
- Set, 3000, 1000 of ea. per set ... ... 7.25

Desert Flower (SH 85)
- Dusting Powder, ea. ... 1.50*
- Hand & Body Lotion, 3½ oz. 1.00*
- Perfume, ½ dr. ... 1.00*
- 1 dr. ... 1.50*
- Purse Size ... 1.50*
- Sachet, Body ... 1.25*
- Set, No. 761 ... 2.50*
- No. 762 ... 3.00*
- No. 763 ... 3.50*
- Stick Cologne ... 1.00*
- Talcum, 4½ oz. tube ... 1.00*
- Toilet Soap, 3s ... 1.50*
- Toilet Water, 3½ oz. ... 1.50*
- w/atomizer ... 2.50*

Desert Tan (DE 34N)
- Suntan, Aerosol, 6 oz. ... 1.50* 9.90
- Cream, 3 oz. ... 1.00* 6.60
- Lotion, 4 oz. ... 1.00* 6.20
- *See advertisement on next page*

Desfen (CO 65K)
- Tablets, 100s, ea. ... 3.25 1.95

### Secretaries

For an up-to-date list of secretaries of pharmacy boards, and associations, see page 2.

Dura-Tab S.M. Tablets
Wynn Pharm. (WY 14P)
Aminophylline 4½ gr.
30s, ea. ... 1.05
100s, ea. ... 3.50
250s, ea. ... 8.00
Amobarbital 1½ gr.
30s, ea. ... 1.50
100s, ea. ... 4.40
250s, ea. ... 9.30
Dexital w/Phenobarbital
10 mg. w/½ gr.
30s, ea. ... 2.25
100s, ea. ... 6.60
250s, ea. ... 15.00
15 mg. w/¾ gr.
30s, ea. ... 2.73
100s, ea. ... 8.13
250s, ea. ... 18.40
Dextro Amphetamine Sulfate
10 mg., 30s, ea. ... 1.40
100s, ea. ... 4.20
250s, ea. ... 9.50
15 mg., 30s, ea. ... 1.63
100s, ea. ... 4.90
250s, ea. ... 11.00
Histachlor 8 mg.
30s, ea. ... 1.35
100s, ea. ... 4.25
250s, ea. ... 10.00
12 mg., 30s, ea. ... 1.80
100s, ea. ... 5.90
250s, ea. ... 14.50
Hematal, 30s, ea. ... 2.90
100s, ea. ... 8.75
250s, ea. ... 21.00
Phenobarbital 1½ gr.
30s, ea. ... 1.00
100s, ea. ... 3.10
250s, ea. ... 7.00
*See advertisement on preceding page*
Duratite (WE 12M)
Glue, White, 2 oz. .30 2.40
4 oz. .45 3.50
Putty, Spachtling, 5 oz. .30 2.40
Duraton, DuMont (DU 21E)
Solution, 16 oz., ea. ... 2.25
Gal., ea. ... 12.00

**DUREX ® DIAPHRAGMS**

**Coil Spring, Mensinga (Flat Spring), Bow-Bend®, and Duraflex® (Matrisalus)**

• *Made of:* The finest rubber and precision-made steel springs. Sizes from 50 mm to 105 mm (at 2½ mm intervals).

• *Action and Uses:* Used with either LACTIKOL JELLY or CREME as an occlusive device for contraception.

• *How Administered:* Inserted vaginally over the cervix (by hand or with Durex Introducer), as instructed by the physician.

**DUREX ® CERVICAL CAPS**

**Dumas, Mizpah, Flat Rim and Aluminum**

• *Made of:* With the exception of the Aluminum Cervix Cup they are all made of rubber.

• *Action and Uses:* Used with either LACTIKOL JELLY or CREME as an occlusive device for contraception.

• *How Administered:* Inserted by hand through the vagina over the cervix, as instructed by the physician.

Accepted by the Council on Physical Medicine & Rehabilitation.

DUREX PRODUCTS, INC.
684 Broadway, New York City 12
2704 S. Hill St., Los Angeles 7, Cal.

