# EXIBIT 9
# PART 2

1st column—price to consumer
2nd column—price to retailer per dozen or unit price when stated
*denotes fair trade minimum. See page 1

Femelle (HA 25)
  Hygienic Powder, 6 oz. ...... 1.00 7.20
Femerate, Inj. Research (IN 30)
  Aqueous Suspension, Vials
    20,000 I.U./cc., 10 cc., ea. ... 2.20
    30 cc., ea. ... 5.50
    25,000 I.U./cc. w/Procaine
    10 cc., ea.
    40,000 I.U./cc., 10 cc., ea. ... 2.40
    [illegible] ... 4.25
  In Oil, Vials
    20,000 I.U./cc., 20 cc., ea. ... 2.75
    25,000 I.U./cc., 10 cc., ea. ... 2.40
  Tablets, 0.625 mg., 30s, ea. ... 2.70
    100s, ea. ... 4.10
    1000s, ea. ... [illegible]
    1.25 mg., 30s, ea. ... 2.20
    100s, ea. ... 7.65
    1000s, ea. ... [illegible]
Femerate E, Inj. Research (IN 30)
  Aqueous Suspension, Vials
    1 mg./cc., 10 cc., ea. ... 2.00
    30 cc., ea. ... 3.50
    2 mg./cc., 10 cc., ea. ... 2.50
    30 cc., ea. ... 4.50
    5 mg./cc., 10 cc., ea. ... 3.50
    [illegible] ... 6.75
  In Oil, Vials
    1 mg./cc., 10 cc., ea. ... 2.00
    30 cc., ea. ... 3.50
Femest Tablets (NE 57P)
  100s, ea. ... 2.50
Femestral, Kirk (KI 41)
  0.11 mg./cc.
    Ampuls, 1 cc., 100s, ea. ....10.00 7.50
    Vial, 30 cc., ea. ... 1.50 1.13
  0.55 mg./cc.
    Vial, 10 cc., ea. ... 1.50 1.13
Femestral, Cabot Pharm. (CA 19)
  Tablets, 5 mg.
    100s, $2.25 ea. ... 2.24* 18.00
    1000s, ea. ... 11.50
    E.C., 100s, $3.00 ea. ... 2.99* 24.00
    1000s, ea. ... 16.00
    25 mg., 100s, $6.00 ea. ... 5.99* 48.00
    E.C., 100s, $7.50 ea. ... 7.49* 60.00
    1000s, ea. ... 45.00
Femestrone, Kirk (KI 41)
  Parenteral, 10,000 I.U./cc.
    Ampuls, 1 cc., 12s, ea. ... 2.00 1.50
    25s, ea. ... 4.00 3.00
    100s, ea. ...15.00 11.25
    Vials, 10 cc., ea. ... 1.50 1.13
    30 cc., ea. ... 3.50 2.63
  20,000 I.U./cc.
    Vials, 10 cc., ea. ... 2.00 1.50
    30 cc., ea. ... 5.00 3.75
  Tablets, 1.25 mg.
    Compound, 30s, ea. ... 3.50 2.63
    100s, ea. ... 8.50 6.38
    *See C. F. Kirk Company Advt. Manufacturers' Catalog Section*
Femex (MO 64)
  Powder, 8 oz. ... .75* ...
Femeze (ST 38)
  Tablets, 18s ... .29* ...
  36s ... .49* ...
  100s ... 1.15* ...
Fem-Gene (FE 32)
  8 oz. ... .98* 7.20
Fem-Giene (PH 21)
  Douche Powder, 12 oz. ... .98 7.20
Fem-Hy (DI 21F)
  Antiseptic, 4 oz. ... .59* 4.72
  8 oz. ... 1.10* 8.76
Femid, H R C (H 17G)
  Hygienic Powder
    7 oz., ea., 95¢ sz. ... .84* .57
    15 oz., ea., $1.89 sz. ... 1.71* 1.14
Feminex Tablets (SU 26)
  Improved, 12s ... ... 2.25
  Old, 30s ... ... 3.60
Feminine Syringes
  *For information, see Product Index*
Feminol (LE 52L)
  Antiseptic Powder, 8 oz.
    75¢ sz. ... .69* 5.00
Femi-Tra (TR 10M)
  Tablets, 50s ... 1.00 8.00
Femme de Paris (YD 10)
  Bath Powder ... 1.00* 7.20
  Infusion de Parfum
    2 oz. w/atomizer ... 1.00* 7.20
    4 oz. ... 2.00* 14.40
    8 oz. ... 3.50* 25.20
  Perfume, purse size ... 2.00* 14.40
    ½ oz. ... 6.50* 46.80
    1 oz., ea. ...12.00* 7.20
    2 oz., ea. ...20.00* 12.00
  Concentrated, 3 flacons ... 5.00* 36.00
  Talc ... .50* 3.60
Fem-Nol (FI 24)
  Pt., ea. ... ... 2.08
  Gal., ea. ... ... 13.53
Femo, Plough (PL 24)
  Medicated Hygiene Powder
    1½ oz. ... .35* 2.90
    3½ oz. ... .60* 4.80
    7½ oz. ... 1.00* 8.00
Femogen, Testagar (TE 23)
  Alpha Estradiol Aquasuspension
    0.2 mg./cc., Vial
      30 cc., ea. ... ... 2.10
  In Sesame Oil
    0.1 mg./cc.
      Vials, 10 cc., ea. ... ... 1.00
      30 cc., ea. ... ... 1.10
    0.2 mg./cc.
      Vials, 10 cc., ea. ... ... 1.35
      30 cc., ea. ... ... 2.10
    0.5 mg./cc.
      Ampuls, 1 cc., 25s, ea. ... ... 6.50
      100s, ea. ... ... 24.00
      Vials, 10 cc., ea. ... ... 1.80
      30 cc., ea. ... ... 3.00

Natural Aquasuspension, Vials
  20,000 I.U./cc., 10 cc., ea. ... ... 1.50
  30 cc., ea. ... ... 1.90
  40,000 I.U./cc., 10 cc., ea. ... ... 2.25
  30 cc., ea. ... ... 3.90
Natural in Oil
  10,000 I.U./cc.
    Ampuls, 1 cc., 25s, ea. ... ... 4.50
    100s, ea. ... ... 15.00
    Vials, 10 cc., ea. ... ... 1.50
    30 cc., ea. ... ... 2.40
  20,000 I.U./cc.
    Vials, 10 cc., ea. ... ... 1.65
    30 cc., ea. ... ... 2.75
Femold (CA 22M)
  Vial, 10 cc., ea. ... ... 2.75
Femotrone, Testagar (TE 23)
  Vial, 10 cc., ea. ... ... 2.00
Fempep (FL 40)
  Tablets, 8s, 50¢ sz. ... .49* 3.30
Femrogen (IN 34)
  In Sesame Oil, Vials
    20,000 I.U./cc., 30 cc., ea... 1.50 1.05
    20,000 I.U./cc., 10 cc., ea... 1.50 1.05
    30,000 I.U./cc., 30 cc., ea... 2.50 1.60
    40,000 I.U./cc., 10 cc., ea... 3.00 2.10
Fem-X Powder (HA 28)
  6 oz. ... .75 6.00
Fenadis (BU 61)
  Capsules, 100s, ea. ... ... .90
  1000s, ea. ... ... 4.90
  w/Codeine Phosphate ¼ gr.
    100s, ea. ... ... 2.30
    1000s, ea. ... ... 16.70
  w/Codeine Phosphate ½ gr.
    100s, ea. ... ... 2.40
    1000s, ea. ... ... 20.70
  Tablets, 100s, ea. ... ... .90
  1000s, ea. ... ... 4.90
Fenaleaf, Gold Leaf (GO 15)
  Tablets, 100s ... ... 2.75
  1000s, ea. ... ... 7.25
Fenaride Elixir (DE 58)
  No. 1 or No. 2, 12 oz. ... 5.00 36.00
Fenatrate, Sherman (SH 45)
  Syrup, 8 oz. ... .50 3.00
  16 oz., ea. ... 2.50 1.50
  Tablets, 5 gr., 100s, ea. ... 1.00 .60
  500s, ea. ... 4.25 2.55
  1000s, ea. ... 8.00 4.80
Fench Oil (RO 35)
  2 oz. ... .50* 4.00
Fend (FL 45)
  E.Q. 33 Methpreder, 16 oz. ... .98 7.90

# FENESIN

• *What the Product Is:* A balanced formula providing three-fold relief in most forms of Arthritis. Each tablet contains: Salicylamide 125 mg., Mephenesin 125 mg., Homatropine Methylbromide, 1.25 mg.

• *What It's For:* Relief of Arthritis through safe, effective, analgesic action — improvement in joint mobility — relief of anxiety tension, without any tendency to create hormonal imbalance.

• *How Administered:* 2 tablets every three or four hours. In initial treatment, 3 to 4 tablets may be given for the first few doses.

• *How Supplied:* Bottles of 100 and 500 tablets.

HERZOG LABORATORIES, Inc.
Buffalo 4, New York

Fenesin, Herzog Labs. (HE 47G)
  Tablets, 100s, ea., $3.60 sz. .. 3.24* 2.16
  500s, ea., $16.20 sz. ...14.58* 8.72

★ ★ ★

Fenex (DA 65F)
  Pt. ... ... 8.00
  Gal., ea. ... ... 4.00
Fenix Douche Powder (MA 75)
  4 oz. ... 1.00 7.00
Feniuol (ME 30B)
  Powder, 8 oz., ea. ... ... 1.00
Fennel Honey (PO 31)
  2 oz. and 4 oz. ... ... ...
Fennel Oil (ES 3) ... ... ...
Fennel Seed
  Initial Line (PE 36)
    Large, 1 oz. pkg., ea. ... ... .12
  Penick (PE 36)
    N.F., Whole
      ¼ lb., ea. ... ... .30
      1 lb., ea. ... ... .88
    French, Whole
      ¼ lb., ea. ... ... .46
      1 lb., ea. ... ... .94
    Powdered, ¼ lb., ea. ... ... .40
      1 lb., ea. ... ... 1.05
  *See S. B. Penick & Co. Advt., page 5*
Fenner's, Dr. (WE 34)
  Golden Relief, 2 oz. ... .60 4.50
  4 oz. ... 1.00 8.00
  Ointment, 1 oz. ... .36 2.90
Fenobell Tablets (HA 72R)
  1000s, ea. ... ... 2.25
Fenolix (VI 46)
  Elixir, pt. ... 2.00 14.40

Fensed, Mallard (MA 37L)
  Tablets, Modified, 100s, ea. ... ... .95
  500s, ea. ... ... 2.75
  1000s, ea. ... ... 7.00
Fenstab (WA 68)
  Tablets, ¼ gr., 1000s, ea. ... ... 1.50
  ½ gr., 1000s, ea. ... ... 1.75
  1½ gr., 1000s, ea. ... ... 2.75
Fenzobel, U. S. Vitamin (U 24)
  Liquid, 8 oz., ea. ... 2.96* 1.97
  Powder, 8 oz., ea. ... 1.10* .74
  Tablets, 100s, ea. ... 1.98* 1.36
Fenugreek Seed, Penick (PE 36)
  Whole, ¼ lb., ea. ... ... .27
  1 lb., ea. ... ... .82
  Powdered, ¼ lb., ea. ... ... .40
  1 lb., ea. ... ... .92

# FEOJECTIN*

• *What the Product Is:* Each 5 cc. ampul contains saccharated iron oxide equivalent to 100 mg. of elemental iron, or 20 mg./cc.—for intravenous injection.

• *What It's For:* Clearly defined iron-deficiency anemias. 'Feojectin' is indicated particularly when a prompt response is mandatory and/or oral iron causes gastric discomfort. It is especially useful for (1) resistant iron-deficiency anemias, (2) iron-deficiency anemia in pregnancy, (3) iron-deficiency anemia in gastrointestinal diseases, (4) anemia in bleeding hemorrhoids, (5) anemia of menorrhagia, (6) iron-deficiency anemia of nutritional deficiency. Provides a more *rapid*, a more *predictable* response than any other iron therapy.

• *Administration and Dosage:* To be administered intravenously in strict accordance with instructions accompanying every box of the ampuls.

• *Availability:* Boxes of six 5 cc. ampuls.

*T.M. Reg. U. S. Pat. Off.

SMITH, KLINE & FRENCH LABORATORIES
Philadelphia 1, Pa.

