# EXIBIT 9
# PART 3

*1st column—price to consumer*
*2nd column—price to retailer per dozen or unit price when stated*
*denotes fair trade minimum. See page 1

**DICUMAROL** *(Continued)*
50 mg., 100s, ea., $2.85 sz., 2.56* 1.71
1000s, ea., $24.20 sz. ....21.78* 14.52
100 mg., 100s, ea., $4.50 sz. 4.05* 2.70
1000s, ea., $38.20 sz. ....34.38* 22.92
Parke, Davis (PA 47K)
Tablets, 100 mg.
100s, ea., $4.50 sz. ....... 4.05* 2.70
Upjohn (UP 10)
Tablets, 100 mg., 100s, ea. ... 3.18

**DICURIN PROCAINE**, Lilly (LI 27)
Ampuls, 2 cc.
25s, ea., $9.55 sz. .......... 8.60* 5.73
100s, ea., $37.00 sz. ........33.30* 22.20
Vial, 10 cc., ea., $2.00 sz. .... 1.80* 1.20

**DID SHAMPOO** (WR 19E)
6 oz. ........................ 1.00* 7.20

**DIDY BAGS** (LO 16C) ......... .50 3.60

**DIENES-T** (WA 38)
Tablets, 30s ............... ... 18.00
60s ........................ ... 32.40

**DIENESTROL**
Academy (AC 10)
Tablets, 0.1 mg., 100s, ea. ... .45
1000s, ea. ................. ... 2.75
0.5 mg., 100s, ea. ......... ... .50
1000s, ea. ................. ... 4.00
Amer. Drug Prods. (AM 28G)
Tablets, 0.5 mg., 1000s, ea. ... 2.30
Assoc. Drug & Pharm. (AS 23)
Tablets, 0.5 mg., 1000s, ea. ... 4.75
Chemo Puro (CH 42P)
10 Gm., ea. ................ ... 7.50
Dillard (DI 21)
Suspension, Vial, 10 cc., ea. ... 1.80
DuMont (DU 21E)
Tablets, 0.5 mg., 100s, ea. ... .75
500s, ea. .................. ... 2.00
1000s, ea. ................. ... 5.00
Lloyd & Dabney (LL 19)
Tablets, 0.1 mg., 100s, ea. ... .80
0.25 mg., 100s, ea. ....... ... .95
0.5 mg., 100s, ea. ........ ... 1.10
5 mg., 100s, ea. .......... ... 1.35
Mayrand (MA 98E)
Tablets, 0.5 mg., 100s, ea. ... .60
1000s, ea. ................. ... 4.80
Mann (MA 46P)
Crystals, 10 Gm., ea. ...... ... 6.00
Massengill (MA 86E)
Tablets, 0.5 mg., 500s, ea. .. 3.55* 2.70

**ORTHO® DIENESTROL CREAM**

• ***What the Product Is:*** Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

• ***What It's For:*** Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• ***How Administered:*** Applied intravaginally with ORTHO® measured-dose applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• ***Contraindications:*** Leukoplakic vulvitis, kraurosis vulvae, Bowen's Disease of the vulva and malignancies of the vulva or vagina.

• ***How Supplied:*** Large tubes with or without the Ortho measured-dose applicator.

**ORTHO PHARMACEUTICAL CORPORATION**
Raritan, New Jersey

Ortho (OR 24)
Cream, 2¾ oz. tube ......... 2.25 18.00
w/applicator ............... 2.75 22.00

★ ★ ★

Premo (PR 22)
Tablets, 0.5 mg., 100s, ea. ... 1.20
1000s, ea. ................. ... 10.08
Veltex (VE 16)
Tablets, 0.5 mg., 100s ..... ... 12.00
1000s, ea. ................. ... 7.80
West-Ward (WE 51)
Tablets, 0.1 mg., 100s, ea. ... .62
1000s, ea. ................. ... 4.56
0.5 mg., 100s, ea. ........ ... .75
1000s, ea. ................. ... 5.00

White Labs. (WH 27)
Tablets, 0.1 mg., 100s, ea. ... 1.25 .75
1000s, ea. ................. ... 6.50
0.5 mg., 100s, ea. ........ 1.75 1.05
1000s, ea. ................. ... 9.00
10 mg., 100s, ea. ......... 5.00 3.00
1000s, ea. ................. ... 27.00

**DI-ERONE**, Kremers-Urban (KR 25)
Tablets, 20s, ea. ........... 2.25 1.35
60s, ea. .................... 5.20 3.12
500s, ea. ...................34.50 20.70
1000s, ea. ..................67.50 40.50

**DIESTIANS**, Pond's (PO 33)
Tablets, 15s, 25¢ sz. ....... .23* 2.00
35s, 50¢ sz. ............... .49* 4.00
80s, $1.00 sz. ............. .98* 8.00

**DIESTRYL**, Normand (NO 36H)
Tablets, 5 mg., 500s, ea. ... ... 2.95
1000s, ea. ................. ... 5.00
25 mg., 500s, ea. ......... ... 7.10
1000s, ea. ................. ... 13.50

**DIESTYLS** (GI 22E)
Tablets, 5 mg., 100s, ea. ... 1.50 1.00
100 mg., 100s, ea. .........18.00 12.00

**DIET CONTROL TABLETS** (VE 16)
50s ........................ ... 9.00

**DIETABS**, Key Corp. (KE 62)
Formula Nos. 1, 2 & 3
Series A, Tablets
Set 300, 100 of ea.
per set, $12.00 sz. ........ 9.00* 6.00
Set 3000, 1000 of ea.
per set .................... ... 30.00
Series C, Capsules
Set 300, 100 of ea.
per set, $18.00 sz. .......12.00* 9.00
Set 3000, 1000 of ea.
per set .................... ... 45.00
Series E, Tablets, S.C.
Set 300, 100 of ea.
per set, $15.00 sz. .......10.00* 7.50
Set 3000, 1000 of ea.
per set .................... ... 35.00

**DIETARY SUPPLEMENT**
MRT (TH 29C)
Capsules, 100s ............. 2.37 27.00
1000s, ea. .................27.00 18.00
U. S. Std. Prods. (U 23)
Tablets, 100s, ea. ......... ... .96
1000s, ea. ................. ... 8.40
w/Vitamin C, 100s, ea. ..... ... 1.20
1000s, ea. ................. ... 9.60

**DIETCAPS** (GI 22E)
Capsules, Set 300
100 of ea., per set ....... 7.50 5.25
Set 3000, 1000 of ea., per set 45.00 31.50

**DIETENE** (DI 22)
Reducing Supplement
Plain or Chocolate Flavor
1 lb., $1.60 sz. ........... 1.59* 12.85
5 lb., ea., $7.30 sz. ...... 7.29* 4.90

**DIETETIC SCALE**
*For information, see Product Index*

**DIETEX** (DI 11)
Tablets, 63s ............... 2.00 24.00

**DIETHRONS**, Guardian (VI 55G)
Capsules, 60s, ea. ......... 3.00 1.80
120s, ea. .................. 5.00 3.00

**DI-ETH-STROL** (CH 65)
Aqueous Suspension or in Oil
25 mg./cc., Vial, 10 cc., ea. ... 2.00

**DIETHYLENE GLYCOL** (IN 47)
16 oz. ..................... ... 18.00

**DIETHYLENE GLYCOL DISTEARATE**, Delta (DE 30F)
500 Gm., ea. ............... ... 9.00

**DIETHYLENE GLYCOL MONOSTEARATE**
Delta (DE 30F)
500 Gm., ea. ............... ... 11.00
International Chem. (IN 47)
1 oz. ...................... ... 12.00
4 oz. ...................... ... 24.00

**DIETHYLSTILBESTROL**
A.B.C. (AM 19M)
In Sesame Oil
25 mg., 30 cc., ea. ........ 2.50 1.50
A.P.C. (AM 46)
Tablets, 1 mg., 100s, ea. ... .40
1000s, ea. ................. ... 1.64
E.C., 100s, ea. ............ ... .46
1000s, ea. ................. ... 2.06
5 mg., 100s, ea. .......... ... .80
1000s, ea. ................. ... 5.76
E.C., 100s, ea. ............ ... .88
1000s, ea. ................. ... 6.60
25 mg., 100s, ea. ......... ... 2.00
1000s, ea. ................. ... 18.00
E.C., 100s, ea. ............ ... 2.20
1000s, ea. ................. ... 19.28
Abbott (AB 11)
Enterabs, 5 mg.
100s, ea., $4.05 sz. ....... 3.64* 2.43
250s, ea., $9.50 sz. ....... 8.55* 5.70
1000s, ea., $34.90 sz. ....31.41* 20.94
Suppositories, Vaginal
0.5 mg., 6s, ea., $1.10 sz. .99* .66
50s, ea., $6.60 sz. ....... 5.94* 3.96
Tablets
5 mg., 100s, ea., $3.80 sz.. 3.42* 2.28
250s, ea., $8.75 sz. ...... 7.87* 5.25
1000s, ea., $32.40 sz. ....29.16* 19.44
25 mg., 25s, ea., $2.32 sz. 2.09* 1.39
100s, ea., $8.33 sz. ...... 7.50* 5.00
1000s, ea., $79.17 sz. ....71.25* 47.50
Academy (AC 10)
Tablets, 0.1 mg., 100s, ea. ... .20
1000s, ea. ................. ... .85
E.C., 100s, ea. ............ ... .25
1000s, ea. ................. ... 1.30
0.5 mg., 100s, ea. ........ ... .20
1000s, ea. ................. ... .85
E.C., 100s, ea. ............ ... .25
1000s, ea. ................. ... 1.40
1 mg., 100s, ea. .......... ... .20
1000s, ea. ................. ... 1.15
E.C., 100s, ea. ............ ... .25
1000s, ea. ................. ... 1.50

5 mg., 100s, ea. .......... ... .40
1000s, ea. ................. ... 3.25
E.C., 100s, ea. ............ ... .45
1000s, ea. ................. ... 4.00
25 mg., 100s, ea. ......... ... 1.25
1000s, ea. ................. ... 11.00
E.C., 100s, ea. ............ ... 1.35
1000s, ea. ................. ... 12.00
Amer. Drug Prods. (AM 28G)
Capsules, T. D.
15 mg., 1000s, ea. ........ ... 12.00
Parenteral, In Oil, Vials
1 mg./cc., 30 cc., 1s, ea. ... .55
10s, ea. ................... ... 5.00
5 mg./cc., 30 cc., 1s, ea. ... .85
10s, ea. ................... ... 8.00
25 mg./cc., 1s, ea. ....... ... .95
10s, ea. ................... ... 8.90
Tablets, 0.1 mg., 1000s, ea. ... .55
E.C., 1000s, ea. ........... ... .55
0.5 mg., 1000s, ea. ....... ... .65
E.C., 1000s, ea. ........... ... .90
1 mg., 1000s, ea. ......... ... .75
E.C., 1000s, ea. ........... ... 1.00
5 mg., 1000s, ea. ......... ... 1.90
E.C., 1000s, ea. ........... ... 2.15
25 mg., 1000s, ea. ........ ... 6.20
E.C., 1000s, ea. ........... ... 6.50
Approved Pharm. (AP 15)
Tablets, 0.5 mg., 100s, ea. ... .23
500s, ea. .................. ... .60
1000s, ea. ................. ... .95
E.C., 100s, ea. ............ ... .30
500s, ea. .................. ... .80
1000s, ea. ................. ... 1.35
1 mg., 100s, ea. .......... ... .30
500s, ea. .................. ... .80
1000s, ea. ................. ... 1.20
E.C., 100s, ea. ............ ... .35
500s, ea. .................. ... 1.00
1000s, ea. ................. ... 1.50
5 mg., 100s, ea. .......... ... .45
500s, ea. .................. ... 2.00
1000s, ea. ................. ... 3.60
E.C., 100s, ea. ............ ... .60
500s, ea. .................. ... 2.50
1000s, ea. ................. ... 4.40
25 mg., 100s, ea. ......... ... 1.25
500s, ea. .................. ... 5.75
1000s, ea. ................. ... 10.50
E.C., 100s, ea. ............ ... 1.35
500s, ea. .................. ... 6.15
1000s, ea. ................. ... 12.50
Arlco (AR 38)
Tablets, 1 mg., E.C.
100s, ea. .................. ... 1.20
5 mg., 100s, ea. .......... ... 1.00
500s, ea. .................. ... 4.50
25 mg., 100s, ea. ......... ... 2.17
Assoc. Drug & Pharm. (AS 23)
Tablets, 5 mg., 1000s, ea. ... 2.60
25 mg., 1000s, ea. ........ ... 5.55
Atlas Pharm. (AT 25P)
Parenteral, In Sesame Oil
Vials, 5 mg./cc., 30 cc., ea. 2.00 1.68
25 mg./cc., 10 cc., ea. ... 3.00 1.62
50 mg./cc., 10 cc., ea. ... 1.40 2.38
Tablets, E.C.
1 mg., 1000s, ea. ........ 5.00 2.50
5 mg., 1000s, ea. ........ 9.00 4.50
25 mg., 1000s, ea. .......30.00 15.00
Bates (BA 68E)
Tablets, 0.1 mg., 100s, ea. ... .15
1000s, ea. ................. ... 1.00
E.C., 100s, ea. ............ ... .22
1000s, ea. ................. ... 1.60
0.25 mg., 100s, ea. ....... ... .20
1000s, ea. ................. ... 1.15
E.C., 100s, ea. ............ ... .24
1000s, ea. ................. ... 1.75
0.5 mg., 100s, ea. ........ ... .23
1000s, ea. ................. ... 1.30
E.C., 100s, ea. ............ ... .27
1000s, ea. ................. ... 1.90
1 mg., 100s, ea. .......... ... .28
1000s, ea. ................. ... 1.60
E.C., 100s, ea. ............ ... .30
1000s, ea. ................. ... 2.20
5 mg., 100s, ea. .......... ... .45
1000s, ea. ................. ... 3.50
E.C., 100s, ea. ............ ... .60
1000s, ea. ................. ... 4.75
25 mg., 100s, ea. ......... ... 1.65
1000s, ea. ................. ... 14.00
E.C., 100s, ea. ............ ... 1.75
1000s, ea. ................. ... 15.00
Bell Pharm. (BE 35P)
Aqueous or In Oil, Vials
5 mg./cc., 30 cc., ea. .... ... 3.00
Bellevue (BE 38L)
Parenteral, In Oil
1 mg./cc., Ampuls, 1 cc.
25s, ea. ................... ... 1.44
100s, ea. .................. ... 5.15
Vial, 30 cc., ea. ......... ... .49
2 mg./cc., Ampuls, 1 cc.
25s, ea. ................... ... 1.58
100s, ea. .................. ... 5.60
Vial, 30 cc., ea. ......... ... .56
5 mg./cc., Ampuls, 1 cc.
25s, ea. ................... ... 1.61
100s, ea. .................. ... 5.67
Vial, 30 cc., ea. ......... ... .62
Bio America (BI 24)
Tablets, 10 mg., E.C.
1000s, ea. ................. ... 9.75
Blue Cross (BA 33)
Tablets, 0.5 mg., 100s, ea. ... .30
500s, ea. .................. ... .85
1000s, ea. ................. ... 1.20
E.C., 100s, ea. ............ ... .25
500s, ea. .................. ... 1.40
1000s, ea. ................. ... 2.20
1 mg., 100s, ea. .......... ... .35
500s, ea. .................. ... 1.10
1000s, ea. ................. ... 1.70
E.C., 100s, ea. ............ ... .40
500s, ea. .................. ... 1.60
1000s, ea. ................. ... 2.50

