# EXIBIT 9
# PART 4

Case 1:05-cv-01849-JR Document 17-13 Filed 09/08/2006 Page 2 of 8

1st column—price to consumer
2nd column—price to retailer per dozen or unit price when stated
* denotes fair trade minimum. See page 1

# MESOPIN
Trademark

# MESOPIN-PB

• For g.i. spasm—MESOPIN: 2.5 mg. homatropine methylbromide per white tablet or teaspoonful green elixir; also as MESOPIN *double strength* 5 mg. peach-colored tablet. MESOPIN-PB: 2.5 mg. MESOPIN plus 15 mg. phenobarbital per yellow tablet or teaspoonful yellow elixir; also as MESOPIN-PB *double strength* in green tablets containing 5 mg. MESOPIN plus 15 mg. phenobarbital.

ENDO PRODUCTS INC.
Richmond Hill 18, N. Y.

MESOPIN, Endo (EN 13)
Elixir, 2.5 mg./tspn.
16 oz., ea. ... 2.40
Gal., ea. ... 17.20
Parenteral, Ampuls
5 mg., 1 cc., 12s, ea. ... 2.12
25s, ea. ... 3.83
100s, ea. ... 13.60
Powder, 1 Gm., ea. ... 3.00
5 Gm., ea. ... 13.50
10 Gm., ea. ... 25.00
Tablets, 2.5 mg., 100s, ea. ... 1.80
500s, ea. ... 8.10
1000s, ea. ... 15.00
5 mg., 100s, ea. ... 2.10
500s, ea. ... 9.60
1000s, ea. ... 17.40
MESOPIN-PB, Endo (EN 13)
Elixir, 2.5 mg./tspn.
16 oz., ea. ... 2.40
Gal., ea. ... 17.20
Tablets, 2.5 mg., 100s, ea. ... 2.00
500s, ea. ... 9.00
1000s, ea. ... 16.50
5 mg., 100s, ea. ... 2.40
500s, ea. ... 10.60
1000s, ea. ... 18.60

★ ★ ★

MESSAGER, Renoir (MA 92)
Eau de Toilette, 2 oz. ... 3.00* ...
4 oz. ... 5.00* ...
Parfum, 1 dr. ... 3.00* ...
¼ oz. ... 6.50* ...
½ oz. ... 11.50* ...
1 oz. ... 20.00* ...
2 oz. ... 34.00* ...
Set, 2 oz. Eau de Toilette and 1 dr. Parfum ... 5.00* ...
MESTERONE (AR 28)
Tablets, 10 mg., 100s, ea. ... 4.00
MESTINON BROMIDE
Roche (HO 24)
Tablets, 60 mg., 100s, ea. ... 3.20
500s, ea. ... 14.00
MESTRONE
Meyer Chem. (ME 69E)
Aqueous Suspension, Vials
20,000 I.U./cc.
10 cc., ea. ... 1.50
50,000 I.U./cc.
10 cc., ea. ... 3.00
ME-TAB (SC 78)
No. 0 ... 6.60
No. 1 ... 8.40
No. 2 ... 9.60
METABLOID (HI 59)
Tablets, 100s, ea. ... 1.40
METABOGILL
Masengill (MA 85E)
Tablets, 100s, ea. .23* .55
1000s, ea. 6.30* 4.20
METABOLAID, Mallard (MA 37L)
Tablets, No. 2, 100s, ea. ... 1.10
500s, ea. ... 4.25
1000s, ea. ... 8.00
METABOLIC TABLETS (RA 17)
Nos. 1, 2 and 3
Set 3000, 1000 of ea. 15.00* 120.00
METABOLIN TABLETS (TH 47)
100s 2.00* 14.40
270s 5.00* 36.00
500s, ea. 9.00* 5.40
1000s, ea. 17.00* 10.20
META-BRON (BR 28B)
Elixir, w/or w/o Iron
8 oz. 1.88 15.00
METABS (BR 74)
Tablets, ½ gr., 500s ... ...
1000s ... ...
1½ gr., 500s ... ...
1000s ... ...
1 gr., 500s ... ...
1000s ... ...
5 gr., 100s ... ...
500s ... ...
1000s ... ...

METACAPS (VI 46)
100s 4.50 32.40
METACET, Maltbie (MA 40)
Troches, 100s, ea. 1.25 .75
500s, ea. 4.58 2.75
1000s, ea. 8.17 4.90
META CINE (BR 28B)
Douche Powder, 8 oz. 2.00 16.00
METAGYNAE (CU 29)
Pkg. A, Jelly, 4½ oz. w/applicator Diaphragm & Introducer 6.00 43.20
Pkg. B, Jelly, 4½ oz. w/applicator 4.25 30.60
Pkg. C, Jelly, two 2¾ oz. tubes, w/Diaphragm & Introducer 4.00 28.80
Diaphragm, 50 to 100 mm. 2.00 14.40
Vaginal Jelly, 2¾ oz. tube 1.00 7.20
4½ oz. bottle 1.50 10.80
8 oz. bottle 2.50 18.00
METAKOL, Durex (DU 28)
Lqs. 2.00* 14.40
METALGLAS (BH 42L)
1 lb. tin .88 ...
½ gal. 2.25 ...
METALLIC LIQUID MENDER (LU 35)
¾ oz. .35* 2.52
METALOSE (TU 24)
Tablets, 1000s, ea. ... 8.95

# METAMINE®

# METAMINE® with BUTABARBITAL

• *Composition:* Triethanolamine trinitrate biphosphate, 2 mg. Also available as Metamine with Butabarbital (¼ gr.).

• *Action and Uses:* Prevents attacks of angina pectoris or reduces their number and severity, without the side effects, toxic reactions and tolerance observed with other cardiac nitrates.

• *Administration and Dosage:* Metamine: 1 or 2 tablets after each meal and at bedtime. Metamine with Butabarbital: 1 tablet after each meal and 1 or 2 at bedtime.

THOS. LEEMING & CO., Inc.
155 E. 44th Street
New York 17, N. Y.

METAMINE, Leeming (LE 39)
Tablets, 2 mg., 50s ... 18.72
500s, ea. ... 14.40
w/Butabarbital ¼ gr.
50s ... 22.32

★ ★ ★

METAMUCIL, Searle (SE 18)
Powder, 4 oz., ea., $1.20 sz. 1.08* .72
8 oz., ea., $2.00 sz. 1.80* 1.20
1 lb., ea., $3.20 sz. 2.88* 1.92
METANDREN, Ciba (CI 10)
Linguets, 5 mg., White
30s, ea. 2.67* 1.60
100s, ea. 7.33* 4.40
500s, ea. 35.83* 21.50
10 mg., Yellow, 30s, ea. 4.92* 2.95
100s, ea. 13.58* 8.15
500s, ea. 66.25* 39.75
Tablets, 10 mg., White
30s, ea. 4.92* 2.95
100s, ea. 13.58* 8.15
500s, ea. 66.25* 39.75
25 mg., Yellow, 15s, ea. 7.33* 4.40
100s, ea. 34.00* 20.40
*See advertisement in next column*
METANITE, Drug Prods. (DR 28)
Tablets, 100s, ea. ... 1.18
1000s, ea. ... 9.44
Soluble, Infants, 100s, ea. ... .71
1000s, ea. ... 4.25
w/Phenobarbital, 100s, ea. ... 1.42
1000s, ea. ... 9.44
METAPHEDRIN, Abbott (AB 11)
Inhalant, No. 99
1 oz., $1.10 sz. .99* 7.91
4 oz., ea., $3.40 sz. 3.06* 2.04
Pt., ea., $11.00 sz. 9.90* 6.60
Gal., ea., $76.80 sz. 69.12* 46.08
Isotonic, Aqueous Solution
1 oz., 80¢ sz. .72* 5.76
4 oz., ea., $2.75 sz. 2.47* 1.65
Pt., ea., $8.75 sz. 7.87* 5.25
Gal., ea., $63.33 sz. 57.00* 38.00
METAPHEN, Abbott (AB 11)
Disinfecting Solution
Qt., ea., $3.20 sz. 2.88* 1.92
Gal., ea., $9.90 sz. 8.91* 5.94
First Aid Solution
20 cc. bot., ea., 32¢ sz. .29* .19
Ointment, Ophthalmic 1:3000
⅛ oz. tube, ea., 40¢ sz. .36* .24

# METANDREN® LINGUETS®

**Effective and Economical Form of Oral Androgen Therapy**

• *What They Are:* Highly compressed tablets of methyltestosterone U.S.P., designed for direct absorption through buccal mucosa into systemic circulation.

• *How They're Used:* Placed beneath tongue or between cheek and molar teeth, remaining there, with as little swallowing as possible, until completely absorbed — an average of 30 to 50 minutes. Since patients vary widely in requirements, dosage must be strictly individualized.

• *Advantage:* Metandren Linguets have approximately twice the potency of the orally ingested and approximately the same potency as the injectable hormone.

• *Caution:* Female patients should be carefully observed for symptoms of masculinization.

• *How Supplied:* LINGUETS, 5 mg. (white, scored); 10 mg. (yellow, scored); bottles of 30, 100 and 500.

Metandren® (methyltestosterone U.S.P. CIBA)
Linguets® (tablets for mucosal absorption CIBA)

C I B A Summit, N. J.

*For prices and sizes see preceding column*

★ ★ ★

Solution, Aqueous
1:500, pt., ea., $2.05 sz. 1.84* 1.23
Gal., ea., $12.45 sz. 11.20* 7.47
1:2500, 12 oz., ea., $1.12 sz. 1.01* .67
Gal., ea., $7.08 sz. 6.37* 4.25
Tincture 1:200
1 oz., ea., 45¢ sz. .40 .27
4 oz., ea., 90¢ sz. .81* .54
Pt., ea., $2.30 sz. 2.07* 1.38
Gal., ea., $14.05 sz. 12.64* 8.43
Untinted 1:200
1 oz., ea., 45¢ sz. .40* .27
4 oz., ea., 90¢ sz. .81* .54
Pt., ea., $2.30 sz. 2.07* 1.38
Gal., ea., $14.05 sz. 12.64* 8.43
METASERT (BR 28B)
Vaginal Inserts, 100s 4.50 36.00
METATARSAL PADS & RELIEVERS
*For information, see Product Index*
META-THESOL
Buffington's (BU 20)
Oily, 4 oz. bot., ea. 1.34 .80
16 oz., ea. 4.15 2.50
Surgical Tincture, 4 oz., ea. 1.85 1.11
16 oz., ea. 5.35 3.20
METATONE, Parke, Davis (PA 47K)
12 oz. bot., ea., $1.75 sz. 1.57* 1.05
Gal., ea., $13.00 sz. 11.70* 7.80
METAVITES (BI 29)
Tablets, 100s, ea. 3.98* ...
METAXIN TABLETS (GR 36P)
100s, ea. 2.34 1.40
1000s, ea. 15.00 9.00
METCO BRAND (TR 10M)
Aspirin Tablets, 5 gr., 100s .50 4.00
Diuretic Tablets, 50s .50 4.00
MET-ESTRIN
Metropolitan (ME 66T)
0.133 mg./cc.
Ampuls, 1 cc., 10s, ea. ... 1.35
100s, ea. ... 8.00
Vials, 10 cc., 1s, ea. ... 1.25
10s, ea. ... 11.00
30 cc., 1s, ea. ... 3.00
10s, ea. ... 27.00
0.267 mg./cc.
Vials, 10 cc., 1s, ea. ... 2.00
10s, ea. ... 18.00
0.667 mg./cc.
Vials, 10 cc., 1s, ea. ... 4.00
10s, ea. ... 35.00
MET-ESTROL
Metropolitan (ME 66T)
Vials, 25 mg./cc., 10 cc.
1s, ea. ... 2.00
10s, ea. ... 17.50