*For prices and sizes see next column*

Dura-Viking (RA 32)
Veterinary Syringes
For Anthrax Injection, ea. ... 2.34
For Small Animals
5 cc., ea. ... 2.34
Heavy Duty
One Hand, 10 cc. ... 22.00
20 cc., heavy barrel ... 32.00
25 cc. ... 24.00
50 cc. ... 32.00
Two Hand, 20 cc. ... 28.20
40 cc. ... 26.00
Intradermal, w/Crutch
Handle, ea. ... 2.34
w/Thumb Rest, ea. ... 2.00
Duravita, Chase Chem. (CH 34E)
Capsules, 100s, ea. ... 8.82
1000s, ea. ... 81.08
Duraide (GO 46K)
Capsules, 100s, ea. ... 2.34
500s, ea. ... 18.00
1000s, ea. ... 27.75
Dureole, Ascher (AS 12E)
Vial, 10 cc., ea. ... 2.15
Dureta (UN 25)
Tablets, 30s .70* 5.04
Durex (DU 38)
Aluminum Cervix Caps
24 to 36 mm. 5.00* 30.00
Applicator, Plunger Type .75* 5.40
Caps for Pessary, Mizpah .25* 1.80
Cervical Caps
Dumas, Deep Dome
55 to 90 mm. 3.50* 25.20
Shallow Dome
55 to 65 mm. 3.30* 21.20
Flat Rim, med. & lge. 3.30* 23.30
Mizpah Pessary w/cap 4.00* 32.30
Conc. Durehol w/Sponge
3 oz. 1.50* 10.50
Diaphragms
Bow-Bend, 60 to 100 mm. 2.50* 18.00
Coiled Spring, 50 to 100 mm. 3.00* 17.40
Duraflex, 65 to 100 mm. 4.50* 27.00
Mensinga, 60 to 100 mm. 3.00* 17.40
Diaphragm Introducers
Individual, 50 to 100 mm. 2.00* 14.40
Metal Gynometer, all sizes. 2.00* 14.40
Metal, Unnotched, all sizes. 2.00* 14.40
Plastic Gynometer
55 to 90 mm. 1.00* 7.20
Douche Powder, 6 oz. 1.00* 7.20
Foam Powder, 3 oz. can
w/sponge 1.50* 10.90
Rubber Sheaths, 12s 1.21* 5.00
*See advertisement in preceding column*
Durex Razor Blades (BL 55)
5s .10 ...
15s .25 ...
Durham (DU 40)
Razor Blades
Duplex, ctn. 20/50¢ pkgs.
5s, 45¢*, per ctn. ... 7.50
Razor w/5 blades
No. 2-ILK, $1.00 sz. .59* 5.00
No. 69 .49 5.52
Durham's (DU 40N)
Paracide Ointment, 2 oz. .50 4.00
Screw Worm Bomb, 11 oz. 1.35 15.00
Duribex, Durst (DU 42)
Vial, 10 cc., ea. ... 2.00
Duribilkait Surgical Elastic
Hosiery, Flaherty (FL 10H)
Anklets, Super Nylon, ea. 2.50* 1.25
Stockings, Nylon
Elite, short, average, long
pair, ea. 12.00* 6.00
Flarica, average, ea. 3.00* 1.75
Super, average or garter
pair, ea. 10.93* 5.50
Long, pair, ea. 12.95* 6.50
Stockings, Rayon, ea. 2.95* 1.50
*See John B. Flaherty Co. Advt. Manufacturers' Catalog Section.*
Durmaseptic (DU 40T)
Paste, ½ oz. .59* 4.32
1½ oz. 1.50* 10.80
Duron, DuMont (DU 21E)
Capsules, 100s, ea. ... 1.40
500s, ea. ... 6.25
1000s, ea. ... 11.50
Duron F. C., DuMont (DU 21E)
Capsules, 100s, ea. ... 1.40
500s, ea. ... 6.25
1000s, ea. ... 11.50
Dure-Nail (DU 41)
Liquid, ½ oz. 1.06 8.00
Durycin A.S., Lilly (LI 27)
Penicillin Procaine G
w/0.15 Gm. of each
Dihydrostreptomycin & Streptomycin Sulfate
300,000 Units/Cartrid
Cartrids
25s w/25 needles
per pkg., $25.20 sz. 22.68* 15.12
25s w/1 needle adapter
per pkg., $18.97 sz. 17.07* 11.38
100s w/100 needles
per pkg., $95.00 sz. 85.50* 57.00
100s w/4 needle adapters
per pkg., $69.75 sz. 62.77* 41.85
w/0.25 Gm. of each
Dihydrostreptomycin & Streptomycin Sulfate
400,000 Units/2 cc. dose vial
1 dose vial, 100s, ea.
$60.00 sz. 54.00* 36.00
5 dose vial, ea.
$2.25 sz. 2.02* 1.35
100s, ea., $203.34 sz. 183.01* 122.00
Durycin F.A., Lilly (LI 27)
Penicillin Procaine G & Sodium G
400,000 Units/dose vial
w/0.5 Gm. Dihydrostreptomycin
Sulfate
1 dose, ea., 67¢ sz. .60* .40
Pkg. 25s, ea., $15.90 sz. 14.31* 9.54
Pkg. 100s, ea., $60.00 sz. 54.00* 36.00