Feojectin, S. K. & F. (SM 27)
  Ampuls, 100 mg., 5 cc.
    6s, ea. ... ... 2.50

★ ★ ★

Feomin (OC 15N)
  Liquid, pt., ea. ... ... 2.25
  Gal., ea. ... ... 14.00
Feoplex, Walker Labs. (WA 23L)
  Capsules, 50s, ea., $2.00 sz. .. 1.90* 1.20
  Drops, 30 cc., ea., $1.75 sz. .. 1.57* 1.05
Feoplex B12, Walker Labs. (WA 23L)
  Drops, 30 cc., ea., $2.50 sz. .. 2.23* 1.50
  Pt., ea. ... ... 15.00
Feosol, S. K. & F. (SM 27)
  Elixir, 12 oz., ea. ... 1.75* 1.17
  Tablets, 100s, ea. ... 1.35* .90
  1000s, ea. ... ... 8.00
Feosol Hematonic, S. K. & F. (SM 27)
  Tablets, 100s, ea. ... 5.00* 3.33
Feosol Plus, S. K. & F. (SM 27)
  Capsules, 100s, ea. ... 4.50* 3.00
Feplasm, Massengill (MA 85E)
  Capsules, 100s, ea. ... 1.88* 1.25
  1000s, ea. ...15.00* 10.00
Ferad
  Burroughs Wellcome (BU 63)
    "Tabloid" Brand, S.C., 100s.. 1.00* 8.00
    1000s, ea. ... 8.00* 5.34
Ferad-B
  Burroughs Wellcome (BU 63)
    "Tabloid" Brand, 100s ... 2.25* 18.00
    1000s, ea. ...17.25* 11.50
Feralex B & C (JA 25)
  Tablets, 100s, ea. ... 4.75 3.00
Fer-Amine-B (JA 10) 6 oz. ... ... 12.00
  16 oz. ... ... 24.00
Feranemia, Supreme (SU 48R)
  Capsules, 100s, ea. ... ... 2.85
  1000s, ea. ... ... 23.00
Feru-Plus, Success (SU 10)
  Capsules, 100s, ea. ... ... 1.75
  1000s, ea. ... ... 14.50
Fer-Arsenic, Metropolitan (ME 66T)
  Ampuls, 10 cc., 10s, ea. ... ... 2.70
  100s, ea. ... ... 22.00
Ferate (BR 88M)
  Tablets, 100s ... 1.25 10.00
  1000s, ea. ... ... 7.00
Feratone, Inj. Research (IN 30)
  Parenteral, Vial
    10 cc., ea. ... ... 3.00
  Tablets, 100s, ea. ... ... 1.25
  500s, ea. ... ... 2.60
  1000s, ea. ... ... 8.60

Feratone S, Inj. Research (IN 30)
  Vial, 10 cc., ea. ...
Feravin, Senoral (SO 31)
  Vials, 30 cc., ea. ...
  Special, 30 cc., ea. ...
Feravin w/B12, Senoral (SO 31)
  Vials, 30 cc., ea. ...
  Special, 30 cc., ea. ...
Ferazon Tablets (TR 11)
  100s, ea. ...
  1000s, ea. ...
Fer-B-Cee (SF 53)
  Tablets, 100s ...
Ferbencal (ME 88E)
  Tablets, 100s, ea. ...
  1000s, ea. ...
Ferbeta, Taros (TO 35)
  Ampuls, 1 cc., 6s ...
  Vials, 10 cc. ...
  30 cc. ...
Ferbeta Tablets, Grant (GR 26)
  100s ...
  500s ...
Ferbex, Berkeley (BE 86S)
  Tablets, 100s ... 2.4[illegible]
Ferbezin-C (GR 96P)
  Capsules, 100s, ea. ... 2.9[illegible]
  1000s, ea. ... 20.[illegible]
Ferbisline, Westerfield (WE 80)
  Tablets, E.C., 100s, ea. ...
  1000s, ea. ...
Fer-Bi-Lets (KA 88E)
  Tablets, 100s, ea. ...
  500s, ea. ...
  1000s, ea. ...
Ferbinates (TR 22C)
  Capsules, 100s, $2.25 sz. ... 2.9[illegible]
  Forte, 100s, $7.50 sz. ... 6.[illegible]
  Super B, 100s, $6.00 sz. ... 5.9[illegible]
  Elixir, 8 oz., $1.75 sz. ... 1.5[illegible]
  16 oz., $2.25 sz. ... 2.9[illegible]
  Tablets, 100s, $2.00 sz. ... 1.[illegible]
Ferbrinol, Tilden (TI 12)
  8 oz., ea. ...
Fercalcium-D (CA 34)
  Tablets, 1000s, ea. ... 4.64
Fercitab, U. S. Std. Prods. (U 22)
  100s, ea. ...
  1000s, ea. ...
Fer-Dona, Ivm-Cameron (IV 9K)
  Capsules, 100s, ea. ... 2.6[illegible]
  Elixir, 12 oz., ea. ... 2.5[illegible]
Fer-D-Vita (ME 26P)
  Capsules, 100s, ea. ... ...
  500s, ea. ... ...
  1000s, ea. ... ...
Ferempra, Empire (EM 26)
  Ampuls, 1 cc., 25s, ea. ... ...
  100s, ea. ... ...
Ferex (IN 47)
  4 oz. ... 1.25
Ferex-B Drops (IN 47)
  1 oz. ... 1.50
Ferglate B w/C (KE 40)
  Tablets, 100s ... 2.25

# FERGON® PLU[S]

• *What the Product Is:* S[oft] gelatin capsules containi[ng] folic acid 1.5 mg.; vitam[in] $B_{12}$, 3 mcgm.; liver fracti[on] 2, 0.12 Gm.; ferrous gluco[n]ate 0.2 Gm.; gastric muco[sa] 0.12 Gm.; and ascorbic ac[id] 50 mg.

• *What It's For:* For ir[on] deficiency and macrocyt[ic] anemias.

• *How Administered:* Pr[o]phylactic: As a dietary su[p]plement and maintenan[ce] source of folic acid, iron a[nd] vitamin $B_{12}$, 1 capsule dail[y]. Therapeutic: For all anemi[as] amenable to iron therapy i[n]cluding (1) hypochrom[ic] anemia of infancy and chil[d]hood; (2) chlorosis; (3) idi[o]pathic hypochromic anemi[a]; (4) anemia of pregnanc[y]; (5) hypochromic anemia a[s]sociated with gastro-inte[s]tinal disease; (6) anemi[a] due to vitamin C deficienc[y]; (7) anemia associated wit[h] thyroid deficiency; (8) an[e]mia associated with hypopr[o]teinemia; (9) anemia associ[ated] with malnutrition an[d] chronic hemorrhage; (10) anemia associated with sul[fonamide] therapy, 2 or 3 cap[s]ules three times daily.

WINTHROP-STEARNS, INC.
1450 Broadway
New York 18, N. Y.

*For prices and sizes see next page*

Case 1:05-cv-01849-JR Document 17-11 Filed 09/08/2006 Page 3 of 8

Suppositories, 1:1000
12s, ea., $2.05 sz. .... 2.76* 1.85
Tincture, 1:1000
½ pt., ea., 90¢ sz. .... .81* .54
Pt., ea., $2.30 sz. .... 2.07* 1.38
Gal., ea., $14.05 sz. .... 12.64* 8.43
Mertok Ointment (HA 41)
1 oz. .... ... 2.90
8 oz. .... ... 6.00
Mertox (FE 41N)
Liquid, 8 oz. .... 1.25 10.00
Mertricone, Rorer (RO 70)
Qt. .... 2.26 24.12
Mertrisorts (TH 14C)
Vaginal Inserts, 20s .... .75 5.40
100s .... 2.00 14.40
500s .... 9.00 64.80
Mervenol, Hille (HI 38)
Oral, 1 oz., ea. .... ... 1.05
4 oz., ea. .... ... 2.19
12 oz., ea. .... ... 5.50
Parenteral, Vials, 30 cc., ea. .... ... 1.53
60 cc., ea. .... ... 2.85
Mervin (EM 39)
Do-All Clips, 2s .... .30 .72
Curl Clips
Curlettes, 8s .... .30 .72
Jiffy, 10s .... .35 1.20
Teeny, 12s .... .35 1.20
End Curlers, 2s .... .30 .72
Scissors .... .30 .72
Wave Clips, 2s .... .30 .72
5s .... .35 1.20
Wave-O-Matic .... .35 1.20
Merzinox, Westerfield (WE 68)
Ointment, 1 lb., ea. .... ... 4.20
Mesantoin, Sandoz (SA 47O)
Tablets, 0.1 Gm.
50s, ea., $1.67 sz. .... 1.50* 1.00
100s, ea., $3.17 sz. .... 2.85* 1.90
250s, ea., $6.84 sz. .... 6.16* 4.10
1000s, ea., $22.92 sz. .... 20.63* 13.75
Mescaline Sulfate, Delta (DE 30F)
100 mg. bot., ea. .... ... 7.00
1 Gm. bot., ea. .... ... 38.00
Mesco Ointments (MA 43H)
A & D Ointment, 1 dr. .... ... 1.80
Ammoniated Mercury & Salicylic Acid, 1 dr. .... ... 2.00
Atropine Alkaloid, ½%, 1 dr. .... ... 2.44
Atropine & Bichloride Mercury 1 dr. .... ... 2.75
Atropine & Boric Acid, 1 dr. .... ... 3.20
Atropine, Butyn & Metaphen 1 dr. .... ... 3.25
Atropine & Merthiolate, 1:5000 1 dr. .... ... 2.60
Atropine Sulfate, 1%, 1 dr. .... ... 2.25
2%, 1 dr. .... ... 2.40
Atropine Sulfate, Holocain Boric Acid & Adrenalin Chloride, 1 dr. .... ... 3.70
Bichloride Mercury, 1:3000 or 1:5000, 1 dr. .... ... 1.80
Boric Acid, 5%, 1 dr. .... ... 1.90
10%, 1 dr. .... ... 2.00
Boric Acid & Phenol, 1 dr. .... ... 2.00
Boric Acid & Resorcinol Monoacetate 1 dr. .... ... 2.50
Butyn, Adrenalin Chloride Boric Acid & Zinc Sulfate 1 dr. .... ... 4.25
Butyn, ½% & Bichloride Mercury, 1 dr. .... ... 2.50
Butyn, 1% & Bichloride Mercury, 1 dr. .... ... 3.00
Butyn, 1% & Metaphen, 1 dr. .... ... 3.25
Butyn, 2% & Metaphen, 1 dr. .... ... 3.75
Butyn Sulfate, 1 dr. .... ... 3.00
Butyn & Sulfathiazole, 1 dr. .... ... 3.75
Calomel Ophth., 5%, 1 dr. .... ... 1.60
Camphor & Menthol Comp. 90 gr. .... ... 2.25
Camphor, Menthol & Chlorbutanol Comp., 90 gr. .... ... 2.50
Camphor, Menthol & Phenol 90 gr. .... ... 2.00
Copper Citrate, 5%, 1 dr. .... ... 1.70
10%, 1 dr. .... ... 1.80
Copper Sulfate, 1 dr. .... ... 1.60
Eserine Alkaloid, 1 dr. .... ... 2.30
Eserine Salicylate, ½%, 1 dr. .... ... 3.30
1%, 1 dr. .... ... 4.25
Eserine Sulfate, ½%, 1 dr. .... ... 3.30
1%, 1 dr. .... ... 4.25
Eserine Sulfate & Bichloride Mercury, 1 dr. .... ... 3.30
Eucalyptol & Menthol, 90 gr. .... ... 2.00
Holocaine, 1 dr. .... ... 2.00
Holocaine & Adrenalin, 1 dr. .... ... 2.25
Holocaine & Bichloride Mercury, 1%, 1 dr. .... ... 2.20
2%, 1 dr. .... ... 2.50
Holocaine & Hyoscine Hydrobromide, 1 dr. .... ... 3.25
Holocaine & Metaphen 1 dr. .... ... 2.90
Holocaine & Zinc Sulfate 1 dr. .... ... 2.25
Homatropine Hydrobromide 1 dr. .... ... 3.25
Hydrastine Alkaloid, Zinc Sulfate Boric Acid, Camphor 1 dr. .... ... 1.45
Hyoscine Hydrobromide
⅙%, 1 dr. .... ... 2.00
⅕%, 1 dr. .... ... 3.25
Ichthymall, 90 gr. .... ... 2.50
Ichthymall & Menthol, 90 gr. .... ... 3.00
Menthol, Oils Pinus Pumilio, Gaultheria & Eucalyptol 90 gr. .... ... 2.00
Mercurochrome, 1%, 1 dr. .... ... 1.75
2%, 1 dr. .... ... 2.50
Mercury, Ammoniated 3% 1 dr. .... ... 1.90
Mercury Oxycyanide 1:3000, or 1:5000 1 dr. .... ... 1.70

Mercury, Yellow Oxide ½%, 1%, or 2%, 1 dr. .... ... 1.70
Mercury, Yellow Oxide Adrenalin Chloride Phenol 1 dr. .... ... 2.00
Mercury, Yellow Oxide & Atropine, ½%, 1 dr. .... ... 2.50
1%, 1 dr. .... ... 2.75
Mercury, Yellow Oxide & Holocaine, 1%, 1 dr. .... ... 2.25
Merthiolate, 1:5000, 1 dr. .... ... 2.10
Merthiolate & Metycaine 1 dr. .... ... 2.25
Metycaine, 4%, 1 dr. .... ... 2.25
Neo-Silvol, 1 dr. .... ... 2.75
Optochin, 1 dr. .... ... 2.50
Orthoform, 1 dr. .... ... 1.90
Orthoform, Novocain & Balsam Peru, 1 dr. .... ... 2.00
Petrolatum Albo, prem. size .... ... 1.25
Pilocarpine, 1 dr. .... ... 2.00
Pilocarpine Nitrate, 1%, 1 dr. .... ... 2.25
2%, 1 dr. .... ... 2.75
Pontocaine, 1 dr. .... ... 2.50
Quinine Bisulfate, 2%, 1 dr. .... ... 1.70
4%, 1 dr. .... ... 2.10
Silver Protein, Mild, 1 dr. .... ... 2.25
Sulfadiazine, 5%, 1 dr. .... ... 1.90
Sulfadiazine & Metycaine 1 dr. .... ... 2.75
Sulfanilamide, 5%, 1 dr. .... ... 1.75
Sulfathiazole, 5%, 1 dr. .... ... 1.75
Sulfathiazole & Atropine 1 dr. .... ... 2.40
Sulfathiazole & Holocaine 1 dr. .... ... 2.05
Sulfathiazole & Sulfanilamide 1 dr. .... ... 1.80
Tyrothricin, 1 dr. .... ... 1.95
Xeroform, 1 dr. .... ... 2.70
Zinc Oxide, 10%, 1 dr. .... ... 1.80
Zinc Sulfate, 1 dr. .... ... 1.70
Mesobilirubinogen Delta (DE 30F)
100 mg. vial, ea. .... ... 22.00

**MESOPIN**
Trademark
**MESOPIN-PB**
**Tablets & Elixir**

• For g.i. spasm. MESOPIN: 2.5 mg. homatropine methylbromide per white tablet or teaspoonful green elixir; 5 mg. per peach tablet. MESOPIN-PB: 2.5 mg. MESOPIN plus 15 mg. phenobarbital per yellow tablet or teaspoonful yellow elixir; 5 mg. MESOPIN plus 15 mg. phenobarbital per green tablet.