5 mg., 100s, ea. .......... ... [illegible]
500s, ea. .................. ... 2.75
1000s, ea. ................. ... 4.80
E.C., 100s, ea. ............ ... [illegible]
500s, ea. .................. ... [illegible]
1000s, ea. ................. ... 5.40
25 mg., 100s, ea. ......... ... 1.65
500s, ea. .................. ... 7.20
1000s, ea. ................. ... 14.00
E.C., 100s, ea. ............ ... 1.95
500s, ea. .................. ... 8.50
1000s, ea. ................. ... 15.50
Bowman Bros. (BO 85E)
Tablets, 1 mg., 1000s, ea. ... 4.80
5 mg., 1000s, ea. ......... ... 8.30
Boyle (BO 90)
Tablets, 5 mg., 100s, ea. ... 1.03
1000s, ea. ................. ... 8.75
E.C., 100s, ea. ............ ... 1.13
1000s, ea. ................. ... 9.00
25 mg., E.C., 100s, ea. ... ... 3.15
Brewer (BR 35E)
Gel-ets, 0.5 mg., 100s, ea. .. 1.05 .63
1000s, ea. ................. 8.10 5.46
1 mg., 100s, ea. .......... 1.25 .75
1000s, ea. ................. 10.85 6.51
5 mg., 100s, ea. .......... 3.60 2.16
1000s, ea. ................. 26.00 15.60
25 mg., 100s, ea. ......... 7.50 4.50
1000s, ea. ................. 63.35 38.01
Bryant (BR 74)
Tablets, 0.5 mg., 100s ..... ... [illegible]
500s ....................... ... [illegible]
1000s ...................... ... [illegible]
E.C., 100s ................. ... [illegible]
500s ....................... ... [illegible]
1000s ...................... ... [illegible]
1 mg., 100s ................ ... [illegible]
500s ....................... ... [illegible]
1000s ...................... ... [illegible]
E.C., 100s ................. ... [illegible]
500s ....................... ... [illegible]
1000s ...................... ... [illegible]
5 mg., 100s ................ ... [illegible]
500s ....................... ... [illegible]
1000s ...................... ... [illegible]
E.C., 100s ................. ... [illegible]
500s ....................... ... [illegible]
1000s ...................... ... [illegible]
25 mg., 100s ............... ... [illegible]
500s ....................... ... [illegible]
1000s ...................... ... [illegible]
E.C., 100s ................. ... [illegible]
500s ....................... ... [illegible]
1000s ...................... ... [illegible]
Carnrick (CA 59)
Tablets, 5 mg., 100s, ea. ... 2.40* 1.60
1000s, ea. ................. 18.39* 12.26
25 mg., 100s, ea. ......... 7.08* 4.72
1000s, ea. ................. 63.25* 42.25
Carroll (CA 64N)
Tablets 0.5 mg., 100s, ea. ... .25
1000s, ea. ................. ... 1.60
E.C., 100s, ea. ............ ... .35
1000s, ea. ................. ... 2.60
1 mg., 100s, ea. .......... ... .30
1000s, ea. ................. ... 1.95
E.C., 100s, ea. ............ ... .45
1000s, ea. ................. ... 3.00
5 mg., 100s, ea. .......... ... .75
1000s, ea. ................. ... 5.00
E.C., 100s, ea. ............ ... .90
1000s, ea. ................. ... 6.50
25 mg., 100s, ea. ......... ... 1.35
1000s, ea. ................. ... 12.00
E.C., 100s, ea. ............ ... 1.50
1000s, ea. ................. ... 13.50
Chase Chem. (CH 34E)
Tablets, 0.1 mg., 100s, ea. ... .21
E.C., 100s, ea. ............ ... .27
0.5 mg., 100s, ea. ........ ... .24
E.C., 100s, ea. ............ ... .30
1 mg., 100s, ea. .......... ... .36
E.C., 100s, ea. ............ ... .42
5 mg., 100s, ea. .......... ... .63
E.C., 100s, ea. ............ ... .63
25 mg., 100s, ea. ......... ... 1.50
E.C., 100s, ea. ............ ... 1.65
Chemo Puro (CH 42P)
U.S.P., 50 Gm., ea. ....... ... 8.50
Chicago Pharm. (CH 56I)
Tablets, Chimedic
0.25 mg., S.C., 100s, ea. .. ... .36
1000s, ea. ................. ... 2.00
0.5 mg., S.C., 100s, ea. .. ... .40
1000s, ea. ................. ... 2.50
1 mg., S.C., 100s, ea. .... ... .45
1000s, ea. ................. ... 3.00
5 mg., C.T., 100s, ea. .... ... 1.10
1000s, ea. ................. ... 8.54
5 mg., S.C., 100s, ea. .... ... 1.15
1000s, ea. ................. ... 9.00
25 mg., S.C., 100s, ea. ... ... 3.25
1000s, ea. ................. ... 30.00
50 mg., C.T., 100s, ea. ... ... 4.15
1000s, ea. ................. ... 39.00
Churchill (CH 69)
Tablets, 50 mg., 100s, ea. ... 7.50* 5.00
Colonial Labs (CO 35P)
Parenteral, In Oil, Vial
5 mg./cc., 30 cc., ea. .... ... 2.00
Tablets, 50 mg., 1000s, ea. ... 16.00
Corvit Pharm. (CO 31)
Tablets, 1 mg., E.C.
100s, ea. .................. ... [illegible]
1000s, ea. ................. ... 8.00
5 mg., 100s, ea. .......... ... .50
1000s, ea. ................. ... 4.75
E.C., 100s, ea. ............ ... .60
1000s, ea. ................. ... 5.50
25 mg., 100s, ea. ......... ... 1.50
1000s, ea. ................. ... 12.00
E.C., 100s, ea. ............ ... 1.60
1000s, ea. ................. ... 13.00
100 mg., 100s, ea. ........ ... 4.50
1000s, ea. ................. ... 42.00

Cowley (CO 91E)
Tablets, 0.1 mg., 1000s, ea. ... .60
0.5 mg., 1000s, ea. ... .95
1.0 mg., 1000s, ea. ... 1.25
5 mg., 1000s, ea. ... 2.20
E.C., 1000s, ea. ... 2.75
25 mg., E.C., 1000s, ea. ... 9.80

Daniels (DA 31G)
Tablets, 0.5 mg., 100s, ea. ... .22
1000s, ea. ... .95
E.C., 100s, ea. ... .30
1000s, ea. ... 1.35
1 mg., 100s, ea. ... .30
1000s, ea. ... 1.10
E.C., 100s, ea. ... .36
1000s, ea. ... 1.50
5 mg., 100s, ea. ... .50
1000s, ea. ... 4.00
E.C., 100s, ea. ... .60
1000s, ea. ... 4.25
25 mg., 100s, ea. ... 1.15
1000s, ea. ... 8.50
E.C., 100s, ea. ... 1.40
1000s, ea. ... 9.10

DuMont (DU 21E)
Tablets, 0.5 mg., 100s, ea. ... .22
500s, ea. ... 1.00
1000s, ea. ... 1.60
E.C., 100s, ea. ... .35
500s, ea. ... 1.40
1000s, ea. ... 2.25
1 mg., 100s, ea. ... .30
500s, ea. ... 1.25
1000s, ea. ... 2.00
E.C., 100s, ea. ... .45
500s, ea. ... 1.75
1000s, ea. ... 2.75
5 mg., 100s, ea. ... .65
500s, ea. ... 2.50
1000s, ea. ... 3.90
E.C., 100s, ea. ... .90
500s, ea. ... 3.00
1000s, ea. ... 4.90
25 mg., 100s, ea. ... 1.50
500s, ea. ... 6.75
1000s, ea. ... 12.00
E.C., 100s, ea. ... 1.70
500s, ea. ... 7.80
1000s, ea. ... 14.00

Elder (EL 19D)
Tablets, 0.5 mg., E.C.
100s, ea. ... .50
500s, ea. ... 1.85
1000s, ea. ... 3.50

Empire (EM 26)
Parenteral, In Sesame Oil
Ampuls, 25 mg./cc., 1 cc.
25s, ea. ... 5.00
100s, ea. ... 18.00
Tablets, 5 mg., 1000s, ea. ... 3.50
E.C., 1000s, ea. ... 4.50
25 mg., 1000s, ea. ... 11.00
E.C., 1000s, ea. ... 12.00

Estro (ES 25)
Parenteral, in Oil
5 mg./cc., Ampuls, 1 cc.
25s, ea. ... 3.00
100s, ea. ... 10.00
Vial, 30 cc., ea. ... 2.30
Tablets, E.C.
1 mg., 1000s, ea. ... 2.00
5 mg., 1000s, ea. ... 3.25

Evron (EV 26)
Tablets, 0.25 mg., 100s, ea. ... .21
1000s, ea. ... 1.17
E.C., 100s, ea. ... .26
1000s, ea. ... 1.77
0.5 mg., 100s, ea. ... .24
1000s, ea. ... 1.32
E.C., 100s, ea. ... .27
1000s, ea. ... 1.92
1 mg., 100s, ea. ... .27
1000s, ea. ... 1.62
E.C., 100s, ea. ... .38
1000s, ea. ... 2.01
5 mg., 100s, ea. ... .45
1000s, ea. ... 3.42
E.C., 100s, ea. ... .51
1000s, ea. ... 4.17
25 mg., 100s, ea. ... 1.58
500s, ea. ... 6.75
1000s, ea. ... 12.51
E.C., 100s, ea. ... 1.62
500s, ea. ... 7.26
1000s, ea. ... 13.53

Faraday (FA 39)
Tablets, 0.1 mg., 100s, ea. ... .13
1000s, ea. ... .60
E.C., 100s, ea. ... .22
1000s, ea. ... 1.17
0.25 mg., 100s, ea. ... .14
1000s, ea. ... .70
E.C., 100s, ea. ... .26
1000s, ea. ... 1.25
0.5 mg., 100s, ea. ... .16
1000s, ea. ... .78
E.C., 100s, ea. ... .33
1000s, ea. ... 1.33
1 mg., 100s, ea. ... .23
1000s, ea. ... .86
E.C., 100s, ea. ... .46
1000s, ea. ... 1.41
5 mg., 100s, ea. ... .41
1000s, ea. ... 2.26
E.C., 100s, ea. ... .75
1000s, ea. ... 3.00
10 mg., 100s, ea. ... .80
1000s, ea. ... 4.25
E.C., 100s, ea. ... 1.45
1000s, ea. ... 5.28
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 9.00
E.C., 100s, ea. ... 1.92
1000s, ea. ... 9.60

Gilbert, Allen (GI 22E)
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 2.25 1.50

Gold Leaf (GO 15)
Parenteral, In Oil
1 mg./cc., Ampuls, 1 cc.
6s, ea. ... .56
25s, ea. ... 1.65
100s, ea. ... 5.63
Vial, 30 cc., ea. ... 1.13
5 mg./cc., Ampuls, 1 cc.
6s, ea. ... .68
25s, ea. ... 2.03
100s, ea. ... 6.75
Vial, 30 cc., ea. ... 1.88
25 mg./cc., Vial, 30 cc., ea. ... 2.63
Tablets, 1 mg., E.C., 100s ... 5.00
1000s, ea. ... 2.20
5 mg., E.C., 100s ... 10.00
1000s, ea. ... 4.50
25 mg., 100s ... 24.00
1000s, ea. ... 14.00
E.C., 100s ... 26.00
1000s, ea. ... 16.00

Gotham (GO 62)
Parenteral, In Oil, Vials
5 mg./cc., 10 cc., ea. ... .80 .53
25 mg./cc., 10 cc., ea. ... 1.20 .80
Tablets, 1 mg., 1000s, ea. ... 1.90 1.25
E.C., 1000s, ea. ... 2.50 1.67
5 mg., 1000s, ea. ... 3.60 2.40
E.C., 1000s, ea. ... 4.30 2.87
25 mg., 1000s, ea. ... 10.40 6.94
E.C., 1000s, ea. ... 11.20 7.47

H R C (H 17G)
Tablets, 0.1 mg., 100s, ea. ... .68
1000s, ea. ... 3.40
0.25 mg., 100s, ea. ... .78
1000s, ea. ... 4.00
0.50 mg., 100s, ea. ... .80
1000s, ea. ... 4.90
1 mg., 100s, ea. ... .90
1000s, ea. ... 5.70
5 mg., 100s, ea. ... 1.80
1000s, ea. ... 14.80
25 mg., 100s, ea. ... 4.25
1000s, ea. ... 36.80
50 mg., 100s, ea. ... 7.25
1000s, ea. ... 69.00
100 mg., 100s, ea. ... 13.25
1000s, ea. ... 125.00

Haack Labs. (HA 10)
Tablets, 0.10 mg., E.C.
100s, ea. ... .75* .40
1000s, ea. ... 1.50
0.25 mg., E.C., 100s, ea. ... .75* .40
1000s, ea. ... 1.50
0.5 mg., E.C., 100s, ea. ... .75* .40
1000s, ea. ... 1.50
1 mg., 100s, ea. ... .75* .40
1000s, ea. ... 1.75
E.C., 100s, ea. ... .75* .40
1000s, ea. ... 2.00
5 mg., 100s, ea. ... 1.00* .60
1000s, ea. ... 4.00
E.C., 100s, ea. ... 1.00* .65
1000s, ea. ... 4.25
25 mg., 100s, ea. ... 2.00* 1.25
1000s, ea. ... 12.00
E.C., 100s, ea. ... 2.50* 1.50
1000s, ea. ... 12.00
100 mg., 100s, ea. ... 7.50* 4.00
1000s, ea. ... 32.00

Hance Bros. & White (HA 41)
Tablets, 0.5 mg., E.C.
100s ... ...
1000s ... ...
1 mg., E.C., 100s ... ...
1000s ... ...
5 mg., 100s ... ...
1000s ... ...
E.C., 100s ... ...
1000s ... ...
25 mg., 100s ... ...
1000s ... ...
E.C., 100s ... ...
1000s ... ...

Harvey Labs. (HA 72E)
Parenteral, Vials
1 mg./cc., 10 cc., ea. ... .75
25 cc., ea. ... 1.50
10 mg./cc., 10 cc., ea. ... 1.50
50 mg./cc., 30 cc., ea. ... 3.00
Tablets, 0.5 mg., 1000s, ea. ... 1.75
5 mg., 1000s, ea. ... 2.75
E.C., 1000s, ea. ... 4.50
25 mg., 1000s, ea. ... 8.50
E.C., 1000s, ea. ... 9.00

Hildebrand (HI 28)
Tablets, 0.1 mg., 100s, ea. ... .20
500s, ea. ... .60
1000s, ea. ... 1.10
0.2 mg., 100s, ea. ... .35
500s, ea. ... 1.00
1000s, ea. ... 1.90
0.5 mg., 100s, ea. ... .45
500s, ea. ... 1.30
1000s, ea. ... 2.40
1 mg., 100s, ea. ... .50
500s, ea. ... 1.50
1000s, ea. ... 2.80
5 mg., 100s, ea. ... .60
500s, ea. ... 2.36
1000s, ea. ... 4.40

Hilly (HI 40Y)
Tablets, 0.5 mg., 1000s, ea. ... .90
1 mg., 100s, ea. ... .35
1000s, ea. ... 1.25
5 mg., 100s, ea. ... .45
1000s, ea. ... 2.75
E.C., 100s, ea. ... .65
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.00
1000s, ea. ... 9.00
E.C., 100s, ea. ... 1.10
1000s, ea. ... 10.00

Horton & Converse (HO 55)
Parenteral, Vials, 10 cc.
1.0 mg./cc., 1s, ea. ... 1.30* .78
25 mg./cc., 1s, ea. ... 2.60* 1.56
Tablets, 0.1 mg., 100s, ea. ... .85* .51
1000s, ea. ... 6.50* 3.90

0.25 mg., 100s, ea. ... .90* .54
1000s, ea. ... 7.50* 4.50
0.5 mg., 100s, ea. ... .95* .57
1000s, ea. ... 8.00* 4.80
1.0 mg., 100s, ea. ... 1.15* .69
500s, ea. ... 6.00* 3.60
1000s, ea. ... 10.20* 6.12
5.0 mg., 100s, ea. ... 2.25* 1.35
500s, ea. ... 11.00* 6.60
1000s, ea. ... 20.00* 12.00
25 mg., 100s, ea. ... 3.50* 2.10
500s, ea. ... 16.20 9.72
1000s, ea. ... 30.00* 18.00
E.C., 0.1 mg., 100s, ea. ... .90* .54
1000s, ea. ... 7.50* 4.50
0.25 mg., 100s, ea. ... .95* .57
1000s, ea. ... 8.00* 4.80
0.5 mg., 100s, ea. ... 1.00* .60
1000s, ea. ... 8.80* 5.28
1.0 mg., 100s, ea. ... 1.20* .72
500s, ea. ... 6.67* 4.00
1000s, ea. ... 10.70* 6.42
5.0 mg., 100s, ea. ... 2.50* 1.50
500s, ea. ... 12.00* 7.20
1000s, ea. ... 22.00* 13.20

Invenex (IN 71)
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 1.90 1.43

Jan Labs. (JA 28L)
Tablets, 0.5 mg., 500s, ea. ... .90
1000s, ea. ... 1.45
E.C., 100s, ea. ... .30
500s, ea. ... 1.25
1000s, ea. ... 2.00
1 mg., 100s, ea. ... .25
500s, ea. ... 1.10
1000s, ea. ... 1.76
E.C., 100s, ea. ... .40
500s, ea. ... 1.60
1000s, ea. ... 2.45
5 mg., 100s, ea. ... .60
500s, ea. ... 2.25
1000s, ea. ... 3.50
E.C., 100s, ea. ... .70
500s, ea. ... 2.70
1000s, ea. ... 4.40
25 mg., 100s, ea. ... 1.25
500s, ea. ... 5.75
1000s, ea. ... 9.50
E.C., 100s, ea. ... 1.35
500s, ea. ... 5.95
1000s, ea. ... 9.90
100 mg., 100s, ea. ... 4.25
500s, ea. ... 19.50
1000s, ea. ... 35.00

Kaye (KA 66)
Tablets, 0.5 mg., 1000s, ea. ... 1.10
E.C., 1000s, ea. ... 1.45
5 mg., 1000s, ea. ... 3.25
E.C., 1000s, ea. ... 3.50
25 mg., 1000s, ea. ... 8.75
E.C., 1000s, ea. ... 9.50

Kenny Labs. (KE 50)
Injectables, In Oil
0.5 mg./cc., 6s, ea. ... .91* .55
25s, ea. ... 4.71* 2.50
100s, ea. ... 15.00* 8.00
1 mg./cc., 6s, ea. ... 1.34* .80
25s, ea. ... 3.00* 2.00
5 mg./cc., 6s, ea. ... 1.84* 1.10
25s, ea. ... 6.91* 4.15
100s, ea. ... 23.23* 14.00
Tablets, 0.5 mg., 100s, ea. ... 1.34* .80
250s, ea. ... 3.34* 2.00
1000s, ea. ... 13.33* 8.00
1 mg., 100s, ea. ... 1.67* 1.00
250s, ea. ... 3.75* 2.25
1000s, ea. ... 15.50* 9.30
5 mg., 100s, ea. ... 5.00* 3.00
250s, ea. ... 10.00* 6.00
1000s, ea. ... 38.34* 23.00
25 mg., 100s ... ...
250s ... ...