Price & Rankin (PR 36)
Tablets, 0.2 mg., 1000s, ea. [illegible]
0.5 mg., 1000s, ea. [illegible]
1 mg., 1000s, ea. [illegible]
5 mg., 1000s, ea. [illegible]
METHADEX-T (GR 36P)
Tablets, 100s, ea. 2.50 [illegible]
1000s, ea. 17.50 [illegible]
METHADONE HYDROCHLORIDE
Abbott (AB 11)
Solution, 10 mg./cc. [illegible]
Ampuls, 1 cc.
6s, ea., $1.87 sz. 1.68* [illegible]
25s, ea., $5.42 sz. 4.88* [illegible]
100s, ea., $19.84 sz. 17.86* [illegible]
Vial, 20 cc., ea., $2.00 sz. 1.80* [illegible]
Breon (BR 33)
Syrup, 16 oz., ea. [illegible]
Gal., ea. [illegible]
Horton & Converse (HO 65)
Parenteral, 10 mg./cc.
Vial, 20 cc., ea. 1.20* [illegible]
Tablets, 2.5 mg., 100s .90* [illegible]
1000s, ea. 4.50* [illegible]
5.0 mg., 100s .90* [illegible]
1000s, ea. 6.50* [illegible]
7.5 mg., 100s .96* [illegible]
1000s, ea. 8.00* [illegible]
10.0 mg., 100s 1.10* [illegible]
1000s, ea. 9.00* [illegible]
Mallinckrodt (MA 28)
10 Gm., per Gm. [illegible]
25 Gm., per Gm. [illegible]
50 Gm., per Gm. [illegible]
100 Gm., per Gm. [illegible]
Massengill (MA 85E)
Parenteral, 10 mg./cc. [illegible]
Ampuls, 1 cc., 6s, ea. [illegible]
Vial, 10 cc., ea. 1.12* [illegible]
Tablets, 5 mg., 100s, ea. [illegible]
500s, ea. 3.23* [illegible]
7.5 mg., 100s, ea. [illegible]
500s, ea. 3.88* [illegible]
Merrell (ME 57)
Parenteral, 10 mg./cc. [illegible]
Vial, 20 cc., ea. 1.62* [illegible]
National Drug (NA 45)
Vial, 10 mg./cc.
25 cc., ea. [illegible]
Tablets, 5 mg., 1000s, ea. [illegible]
New York Quinine (NE 30)
10 Gm. bot., ea. [illegible]
25 Gm. bot., ea. [illegible]
50 Gm. bot., ea. [illegible]
100 Gm. bot., ea. [illegible]
Parke, Davis (PA 47K)
Elixir, pt., ea., $5.00 sz. 4.50* [illegible]
Steri-Vial, 10 mg./cc.
20 cc., ea., $1.80 sz. 1.62* [illegible]
Tablets, 5 mg.
100s, ea., 80¢ sz. .72* [illegible]
Stoddard (ST 78P)
w/Homatropine Methylbromide
Tablets, 100s, ea. [illegible]
500s, ea. [illegible]
1000s, ea. [illegible]
Upjohn (UP 10)
Parenteral, Vials, 10 mg./cc.
30 cc., 1s, ea. [illegible]
5s, ea. [illegible]
25s, ea. [illegible]
Tablets, Hypodermic
10 mg., 100s, ea. [illegible]
500s, ea. [illegible]
1000s, ea. [illegible]
METHADOX (GR 36P)
Tablets, 100s, ea. 2.50 [illegible]
1000s, ea. 16.67 10.0[illegible]
METHAFROME (PH 45D)
Tablets, 20 mg., 100s, ea. [illegible]
500s, ea. [illegible]
1000s, ea. [illegible]
50 mg., 50s, ea. [illegible]
100s, ea. [illegible]
500s, ea. [illegible]
METHAGEL (BO 33H)
Tablets, 100s, ea. [illegible]
METHAHIST
Preston Labs. (PR 32C)
Tablets, 20s, ea. [illegible]
100s, ea. [illegible]
1000s, ea. [illegible]
"METHAJADE"
Sharp & Dohme (SH 21)
Pt., ea. 4.05* [illegible]
Gal., ea. 29.33* [illegible]
METHAJEL (PE 38)
Liquid, 8 oz., ea. [illegible]
Tablets, 50s, ea. [illegible]
100s, ea. [illegible]
1000s, ea. [illegible]
METHALGEN (SC 58)
2 oz. [illegible]
1 lb., ea. 2.00 [illegible]
METHALYPTUS (MO 47)
4 oz. [illegible]

## *Protect Fair Trade*

Fair trade is a basic bulwark in the retail drug store's economy. Play fair with it. Remember that the fight to preserve fair trade is a continuous one. Cash rebates, special discounts and other devious and undercover means of cutting fair trade prices may lead to the eventual loss of fair trade laws and irreparable harm to the retail drug field.

1st column—price to consumer
2nd column—price to retailer per dozen or unit price when stated
*denotes fair trade minimums. See page 1

METROSED (ME 66)
Tablets, 100s, ea. ... 2.00
1000s, ea. ... 18.00
METSOL, Durst (DU 42)
Contact Lens Solution, 300 cc. 1.25 9.00
METUBINE IODIDE, Lilly (LI 27)
Solution, Vials
1 mg./cc., 10 cc., ea., $2.00 sz. 1.80* 1.20
50 cc., ea., $5.00 sz. 4.50* 3.00
2 mg./cc., 20 cc., ea., $4.25 sz. 3.82* 2.55
METYCAINE HYDROCHLORIDE, Lilly (LI 27)
Ophthalmic Ointment 4%
⅛ oz. tube, 45¢ sz. ... .39* 2.40
Powder, ½ oz., ea., $5.05 sz. 4.54* 3.03
1 oz., ea., $27.95 sz. 25.15* 16.77
Solution, Ampuls
1.5%, 5 cc., 6s, ea., $4.50 sz. 4.05* 2.52
25s, ea., $16.35 sz. 13.81* 9.21
100s, ea., $55.95 sz. 50.35* 33.58
200 cc., ea., $2.50 sz. 2.25* 1.50
2%, 30 cc., ea., $1.20 sz. 1.08* .72
25s, ea., $27.00 sz. 24.30* 16.20
5%, 2 cc., 6s, ea., $2.50 sz. 2.25* 1.50
25s, ea., $11.10 sz. 9.99* 6.66
100s, ea., $40.55 sz. 36.49* 24.33
20%, 5 cc., 6s, ea., $6.60 sz. 5.94* 3.96
25s, ea., $21.10 sz. 18.99* 12.66
100s, ea., $76.95 sz. 69.25* 46.17
Tablets, 0.15 Gm.
10s, ea., $1.30 sz. 1.17* .78
100s, ea., $12.00 sz. 10.80* 7.20
w/Dextrose Solution, Ampuls
1.5 cc., 25s, ea. $10.20 sz. 9.18* 6.12
100s, ea., $33.60 sz. 30.24* 20.16
w/Dextrose and Epinephrine Hydrochloride, 1:2500, Ampuls
1 cc., 6s, ea., $2.80 sz. 2.52* 1.68
25s, ea., $9.85 sz. 8.86* 5.91
100s, ea., $32.10 sz. 28.89* 19.26
w/Merthiolate
Ophthalmic Ointment
⅛ oz., 45¢ sz. ... .40* .24
Suppositories
12s, ea., $2.00 sz. 1.80* 1.20
w/Zinc Oxide Compound
Suppositories
12s, ea., $2.00 sz. 1.80* 1.20
METY-COPERON (SI 17L)
Ampuls, 2 cc., 25s, ea. ... 3.94
100s, ea. ... 14.82
5 cc., 25s, ea. ... 4.53
100s, ea. ... 15.00
METYSTIL
Chicago Pharm. (CH 54I)
Tablets, Chimedic
100s, ea. ... 3.85
1000s, ea. ... 30.00
See Chicago Pharm. Co. Advt. pages 130-132
METZGER'S PRESCRIPTION (ME 67E)
Liquid, 3 oz. ... 1.00 8.50
MEVACAPS, DuMont (DU 21E)
Capsules, 100s, ea. ... 2.40
500s, ea. ... 11.00
1000s, ea. ... 21.00
MEXAL, Massengill (MA 35E)
Tablets, 100s, ea. ... 1.43* .86
500s, ea. ... 5.93* 3.56
1000s, ea. ... 11.25* 7.50
MEXICAN INDIAN LINIMENT (IN 13D)
1½ oz. ... .30 2.40
MEXICAN MUSTANG LINIMENT (LY 14)
2 oz. ... .35 2.75
6 oz. ... .75 5.50
16 oz. ... 1.50 11.00
MEXICAN OIL BRAND (HA 78S)
1 oz. ... .40* 3.20
2 oz. ... .65* 5.20
MEXSANA, Plough (PL 28)
Baby Lotion, 4 oz. ... .35* 3.00
Baby Oil, 4 oz. ... .35* 3.00
Powder, 1 oz. ... .20* 1.72
2½ oz. ... .39* 3.24
6¼ oz. ... .79* 6.77
12½ oz. ... 1.13* 10.19
Skin Cream, ½ oz. ... .10* .90
2½ oz. ... .39* 3.24
6 oz. ... .79* 6.80
12½ oz. ... 1.00* 9.00
Sun Tan Lotion, 1½ oz. ... .35* 3.00
4 oz. ... .79* 6.80
4 oz. Plastic bot. ... .89* 7.48
MEYER PHARMACEUTICALS (ME 69E)
Iron, Arsenic, Strychnine and Phosphorus, Vial
30 cc., ea. ... 1.50
Iron Cacodylate, Ampuls
1 gr., 5 cc., 6s, ea. ... 1.25
25s, ea. ... 4.20
100s, ea. ... 15.05
Phenobarbital
Capsules, L.A., 1½ gr.
100s, ea. ... 2.85
1000s, ea. ... 24.50
Tablets, ¼ gr., 1000s, ea. ... 1.50
½ gr., 1000s, ea. ... 1.75
1½ gr., 1000s, ea. ... 2.50
Physiological Saline, Vial
30 cc., ea. ... [illegible]
Procaine Hydrochloride
Ampuls, 2%, 10 cc., 6s, ea. ... 1.50
25s, ea. ... 4.80
100s, ea. ... 13.50
Vial, 2%, 100 cc., ea. ... .90

Sodium Iodide w/Sodium Salicylate & Colchicine
Ampuls, 20 cc., 6s, ea. ... 2.00
25s, ea. ... 7.50
100s, ea. ... 25.00
Sodium Salicylate
Tablets, E.C., 5 gr., 1000s, ea. 4.50 3.00
10 gr., 1000s, ea. ... 6.00 4.00
MEYER'S, Dr. (CE 31)
Cream Hair Dressing, 6 oz. ... .25 2.00
Foot Powder ... .10 .75
Soap ... .15 1.25
Hair Coloring, 2 oz. ... .60 4.50
Shampoo, 4 oz. ... .50 3.00
Styptic Powder, ½ oz. ... .25 2.00
MEYERS PUTZ CREAM (AM 42)
Metal Polish, 8 oz. ... .30 2.28
16 oz. ... .50 3.96
32 oz. ... .85 4.60
Gal. ... 1.90 16.50
MEZEREON BARK
Initial Line (PE 36)
1 oz. pkg., ea. ... .12
See S. B. Penick & Co. Advt., page 7
MEZO, Warren-Teed (WA 87)
Ointment, 1½ oz. ... .75 5.60
MIADYNE, Hart Drug (HA 68R)
Tablets, 100s, ea., $1.67 sz. ... 1.50* 1.00
500s, ea., $7.33 sz. ... 6.60* 4.40
MIAMI BEACH SWIM GOGGLES (CH 54I) ...
MIAMI FLEURS (PH 13) ... .30 7.20
Perfume, 1 dr., ea. ... 2.00 1.50
Toilet Water, 4 oz., ea. ... 1.25 .75
MICALETS (SA 28J)
Tablets, 100s, ea. ... 2.25
MICE DOOM (MU 36)
Pellets, 2 oz. ... .34 2.39
½ lb. ... 1.29 9.29
1 lb. ... 1.98 14.26
MI-CEBRIN, Lilly (LI 27)
Tablets, 100s, ea., $8.40 sz. ... 7.56* 5.04
1000s, ea., $75.60 sz. ... 68.04* 45.36
MICHELL (MI 15L)
Dive Masks ... 1.25 9.00
Jr. ... 1.00 7.20
Sunglasses ...
Children's ...
Swim Fins, ea. ... 2.95 2.27
Children's, ea. ... 2.95 1.77
Swim Goggles ... .79 5.60
Children's ... .49 3.50
MICHELSEN'S BAY RUM (MI 16)
8 oz. ... .69* 4.80
16 oz. ... .99* 7.20
32 oz. ... 1.59* 12.00
MICKEY MOUSE CARD GAMES (RU 42)
Canasta, Jr. ... .98 7.20
Library ... .79 5.70
MICO (E 18)
1 oz. ... 1.00* 7.20
MICRESTIN, Gold Leaf (GO 15)
20,000 I.U./cc., Vials
10 cc., ea. ... 1.82
30 cc., ea. ... 3.75
MICRO-ACETABS, Brewer (BR 35E)
500s, ea. ... 2.00
1000s, ea. ... 3.81
MICRODIOL, Gold Leaf (GO 15)
Aqueous Microsuspension
Vials, 0.1 mg., 10 cc., ea. ... .94
30 cc., ea. ... 1.50
0.5 mg., 10 cc., ea. ... 1.12
30 cc., ea. ... 1.88
0.5 mg., 10 cc., ea. ... 1.50
30 cc., ea. ... 3.00
MICROFONAMIDES (AB 9H)
Suspension, pt., ea. ... 4.75
MICROGEN (IN 54)
20,000 I.U./cc., Vial
30 cc., ea. ... 3.00 2.10
MICRO-LITE (MI 18)
No. 105S, Keychain ... .49* 3.60
No. 149, Keychain ...
Saddle Stitch ... .49* 3.60
No. 198, Telephone Bank ... .98* 7.20
No. 601D, Flashlight ... .59* 4.32
No. 850D, Flashlight
Deluxe ... .59* 4.32
No. 901X, Lapel Pin
Santa Claus ... .59* 4.32
No. 902, Lapel Pin
Curly the Clown ... .59* 4.32
No. 2716, Pen-Lite ... .59* 4.32
MICRO-MIST CARBONATOR (BA 67)
MICROSTIL TABLETS
Amfre (AM 51E)
100s, ea. ... 6.00
1000s, ea. ... 48.00

## *Prescription Volume '54*

The greatest increase in prescription volume in 1954 took place in the lower volume prescription stores, which means that prescription volume is spreading out and is no longer being concentrated in a limited number of outlets. Every retail drug store has an opportunity to share in this increased prescription volume, which in 1954 amounted to $956,700,000.