w/1 Gm. Dihydrostreptomycin
Sulfate
1 dose vial, ea., 82¢ sz. .74* .49
Pkg. 25 doses, ea.
$18.75 sz. 16.87* 11.25
Pkg. 100 doses, ea.
$73.23 sz. 65.91* 44.01
Dusal Hygienic Powder
(PA 44K) 7 oz. ... 4.00
Du-San, Lee's (LE 35)
4 oz. .30* 2.40
12 oz. .75* 6.00
32 oz. 1.50* 12.00
½ gal. 2.50* 20.00
Gal., ea. 4.50* 2.00
*See Geo. H. Lee Co. Advt., page 14*
Dusart Syrup, Grimault's (GA 85)
7 oz. ... 12.40
Dusharme (DU 43)
Creme, 1½ oz. 1.00 7.20
3 oz. 1.65 11.88
Du-Sine, DuMont (DU 21E)
Solution, 16 oz., ea. ... 1.00
Gal., ea. ... 10.00
Dusorb (FR 10M)
Pt. .50* 4.75
Qt. .90* 7.50
Dustal (HA 72R)
Capsules, 1½ gr., 500s, ea. ... 6.00
1000s, ea. ... 11.00
Dustmain (ME 30D)
1 oz. tin, $1.00 sz. .90* 8.00
Dust-A-Way (BO 46)
Crabgrass Killer
1½ lb. duster can .75 2.40
7½ lb. bag 2.75 ...
Case 6 bags, per case ... 9.90
15½ lb. bag 5.85 ...
Case 2 bags, per case ... 7.02
37½ lb. bag, ea. 9.85 3.87
Dustex (KA 37)
Powder, 1 lb. sifter can .70 5.60
4 lb. bag 2.00 18.00
50 lb. bag, ea. 22.00 14.67
Dustrid Mask (AL 61)
No. 1, Outfit 1.00* 7.20
Filters, 12s .50* 3.60
40s 1.25* 9.00
100s 2.50* 18.00
No. 2, Outfit 3.50* 25.20
Filters, 24s 1.00* 7.20
Dust-Seal (GR 50L)
Ointment, 16 oz. 4.33 36.00
Dutch Crafter, DePree (DE 45P)
Polish, 8 oz. .75 5.40
Duterra, Wyeth (WY 14)
Lotion, 12 oz., ea. 1.49* 2.06
Dutrone (RA 25)
Parenteral, Vial, 5 cc., ea. 2.00 1.60
Du-Urn (DU 48)
Hygienic Kit 4.95* 35.64
Tablets .60* 4.32
Duva (EM 12)
Douche, Concentrate
8 oz. 1.25 9.00
16 oz. 1.75 14.00
Gal., ea. 13.60 9.00
Duvelle's Cologne (DU 49)
Floral Essence, 4 oz. 1.50* 10.90
Javelin, 4 oz. 1.75* 12.00
Passione Rose, 4 oz. 2.00* 14.40
Portland Rose, 4 oz. 2.00* 14.00
Rose City Rose, 4 oz. 2.00* 14.40
Dux-Kil (DI 30)
Pt. .69 5.40
Qt. 1.19 9.60
Gal. 3.25 30.00
Dux-Mor Powder, Hilltop (HI 40)
1 lb. 2 oz. 1.00 8.00
2 lb. 4 oz. 1.50 12.00
D-Vita
Modern Prods. (MO 15)
Tablets, 60s 1.00 7.20
160s 2.50 18.00
Vitarine (VI 60)
Parenteral, 500,000 Units/cc.
Ampuls, 1 cc., 6s, ea. ... 1.60
25s, ea. ... 5.20
100s, ea. ... 18.00
Vial, 20 cc., ea. ... 3.00
Dwin Insect Aerosol (DO 90Y)
12 oz. 1.69* 13.32
Dyanshine (BA 64)
Kits 1.49 12.75
Liquid, 3½ oz. .27 2.20
Paste, 1¾ oz. .12 1.00
Saddle Soap, 1¾ oz. .12 1.00
Dyart Hair Rinse (HO 71)
1 oz. .19 1.32
3½ oz. .50 3.60
Dyatron (AT 25P)
Vial, 30 cc., ea. 3.00 4.32
DyBasik (DY 8)
Ammoniated Mouth Rinse
8 oz. .59 4.32
16 oz. .98 7.20
Tooth Paste, 1.2 oz. .23 1.80
3 oz. .49 3.60
5 oz. .69 5.01
Tooth Powder, 1½ oz. .23 1.80
3 oz. .49 3.60
3½ oz. .59 5.72
Dycomene (HA 40)
2 oz. ... ...
Gal. ... ...
Dycort (HA 72R)
In Sesame Oil, Vial
5 mg./cc., 10 cc., ea. ... 2.50
Dyhalone (HI 89)
Liquid, 4 oz., ea. 1.00 .67
16 oz., ea. 4.50 2.60
Gal., ea. 18.50
Dykrogen (RF 61)
Tablets, 25 mg., 100s, ea. ... 3.25
500s, ea. ... 14.60
1000s, ea. ... 22.90
E.C., 100s, ea. ... 3.30
500s, ea. ... 16.90
1000s, ea. ... 22.00

300 mg., 100s, ea.
500s, ea.
1000s, ea.
250 mg., 100s, ea.
500s, ea.
1000s, ea.
Tablets, Conjugated Estrogen
0.625 mg., 100s, ea.
500s, ea.
1000s, ea.
1.25 mg., 100s, ea.
500s, ea.
1000s, ea.
Dykronal (RE 65)
Tablets, 1 mg.
w/Phenobarbital ¼ gr.
100s, ea.
500s, ea.
1000s, ea.
Dylophyin, Irwin, Neisler (IR 19)
Liquid, 16 oz., ea.
30 oz., ea.
Dylon (SA 23)
Capsules, 100s 2.25
Dynatric Tablets (FL 30)
100s 3.00*

**DYNACAL**

**Trade-Mark**

• *Composition:* Each 5 cc (one average teaspoonful) Liquoid® or one Tablet contains Dicalcium Phosphate 1.1 Gm. and Vitamin $D_2$ (activated Dehydrocholesterol) 400 U.S.P. Units. One teaspoonful or one tablet represents 250 mg. Calcium (as Ca) and 200 mg. Phosphorus (as P).