ENDO PRODUCTS INC.
Richmond Hill 18, N. Y.

Mesopin, Endo (EN 13)
Elixir, 2.5 mg./tspn.
16 oz., ea. .... ... 2.40
Gal., ea. .... ... 17.20
Parenteral, Ampuls
5 mg., 1 cc., 12s, ea. .... ... 2.13
25s, ea. .... ... 3.53
100s, ea. .... ... 13.60
Powder, 1 Gm., ea. .... ... 3.00
5 Gm., ea. .... ... 12.50
10 Gm., ea. .... ... 23.00
Tablets, 2.5 mg., 100s, ea. .... ... 1.50
500s, ea. .... ... 8.10
1000s, ea. .... ... 15.00
5 mg., 100s, ea. .... ... 2.10
500s, ea. .... ... 9.60
1000s, ea. .... ... 17.40
Mesopin-PB, Endo (EN 13)
Elixir, 2.5 mg./tspn.
16 oz., ea. .... ... 2.40
Gal., ea. .... ... 17.20
Tablets, 2.5 mg., 100s, ea. .... ... 2.00
500s, ea. .... ... 9.00
1000s, ea. .... ... 16.50
5 mg., 100s, ea. .... ... 2.40
500s, ea. .... ... 10.80
1000s, ea. .... ... 18.80

★ ★ ★

Messager, Renoir (MA 92)
Eau de Toilette, 2 oz. .... 3.00* ...
4 oz. .... 5.00* ...
Eau de Toilette & Perfume .... 5.00* ...
Parfum, 1 dr. .... 3.00* ...
¼ oz. .... 6.50* ...
½ oz. .... 11.50* ...
1 oz. .... 20.00* ...
2 oz. .... 34.00* ...
Mestrane, Meyer Chem. (ME 60E)
Aqueous Suspension, Vials
20,000 I.U./cc.
10 cc., ea. .... ... 2.00
50,000 I.U./cc.
10 cc., ea. .... ... 4.90
Me-Tab (SC 77E)
No. 0 .... ... 6.60
No. 1 .... ... 8.40
No. 2 .... ... 9.60
Metabiold (RI 53)
Tablets, 100s, ea. .... 2.10 1.40
Metabogill, Massengill (MA 85E)
Tablets, 100s, ea. .... .83* .55
500s, ea. .... 3.38* 2.25
1000s, ea. .... 6.30* 4.20

Metaboloid, Mallard (MA 37L)
Tablets, No. 2, 100s, ea. .... ... 2.10
500s, ea. .... ... 4.25
1000s, ea. .... ... 8.00
Metabolic Tablets (RA 17)
Nos. 1, 2 and 3
Set 300, 100 of each .... 2.00 16.00
Set 3000, 1000 of each .... 15.00 120.00
Metabolon Tablets (TH 67)
100s .... 2.00* 14.40
270s .... 5.00* 36.00
500s, ea. .... 8.00* 8.40
1000s, ea. .... 17.00* 10.20
Meta-Iron (BR 25B)
Elixir, w/or w/o Iron
8 oz. .... 1.00 25.00
Metacaps (VI 46)
100s .... 4.00 82.40
Meta Clor (BR 25B)
Douche Powder, 8 oz. .... 2.00 16.00
Metagynoc (CU 29)
Pkg. A, Jelly, 4½ oz. w/applicator Diaphragm & Introducer .... 6.00 43.20
Pkg. B, Jelly, 4½ oz. w/applicator .... 4.25 30.60
Pkg. C, Jelly, two 1⅞ oz. tubes w/Diaphragm & Introducer .... 4.00 28.80
Diaphragm, 50 to 105 mm. .... 2.00 14.40
Vaginal Jelly, 3⅞ oz. tube .... 1.00 7.20
4½ oz. bottle .... 1.50 10.80
8 oz. bottle .... 2.50 18.00
Metahol, Duran (DU 28)
4.2 oz. .... 2.00* 14.40
Metalgine (BE 42L)
1 lb. tin .... .90 ...
½ gal. .... 2.25 ...
Metalid, Columbus Pharm. (CO 43)
Tablets, 100s, ea. .... ... 1.25
1000s, ea. .... ... 7.00
Metallic Liquid Mender (LU 35)
⅜ oz. .... .36* 2.52
Metalone (TU 24)
Tablets, 1000s, ea. .... ... 8.85

**METAMINE®**
**Low-dosage Amine Nitrate for Prevention of Angina Pectoris**

• *Composition:* Triethanolamine trinitrate biphosphate.

• *Action and Uses:* Prevents attacks of angina pectoris or reduces their number and severity, without the side effects, toxic reactions and tolerance observed with other cardiac nitrates.

• *Dosage:* 1 tablet after each meal and 1 or 2 tablets at bedtime.

THOS. LEEMING & CO., Inc.
155 E. 44th Street
New York 17, N. Y.

Metamine, Leeming (LE 39)
Tablets, 2 mg., 50s .... ... 18.72
500s, ea. .... ... 14.40

★ ★ ★

Metamucil, Searle (SE 18)
Powder, 4 oz., ea., $1.20 sz. .... 1.08* .72
8 oz., ea., $2.00 sz. .... 1.80* 1.20
1 lb., ea., $3.20 sz. .... 2.88* 1.92
Metandren, Ciba (CI 10)
Linguets, 5 mg., White
30s, ea. .... 2.67* 1.60
100s, ea. .... 7.33* 4.40
500s, ea. .... 35.83* 21.50
10 mg., Yellow, 30s, ea. .... 4.92* 2.95
100s, ea. .... 13.58* 8.15
500s, ea. .... 66.25* 39.75
Tablets, 10 mg., White
30s, ea. .... 4.92* 2.95
100s, ea. .... 13.58* 8.15
500s, ea. .... 66.25* 39.75
25 mg., Yellow, 15s, ea. .... 7.33* 4.40
100s, ea. .... 34.00* 20.40
*See advertisement in next column*
Metanite, Drug Prods. (DR 28)
Tablets, 100s, ea. .... ... 1.15
1000s, ea. .... ... 9.44
Soluble, Infants, 100s, ea. .... ... .71
1000s, ea. .... ... 4.25
w/Phenobarbital, 100s, ea. .... ... 1.42
1000s, ea. .... ... 9.44
Metaphedrin, Abbott (AB 11)
Inhalant, No. 99
1 oz., $1.10 sz. .... .99* 7.91
4 oz., ea., $3.40 sz. .... 3.06* 2.04
Pt., ea., $11.00 sz. .... 9.90* 6.60
Gal., ea., $76.80 sz. .... 69.12* 46.08
Isotonic, Aqueous Solution
1 oz., 80¢ sz. .... .72* 5.76
4 oz., ea., $2.75 sz. .... 2.47* 1.65
Pt., ea., $8.75 sz. .... 7.57* 5.25
Gal., ea., $63.33 sz. .... 57.00* 38.00
Metaphen, Abbott (AB 11)
Disinfecting Solution
Qt., ea., $3.20 sz. .... 2.88* 1.92
Gal., ea., $9.90 sz. .... 8.91* 5.94
First Aid Solution
30 cc. bot., ea., 32¢ sz. .... .29* .19
Pt., ea., $2.15 sz. .... 1.93* 1.29
Gal., ea., $13.33 sz. .... 12.00* 8.00

**METANDREN LINGUETS®**
**Effective and Economical Form of Oral Androgen Thera[py]**

• *What They Are:* Hi[ghly] compressed tablets of met[hyl]testosterone U.S.P., desig[ned] for direct absorption thro[ugh] buccal mucosa into syste[mic] circulation.

• *How They're Used:* Pla[ced] beneath tongue or betw[een] cheek and molar teeth, [re]maining there, with as li[ttle] swallowing as possible, u[ntil] completely absorbed — average of 30 to 50 minu[tes]. Since patients vary widel[y in] requirements, dosage mus[t be] strictly individualized.

• *Advantage:* Metand[ren] Linguets have approxima[tely] twice the potency of the or[ally] ingested and approxima[tely] the same potency as the [in]jectable hormone.

• *Caution:* Female pati[ents] should be carefully obser[ved] for symptoms of masculin[iza]tion.

• *How Supplied:* LINGUE[TS] 5 mg. (white, scored); 10 [mg.] (yellow, scored); bottles [of] 30, 100 and 500.

Metandren® (methyltes[tos]terone U.S.P. CIBA).
Linguets® (tablets for [mu]cosal absorption CIBA)

C I B A Summit, N[.J.]

*For prices and sizes see preceding [column]*

★ ★ ★

Ointment, Ophthalmic 1:3000
⅛ oz. tube, ea., 60¢ sz. .... .36
Solution, Aqueous
1:500, pt., ea., $2.05 sz. .... 1.23
Gal., ea., $12.45 sz. .... 11.2[illegible]
1:2500, 12 oz., ea., $1.12 sz. .... 1.0[illegible]
Gal., ea., $7.00 sz. .... 6.3[illegible]
Tincture 1:250
4 oz., ea., 90¢ sz. .... .8[illegible]
Pt., ea., $2.30 sz. .... 2.0[illegible]
Gal., ea., $14.05 sz. .... 12.6[illegible]
Untinted 1:200
1 oz., ea., 45¢ sz. .... .4[illegible]
4 oz., ea., 90¢ sz. .... .8[illegible]
Pt., ea., $2.30 sz. .... 2.0[illegible]
Gal., ea., $14.05 sz. .... 12.6[illegible]
Metasert (BR 25U)
Vaginal Inserts, 100s .... 4.5[illegible]
Metatarsal Pads & Relievers
*For information, see Product In[dex]*
Meta-Thesal, Buffington's (BU 20)
Oily, 4 oz. bot., ea. .... 1.2[illegible]
16 oz., ea. .... 4.15
Surgical Tincture, 4 oz., ea. .... 1.2[illegible]
16 oz., ea. .... 3.35
Metatone, Parke, Davis (PA 47E)
12 oz. bot., ea., $1.75 sz. .... 1.57
Gal., ea., $13.00 sz. .... 11.70
Metaxin Tablets (GR 36F)
100s, ea. .... 2.31
1000s, ea. .... 15.00
Metco Brand (TR 10M)
Aspirin Tablets, 5 gr., 100s .... .50
Diuretic Tablets, 50s .... .50
Met-Estrin, Metropolitan (ME 66T)
0.133 mg./cc.
Ampuls, 1 cc., 10s, ea. .... ...
100s, ea. .... ...
Vials, 10 cc., 1s, ea. .... ...
10s, ea. .... ...
30 cc. .... ...
0.267 mg./cc.
Vials, 10 cc., 1s, ea. .... ...
10s, ea. .... ...
0.667 mg./cc.
Vials, 10 cc., 1s, ea. .... ...
10s, ea. .... ...
Met-Estrin Suspension
Metropolitan (ME 66T)
Vials, 10 cc., 1s, ea. .... ...
10s, ea. .... ...
Met-Estrol, Metropolitan (ME 66T)
Vials, 5 mg./cc., 10 cc. .... ...
1s, ea. .... ...
10s, ea. .... ...
25 mg./cc., 10 cc., 1s, ea. .... ...
10s, ea. .... ...
Methabrom (GR 36) ...

Case 1:05-cv-01849-JR Document 17-11 Filed 09/08/2006 Page 4 of 8

...STIL

...oduct Is: Plain ... containing: ...terone 5 mg. ...strol 0.25 mg.

...r: Certain con... menopause; to ...tion in some ...norrhea; post... ...d senile osteo... ...actures; acro... tissue atrophy ... and certain ...ary dwarfism ... reports indi... ...e satisfactory ...cteric control ...ed from the ...one combina... ...ns and estro... ...n either hor... ...stered singly.