Kirkman (KI 41M)
Tablets, 0.1 mg.
E.C., 100s, ea. ... .40
1000s, ea. ... 1.45
0.25 mg., 100s, ea. ... .30
1000s, ea. ... 1.25
E.C., 100s, ea. ... .40
1000s, ea. ... 1.45
0.5 mg., 100s, ea. ... .30
1000s, ea. ... 1.25
E.C., 100s, ea. ... .40
1000s, ea. ... 1.50
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.75
E.C., 100s, ea. ... .40
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .65
1000s, ea. ... 4.25
E.C., 100s, ea. ... .70
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 12.00
E.C., 100s, ea. ... 1.50
1000s, ea. ... 12.50
100 mg., 100s, ea. ... 4.50
1000s, ea. ... 38.00

Kremers-Urban (KR 25)
Tablets, 25 mg., 100s, ea. ... 6.33 3.80
1000s, ea. ... 58.67 35.20

Lannett (LA 56N)
Tablets, 0.5 mg.
E.C., 1000s, ea. ... 2.00
1 mg., 1000s, ea. ... 2.00
E.C., 1000s, ea. ... 2.75
5 mg., 500s, ea. ... 2.60
1000s, ea. ... 4.00
E.C., 100s, ea. ... .90
500s, ea. ... 3.00
1000s, ea. ... 5.00
25 mg., 100s, ea. ... 1.75
500s, ea. ... 8.00
1000s, ea. ... 14.00
E.C., 100s, ea. ... 2.25
1000s, ea. ... 16.00

Lilly (LI 27)
Enseals, 0.1 mg.
100s, ea., $1.40 sz. ... 1.26* .84
500s, ea., $6.50 sz. ... 5.85* 3.90
1000s, ea., $12.00 sz. ... 10.80* 7.20
0.25 mg.
100s, ea., $1.50 sz. ... 1.35* .90
500s, ea., $7.00 sz. ... 6.30* 4.20
1000s, ea., $13.00 sz. ... 11.70* 7.80
0.5 mg.
100s, ea., $1.60 sz. ... 1.44* .96
500s, ea., $7.50 sz. ... 6.75* 4.50
1000s, ea., $14.00 sz. ... 12.60* 8.40
1 mg.
100s, ea., $1.90 sz. ... 1.71* 1.14
500s, ea., $9.00 sz. ... 8.10* 5.40
1000s, ea., $17.00 sz. ... 15.30* 10.20
5 mg.
100s, ea., $4.05 sz. ... 3.64* 2.43
500s, ea., $18.60 sz. ... 16.74* 11.16
1000s, ea., $34.90 sz. ... 31.41* 20.94
25 mg.
100s, ea., $8.75 sz. ... 7.87* 5.25
500s, ea., $42.10 sz. ... 37.89* 25.26
1000s, ea., $81.70 sz. ... 73.53* 49.02
Parenteral, in Oil, Ampuls
1.0 mg., 1 cc.
6s, ea., $1.50 sz. ... 1.35* .90
25s, ea., $5.17 sz. ... 4.65* 3.10
100s, ea., $16.67 sz. ... 15.00* 10.00
5.0 mg., 1 cc.
6s, ea., $2.08 sz. ... 1.87* 1.25
25s, ea., $7.08 sz. ... 6.37* 4.25
100s, ea., $24.58 sz. ... 22.12* 14.75
Parenteral, Solution in Ethyl Oleate
Ampuls, 25 mg., 1 cc.
6s, ea., $2.50 sz. ... 2.25* 1.50
Suppositories, 0.1 mg.
6s, ea., $1.10 sz. ... .99* .66
50s, ea., $7.50 sz. ... 6.75* 4.50
0.5 mg., 6s, ea., $1.30 sz. ... 1.17* .78
50s, ea., $9.10 sz. ... 8.19* 5.46
Tablets, 0.1 mg.
100s, ea., $1.30 sz. ... 1.17* .78
500s, ea., $5.25 sz. ... 4.72* 3.15
1000s, ea., $9.50 sz. ... 8.55* 5.70
0.25 mg.
100s, ea., $1.40 sz. ... 1.26* .84
500s, ea., $5.75 sz. ... 5.17* 3.45
1000s, ea., $10.50 sz. ... 9.45* 6.30
0.5 mg., 100s, ea., $1.50 sz. 1.35* .90
500s, ea., $6.25 sz. ... 5.62* 3.75
1000s, ea., $11.50 sz. ... 10.35* 6.90
1 mg., 100s, ea., $1.80 sz. 1.62* 1.08
500s, ea., $7.75 sz. ... 6.97* 4.65
1000s, ea., $14.50 sz. ... 13.05* 8.70
5 mg., 100s, ea., $3.80 sz. 3.42* 2.28
500s, ea., $17.35 sz. ... 15.61* 10.41
1000s, ea., $32.40 sz. ... 29.16* 19.44
25 mg., 25s, ea., $2.32 sz. 2.09* 1.39
100s, ea., $8.34 sz. ... 7.51* 5.00
500s, ea., $40.84 sz. ... 36.76* 24.50
1000s, ea., $79.17 sz. ... 71.25* 47.50

Lincoln (LI 31)
Parenteral, in Oil, 1 mg./cc.
Ampuls, 1 cc., 25s, ea. ... 3.75 3.00
100s, ea. ... 9.00 7.20
Vial, 30 cc., ea. ... 2.50 2.00
Tablets, E.C.
0.25 mg., 1000s, ea. ... 2.70 2.16
0.5 mg., 1000s, ea. ... 3.30 2.64
1.0 mg., 1000s, ea. ... 3.90 3.12
5.0 mg., 100s, ea. ... .90 .72
1000s, ea. ... 7.80 6.24
25 mg., 100s, ea. ... 2.50 2.00
1000s, ea. ... 22.50 18.00

Mann (MA 48P)
Powder, 10 Gm., ea. ... ... 3.00

Massengill (MA 85E)
Parenteral, In Oil
Vial, 25 mg./cc., 10 cc., ea. 1.50* 1.00
Tablets, S.C.
0.5 mg., Orange
100s, ea. ... 1.05* .70
1000s, ea. ... 7.50* 5.00
1.0 mg., Red
100s, ea. ... 1.20* .80
500s, ea. ... 4.80* 3.20
1000s, ea. ... 9.00* 6.00
5.0 mg., Purple
100s, ea. ... 1.50* 1.00
500s, ea. ... 6.30* 4.20
1000s, ea. ... 12.00* 8.00
25 mg., 100s, ea. ... 5.18* 3.45
500s, ea. ... 22.80* 15.20

Maurry (MA 91V)
Parenteral, in Oil, Vial
5 mg./cc., 30 cc., ea. ... 1.40 .84

Mayrand (MA 98R)
Tablets, 0.25 mg., E.C.
100s, ea. ... ...
1000s, ea. ... 2
0.5 mg., 100s, ea. ... ...
1000s, ea. ... 2.1
E.C., 100s, ea. ... .4
1000s, ea. ... 2.46
1 mg., 100s, ea. ... .38
1000s, ea. ... 2.00
E.C., 100s, ea. ... .45
1000s, ea. ... 2.80
5 mg., 100s, ea. ... .60
1000s, ea. ... 4.00
E.C., 100s, ea. ... .66
1000s, ea. ... 4.60
25 mg., 100s, ea. ... 1.50
1000s, ea. ... 12.00
E.C., 100s, ea. ... 1.80
1000s, ea. ... 12.80

McNeil (MC 70)
Tablets, Enteric Coated ... .60
5 mg., 100s, ea. ... 1.
1000s, ea. ... 12.5
25 mg., 100s, ea. ... 3.60
1000s, ea. ... 29.80

Merck (ME 52)
5 Gm. bot., ea. ... 1.89
25 Gm. bot., ea. ... 7.70

(Continued on next page)

*1st column*—price to consumer
*2nd column*—price to retailer per dozen or unit price when stated
*denotes fair trade minimum. See page 1

DIETHYLSTILBESTROL *(Continued)*

Meredyth (ME 53E)
Tablets, 5 mg., E.C., 100s, ea. ... 1.50
25 mg., 100s, ea. ... 2.70

Meyer Chem. (ME 59E)
Tablets, 5 mg., E.C.
100s, ea. ... 2.25 1.50
1000s, ea. ... 7.75

Meyer Drug (ME 72)
Powder, 10 Gm., ea. ... 3.00
Tablets, 5 mg., 1000s, ea. ... 3.00

Myers-Carter (MY 12)
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea. ... 3.20

National Drug (NA 45)
Tablets, 0.5 mg., 500s, ea. ... 1.50
1 mg., 500s, ea. ... 2.40
25 mg., 100s, ea. ... 2.30
500s, ea. ... 12.50

National Drug Labs. (NA 45E)
Tablets, 1 mg., E.C.
100s, ea. ... .37
1000s, ea. ... 2.25
5 mg., E.C., 100s, ea. ... .75
1000s, ea. ... 4.50
25 mg., C.T., 100s, ea. ... 1.87
1000s, ea. ... 15.00
E.C., 100s, ea. ... 1.95
1000s, ea. ... 15.75

Nelson Baker (NE 21)
Tablets, 0.5 mg., 100s, ea. ... .25
1000s, ea. ... 1.20
E.C., 100s, ea. ... .25
1000s, ea. ... 1.60
1 mg., 100s, ea. ... .25
1000s, ea. ... 1.30
E.C., 100s, ea. ... .40
1000s, ea. ... 1.90
5 mg., 100s, ea. ... .65
1000s, ea. ... 4.20
E.C., 100s, ea. ... .70
1000s, ea. ... 5.30
25 mg., 100s, ea. ... 1.90
500s, ea. ... 3.90
1000s, ea. ... 14.50

Normand (NO 36H)
Parenteral, In Sesame Oil
Ampuls, 1 cc.
0.5 mg./cc., 100s, ea. ... 4.90
1.0 mg./cc., 100s, ea. ... 5.65
5.0 mg./cc., 100s, ea. ... 8.50

Penhurst (PE 36M)
Tablets, 0.5 mg., 100s, ea. ... .20
500s, ea. ... .90
1000s, ea. ... 1.45
E.C., 100s, ea. ... .30
500s, ea. ... 1.25
1000s, ea. ... 2.00
1.0 mg., 100s, ea. ... .25
500s, ea. ... 1.10
1000s, ea. ... 1.75
E.C., 100s, ea. ... .40
500s, ea. ... 1.60
1000s, ea. ... 2.40
5.0 mg., 100s, ea. ... .60
500s, ea. ... 2.25
1000s, ea. ... 3.50
E.C., 100s, ea. ... .70
500s, ea. ... 2.70
1000s, ea. ... 4.35
25 mg., 100s, ea. ... 1.35
500s, ea. ... 6.00
1000s, ea. ... 10.90
E.C., 100s, ea. ... 1.65
500s, ea. ... 6.50
1000s, ea. ... 11.75
100 mg., 100s, ea. ... 4.75
500s, ea. ... 22.50
1000s, ea. ... 39.00

Pharmex (PH 22E)
Tablets, 0.5 mg., 500s, ea. ... .60
1000s, ea. ... .95
E.C., 500s, ea. ... .80
1000s, ea. ... 1.35
1 mg., 500s, ea. ... .80
1000s, ea. ... 1.20
E.C., 500s, ea. ... 1.00
1000s, ea. ... 1.60
5 mg., 100s, ea. ... .35
1000s, ea. ... 3.35
E.C., 100s, ea. ... .65
1000s, ea. ... 4.45
25 mg., 100s, ea. ... 1.35
1000s, ea. ... 10.75
E.C., 100s, ea. ... 1.45
1000s, ea. ... 11.75
100 mg., 100s, ea. ... 4.95
500s, ea. ... 22.95

Pitman-Moore (PI 60)
Tablets, 0.5 mg., 500s, ea. ... 3.75
1 mg., 100s, ea. ... 1.02
500s, ea. ... 4.85

Premo (PR 22)
Enerols, 1 mg., 100s, ea. ... .60
1000s, ea. ... 2.40
5 mg., 100s, ea. ... 1.08
1000s, ea. ... 3.00
25 mg., 100s, ea. ... 2.60
1000s, ea. ... 22.90
Tablets, 1 mg., 100s, ea. ... .60
1000s, ea. ... 2.00
5 mg., 100s, ea. ... 1.00
1000s, ea. ... 6.40
25 mg., 100s, ea. ... 2.20
1000s, ea. ... 20.00

Preston Labs. (PR 32C)
Tablets, 1 mg., E.C.
100s, ea. ... .36
1000s, ea. ... 2.40
5 mg., E.C., 100s, ea. ... .80
1000s, ea. ... 4.32

25 mg., C.T., 100s, ea. ... 1.80
1000s, ea. ... 15.00
E.C., 100s, ea. ... 1.92
1000s, ea. ... 16.20

Raway (RA 49)
Parenteral, In Oil
5 mg./cc., 10 cc. vial, ea. ... .60
Tablets, 0.5 mg., 1000s, ea. ... .55
E.C., 1000s, ea. ... .95
1 mg., 1000s, ea. ... .95
E.C., 1000s, ea. ... 1.45
5 mg., 1000s, ea. ... 1.95
E.C., 1000s, ea. ... 2.55
25 mg., 1000s, ea. ... 6.35
E.C., 1000s, ea. ... 7.25

Raymer (RA 57E)
Parenteral, In Oil, Vial
25 mg./cc., 10 cc., ea. ... 1.40
Tablets, 1 mg., 1000s, ea. ... 3.25
5 mg., 500s, ea. ... 5.00
1000s, ea. ... 8.50
25 mg., 100s, ea. ... 3.00
1000s, ea. ... 18.75

Robin (RO 19L)
Tablets, 1 mg., 1000s, ea. ... .75
E.C., 1000s, ea. ... 1.00
5 mg., 1000s, ea. ... 1.30
E.C., 1000s, ea. ... 2.10
25 mg., 1000s, ea. ... 4.75
E.C., 1000s, ea. ... 5.10

Robinson (RO 27)
Tablets, 0.5 mg., 100s, ea. ... .33
1000s, ea. ... 1.40
E.C., 100s, ea. ... .40
1000s, ea. ... 1.65
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.50
E.C., 100s, ea. ... .44
1000s, ea. ... 2.25
5 mg., 100s, ea. ... .60
1000s, ea. ... 3.60
E.C., 100s, ea. ... .65
1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.15
1000s, ea. ... 8.25
E.C., 100s, ea. ... 1.30
1000s, ea. ... 9.35

Rorer (RO 70)
Tablets, 0.5 mg., EnKeric
1000s, ea. ... 3.75 2.25
1.0 mg., 1000s, ea. ... 4.17 2.50
EnKeric, 1000s, ea. ... 5.00 3.00
5.0 mg., 1000s, ea. ... 11.50 6.90
EnKeric, 1000s, ea. ... 12.34 7.40
25 mg., 1000s, ea. ... 36.67 22.00