MICROSULFON, CMC (CO 58)
Tablets, 30s, ea. ... 1.50 .90
100s, ea. ... 3.75 2.25
200s, ea. ... 7.60 4.56
1000s, ea. ... 25.00 15.90
MICROZINE, H & C (HO 55)
Ointment, 5%, 16 oz. jar, ea. 3.00* 1.80
Ophthalmic Ointment
5%, ⅛ oz. tube ... .30* 2.16
Suspension, 20%, 1 oz. ... 1.20* 2.84
MICROZOLE, H & C (HO 55)
Ointment, 5%, 1 oz. ... .40* 2.88
4 oz. ... 1.25* 9.00
16 oz., ea. ... 2.75* 1.65
Ophthalmic Ointment
5%, ⅛ oz. tube ... .30* 2.16

# MICTINE*

• *What the Product Is:* Mictine, brand of aminometramide, is 1-allyl-3-ethyl-6-aminotetrahydropyrimidinedione, the new non-mercurial orally effective diuretic. It is supplied in tablets of 200 mg. in bottles of 100 and 1,000.

• *What It's For:* Mictine is especially indicated for the edema of congestive heart failure in both ambulant and hospitalized patients. There are no known contraindications to its use. The diuretic response of approximately 70 per cent of unselected edematous patients has been satisfactory. Some side effects, anorexia and nausea, rarely diarrhea or vomiting, may occur in some patients on high dosage schedules. Further advantages of Mictine are: It is orally effective; it is not a mercurial; it does not upset the acid-base balance; it does not cause potassium depletion; it may be given in the presence of renal or hepatic diseases; it is well tolerated.

• *How Administered:* The best results are obtained on *interrupted dosage schedules:* giving the drug on alternate days or giving it for three consecutive days and omitting it for four days. From one to four tablets daily in divided doses, on treatment days, *with meals* is the usual dosage for *maintaining* patients in an edema-free state and for *initial and continuing control* of all but those with severe congestive failure. For severe congestive states the dosage is four to six tablets daily on treatment days, in divided doses *with meals.*

*Trademark of G. D. Searle and Co.

G. D. SEARLE & CO.
Chicago 80, Illinois

MICTINE, Searle (SE 18)
Tablets, 100s, ea. ... 12.00* 7.20
1000s, ea. ... 110.00* 66.00

★ ★ ★

MICTURIN TABLETS (PH 45)
50s ... 2.00 16.00
MICULES, Gland-O-Lac (GL 12L)
8 oz. ... .90 7.20
20 oz. ... 1.80 14.40
40 oz. ... 3.25 25.50
15 lb. drum, ea. ... 12.00 12.00
25 lb. drum, ea. ... 18.00
100 lb. drum, ea. ... 60.00
MIDANEED (HA 47E)
Capsules, 100s, ea., $3.30 sz. 2.97* 1.98
MIDDLEBY FOUNTAIN FLAVORS (MI 23) ...
MIDESAL, Garrat (GA 54)
100s ... 15.00
MIDLAND (MI 28E)
Alcohol Dispensers
Foot Pedal ...
Basic Antiseptic Liquid Soap w/Hexachlorophene ...
Ev-R-Glo, Floor Wax ...
Neo Germolyptus, Hospital Germicide ...
Soap Dispensers
Foot Pedal ...
Foot Pedal, Wall Type ...
Soil Solv, Scrub Soap ...
Surgical Soap ...
MIDOL (CE 23)
Tablets, 6s ...
12s ...
MIDY'S POMADE (PO 57) ...
MIESTRIN (M 14J)
Aqueous Suspension, Vials
20,000 I.U./cc., 10 cc., ea. ...
In Oil, Vials
10,000 I.U./cc., 30 cc., ea. ...
25,000 I.U./cc., 30 cc., ea. ...
50,000 I.U./cc., 10 cc., ea. ...

# MIFFLIN

*Dermium*
Absolute Ethyl and Isopropyl Rubbing Alcohol
*"The National Rub-Down"*
Delaware Ave. & Mifflin St.
Philadelphia 48, Pa.

MIFFLIN (MI 34)
After Shave Lotion
Lilac, Menthol or Spice
4 oz. ... .49 [illegible]
Anti-Histamine Tablets
12s ... .30 [illegible]
36s ... 1.25 [illegible]
Citrate of Magnesia
11½ oz. ... [illegible]
Ethyl Alcohol, 16 oz., 70¢ sz. ... [illegible]
w/Wintergreen
16 oz., 80¢ sz. ... [illegible]
Hydrogen Peroxide
10 Vol., 4 oz. ... .15 [illegible]
8 oz. ... .20 [illegible]
16 oz. ... .25 [illegible]
20 Vol., 4 oz. ... .15 [illegible]
16 oz. ... [illegible]
Isopropyl Rubbing Alcohol
Plain, 16 oz., 60¢ sz. ... [illegible]
Lavender, Lilac, Pine or Wintergreen
16 oz., 70¢ sz. ... [illegible]
Milk of Magnesia
16 oz. ... [illegible]
32 oz. ... 1.00 [illegible]
Mineral Oil, 16 oz. ... .90 [illegible]
32 oz. ... 1.30 [illegible]
Mouth Wash, Antiseptic or Astringent, Amber or Red
16 oz. ... .70 4.37
32 oz. ... 1.10 [illegible]
Witch Hazel, 16 oz. ... .30 [illegible]

★ ★ ★

MIGATON (SA 42)
Syrup, 4 oz. ... .75 [illegible]
Tonic, 8 oz. ... 1.00 [illegible]
MIGESTERONE, Durst (DU 42)
Solution, 10 I.U./cc.
Vial, 10 cc., ea. ... [illegible]
MIGHTY MENDER (MI 34G)
Glue, 1¼ oz. ... .25* [illegible]
MIGRAGEN TABLETS (HA 32L)
w/Quinine, 100s, ea. ... [illegible]
MIGYL TABLETS (AM 61E)
100s, ea. ... [illegible]
1000s, ea. ... [illegible]
"MIJIT" ATOMIZER
Sharp & Dohme (SH 21)
ea. ... [illegible]
MIKAROL TABLETS (DU 21)
5 mg., 100s, ea. ... [illegible]
1000s, ea. ... [illegible]
25 mg., 100s, ea. ... [illegible]
1000s, ea. ... [illegible]
MIKETS, Gland-O-Lac (GL 12L)
Capsules, Adult Size
50s, ea. ... .65 [illegible]
100s, ea. ... 1.25 [illegible]
250s, ea. ... 3.00 [illegible]
500s, ea. ... 5.00 [illegible]
1000s, ea. ... 9.00 [illegible]
MI-KOLOR (DA 60)
For Gray Hair, 8 oz. bot. ... 2.00 [illegible]
MILA CREME (HO 43)
Hand, 1 oz. ... .25 [illegible]
2 oz. ... .50 [illegible]
4 oz. ... 1.00 [illegible]
Hormone, 1 oz. ... 1.00 [illegible]
Pamper, 2 oz. ... .75 [illegible]
MILAM COMPOUND (OW 11)
Tonic, 12 oz., $1.50 sz. ... 1.39* [illegible]
MILANO EFFERVESCENT SALT (MI 38)
2½ oz. ... [illegible]
5 oz. ... [illegible]
10 oz. ... [illegible]
MILANO PIPES (DE 36H)
Extra ... 1.50* [illegible]
Grainy Briar ... 2.50* 20.00
MILAXIN (AR 29)
Tablets, 7.7 gr., 100s, ea. ... [illegible]
MILBURN'S CAPSULES (E 14)
12s ... [illegible]
MILBY NOSE DROPS (LE 34E)
½ oz. ... .50* [illegible]
MILCREAM (WI 61)
2 oz., 30¢ sz. ... [illegible]
6 oz., 60¢ sz. ... .50* [illegible]
MILDEW CHEK (CH 38P)
½ pt. ... [illegible]
Pt. ... 1.29* [illegible]
Qt. ... 2.29* [illegible]
Gal., ea. ... 7.40 [illegible]
MILDEW GAS (PA 28L)
Flakes, M P 7, 2.2 oz. bag ... .35 [illegible]
Moth, M P 10, 5 oz. ... [illegible]
MILDEW STOP (CA 52E)
Crystals, pkg. 2/2 oz. bags ... .39 [illegible]

PRODUCT INF[...]
MILDONNA (TY 14)
Tablets, 100s, ea. ...
MILDU-BAN (SU 47) ...
MIL-DU-RID (UL 16) ...
MILENE (DU 27)
Mouth Wash, 36 oz. ...
MILES (MI 43)
Anti-Pain Pills, 25s, 30¢ sz. ...
Nervine
Liquid, 1½ oz., 30¢ sz. ...
Tablets ...
See Miles Laboratories, Insert pages ...
MILESTROL, Miller (MI 56) ...
MILEX (MI 42) ...
MILEX FERTILEX (MI 42E) ...

MILIBIS
• What the Product Is: [...] of bismuth glycoly[...]late.
• What It's For: For [...]nal amebiasis, and [...]monal and monilial [...]tis.
• Advantages: Virtuall[y] [non]toxic; highly effective
• How Administered: [...]testinal amebiasis: ta[...] tablet three times da[ily] seven days. Course [...] repeated. For vaginiti[s] [sup]positories, 1 supposit[ory] [in]serted high in the [...] every other night f[...] doses. Acid douches sh[...] administered on the al[...]ing nights. The cour[se] be extended or repe[ated] necessary.
WINTHROP-STEARNS, [...]
1450 Broadway
New York 18, N. [Y.]

MILIBIS, Winthrop-Stearns (W[...])
MILIBIS-ARALEN
MILITARY FOOT PRODUCTS (MI 42L)

MILDONNA (TY 14)
Tablets, 100s, ea. ......... 2.50 1.25

MILDU-RAN (SU 47)
2 oz. ......... .25

MIL-DU-RID (UL 16)
Pt. ......... .95* .84
Qt. ......... 1.55* 11.45
Gal. ......... 4.50* 32.40

MILENE (DU 27)
Mouth Wash, 16 oz. ......... 1.00 8.00

MILES (MI 41)
Anti-Pain Pills, 25s, 30¢ sz. ......... .27* 2.40
125s, $1.10 sz. ......... .98* 8.80
Nervine
Liquid, 1½ oz., 30¢ sz. ......... .27* 2.40
8 oz., $1.10 sz. ......... .98* 8.80
Tablets, 8s, 40¢ sz. ......... .37* 2.28
25s, 85¢ sz. ......... .77* 6.80
See Miles Laboratories, Inc. Advt. Insert pages 325-328

MILESTROL, Miller (MI 56)
Parenteral, Vials
25 mg./cc., 10 cc., 1s, ea. ......... 1.58
6s, ea. ......... 8.90
25s, ea. ......... 32.00
Tablets, 5 mg., 100s, ea. ......... 1.25
500s, ea. ......... 5.75
1000s, ea. ......... 8.78
25 mg., 100s, ea. ......... 2.80
500s, ea. ......... 12.80
1000s, ea. ......... 24.00

MILEX (MI 42)
Creme, 2½ oz. tube ......... 1.00 7.20
Diaphragms
Crescent, 60-100 mm. ......... 3.50 25.20
Latex, 50-95 mm. ......... 1.50 10.80
Molded, 50-95 mm. ......... 2.00 14.40
Diaphragm Sets
Crescent, 60-100 mm. ......... 5.50 39.60
Deluxe, 50-95 mm.
w/standard inserter ......... 4.50 32.40
w/swivel inserter ......... 5.00 36.00
Regular, 50-95 mm. ......... 4.00 28.80
Douche Powder, 6 oz. ......... 1.00 7.20
Inserter, Regular ......... 1.00 7.20
Swivel ......... 1.25 9.00
Jelly, 3 oz. ......... 1.00 7.20
4 oz. w/Jel-Jector ......... 4.00 28.80
Refill ......... 1.50 10.80
8 oz. w/Jel-Jector ......... 5.00 36.00
Refill ......... 2.50 18.00
Pakit Set
Coil Spring Diaphragm ......... 48.00
Crescent Diaphragm ......... 68.00
Tricho-San Jelly
3 oz. w/Applicator ......... 2.00 14.40
Refill ......... 1.50 10.80
4 oz. w/Jel-Jector ......... 4.00 28.80
Refill ......... 2.00 14.40
8 oz. w/Jel-Jector ......... 5.00 36.00
Refill ......... 2.50 18.00

MILEX FERTILEX (MI 42E)
Creme, 3 oz. ......... 1.00
Jelly, 3 oz. ......... 1.00

## MILIBIS®

• *What the Product Is:* Brand of bismuth glycolylarsanilate.