• *Suggested Dosage:* Adults—During pregnancy and lactation—two teaspoonfuls or two tablets three times a day with meals. In other conditions—one teaspoonful or one tablet three times a day with meals. Children: One teaspoonful three times a day with meals.

McNEIL LABORATORIES, INC.
*Philadelphia 32, Pennsylvania*

Dynacal, McNeil (MC 70)
Liquid, 8 oz., ea.
Pt., ea.
Tablets, 100s, ea.
1000s, ea.

★ ★ ★

Dynagen (PR 81P)
Liquid, 4 oz. 2.00*
Dynaguent, Ascher (AS 12E)
Ointment, 1 oz. tube ...
1 lb., ea. ...
Dynamines (PR 71E)
Elixir, 16 oz. 4.80
Dynaplex, Berkeley (BE 56S)
Capsules, 100s 4.49*
250s 9.45*
Elixir, pt. 2.95*
Dynatrons (PR 81P)
Tablets, 100s, $5.00 sz. 4.95*
Dynettes (MI 62)
Lace Paper Doilies, pkg. .25
Handy Pack ...
Dynel Moth Proofer (BO 74)
Aerosol, 12 oz. 1.95*
Dynosal No. 1, Mallard (MA 37L)
Tablets, 100s, ea. ...
500s, ea. ...
1000s, ea. ...
Dye Tablets, Wilke (WI 28E)
30 gr., 12s 1.00
*See Wilke Laboratories Advt., page 1*
Dyperinse (FA 23L)
Powder, 4 oz. .50*
8 oz. 1.00*
Dypyrone (KE 63C)
Solution 50%, 30 cc., ea. 7.50
Dysentery Diagnostic Serums
*See Shigella Diagnostic Serums*
Dysept Antiseptics (DA 47C)
Hand Lotion, 4 oz., ea. 1.00
Gal., ea. 7.10
Soap, Liquid, 4 oz., ea. .50
Gal., ea. 2.75
Dysposmin (RA 57E)
Tablets, 100s, ea. 3.00
500s, ea. 12.33
1000s, ea. 43.33
Dyspeptal (DY 12)
Liquid, 8 oz. 2.50
Dyspne-Inhal (WA 33)
Complete Outfit
Nebulizer
Solution, 5 cc.
Dys-Tabs (NO 79)
Tablets, 1 lb., ea.
Dystrol (DA 65F)
Tablets, 100s, ea.
1000s, ea.