...Is: Designed ...tion sublingu... buccal cavity. ...ly for initial ...lets daily for ...eding 2 weeks ...mum mainte...

...d: Bottles of

...DIC ...RMACAL CO. ...40, Ill. Atlanta

...e preceding column

[illegible]

Hair Coloring, 8 oz. ... .80 4.80
Shampoo, 8 oz. ... .35 2.00
Styptic Powder, ½ oz. ... .35 2.00
Meyers' Pot's Cream (AM 42)
8 oz. ... .30 2.10
16 oz. ... .50 3.96
32 oz. ... .85 6.00
Gal. ... 1.90 16.50
Mezereon Bark
Initial Line (PE 36)
1 oz. pkg., ea. ... .12

See S. B. Penick & Co. Adv., page 5

Mezo, Warren-Teed (WA 67)
Ointment, 1½ oz. ... 6.00
Miadrue, Hart Drug (HA 62E)
Tablets, 100s, ea. ... 1.47 1.90
500s, ea. ... 7.33 4.40
1000s, ea. ... 14.17 8.50
Miami Beach Swim Goggles (CH 84E) ... 7.20
Michael's (MI 13)
Medicated Wafers, 36s ... 1.00 8.00
Michaels (HA 23J)
Tablets, 100s, ea. ... 2.25
1000s, ea. ... 18.90
Micheson, Parke, Davis (PA 47K)
Tablets, 100s, ea., 75¢ ea. ... .47 .45
1000s, ea. ... 5.00 3.20
Mico Doom (MU 30)
Pellets, 2 oz. ... .79 5.00
½ lb. ... 1.29 9.29
1 lb. ... 1.98 14.26
Mi-Cebrin, Lilly (LI 27)
Tablets, 100s, ea. ... 7.56 5.04
1000s ... 45.36
Michell (MI 18L)
Dive Masks ... 1.25 9.00
Jr. ... 1.00 7.20
Sunglasses ... ...
Children's ... ...
Swim Fins, ea. ... 2.95 2.37
Children's, ea. ... 2.98 1.77
Swim Goggles ... .79 5.00
Children's ... .40 2.80
Michelsen's Bay Rum (MI 16)
8 oz. ... .60 4.90
16 oz. ... .90 7.20
32 oz. ... 1.50 12.00
Mickey Mouse Card Games (EU 42)
Canasta, Jr. ... .98 7.20
Library ... .79 5.70
Mico (K 18) 1 oz. ... 1.00 7.20
Microtin, Gold Leaf (GO 13)
20,000 I.U./cc., Vials
10 cc., ea. ... 1.88
30 cc., ea. ... 2.75
Micro Tobacco Pipe Reamer (CO 66) ... .35 2.52
Micro-Acetabs, Brewer (BR 35E)
500s, ea. ... 3.00
1000s, ea. ... 5.01
Microdiol, Gold Leaf (GO 15)
Aqueous Microsuspension
Vials, 0.1 mg., 10 cc., ea. ... .94
30 cc., ea. ... 1.50
0.2 mg., 10 cc., ea. ... 1.13
30 cc., ea. ... 1.88
0.5 mg., 10 cc., ea. ... 1.50
30 cc., ea. ... 2.00
Microfenamides (AH 9H)
Suspension, pt., ea. ... 4.75
Microgen (IN 54)
20,000 I.U./cc., Vial
30 cc., ea. ... 3.00 2.10
Micro-Lite (MI 18)
No. 108S, Keychain ... .49 3.60
No. 149, Keychain Saddle Stitch ... .49 3.60
No. 192, Telephone Bank ... .98 7.20
No. 601D, Flashlight ... .59 4.32
No. 650D, Flashlight Deluxe ... .59 4.32
No. 901X, Lapel Pin Santa Claus ... .59 4.32
No. 902, Lapel Pin Curly the Clown ... .59 4.22
No. 2716, Pen-Lite ... .59 4.32
Micro-Mist Carbonator (BA 67) ... ...
Micronized Stilbestrol Grant (CR 26)
Tablets, 0.05 mg., 100s, ea. ... 1.00
500s, ea. ... 4.00
1000s, ea. ... 7.50
0.1 mg., 100s, ea. ... 1.00
500s, ea. ... 4.00
1000s, ea. ... 7.50
0.5 mg., 100s, ea. ... 1.00
500s, ea. ... 4.00
1000s, ea. ... 7.50
1 mg., 100s, ea. ... 1.00
500s, ea. ... 4.00
1000s, ea. ... 7.50
2 mg., 100s, ea. ... 2.00
500s, ea. ... 9.00
1000s, ea. ... 17.00
5 mg., 100s, ea. ... 2.50
500s, ea. ... 11.20
1000s, ea. ... 21.00
10 mg., 100s, ea. ... 4.40
500s, ea. ... 20.00
1000s, ea. ... 38.00
25 mg., 30s, ea. ... 2.50
100s, ea. ... 7.50
250s, ea. ... 18.00
500s, ea. ... 34.00
1000s, ea. ... 62.00
50 mg., 100s, ea. ... 12.00
100 mg., 100s, ea. ... 21.00
Microsulf Tablets Amfre (AM 61E)
100s, ea. ... 5.00
1000s, ea. ... 48.00
Microsine, H & C (HO 55)
Ointment, 5%, 1 oz. tube ... .40 2.88
16 oz. jar, ea. ... 3.00 1.80
10%, 16 oz. jar, ea. ... 5.57 2.34
Ophthalmic Ointment
5%, ⅛ oz. tube ... .30 2.16
Suspension, 20%, 1 oz. ... 1.20 8.64

Microsule, H & C (HO 55)
Ointment, 5%, 1 oz. ... .30 2.16
4 oz. ... 1.25 9.00
16 oz., ea. ... 2.75 1.98
Ophthalmic Ointment
5%, ⅛ oz. tube ... .25 1.80
Mictoria Tablets (PH 45)
50s ... 2.00 14.00
Mictulin, Gland-O-Lac (GL 12L)
8 oz. ... .90 7.20
30 oz. ... 1.90 14.40
60 oz. ... 3.20 25.50
15 lb. drum, ea. ... 12.00 12.00
25 lb. drum, ea. ... ... 18.00
100 lb. drum, ea. ... ... 60.00
Midamead (HA 47E)
Capsules, 100s, ea., $3.30 ea. ... 2.97 1.98
Middisty Fountain Flavors (MI 23) ... ... ...
Midland (MI 28E)
Alcohol Dispensers
Foot Pedal ... ... ...
Basic Antiseptic Liquid Soap w/Hexachlorophene ... ... ...
Ev-R-Glo, Floor Wax ... ... ...
Neo Cornelyptus, Hospital Germicide ... ... ...
Soap Dispensers
Foot Pedal ... ... ...
Foot Pedal, Wall Type ... ... ...
Soil Solv, Scrub Soap ... ... ...
Surgical Soap ... ... ...
Midol (CF 23)
Tablets, 8s, 30¢ ea. ... .37 1.80
12s, 40¢ ea. ... .34 2.39
Midy's Pomade (PO 87) ... ... 20.00
Miestrin (M 14J)
Aqueous Suspension, Vials
25,000 I.U./cc., 10 cc., ea. ... ... 2.25
In Oil, Vials
10,000 I.U./cc., 30 cc., ea. ... ... 2.96
25,000 I.U./cc., 30 cc., ea. ... ... 5.95
50,000 I.U./cc., 10 cc., ea. ... ... 2.96

## MIFFLIN

*Dermium*

Absolute Ethyl and Isopropyl Rubbing Alcohol

*"The National Rub-Down"*

Delaware Ave. & Mifflin St.
Philadelphia 48, Pa.

Mifflin (MI 34)
After Shave Lotion
Lilac, Menthol or Spice
4 oz. ... .40 2.00
Anti-Histamine Tablets
12s ... .50 2.81
36s ... 1.25 7.33
Citrate of Magnesia
11½ oz. ... .40 2.73
Ethyl Alcohol, 16 oz., 70¢ ea. ... .59 4.60
w/Wintergreen
16 oz., 80¢ ea. ... .49 5.42
Hydrogen Peroxide
10 Vol., 4 oz. ... .15 .88
8 oz. ... .20 1.33
16 oz. ... .25 1.75
20 Vol., 4 oz. ... .15 1.00
16 oz. ... .30 2.25
Isopropyl Rubbing Alcohol
Plain, 16 oz., 60¢ ea. ... .49 2.75
Lavender, Lilac, Pine or Wintergreen
16 oz., 70¢ ea. ... .59 4.37
Milk of Magnesia
16 oz. ... .60 2.75
32 oz. ... 1.00 6.25
Mineral Oil, 16 oz. ... .90 5.73
32 oz. ... 1.30 8.75
Mouth Wash, Antiseptic or Astringent, Amber or Red
16 oz. ... .70 4.37
32 oz. ... 1.10 7.50
Witch Hazel, 16 oz. ... .30 2.12

★ ★ ★

Migraton Tonic (SA 87)
Liquid, 8 oz. ... 1.50 12.00
Mirosterone, Durst (DU 42)
Solution, 10 I.U./cc.
Vial, 16 cc., ea. ... ... 3.60
Mighty Mender (MI 34G)
Glue, 1½ oz. ... .25 1.80
Migragen Tablets (HA 32L)
w/Quinine, 100s, ea. ... ... .85
Migren, Mausnell (MA 85E)
Tablets, 100s, ea. ... .80 .45
1000s, ea. ... 4.50 2.00
Migrl Tablets (AM 61E)
100s, ea. ... ... 2.00
Milk Alkalizer Sharp & Dohme (SH 21)
ea. ... .45 .30
Mikazol Tablets (DU 21)
5 mg., 100s, ea. ... ... 1.50
1000s, ea. ... ... 12.75
25 mg., 100s, ea. ... ... 4.22
1000s, ea. ... ... 36.15
Miketa, Gland-O-Lac (GL 12L)
Capsules, Adult Size
50s, ea. ... .85 .42
100s, ea. ... 1.25 .83
250s, ea. ... 3.00 2.00
500s, ea. ... 5.00 3.33
1000s, ea. ... 9.00 6.50
Mi-Kolor (DA 80)
For Gray Hair, 8 oz. bot. ... 2.00 15.60
Mila (HO 62O)
Hand Creme, 1 oz. ... .25 2.00
2 oz. ... .50 4.00
16 oz. ... 1.00 8.00
Hormone Creme, 1 oz. ... 1.00 8.00
Milam Compound (OW 11)
Tonic, 12 oz. ... 1.50 12.00

Milana Effervescent Salt (MI 38)
2½ oz. ... ... 2.10
5 oz. ... ... 3.40
10 oz. ... ... 4.80
Milano Pipes (DE 26H)
Extra ... 1.50 12.00
Grainy Briar ... 2.50 20.00
Milburn's Capsules (E 14)
12s ... .40 3.30
Milcream (WI 60U)
2 oz. ... .30 2.00
6 oz. ... .60 4.00
Mildew Stop (CA 92E)
Crystals, pkg. 1/2 oz. bags ... .60 4.80
Mildeena (TT 14)
Tablets, 100s ... 2.00 18.00
Milde-Ron (SU 47)
2 oz. ... .35 2.52
Mil-De-Rid (UL 18T)
Pt. ... .80 6.84
Qt. ... 1.50 11.40
Gal. ... 4.00 32.40
Milene (DU 27)
Mouth Wash, 16 oz. ... 1.00 8.00
Miles (MI 41)
Anti-Pain Pills, 25s, 30¢ ea. ... .27 2.40
125s, $1.10 ea. ... .98 8.80
Nervine
Liquid, 1½ oz., 30¢ ea. ... .27 2.40
8 oz., $1.10 ea. ... .98 8.80
Tablets, 8s, 40¢ ea. ... .37 3.20
25s, 85¢ ea. ... .77 6.80

See Miles Laboratories, Inc. Adv., pages 389-390

Milestrol, Miller (MI 86)
Parenteral, Vials
25 mg./cc., 10 cc., 1s, ea. ... ... 1.08
6s, ea. ... ... 5.00
25s, ea. ... ... 22.00
Tablets, 5 mg., 100s, ea. ... ... 1.22
500s, ea. ... ... 5.75
1000s, ea. ... ... 10.00
25 mg., 100s, ea. ... ... 2.70
500s, ea. ... ... 12.00
1000s, ea. ... ... 24.00
Milex (MI 42)
Creme, 3½ oz. tube ... 1.00 7.20
Diaphragms
Crescent, 60-100 mm. ... 2.50 28.20
Latex, 50-90 mm. ... 1.50 10.80
Molded, 50-90 mm. ... 2.00 14.40
Diaphragm Sets
Crescent, 60-100 mm. ... 5.50 30.00
Deluxe, 50-90 mm.
w/standard inserter ... 4.50 32.40
w/swivel inserter ... 5.00 36.00
Regular, 50-90 mm. ... 4.00 28.80
Douche Powder, 6 oz. ... 1.00 7.20
Inserter, Regular ... 1.00 7.20
Swivel ... 1.75 9.00
Jelly, 3 oz. ... 1.00 7.20
4 oz. w/Jel-Jector ... 4.00 28.80
Refill ... 1.50 10.80
8 oz. w/Jel-Jector ... 5.00 36.00
Refill ... 2.50 18.00
Pakit Set
Coil Spring Diaphragm ... ... 48.00
Crescent Diaphragm ... ... 66.00
Tricho-San Jelly
3 oz. w/Applicator ... 2.00 14.40
Refill ... 1.50 10.80
4 oz. w/Jel-Jector ... 4.00 28.80
Refill ... 2.00 14.40
8 oz. w/Jel-Jector ... 5.00 36.00
Refill ... 2.50 18.00
Milex Fertilex (MI 42E)
Creme, 3 oz. ... 1.00 ...
Jelly, 3 oz. ... 1.00 ...