Rowell (RO 88)
Tablets, 0.5 mg., E.C., 100s ... 7.20
500s, ea. ... 2.00
1000s, ea. ... 3.00
1 mg., E.C., 100s ... 12.60
500s, ea. ... 2.90
1000s, ea. ... 4.80
5 mg., E.C., 100s ... 18.00
500s, ea. ... 5.30
1000s, ea. ... 9.60
25 mg., 100s ... 36.00
500s, ea. ... 12.00
1000s, ea. ... 24.00

St. Louis Pharm. (SA 28H)
Capsules, T.D., 100s, ea. ... 3.00
1000s, ea. ... 17.50
Tablets, 0.1 mg., E.C.
1000s, ea. ... 1.50
0.25 mg., E.C., 1000s, ea. ... 1.60
0.5 mg., E.C., 1000s, ea. ... 1.75
1 mg., E.C., 1000s, ea. ... 1.85
5 mg., 1000s, ea. ... 2.75
E.C., 1000s, ea. ... 3.10
25 mg., 1000s, ea. ... 8.25

Sharp & Dohme (SH 21)
Tablets, 0.5 mg., 100s, ea. ... 1.30* .87
1000s, ea. ... 10.25* 6.50
E.C., 100s, ea. ... 1.44* .96
1000s, ea. ... 12.60* 8.49
1 mg., 100s, ea. ... 1.57* 1.05
1000s, ea. ... 13.05* 8.70
E.C., 100s, ea. ... 1.71* 1.14
1000s, ea. ... 15.30* 10.20
5 mg., 100s, ea. ... 3.42* 2.21
1000s, ea. ... 29.16* 19.44
E.C., 100s, ea. ... 3.64* 2.43
1000s, ea. ... 31.41* 20.94
25 mg., E.C., 100s, ea. ... 7.87* 5.25
1000s, ea. ... 73.53* 49.02

Sherman (SH 45)
Tablets, E.C.
1 mg., 100s, ea. ... 1.35 .81
500s, ea. ... 5.25 3.15
1000s, ea. ... 10.00 6.00
5 mg., 100s, ea. ... 3.00 1.80
500s, ea. ... 12.00 7.20
1000s, ea. ... 22.00 13.20

Siler (SI 17L)
Tablets, 25 mg., 100s, ea. ... 2.80
1000s, ea. ... 24.00

Smith, C. D. (SM 16)
Tablets, 5.0 mg., 100s, ea. ... 1.60
1000s, ea. ... 3.90
25 mg., 100s, ea. ... 3.90
1000s, ea. ... 33.00
50 mg., 100s, ea. ... 5.90
1000s, ea. ... 52.80

Spartan (SP 22)
Capsules, T.D.
15 mg., 100s, ea. ... 1.80
1000s, ea. ... 15.00
Tablets, 0.5 mg., 100s, ea. ... .22
1000s, ea. ... 1.00
E.C. Red, 100s, ea. ... .25
1000s, ea. ... 1.60
1 mg., 100s, ea. ... .25
1000s, ea. ... 1.50
E.C. Red, 100s, ea. ... .40
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .65
1000s, ea. ... 4.70
E.C. Red, 100s, ea. ... .80
1000s, ea. ... 5.80
25 mg., 100s, ea. ... 1.80
1000s, ea. ... 12.00
E.C. Red, 100s, ea. ... 1.50
1000s, ea. ... 14.00

Squibb (SQ 11)
*See Stilbetin*

Starr (ST 47G)
Tablets, 5 mg., 100s, ea. ... .80
1000s, ea. ... 5.75
25 mg., 100s, ea. ... 2.00
1000s, ea. ... 18.00

Stayner (ST 49)
Tablets, 1 mg., 100s, ea. ... .47
1000s, ea. ... 3.35
E.C., 100s, ea. ... .81
1000s, ea. ... 7.23
5 mg., 100s, ea. ... 1.53
1000s, ea. ... 13.27
E.C., 100s, ea. ... 1.93
1000s, ea. ... 15.97
25 mg., 100s, ea. ... 4.81
500s, ea. ... 22.23
E.C., 100s, ea. ... 5.40
500s, ea. ... 24.30

Success (SU 10)
Tablets, 1 mg., 100s, ea. ... .30
1000s, ea. ... 1.50
E.C., 100s, ea. ... .35
1000s, ea. ... 2.25
5 mg., 100s, ea. ... .60
1000s, ea. ... 3.50
E.C., 100s, ea. ... .80
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.50
1000s, ea. ... 11.00
E.C., 100s, ea. ... 1.70
1000s, ea. ... 12.00
100 mg., 100s, ea. ... 4.95
1000s, ea. ... 45.00

Suppositoria (SU 45L)
Suppositories, Vaginal
0.1 mg., 12s ...
0.5 mg., 12s ...

Supreme (SU 45E)
Tablets, 0.5 mg., 100s, ea. ... .22
1000s, ea. ... 1.30
E.C., 100s, ea. ... .40
1000s, ea. ... 1.80
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.44
E.C., 100s, ea. ... .44
1000s, ea. ... 2.04
5 mg., 100s, ea. ... .80
1000s, ea. ... 5.40
E.C., 100s, ea. ... .90
1000s, ea. ... 6.00
25 mg., 100s, ea. ... 2.00
1000s, ea. ... 18.00
E.C., 100s, ea. ... 2.20
1000s, ea. ... 19.20

Tech Bio-Chem. (TE 9)
Aqueous, Vial
5 mg./cc., 10 cc., ea. ... 1.00
In Oil, Vial
25 mg./cc., 10 cc., ea. ... 1.65

Testagar (TE 28)
Capsules, 0.5 mg., 100s, ea. ... .70
1000s, ea. ... 3.75
1 mg., 100s, ea. ... .75
1000s, ea. ... 5.00
Parenteral, In Oil, Vials
5 mg./cc., 30 cc., ea. ... 2.40
25 mg./cc., 30 cc., ea. ... 3.00
Tablets, 0.5 mg., E.C.
100s, ea. ... .70
1000s, ea. ... 3.75
1 mg., E.C., 100s, ea. ... .75
1000s, ea. ... 5.00
5 mg., E.C., 100s, ea. ... 1.50
1000s, ea. ... 12.00
25 mg., 100s, ea. ... 2.60
1000s, ea. ... 22.00
E.C., 100s, ea. ... 2.70
1000s, ea. ... 24.00

Torigian (TO 27E)
Ampuls, 1 cc.
1 mg., 12s, ea. ... 1.25
25s, ea. ... 2.50
100s, ea. ... 8.75
5 mg., 12s, ea. ... 1.65
25s, ea. ... 2.95
100s, ea. ... 10.50

Towne, Paulsen (TO 39)
Tablets, 1 mg., 1000s, ea. ... 2.00
E.C., 1000s, ea. ... 2.50
5 mg., 100s, ea. ... .80
1000s, ea. ... 3.75
E.C., 100s, ea. ... .85
1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 8.25
E.C., 100s, ea. ... 1.40
1000s, ea. ... 9.00

Tri-State (TR 38P)
Tablets, E.C., 5 mg., 100s, ea. ... 2.00
500s, ea. ... 8.50
1000s, ea. ... 15.00

Ulmer (UL 12)
Tablets, 5 mg., E.C.
100s, ea. ... 1.40
1000s, ea. ... 10.00
25 mg., C.T., 100s, ea. ... 3.50
1000s, ea. ... 30.00

United Labs. (UN 21)
Tablets, 1000s ... 8.64*

Upjohn (UP 10)
Perles, 0.1 mg., Light Green
100s, ea. ... .92
500s, ea. ... 2.79
1000s, ea. ... 6.35
0.25 mg., Green
100s, ea. ... 1.00
500s, ea. ... 4.05
1000s, ea. ... 7.40
0.5 mg., Blue Green
100s, ea. ... 1.05
500s, ea. ... 4.49
1000s, ea. ... 8.10
1.0 mg., Blue
100s, ea. ... 1.32
500s, ea. ... 3.45
1000s, ea. ... 10.25
5.0 mg., Purple
100s, ea. ... 2.30
500s, ea. ... 11.32
1000s, ea. ... 21.00
25 mg., Violet
100s, ea. ... 5.32
500s, ea. ... 23.70
1000s, ea. ... 55.50
Sterile Solution, 1.0 mg.
Ampuls, 1 cc., 5s, ea. ... .90
25s, ea. ... 3.85
50s, ea. ... 6.75
100s, ea. ... 11.75

V.R.C. (VI 56D)
Tablets, 1 mg., 100s ... 3.00
1000s ... 19.30
E.C., 100s ... 3.25
1000s ... 23.76
5 mg., 100s ... 7.25
500s ... 24.40
1000s ... 42.96
E.C., 100s ... 7.92
500s ... 29.70
1000s ... 52.80
25 mg., 100s ... 15.60
500s ... 73.56
1000s ... 121.44
E.C., 100s ... 13.36
500s ... 82.56
1000s ... 125.36

Veltex (VE 16)
Tablets, 0.25 mg., E.C.
1000s, ea. ... 2.00
0.5 mg., 1000s, ea. ... 2.50
E.C., 1000s, ea. ... 2.50
1.0 mg., 1000s, ea. ... 2.25
E.C., 1000s, ea. ... 2.80
5 mg., E.C., 100s ... .60
1000s, ea. ... 4.50
25 mg., 100s ... 1.80
1000s, ea. ... 14.40
E.C. ... 13.50

Vita-Fore (VI 49)
Tablets, 1 mg., E.C.
100s, ea. ... .20
1000s, ea. ... 1.50
5 mg., 100s, ea. ... .40
1000s, ea. ... 2.50
E.C., 100s, ea. ... .50
1000s, ea. ... 3.25
25 mg., 100s, ea. ... 1.50
1000s, ea. ... 7.50
E.C., 100s, ea. ... 1.75
1000s, ea. ... 8.00

Vitamix (VI 58T)
Capsules, 0.1 mg., 1000s, ea. ... 2.50
0.5 mg., 1000s, ea. ... 3.00
1.0 mg., 1000s, ea. ... 3.50
Parenteral, in Oil
1 mg./cc.
Ampuls, 1 cc., 25s, ea. ... 2.50
100s, ea. ... 7.50
Vial, 30 cc., ea. ... 1.20
2 mg./cc., Vial, 30 cc., ea. ... 1.40
5 mg./cc., Vial, 30 cc., ea. ... 2.00
25 mg./cc., Vial, 10 cc., ea. ... 2.00
Tablets, 0.1 mg., 1000s, ea. ... 1.50
E.C., 1000s, ea. ... 1.75
1 mg., 1000s, ea. ... 1.60
E.C., 1000s, ea. ... 2.00
5 mg., 1000s, ea. ... 3.60
E.C., 1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 10.00
E.C., 1000s, ea. ... 11.50

Vitarine (VI 60)
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 1.50
Tablets, 0.5 mg., 100s, ea. ... .34
1000s, ea. ... 1.20
E.C., 100s, ea. ... .40
1000s, ea. ... 2.00
1 mg., 100s, ea. ... .40
1000s, ea. ... 2.00
E.C., 100s, ea. ... .45
1000s, ea. ... 2.40
5 mg., 100s, ea. ... .90
1000s, ea. ... 5.75
E.C., 100s, ea. ... .95
1000s, ea. ... 6.50
25 mg., 100s, ea. ... 2.00
1000s, ea. ... 18.50
E.C., 100s, ea. ... 2.20
1000s, ea. ... 19.50
100 mg., 50s, ea. ... 2.40
100s, ea. ... 4.00
1000s, ea. ... 34.00

Webster (WE 16)
Tablets, 25 mg., 100s, ea. ... 1.25
500s, ea. ... 5.75

West-Ward (WE 51)
Tablets, 0.5 mg., 100s, ea. ... .25
1000s, ea. ... 1.05
E.C., 100s, ea. ... .35
1000s, ea. ... 1.55
1.0 mg., 100s, ea. ... .35
1000s, ea. ... 1.45
E.C., 100s, ea. ... .40
1000s, ea. ... 1.90
5.0 mg., 100s, ea. ... .65
1000s, ea. ... 5.00
E.C., 100s, ea. ... .75
1000s, ea. ... 5.50
25 mg., 100s, ea. ... 1.45
1000s, ea. ... 11.75
E.C., 100s, ea. ... 1.55
1000s, ea. ... 14.10

Winsale (WI 55S)
Tablets, 0.5 mg., 100s, ea. ... .35
1000s, ea. ... 1.25
E.C., 100s, ea. ... .40
1000s, ea. ... 1.60
1 mg., 100s, ea. ... .45
1000s, ea. ... 2.50
E.C., 100s, ea. ... .50
1000s, ea. ... 2.80

5 mg., 100s, ea. ... .50
1000s, ea. ... 3.25
E.C., 100s, ea. ... .85
1000s, ea. ... 4.00
25 mg., 100s, ea. ... 1.40
1000s, ea. ... 11.00
E.C., 100s, ea. ... 1.50
1000s, ea. ... 12.00

DIETHYLSTILBESTROL VETERINARY
American Serum (AM 51E)
Vial, 10 cc., ea. .75 .50
Anchor Serum (AN 17)
Vial, 4 mg./cc., 50 cc. 1.08 3.32
Fidelity (FI 11D)
Vials, 50 cc., ea. 2.00 1.35
125 cc., ea. 4.50 3.00
250 cc., ea. 5.75 5.83
Sharp & Dohme (SH 21)
Vials, 10 cc., ea. .81* .54
50 cc., ea. 1.71* 1.14

DIETHYLSTILBESTROL DIPROPIONATE
Ben-Foy (BE 48P)
Tablets, 0.5 mg., 500s, ea. ... 2.25
1000s, ea. ... 3.61
1.0 mg., 500s, ea. ... 3.10
1000s, ea. ... 5.31
5.0 mg., 500s, ea. ... 5.74
1000s, ea. ... 10.82
Bislins (BL 49)
Parenteral, Vials
1 mg./cc., 10 cc., ea. 2.09 1.25
5 mg./cc., 10 cc., ea. 3.34 2.00
Tablets, 1 mg., 100s, ea. 2.09 1.25
1000s, ea. 14.17 8.50
5 mg., 100s, ea. 5.00 3.00
1000s, ea. 35.00 21.00
25 mg., 100s, ea. 9.59 5.75
1000s, ea. 86.25 51.75

DIETICIAN BRAND FOODS (AM 24E) ... ...
DIETIMES (GI 22E)
Capsules, 100s 6.80 44.00
DIETRIM, Guardian (VI 56G)
Capsules, 150s, ea. 2.48 1.49
444s, ea. 5.98 3.87
DIETROL (CA 30H)
Tablets, 90s, ea. 3.95 2.10
DIET-TWINS (PH 22B)
90s 2.98* 12.00
DIETYN (MA 68E)
500s, $1.00 ... .90* 7.20
2000s 2.50* 13.00
DIEZ, E. T., ARGENTINE ANT MIXTURE (DI 26)
2½ oz. ... 2.75
DI-FACTOR (SU 55)
Tablets, 100s, ea. ... 1.10
1000s, ea. ... 7.35
DI-FEN (NA 45E)
Capsules, ½ gr., 100s, ea. ... .52
1000s, ea. ... 4.50
1½ gr., 100s, ea. ... .78
1000s, ea. ... 7.12
DIFENTOIN (VE 16)
Capsules, 1½ gr., 100s ... 2.00
1000s, ea. ... 7.20
DIFFICULT STAIN REMOVER (BL 54)
Pt. ... 4.95

## DIFFUSIN®
### hyaluronidase

• ***What the Product Is:*** Ortho brand of lyophilized hyaluronidase.

• ***What It's For:*** DIFFUSIN hyaluronidase is used to speed the absorption of subcutaneously injected fluids, especially in hypodermoclysis and local anesthesia.

• ***How Administered:*** Diffusin hyaluronidase is reconstituted by the addition of 1 cc. of normal saline to the ampul. In hypodermoclysis it is injected at the site of the clysis or into the clysis tubing. In local anesthesia Diffusin hyaluronidase is usually added to the solution of anesthetic.

• ***How Supplied:*** Individually cartoned ampuls, each containing 150 T.R.U. Also available in 1500 T.R.U. multiple-dose vials.