• *What It's For:* For intestinal amebiasis, and trichomonal and monilial vaginitis.

• *Advantages:* Virtually nontoxic; highly effective.

• *How Administered:* For intestinal amebiasis: tablets, 1 tablet three times daily for seven days. Course may be repeated. For vaginitis: suppositories, 1 suppository inserted high in the vagina every other night for five doses. Acid douches should be administered on the alternating nights. The course may be extended or repeated if necessary.

WINTHROP-STEARNS, INC.
1450 Broadway
New York 18, N. Y.

MILIBIS, Winthrop-Stearns (WI 59)
Oral Tablets, 0.5 Gm.
25s, ea. ......... 4.12* 2.47
500s, ea. ......... 78.43* 47.06
Vaginal Suppositories
0.25 Gm., 10s, ea. ......... 3.72* 2.23

★ ★ ★

MILIBIS-ARALEN
Winthrop-Stearns (WI 59)
Tablets, 50s, ea. ......... 8.25* 4.95
1000s, ea. ......... 148.46* 89.08

MILITARY FOOT PRODUCTS (MI 42L)
Balm, 2 oz. ......... .49* 2.92
Powder, 3½ oz. ......... .39* 2.12
Bath, Granulated, 3½ oz. ......... .39* 2.12
Special, Comb. of 3 Items ......... 1.17* [illegible]

## MILK SUBSTITUTE

*(Gerber Meat Base Formula)*

• *What the Product Is:* nutritionally advantageous milk replacement for milk-allergic babies. Approximates evaporated milk in proteins, carbohydrates, fat, vitamins, minerals.

• *What It's For:* it is indicated as a milk replacement for allergic infants whose symptoms may be eczema, pylorospasm, colic, diarrhea, constipation, respiratory difficulties or anorexia.

• *How Administered:* easily miscible with water . . . can be fed through nursing bottle nipples.

• *New Lower Price:* Sugges. ret. price per can—60c. Wholesale price $5.52 per dz.

GERBER PRODUCTS CO.
Fremont, Michigan

MILK SUBSTITUTE
*See listing under Gerber's (GE 61)*

MILK SUGAR, U.S.P.
Mallinckrodt (MA 38)
1 lb., ea. ......... 1.02
Merck (ME 52)
1 lb. ......... 1.19* 2.45
5 lb., ea. ......... 4.15* 2.80
New York Quinine (NE 70)
1 lb., ea. ......... .81

MILK OF TRINESIUM
Abbott (AB 11)
12 oz., $1.12 sz. ......... 1.01* 8.00

MILKADE (HA 57T)
2 oz. ......... 16.00

MILKING TUBES
*For information, see Product Index*

## MILKINOL®

• *What the Product Is:* Instant aqueous-mixing liquid petrolatum containing hydrophilic emulsifier and flavoring agents.

• *What It's For:* Relief of constipation in adults and children through stool permeation and softening by the aqueous-mixing hydrophilic liquid petrolatum.

• *How Administered:* Pour MILKINOL dose into dry glass. Add small amount of water, milk, fruit juice or any soft drink preferred. Stir well and drink.

• *Dosage: Adults:* 1 or 2 tablespoons at bedtime. *Children:* (3-6) 1 or 2 teaspoonsful at bedtime; (under 3) as directed by physician.

• *How Supplied:* 16 ounce bottles, through your wholesaler.

KREMERS-URBAN COMPANY
Milwaukee 1, Wisconsin

MILKINOL, Kremers-Urban (KR 25)
Self-Emulsifying Mineral Oil
Pt., ea. ......... 1.50 .90

★ ★ ★

MILKMAID COSMETICS (MI 46)

MILKY WAY COSMETICS (MI 47)
Cleansing Cream, 3 oz. ......... 1.00* 7.20
8 oz. ......... 2.00* 14.40
16 oz. ......... 3.50* 25.20
Cream Foundation, 3 oz. ......... 1.00* 7.20
Foot Comfort, 3 oz. ......... 1.00* 7.20
Hand Cream, 3 oz. ......... 1.00* 7.20
Milk-Egg Astringent Pack
3 oz. ......... 1.50* 10.80
Night Cream, 3 oz. ......... 1.00* 7.20
8 oz. ......... 2.00* 14.40
16 oz. ......... 3.50* 25.20

MILLER PHARMACEUTICALS (MI 56)
Calcium Gluconate
Vials, 30 cc., 6s, ea. ......... 2.60
50s, ea. ......... 18.20
Dextrose, 50%
Vials, 50 cc., 6s, ea. ......... 2.70
50s, ea. ......... 18.00
Iron Cacodylate, Ampuls
60 mg./cc.
2 cc., 12s, ea. ......... 1.76
100s, ea. ......... 12.29
Novocain Solutions
1%, Vials, 10 cc., 6s, ea. ......... 2.18
50s, ea. ......... 14.52
30 cc., 6s, ea. ......... 3.48
50s, ea. ......... 17.94
50 cc., 6s, ea. ......... 4.74
50s, ea. ......... 28.47
100 cc., 6s, ea. ......... 5.64
50s, ea. ......... 33.12
2%, Ampuls, 5 cc., 6s, ea. ......... 2.58
50s, ea. ......... 7.50
Vials, 10 cc., 6s, ea. ......... 2.18
50s, ea. ......... 14.52
30 cc., 6s, ea. ......... 14.20
50s, ea. ......... 12.59
50 cc., 6s, ea. ......... 4.92
50s, ea. ......... 22.27
100 cc., 6s, ea. ......... 5.64
50s, ea. ......... 33.12
Phenobarbital Sodium
Flacons, 130 mg., 5 cc.
50s, ea. ......... 10.68
100s, ea. ......... 20.00
325 mg., 10 cc., 50s, ea. ......... 12.66
100s, ea. ......... 25.20
w/Benzyl Alcohol
Ampuls, 150 mg., 12s, ea. ......... 2.12
100s, ea. ......... 14.72
Physiological Salt Solution
Vials, 30 cc., 25s, ea. ......... 10.80
100s, ea. ......... 27.00
50 cc., 25s, ea. ......... 12.90
100s, ea. ......... 28.00
100 cc., 25s, ea. ......... 15.60
100s, ea. ......... 40.50
Quinine Sulfate Tablets, C.C.
300 mg., 100s, ea. ......... 2.28
500s, ea. ......... 10.80
1000s, ea. ......... 20.60
Sodium Iodide & Sodium Salicylate w/Colchicine
Ampuls, 20 cc., 6s, ea. ......... 2.16
50s, ea. ......... 14.00
Water for Injection
Ampuls, 10 cc., 12s, ea. ......... 2.94
100s, ea. ......... 16.80
Vials
30 cc., 6s, ea. ......... 2.00
25s, ea. ......... 6.30
50s, ea. ......... 11.65
50 cc., 6s, ea. ......... 2.38
25s, ea. ......... 7.74
50s, ea. ......... 14.10
100 cc., 6s, ea. ......... 2.95
25s, ea. ......... 9.90
50s, ea. ......... 17.50

MILLER-DRINE (MI 56)
Tablets, 5 mg., 100s, ea. ......... .88
500s, ea. ......... 3.76
1000s, ea. ......... 6.00
10 mg., 100s, ea. ......... 1.00
500s, ea. ......... 3.96
1000s, ea. ......... 6.40

MILLERHAUS (CE 21G)
Compound, 6 oz. ......... 1.00 3.00
Tablets ......... 1.00 3.00
Family Ointment ......... .50 1.50
Famous Liniment, 1 oz. ......... .25 1.50
4 oz. ......... .50 3.00
12 oz. ......... 1.00 6.00

MILLER'S (MI 61B)
HE Antiseptic Liniment
3 oz., 60¢ sz. ......... .49* 4.00
Herb Extract, 8 oz., $1.25 sz. ......... 1.19* 10.00

MILLER'S ANTISEPTIC OIL (HE 36R)
2 oz. ......... .50 4.00
4 oz. ......... 1.00 8.00

MILLER'S BALM (MY 12L)
2 oz. ......... .60 4.80

MILLER'S, Dr., EXPECTORANT (MO 49)
4 oz. ......... .35 3.25
Pt. ......... 1.00 9.00

## Millers Forge

**Manicure Cutlery**

The only 100% complete Made-In-America line. See complete listing below.

MILLERS FORGE MFG. CORP.
250 Fourth Ave., New York 3, N. Y.

MILLERS FORGE MANICURE IMPLEMENTS (MI 61E)
Baby Manicure Set
No. 200 ......... 2.00* 14.40
Baby Nail Scissors
No. 563 ......... 1.50* 10.80
Bandage Scissors
No. 1101, 3½" ......... 2.50* 18.00
No. 1105, 5½" ......... 2.75* 19.80
No. 1100, Card, Assorted
per card ......... 7.80
Blackhead Remover
No. 885 ......... .10* .72
No. 886 ......... .15* 1.08
No. 887, Comedone & Spear ......... .25* 1.80
Combination Scissors, No. 525 ......... 2.50* 18.00
Cuticle Clipper, No. 720 ......... 1.00* 7.20
Cuticle Knife, No. 884 ......... .50* 3.
Cuticle Nippers, No. 710 ......... 4.00* 28.
No. 711, w/½ jaw ......... 4.00* 28.
No. 712 ......... 4.00* 28.
No. 713, w/½ jaw ......... 4.00* 28.
Cuticle Pusher, No. 881 ......... .25* 1.
No. 882, w/Knife ......... .50* 3.
No. 883 ......... .50* 3.
Cuticle Scissors
No. 613, Standard ......... 1.50* 10.
No. 620, Service ......... 2.00* 14.
No. 623, Needlepoint ......... 2.50* 18.
No. 633, Professional ......... 3.00* 21.
Manicure Cabinets
No. 66, ea. ......... 40.
No. 99, ea. ......... 99.
No. 9955, ea. ......... 99.
No. 9956, ea. ......... 99.
No. S1-Surgical, ea. ......... 26.
Manicure Implements
On Display Cards
No. 563C, Baby Nail Scissors
Card 6/$1.50* ea., per card ......... 5.
No. 720C, Cuti Clip
Card 6/$1.00* ea., per card ......... 3.
No. 723C, Pocket Nail Clip
Card 12/25¢* ea., per card ......... 1.
No. 724C, Pocket Nail Clip
Card 12/35¢* ea., per card ......... 2
No. 726C, Toe Nail Clip
Card 6/$1.00* ea., per card ......... 3
No. 803C, Nail Files in Sheath
Card 12/20¢* ea., per card ......... 1.
No. 804C, Nail Files
Card 12/15¢* ea., per card ......... 1
No. 805C, Nail Files
Card 12/25¢* ea., per card ......... 1
No. 824C, Nail Files in Sheath
Card 12/25¢* ea., per card ......... 1
No. 858C, Tweez-eez
Card 12/50¢* ea., per card ......... 3
No. 860C, Assorted Tweezers
Card 12/25¢* ea., per card ......... 1
No. 885C, Blackhead Remover
Card 12/10¢* ea., per card .........
Manicure Sets
No. 901, Yeoman, ea. ......... 1.00*
No. 902, Commuter, ea. ......... 1.50*
No. 903, Squire, ea. ......... 2.75*
No. 907, Commodore, ea. ......... 5.00*
No. 909, York, ea. ......... 7.00*
No. 910, Marquess, ea. ......... 8.50*
No. 911, Van Dyke, ea. ......... 10.00*
No. 915, Diplomat, ea. ......... 12.00*
No. 916, Executive, ea. ......... 17.50*
No. 917, Professional, ea. ......... 19.50*
No. 922, Clipper, ea. ......... 3.75*
No. 924, Queen, ea. ......... 4.20*
No. 925, King, ea. ......... 5.00*
No. 931, Pin-up, ea. ......... 2.00*
No. 932, Captain, ea. ......... 2.50*
No. 933, Admiral, ea. ......... 3.00*
No. 934, Countess, ea. ......... 4.00*
Mustache Scissors, No. 543 ......... 1.50*
Nail Clips
No. 723, QWIP ......... .25*
No. 724, Pattern ......... .35*
No. 725, Polished ......... .75*
No. 726, Toe Nail ......... 1.00*
Nail Files
No. 803, 3½" w/sheath ......... .20*
No. 804, 4", pointed ......... .15*
No. 804½, 4½", pointed ......... .20*
No. 805, 5", pointed ......... .25*
No. 805½, 5½", pointed ......... .30*
No. 806, 6", pointed ......... .35*
No. 807, 7", pointed ......... .40*
No. 808, 8", pointed ......... .50*
No. 818, 8", rounded ......... .50*
No. 819, 9", rounded ......... .75*
No. 824, 4-in-1 ......... .25*
Nail Nippers
No. 700, 5½", Barrel Spring ......... 5.00*
No. 701, 4½", Barrel Spring ......... 4.00*
No. 706, 4½", Plier Handle ......... 3.00*
Nail Scissors
No. 523, 3½", Curved ......... 2.00*
No. 533, 3½", Curved ......... 2.50*
No. 534, 4", Curved ......... 3.00*
No. 573, 3½", Straight ......... 2.00*
No. 584, 4", Straight ......... 3.00*
Tweezers
No. 851, Polished, pointed ......... .50*
No. 852, Polished, square ......... .50*
No. 853, Polished, slant ......... .50*
No. 854, Polished, splinter ......... .50*
No. 855, 4-in-1 ......... .50*
No. 858, Curved end ......... .50*
No. 861, Point end ......... .25*
No. 862, Square end ......... .25*
No. 863, Slant end ......... .25*
No. 871, Point end ......... .35*
No. 872, Square end ......... .35*
No. 873, Slant end ......... .35*
No. 874, Safety ......... .35*