2 mg./cc., Ampuls, 1 cc.
6s, ea., $10.76 sz. ...... 2.48* 6.46
50s, ea., $71.00 sz. ....65.70* 42.50
100s, ea., $146.00 sz. ...131.40* 87.60
Vial, 10 cc., ea.
$8.30 sz. ........ 7.47* 4.98
5 mg./cc., Ampuls, 1 cc.
6s, ea., $21.58 sz. ....19.33* 12.90
25s, ea., $78.67 sz. ....71.70* 47.85
50s, ea., $146.00 sz. ...131.40* 87.60
100s, ea., $292.00 sz. ..262.80* 175.20
Vial, 5 cc., ea.
$7.34 sz. ........ 6.61* 4.40
Parenteral, In Oil
0.5 mg./cc., Ampuls, 1 cc.
6s, ea., $3.16 sz. ...... 4.59* 2.06
50s, ea., $22.60 sz. ....23.34* 15.56
100s, ea., $65.20 sz. ...58.68* 39.12
1 mg./cc., Ampuls, 1 cc.
6s, ea., $6.15 sz. ...... 7.35* 4.20
50s, ea., $51.70 sz. ....46.53* 31.02
100s, ea., $103.40 sz. ..93.06* 62.04
Vial, 10 cc., ea.
$8.00 sz. ........ 5.40* 3.60
Suppositories, 0.2 mg.
6s, ea., $2.70 sz. ...... 2.43* 1.62
50s, ea., $18.40 sz. ....16.56* 11.04
Mann (MA 46P)
Crystals, Natural
1 Gm., ea. ... 20.00
Synthetic, 1 Gm., ea. ... 18.00
Maurry (MA 91V)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ..... 2.05 1.23
5 mg./cc., 10 cc., ea. ..... 3.25 1.97
In Sesame Oil, Vial
1 mg./cc., 10 cc., ea. ..... 1.60 .96
Medical Chem. (ME 24B)
Aqueous Suspension or In Oil, Vials
1 mg./cc., 10 cc., ea. ... .50
30 cc., ea. ... .90
2 mg./cc., 10 cc., ea. ... .65
30 cc., ea. ... 1.30
Aqueous Suspension, Vial
5 mg./cc., 10 cc., ea. ... 1.40
Medi-Synth (ME 31K)
In Oil, Vials
10,000 I.U./cc., 10 cc., ea. ... 1.50
30 cc., ea. ... 3.00
20,000 I.U./cc., 10 cc., ea. ... 2.40
30 cc., ea. ... 4.80
Metropolitan (ME 66T)
In Oil, Vials
1 mg./cc., 10 cc., ea. ... 1.50
10s, ea. ... 12.50
Meyer Chem. (ME 62E)
In Sesame Oil, Vials
1 mg./cc., 10 cc., ea. ... 1.00
2 mg./cc., 10 cc., ea. ... 1.95
Meyer Drug (ME 72)
Powder, 1 Gm., ea. ... 7.00
Miller (MI 56)
Aqueous Suspension
20,000 I.U./cc.
Vials, 10 cc., 1s, ea. ... 2.37
6s, ea. ... 7.50
25s, ea. ... 31.44
50,000 I.U./cc.
Vials, 10 cc., 1s, ea. ... 3.32
6s, ea. ... 18.60
25s, ea. ... 66.41
In Oil, 10,000 I.U./cc.
Ampuls, 1 cc., 12s, ea. ... 2.15
25s, ea. ... 8.00
100s, ea. ... 21.60
Vials, 10 cc., 1s, ea. ... 1.11
6s, ea. ... 5.56
25s, ea. ... 22.25
30 cc., 1s, ea. ... 2.21
6s, ea. ... 11.04
25s, ea. ... 44.16
Mitchum Pharm. (MI 91)
Vial, 2 mg./cc., 10 cc., ea. ... 2.75
Moore (MO 42)
Aqueous Suspension, Vial
5 mg./cc., 10 cc., ea. ... 4.95
Niagara (NI 9)
Parenteral, Aqueous, Vials
2 mg./cc., 10 cc., ea. ... 1.10
30 cc., ea. ... 2.60
Pfizer (PF 12)
Aqueous Suspension, Injection
Vials, 10 cc.
2 mg./cc., 1s, ea. ...... 2.42 1.45
5s, per vial ...... 2.18 1.31
100s, per vial ...... 1.97 1.18
5 mg./cc., 1s, ea. ...... 5.13 3.08
5s, per vial ...... 4.62 2.77
100s, per vial ...... 4.15 2.49
Russel (RU 86)
Pellets w/Ampul, 50 mg.
1s, ea. ... 6.00
6s, ea. ... 32.00
Needle Applicator, ea. ... 2.40
Savage Labs. (SA 45E)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 1.75
30 cc., ea. ... 4.40
5 mg./cc., 10 cc., ea. ... 3.60
Tech Bio-Chem. (TE 9)
Aqueous Macrosuspension, Vial
20,000 I.U./cc., 10 cc., ea. ... 3.75
Testagar (TE 28)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 1.80
30 cc., ea. ... 4.80
Torigian (TO 27E)
In Oil, Ampuls
1 mg., 1 cc., 12s, ea. ... 1.10
25s, ea. ... 2.10
100s, ea. ... 7.50
Tower, Paulsen (TO 29)
Aqueous Suspension, Vial
5 mg./cc., 10 cc., ea. ... 2.10
West-Ward (WE 51)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., 1s, ea. ... 1.15
6s, ea. ... 6.55
25s, ea. ... 26.75