## MILIBIS®

- *What the Product Is:* Brand of bismuth glycolylarsanilate.
- *What It's For:* For intestinal amebiasis, and trichomonal and monilial vaginitis.
- *Advantages:* Virtually nontoxic; highly effective.
- *How Administered:* For intestinal amebiasis: tablets, 1 tablet three times daily for seven days. Course may be repeated. For vaginitis: suppositories, 1 suppository inserted high in the vagina every other night for five doses. Acid douches should be administered on the alternating nights. The course may be extended or repeated if necessary.

WINTHROP-STEARNS, INC.
1450 Broadway
New York 18, N. Y.

Milibis, Winthrop-Stearns (WI 80)
Oral Tablets, 0.5 Gm.
25s, ea. ... 2.47
500s, ea. ... 47.00
Vaginal Suppositories
0.25 Gm., 6s, ea. ... 1.12

★ ★ ★

Milibis-Aralen, Winthrop-Stearns (WI 80)
Tablets, 30s, ea. ...
1000s, ea. ...
Military Foot Products (MI 41L)
Balm, 2 oz. ... .49
Powder, 3½ oz. ... .39
Soap, granulated, 3½ oz. ... .39
Special, ... 1.17
Milk Mask (PM 20D)
3 oz. ... 1.50
1 lb., ea. ... 1.50

## MILK SUBSTITUTE

*(Gerber's Meat Base Formula)*

- *What the Product Is:* nutritionally advantageous milk replacement for milk-allergic babies. Approximates evaporated milk in proteins, carbohydrates, fat, vitamins, minerals.
- *What It's For:* It is indicated as a milk replacement for allergic infants whose symptoms may be eczema, pylorospasm, colic, diarrhea, constipation, respiratory difficulties or anorexia.
- *How Administered:* easily miscible with water ... can be fed through nursing bottle nipples.
- *New Lower Price:* Sugges. ret. price 60¢—14 oz. Wholesale price $5.52 per doz.

GERBER PRODUCTS CO.
Fremont, Michigan

Milk Sugar, U.S.P.
Mallinckrodt (MA 30)
3 lb., ea. ... ...
Merck (ME 32)
1 lb. ... 1.19
5 lb., ea. ... 4.19
New York Quinine (NE 70)
1 lb., ea. ... ...
Patch (PA 66)
1 lb. ... ...
Milk of Trinesium, Abbott (AB 11)
12 oz., $1.12 ea. ... 1.01
Millade (HA 51T)
8 oz. ... ...
Milking Tubes
For information, see Product Inf...
Millinol, Kremers-Urban (KR 25)
Self-Emulsifying Mineral Oil
16 oz. ... 1.50
Milkmaid Cosmetics (MI 66) ... ...
Milkol, Cabot's (SU 18)
Liquid, gal. ... 1.75
Milky Way Cosmetics (MI 67)
Cleansing Cream, 3 oz. ... 1.00
8 oz. ... 2.00
16 oz. ... 3.50
Cream Foundation, 3 oz. ... 1.00
Foot Comfort, 3 oz. ... 1.00
Hand Cream, 3 oz. ... 1.00
Milk-Egg Astringent Pack
3 oz. ... 1.50
Night Cream, 3 oz. ... 1.00
8 oz. ... 2.00
16 oz. ... 3.50
Mill-A-Sed, Miller (MI 86)
Capsules, 100s, ea. ... ...
500s, ea. ... ...
1000s, ea. ... ...
Miller Pharmaceuticals (MI 86)
Aspirin Tablets
5 gr., Green or Pink 1000s ... ...
White, 1000s ... ...
w/Acetophenetidin & Caffeine
White, Pink & Green
1000s, ea. ... ...
Calcium Gluconate
Ampuls, 10 cc., 6s, ea. ... ...
50s, ea. ... ...
100s, ea. ... ...
Vials, 30 cc., 6s, ea. ... ...
50s, ea. ... ...
Dextrose, 50%
Ampuls, 50 cc., 6s, ea. ... ...
50s, ea. ... ...
Vials, 50 cc., 6s, ea. ... ...
50s, ea. ... ...
Douche Powder, 8 oz. ... ...
Emetine Hydrochloride
Ampuls, 1 gr., 1 cc.
12s, ea. ... ...
100s, ea. ... ...
5 cc., 6s, ea. ... ...
50s, ea. ... ...
Iron Cacodylate, Ampuls
60 mg./cc.
2 cc., 12s, ea. ... ...
100s, ea. ... ...
5 cc., 6s, ea. ... ...
50s, ea. ... ...
120 mg./cc.
5 cc., 6s, ea. ... ...
50s, ea. ... ...

(Continued on next page)

1st column—price to consumer
2nd column—price to retailer per dozen or unit price when stated
*denotes fair trade minimum. See page 1

## STEROSAN®
**(brand of chlorquinaldol)**
**Cream and Ointment**
**Antibacterial & Antifungal Agent**

• *Composition:* Sterosan Cream and Sterosan Ointment contain 3% of active ingredient, 5,7-dichloro-8-hydroxyquinaldine.

• *Indications:* Treatment of a number of pyogenic (gram-positive), mycotic and mixed infections of the skin, and minor wounds. An effective aid in dermatoses with superimposed bacterial or mycotic infections.

• *Supply:* Sterosan Cream, tubes of 30 Gm. Sterosan Ointment, tubes of 30 Gm.

Prescription required.

GEIGY PHARMACEUTICALS
Division of
Geigy Chemical Corporation
220 Church Street
New York 13, N. Y.

*Sterosan, Geigy (GE 15)
Cream, 30 Gm. tube, ea. .... 1.50* .90
Ointment, 30 Gm. tube, ea. .. 1.50* .90
★ ★ ★
Stevens (ST 70E)
After Shave Lotion, 6 oz. ... .75 5.40
Bubble Bath Supreme, 3 oz. .. 1.10 7.92
Pt. ... 2.00 14.40
Coiffure Finish, 6 oz. ... 1.50 10.40
16 oz. ... 3.50 25.20
Deodorant for Men, 4 oz. ... .75 5.40
Spicy Shave Lotion, 6 oz. ... .75 5.40
Tonique Supreme, 8 oz. ... 1.50 10.40
Stevens Dentifrice (ST 70)
1½ oz. ... .50 4.20
Stevens Ointment (KO 33)
1 oz. ... 1.50 12.00
Stibacol, Harvey (HA 72)
Syrup, pt., ea. ... ... 2.29
Gal., ea. ... ... 13.35
Stiefel's Medicinal Soaps (ST 73J)
Acne-Aid Detergent ... .60 4.20
Boric Acid, 5% ... .35 2.90
Carbolic Acid, 5% ... .35 2.90
Germicidal, 1% ... .20 1.44
2% ... .25 1.80
Ichthammol, 5% ... .60 4.00
10% ... .60 4.80
20% ... .75 6.00
Naphthol & Sulfur ... .35 2.80
Oilatum ... .60 4.20
Resorcin, 5% ... .50 4.20
Resorcin & Salicylic Acid ... .50 4.00
Resorcin, Salicylic Acid & Sulfur ... .60 4.21
Resorcin, Salicylic Acid, Tar & Sulfur ... .60 4.27
Resorcin & Sulfur ... .60 4.00
Salicylic Acid, 3½% ... .50 4.00
Salicylic Acid & Sulfur ... .35 2.80
Salicylic Acid, Tar & Sulfur ... .35 2.80
Sulfur, 10% ... .35 2.80
Sulfur, Camphor & Balsam Peru ... .50 4.00
Superfatted ... .35 2.80
Tar, 10% ... .25 2.80
Tar Shampoo, Cake ... .50 4.20
Liquid, 8 oz. ... 1.00 8.00
Tar & Sulfur ... .35 2.80
Stig, Hart (HA 6R)
Vial, 10 cc., ea. ... 3.00 1.80
Stigmanol, Gold Leaf (GO 15)
Ampuls, 1:2000, 1 cc., 6s, ea. ... ... 1.13
25s, ea. ... ... 3.75
100s, ea. ... ... 14.25
Vials, 1:2000, 10 cc., ea. ... ... 1.20
1:1000, 10 cc., ea. ... ... 2.10
Stigmasterol
Delta (DE 30F)
100 mg., ea. ... ... 8.70
Jamonola (JA 35L)
1 Gm., ea. ... ... 4.39
Stigmatropin (LE 21)
Vial, 30 cc., ea. ... 2.50 1.50
Stigmeate (NI 9) 10 cc., ea. ... ... 2.09
Stigmonene Bromide
Warner-Chilcott (WA 57)
Ampuls, 0.5 mg., 1 cc.
12s, ea. ... ... 2.30
50s, ea. ... ... 8.25
2 mg., 1 cc., 12s, ea. ... ... 4.29
50s, ea. ... ... 14.77
*See advertisement in next column*
*Also see Warner-Chilcott Laboratories Advt. Inside Back Cover*

## STIGMONENE®
**2.0 mg.**
**Bromide**

• *What the Product Is:* Benzpyrinium Bromide, an improved, well-tolerated cholinergic.

• *What It's For:* Treatment of simple, delayed menstruation, post-operative urinary retention or abdominal distention, and as an accurate office test for early pregnancy.

• *How Administered:* By injection. Detailed instructions for its use are available on request.

WARNER-CHILCOTT
*Laboratories* NEW YORK

*For prices and sizes see preceding column*
★ ★ ★
Stik-Tacks (TH 32)
Miracle Discs, 25s ... .25 1.80
Stilbamide
Delta (DE 30F)
1 Gm., ea. ... ... 8.70
*See Delta Chemical Works Advt. Manufacturers' Catalog Section*
Jamonola (JA 35L)
1 Gm., ea. ... ... 9.50
Stilbamidine Isethionate
Merrell (ME 57)
Ampuls, 1s, ea. ... ... 4.00
5s, ea. ... ... 19.50
Stilbestrol. *See Diethylstilbestrol*
Stilbetabs (PH 50K)
E.C., 5 mg., 100s, ea. ... ... 2.30
1000s, ea. ... ... 18.30
25 mg., 100s, ea. ... ... 5.40
1000s, ea. ... ... 45.00

## STILBETIN®

• Squibb diethylstilbestrol, a potent synthetic estrogen for economical oral therapy. Indicated for every estrogenic need. Available in 6 strengths, from 0.1 mg. tablets to 25 mg. tablets. Also available: 100 mg. high potency tablets.

E. R. SQUIBB AND SONS
Division of Mathieson Chemical Corporation
New York 22, N. Y.

*Stilbetin, Squibb (SQ 11)
Tablets, 0.1 mg.
100s, ea. ... 1.20 .70
1000s, ea. ... 9.00 5.40
E.C., 100s, ea. ... 1.40 .84
1000s, ea. ... 12.00 7.20
0.25 mg., 100s, ea. ... 1.40 .84
1000s, ea. ... 10.50 6.30
E.C., 100s, ea. ... 1.50 .90
1000s, ea. ... 13.00 7.80
0.5 mg., 100s, ea. ... 1.50 .90
1000s, ea. ... 11.50 6.90
E.C., 100s, ea. ... 1.60 .96
1000s, ea. ... 14.00 8.40
1.0 mg., 100s, ea. ... 1.80 1.08
1000s, ea. ... 14.50 8.70
E.C., 100s, ea. ... 1.90 1.14
1000s, ea. ... 17.00 10.20
5.0 mg., 100s, ea. ... 3.80 2.28
1000s, ea. ... 32.40 19.44
E.C., 100s, ea. ... 4.05 2.43
1000s, ea. ... 34.90 20.94
25 mg., 100s, ea. ... 8.33 5.00
100 mg., 50s, ea. ... 13.33 8.00
★ ★ ★
Still-Ro, ASL (AM 51)
Vial, 3 mg./cc., 10 cc., ea. ... .75 .45
Still-Caps
ASL (AM 51)
Pellets in Clips, 100s, ea. ... 2.50 1.50
1000s, ea. ... 21.00 12.60
In Vials, 35s, ea. ... 1.80 1.00
w/ Implanter, ea. ... 2.29 1.28
100s, ea. ... 2.50 1.50
w. Implanter, ea. ... 3.29 1.97
Implanter, single shot, ea. ... .80 .60
Repeater, automatic, ea. ... 8.00 4.80
American Serum (AM 51E)
Pellets, 35s, ea. ... 1.75 1.05
100s, ea. ... 2.00 1.50
Implanter, ea. ... 1.00 .75
Martin's (MA 72R)
Pellets, 100s, ea. ... 2.25 1.50
1000s, ea. ... 18.90 12.60
Implanter, Repeater, ea. ... 6.75 4.50

Stilbestrols, Upjohn (UP 10)
Capsules, 100s, ea. ... ... 1.25
1000s, ea. ... ... 8.50
Stillmagic Root
Initial Line (FE 26)
1 oz. pkg., ea. ... ... .37

## STILLMAN'S
**Medicated Jell**

• *Composition:* The active ingredients are boric acid, lactic acid, oxyquinoline sulphate, glycerine of starch and gum tragacanth base.