**ORTHO PHARMACEUTICAL CORPORATION**
Raritan, New Jersey

DIFFUSIN (HYALURONIDASE)
Ortho (OR 24)
Ampuls, 150 T.R.U., 1s, ea. ... .79
25s, ea. ... 18.75
Vial, 1500 T.R.U., 10 cc.
1s, ea. ... 2.32

★ ★ ★

DIFOLAGEN (A7
Vial, 10 cc., ea.
DIGALEN, Roche
Injectable, Am
12s, ea. ...
100s, ea. ..
Liquid, 1 oz.
Tablets, 0.5 U
100s, ea.
1 Unit, 100s,
DIGARTRIAL, Hildebrand
Tablets, 100s, ea. ...
DIGENEX (WR 18E)
6 oz. 1.00* 8.00
DI-GENIC (SA 65E)
Parenteral, Vial, 10 cc., ea. ... 2.38
DIGENTERIC TABLETS (JA 10)
100s ... 18.00
DIGENZYME, Maurry (MA 91V)
Tablets, E.C., 100s, ea. 2.25 1.95
1000s, ea. 28.20 16.92
DIGESTALIN
Chicago Pharm. (CH 56I)
Tablets, Chimedic, 100s, ea. ... .65
1000s, ea. ... 4.00
DIGESTAMIC (ME 66)
Tablets, 50s, ea. ... 3.75
500s, ea. ... 33.75
DIGESTANT, Canright (CA 41)
Tablets, 100s, ea. 4.25* 2.84
1000s, ea. 40.00* 26.67
DIGESTELIX (PO 19) ... 15.00
DIGESTERS (DI 30)
100s .55 4.00
DIGESTIN (FO 36D)
Tablets, 100s 2.50* 18.00
DIGESTINE (LE 82L)
Tablets, Antacid
100s, 85¢ ... .60* 6.00
DIGESTONE
McNeil (MC 70)
Elixir, pt., ea. ... 1.25
Gal., ea. ... 8.00
Polk & Thompson (PO 19)
Tablets ... 8.75
DIGESTO-REX (RE 74L)
Tablets, 100s, ea. 3.00 1.50
DIGESTOSAL, Purepac (PU 19)
Antacid Powder, 2 oz., 35¢ ... .32* 2.40
5 oz., 60¢ ... .59* 4.20
DIGEX (CE 16)
2 oz., 60¢ ... .49* 4.00
5 oz., $1.00 ... .79* 6.00
DIGICARDIUM, Rorer (RO 70)
Tablets, 0.1 Gm., 100s 1.15 8.28
DIGICOID UNICELLES (HI 50)
Capsules, 50s, ea. ... 1.80
DIGICOTIN, Grant (GR 28)
Tablets, 20s ... 5.40
100s ... 21.00
DIGIFADIN COMPOUND (VE 18)
Tablets, 100s ... 9.60
1000s, ea. ... 7.25

## DIGIFORTIS®
[Pronounced—Dij-i-for'tis]

• ***What the Product Is:*** A fat-free tincture prepared from specially selected digitalis. One cc. equals 1¼ U.S.P. units or 125% strength Tincture Digitalis, U.S.P.

• ***What It's For:*** In treatment of cardiac insufficiency, decompensation or failure, cardiac hypertrophy, auricular fibrillation and flutter, and impaired circulation in elderly patients.

• ***How Administered:*** Average dose is 0.8 cc. Should be used strictly in accordance with physician's instructions. Indiscriminate use may be dangerous.

## DIGIFORTIS® KAPSEALS®

• ***What the Product Is:*** Highest quality dried, defatted, powdered digitalis leaf in sealed capsules. Each Kapseal contains the equivalent of 1 U.S.P. unit or 0.1 Gm. (1½ grains) Digitalis U.S.P.

• ***What It's For:*** Same as Digifortis (see above).

• Literature on DIGIFORTIS PRODUCTS for your reference file available on request.

*Parke, Davis & Company*
Detroit 32, Michigan

*For prices and sizes see next column*

DIGIFOLIN, Ciba (CI 10)
Ampuls, 2 mil., 5s, ea. 1.83* 1.10
... ea. 6.25* 3.75
Oral Solution, 1 oz., ea. 1.75* 1.05
Tablets, 1½ gr., 50s, ea. 1.75* 1.05
1000s, ea. 14.17* 8.50
DIGIFORTIS
Parke, Davis (PA 47K)
Ampuls, 1 cc.
12s, ea., $3.00 ... 2.70* 1.80
100s, ea., $20.00 ... 18.00* 12.00
Kapseals, 100s, ea., $2.15 ... 1.93* 1.29
500s, ea., $8.50 ... 7.65* 5.10
Tablets, 50s, ea., $1.05 ... .94* .63
1000s, ea., $13.30 ... 11.97* 7.98
Tincture, 1 oz., ea., $1.10 ... .99* .66
*See advertisement in preceding column*
'DIGIGLUSIN', Lilly (LI 27)
Ampuls, 1 cc.
6s, ea., $1.70 ... 1.53* 1.02
100s, ea., $20.00 ... 18.00* 12.00
Liquid, 45%
1 oz., ea., 85¢ ... .76* .51
4 oz., ea., $2.25 ... 2.02* 1.35
Pt., ea., $6.40 ... 5.76* 3.84
Tablets, ½ U.S.P. Unit
100s, ea., $1.30 ... 1.17* .78
500s, ea., $4.00 ... 3.60* 2.40
1 U.S.P. Unit
100s, ea., $1.40 ... 1.26* .84
500s, ea., $4.55 ... 4.09* 2.73
1 U.S.P. Unit, S.C., Green
100s, ea., $1.70 ... 1.53* 1.02
500s, ea., $6.10 ... 5.49* 3.66
1½ U.S.P. Units
100s, ea., $1.70 ... 1.53* 1.02
500s, ea., $6.10 ... 5.49* 3.66
DIGIKEIN (KE 50)
Kapsins, 1½ gr., 100s, ea. .83* .50
1000s, ea. 8.00* 4.80
Tincture, pt., ea. 4.42* 2.65
Gal., ea. 25.82* 15.50
DIGILANID, Sandoz (SA 45)
Ampuls, Intramuscular, 0.4 mg.
2 cc., 6s, ea. 2.08 1.25
50s, ea. 9.42 5.65
100s, ea. ... 15.00
Liquid, 0.333 mg./cc.
1 oz., ea. 1.67 1.00
3 oz., ea. 4.17 2.50
Suppositories, 0.5 mg.
6s, ea. 1.42 .85
30s, ea. 6.09 3.65
Tablets, 0.333 mg.
50s, ea. 1.67 1.00
500s, ea. 13.58 8.15
1000s, ea. ... 15.00
DIGINOPHYLLINE (TA 48L)
Capsules, 100s, ea. 2.65 1.60
DIGISEALS, Harvey (HA 72)
1 U.S.P. Unit, 1½ gr.
1000s, ea. ... 7.45
DIGITALIN, Merck (ME 52)
Potent, 4 oz. bot., ea. ... 140.00
DIGITALINE NATIVELLE
Varick (VA 49I)
Ampuls
Intramuscular, 0.2 mg./cc.
1 cc., 6s ... 16.00
50s, ea. ... 8.00
2 cc., 6s ... 22.00
50s, ea. ... 12.50
Intravenous, 0.2 mg./cc.
1 cc., 6s ... 16.00
50s, ea. ... 8.00
2 cc., 6s ... 22.00
50s, ea. ... 12.50
Solution, Oral, 1:1000
10 cc. bot. ... 18.00
Tablets, 0.1 mg., 40s ... 9.60
100s ... 22.00
250s ... 54.00
1000s, ea. ... 13.50
0.15 mg., 40s ... 10.80
250s ... 63.00
0.2 mg., 40s ... 12.00
100s ... 25.00
250s ... 66.00
1000s, ea. ... 16.50
*See advertisement in next column*
DIGITALIS
Academy (AC 10)
Tablets, 1½ gr., 100s, ea. ... .25
1000s, ea. ... 1.75
E.C., 100s, ea. ... .30
1000s, ea. ... 2.25
Allen's (GE 72)
Crushed Leaves, 1 lb., ea. ... 3.50
Powdered Leaves, 1 lb., ea. ... 3.75
Allen's (RA 87E)
Capsules, 1 gr.
100s, ea. ... 1.05
1000s, ea. ... 7.00
1½ gr., 100s, ea. ... 1.20
1000s, ea. ... 8.00
Tablets, 1½ gr.
100s, ea. ... 1.00
1000s, ea. ... 4.95
Amer. Drug Prods. (AM 23G)
Tablets, 1½ gr., 1000s, ea. ... 1.00
E.C., 1000s, ea. ... 1.60
American Quinine (AM 47)
Tablets, 0.1 mg., 1000s, ea. ... 2.40
Assoc. Drug & Pharm. (AS 23)
Tablets, 1½ gr., 1000s, ea. ... 1.25
Bowman-Bros. (BO 85E)
Capsules, 1½ gr., 1000s, ea. ... 6.50
Tablets, 1 gr., E.C.
1000s, ea. ... 3.00
Buffington's (BU 20)
Pillets, 1½ gr., 1000s, ea. 4.17 2.50
Burroughs Wellcome (BU 63)
'Tabloid' Brand
1½ gr., 100s, ea. 1.00* .60
1000s, ea. 7.60* 4.56

## DIGITALINE NATIVELLE®
### The original Digitoxin

• DIGITALINE NATIVELLE exerts the full characteristic action of digitalis, is completely absorbed and so speedily that it produces digitalization with equal rapidity whether given orally, intramuscularly or intravenously. Because of the small dosage of the glycoside required, nausea and vomiting from local irritations are almost never encountered. Dosage of 0.1 mg. is clinically equivalent to 1.5 gr. of standardized digitalis leaf.

• ***What It's For:*** Whenever digitalis is required: in congestive heart failure, auricular fibrillation, auricular flutter, etc.

• ***Advantages:*** DIGITALINE NATIVELLE makes possible rapid, single-dose, oral digitalization. Nausea and vomiting due to local action almost never occur. Thus the patient is afforded speedy relief.

• ***Dosage:*** The average digitalizing dose is 1.2 mg. The average daily maintenance dose is 0.1 mg. Oral, and intramuscular and intravenous doses are the same.

• ***How Supplied:*** Digitaline Nativelle Tablets: (0.1 mg. (pink), 0.15 mg. (blue) and 0.2 mg. (white), in bottles of 40, 100, 250 and 1000. Digitaline Nativelle Intramuscular Ampules and Digitaline Nativelle Intravenous Ampules, 1 cc. and 2 cc. sizes, in boxes of 6 and 50. Each cc. provides 0.2 mg. Digitaline Nativelle. Oral solution 1 to 1,000, 10 cc. bottle.

**VARICK PHARMACAL CO., Inc.**
75 Varick St., New York 13, N. Y.

*For prices and sizes see preceding column*

★ ★ ★

Chicago Pharm. (CH 56I)
Tablets, Chimedic
1 Cat Unit, 100s, ea. ... .70
1000s, ea. ... 4.50
Clapp (CL 12)
Lanata Tablets, 1 gr. or 1½ gr.
100s 1.40* 10.00
Corvit Pharm. (CO 81)
Tablets, 1½ gr., 100s, ea. ... .23
1000s, ea. ... 2.00
Cowley (CO 91E)
Tablets, 1½ gr., 1000s, ea. ... 1.70
E.C., 1000s, ea. ... 2.20
Davies, Rose (DA 47)
Pills, 1½ gr., 35s ... 6.00
1 gr., 50s ... 7.20
¾ gr., 65s ... 7.80
½ gr., 100s ... 8.40
DuMont (DU 21E)
Tablets, 1½ gr., 500s, ea. ... 1.40
1000s, ea. ... 2.25
E.C., 1000s, ea. ... 2.70
Elder (EL 19D)
Capsules, 1 gr., 100s, ea. ... .88
500s, ea. ... 3.50
1000s, ea. ... 6.80
Estro (ES 25)
Tablets, 1½ gr., 1000s, ea. ... 3.00
E.C., 1000s, ea. ... 4.00
Evron (EV 26)
Tablets, 1½ gr., 1000s, ea. ... 2.01
Gold Leaf (GO 15)
Tablets, 1½ gr., E.S.C.
100s ... 7.20
1000s, ea. ... 4.50
Gotham (GO 62)
Tablets, 1½ gr., 1000s, ea. 2.40 1.60
E.C., 1000s, ea. 3.80 2.52
Harvey Labs. (HA 72R)
Tablets, 1 Unit, 1½ gr.
C.T., 1000s, ea. ... 2.25
E.C., 1000s, ea. ... 3.20

(Continued on next page)

1st column—price to consumer
2nd column—price to retailer per dozen or unit price when stated
*denotes fair trade minimum. See page 1

**DUREX** (*Continued*)
Cervical Caps
Dumas, Deep Dome
55 to 80 mm. .... 3.50* 25.20
Shallow Dome
55 to 65 mm. .... 3.50* 25.20
Flat Rim, med. & lge. .... 3.50* 25.20
Mizpah Pessary w/cap .... 4.00* 28.80
Diaphragms
Bow-Bend, 60 to 100 mm. .... 2.50* 18.00
Coiled Spring, 50 to 100 mm. .... 3.00* 17.40
Duraflex, 65 to 100 mm. .... 4.50* 27.00
Mensinga, 60 to 100 mm. .... 3.00* 17.40
Diaphragm Introducers
Individual, 50 to 100 mm. .... 2.00* 14.40
Metal Gynometer, all sizes .... 2.00* 14.40
Metal, Unnotched, all sizes .... 2.00* 14.40
Plastic Gynometer
55 to 90 mm. .... 1.00* 7.20
Douche Powder, 6 oz. .... 1.00* 7.20
Foam Powder, 3 oz. can
w/sponge .... 1.50* 10.80
Rubber Sheaths, 12s .... 1.25* 6.00

★ ★ ★

**DUREX RAZOR BLADES** (BL 55)
5s .... .10
15s .... .25
**DURFA TEA** (KI 14)
5 oz. .... 1.25* 10.50
**DURHAM** (DU 38)
Razor Blades
Duplex, ctn. 20/50¢ pkgs.
5s, 45¢*, per ctn. .... 7.50
Razor w/5 blades
No. 2-ILK, $1.00 sz. .... .88* 8.00
No. 69 .... .69 5.52
**DURHAM'S** (DU 40E)
Paracide Ointment, 2 oz. .... .60 4.80
Screw Worm Bomb, 11 oz. .... 1.85 15.00
**DURIBEX**, Durst (DU 42)
Vial, 10 cc., ea. .... 2.00
**DURIBILKNIT SURGICAL ELASTIC HOSIERY**
Flaherty (FL 10H)
Anklets, Super Nylon, ea. .... 2.50* 1.25
Stockings, Nylon
Elite, short, average, long
pair, ea. .... 12.00* 6.00
Flarico, average, ea. .... 3.00* 1.75
Super, average or garter
pair, ea. .... 10.95* 5.50
Long, pair, ea. .... 12.95* 6.50
Stockings, Rayon, ea. .... 3.50* 1.75
*See John B. Flaherty Co. Inc. Advt. Manufacturers' Catalog Section*
**DURMASEPTIC** (DU 40M)
Paste, ½ oz. .... .59* 4.32
1½ oz. .... 1.50* 10.80
**DURON**, DuMont (DU 21E)
Capsules, 100s, ea. .... 1.40
500s, ea. .... 6.25
1000s, ea. .... 11.50
**DURON F. G.**, DuMont (DU 21E)
Capsules, 100s, ea. .... 1.40
500s, ea. .... 6.25
1000s, ea. .... 11.50
**DURO-NAIL** (DU 41)
Liquid, ½ oz. .... 1.00 8.00
**DURYCIN A.S.**, Lilly (LI 27)
Penicillin Procaine G
w/0.15 Gm. of each
Dihydrostreptomycin Sulfate & Streptomycin Sulfate
300,000 Units/Cartrid
Cartrids
25 w/25 needles
per pkg., $17.50 sz. .... 15.65* 10.50
25 w/1 needle adapter
per pkg., $15.84 sz. .... 14.26* 9.50
100 w/100 needles
per pkg., $65.00 sz. .... 58.50* 39.00
100 w/4 needle adapters
per pkg., $58.34 sz. .... 52.51* 35.00
w/0.25 Gm. of each
Dihydrostreptomycin Sulfate & Streptomycin Sulfate
400,000 Units/2 cc. dose vial
1 dose vial, 100s, ea.
$45.00 sz. .... 40.50* 27.00
5 dose vial, ea.
$1.67 sz. .... 1.50* 1.00
100s, ea., $150.00 sz. 135.00* 90.00
**DURYCIN P.A.**, Lilly (LI 27)
Penicillin Procaine G & Sodium G
400,000 Units/dose vial
w/0.5 Gm. Dihydrostreptomycin Sulfate
1 dose, ea., 50¢ sz. .... .45* .30
Pkg. 25s, ea., $11.85 sz. .... 10.66* 7.11
Pkg. 100s, ea., $45.00 sz. 40.50* 27.00
w/1 Gm. Dihydrostreptomycin Sulfate
1 dose vial, ea., 65¢ sz. .... .58* .39
Pkg. 25 doses, ea.
$15.00 sz. .... 13.50* 9.00
Pkg. 100 doses, ea.
$57.50 sz. .... 51.75* 34.50
**DUSAL HYGIENIC POWDER** (PA 44K)
7 oz. .... 4.00
**DU-SAN**, Lee's (LE 25)
4 oz. .... .30* 2.40
12 oz. .... .75* 6.00
32 oz. .... 1.50* 12.00
½ gal. .... 2.50* 20.00
Gal., ea. .... 4.50* 3.00
**DUSART SYRUP**, Grimault's (GA 52)
7 oz. .... 12.40
**DUSHARME** (DU 43)
Hair-Sheen Wave Creme
1½ oz. .... 1.00 7.20
3 oz. .... 1.65 11.88