*See advertisement on next page*
*Also see Millers Forge Mfg. Corp. Ad Manufacturers' Catalog Section*

★ ★ ★

MILLER'S ROSY (MI 57K)
Liquid, 2 dr. ......... .50
Ointment, 1 oz. ......... 1.00

MILLERTON HERB LAXATIVE (MI 87L)
1½ oz. ......... 1.00

MILLER-ZYME, Miller (MI 56)
Tablets, E.C., 100s, ea.
500s, ea.
1000s, ea.

MILLET SEED, Penick (PE 36)
Whole, ¼ lb., ea.
1 lb., ea.

MIL-LI-FERIN, Miller (MI 56)
Drops, 30 cc., ea.
Tablets, E.C., Dispensing
100s, ea.
500s, ea.
1000s, ea.

Case 1:05-cv-01849-JR Document 17-13 Filed 09/08/2006 Page 5 of 8

1st column—price to consumer
2nd column—price to retailer per dozen or unit price when stated
* denotes fair trade minimum. See page 1

**STEROSAN®**
(chlorquinaldol GEIGY)
**Cream and Ointment**
**Antibacterial & Antifungal Agent**

• *Composition:* Sterosan Cream and Sterosan Ointment contain 3% of active ingredient, 5,7-dichloro-8-hydroxyquinaldine.

• *Indications:* Treatment of a number of pyogenic (gram-positive), mycotic and mixed infections of the skin, and minor wounds. An effective aid in dermatoses with superimposed bacterial or mycotic infections.

• *Supply:* Sterosan Cream, tubes of 30 Gm., jars of 1 lb. Sterosan Ointment, tubes of 30 Gm., jars of 1 lb.

Prescription required.

GEIGY PHARMACEUTICALS
Division of
Geigy Chemical Corporation
220 Church Street
New York 13, N. Y.

STEROSAN, Geigy (GE 16)
Cream, 30 Gm. tube, ea. .... 1.50* .90
Ointment, 30 Gm. tube, ea. .. 1.50* .90

★ ★ ★

STEVENS (ST 70E)
Bubble Bath Supreme, 8 oz. .. 1.10 8.00
Pt. .... 2.00 14.40
Cologne, 4 oz. .... 2.00 14.40
Deodorant for Men, 4 oz. .... .75 5.40
Spicy Shave Lotion, 4 oz. .... .75 5.40
STEVENS DENTIFRICE (ST 70)
1¾ oz. .... .50 4.20
STEVENS OINTMENT (KO 38)
1 oz. .... 1.50 12.00
STEWART'S ANT CAKES (ST 72L)
3s .... .35 2.52
STIBACOL, Harvey (HA 72)
Syrup, pt., ea. .... ... 2.29
Gal., ea. .... ... 13.55
STIEFEL'S MEDICINAL SOAPS (ST 73J)
Acne-Aid Detergent .... .50 4.20
Boric Acid, 5% .... .35 2.80
Carbolic Acid, 5% .... .35 2.80
Germicidal, 1% .... .20 1.44
2% .... .25 1.80
Ichthammol, 5% .... .50 4.00
10% .... .60 4.80
20% .... .75 6.00
Naphthol & Sulfur .... .50 4.00
Oilatum .... .50 4.20
Resorcin, 5% .... .50 4.20
Resorcin & Salicylic Acid .... .50 4.08
Resorcin, Salicylic Acid & Sulfur .... .50 4.20
Resorcin, Salicylic Acid, Tar & Sulfur .... .50 4.20
Resorcin & Sulfur .... .50 4.00
Salicylic Acid, 3½% .... .50 4.00
Salicylic Acid & Sulfur .... .50 4.00
Salicylic Acid, Tar & Sulfur .... .50 4.00
Sulfur, 10% .... .35 2.80
Sulfur, Camphor & Balsam Peru .... .50 4.00
Superfatted .... .35 2.80
Tar, 10% .... .25 2.00
Tar Shampoo, Cake .... .50 4.20
Liquid, 8 oz. .... 1.00 8.00
Tar & Sulfur .... .35 2.80
STIGMANOL, Gold Leaf (GO 15)
Ampuls, 1:2000, 1 cc., 6s, ea. .... ... 1.13
25s, ea. .... ... 3.75
100s, ea. .... ... 14.25
Vials, 1:2000, 10 cc., ea. .... ... 1.20
1:1000, 10 cc., ea. .... ... 2.10
STIGMASTEROL
Delta (DE 30F)
100 mg., ea. .... ... 6.00
Jasonols (JA 33L)
1 Gm., ea. .... ... 4.00
STIGMESATE (NI 9)
10 cc., ea. .... ... 2.00
STIGMONENE BROMIDE
Warner-Chilcott (WA 57)
Ampuls, 0.5 mg., 1 cc.
12s, ea. .... 2.83* 2.30
50s, ea. .... 13.75* 8.25
2 mg., 1 cc., 12s, ea. .... 7.00* 4.20
50s, ea. .... 24.50* 14.70
*See Warner-Chilcott Laboratories Advt. Inside Back Cover*
STIK-TACKS (TH 32)
Miracle Discs, 25s .... .25 1.80

STILBALME, Mayer Chem. (ME 69E)
Tablets, 25 mg., 100s, ea. .... 4.50 3.00
1000s, ea. .... ... 18.00
STILBAMIDE
Jasonols (JA 33L)
1 Gm., ea. .... ... 8.50
STILBAMIDINE
Delta (DE 30F)
1 Gm. bot., ea. .... ... 14.00
STILBESTROL, *See Diethylstilbestrol*
STILBETABS (PH 50K)
E.C., 5 mg., 100s, ea. .... ... 2.30
1000s, ea. .... ... 18.30
25 mg., 100s, ea. .... ... 5.40
1000s, ea. .... ... 45.00

**STILBETIN®**

• Squibb diethylstilbestrol, a potent synthetic estrogen for economical oral therapy. Indicated for every estrogenic need. Available in 6 strengths, from 0.1 mg. tablets to 25 mg. tablets. Also available: 100 mg. high potency tablets.

E. R. SQUIBB AND SONS
Division of Olin Mathieson Chemical Corporation
New York 22, N. Y.

STILBETIN, Squibb (SQ 11)
Tablets, 0.1 mg.
100s, ea. .... 1.20 .72
1000s, ea. .... 9.00 5.40
E.C., 100s, ea. .... 1.40 .84
1000s, ea. .... 12.00 7.20
0.25 mg., 100s, ea. .... 1.40 .84
1000s, ea. .... 10.50 6.30
E.C., 100s, ea. .... 1.50 .90
1000s, ea. .... 13.00 7.80
0.5 mg., 100s, ea. .... 1.50 .90
1000s, ea. .... 11.50 6.90
E.C., 100s, ea. .... 1.50 .90
1000s, ea. .... 14.00 8.40
1.0 mg., 100s, ea. .... 1.80 1.08
1000s, ea. .... 14.50 8.70
E.C., 100s, ea. .... 1.90 1.14
1000s, ea. .... 17.00 10.20
5.0 mg., 100s, ea. .... 3.80 2.28
1000s, ea. .... 32.40 19.44
E.C., 100s, ea. .... 4.05 2.43
1000s, ea. .... 34.90 20.94
25 mg., 100s, ea. .... 8.33 5.00
100 mg., 50s, ea. .... 13.33 8.00

★ ★ ★

STIL-BO, ASL (AM 51)
Vial, 3 mg./cc., 10 cc., ea. .. .75 .45
STIL-CAPO
ASL (AM 51)
Pellets in Clips, 100s, ea. .... 2.50 1.50
1000s, ea. .... 21.00 12.60
In Vials, 25s, ea. .... 1.50 1.00
w/Implanter, ea. .... 2.29 1.38
100s, ea. .... 2.50 1.50
w/Implanter, ea. .... 3.29 1.98
Implanter, single shot, ea. .... .80 .60
Repeater, automatic, ea. .... 6.00 4.50
American Serum (AM 51E)
Pellets, 25s, ea. .... 1.75 1.05
100s, ea. .... 3.00 1.80
Implanter, ea. .... 1.00 .75
Martin's (MA 72R)
Pellets, 100s, ea. .... 2.25 1.50
1000s, ea. .... 18.90 12.60
Implanter, Repeater, ea. .... 6.75 4.50
STILESTRATE, Upjohn (UP 10)
Capsules, 100s, ea. .... ... 1.25
1000s, ea. .... ... 8.50
STILL ROCK WATER (WH 32) .... ... ...
STILLINGIA ROOT
Initial Line (PE 36)
1 oz. pkg., ea. .... ... .17

**STILLMAN'S**
**Medicated Jell**

• *Composition:* The active ingredients are boric acid, lactic acid, oxyquinoline sulphate, glycerine of starch and gum tragacanth base.

• *Action and Uses:* For use as an adjunct in the treatment of Trichomonas Cervicitis and low grade vaginal infection.

• *Administration and Dosage:* To be used as directed by the physician.