Estrone-Progesterone
Breon (BR 33)
Aqueous Suspension, Vial
2.5 mg.-25 mg./cc.
10 cc., ea. ...
Medical Chem. (ME 24B) ... 5.00
Aqueous Suspension, Vial
30 cc., ea. ... 1.40
Miller (MI 56)
In Oil, Vials
2 mg.-20 mg./cc.
10 cc., 1s, ea. ... 4.00
6s, ea. ... 24.00
25s, ea. ... 96.00
Estrone-Testosterone
*See also Testosterone-Estrone*
Breon (BR 33)
Aqueous Suspension, Vial
5 mg.-25 mg., 10 cc., ea. ... 5.75
Estronex (IN 71)
Aqueous Macrosuspension, Vials
10,000 I.U./cc., 10 cc., ea... 1.65 1.24
20,000 I.U./cc., 10 cc., ea... 3.00 2.25
In Sesame Oil, Vials
10,000 I.U./cc., 10 cc., ea... 1.65 1.24
20,000 I.U./cc., 10 cc., ea... 3.00 2.25
Estronoid, Sherman (SH 45)
Aqueous Suspension
20,000 I.U./cc.
Vial, 10 cc., ea. ... 4.00 2.40
Estronol, Central Pharm. (CE 30)
Aqueous Suspension, Vials
20,000 I.U./cc., 10 cc., ea. ... 4.34 2.90
50,000 I.U./cc., 5 cc., ea. ... 3.17 2.10
10 cc., ea. ... 5.73 3.85
Estrophen-B (PH 45)
Tablets, Mild
100s, ea., $4.50 sz. ... 4.05* 2.70
Regular, 100s, ea., $5.50 sz. .. 4.95* 3.30
Estroplex, Senorol (SO 31)
In Oil, 10,000 I.U./cc.
Ampuls, 1 cc., 100s, ea. ... 30.00
Vial, 30 cc., ea. ... 3.00
Suspension, 20,000 I.U./cc.
Vial, 10 cc., ea. ... 2.00
Estro-Prol, Vitarine (VI 60) *
Vials, 30 cc., ea. ... 2.00
Forte, 10 cc., ea. ... 1.80
30 cc., ea. ... 4.00
Estrosyn, Buffington's (BU 20)
Estella, 0.1 mg., 100s, ea. ... 1.00 .60
0.5 mg., 100s, ea. ... 1.10 .66
1 mg., 100s, ea. ... 1.35 .81
5 mg., 100s, ea. ... 2.80 1.68
Estrotabs, Estro (ES 25)
Formula Nos. 1, 2 or 3
1000s, ea. ... 4.00
Double Strength, 1000s, ea. ... 6.00
Estrotate, Lakeside (LA 34)
Aqueous Suspension, Vials
1 mg./cc., 10 cc., 1s, ea. ... 2.00
6s, ea. ... 16.56
25s, ea. ... 62.94
In Sesame Oil, Vials
1 mg./cc., 10 cc., 1s, ea. ... 3.00
6s, ea. ... 16.56
25, ea. ... 62.94
Estrotate w/Progesterone *
Lakeside (LA 34)
Vials, 10 cc., 1s, ea. ... 3.78
6s, ea. ... 21.12
25s, ea. ... 80.22
Estrotrol (PR 75)
Vial, 10 cc., ea. ... 3.00
Estrothiolin, Lincoln (LI 31)
Aqueous Suspension
Vial, 30 cc., ea. ... 4.90
In Oil, Vial, 30 cc., ea. ... 4.40
Estrotron, Pitman-Moore (PI 60)
Parenteral, Vials
10,000 I.U., 10 cc., ea. ... 1.15
20 cc., ea. ... 2.00
20,000 I.U., 10 cc., ea. ... 2.00
Estrovarin, Warren-Teed (WA 67)
Aqueous, Vial
50,000 I.U./cc., 15 cc., ea. ... 2.50
In Oil, Vial
10,000 I.U./cc., 15 cc., ea. ... 1.75
Estrovite
Estro (ES 25)
Tablets, 1000s, ea. ... 12.00
Vitarine (VI 60)
In Sesame Oil, Vials
0.1 mg./cc., 30 cc., ea. ... 1.00
0.25 mg./cc., 30 cc., ea. ... 1.50
0.5 mg./cc., 30 cc., ea. ... 2.00
Estrugenone, Kremers-Urban (KR 25)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 2.30 1.28
5 mg./cc., 10 cc., ea. ... 6.30 4.03
In Oil, Vials
1 mg./cc., 10 cc., ea. ... 2.38 1.43
30 cc., ea. ... 4.20 2.32
2 mg./cc., 10 cc., ea. ... 3.30 1.95
Estrugrat, Smith, C. D. (SM 16)
Aqueous Suspension, Vial
10 cc., ea. ...
Estrusol, Smith, C. D. (SM 16) ... 7.35
Parenteral, Vials
Aqueous Suspension
2 mg./cc., 5 cc., ea. ... 1.43
15 cc., ea. ... 4.50
5 mg./cc., 15 cc., ea. ... 8.15
In Oil, 1 mg., 30 cc., ea. ... 4.50
Tablets, 0.1 mg., 100s, ea. ... 3.60
1000s, ea. ... 34.50
Etalate, Parke, Davis (PA 47K)
Ampuls, 2 cc.
12s, ea., $3.00 sz. ... 2.70* 1.30
100s, ea., $20.00 sz. ... 18.00* 12.00
Etamon Chloride
Parke, Davis (PA 47K)
Steri-Vials, 100 mg./cc.
20 cc., ea., $2.30 sz. ... 2.07* 1.38
Etavitin, Ascher (AS 12E)
Tablets, 100s, ea. ... 2.40
1000s, ea. ... 22.50
Eternal (PA 38)
Oil Bleach, 1½ oz. ... .75* 5.40
Tint Oil Shampoo, 2 oz. ... 1.25* 9.00