• *Action and Uses:* For use as an adjunct in the treatment of Trichomonas Cervicitis and low grade vaginal infection.

• *Administration and Dosage:* To be used as directed by the physician.

STILLMAN COMPANY
Aurora, Illinois

Stillman's (ST 74)
Complexion Soap, 4 oz. ... .25 2.28
Freckle Cream, ½ oz. ... .50 4.48
2 oz. ... 1.00 8.00
Medicated Jell w/applicator
1 1/7 oz. tube ... 1.00 8.00
2½ oz. tube ... 1.25 9.00
2½ oz. Refill tube ... 1.00 6.90
★ ★ ★
Still Rock Water (WH 32) ... ... ...
Stilplex, Amfre (AM 61E)
Tablets, 5 mg., 100s, ea. ... ... 6.00
1000s, ea. ... ... 45.00
Stil-Ran (SE 23)
Ampuls, 2 cc., 2s ... 1.65 12.00
25 cc., 1s ... 2.50 25.00
Stil-Rel (BA 35)
Capsules, T.D., 60s, ea. ... ... 6.67
250s, ea. ... ... 24.00
Tablets, 100s, ea. ... ... 3.30
1000s, ea. ... ... 31.00
Stils, Key Corp. (KE 82)
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea.
$4.00 sz. ... 2.00* 2.00
Tablets, 5 mg.
100s, ea., $2.50 sz. ... 1.00* 1.25
1000s, ea. ... ... 7.50
25 mg., 100s, ea., $7.50 sz. ... 6.00* 4.00
Stiltabs (AR 34G)
Tablets, 0.5 mg., 100s, ea. ... 1.50* .90
1 mg., 100s, ea. ... 1.50* .90
5 mg., C.T. or E.C.
100s, ea. ... 2.50* 1.50
25 mg., C.T. or E.C.
100s, ea. ... 5.00* 3.00
*Fair traded in Mass. only*
Stim, Veterinary
Franklin Serum (FR 22S)
8 oz. & gal. ... ... ...
Stimalose, Irwin, Neisler (IR 19)
Tablets, Durabond, 50s, ea. ... ... 1.75
100s, ea. ... ... 3.35
500s, ea. ... ... 16.00
1000s, ea. ... ... 31.00
*See advertisement in next column*
Stimdex, Ulmer (UL 12)
Tablets, 100s, ea. ... ... .90
1000s, ea. ... ... 5.75
Stimenail (WA 38)
8 cc. ... ... 12.00
16 cc. ... ... 22.00
Stimo-Lax Compound (CE 21G) 1.00 4.00
Stim-U-Dents (ST 74E)
Tooth Space Cleaners
Pkg. 3 pocket containers ... .35 2.80
Stimula, Patch (PA 66)
1½ oz. ... .90* 6.84
1 lb. ... 4.13* 33.00
Stimulator (LA 83V)
For Scalp, liquid, 4 oz. ... 1.00 8.00
Stim-U-Lax (OS 13)
Junior Massage Instrument
Model M4, ea. ... 29.50 19.67
Stimuline (GI 22E)
Vial, 20 mg./cc.
30 cc., ea. ... 1.50 1.00
Stimutol (PH 20S)
Tablets, 30s, ea. ... 2.98* 1.20
60s, ea. ... 4.35* 2.20
Stirizal (ST 74P)
Powder, 12 oz. ... 1.50 12.00
Stirring Rods
*For information, see Product Index*
Stix Dental Plate Powder (KU 15)
1½ oz. ... .35 1.78
3 oz. ... .60 3.00
5½ oz. ... 1.00 5.00
Stix Paste (CR 29E)
Jar w/spreader, 1¾ oz. ... .10 .56
2 oz. ... .10 .72
3½ oz. ... .15 1.00
Stizodent Plate Cleaner (KU 15)
Powder, 4 oz. ... .35 1.75
10 oz. ... .60 3.00
Storhalt (RE 76)
Animal Spray, gal., ea. ... ... 1.17
5 gal., ea. ... ... 5.50

## STIMALOSE
**A Durabond Tablet**

• *What the Product Is:* Each Stimalose "Durabond" tablet contains d-Amphetamine Phosphate (dibasic), 5.0 mg., and Caffeine Alkaloid, 150 mg. Through the "Durabond" principle of ion exchange, Stimalose provides controlled release of oral medication in a repository-like manner, without the use of special protective coatings.

• *What It's For:* Stimalose is a new oral repository anti-depressant to elevate the mood, providing controlled release of d-Amphetamine over prolonged periods to maintain uniform drug levels for more effective therapy.

The first phase of rapid mood elevation in Stimalose is provided by the caffeine alkaloid. This initial phase is then followed by the prolonged effect of d-Amphetamine as provided by the "Durabond" principle.

Stimalose is indicated for mood elevation in depressive conditions such as seen in postpartum, geriatric, menopausal, premenstrual depression; also fatigue states.

• *How Administered:* One tablet daily given before breakfast. If additional medication is required, give another tablet in midafternoon.

IRWIN, NEISLER & CO.
Decatur, Illinois
*since 1896*

*For prices and sizes see preceding column*
★ ★ ★
Stochalt, Wilke (WI 28E)
Powder, 3 lb. ... .75 6.00
5 lb. ... 1.10 8.25
10 lb. drum ... 2.34 18.66
25 lb. drum ... 3.51 28.00
50 lb. drum, ea. ... 6.66 4.44
100 lb. drum, ea. ... 12.50 8.33
*See Wilke Laboratories Advt., page 16*
Stockings, Elastic
*For information, see Product Index*
Stock-Tox (MA 72E)
Pt. ... 1.50 12.00
Qt. ... 2.25 18.00
Gal., ea. ... 6.75 4.50
5 gal., ea. ... 33.00 22.00
55 gal., per gal. ... ... 4.25
Stoco (ST 75K)
Cold Tablets, 15s ... .35* 2.80
Liquid, 2 oz. ... .35* 2.80
Stod-B Complex, Stoddard (ST 75P)
Vial, 10 cc., ea. ... ... 1.70
Stodexdan, Stoddard (ST 75P)
Cough Syrup, 4 oz. ... ... 4.50
Pt., ea. ... ... 1.30
Gal., ea. ... ... 8.00
Stodcylate, Stoddard (ST 75P)
Tablets, 100s, ea. ... ... 1.30
500s, ea. ... ... 5.20
1000s, ea. ... ... 10.00
Stoddard Tablets (ST 75P)
Acetophenetidin, Aspirin & Salol, 100s, ea. ... ... .90
500s, ea. ... ... 2.70
1000s, ea. ... ... 5.00
Antacid, 100s, ea. ... ... .65
500s, ea. ... ... 1.95
1000s, ea. ... ... 3.50
Benzocaine Comp. Lozenges
100s, ea. ... ... .70
500s, ea. ... ... 2.05
1000s, ea. ... ... 3.70
Betanaphthol Benzoate Comp.
100s, ea. ... ... .90
500s, ea. ... ... 2.20
1000s, ea. ... ... 4.00
Calomel, Camphor, Ipecac & Stramonium Comp.
100s, ea. ... ... .60
500s, ea. ... ... 1.70
1000s, ea. ... ... 3.00
Cascara, Aloin, Podophyllin, Belladonna & Nux Vomica
100s, ea. ... ... .70
500s, ea. ... ... 2.20
1000s, ea. ... ... 4.00
Cascara Comp. w/Strychnine
100s, ea. ... ... .45
500s, ea. ... ... .95
1000s, ea. ... ... 1.80

Hair Coloring, 8 oz. .......... .60 4.50
Shampoo, 4 oz. .......... .50 3.60
Styptic Powder, ¼ oz. .......... .25 [illegible]
Meyers' Pat's Cream (AM 43)
2 oz. .......... .30 2.20
[illegible] oz. .......... .50 [illegible]
[illegible] oz. .......... .85 [illegible]
Gal. .......... 1.50 [illegible]
Mezereum Bark
Initial Line (PE 36)
1 oz. pkg., ea. .......... .32
See S. B. Penick & Co. Adv., page 5
Mezo, Warren-Teed (WA 67)
Ointment, 1½ oz. .......... 5.00
Miadyne, Hart Drug (HA 83R)
[illegible]
Miami Beach Swim Goggles (CH 54J)
Mianbek's (MI 13)
Medicated Wafers [illegible]
Micalets (SA 23J)
Tablets, 100s, ea. [illegible]
Micapon, Parke, Davis (PA 67E)
Tablets [illegible]
Mica Boom (MU 30)
Pellets [illegible]
Mi-Cebrin, Lilly (LI 27)
Tablets, 100s, ea. [illegible]
Michell (MI 15L)
Eye Masks [illegible]
Sunglasses [illegible]
Swim Fins, ea. [illegible]
Swim Goggles [illegible]
Michelson's Bay Rum (MI 16)
8 oz. .......... .60° 4.50
16 oz. .......... .98° 7.20
32 oz. .......... 1.50° 12.00
Mickey Mouse Card Games (RU 43)
Canasta, Jr. .......... .98 7.20
Library .......... .79 5.70
Mico (H 18) 1 oz. .......... 1.50° 7.20
Microctin, Gold Leaf (GO 15)
30,000 I.U./cc., Vials
10 cc., ea. .......... ... 1.88
30 cc., ea. .......... ... 3.75
Micro Tobacco Pipe Reamer (CO 60) .......... .35 2.52
Micro-Acetaba, Brewer (BR 35E)
[illegible] .......... ... 2.00
[illegible] .......... ... 5.01
Microdiol, Gold Leaf (GO 15)
Aqueous Microsuspension
Vials, 0.1 mg., 10 cc., ea. .......... ... .94
[illegible] .......... ... 1.50
0.2 mg., 10 cc., ea. .......... ... 1.13
[illegible] .......... ... 1.88
0.5 mg., 10 cc., ea. .......... ... 1.50
[illegible] .......... ... 3.00
Microfonamides (AB 8H)
Suspension, pt., ea. .......... ... 4.75
Microgen (IN 34)
30,000 I.U./cc., Vial
[illegible] .......... 3.00 2.10
Micro-Lite (MI 18)
No. 1058, Keychain .......... .49° 3.60
No. 149, Keychain
Saddle Stitch .......... .49° 3.60
No. 198, Telephone Bank .......... .98° 7.20
No. 601D, Flashlight .......... .59° 4.32
No. 650D, Flashlight
Deluxe .......... .59° 4.32
No. 901X, Lapel Pin
Santa Claus .......... .59° 4.32
No. 903, Lapel Pin
Curly the Clown .......... .59° 4.32
No. 2716, Pen-Lite .......... .59° 4.32
Micro-Mist Carbonator (BA 67) .......... ... ...
Micronized Stilbestrol
Grant (GR 26)
Tablets, 0.05 mg., 100s, ea. .......... ... 1.00
500s, ea. .......... ... 4.00
1000s, ea. .......... ... 7.50
0.1 mg., 100s, ea. .......... ... 1.00
500s, ea. .......... ... 4.00
1000s, ea. .......... ... 7.50
0.5 mg., 100s, ea. .......... ... 1.00
500s, ea. .......... ... 4.00
1000s, ea. .......... ... 7.50
1 mg., 100s, ea. .......... ... 1.00
500s, ea. .......... ... 4.00
1000s, ea. .......... ... 7.50
2 mg., 100s, ea. .......... ... 2.00
500s, ea. .......... ... 9.00
1000s, ea. .......... ... 17.00
5 mg., 100s, ea. .......... ... 2.50
500s, ea. .......... ... 11.50
1000s, ea. .......... ... 21.00
10 mg., 100s, ea. .......... ... 4.40
500s, ea. .......... ... 20.00
1000s, ea. .......... ... 38.00
25 mg., 30s, ea. .......... ... 2.50
100s, ea. .......... ... 7.50
250s, ea. .......... ... 18.00
500s, ea. .......... ... 34.00
1000s, ea. .......... ... 62.00
50 mg., 100s, ea. .......... ... 12.00
100 mg., 100s, ea. .......... ... 21.00
Microstil Tablets
Amfre (AM 61E)
100s, ea. .......... ... 5.00
1000s, ea. .......... ... 42.50
Microsine, H & C (HO 55)
Ointment, 5%, 1 oz. tube .......... .40° 2.83
16 oz. Jar, ea. .......... 3.00° 2.90
10%, 16 oz. Jar, ea. .......... 3.57° 2.24
Ophthalmic Ointment
5%, ⅛ oz. tube .......... .30° 2.16
Suspension, 20%, 1 oz. .......... 1.20° 8.64

Microsule, H & C (HO 55)
Ointment, 5%, 1 oz. .......... .30° 2.16
[illegible]
Ophthalmic Ointment
5%, ⅛ oz. tube .......... .30° 1.90
Micturin Tablets (PE 45)
50s .......... 2.00 16.00
Micelas, Gland-O-Lac (GL 12L)
[illegible]
Midamol (HA 47L)
Capsules [illegible]
Middlebury Fountain Pens [illegible]
Midland (MI 28E)
Alcohol Dispensers
Foot Pedal
Basic Antiseptic Liquid Soap
[illegible]
Surgical Soap
Midol (CR 23)
Tablets, 8s, 20¢ ea. .......... .27° 2.00
12s, 40¢ ea. .......... .34° 2.29
Midy's Pomade (PO 52) .......... ... 30.00
Miestrin (M 14J)
Aqueous Suspension, Vials
20,000 I.U./cc., 10 cc., ea. .......... ... 2.25
In Oil, Vials
10,000 I.U./cc., 30 cc., ea. .......... ... 2.95
20,000 I.U./cc., 30 cc., ea. .......... ... 5.95
40,000 I.U./cc., 10 cc., ea. .......... ... 3.95

**MIFFLIN**

*Dermium*

Absolute Ethyl and Isopropyl Rubbing Alcohol

*"The National Rub-Down"*

Delaware Ave. & Mifflin St.
Philadelphia 48, Pa.