**DU-SINE**, DuMont (DU 21E)
Solution, 16 oz., ea. .... 1.20
Gal., ea. .... 7.80
**DUSK TO DAWN** (BE 53S)
Cologne, 4 oz. .... 3.50
32 oz. .... 27.50
Perfume, 1½ dr. .... 1.50
**DUSORB** (FR 18M)
Pt. .... .59 4.75
Qt. .... .98 7.50
**DUSOTAL** (HA 72R)
Capsules, 1½ gr., 500s, ea. .... 6.00
1000s, ea. .... 11.00
**DUSTACAIN** (ME 31E)
1½ oz. tin, $1.00 sz. .... .95* 8.00
**DUST-A-WAY** (BO 46)
Crabgrass Killer
1½ lb. duster can .... .75 5.40
7½ lb. bag .... 2.75
Case 6 bags, per case .... 9.90
18¾ lb. bag .... 5.85
Case 2 bags, per case .... 7.02
37½ lb. bag, ea. .... 9.95 5.97
**DUST-MOR POWDER** (HI 40)
1 lb. 2 oz. .... 1.00 8.00
2 lb. 4 oz. .... 1.50 12.00
**DUSTOX** (KA 27)
Powder, 1 lb. sifter can .... .70 5.60
4 lb. bag .... 2.00 16.00
50 lb. bag, ea. .... 22.00 14.67
**DUSTRID MASK** (AL 81)
No. 1. Outfit, ea. .... 1.00 .60
Filters, 15s, ea. .... .50 .30
40s, ea. .... 1.25 .75
100s, ea. .... 2.50 1.50
No. 2. Outfit, ea. .... 3.50 2.10
Filters, 30s, ea. .... 1.00 .60
Hay Fever Outfit, ea. .... 4.25 2.55
**DUST-SEAL** (GR 50L)
Ointment, 1 lb., ea. .... 4.55 3.03
**DUTERRA**, Wyeth (WY 14)
Lotion, 12 oz., ea. .... 1.49* 1.06
**DUTRONE** (RA 29)
Parenteral, Vial, 5 cc., ea. .... 2.00 1.60
**DU-URN** (DU 48)
Hygienic Kit .... 4.95* 35.64
Douche Tablets, ¼ Gm., 25s .... .60* 4.32
**DUVA** (EM 12)
Douche, Concentrate
8 oz. .... 1.25 9.00
16 oz. .... 1.75 14.00
Gal., ea. .... 12.00 8.00

# DYLEPHRIN®

• *What the Product Is:* Each 100 cc. of Dylephrin contains Epinephrine Hydrochloride (synthetic racemic) 2.5%, and Atropine Sulfate 0.5 Gm. stabilized in an aqueous vehicle for oral inhalation by aerosol.

• *What It's For:* Relief of acute attacks of bronchial asthma and the bronchospastic type of pulmonary emphysema. Dylephrin combines the two most effective antiasthmatic agents: epinephrine for the relief of bronchospasm and for loosening of mucous plugs, and atropine for counteracting parasympathetic bronchoconstrictor impulses and histamine effects. Dylephrin employs only the synthetic racemic form of epinephrine to assure freedom from norepinephrine, an undesirable admixture in products containing natural epinephrine. Dylephrin thus exerts potent bronchodilator action without significant vasopressor effects.

• *How Administered:* Administer with a hand bulb nebulizer or with an apparatus for continuous aerosolization, using a mask or positive-pressure hood. Place 8 to 10 drops of Dylephrin in the nebulizer and inhale until relief is obtained; repeat as directed by the physician. Number of inhalations required for relief will vary between 4 and 8 for each administration.

• *How Supplied:* In 15 cc. and 30 cc. bottles.

IRWIN, NEISLER & CO.
Decatur, Illinois
since 1886

*For prices and sizes see next column*

**DUVELLE'S COLOGNE** (DU 49)
Floral Essences, 4 oz., ea. .... 1.50* .90
Javelin, 4 oz., ea. .... 1.75* 1.05
Pasadena Rose, 4 oz., ea. .... 2.00* 1.20
Portland Rose, 4 oz., ea. .... 2.00* 1.20
Rose City Rose, 4 oz., ea. .... 2.00* 1.20
**D-VITA**
Modern Prods. (MO 15)
Tablets, 60s .... 1.00 7.20
160s .... 2.50 18.00
Vitarine (VI 60)
Parenteral, 500,000 Units/cc.
Ampuls, 1 cc., 6s, ea. .... 1.60
25s, ea. .... 5.20
100s, ea. .... 18.00
Vial, 30 cc., ea. .... 3.00
**DWIN INSECT AEROSOL** (BO 96Y)
12 oz. .... 1.69* 13.52
**DYANSHINE** (BA 64)
Kits .... 1.49 12.75
Liquid, 3½ oz. .... .27 2.20
Paste, 1½ oz. .... .12 1.00
Saddle Soap, 1½ oz. .... .12 1.00
**DYART HAIR RINSE** (HO 71)
1 oz. .... .19 1.52
**DYATRON** (AT 25P)
Vial, 30 cc., ea. .... 8.00 4.32
**DYBASIK** (DY 8)
Ammoniated Tooth Paste
1.2 oz., 25¢ sz. .... .22* 1.80
3 oz., 50¢ sz. .... .49* 3.60
5 oz., 70¢ sz. .... .69* 5.04
Tooth Powder
1½ oz., 25¢ sz. .... .23* 1.80
3 oz., 50¢ sz. .... .49* 3.60
Mouth Rinse, 8 oz., 60¢ sz. .... .49* 4.32
16 oz., $1.00 sz. .... .98* 7.20
**DYCOMENE** (HA 41)
8 oz.
Gal.
**DYCORT** (HA 72R)
In Sesame Oil, Vial
5 mg./cc., 10 cc., ea. .... 2.50
**DYENET** (LE 96E)
Hairnets, 6s .... 1.00* 8.00
**DYKATUSS** (HI 59)
Liquid, 4 oz., ea. .... .67
16 oz., ea. .... 2.60
Gal., ea. .... 16.50
**DYKROGEN** (RE 85)
Tablets, 25 mg., 100s, ea. .... 3.25
500s, ea. .... 14.60
1000s, ea. .... 28.90
E.C., 100s, ea. .... 3.90
500s, ea. .... 16.90
1000s, ea. .... 32.00
100 mg., 100s, ea. .... 12.25
500s, ea. .... 57.50
1000s, ea. .... 97.00
250 mg., 100s, ea. .... 19.60
500s, ea. .... 93.00
1000s, ea. .... 178.00
Tablets, Conjugated Estrogen
0.625 mg., 100s, ea. .... 2.25
500s, ea. .... 10.50
1000s, ea. .... 19.80
1.25 mg., 100s, ea. .... 3.25
500s, ea. .... 15.60
1000s, ea. .... 29.80
**DYKRONAL** (RE 85)
Tablets, 1 mg.
w/Phenobarbital ¼ gr.
100s, ea. .... 1.75
1000s, ea. .... 14.00
**DYLEPHRIN**, Irwin, Neisler (IR 19)
Liquid, 15 cc., ea. .... 2.75
30 cc., ea. .... 4.50
*See advertisement in preceding column*
**DYLON** (SA 23)
Capsules, 100s, ea. .... 2.25 1.35
**DYMES** (MA 95E)
Antibiotic Throat Lozenges
15s .... .98* 8.00
**DYMETRIC TABLETS** (FL 26)
100s .... 3.00* 24.00

# DYNACAL

Trade-Mark

• *Composition:* Each 5 cc. (one teaspoonful) of Liquoid® or one capsule-shaped tablet contains Calcium Phosphate, Dibasic 1.1 Gm. (17 gr.) and Vitamin $D_2$ (Activated 7-Dehydrocholesterol) 400 U.S.P. Units. One teaspoonful or one tablet represents 250 mg. Calcium (as Ca) and 200 mg. Phosphorus (as P).

• *Suggested Dosage:* Adults—During pregnancy and lactation—10 cc. or two tablets three times a day with meals. In other conditions—5 cc. or one tablet three times a day with meals. Children: 5 cc. three times a day with meals.

McNEIL LABORATORIES, INC.
Philadelphia 32, Pennsylvania

**DYNACAL**, McNeil (MC 70)
Liquoid, 12 oz., ea. .... 1.70
Tablets, 100s, ea. .... 1.30
1000s, ea. .... 7.00

★ ★ ★

**DYNAGEN** (PR 81P)
Liquid, 4 oz. .... 2.00*
**DYNAGUENT**, Ascher (AS 12E)
Ointment, 1 oz. tube
1 lb., ea.
**DYNAPLEX**, Berkeley (BE 663)
Capsules, 100s .... 4.49*
250s .... 9.45*
Elixir, pt. .... 2.98*
**DYNATRONS** (PR 81P)
Tablets, 100s, $5.00 sz. .... 3.96*
**DYNAVITE** (BA 58)
100s, ea. .... 11.00
**DYNE-A-RUB** (PR 25H)
Ointment, 1½ oz., $1.00 sz. .... .75*
**DYNETTES** (MI 68)
Lace Paper Doilies, pkg.
Handy Pack
**DYNOL MOTH PROOFER** (BO 74)
Aerosol, 12 oz. .... 1.95*
**DYNOSAL NO. 1**, Mallard (MA 27L)
Tablets, 100s, ea.
1000s, ea.
**DYO TABLETS**, Wilke (WI 28E)
30 gr., 12s .... 1.00
*See Wilke Laboratories Advt., page*
**DYPERINSE** (FA 28L)
9 oz. .... 1.00*
**DYSENTERY DIAGNOSTIC SERUMS**
*See Shigella Diagnostic Serums*
**DYSEPT ANTISEPTICS** (DA 47C)
Hand Lotion, 4 oz., ea. .... 1.00
Gal., ea. .... 7.50
Soap, Liquid, 4 oz., ea. .... .80
Gal., ea. .... 4.75
**DYSMEA** (PH 45)
Tablets, 50s .... 2.00
**DYSPASMIN**, Raymer (RA 57E)
Tablets, 100s, ea.
500s, ea.
1000s, ea.
**DYSPEPTOL** (DY 12)
Liquid, 8 oz. .... 1.50
**DYSPNE-INHAL** (WA 38)
Complete Outfit
Nebulizer
Solution, 3 cc.
**DYS-TABS** (NO 79)
Tablets, 1 lb., ea.
**DYSTROL** (DA 84)
Tablets, 100s, ea.
1000s, ea.
**DYTINT** (NO 41E)
Sm. .... .10*
Regular .... .20*
Lge. .... .25*
**DYWHITE** (NO 41E) .... .20*

## E

**E.A.D.-ALL** (SC 34)
Capsules, 50s .... 2.50
100s .... 4.50
500s, ea. .... 20.00
**E.A.P.** (CO 65K)
Tablets, 100s, ea. .... 7.00
**E.B.Z. COMPOUND**, Cole (CO 23)
Ointment, 1 oz. tube
**E.C.** (E 10)
Athlete's Foot Remedy, 1 oz. .... 1.00*
**E & C** (EP 9G)
Chest Rub, 1 oz. .... .59*
2 oz., $1.00 sz. .... .98*
Cough Drops, ½ oz., 40¢ sz. .... .39*
1 oz., 70¢ sz. .... .69*
Foot Balm, 3 oz., 90¢ sz. .... .89*
8 oz., $2.00 sz. .... 1.98*
**ECP VETERINARY**, Upjohn (UP 10)
Sterile Solution, Vials
2 mg./cc., 10 cc., 1s, ea.
5s, ea.
25s, ea.
50s, ea.
100s, ea.
**E.D. SYRUP**, Tilden (TI 12)
Pt., ea.
Gal., ea.
**EEEE TABLETS** (MA 26)
15s .... .30*
30s .... .50*
72s .... 1.00*
**E.G.M.**, Formula Prods. (FO 36D)
Parenteral, Compound
Vial, 30 cc.
**E M F** (UN 21)
Vials, 10 cc., 1s .... 4.50*
Fortified, 10 cc., 1s .... 6.00*
**EQ-33 MOTH PROOFER**
Approved Pharm. (AP 15)
8 oz. .... .69
Humco (HU 34E)
8 oz.
Pt.
Qt.
Gal., ea.
Jiffy (RO 92H)
8 oz. .... .69
16 oz. .... 1.19
Knox-Out (PE 43)
Pt. .... .98
Qt. .... 1.59
Gal., ea. .... 5.67
Nott (NO 62E)
Moth-not, 8 oz. .... 1.00
Rex (RE 76)
16 oz.
**E.Q. 335**
*See under U.S. Formula E.Q. 335*
**E RATION** (PR 81P)
Tablets, 100s .... 2.00*
**E.R.B.** (KR 23)
Tablets, 124s, $1.50 sz. .... 1.39*
Tea, 3 oz., $1.50 sz. .... 1.39*
**E-R-O DROPS** (FI 24)
½ oz. drop. bot.
**E.S. SKIN CREAM** (E 12)
1 oz.

1956 - RED BOOK

ESTRONAL, Bellevue (BE 38L)
10,000 I.U./cc.
Ampuls, 1 cc., 25s, ea. ... 3.22
100s, ea. ... 12.22
Vials, 10 cc., ea. ... .91
30 cc., ea. ... 2.21
20,000 I.U./cc.
Ampuls, 1 cc., 25s, ea. ... 5.04
100s, ea. ... 19.53
Vials, 10 cc., ea. ... 1.51
30 cc., ea. ... 4.06

ESTRONAT, National Drug (NA 45)
10,000 Units/cc., Vials
10 cc., ea. ... 2.40
25 cc., ea. ... 5.40
20,000 Units/cc., Vials
10 cc., ea. ... 4.20
25 cc., ea. ... 9.60

ESTRONE
A.B.C. (AM 19M)
Aqueous Suspension, Vials
1 mg., 10 cc., ea. ... .90 .54
2 mg., 10 cc., ea. ... 1.25 .75
Abbott (AB 11)
Aqueous Suspension
2 mg./cc.
Ampuls, 1 cc.
3s, ea., $5.42 sz. ... 4.88* 3.25
25s, ea., $37.50 sz. ... 33.75* 22.50
100s, ea., $146.00 sz. ... 131.40* 87.60
Vial, 10 cc., ea., $8.30 sz. 7.47* 4.98
5 mg./cc.
Vial, 5 cc., ea., $7.33 sz. 6.60* 4.40
In Oil, 1 mg./cc.
Ampuls, 1 cc.
6s, ea., $8.15 sz. ... 7.33* 4.89
50s, ea., $51.70 sz. ... 46.53* 31.02
100s, ea., $103.40 sz. ... 93.06* 62.04
Vial, 10 cc., ea., $6.00 sz. 5.40* 3.60
Amer. Drug Prods. (AM 28G)
In Oil, Ampuls
1 mg., 1 cc., 12s, ea. ... .90
25s, ea. ... 1.60
100s, ea. ... 5.40

**ESTRONE**

• Aqueous Injectable Suspension crystalline estrone U.S.P. (from non-urine sources), intramuscular.

also see
VI-ESTRYN

ARLINGTON-FUNK LABS.