STILLMAN COMPANY
Aurora, Illinois

*For prices and sizes see next column*

STILLMAN'S (ST 74)
Complexion Soap, 4 oz. .... .25 2.20
Freckle Cream, ⅞ oz. .... .50 4.40
2 oz. .... 1.00 8.80
Medicated Jell w/applicator
1 1/7 oz. tube .... 1.00 8.00
2½ oz. tube .... 1.50 9.00
2½ oz. Refill tube .... 1.00 6.00
*See advertisement in preceding column*
STILPLEX, Amfre (AM 61E)
Tablets, 5 mg., 100s, ea. .... ... 6.00
1000s, ea. .... ... 52.00
STIL-ROL (BA 36)
Capsules, T.D., 60s, ea. .... ... 8.67
250s, ea. .... ... 24.00
Tablets, 100s, ea. .... ... 2.50
1000s, ea. .... ... 21.00
STILS, Key Corp. (KE 62)
Tablets, 25 mg.
100s, ea., $7.50 ea. .... 5.00* 4.00
STILTABS (AR 34G)
Tablets, 0.5 mg., 100s, ea. .... 1.50* .90
1 mg., 100s, ea. .... 1.50* .90
5 mg., C.T. or E.C.
100s, ea. .... 2.50* 1.50
25 mg., C.T. or E.C.
100s, ea. .... 5.00* 3.00
*Fair traded in Mass. only*
STIM, VETERINARY
Franklin Serum (FR 22S)
8 oz. & gal. .... ... ...
STIMALOSE, Irwin, Neisler (IR 19)
Tablets, Durabond, 50s, ea. .. ... 1.75
100s, ea. .... ... 3.35
500s, ea. .... ... 16.00
1000s, ea. .... ... 31.00
STIMDEX, Ulmer (UL 12)
Tablets, 100s, ea. .... ... 1.35
1000s, ea. .... ... 7.00
STIMENSIL (WA 38)
8 cc. .... ... 12.60
16 cc. .... ... 22.50
STIMO-LAX COMPOUND (CE 21G) .... 1.00 4.00
STIM-U-DENTS (ST 74E)
Tooth Space Cleaners
Pkg. 5 pocket containers .... .35 2.30
STIMULA, Patch (PA 66)
1¼ oz. .... .96* 6.84
1 lb. .... 4.13* 33.00
STIMULATOR (LA 32V)
For Scalp, Liquid, 4 oz. .... 1.00 8.00
STIM-U-LAX (OS 13)
Junior Massage Instrument
Model M4, ea. .... 29.50 19.67
STIMULINE (GI 22E)
Vial, 20 mg./cc.
30 cc., ea. .... 1.50 1.00
STIMUTOL (PH 22E)
Tablets, 30s, ea. .... 2.95* 1.20
60s, ea. .... 4.95* 2.20
STIMZEM (ZI 16E)
Liquid, 30 cc. .... 3.00 24.00
STIRIZOL (ST 74P)
Powder, 12 oz. .... 1.50 12.00
STIRRING RODS
*For information, see Product Index*
STIRSTIX (GL 17)
1000s .... ... ...
STIX DENTAL PLATE POWDER (KU 15)
1⅞ oz. .... .35 1.75
3 oz. .... .60 3.00
5¼ oz. .... 1.00 5.00
STIX PASTE (CR 29E)
Jar w/spreader, 1⅞ oz. .... .10 .56
2 oz. .... .10 .72
3¼ oz. .... .15 1.00
STIXODENT PLATE CLEANER (KU 15)
Powder, 4 oz. .... .35 1.75
10 oz. .... .60 3.00
STOCKAID (RE 76)
Animal Spray, gal., ea. .... ... 1.17
5 gal., ea. .... ... 5.50
STOCKALL, Wilke (WI 23E)
Powder, 3 lb. .... .75 6.50
5 lb. .... 1.10 8.16
15 lb. drum .... 2.34 17.15
25 lb. drum .... 3.51 25.70
50 lb. drum, ea. .... 6.66 4.10
100 lb. drum, ea. .... 12.50 7.65

**STOCKINGS, ELASTIC**
see
**FUTURO**
*Modern* Health Appliances

STOCKINGS, ELASTIC
*For information, see Product Index*
STOCK-TOX (MA 72B)
Pt. .... 1.50 12.00
Qt. .... 2.25 18.00
Gal., ea. .... 6.75 4.50
5 gal., per gal. .... 6.60 4.40
55 gal., per gal. .... 6.38 4.25
STOCO (ST 82W)
Cold Tablets, 15s .... .35* 2.80
Liquid, 2 oz. .... .35* 2.80
STOD-B COMPLEX
Stoddard (ST 76P)
Vial, 10 cc., ea. .... ... 1.70
STODCODON, Stoddard (ST 76P)
Cough Syrup, 4 oz. .... ... 4.60
Pt., ea. .... ... 1.20
Gal., ea. .... ... 8.00
STODCYLATE, Stoddard (ST 76P)
Tablets, 100s, ea. .... ... 1.30
500s, ea. .... ... 5.20
1000s, ea. .... ... 10.00

STODDARD TABLETS (ST 76P)
Acetophenetidin, Aspirin & Salol, 100s, ea. .... ... [illegible]
500s, ea. .... ... 2.70
1000s, ea. .... ... 5.00
Antacid, 100s, ea. .... ... [illegible]
500s, ea. .... ... 1.35
1000s, ea. .... ... 2.50
Benzocaine Comp. Lozenges
100s, ea. .... ... .70
500s, ea. .... ... 2.05
1000s, ea. .... ... 3.70
Betanaphthol Benzoate Comp.
100s, ea. .... ... .30
500s, ea. .... ... 1.25
1000s, ea. .... ... 2.00
Calomel, Camphor, Ipecac & Stramonium Comp.
100s, ea. .... ... [illegible]
500s, ea. .... ... 1.70
1000s, ea. .... ... 3.00
Cascara, Aloin, Podophyllin, Belladonna & Nux Vomica
100s, ea. .... ... .70
500s, ea. .... ... 2.29
1000s, ea. .... ... 4.00
Cascara Comp. w/Strychnine
100s, ea. .... ... [illegible]
500s, ea. .... ... [illegible]
1000s, ea. .... ... 1.50
Gentian & Nux Vomica Comp.
100s, ea. .... ... .70
500s, ea. .... ... 2.20
1000s, ea. .... ... 4.00
Hyoscyamus Comp.
No. 1, 100s, ea. .... ... [illegible]
500s, ea. .... ... 3.45
1000s, ea. .... ... 6.50
No. 2, 100s, ea. .... ... [illegible]
500s, ea. .... ... 3.45
1000s, ea. .... ... 6.50
Iron, Manganese, Arsenic & Nux Vomica Comp.
100s, ea. .... ... .70
500s, ea. .... ... 2.20
1000s, ea. .... ... 4.00
Menthol, Morphine Sulfate & Acetanilid Comp.
100s, ea. .... ... [illegible]
500s, ea. .... ... 1.95
1000s, ea. .... ... 3.50
Monobromated Camphor Compound, 100s, ea. .... ... [illegible]
500s, ea. .... ... 1.45
1000s, ea. .... ... 2.50
Ox Bile Extract, 100s, ea. .... ... 1.10
500s, ea. .... ... 4.20
1000s, ea. .... ... 8.00
Phenobarbital Tablets
¼ gr., 100s, ea. .... ... [illegible]
500s, ea. .... ... [illegible]
1000s, ea. .... ... 1.20
½ gr., 100s, ea. .... ... .50
500s, ea. .... ... 1.05
1000s, ea. .... ... 2.70
1½ gr., 100s, ea. .... ... [illegible]
500s, ea. .... ... 1.90
1000s, ea. .... ... 3.40
Rhubarb, Nux Vomica & Ipecac Comp., 100s, ea. .... ... .70
500s, ea. .... ... 2.20
1000s, ea. .... ... 4.00
Sanguinaria, Tartar Emetic, Ipecac & Amm. Chloride Comp.
100s, ea. .... ... [illegible]
500s, ea. .... ... 1.95
1000s, ea. .... ... 3.50
Sodium Nitrite Compound
100s, ea. .... ... .90
500s, ea. .... ... 3.20
1000s, ea. .... ... 6.00
Sodium Salicylate Tablets
5 gr., 100s, ea. .... ... [illegible]
500s, ea. .... ... 1.70
1000s, ea. .... ... 3.00
Stillingia & Mercuric Chloride Comp., 100s, ea. .... ... 1.10
500s, ea. .... ... 4.20
1000s, ea. .... ... 8.00
Strychnine Phosphate & Zinc Phosphide, 100s, ea. .... ... [illegible]
500s, ea. .... ... 1.95
1000s, ea. .... ... 3.50
Terpin Hydrate & Potassium Guaiacolsulfonate, 100s, ea. .... ... 1.00
500s, ea. .... ... 3.70
1000s, ea. .... ... 7.00
Viburnum Comp., 100s, ea. .... ... 1.10
500s, ea. .... ... 4.20
1000s, ea. .... ... 8.00
STODERONE, Stoddard (ST 76P)
Tablets, 100s, ea. .... ... 2.00
STODESTROGEN, Stoddard (ST 76P)
Aqueous Suspension, Vial
20,000 I.U./cc., 10 cc., ea. .... ... 1.70
In Oil, Vial
10,000 I.U./cc., 10 cc., ea. .... ... 1.20
STODESTROL, Stoddard (ST 76P)
Tablets, 100s, ea. .... ... [illegible]
500s, ea. .... ... [illegible]
1000s, ea. .... ... 5.00

*Store Modernization*

Develop a complete store plan before you remodel in part or in whole. Read DRUG TOPICS stories dealing with typical pharmacy remodeling and building problems. Check every building and equipment detail before you invest in a store reorganization program.

American Druggist 1954-1955

# BLUE BOOK

Latest Products and Price Changes

with the following symbols:

(Rx) . . . . 'Rx only' products

● . . . . . narcotic products

⊙ . . . . . exempt narcotics

*

Prescription Refresher Course

*

Merchandising Manual

*

Store Equipment Department

*

Animal-Poultry Health Guide

*

Index of Manufacturers

SEE COMP
TABLE OF CO
ON PAGE

LATEST FAIR TRADE PRICES

## DERMOLATE®

...osition: Smooth, soft-lath... Dermolate is a non-irritat... non-abrasive, hypoallerg... skin detergent in cake... Completely different in... ical composition from or... soaps, Dermolate will... ritate the skin or aggra... existing skin conditions... are sensitive to common... d soaps.

It's For: Because Dermo... "milder than the mildest"... it is ideally suited for... aby's daily bath and for... rsons whose skin is sensi... or irritated by ordinary...

...ally recommended for... leansing in: Contact der... due to any cause, oc... onal dermatoses, infantile... minor skin irritations, and inflamed skin due to soaps and for surgical up.

...'s Used: May be used like ...gular cake soap.

...upplied: 4 oz. cakes.

...E LABORATORIES, INC. ...ilworth, New Jersey

DERM-X-OL (12881 International Chem.)
Sol., 1 oz. .... .75 6.00
4 oz. .... 2.00 15.00

## DERMYCIN

"Wash with mild soap and warm water before each application."

A paranitrophenol-sodium iodate solution, indicated in mycotic, pyogenic, and pruritic infections of the skin.

CHAL-YON CORPORATION
New York 5, New York

DERMYCIN (5370A Chal-Yon Corp.)
1 fl. oz. .... 1.00 7.20
2 fl. oz. .... 1.85 13.00
8 fl. oz. .... 6.50 51.00
16 fl. oz. .... 12.00 96.00

DERMAFTAN(R) (26882 Vacre)
4 oz. ea. .... .... 1.50
8 oz. ea. .... .... 2.70
1 lb. ea. .... .... 4.80
5 lbs. ea. .... .... 21.00

DEROCER (25811 Sessen)
Ointment, 1 oz. jar .... .50 4.00
1 lb. jar ea. .... 4.00 2.66

DERSITE(R) (5619 Chicago Pharmacal)
Lotion, pt. ea. .... .... 2.50
Gal. ea. .... .... 16.00

DERVIDE TABS. (6849 Daniels) .75 7.00

DERVITA (8165 Elene of Vienna)
Cream, 1 oz. ea. .... •1.00 .60
3 oz. ea. .... •2.00 1.20
8 oz. ea. .... •4.50 2.70

DES (6664 Grant Chem.)
Suppositories, 25 mg., 12s .... .... 27.00
Tablets, .05 mg.
100s .... .... 12.00
500s ea. .... .... 4.00
1000s ea. .... .... 7.50
0.1 mg.
100s .... .... 12.00
500s ea. .... .... 4.00
1000s ea. .... .... 7.50
0.5 mg.
100s .... .... 12.00
500s ea. .... .... 4.00
1000s ea. .... .... 7.50
1 mg.
100s .... .... 12.00
500s ea. .... .... 4.00
1000s ea. .... .... 7.50
2 mg.
100s .... .... 24.00
500s ea. .... .... 9.00
1000s ea. .... .... 17.00
5 mg.
100s .... .... 30.00
500s ea. .... .... 11.50
1000s ea. .... .... 21.00
10 mg.
100s .... .... 52.30
500s ea. .... .... 20.00
1000s ea. .... .... 38.00
25 mg.
30s .... .... 30.00
100s .... .... 90.30
250s ea. .... .... 18.00
500s ea. .... .... 34.00
1000s ea. .... .... 62.00
50 mg.
100s ea. .... .... 12.00
100 mg.
100s ea. .... .... 21.00

DESACHOLINE (15864 Mallard)
100s ea. .... .... 2.75
500s ea. .... .... 12.50
1000s ea. .... .... 24.00

DESALIN (1896 Base Medical)
100 ea. .... .... 1.50

DESAMINE (24292 Starr Pharm.)
Tabs., 5 mg., 1000s ea. .... .... 3.00
10 mg., 1000s ea. .... .... 5.00