Ethabil Capsules (ET 10)
100s, ea. ... 8.00* 4.80
Ethocaine, Seydel (SE 76)
Ointment, 1 lb. ... 2.50 30.00
Solution, 1 oz. ... 1.00 8.00
"Ethacres" Elixir
Sharp & Dohme (SH 21)
Gal., ea. ... 12.05* 8.12
Ethacrit Capsules (ET 10)
100s, ea. ... 5.00* 3.00
Ethahist Capsules (ET 10)
100s, ea. ... 5.00* 3.00
Ethaine (ET 7)
Lotion, 2 oz. ...
4 oz. ... .80 4.80
Ethalgen (CY 8) ... 1.00 3.00
Vial, 10 cc., ea. ...
Ethalel Tablets (BR 80E) ... 2.25
100s, ea. ... 5.00* 3.00
Ethalyl, Premo (PR 22)
Elixir, 8 oz., ea. ...
Pt., ea. ... 1.40
Gal., ea. ... 2.20
Ethalyl Sodium, Premo (PR 22) ... 14.40
Capsules, 2 gr., 30s, ea. ...
100s, ea. ... 1.50
1000s, ea. ... 2.00
Ethanacol, Bioline (BL 40) ... 30.00
Pt., ea. ...
Gal., ea. ... 1.25
Ethanoll Capsules (ET 10) ... 6.50
100s, ea. ... 7.00* 4.20
Ethaverine Hydrochloride
Chemo Puro (CH 42P)
4 oz., per oz. ...
Lincoln (LI 31) ... 7.80
Parenteral, Vial, 10 cc., ea. ... 4.20
Tablets, 100s, ea. ... 2.40
1000s, ea. ... 11.60
Ethbec Capsules (ET 10)
100s, ea. ... 6.00* 3.60
Ether (CH 3)
U.S.P., ½ lb., ea. ... .30
1 lb., ea. ... .91
U.S.P., For Anesthesia
¼ lb., ea. ... .31
½ lb., ea. ... .37
1 lb., ea. ... 1.04
5 lb., per lb. ... .82
Concentrated, 1 lb., ea. ... .91
5 lb., per lb. ... .85
Purified, 1 lb., ea. ... .80
5 lb., per lb. ... .72
Ethgaton Capsules (ET 10)
100s, ea. ... 4.05* 2.40
Ethhemine Capsules (ET 10)
100s, ea. ... 8.00* 4.80
Ethi-Base (ET 7)
Ointment, 2 oz. ... .80 4.80
16 oz., ea. ... 4.50 2.85
Ethi-Lan Creme (ET 7)
w/Vitamin A. 4 oz. ... .80 4.50
12 oz. ... 1.00 5.00
Ethinoral, Smith, C. D. (SM 16)
Duotabs, 1000s, ea. ... 19.20
Ethinyl Estradiol
Arlington-Funk (AR 29)
Tablets, 0.02 mg., 100s, ea. ... 2.25* 1.50
0.05 mg., 100s, ea. ... 3.50* 2.24
Biorganic (BI 30)
Crystals, 1 Gm., ea. ... 30.00
Chemo Puro (CH 42P)
N.N.R., 1 Gm., ea. ... 14.20
Mann (MA 46P)
Crystals, 1 Gm., ea. ... 30.00
Schenley (SC 24)
Tablets, 0.05 mg., 100s, ea. .. 2.05 1.25
0.5 mg., 100s, ea. ... 6.25 3.75
m-Ethinaine (MA 46P)
10 Gm., ea. ... 4.50
Ethisterone
Chemo Puro (CH 42P)
U.S.P., 25 Gm., per Gm. ... 1.24
Cook (CO 65K)
Tablets, Sublingual
100s, ea. ... 10.00 6.00
DuMont (DU 21K)
Tablets, 5 mg., 100s, ea. ... 4.25
500s, ea. ... 18.00
10 mg., 40s, ea. ... 3.90
100s, ea. ... 7.50
500s, ea. ... 32.50
25 mg., 20s, ea. ... 4.20
100s, ea. ... 18.50
Raway (RA 49)
Tablets, 10 mg., 100s, ea. ... 3.60
25 mg., 100s, ea. ... 7.00
Schenley (SC 24)
Tablets, 25 mg., 100s, ea. ...25.00 15.00
West-Ward (WE 51)
Tablets, 10 mg., 100s, ea. ... 8.10
500s, ea. ... 23.50
25 mg., 50s, ea. ... 8.00
250s, ea. ... 23.00
Ethix Formula (ET 15)
Hair Cream, 4 oz. ... 1.00 7.20
Shampoo, 4 oz. ... 1.00 7.20
Ethmo Dressing (JE 11) 2 oz. ... .50 4.00
4 oz. ... .75 6.00
1 lb. ... 2.25 18.30
Ethob Capsules (ET 10)
100s, ea. ... 6.00* 3.60
Ethobarb (CE 27)
Capsules, 100s, ea. ... .90
1000s, ea. ... 8.00
Elixir, 16 oz., ea. ... 1.35
Gal., ea. ... 11.50
Tablets, 100s, ea. ... .75
1000s, ea. ... 4.75
Ethobral, Wyeth (WY 14)
Triple Barbiturates
Capsules, 100s, ea. ... 2.80
1000s, ea. ... 26.33
Ethoral (CE 27)
Capsules, 4½ gr., 100s, ea. ... 1.10
1000s, ea. ... 6.50
Ethodor Capsules (ET 10)
Hypnotic, 100s, ea. ... 6.00* 3.60
Mild or Moderate, 100s, ea. 5.00* 3.00