Mifflin (MI 34)
After Shave Lotion
Lilac, Menthol or Spice
4 oz. .......... .40 2.00
Anti-Histamine Tablets
12s .......... .50 2.91
36s .......... 1.25 7.13
Citrate of Magnesia
11½ oz. .......... .50 2.75
Ethyl Alcohol, 16 oz., 70¢ ea. .......... .69° 4.83
w/Wintergreen
16 oz., 80¢ ea. .......... .89° 5.62
Hydrogen Peroxide
10 Vol., 4 oz. .......... .15 .98
8 oz. .......... .20 1.31
16 oz. .......... .25 1.75
20 Vol., 4 oz. .......... .15 1.00
16 oz. .......... .35 2.25
Isopropyl Rubbing Alcohol
Plain, 16 oz., 60¢ ea. .......... .49° 2.75
Lavender, Lilac, Pine or Wintergreen
16 oz., 70¢ ea. .......... .59° 4.37
Milk of Magnesia
16 oz. .......... .60 2.75
32 oz. .......... 1.00 6.25
Mineral Oil, 16 oz. .......... .90 5.73
32 oz. .......... 1.50 8.75
Mouth Wash, Antiseptic or Astringent, Amber or Red
16 oz. .......... .70 4.37
32 oz. .......... 1.10 7.50
Witch Hazel, 16 oz. .......... .50 3.12

★ ★ ★

Migaton Tonic (SA 57)
Liquid, 8 oz. .......... 1.50 12.00
Mixestrone, Durst (DU 42)
Solution, 10 I.U./cc.
Vial, 10 cc., ea. .......... ... 3.60
Mighty Mender (MI 34G)
Glue, 1½ oz. .......... .25° 1.90
Migraben Tablets (HA 32L)
w/Quinine, 100s, ea. .......... ... .85
Migren, Massengill (MA 86E)
Tablets, 100s, ea. .......... .89° .65
1000s, ea. .......... 4.50° 2.94
Migyl Tablets (AM 61F)
100s, ea. .......... ... 3.00
Mijit Atomizer
Sharp & Dohme (SH 21)
ea. .......... .45° .30
Mikarol Tablets (DU 21)
5 mg., 100s, ea. .......... ... 1.80
1000s, ea. .......... ... 12.75
25 mg., 100s, ea. .......... ... 4.25
1000s, ea. .......... ... 36.15
Mikels, Gland-O-Lac (GL 12L)
Capsules, Adult Size
50s, ea. .......... .85 [illegible]
100s, ea. .......... 1.25 [illegible]
250s, ea. .......... 3.00 [illegible]
500s, ea. .......... 5.00 [illegible]
1000s, ea. .......... 9.00 [illegible]
Mi-Koler (DA 60)
For Gray Hair, 8 oz. bot. .......... 2.00 18.00
Mila (HO 420)
Hand Creme, 1 oz. .......... .25 2.50
2 oz. .......... .50 4.00
4 oz. .......... 1.00 6.00
Hormone Creme, 1 oz. .......... 1.00 6.00
Milam Compound (OW 11)
Tonic, 32 oz. .......... 2.50° 22.00

Milane Effervescent Salt (MI 38)
2½ oz. .......... ... 2.10
5 oz. .......... ... 3.40
10 oz. .......... ... 4.80
Milano Pipes (DE 36B)
Extra .......... 1.50° 12.00
Grainy Briar .......... 2.50° 20.00
Milburn's Capsules (E 14)
12s .......... .40 2.20
Milcream (WI 60U)
3 oz. .......... .30 2.00
[illegible] .......... .50 4.00
Mildew Stop (CA 82E)
Crystals, pkg. 2/3 oz. bags .......... .60 4.80
Mildeone (TY 34)
Tablets, 100s .......... 2.50 16.00
Milde-Ban (BU 47)
2 oz. .......... .35 2.52
Mil-De-Rid (UL 28T)
Pt. .......... .69° 4.84
Qt. .......... 1.59° 11.45
Gal. .......... 4.69° 32.40
Milene (DU 27)
Mouth Wash, 16 oz. .......... 1.00 8.00
Miles (MI 41)
Anti-Pain Pills, 25s, 30¢ ea. .......... .27° 2.40
125s, $1.10 ea. .......... .89° 6.30
Nervine
Liquid, 8½ oz., 80¢ ea. .......... .37° 2.40
8 oz., $1.10 ea. .......... .89° 6.30
Tablets, ea., 60¢ ea. .......... .37° 2.30
25s, 30¢ ea. .......... .89° 6.30
See Miles Laboratory, Inc. Adv., pages 289-290
Milestrol, Miller (MI 56)
Parenteral, Vials
25 mg./cc., 10 cc., 1s, ea. .......... ... 1.08
6s, ea. .......... ... 6.00
25s, ea. .......... ... 22.00
Tablets, 5 mg., 100s, ea. .......... ... 1.28
500s, ea. .......... ... 5.76
1000s, ea. .......... ... 10.88
25 mg., 100s, ea. .......... ... 2.76
500s, ea. .......... ... 12.90
1000s, ea. .......... ... 24.00
Milex (MI 42)
Creme, 2½ oz. tube .......... 1.00 7.20
Diaphragms
Crescent, 60-100 mm. .......... 3.50 25.20
Latex, 50-95 mm. .......... 1.50 10.80
Molded, 50-95 mm. .......... 2.00 14.40
Diaphragm Sets
Crescent, 60-100 mm. .......... 5.00 36.00
Deluxe, 50-95 mm.
w/standard inserter .......... 4.50 32.40
w/swivel inserter .......... 5.00 36.00
Regular, 50-95 mm. .......... 4.00 28.80
Douche Powder, 6 oz. .......... 1.00 7.20
Inserter, Regular .......... 1.00 7.20
Swivel .......... 1.25 9.00
Jelly, 3 oz. .......... 1.00 7.20
4 oz. w/Jel-Jector .......... 4.00 28.80
Refill .......... 1.50 10.80
8 oz. w/Jel-Jector .......... 5.00 36.00
Refill .......... 2.50 18.00
Pakit Set
Coil Spring Diaphragm .......... ... 45.00
Crescent Diaphragm .......... ... 65.00
Tricho-San Jelly
3 oz. w/Applicator .......... 2.00 14.40
Refill .......... 1.50 10.80
4 oz. w/Jel-Jector .......... 4.00 28.80
Refill .......... 2.00 14.40
8 oz. w/Jel-Jector .......... 5.00 36.00
Refill .......... 2.50 18.00
Milex Fertilex (MI 42E)
Creme, 2 oz. .......... 1.00 ...
Jelly, 3 oz. .......... 1.00 ...

**MILIBIS®**

• *What the Product Is:* Brand of bismuth glycolylarsanilate.

• *What It's For:* For intestinal amebiasis, and trichomonal and monilial vaginitis.

• *Advantages:* Virtually nontoxic; highly effective.

• *How Administered:* For intestinal amebiasis: tablets, 1 tablet three times daily for seven days. Course may be repeated. For vaginitis: suppositories, 1 suppository inserted high in the vagina every other night for five doses. Acid douches should be administered on the alternating nights. The course may be extended or repeated if necessary.

WINTHROP-STEARNS, INC.
1450 Broadway
New York 18, N. Y.

Milibis, Winthrop-Stearns (WI 80)
Oral Tablets, 0.5 Gm.
25s, ea. .......... ... 2.47
500s, ea. .......... ... 47.00
Vaginal Suppositories
0.25 Gm., 5s, ea. .......... ... 1.12

★ ★ ★

Milibis-Aralen, Winthrop-Stearns (WI 80)
Tablets, 50s, ea. .......... ... 4.93
1000s, ea. .......... ... 80.00
Military Foot Products (MI 48L)
Balm, 2 oz. .......... .49° 3.52
Powder, 3½ oz. .......... .39° 3.12
Soap, granulated, 3½ oz. .......... .39° 3.12
Special, comb. of 3 items .......... 1.17° ...
Milk Mask (PE 29D)
3 oz. .......... 1.00° 8.00
1 lb., ea. .......... 4.50° 3.00

**MILK SUBSTITUTE**

(Gerber's Meat Base Formula)

• *What the Product Is:* nutritionally advantageous milk replacement for milk-allergic babies. Approximates evaporated milk in proteins, carbohydrates, fat, vitamins, minerals.

• *What It's For:* it is indicated as a milk replacement for allergic infants whose symptoms may be eczema, pylorospasm, colic, diarrhea, constipation, respiratory difficulties or anorexia.

• *How Administered:* easily miscible with water . . . can be fed through nursing bottle nipples.

• *New Lower Price:* Sugges. ret. price 60¢—14 oz. Wholesale price $5.52 per dz.

GERBER PRODUCTS CO.
Fremont, Michigan

Milk Sugar, U.S.P.
Mallinckrodt (MA 88)
1 lb., ea. .......... ... 1.02
Merck (ME 82)
1 lb. .......... 1.19° 8.45
5 lb., ea. .......... 4.19° 2.80
New York Quinine (NE 70)
1 lb., ea. .......... ... .81
Patch (PA 66)
1 lb. .......... ... 10.00
Milk of Trisosium, Abbott (AB 11)
12 oz., $1.12 ea. .......... 1.01° 8.00
Milkade (HA 81T)
2 oz. .......... ... 16.00
Milking Tubes
For information, see Product Index
Milkinol, Kremers-Urban (KR 25)
Self-Emulsifying Mineral Oil
16 oz. .......... 1.50 12.00
Milkmaid Cosmetics (MI 46) .......... ... ...
Milkol, Cabot's (SU 28)
Liquid, gal. .......... 1.75 15.73
Milky Way Cosmetics (MI 47)
Cleansing Cream, 3 oz. .......... 1.00° 7.20
8 oz. .......... 2.00° 14.40
16 oz. .......... 3.50° 25.20
Cream Foundation, 2 oz. .......... 1.00° 7.20
Foot Comfort, 3 oz. .......... 1.00° 7.20
Hand Cream, 3 oz. .......... 1.00° 7.20
Milk-Egg Astringent Pack
3 oz. .......... 1.50° 10.80
Night Cream, 3 oz. .......... 1.00° 7.20
8 oz. .......... 2.00° 14.40
16 oz. .......... 3.50° 25.20
Mill-A-Sed, Miller (MI 56)
Capsules, 100s, ea. .......... ... 1.80
500s, ea. .......... ... 8.00
1000s, ea. .......... ... 14.20
Miller Pharmaceuticals (MI 56)
Aspirin Tablets
5 gr., Green or Pink
1000s .......... ... ...
White, 1000s .......... ... ...
w/Acetophenetidin & Caffeine
White, Pink & Green
1000s, ea. .......... ... 3.50
Calcium Gluconate
Ampuls, 10 cc., 6s, ea. .......... ... 1.75
50s, ea. .......... ... 12.00
100s, ea. .......... ... 21.60
Vials, 30 cc., 6s, ea. .......... ... 2.60
50s, ea. .......... ... 18.20
Dextrose, 50%
Ampuls, 50 cc., 6s, ea. .......... ... 2.80
50s, ea. .......... ... 19.20
Vials, 50 cc., 6s, ea. .......... ... 3.05
50s, ea. .......... ... 22.00
Douche Powder, 8 oz. .......... ... 7.72
Emetine Hydrochloride
Ampuls, 1 gr., 1 cc.
12s, ea. .......... ... 4.00
100s, ea. .......... ... 28.00
5 cc., 6s, ea. .......... ... 2.80
50s, ea. .......... ... 18.00
Iron Cacodylate, Ampuls
60 mg./cc.
2 cc., 12s, ea. .......... ... 1.76
100s, ea. .......... ... 12.20
5 cc., 6s, ea. .......... ... 1.28
50s, ea. .......... ... 2.40
120 mg./cc.
5 cc., 6s, ea. .......... ... 1.40
50s, ea. .......... ... 9.60

(Continued on next page)

# DRUG TOPICS

# Red Book

ESTABLISHED 1897

Published annually by the Topics Publishing Co., Inc., 330 W. 42nd St., N.Y. 36, N.Y.