Arlington-Funk (AR 39)
Parenteral, Aqueous Suspension
1 mg./cc.
Vials, 10 cc., 1s, ea. ... 2.00* 1.34
6s, ea. ... 9.50* 6.34
2 mg./cc.
Ampuls, 1 cc., 25s, ea. ... 12.75* 8.50
100s, ea. ... 46.00* 30.67
Vials, 10 cc., 1s, ea. ... 2.75* 1.84
6s, ea. ... 15.00* 10.00
5 mg./cc.
Vials, 10 cc., 1s, ea. ... 4.95* 3.30
6s, ea. ... 27.00* 18.00

★ ★ ★

Atlas Pharm. (AT 25P)
2 mg./cc., Vial, 10 cc., ea. 2.60 1.56
5 mg./cc., Vial, 10 cc., ea. 5.00 3.00
Ayerst Labs. (AY 11)
Aqueous Suspension, Vials
1 mg./cc., 10 cc. ... 2.90* ...
2 mg./cc., 10 cc. ... 5.45* ...
5 mg./cc., 5 cc. ... 5.80* ...
Bio America (BI 24)
2 mg./cc., Vial, 10 cc., ea. ... 1.79
Biorganic Labs. (BI 30)
Crystals, 1 Gm., ea. ... 20.00
Christina (CH 65)
Crystals in Oil, 1 mg./cc.
Ampuls, 1 cc., 12s, ea. ... 5.00
24s, ea. ... 8.50
100s, ea. ... 32.00
Vial, 10 cc., ea. ... 1.50
Corvit (CO 81)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 1.50
5 mg./cc., 10 cc., ea. ... 3.00
Creviston (CR 30H)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 1.87
30 cc., ea. ... 3.75
5 mg./cc., 10 cc., ea. ... 3.14
In Oil, Vial
1 mg./cc., 30 cc., ea. ... 1.87
Delta (DE 30F)
1 Gm. vial, ea. ... 18.00
*See Delta Chemical Works Advt. Manufacturers' Catalog Section*
Evron (EV 26)
Aqueous Suspension, Vial
2 mg./cc., 10 cc., ea. ... 1.50
Gotham (GO 62)
In Sesame Oil, Ampuls
1 mg./cc., 1 cc., 10s, ea. 2.40 1.60
25s, ea. ... 5.00 3.34
100s, ea. ... 16.00 10.67
Harvey Labs. (HA 72R)
In Oil, 2 mg./cc.
Ampuls, 1 cc.
12s, ea. ... 2.75
25s, ea. ... 5.00
50s, ea. ... 8.50
100s, ea. ... 15.00
Vials, 10 cc., ea. ... 1.50
30 cc., ea. ... 3.00

Interstate Pharm. (IN 79)
Aqueous Suspension or Sesame Oil
20,000 I.U./cc., Vials
10 cc., ea. ... 1.15
30 cc., ea. ... 2.50
50,000 I.U./cc., Vials
10 cc., ea. ... 2.05
30 cc., ea. ... 4.70
Lilly (LI 27)
Parenteral, Aqueous Suspension
1 mg./cc., Ampuls, 1 cc.
6s, ea., $8.15 sz. ... 7.33* 4.89
50s, ea., $51.70 sz. ... 46.53* 31.02
100s, ea., $103.40 sz. ... 93.06* 62.04
2 mg./cc., Ampuls, 1 cc.
6s, ea., $10.76 sz. ... 9.68* 6.46
50s, ea., $73.00 sz. ... 65.70* 43.80
100s, ea., $146.00 sz. ... 131.40* 87.60
Vial, 10 cc., ea.
$8.30 sz. ... 7.47* 4.98
5 mg./cc., Ampuls, 1 cc.
6s, ea., $21.50 sz. ... 19.35* 12.90
25s, ea., $79.67 sz. ... 71.70* 47.80
50s, ea., $146.00 sz. ... 131.40* 87.60
100s, ea., $292.00 sz. ... 262.80* 175.20
Vial, 5 cc., ea.
$7.34 sz. ... 6.61* 4.40
Parenteral, In Oil
0.5 mg./cc., Ampuls, 1 cc.
6s, ea., $5.10 sz. ... 4.59* 3.06
50s, ea., $32.60 sz. ... 29.34* 19.56
100s, ea., $65.20 sz. ... 58.68* 39.12
1 mg./cc., Ampuls, 1 cc.
6s, ea., $8.15 sz. ... 7.33* 4.89
50s, ea., $51.70 sz. ... 46.53* 31.02
100s, ea., $103.40 sz. ... 93.06* 62.04
Vial, 10 cc., ea.
$6.00 sz. ... 5.40* 3.60
Suppositories, 0.2 mg.
6s, ea., $2.70 sz. ... 2.43* 1.62
50s, ea., $18.40 sz. ... 16.56* 11.04
Mann (MA 46P)
Crystals, Natural
1 Gm., ea. ... 20.00
Synthetic, 1 Gm., ea. ... 10.00
Maurry (MA 91V)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 2.05 1.23
5 mg./cc., 10 cc., ea. ... 3.25 1.95
In Sesame Oil, Vial
1 mg./cc., 10 cc., ea. ... 1.60 .96
Medical Chem. (ME 24B)
Aqueous Suspension or In Oil, Vials
1 mg./cc., 10 cc., ea. ... .29
30 cc., ea. ... .65
2 mg./cc., 10 cc., ea. ... .44
30 cc., ea. ... 1.00
Aqueous Suspension, Vial
5 mg./cc., 10 cc., ea. ... .65
Meyer Chem. (ME 69E)
In Sesame Oil, Vials
1 mg./cc., 10 cc., ea. ... 1.00
2 mg./cc., 10 cc., ea. ... 1.35
Meyer Drug (ME 72)
Powder, 1 Gm., ea. ... 7.00
Miller (MI 56)
Aqueous Suspension, Vials
20,000 I.U./cc.
10 cc., 1s, ea. ... 1.45
6s, ea. ... 7.26
25s, ea. ... 29.04
50,000 I.U./cc.
10 cc., 1s, ea. ... 3.05
6s, ea. ... 15.24
25s, ea. ... 60.96
In Oil, 10,000 I.U./cc.
10 cc., 1s, ea. ... 1.11
6s, ea. ... 5.56
25s, ea. ... 22.24
Mitchum Pharm. (MI 91)
Vial, 2 mg./cc., 10 cc., ea. ... 2.75
Moore (MO 42)
Aqueous Suspension, Vial
5 mg./cc., 10 cc., ea. ... 3.90
Myers-Carter (MY 12)
Aqueous Suspension, Vials
1 mg./cc., 10 cc., ea. ... 1.20
30 cc., ea. ... 3.00
2 mg./cc., 10 cc., ea. ... 1.60
30 cc., ea. ... 4.65
5 mg./cc., 10 cc., ea. ... 3.06
30 cc., ea. ... 7.96
In Oil, Vials
1 mg./cc., 10 cc., ea. ... 1.20
30 cc., ea. ... 3.00
2 mg./cc., 10 cc., ea. ... 1.60
30 cc., ea. ... 4.65
Pfizer (PF 12)
Aqueous Suspension, Injection
Vials, 10 cc.
2 mg./cc., 1s, ea. ... 2.42 1.45
6s, per vial ... 2.18 1.31
100s, per vial ... 1.97 1.18
5 mg./cc., 1s, ea. ... 5.13 3.08
6s, per vial ... 4.62 2.77
100s, per vial ... 4.15 2.49
*See Pfizer Laboratories Div. Advt. Back Cover*
Roussel (RO 86)
Pellets w/Ampul, 50 mg.
1s, ea. ... 6.00
6s, ea. ... 32.00
Needle Applicator, ea. ... 2.40
Savage Labs. (SA 65E)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 1.40
30 cc., ea. ... 2.52
5 mg./cc., 10 cc., ea. ... 2.04
Tech Bio-Chem. (TE 9)
Aqueous Macrosuspension, Vial
20,000 I.U./cc., 10 cc., ea. ... 1.20
Testagar (TE 28)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 1.80
30 cc., ea. ... 4.40
5 mg./cc., 10 cc., ea. ... 3.30

Torigian (TO 27E)
In Oil, Ampuls
1 mg., 1 cc., 12s, ea. ... 1.10
25s, ea. ... 2.10
100s, ea. ... 7.50
Towne, Paulsen (TO 39)
Aqueous Suspension, Vial
5 mg./cc., 10 cc., ea. ... 1.95
West-Ward (WE 51)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., 1s, ea. ... 1.15
6s, ea. ... 6.55
25s, ea. ... 26.75
ESTRONE-PROGESTERONE
Breon (BR 33)
Aqueous Suspension, Vial
2.5 mg.-25 mg./cc.
10 cc., ea. ... 5.00
Maurry (MA 91V)
Vial, 10 cc., ea. ... 3.95 2.37
Medical Chem. (ME 24B)
Aqueous Suspension, Vial
30 cc., ea. ... 1.05
Miller (MI 56)
In Oil, Vials
1 mg.-20 mg./cc.
10 cc., 1s, ea. ... 2.60
6s, ea. ... 13.00
25s, ea. ... 72.00
Myers-Carter (MY 12)
Aqueous or In Oil, Vials
10 cc., ea. ... 3.95
Roberts (RO 12H)
Vial, 10 cc., ea. ... 1.80
ESTRONE-TESTOSTERONE
*See also Testosterone-Estrone*
Breon (BR 33)
Aqueous Suspension, Vial
5 mg.-50 mg., 10 cc., ea. ... 5.75
ESTRONEX (IN 71)
Aqueous Macrosuspension, Vials
10,000 I.U./cc., 10 cc., ea. ... 1.65 1.24
20,000 I.U./cc., 10 cc., ea. ... 3.00 2.25
In Sesame Oil, Vials
10,000 I.U./cc., 10 cc., ea. ... 1.65 1.24
20,000 I.U./cc., 10 cc., ea. ... 3.00 2.25
ESTRONOID, Sherman (SH 45)
Aqueous Suspension
20,000 I.U./cc.
Ampuls, 1 cc., 100s, ea. ... 40.00 24.00
Vial, 10 cc., ea. ... 3.00 1.80
ESTRONOL, Central Pharm. (CE 30)
Aqueous Suspension, Vials
20,000 I.U./cc., 10 cc., ea. ... 3.34 2.00
60,000 I.U./cc., 5 cc., ea. ... 4.42 2.65
10 cc., ea. ... 8.17 4.90
In Oil, Vials
10,000 I.U./cc., 10 cc., ea. ... 3.07 1.84
20,000 I.U./cc., 10 cc., ea. ... 3.34 2.00
ESTROPHEN-B (PH 48)
Tablets, Mild, 100s, ea. ... 4.50 2.70
Regular, 100s, ea. ... 5.50 3.30
ESTROPLEX, Sonorol (SO 31)
In Oil, 10,000 I.U./cc.
Ampuls, 1 cc., 100s, ea. ... 20.00
Suspension, 20,000 I.U./cc.
Vial, 10 cc., ea. ... 2.00
ESTRO-PROL, Vitarine (VI 60)
Vials, 30 cc., ea. ... 2.00
Forte, 10 cc., ea. ... 1.80
30 cc., ea. ... 4.00
ESTROSYN, Buffington's (BU 29)
Estella, 0.1 mg., 100s, ea. ... 1.00 .60
0.5 mg., 100s, ea. ... 1.10 .66
1 mg., 100s, ea. ... 1.35 .81
5 mg., 100s, ea. ... 2.80 1.68
ESTROTABS, Estro (ES 25)
Formula Nos. 1, 2 or 3
1000s, ea. ... 4.00
Double Strength, 1000s, ea. ... 6.00
ESTROTEST (PR 75)
Vial, 10 cc., ea. ... 5.00 3.00
ESTROTHIOLIN, Lincoln (LI 31)
Aqueous Suspension or In Oil
Vials, 30 cc., ea. ... 3.50 2.80
ESTROVARIN, Warren-Teed (WA 67)
Aqueous, Vials
20,000 I.U./cc., 15 cc., ea. ... 2.50
50,000 I.U./cc., 15 cc., ea. ... 3.90
In Oil, Vial
10,000 I.U./cc., 15 cc., ea. ... 1.75
ESTROVITE
Estro (ES 25)
Tablets, 1000s, ea. ... 12.00
Vitarine (VI 60)
In Sesame Oil, Vials
0.1 mg./cc., 30 cc., ea. ... 1.00
0.25 mg./cc., 30 cc., ea. ... 1.50
0.5 mg./cc., 30 cc., ea. ... 2.00
ESTRUGENONE, Kremers-Urban (KR 25)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 3.30 1.98
5 mg./cc., 10 cc., ea. ... 6.80 4.08
ESTRUGEST, Smith, C. D. (SM 16)
Aqueous Suspension, Vial
10 cc., ea. ... 3.35
ESTRUSOL, Smith, C. D. (SM 16)
Parenteral, Vials
Aqueous Suspension
2 mg./cc., 5 cc., ea. ... 1.65
15 cc., ea. ... 4.50
5 mg./cc., 15 cc., ea. ... 8.15
In Oil, 1 mg., 30 cc., ea. ... 4.50
Tablets, 0.1 mg., 100s, ea. ... 2.60
1000s, ea. ... 34.50
ETAMON CHLORIDE
Parke, Davis (PA 47K)
Steri-Vials, 100 mg./cc.
20 cc., ea., $2.30 sz. ... 2.07* 1.38
ETAVITIN, Ascher (AS 12E)
Tablets, 100s, ea. ... 2.40
1000s, ea. ... 22.50
ETERNAL FIRE (CH 31)
Perfume, ¼ oz., ea. ... 1.00 .80
ETERNOL (PA 38)
Tint Oil Shampoo, 2 oz. ... 1.25* 3.00

ETHABIL CAPSULES (ET 10)
100s, ea. ... 8.00* 4.80
ETHACAINE, Seydel (SE 76)
Ointment, 1 lb. ... 2.50 20.00
Solution, 1 oz. ... 1.00 8.00
'ETHACREO' ELIXIR
Sharp & Dohme (SH 21)
Gal., ea. ... 13.68* 9.12
ETHACRIT CAPSULES (ET 10)
100s, ea. ... 5.00* 3.00
ETHAHIST CAPSULES (ET 10)
100s, ea. ... 5.00* 3.00
ETHAINE (ET 7)
Lotion, 2 oz., 60¢ sz. ... .59* 4.80
4 oz., $1.00 sz. ... .98* 8.00
ETHALUL TABLETS (BR 50E)
100s, ea. ... 5.00* 3.00
ETHALYL, Premo (PR 22)
Elixir, 8 oz., ea. ... 1.40
Pt., ea. ... 2.20
Gal., ea. ... 14.40
ETHALYL SODIUM, Premo (PR 22)
Capsules, 2 gr., 30s, ea. ... 1.20
100s, ea. ... 2.60
1000s, ea. ... 20.00
ETHAMEL (ET 7)
Expectorant, Improved ... ...
Pediatric ... ...
ETHANACOL, Blaine (BL 49)
Pt., ea. ... 2.09 1.25
Gal., ea. ... 10.84 6.50
ETHASALL CAPSULES (ET 10)
100s, ea. ... 7.00* 4.20
ETHAVA, Grant (GR 26)
Tymcaps, 100s ... 42.00
1000s, ea. ... 30.00
ETHAVERINE HYDROCHLORIDE
Chemo Puro (CH 42P)
25 Gm., ea. ... 8.80
Lincoln (LI 31)
Parenteral, Vial, 15 cc., ea. ... 5.25 4.20
Tablets, 100s, ea. ... 3.00 2.40
500s, ea. ... 14.50 11.60
ETHAVEX, Mallard (MA 37L)
Parenteral, Vial, 10 cc., ea. ... 2.75
ETHBEC CAPSULES (ET 10)
100s, ea. ... 6.00* 3.60
ETHER (CH 3)
U.S.P., ¼ lb., ea. ... .33
1 lb., ea. ... .38
U.S.P., For Anesthesia
¼ lb., ea. ... .30
½ lb., ea. ... .56
1 lb., ea. ... 1.04
5 lb., per lb. ... .83
ETHGUTON CAPSULES (ET 10)
100s, ea. ... 4.00* 2.40
ETHHEMINE CAPSULES (ET 10)
100s, ea. ... 8.00* 4.80
ETHI-BASE (ET 7)
Ointment, 2 oz., 60¢ sz. ... .59* 4.80
16 oz., ea. ... 4.50* 2.85
ETHI-LAN CREME (ET 7)
w/Vitamin A, 4 oz., 60¢ sz. ... .59* 4.80
8 oz., $1.00 sz. ... .98* 8.00
ETHINORAL, Smith, C. D. (SM 16)
Duotabs, 1000s, ea. ... 10.80
ETHINYL ESTRADIOL
Biorganic (BI 30)
Crystals, 1 Gm., ea. ... 30.00
Harvey (HA 72)
Capsules, 100s, ea. ... 3.75

**ETHINYL ESTRADIOL**

• Tablets of Ethinyl Estradiol supplied in 0.05 mg. in containers of 1,000 and 0.015 mg. in containers of 5,000 each.