DE SANCTIS GOUT PILLS (9369 Fougera)
12s .... .... 8.00
36s .... .... 18.00

DESAPHEN (27112 Veltex)
Elixir, pt. ea. .... .... 2.00
Gal. ea. .... .... 12.00
Tabs., 100s .... .... 6.00
1000s ea. .... .... 3.25

DESATOL (7854 Dwight, R.E. & Co.)
Tablets, 30s ea. .... •1.25 .75
100s ea. .... •3.20 2.00
1000s ea. .... •30.00 18.00

DESBUTAL(R) (89 Abbott)
Capsules, 100s ea. .... •3.75 4.17 2.50
1000s ea. .... •33.75 37.50 22.50
5000s/1000 .... •31.50 35.00 21.00

DESCHIEN'S (27514 Wallau)
Syrup, 275 c.c. .... .... 26.40
Wine, 320 c.c. .... .... 26.40

DESCOLATE (27300 Vita-Fore)
Syrup, qts. ea. .... .... 2.50
Gals. ea. .... .... 7.95

DES-CORT (18334 Niagara Drug Co.)
5 mg. per c.c., Aqueous, vial
10 c.c. ea. .... .... 1.75
In oil,
10 c.c. ea. .... .... 1.75

DESCORTERONE (14059 Kirk, C. F.)
5 mg. per c.c.
10 c.c. vial ea. .... 2.00 1.50

DESCOSTERONE (621 American Bio-Chemical Corp.)
Vial, 50 c.c. ea. .... 3.50 2.62

DESCOTONE (23289 Sharp & Dohme)
Sol., 5 mg./c.c.
10 c.c. vial ea. .... •8.91 9.90 5.94

DESELEVEN (14937 Leeds Pharm.)
4 oz. ea. .... .... 1.25
Pt. ea. .... .... 4.00

DESELIXA (10664 Grant Chemical)
Bottles, 6 oz., ea. .... 3.60
16 oz., ea. .... 9.00

## DESENEX*

### OINTMENT & POWDER ZINCUNDECATE SOLUTION UNDECYLENIC ACID

A potent, yet bland antimycotic agent for Dermatomycosis Pedis (Athlete's Foot).

*Reg. U.S. Pat. Off.

WALLACE & TIERNAN INCORPORATED
Belleville 9, N. J.

DESENEX (27509 Wallace & Tiernan)
Ointment, 1 oz. .... .81 6.48
1 lb. ea. .... 8.10 5.40
Powder, 1½ oz. .... .81 6.48
1 lb. ea. .... 6.37 4.25
Solution, 2 oz. .... .81 6.48
Pt. ea. .... 4.05 2.70

DESEROID (11524 Harvey)
Tablets, No. 1, 1000s ea. .... .... 2.75
No. 2, 1000s ea. .... .... 2.50
No. 3, 1000s ea. .... .... 2.50

DESERT FLOWER (23389 Shulton)
Dusting Powder, 7 oz. .... 1.50 ....
Hand & Body Lotion
3½ oz. .... 1.00 ....
Perfume, 1 dram .... 3.00 ....
2 dram .... 5.50 ....
4 dram .... 10.00 ....
Purse Size, ½ dr. .... 1.00 ....
Powder Sachet, Body, 1 oz. .... 1.25 ....
Stick Cologne Concentrate .... 1.00 ....
Talcum, 4⅝ oz. tube .... 1.00 ....
Toilet Soap, 3 cakes .... 1.50 ....
Toilet Water, 3½ oz. .... 1.50 ....
W/Atomizer .... 2.50 ....

## DESICOL® KAPSEALS®

(Pronounced—Des' i-kol)

**Composition:** Hermetically sealed yellow capsule with brown band. Each Kapseal contains 0.325 grams (5 gr.) of desiccated whole bile, which is equivalent to approximately 2.5 cc. of fresh whole bile. Kapseals Desicol represent desiccated whole bile in a form which is readily soluble and similar to natural whole bile in therapeutic activity.

**Action and Uses:** Desicol is used in management of obstruction of the common bile duct, acute catarrhal jaundice, cirrhosis of the liver, cholecystitis, and toxemias. Desicol may be helpful in treatment of anorexia, belching, and constipation, particularly in obese, middle-aged, or sedentary patients. Patients with intestinal indigestion and stasis usually are responsive to treatment with Desicol.

**Also Available:** Ferro-Desicol Kapseals each containing 4 grs. Desicol and 2 grs. ferrous sulfate desiccated. Ferro-Desicol is useful in treatment of patients with hypochromic (secondary) anemias, especially in the presence of biliary dysfunction.

*Parke, Davis & Company*
Detroit 32, Michigan

*For prices and sizes see next column*

DESERT MORN (10270 Glenway)
Bubble Bath, 25 env. .... •.90 1.00 8.00

DESERT ZEPHYRS BATH COMP. (12630 Hy-G. Corp.) .... 1.50 11.70
.... 2.00 15.60

DESFEN(R) (6213 Cook, E. K.)
Bottle of 100s ea. .... 1.75 1.05

DESFUNCTION (10664 Grant Chem. Co.)
Caps., 15 mg., 50s .... .... 48.00
100s .... .... 90.00
500s ea. .... .... 33.00
1000s ea. .... .... 58.00
30 mg. 50s .... .... 72.00
100s .... .... 120.00
500s ea. .... .... 45.00
1000s ea. .... .... 75.00

DESICOL (19539 Parke, Davis)
Kapseals, 100s ea. .... •2.84 3.15 1.89
1000s ea. .... •22.41 24.90 14.94

DESIGUENT-BACITRACIN(R) (26794 Upjohn)
1 oz. jar .... .... 20.35

DESILEX (27300 Vita-Fore)
Capsules, 100s ea. .... .... 1.50
1000s ea. .... .... 10.00

DESIR DU COEUR (28634 Ybry, Inc.)
Purse size .... •2.00 ....
½ oz. .... •6.50 ....
1 oz. .... •12.00 ....
2 oz. .... •20.00 ....

## DESITIN

### Hemorrhoidal SUPPOSITORIES with Cod Liver Oil

• **Composition:** The original, pioneer cod liver oil suppositories. Combine high grade, Norwegian Cod Liver Oil, Lanolin, Zinc Oxide, Bismuth Subgallate, Balsam Peru, Cocoa Butter Base. Spreads soothing, lubricant, healing film over irritated mucosa. Relieves pain, itching, and congestion. Minimizes bleeding.

DESITIN CHEMICAL CO.
70 Ship St., Providence, R. I.

DESITIN (7282 Desitin)
Hemorrhoidal Suppositories w/Cod Liver Oil
12s .... •1.39 1.50 12.00
Infant size, 12s .... •1.32 1.40 11.20

## DESITIN LOTION

**Composition:** A homogenized, smooth, soothing, protective lotion which provides the well-known healing effects of crude Norwegian cod liver oil with the gentle astringent action of zinc oxide and magnesium carbonate in lime water and Emulsifiers. Useful as a vehicle for many dermatological drugs.

**Indications:** Relief from itching and irritation of sunburn, insect bites, poison oak, urticaria, chemicals, etc., exanthema, eczematous dermatitis, pruritus ani et vulvae.

**Application:** Apply locally 3 to 4 times a day.

DESITIN CHEMICAL CO.
70 Ship St., Providence, R. I.

Lotion, 4 oz. bot. .... •1.39 1.50 12.00

## PROFITABLE IDEAS

*Refer to pages 4-20*
*Blue Book*
*Merchandising Section*

## DESITIN OINTMENT

### The External Cod Liver Oil Therapy

• **Composition:** A stable nc irritating blend of cod liver (with unsaturated fatty ac and vitamins A and D in proc ratio for maximum efficac, petrolatum, lanum, zinc ox and talcum.

• **Indications:** Wounds, Bur Varicose Ulcers, Skin Injuries all description, Intertrigo, D per Rash, Bed Sores, care Infants, etc.

• **Important Properties:** Stim lates healthy granulation and celerates smooth epithelizat without irritation. Minimi scarring. Allays pain and itchi Dressings easily applied a painlessly removed; does r interfere with granulations ready formed; it is not liquef by the heat of the body nor any way decomposed by wou secretions, urine exudation excrements.

• **Application:** Desitin Ointm is not applied directly to wound but is spread on gau about the thickness of a ta knife. For more detailed d cription of uses and admir tration see circular.

DESITIN CHEMICAL CO.
70 Ship St., Providence, R.

Ointment, 1 oz. tube .... •.57 .60
2 oz. tube .... •.82 .85
4 oz. tube .... •1.19 1.25
1 lb. jar .... •3.50 3.60

## DESITIN POWDER

• **Composition:** The only ba powder saturated with cod li oil (plus its vitamins A anc and unsaturated fatty acids), a fine, dry dusting base of z oxide, talcum, magnesium ox

• **Indications:** Intertrigo, Dia Rash, over-all care of the fant's skin, Exanthema, Chaf. Minor Burns, care of the fc Being saturated with Cod L Oil, it does not deprive the s of its natural fat.

• **Application:** To be dus liberally over and whene possible rubbed well into skin.

DESITIN CHEMICAL CO.
70 Ship St., Providence, R.

Powder, 2 oz. can .... •.53 .60

DESIVER (26759 U. S. Vitamin)
Tablets, 100s ea. .... •2.35
500s ea. .... •9.50
1000s ea. .... •17.75

DESLEAUX (27514 Wallau)
80 Gm. .... ...

DESOBEX(R) (18572 Neland Pharm.)
Caps., 100s .... 5.00

DESOBRINE (27112 Veltex)
Tabs., #'s 1, 2 & 3
Sets of 3x100 .... ....
3x1000 ea. .... ....

DESOPHED (25658 Success Chemical)
Tabs., 2.5 mgm., 100s ea. .... ....
1000s ea. .... ....
5.0 mgm., 100s ea. .... ....
1000s ea. .... ....

DESOPHEN (R) (24292 Starr Pharm.)
Tabs., 1000s ea. .... ...

DESOVALS (27307A Vitamin Corp. of Am.)
Sets of 3 x 100 ea. .... 3.50
3 x 1000s ea. .... 30.00

Case 1:05-cv-01849-JR Document 17-13 Filed 09/08/2006 Page 8 of 8

1954-1955 Bluebook

Dic Page 182 Prices are listed in the following order: Fair Trade Minimum; Full Retail Each; and Wholesale Per [illegible]—or as specified. AMERICAN DRUGGIST BLUE BOOK

DICOTRATE® (4524 Baffington's)
Syrup, 16 oz. ea. .......... 2.85 1.71
Gal. ea. .......... 16.25 9.75
DICOTRATE W/PARAMINYL(R)® (4524 Baffington's)
Syrup, 16 oz. ea. .......... 3.75 2.25
Gal. ea. .......... 24.35 14.61

## DICRYSTICIN®

• Each dose of Dicrysticin supplies 300,000 units of procaine penicillin G, 100,000 units of potassium penicillin G, and 0.25 Gm. each of streptomycin and dihydrostreptomycin sulfates. With therapeutic doses of Dicrysticin there is almost no danger of ototoxicity, since the streptomycin drugs are present in small amounts.

• Dicrysticin is especially recommended for the prophylaxis and treatment of contaminated wounds, peritonitis, and mixed infections of the respiratory or urogenital tract. It is also indicated for resistant infections in which penicillin and streptomycin may act synergistically. Supplied in 1 and 5 dose vials.

E. R. SQUIBB AND SONS
Division of Mathieson Chemical Corporation
New York 22, N. Y.

DICRYSTICIN(R) (24119 Squibb)
400,000 Units w/0.5 gm.
1 dose vial ea. .......*.60 .67 .40
5 dose vial ea. .......*2.02 2.25 1.35

## DICRYSTICIN® FORTIS

• Dicrysticin Fortis is the same as Dicrysticin except that it contains twice as much streptomycin and dihydrostreptomycin: procaine penicillin G, 300,000 units, potassium penicillin G, 100,000 units, and 0.5 Gm. each of streptomycin and dihydrostreptomycin sulfates.

• Indications are the same as for Dicrysticin. Dicrysticin Fortis is especially suited to mixed infections with a considerable gram-negative component. 1 and 5 dose vials.