Ethofolic (CE 27)
Capsules, 7 gr., 100s, ea. ... 30.30
1000s, ea. ... 83.00
Etholate, Metropolitan (ME 66T)
5%, Vial, 30 cc., ea. ... 1.75
Ethomatal (CE 27)
Capsules, 6 gr., 100s, ea. ... 2.60
1000s, ea. ... 22.76
Ethonum (CE 27)
Capsules, 6 gr., 100s, ea. ... 2.52
1000s, ea. ... 22.63
Ethoseptic (CE 27)
Douche Powder, 6 oz., ea. ... 1.20
Ethovas Capsules (ET 10)
100s, ea. ... 6.00* 3.60
Ethovite (CE 27)
Capsules, 6 gr., 100s, ea. ... 4.40
1000s, ea. ... 41.75
Ethpaber Capsules (ET 10)
100s, ea. ... 7.00* 4.20
Ethpept Capsules (ET 10)
100s, ea. ... 5.00* 3.00
Ethproner Capsules (ET 10)
100s, ea. ... 8.00* 4.80
Ethquinol, Ulmer (UL 12)
Vials, 30 cc., ea. ... 2.90
6s, ea. ... 19.38
Ethra-Zine, Boyle (BO 80)
16 oz., ea., 00¢ ea. ... .53* .32
Ethred Capsules (ET 10)
Mild, 100s, ea. ... 8.00* 4.38
Strong, 100s, ea. ... 7.00* 4.20
Ethrin (ET 10)
Nasal Solution, 4 oz., ea. ... 4.00* 2.40
Ethtussine (ET 10)
Expectorant, pt., ea. ... 5.00* 3.00
Ethurn Capsules (ET 10)
100s, ea. ... 7.00* 4.20
Ethvi Capsules (ET 10)
100s, ea. ... 5.00* 3.00
Ethvither Capsules (ET 10)
50s, ea. ... 3.50* 2.10
100s, ea. ... 10.00* 6.00
Ethyeal (MA 35)
Rubbing Compound, pt. ... 2.25
Ethyl Acetate (CH 3)
U.S.P. VIII, 1 lb. ... ...
N.F., 1 lb., ea. ... 1.05
Ethyl Aminobenzoate
New York Quinine (NE 70)
U.S.P., 1 oz., ea. ... .47
¼ lb., ea. ... 1.32
1 lb., ea. ... 5.01
5 lb., ea. ... 24.13
Ethyl Chloride, U.S.P.
Bio America (BI 24)
Spray Pack, 100 Gm., ea. ... .85
Endo (EN 13)
Spray Tube, 100 Gm., ea. ... .85
Gebauer (GE 10)
Dispensal Bottle, 2 oz. ... .85* 6.50
4 oz. ... 1.00* 2.00
Metal Tube w/Regulating
Valve, 40 Gm. ... 1.25* 10.00
100 Gm. ... 1.75* 14.00
Premo (PR 22)
Glass Tube, 100 Gm., ea. ... .84
Rudolf (RA 17)
Mistbasis, 100 Gm. ... 1.00 8.00

**ETHYL CHLORIDE U.S.P.**
See
**SPRA PAK**
• With the cap you simply press for the "self-adjusting" spray.

Stratford-Cook (ST 55)
Ampuls, 5 cc., 12s, ea. ... 1.50 1.12
Tubes, Glass, 10 Gm., ea. ... .30 .22
30 Gm., ea. ... .65 .42
40 Gm., ea. ... .75 .42
60 Gm., ea. ... .85 .49
80 Gm., ea. ... .95 .56
100 Gm., ea. ... 1.00 .70
Ethyl-Hexane-Diol (ME 72)
Sunscreen Base Oil
100 cc. bot., ea. ... 2.00
Ethyl Iodide, Merck (ME 52)
1 lb., ea. ... 8.96
*See Merck & Co., Inc. Adv., page 5*
Ethyl Morphine Hydrochloride
(CH 3) U.S.P.
15 gr., ea. ... .95
⅛ oz., per oz. ... 21.26
1 oz., ea. ... 17.50
Ethyl Nitrite (MA 35)
¼ lb., ea. ... .77
1 lb., ea. ... 2.17
Ethyl Nitrite Spirit (MA 35)
N. F., 1 lb., ea. ... 3.31
4 lb., per lb. ... 3.11
Ethylan (CR 30H)
Capsules, 100s, ea. ... 8.00
1000s, ea. ... 75.00
Parenteral, Vial, 10 cc., ea. ... 2.15
Ethylene Disulphonate (M 143)
Ampuls, 2 cc., ea. ... 12.50
Ethynil Testosterone (ME 72)
1 Gm., ea. ... 1.75
Eticylol, Ciba (CI 10)
Linguets, 0.5 mg., 30s, ea. ... 4.83* 2.90
100s, ea. ... 12.33* 8.00
Tablets, 0.02 mg., White
100s, ea. ... 2.92* 1.75
250s, ea. ... 6.92* 4.15
0.05 mg., Yellow, 100s, ea. ... 4.83* 2.90
250s, ea. ... 11.33* 6.80

* PROGESTERONE SUBSTANCE