**PRODUCT INFORMATION**
*Alphabetical Listing of Items, Prices, Sizes*

**PHARMACISTS REFERENCE**
*Timely and Practical Pharmacy Facts*

**MANUFACTURERS' CATALOGS**
*Sales And Merchandising Aids for Daily Reference*

**LIST OF MANUFACTURERS**
*With Names and Addresses*

**ADVERTISERS' INDEX**

[See Complete Table of Contents Page 1]

## 1956

## *Current* FAIR TRADE PRICES

Published Fall of 1955

1st column—price to consumer
2nd column—price to retailer per dozen or unit price when stated
*denotes fair trade minimum. See page 1

DERMOTAN, H & C (HO 55)
Burn Dressing, 1 oz. .... .50* 3.60
1 lb., ea. .... 1.70* 1.02
5 lb., ea. .... 6.00* 3.60

DERMOVAN (TE 37E)
1 lb. jar, ea. .... 1.25
5 lb., ea. .... 5.75

DERMOXYL (ME 28)
Lotion, 8 oz. .... .75 5.10

DERMOZOL (BE 41P)
Liquid, 1 oz. .... .75 6.00

DERM-PAX (SM 37)
Therapeutic Gloves, med., pr. 2.00 16.80
Lge., pr. .... 2.50 21.00

DERMTONE (LA 41T)
6 oz. .... 1.50* 10.80
Pt. .... 3.00* 21.60

DERM-X (DE 50B)
3 oz. .... 1.45* 10.80

DERM-X-OL (IN 47)
Ointment, 1 oz. jar .... .75* 6.00
4 oz. jar .... 2.00* 12.00

**DERMYCIN**

• A paranitrophenol-sodium iodate solution, indicated in mycotic, pyogenic, and pruritic infections of the skin. *"Wash with mild soap and warm water before each application."*

CHAL-YON CORPORATION
New York 5, N. Y.

DERMYCIN, Chal-Yon (CH 10P)
Liquid, 1 oz. .... 1.00 7.20
2 oz. .... 1.85 13.80
8 oz. .... 6.50 51.00
16 oz. .... 12.00 96.00

**DERMYCIN ANTISEPTIC**

• Based on the Dermycin Formula. An extremely effective antiseptic for the limitation and prevention of infection. Helpful in the relief of itching. An effective fungicide, and a bactericide, on both gram positive and gram negative organisms.

• The directions for washing before application must be carefully followed.

SEABURY DRUGS, INC.
Brooklyn 17, N. Y.

DERMYCIN ANTISEPTIC
Seabury (SE 11)
Liquid, 2 oz. .... 1.00 8.00
4 oz. .... 1.75 14.00
8 oz. .... 3.00 24.00

★ ★ ★

DERNAFTAN (VA 11)
4 oz., ea. .... ... 1.50
8 oz., ea. .... ... 2.70
16 oz., ea. .... ... 4.80

DEROSITE, Chicago Pharm. (CH 56I)
Lotion, Chimelle
Pt., ea. .... ... 2.50
Gal., ea. .... ... 16.00

DES TABLETS, Grant (GR 26)
0.05 mg., 100s .... ... 12.00
500s, ea. .... ... 4.00
1000s, ea. .... ... 7.50
0.1 mg., 100s .... ... 12.00
500s, ea. .... ... 4.00
1000s, ea. .... ... 7.50
0.5 mg., 100s .... ... 12.00
500s, ea. .... ... 4.00
1000s, ea. .... ... 7.50
1 mg., 100s .... ... 12.00
500s, ea. .... ... 4.00
1000s, ea. .... ... 7.50
2 mg., 100s .... ... 24.00
500s, ea. .... ... 9.00
1000s, ea. .... ... 17.00
5 mg., 100s .... ... 30.00
500s, ea. .... ... 11.50
1000s, ea. .... ... 21.00
10 mg., 100s .... ... 52.80
500s, ea. .... ... 20.00
1000s, ea. .... ... 38.00
25 mg., 30s .... ... 30.00
100s .... ... 90.00
250s, ea. .... ... 18.00
500s, ea. .... ... 34.00
1000s, ea. .... ... 62.00
50 mg., 30s, ea. .... ... 3.50
100s, ea. .... ... 10.00
100 mg., 30s, ea. .... ... 5.50
100s, ea. .... ... 16.00

DESA-B-12, Pitman-Moore (PI 60)
Desivac, 30 cc. vial w/solvent
ea. .... ... 2.00

DESACHOLINE, Mallard (MA 37L)
Tablets, 100s, ea. .... ... 2.75
1000s, ea. .... ... 24.00

DESAMINE, Starr (ST 47G)
Capsules, T. D.
10 mg., 500s, ea. .... ... 11.00
1000s, ea. .... ... 21.00
15 mg., 500s, ea. .... ... 13.00
1000s, ea. .... ... 25.00
Tablets, 5 mg., 1000s, ea. .... ... 3.00
10 mg., 1000s, ea. .... ... 5.00

DeSANCTIS' GOUT PILLS (FO 67)
12s .... ... 2.00
36s .... ... 12.00

DESAPHEN (VE 16)
Elixir, pt. .... ... 2.00
Gal. .... ... 12.00
Tablets, 100s .... ... 6.00
1000s, ea. .... ... 3.25

DESATOL (DW 10)
Tablets, 30s, ea. .... 1.25 .75
100s, ea. .... 3.20 2.00
1000s, ea. .... 20.00 12.00

DESBUTAL, Abbott (AB 11)
Capsules, 100s, ea., $4.17 ea. 3.75* 2.50
1000s, ea., $37.50 ea. .... 33.75* 22.50

DESCHIENS' (WA 38)
Syrup, 275 cc. .... ... 26.40
Wine, 320 cc. .... ... 26.40

DESCOLATE SYRUP (VI 49)
Qt., ea. .... ... 2.50
Gal., ea. .... ... 7.96

DESCORIDIN, Grant (GR 26)
Tablets, 30s, ea. .... ... 2.50
100s, ea. .... ... 7.50
1000s, ea. .... ... 65.00

DESCORTERONE, Kirk (KI 41)
Parenteral, Solution
Vial, 5 mg./cc., 10 cc., ea. . 1.50 1.13
*See C. F. Kirk Company Advt. Manufacturers' Catalog Section*

'DESCOTONE', Sharp & Dohme (SH 21)
Solution, Vial
5 mg./cc., 10 cc., ea. .... 2.91* 1.94

DESEFED (J 10H)
Nose Drops, ½ oz., ea. .... ... .84

DESELEVEN (LE 38)
Liquid, 4 oz., ea. .... ... 1.25
Pt., ea. .... ... 4.00

DESELIXA, Grant (GR 26)
6 oz., ea. .... ... 3.50
16 oz., ea. .... ... 9.00

DESEMPACHO (DF 10)
Tablets, 30s .... 1.25* 10.00

**DESENEX***

• Ointment and Powder ZINCUNDECATE, Solution Undecylenic Acid.

An effective yet bland antimycotic agent for Dermatomycosis Pedis (Athlete's Foot) and other fungous infections of the skin.

*Reg. U. S. Pat. Off.

MALTBIE LABORATORIES DIV.
WALLACE & TIERNAN, INC.
Belleville 9, N. J.

DESENEX, Maltbie (MA 40)
Ointment, 1 oz., ea. .... .81 .54
1 lb., ea. .... 8.10 5.40
Powder, 1½ oz., ea. .... .81 .54
1 lb., ea. .... 6.37 4.25
Solution, 2 oz., ea. .... .81 .54
Pt., ea. .... 4.05 2.70

★ ★ ★

DESEPIN (BR 74)
Tablets, 2.5 mg., 100s .... ... ...
500s .... ... ...
1000s .... ... ...
5 mg., 100s .... ... ...
500s .... ... ...
1000s .... ... ...

DESEROID (HA 72R)
Tablets, Nos. 1, 2 & 3
1000s, ea. .... ... 3.00
Set, 3000, 1000 of ea.
per set .... ... 8.50

DESERT FLOWER (SH 69)
Dusting Powder, sm. .... 1.50* ...
Hand & Body Lotion, 3½ oz. 1.00* ...
Perfume, ⅛ dr. .... 1.00* ...
1 dr. .... 3.00* ...
Purse Size .... 1.00* ...
Gift Pkg. .... 1.50* ...
Sachet, Body .... 1.25* ...
Set, No. 761 .... 2.50* ...
No. 762 .... 3.00* ...
No. 763 .... 3.50* ...
No. 764 .... 2.50* ...
Stick Cologne .... 1.00* ...
Talcum, 4⅞ oz. tube .... 1.00* ...
Toilet Soap, 3s .... 1.50* ...
Toilet Water, 3½ oz. .... 1.50* ...
w/atomizer .... 2.50* ...

DESERT TAN (DE 54N)
Suntan, Aerosol, 6 oz. .... 1.50* 9.90
Cream, 3 oz. .... 1.00* 7.20
Lotion, 4 oz. .... 1.00* 7.20
*See advertisement in next column*

**DESERT TAN**

TRADE MARK REGISTERED

in its brilliant copper package and nationally advertised, now offers you these 3 stand-out deals, netting you profits up to **47 ½%**

"Nothing better under the Sun!" Positively promotes sun tan by screening out harmful rays with "Sunarome," a DESERT TAN exclusive, government approved.

LOTION AND CREAM

RETAILS **$1.00** EACH
FAIR TRADED

Deal No. 660: CREAM
You get 1 DESERT TAN FREE
You buy 11 " " $6.60
Your profit .... **45 %**

Deal No. 1260: LOTION
You get 3 DESERT TAN FREE
You buy 21 " " $12.60
Your profit .... **47 ½ %**

AEROSOL SPRAY

RETAILS **$1.50** EACH
FAIR TRADED

Deal No. 990: Aerosol Spray
You get 1 DESERT TAN FREE
You buy 11 " " $9.90
Your profit .... **45 %**

DESERT TAN, Inc.
295 Penimore Ave., Hempstead, N. Y.

DESERTINE NO. 5 (DE 55E)
Ointment, 1 oz. jar .... ... [illegible]
1 oz. tube .... ... [illegible]
16 oz., ea. .... ... [illegible]

DESFEN (CO 65K)
Tablets, 100s, ea. .... 1.75 1.05

**DESICOL® KAPSEALS®**

(Pronounced—Des'i-kol)

• *What the Product Is:* Yellow capsules, sealed with brown band, each containing 0.325 gram (5 gr.) of Desicol, desiccated whole bile, which is equivalent to approximately 2.5 cc. of fresh whole bile. Kapseals Desicol represent desiccated whole bile in a form which is readily soluble and similar to natural whole bile in therapeutic activity.

• *What It's For:* Employed in the medical management of chronic gall-bladder disease, to stimulate the flow of bile, and often as part of the treatment of poor appetite, indigestion, intestinal putrefaction, belching and constipation—particularly in obese, middle-aged, or inactive patients.

• *Also Available:* Ferro-Desicol® Kapseals each containing 4 grs. Desicol and 2 grs. ferrous sulfate exsiccated. Ferro-Desicol is useful in treatment of patients with hypochromic, (secondary) anemias, especially in the presence of biliary dysfunction. Desicol assists absorption and utilization of iron.

*Parke, Davis & Company*
Detroit 32, Michigan

DESICOL KAPSEALS
Parke, Davis (PA 47K)
100s, ea., $3.16 ea. .... 2.53* 1.39
1000s, ea., $24.90 ea. .... 22.41* 14.94

★ ★ ★

DESIDENAL w/B12 (FO 36D)
Tablets, 100s .... 2.50* 18.00

DESILEX (VI 49)
Capsules, 100s, ea. .... ... 1.25
1000s, ea. .... ... 10.00

DESIR du COEUR, Ybry (YB 10)
Bath Powder .... 1.00* 7.20
Infusion de Parfum
2 oz. .... 1.00* 7.20
4 oz. .... 2.00* 14.40
8 oz. .... 3.50* 25.20
Les Petits Trois, 3 flacons .... 5.00* 36.00
Perfume, purse size .... 2.00* 14.40
½ oz. .... 6.50* 46.80
1 oz., ea. .... 12.00* 7.20
2 oz., ea. .... 20.00* 12.00
Sachet Sets .... 2.75* 19.80
Talcum Powder .... 2.50* 2.40

**DESITIN®**
**Hemorrhoidal SUPPOSITORIES**
(with Cod Liver Oil)

• *What the Product Is:* The original pioneer cod liver oil suppositories. Combine high grade Norwegian Cod Liver Oil, Lanolin, Zinc Oxide, Bismuth Subgallate, Balsam Peru, Cocoa Butter Base. Spread soothing, lubricant, healing film over irritated mucosa. Relieve pain, itching, and congestion. Minimize bleeding.

DESITIN CHEMICAL COMPANY
70 Ship St., Providence, R. I.

*For prices and sizes see next page*