LANPAR COMPANY
2707 Taylor Dallas 26, Texas

Lanpar (LA 60)
Tablets, 0.015 mg.
5000s, ea. ... 25.00
0.05 mg., 1000s, ea. ... 8.00

★ ★ ★

Mann (MA 46P)
Crystals, 1 Gm., ea. ... 14.00
Schenley (SC 24)
Tablets, 0.05 mg., 100s, ea. ... 2.08 1.25
0.5 mg., 100s, ea. ... 6.25 3.75
ETHIODOL, Fougera (FO 57)
Ampuls, 10 cc., 2s ... 42.00
DL-ETHIONINE (MA 46P)
10 Gm., ea. ... 4.50
ETHISTERONE
Cook (CO 65K)
Tablets, Sublingual
10 mg., 100s, ea. ... 10.00 6.00
DuMont (DU 21E)
Buscorbs, 10 mg., 40s, ea. ... 4.00
100s, ea. ... 7.75
500s, ea. ... 34.50
25 mg., 20s, ea. ... 3.90
100s, ea. ... 16.75
500s, ea. ... 74.00
Tablets, Oral, 5 mg.
100s, ea. ... 4.00
500s, ea. ... 18.00
10 mg., 40s, ea. ... 3.00
100s, ea. ... 6.50
500s, ea. ... 29.50
25 mg., 20s, ea. ... 3.15
100s, ea. ... 14.00
500s, ea. ... 65.00

*(Continued on next page)*

PROGESTERONE SUBSTANCE

FEED-A-BIRD (AL 48)
Bird Feeder
FEEDING SET ... 3.49 27.92
*For information, see Product Index*
FEEDING TUBES
*For information, see Product Index*
FEED 'N TIME (LO 16C) ... 1.00 7.20
FEEDUM (KI 29)
1 lb. ... 1.00 8.00
3 lb. ... 2.50 20.00
FEEL (DA 28E)
Bubble-Bath, Liquid, 8 oz. ... 1.00* 8.00
Hand Cream, 4 oz. ... 1.00* 8.00
Spray Deodorant, 4 oz. ... 1.00* 8.00
FEELEY'S, Dr., PREPARATIONS (FE 17)
Household Products
Ant Powder, 2 oz. ... .25* 1.80
Chlordane Dust, 1 lb. ... .75* 5.50
Chlordane Spray, pt. ... .59* 4.25
Flea Flakes, 3 oz. ... .35* 2.61
6 oz. ... .50* 3.63
12 oz. ... .75* 5.40
Flea Spray, pt. ... 1.00* 7.38
Qt. ... .50* 3.53
Fluid Cleaner, pt. ... .50* 3.69
Fly & Mosquito Spray ... .35* 2.10
Pt. ... .50* 3.53
Qt. ... .90* 6.63
Moth Balls, 3 oz. ... .20* 1.50
6 oz. ... .30* 2.10
12 oz. ... .55* 4.28
Moth Crystals, 6 oz. ... .30* 2.40
12 oz. ... .75* 5.48
Sheep Dip, 4 oz. ... .25* 1.80
8 oz. ... .40* 2.70
Pt. ... .70* 4.28
Pet Products (Cats & Dogs)
Bone Meal, 1 lb. ... .50* 3.00
Calcium Phosphate, 6 oz. ... .35* 2.10
1 lb. ... .75* 4.20
Cod Liver Oil, Fortified
6 oz.
Pt. ... .75* 4.50
Qt. ... 1.50* 8.34
Flea Killer, 2 oz. ... 2.50* 14.94
6 oz. ... .35* 2.10
Hair Ball Remover, 6 oz. ... .50* 3.00
Kildes w/Chlorophyll ... .50* 3.00
8 oz.
Pt. ... .65* 3.90
Qt. ... 1.00* 5.88
Pine Shampoo, 8 oz. ... 1.75* 10.34
Wheat Germ Oil, Fortified ... .65* 3.90
2 oz. ... .50* 3.00
4 oz. ... 1.00* 6.00
8 oz. ... 1.75* 10.50
Pt. ... 3.50* 21.00
Worm Capsules, 12s ... .50* 4.00

CHOOZ
MEDIGUM for Coughs
Feen-a-mint THE CHEWING GUM LAXATIVE

PHARMACO'S PRODUCT FAMILY
See alphabetical listing for full information on sensational new cough gum—MEDIGUM

**Feen-a-mint**

DISCOUNT SCHEDULE
(Includes Chooz and Medigum)
In Discount Units Only
$5.00 Quantity ... 5% Discount
$10.00 Quantity ... 7½% Discount
$40.00 Quantity ... 10% Discount

Any assortment of Feen-a-mint and/or Chooz and/or Medigum. Discount includes cash discount.
Consult Wholesaler

PHARMACO, INC.
Kenilworth, N. J.

FEEN-A-MINT, Pharmaco (PH 19)
5s ... .12* .96
16s, 30¢ sz. ... .23* 2.40
36s, 60¢ sz. ... .49* 4.00
80s, $1.00 sz. ... .39* 2.00

★ ★ ★

FEET TREAT (CA 79)
Cream, 4½ oz. Jar ... 2.00* 14.40

FEGLUMIN, Elder (EL 13D)
Tablets, 100s, ea. ... .39
500s, ea. ... 2.30
1000s, ea. ... 4.40
FEHOPCO, Stoddard (ST 78P)
Ampuls, 10 cc., 25s, ea. ... 2.10
FEHRITONIC-WOODS
Webster (WE 16)
Pt., ea.
Gal., ea. ... 2.00
... 14.00
FELAMINE, Sandoz (SA 45)
Tablets, 50s, ea.
250s, ea. ... 1.24 1.10
1000s, ea. ... 3.34 5.00
... 18.50
FELCHOLAN TABLETS
Fellows (FE 24)
50s
1000s, ea. ... 1.88 15.00
... 28.25 17.50
FE-LL-RON (CA 64N)
Capsules, 100s, ea.
500s, ea. ... 1.15
1000s, ea. ... 5.00
... 9.75
FELIRON CAPSULES (BA 29)
100s ... 3.25* 23.40

**FELLO-SED**

• *What the Product Is:* Each teaspoonful (5 cc.) contains:

Chloral Hydrate .. 0.5 Gm.
Calcium Bromide .. 0.5 Gm.
Atropine Sulfate .. 0.125 mg.
in a sugar-free aromatic vehicle.

• *Dosage: Adult Dose: As a Sedative:* ½ to 1 teaspoonful in milk, water or fruit juice, every 3 or 4 hours as indicated.

*As a Hypnotic:* 1 to 2 teaspoonfuls or more in milk, water, or fruit juice at bedtime, or as indicated.

*Children:* ½ to 1 teaspoonful as required.

• *How Supplied:* 8-oz. and gallons.

FELLOWS
Pharmaceuticals since 1866
26 Christopher Street
New York 14, N. Y.

FELLO-SED, Fellows (FE 24)
Elixir, 8 oz. ... 2.50 18.00
Gal., ea. ... 18.00

★ ★ ★

FELLOWS (FE 24)
Comp. Syrup of Hypophosphites w/I. Q. & S., 7 oz. ... 1.12 9.00
14 oz. ... 1.69 13.50
FELO'RAL, Fellows (FE 24)
Capsules, 100s ... 3.75 30.00
500s, ea. ... 16.10 10.75
Liquid, 8 oz. ... 2.00 15.00
Gal., ea. ... 15.50
FELSATE TABLETS (AS 22)
500s, ea. ... 4.50
1000s, ea. ... 8.50
FELSOL POWDERS (AM 30)
Labeled or ℞, 15s ... 1.20 9.60
90s ... 6.00 48.00

**FELSULES**
**CHLORAL HYDRATE**
the original
Chloral Hydrate
Capsules Fellows
see under
"Chloral Hydrate Felsules"
page 118.
FELLOWS PHARMACEUTICALS
New York 14, N. Y.

FELT PADS
*For information, see Product Index*
FEM, Normand (NO 36H)
Liquid Douche, 8 oz., ea. ... .75
16 oz., ea. ... 1.50
FEMACOIDS, Gold Leaf (GO 15)
Tablets, 0.625 mg., 100s, ea. ... 2.50
1000s, ea. ... 18.75
1.25 mg., 100s, ea. ... 4.80
1000s, ea. ... 37.00
FEMACRINE (EN 14)
Parenteral, in Sesame Oil, Vials
0.1 mg./cc., 30 cc., ea.
0.25 mg./cc., 30 cc., ea. ... 1.60
0.5 mg./cc., 10 cc., ea. ... 2.25
FEMACRINE-D (EN 14) ... 2.25
Capsules, 30s, ea.
100s, ea. ... 2.00 1.25
FEMAGIA (GA 54) 4 oz. ... 5.00 3.25
... .60* 4.80

FEMAID CAPSULES (PF 9)
12s ... .50 4.00
FEM-A-LINE (CU 18)
4 oz. ... 4.00* 21.00

**FEMANDREN® LINGUETS®**

**Potent Estrogen-Androgen Therapy for Mucosal Absorption**

*What They Are:* A combination of the most potent oral estrogen—*ethinyl estradiol,* 0.02 mg.—and the most potent oral androgen—*methyltestosterone,* 5 mg.—in Linguets for direct absorption via the oral mucosa.

• *What They're For:* To relieve depression, hot flashes, nervousness, exhaustion and related symptoms common in menopausal and postmenopausal states; to relieve pain and retard bone rarefaction in osteoporosis; to build tissue and promote well-being in geriatric patients.

• *Advantages:* Linguets are approximately twice as effective as tablets which are swallowed, and they are almost as potent, milligram per milligram, as steroid injections. Femandren supplies two types of hormones normally present in men and women; permits lower dosage of each hormone; has a balanced anabolic effect; and controls more menopausal symptoms than do estrogens alone.

• *How Supplied:* FEMANDREN LINGUETS (green, scored); bottles of 30 and 100.

Femandren® (methyltestosterone with ethinyl estradiol CIBA) Linguets® (tablets for mucosal absorption CIBA)

C I B A Summit, N. J.

FEMANDREN, Ciba (CI 10)
Linguets, 30s, ea. ... 3.33* 2.00
100s, ea. ... 3.33* 5.00

★ ★ ★

FEMAPHYLL (MA 38L)
Douche Powder, 90 Gm. ... 2.50* 15.00
Dusting Powder, 15 Gm. ... .79* 4.80
FEMATOSSE, Tosse (TO 35)
Ampuls
FEMCREME (CO 80P)
2 oz.
FEMELLE (HA 25)
Hygienic Powder, 6 oz., ea. ... 1.00 .60
FEMERATE, Inj. Research (IN 30)
Aqueous Suspension, Vials
20,000 I.U./cc., 30 cc., ea. ... 5.50
25,000 I.U./cc. w/Procaine
10 cc., ea.
50,000 I.U./cc., 10 cc., ea. ... 2.40
In Oil, Vials ... 4.25
10,000 I.U./cc., 20 cc., ea. ... 2.70
25,000 I.U./cc., 10 cc., ea. ... 2.40
Tablets, 0.625 mg., 30s, ea. ... 1.70
100s, ea. ... 4.10
FEMERATE-E, Inj. Research (IN 30)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. ... 2.50
5 mg./cc., 10 cc., ea. ... 6.75
FEMEST TABLETS (NE 57P)
100s, ea. ... 3.50
FEMESTRAL, Kirk (KI 41)
0.11 mg./cc.
Ampuls, 1 cc., 100s, ea. ... 10.00 7.50
Vial, 30 cc., ea. ... 1.50 1.13
0.55 mg./cc.
Vial, 10 cc., ea. ... 1.50 1.13
FEMESTROL, Cabot Pharm. (CA 10)
Tablets, 5 mg.
100s, $2.25 sz. ... 2.24* 15.00
1000s, ea. ... 11.50
E.C., 100s, $3.00 sz. ... 2.99* 24.00
1000s, ea. ... 16.00
25 mg., 100s, $6.00 sz. ... 5.99* 48.00
E.C., 100s, $7.50 sz. ... 7.49* 60.00
1000s, ea. ... 45.00
FEMESTRONE, Kirk (KI 41)
Parenteral, 10,000 I.U./cc.
Ampuls, 1 cc., 12s, ea. ... 2.00 1.50
25s, ea. ... 4.00 3.00
100s, ea. ... 15.00 11.25
Vials, 10 cc., ea. ... 1.50 1.13
30 cc., ea. ... 3.50 2.63

20,000 I.U./cc.
Vials, 10 cc., ea.
30 cc., ea. ... 2.00
Tablets, 1.25 mg. ... 5.08
Compound, 30s, ea.
100s, ea. ... 2.50
... 8.50
*See C. F. Kirk Company Advt. Manufacturers' Catalog Section*
FEMEX (KI 14)
Powder, 8 oz. ... .78*
FEMEZE (ST 38)
Tablets, 18s, 30¢ sz. ... .20*
36s, 60¢ sz. ... .40*
100s, $1.15 sz. ... .49*
FEM-GENE (PE 32) ... 1.12*
8 oz. ... .98*
FEM-GIENE (PH 21)
Douch Powder, 6 oz. ... .59
12 oz. ... .98
FEM-HY (DI 21F)
Antiseptic, 4 oz.
8 oz. ... .59*
FEMID, H R C (H 17G) ... 1.20*
Hygienic Powder
7 oz., ea., 35¢ sz.
15 oz., ea., $1.39 sz. ... .34*
FEMIDRIN, Pierce (PI 26) ... 1.71*
Tablets, 24s
FEMIGENE, Penhurst (PE 26M) ... .89*
Douche Powder, 8 oz.
FEMINEX TABLETS (SU 26)
Improved, 12s
Old, 20s
FEMININE SYRINGES
*For information, see Product Index*
FEMISOL (LE 82L)
Antiseptic Powder
6 oz., 75¢ sz.
FEMI-TRA (TR 10M) ... .39*
Tablets, 50s
FEMME DE PARIS (YB 10) ... 1.00
Bath Powder ... 1.00*
Infusion de Parfum
2 oz. w/atomizer
4 oz. ... 1.00*
8 oz. ... 2.00*
Perfume, purse size ... 2.50*
½ oz. ... 2.00*
1 oz., ea. ... 6.50*
2 oz., ea. ... 12.00*
Concentrated, 2 flacons ... 20.00*
Talc ... 5.00*
FEM-NOL (FI 24) ... .50*
Pt., ea.
Gal., ea.
FEMO, Plough (PL 28)
Medicated Hygiene Powder
1½ oz.
2½ oz. ... .35*
7½ oz. ... .59*
FEMOGEN, Testagar (TE 28) ... 1.00*
Alpha Estradiol Aquasuspension
0.2 mg./cc.
Vial, 30 cc., ea.
In Sesame Oil
0.1 mg./cc.
Vials, 10 cc., ea.
30 cc., ea.
0.2 mg./cc.
Vials, 10 cc., ea.
30 cc., ea.
0.5 mg./cc.
Ampuls, 1 cc., 25s, ea.
100s, ea.
Vials, 10 cc., ea.
30 cc., ea.
Natural Aquasuspension, Vials
20,000 I.U./cc., 10 cc., ea.
30 cc., ea.
50,000 I.U./cc., 10 cc., ea.
30 cc., ea.
Natural in Oil
10,000 I.U./cc.
Ampuls, 1 cc., 25s, ea.
100s, ea.
Vials, 10 cc., ea.
30 cc., ea.
20,000 I.U./cc.
Vials, 10 cc., ea.
30 cc., ea.
FEMORAL (G 11)
Tablets, 100s, ea. ... 7.50*
FEMORTON (MO 67)
Tablets, 100s, ea.
FEMOTRONE, Testagar (TE 28)
Vial, 10 cc., ea.
FEMPEP (FL 47)
Tablets, 9s, 50¢ sz. ... .49*
FEMROGEN (IN 54)
In Sesame Oil, Vials
10,000 I.U./cc., 30 cc., ea. ... 1.50 1.05
20,000 I.U./cc., 10 cc., ea. ... 1.50 1.06
30,000 I.U./cc., 10 cc., ea. ... 2.00 1.40
50,000 I.U./cc., 10 cc., ea. ... 3.00 2.10
FEM-X-POWDER (NA 20)
6 oz. ... .75 6.00
FENADIN (BU 61)
Capsules, 100s, ea. ... .60
1000s, ea. ... 4.92
w/Codeine Phosphate ¼ gr.
100s, ea. ... 2.10
1000s, ea. ... 16.70
w/Codeine Phosphate ½ gr.
100s, ea. ... 3.48
1000s, ea. ... 29.70
Tablets, 100s, ea. ... .39
1000s, ea. ... 2.79
FENALEAF, Gold Leaf (GO 15)
Tablets, 100s
1000s, ea. ... 1.20
... 3.00
FENARIDE ELIXIR (DE 83)
No. 1 or No. 2, 12 oz. ... 5.00 36.00
FENATRATE, Sherman (SH 46)
Syrup, 3 oz. ... 2.50 ... 3.00
16 oz., ea. ... 2.50 1.50
Tablets, 2 gr., 100s, ea. ... 1.00 .80
500s, ea. ... 4.25 2.25
1000s, ea. ... 8.00 4.80