E. R. SQUIBB AND SONS
Division of Mathieson Chemical Corporation
New York 22, N. Y.

DICRYSTICIN FORTIS(R) (24119 Squibb)
Improved Formula
400,000 Units w/0.5 gm.
1 dose vial ea. .......*.74 .82 .49
5 dose vial ea. .......*3.00 3.33 2.00
DICTATOR (10114 Gilbert, Wm. L.)
No. 5210 clock, ea. .......... 2.95 1.95
No. 5210-L luminous, ea. .......... 3.90 2.45
DICTNA (18909 O'Connell Bros.)
Tablets, 250s ea. .......... .... 2.10
1000s ea. .......... .... 7.20
DICUMAROL(R)
Abbott (89)
Tablets,
25 mg., 100s ea. ...*1.57 1.75 1.05
1000s ea. ...*13.41 14.90 8.94
50 mg., 100s ea. ...*2.56 2.85 1.71
1000s ea. ...*21.78 24.20 14.52
0.1 Gm., 100s ea. ...*4.05 4.50 2.70
1000s ea. ...*34.38 38.20 22.92
Lannett (14677)
Capsules, 50 mg.
500s ea. .......... .... 7.00
1000s ea. .......... .... 12.00
Lilly (15249)
Pulvules,
25 mg., 100s ea. *1.57 1.75 1.05
1000s ea. *13.41 14.90 8.94
50 mg., 100s ea. *2.56 2.85 1.71
1000s ea. *21.78 24.20 14.52
100 mg., 100s ea. *4.05 4.50 2.70
1000s ea. *34.38 38.20 22.92
Parke, Davis (19539)
Tablets,
100 mg., 100s ea. *4.05 4.50 2.70

Schieffelin & Co. (22824)
C. T. 50 mg.
100s ea. .......... 2.85 1.71
1000s ea. .......... 24.20 14.52
C. T. 100 mg.
100s ea. .......... 4.50 2.70
1000s ea. .......... 38.20 22.92
Squibb (24119)
Capsules,
50 mg., 100s ea. *2.56 2.85 1.71
1000s ea. *21.73 24.17 14.50
100 mg., 100s ea. *4.05 4.50 2.70
1000s ea. *34.35 38.17 22.90
Upjohn (26794)
Tablets, 100 mg., 100s ea. .... 3.18
DICURIN PROCAINE(R) (15249 Lilly)
Ampoules, 2 c.c.
25s ea. .......*8.59 9.55 5.73
100s ea. .......*33.30 37.00 22.20
10 c.c. r.s., ea. .......*1.80 2.00 1.20
DID (28505A Wright, M. A.)
Shampoo, 6 oz. .......... *1.00 7.20
DIDY (15430 Lockwood Lawrence) .......... .50 3.60
DIEHL, WM. CO. (7425)
Carnauba Wax
No. 1 Yellow .......... .... ....
No. 3 N.C. .......... .... ....
American Double Refined .... ....
Crude African Beeswax .... ....
DIENER'S DIAMOND RING & JEWELRY CLEANER (7427 Diener) .......... 1.00 8.00
DIENES-T (27314 Wallace)
Tablets, 30s .......... .... 18.00
60s .......... .... 32.40
DIENESTROL(R)
American Drug Products (696)
0.1 mg., 1000s ea. .......... .... 2.55
0.5 mg., 1000s ea. .......... .... 3.30
Bio-Ramo (25204)
0.1 mg., 100s ea. .......... .... .90
1000s ea. .......... .... 4.50
0.5 mg., 100s ea. .......... .... 1.35
1000s ea. .......... .... 6.25
1.5 mg., 100s ea. .......... .... 2.00
1000s ea. .......... .... 10.00
Dillard R., Yates (7446)
Suspension, 10 c.c. ea. .......... 3.15 2.10
Key Pharmacal (13900)
Solution, 5 mg.
10 c.c. ea. .......... 3.00 1.80
Lloyd & Dabney (15391)
Tablets, 0.25 mg.
100s ea. .......... .... .85
0.5 mg.
100s ea. .......... .... 1.00
Mass Fine Chem. (15930)
10 gm. bot. ea. .......... .... 6.00
Massengill (16199)
Tablets, 0.5 mg.
100s ea. .......*1.35 .90
500s ea. .......*5.55 3.70

## DIENESTROL CREAM

• Composition: Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

• Action and Uses: Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• How Administered: Applied intravaginally by ORTHO® applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• How Supplied: Dienestrol cream is supplied in large tubes, with or without ORTHO measured-dose applicator.

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey

Ortho (19165)
Cream, tube .......... 2.25 18.00
w/Applicator .......... 2.75 22.00
Premo (20614)
Tablets, 0.5 mg.,
Bottles of 100s ea. .... .... 1.20
1000s ea. .... .... 10.08
Professional Prods. (20741)
Tablets,
0.1 mgm., 500s ea. .... .... 2.00
1000s ea. .... .... 3.50
0.5 mgm., 500s ea. .... .... 3.00
1000s ea. .... .... 5.25
Veltex (27112)
Tablets, 0.1 mg., 100s .... .... 10.00
1000s ea. .... .... 6.50
0.5 mg., 100s .... .... 12.00
1000s ea. .... .... 7.80

West-Ward (27887)
0.1 mg., 100s ea. .......... .... .62
1000s ea. .......... .... 4.50
0.5 mg., 100s ea. .......... .... .75
1000s ea. .......... .... 5.00

## White's DIENESTROL TABLETS 10 mg. (N.N.R.)

Composition: A non-steroid, synthetic estrogen in high potency tablet form.

What It's For: For use in the palliative management of inoperable cancer of the prostate and the female breast in women at least 5 years postmenopausal, in the control of functional uterine bleeding. Dienestrol has been reported to be the best tolerated of all commonly used estrogens. Contraindications are similar to those for any estrogen used for high potency therapy. Literature describing indications and suggested dosage in detail available on request.

How Supplied: White's Dienestrol Tablets, 10 mg. scored, in bottles of 100 and 1000.

WHITE LABORATORIES, INC.
Kenilworth, New Jersey

White (27959)
Tablets, 0.1 mg.
100s ea. .......... 1.25 .75
1000s ea. .......... .... 6.50
0.5 mg., 100s ea. .......... 1.75 1.05
1000s ea. .......... .... 9.00
10 mg., 100s ea. .......... 5.00 3.00
1000s ea. .......... .... 27.00
DI-ERONE (14397 Kremers-Urban)
Tablets, 20s ea. .......... .... 1.35
60s ea. .......... .... 3.12
500s ea. .......... .... 20.70
1000s ea. .......... .... 40.50
DIESTIANS (20493 Pond Pharm.)
Tablets
15s .......... *.23 .25 2.00
35s .......... *.49 .50 4.00
80s .......... *.98 1.00 8.00
DIESTRYL (18546 Normand Pharm.)
Tablets, 5 mg.
C.T., 100s ea. .......... .... .75
500s ea. .......... .... 2.95
1000s ea. .......... .... 4.98
E.C., 100s ea. .......... .... .85
500s ea. .......... .... 3.30
1000s ea. .......... .... 5.60
25 mg., C.T., 100s ea. .......... .... 1.85
500s ea. .......... .... 7.90
1000s ea. .......... .... 15.00
DIESTYLS (10096 Gilbert, Allen)
100 mg., 100s ea. .......... .... 12.00
DIETABS (10096 Gilbert, Allen)
Capsules, 3x100s ea. .......... .... 7.50
3x1000s ea. .......... .... 35.00
Tablets, Plain, 3x100s ea. .......... .... 5.00
3x1000s ea. .......... .... 24.00
DIETAMINE (13894 Key Corp.)
Tabs., 5 mg., 1000s ea. .......... .... 5.00
10 mg., 100s ea. ...*1.88 2.50 1.25
1000s ea. .......... .... 6.00
Vials, 20 mg., 30 c.c. ea. *4.50 5.50 3.00
DIETAPHEN (13894 Key Corp.)
Tabs., 100s ea. ...*3.00 4.00 2.00
DIET-CAPS (10096 Gilbert, Allen Co.)
Capsules, 3x90s .......... .... 30.00
DIETENE REDUCING SUPPLEMENT (7429 Dietene)
Plain or Chocolate
1 lb. .......... *1.59 1.60 12.85
5 lb. ea. .......... *7.29 7.30 4.90
DIETEX (7359 Dixie Chemical)
Tablets, 63s .......... 3.00 24.00
DIETHRONS (27308A Vitamin Industries)
Caps., 60s ea. .......... 3.00 1.80
120s ea. .......... 5.00 3.00
DI-ETH-STROL (5664 Christina)
Aqueous Suspension
25 mg./c.c., 10 c.c. vial ea. .... 2.00
In Oil
25 mg./c.c.
10 c.c. vial ea. .......... .... 2.00
DIETHYLBARBITURIC ACID (See Barbital)
DIETHYLSTILBESTROL (R)
A.P.C. (809)
Tablets
0.5 mg., 100s ea. .......... .... .32
1000s ea. .......... .... 1.26
Enteric Coated Red
100s ea. .......... .... .40
1000s ea. .......... .... 1.80

1 mg., 100s ea. [illegible]
1000s ea. [illegible]
Enteric Coated Red
100s ea. [illegible]
1000s ea. [illegible]
5 mg., 100s ea. [illegible]
1000s ea. [illegible]
Enteric Coated Red
100s ea. [illegible]
1000s ea. [illegible]
25 mg., 100s ea. [illegible]
1000s ea. [illegible]
Enteric Coated Red
100s ea. [illegible]
1000s ea. [illegible]
Abbott (89)
Enterab Tablets, 5 mg.
100s ea. .......*3.64 4.05 [illegible]
250s ea. .......*8.55 9.50 [illegible]
1000s ea. .......*31.41 34.90 [illegible]
5000s/1000 .......*29.83 33.15 19
Suppositories, Vaginal
0.5 mg. 6s ea. .......*.99 1.10 [illegible]
50s ea. .......*5.94 6.60 [illegible]
Tablets,
0.5 mg. 100s ea. ...*1.35 1.50 [illegible]
250s ea. ...*3.01 3.34 [illegible]
1000s ea. ...*10.35 11.50 [illegible]
5 mg., 100s ea. ...*3.42 3.80 [illegible]
250s ea. ...*7.87 8.75 [illegible]
1000s ea. ...*29.16 32.40 19
5000s/1000 *27.00 30.00 18
25 mg. 25s ea. ...*2.09 2.32 [illegible]
100s ea. ...*7.50 8.33 [illegible]
1000s ea. *71.25 79.17 47
5000s/1000 *59.25 65.83 39
100 mg., 25s ea. ...*6.00 6.67 [illegible]
Academy (116)
1 mg., 100s ea. [illegible]
1000s ea. [illegible]
1 mg., E.C., 100s ea. [illegible]
1000s ea. [illegible]
5 mg., 100s ea. [illegible]
1000s ea. [illegible]
E.C., 100s ea. [illegible]
1000s ea. [illegible]
25 mg., 100s ea. [illegible]
1000s ea. [illegible]
E.C., 100s ea. [illegible]
1000s ea. [illegible]
American Bio-Chemical (621)
Perles, .1 mg., 100s ea. .... .30 [illegible]
1000s ea. .... 5.00 [illegible]
.5 mg., 100s ea. .... 1.00 [illegible]
1000s ea. .... 7.00 [illegible]
Tablets, 1 mg., 100s ea. .... 1.10 [illegible]
1000s ea. .... 8.00 [illegible]
5 mg., 100s ea. .... 2.00 [illegible]
1000s ea. .... 15.00 [illegible]
25 mg., 100s ea. .... 4.50 [illegible]
1000s ea. .... 40.00 30.
American Drug Prod. (696)
0.1 mgm., 1000s ea. [illegible]
E.C., 1000s ea. [illegible]
0.5 mgm., 1000s ea. [illegible]
E.C., 1000s ea. [illegible]
1.0 mgm., 1000s ea. [illegible]
E.C., 1000s ea. [illegible]
5.0 mgm., 1000s ea. [illegible]
E.C., 1000s ea. [illegible]
25 mgm., 1000s ea. [illegible]
E.C., 1000s ea. [illegible]
American Serum Co. (841A)
10 c.c. (1-2 doses) ea. [illegible]
Anchor Serum (945)
Solution, 4 mg./c.c.
60 c.c. .......... 1.06 [illegible]
Approved Pharm. (1140)
Tablets
C.T., 0.5 mg., 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]
5000s/1000s [illegible]
1. mg., 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]
5000s/1000s [illegible]
5. mg., 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]
5000s/1000s [illegible]
25 mg., 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]
5000s/1000s [illegible]
E.C., 0.5 mg., 100s ea. [illegible]
1000s ea. [illegible]
5000s/1000s [illegible]
1. mg., 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]
5000s/1000s [illegible]
5. mg., 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]
5000s/1000s [illegible]
25 mg., 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible] 11.25
5000s/1000s [illegible] 11.15
Arlco Drug Co. (1197)
Tablets,
E.C., 1 mg. 100s ea. [illegible]
C.T., 5 mg. 100s ea. [illegible]
500s ea. [illegible] 4.50
25 mg. 100s ea. [illegible]
500s ea. [illegible]

(Continued on Next Page)