# EXIBIT 9
# PART 5

**DUTCH CRAFTER** (7224 De Pree)
Polish, 8 oz. .75 5.40

**DUTCH FUMIGANT** (28826 Whitmoyer Labs.)
1 qt. can .... 8.75
1 gal. can (6 per case) .... 13.50

**DUTCH GIRL** (9772A Garland Creations) 1.00 7.20

**DUTERRA** (28568 Wyeth)
12 fl. oz. btl. ea. •1.49 .... 1.06

**DUTRONE** (21081 Raser Corp.)
Injectable, 5 c.c. vial ea. 2.40 1.65

**DUTTON'S T. A.** (8751 Fairchild N. L.)
Liniment .50 3.00
Vegetable Comp. 1.00 6.00

**DU-URN** (7845 Du-Urn)
Hygienic Unit •4.50 32.40

**DUVA** (8276 Ember)
Douche Liquid
8 oz. 1.25 9.00
16 oz. 1.75 14.00
Gal. ea. 13.60 9.00

**DUVELLE** (7852)
Rose Cologne, 4 oz. •2.00 14.00
Perfume, 2 dr. •3.00 21.00

**DUZ-KIL** (7444 Dill)
Pt. •.69 5.40
Qt. •1.19 9.60
Gal. •3.25 30.00

**DUZ-KILL INSECT SPRAY** (11455 Harrison Oil)
Pt. (per cs. of 24) .39 5.76
Qt. .65 4.80
Gal. (per cs. of 6) 2.25 8.40

**D-VITA**
Modern Products (17356)
Tablets, 60s 1.00 7.20
160s 2.50 18.00
Vitarine (27334)
Ampoules, 1 c.c.
6s ea. .... 1.60
25s ea. .... 5.20
100s ea. .... 18.00
30 c.c. M.D. vial ea. .... 3.30

**DWARFIES** (27307B Vitamin Div.)
Lem-Caps, 100s •2.50 18.00
Lem-Fe, 100s •2.00 13.50
Lem-Min, 50s •1.00 7.20
Quints, 100s •2.00 13.20
Super Deluxe, 36s •2.00 14.40
100s •4.95 35.64
Soperette, 100s •7.50 45.00
10-Vitamins, 30s •1.00 8.00
100s •3.00 24.00
Vitamin B-12, 100s •1.49 9.00

**DWIN** (3085 Boyle-Midway)
Push Button Insect Aerosol
12 oz. •1.69 13.32

**DX-114** (3084 Boyle)
1 oz. ea. •1.49 1.50 .81

**DYBASIK** (7262 DyBasik Dentifrices)
Mouth Rinse, 8 oz. •.59 .60 4.32
16 oz. •.98 1.00 7.20
Tooth Paste, 1.2 oz. •.23 .25 2.00
3 oz. •.49 .50 4.00
5 oz. •.69 .70 5.60
Tooth Powder, 1½ oz. •.23 .25 2.00
3 oz. •.49 .50 4.00

**DYCORT** (11524 Harvey)
5 mg. per c.c. in Sesame Oil
10 c.c. ampul vial ea. .... 4.50

**DYDIZONE** (13821 Kensington Prods.)
6 oz. •.89 1.00 7.20

**DYKATUSS**⊙ (12062A Hiss Pharm.)
4 oz. ea. .... .67
16 oz. ea. .... 2.60
Gallon ea. .... 16.50

**DYKROGEN** (21465 Research Aphiliates)
Tablets
25 mg., C.T. 100s ea. .... 3.25
500s ea. .... 14.60
1000s ea. .... 28.90
E.C. 100s ea. .... 3.90
500s ea. .... 16.90
1000s ea. .... 32.00
100 mg., C.T. 100s ea. .... 12.25
500s ea. .... 57.50
1000s ea. .... 97.00
250 mg., C.T. 100s ea. .... 19.60
500s ea. .... 93.00
1000s ea. .... 178.00

**DYKRONAL** (21465 Research Aphiliates)
Tablets, 100s ea. .... 1.00
1000s ea. .... 7.50

**DYLON** (22289 Sabyun Labs.)
Caps., 100s ea. 2.25 1.35

**DYNACAL** (16544 McNeil Labs.)
Liquid, 8 fl. oz. ea. .... 1.00
Pts. ea. .... 1.70

**DYNAGEN** (20787 Prudential Pharm.)
Liq., 4 oz. •2.00 16.00

**DYNAGUENT** (1306 Ascher, B.F.)
Oint., 1 oz. .... 10.50
1 lb., ea. .... 7.50

**DYNAMINOS** (20740 Professional Pharmacal)
Elixir, 16 oz. .... 36.00

**DYNAPLEX** (2306 Berkeley Drug)
Capsules, 100s •4.49 36.00
250s •9.45 81.00
Elixir, Pts. •2.49 24.00
Gals. .... 168.00

**DYNATRONS** (20787 Prudential Pharm.)
Tabs., 100s •5.00 40.00

**DYNOID** (26219 Thera)
Syrup, 16 oz .... 26.40

**DYNOL** (2785 Bostwick Labs.)
Moth Proofer, 12 oz. •1.95 15.21

**DYNOSAL** (15864 Mallard)
Tabs., No. 1, 100s ea. .... .60
500s ea. .... 2.25
1000s ea. .... 4.00

**DYO** (28088A Wilte)
Tablets, 30 gr., 12s 1.00 8.00

**DYPERINSE** (8759 Fairfield Labs.)
4 oz. •.50 4.00
9 oz. •1.00 8.00

**DYPHOCALS** (7693 Hub Line)
Capsules, 100s •1.35 .... 8.00
1000s ea. .... 3.50

**DYSEPT** (6895 Davies Young)
Antiseptic Soap Liquid
Gal. ea. 3.75 3.00

**DYSMINK**(R) (17529 Morgenstern Chemical)
Capsules, 20s 1.00 8.00

**DYSPASMIN** (21141A Raymer Pharm.)
Tablets, 100s ea. .... 3.00
500s ea. .... 14.00
1000s ea. .... 26.00

**DYSPEPTOL** (7869 Dyspeptol) 1.00 8.00

**DYSPEPTONE** (3063 Bowman Bros.)
Elixir, pt. ea. .... 1.10
Gal. ea. .... 6.45

**DYSPEPTONE** (13879 Kerr's)
•.49 .50 4.00
•.98 1.00 8.00
•3.50 32.00

**DYSPNE-INHAL** (27514 Wallau)
Complete Outfit .... 54.00
Nebulizer .... 30.00
Solution 5 c.c. .... 24.00

**DY'S-TABS** (18759 Noyes)
150s .... 7.80
1 lb. ea. .... 3.50

**DYSTROL** (6955 Day-Baldwin, Inc.)
Tablets, 100s ea. .... 2.00
1000s ea. .... 18.00

**D-ZERTA** (9912 General Foods Corp.)
6s .30 2.00
20s .90 6.15

# E

**E. A. P.**(R) (6213 E. K. Cook)
100s ea. 7.00 4.20

**E-B-Z**(R) (5959 Cole Chemical)
Ointment, 1 oz. tubes .... 9.80

**E & C** (8424 Emerson & Clements)
Chest Oint., 1 oz. .50 4.00
2 oz. .90 7.20
Cough Drops, ½ oz. .35 2.80
1 oz. .65 5.20
Foot Balm, 3 oz. .75 6.00
8 oz. 2.00 16.00
16 oz. 3.50 28.00

**ECP** (26794 Upjohn)
Sterile Solution, 2 mg. per c.c.
10 c.c. vial ea. .... 3.50
5s ea. .... 15.50
25s ea. .... 65.00
50s ea. .... 124.00
100s ea. .... 236.00

**E. D.**• (26282 Tilden Co.)
Syrup, Dark, pt. ea. .... 2.05
Gal. ea. .... 12.25

**E E E E** (15792 Magee)
15s •.30 1.80
30s •.50 3.00
72s •1.00 6.00

**E. P.** (8531 Ethical Pharmaceuticals)
Vaginal Jelly
Tube-refill-regular 1.00 7.50
Tube w/applicator 1.50 11.25

**E-R-O**(R) (9031 First Texas)
Drops, ½ oz. dropper bots. .... 4.12

**E-T-C** (14615 Lamb & Berlin Pharm.)
Nasal solution 1 oz. .98 8.00

**E-T-G** (21067 Raimon's)
Capsules, 20s ea. •2.89 3.00 1.80
100s ea. •13.69 14.00 9.00

**E-Z** (7889 E. Z. Chem.)
Korn Remover ¼ oz. .35 3.00
Nasal Spray 2 oz. .60 4.80
Tablets 60s .25 2.25
Voice Pastilles 36s .35 3.00

**E. Z. LAX** (11991 Hilly Medicinal Prods.)
Tablets, C.T., 100s ea. .... .60
1000s ea. .... 5.00

**E. Z. PRODUCTS** (8685)
Accessory cabinet
54 pcs. 7.50 3.85
Athletic Supporter .50 3.15
Bottle
Dropper, amber oval
¼ oz. .... .50
½ oz. .... .55
1 oz. .... .60
2 oz. .... .70
Caps, 2's (288 caps) .14 1.00
3's (432 caps) .21 1.35
6's (864 caps) .35 2.50
Brushes
Nursing, bristle .10 .80
Cellophane carded .21 1.60
Nipple & bottle cap bristle, cello carded .10 .80
Nipple, nylon cello carded .21 1.60
Nipple & bottle combination nylon .60 4.50
Throat, bristle .15 1.00
Catheters, soft, neoprene
8 to 22 .42 3.60
24 to 30 .47 4.00
Catnip Mice .15 1.25
Crutch tips, black rubber
17s per gross .10 4.55
18s per gross .10 5.75
19s per gross .10 6.15
20s per gross .15 6.65
21s per gross .15 7.70
Emery boards, per gross
3"s .10 .53
4"s .10 .75
5"s .15 .85
7"s .25 1.00
Eye cups
Flint cups, No. 70 .10 .50
No. 71 .15 .75
Eye patches, plastic .10 .75
Eye shades, green, plastic .10 1.05
Finger cots
Leather, laced .10 .90
Carded .15 1.05
Laced, extension .15 1.05
Carded .20 1.20
Latex, per gross .05 2.45
Thumbs, per gross .05 2.45
Small, per gross .05 2.45
Medium, per gross .05 2.45
Large, per gross .05 2.45
Tissue, rolled, per gr. .05 1.75
Heavy rubber, black, per gr. .10 5.60
G.U. Rubberized bags .10 .70
Hair nets
Nylon, per gross .10 6.40
Rayon, per gross .10 5.05
Silk, per gross .10 6.70
Human hair, per gross .15 12.60
Wave sets, per gross .10 5.10
Hard rubber pipes
Infant slip per gr. .10 4.20
Adult slip per gr. .10 5.75
Vaginal slip per gr. .15 9.00
Hot water bottle stoppers
No. 109, per gross .15 8.40
No. 110, combination, per gr. .15 8.40
Ice Bags, rubberized cloth
6's ea. .75 .55
7's ea. .80 .60
8's ea. .85 .65
9's ea. .95 .75
10's ea. 1.05 .85
11's ea. 1.15 .95
12's ea. 1.25 1.05
Key Cases, leather .10 .85
Key Ball Chain, per gross .05 4.55
With charms, per gross .10 6.70
Luggage tags, leather .10 .85
Measuring Spoons, set, plastic .15 1.10
Medicine Eye Droppers
Straight or bent, per gr. .05 3.00
Ball pipette, per gross .05 3.25
Metal Shut-off
Nickel-pltd., 1pc. .10 .80
Nickel-pltd., one piece, gr. .05 4.55
Nipples, double tab
2's (288) .15 .85
3's (432 nipples) .25 1.30
6's (864 nipples) .35 2.45
Nipples, single tab
2's (288) .15 .85
3's (432 nipples) .25 1.30
6's (864 nipples) .35 2.45
Nipple Shields .25 1.60
Pumice Stone .15 1.00
Rectal Tubes, rubber
16 to 28 .42 3.22
30 to 32 .70 3.60
34 to 50 .75 5.95
Sanitary Belts
Elastic, pins .10 .80
Pinless .10 .80
Cellophaned .10 .80
Sanitary sponges, silk netted .15 1.10
Sheeting, rubber
12-yd., per yd. 1.00 .70
6-yd., per yd. 1.00 .70
27 x 36 .85 6.50
36 x 36 1.10 10.10
36 x 45 1.25 12.60
36 x 54 1.50 15.10
Sterilizer Racks,
Wire, rust-resistant 1.00 6.70
Styptic Pencils, per gross .05 2.50
No. 468, per gross .10 6.30
No. 491, per gross .15 9.10
Swab Stix, no. 90, per gross .10 6.30
No. 390, per gross .15 7.00
Syringe
Combination Set, no. 128 .50 4.20
No. 128-2 .35 2.30
Teethers
Plastic .10 .80
With handle .25 1.60
Thumb Guard .50 2.60
Tongue Depressors, 72s ea. .... .25
500s ea. .... .85
Toothache Gum, vial .10 .75
Toothache Wax, vial .10 .75
Traveling Syringe, compact 1.50 1.05
Tubing, syringe, red rubber
5/16" x 1/16" .... 2.00
9/32" x 3/64" .... 1.65
Vaccination Shield .15 .90
Wristbands, Leather, single .40 2.30
double .50 2.80
Lined, single .40 2.30
double .50 2.80

**E-Z TAN** (17514 Morgan Labs.)
1¼ oz. tube •.50 4.00

**E Z TAPE REMOVER** (27429A Wade Pharmacal)
1 lb. 1.20 9.60
1 gal. ea. 6.00 4.00

**E.Z.B.** (1853 Barnes-Hind)
8 oz.

**EACIT** (7066 Dell & Holtz)
4 oz. •.59

**EADE'S GOUT PILLS** (9369 Fougera)
20s
60s

**EAGLE** (7914 Eagle Druggists Supply)
Alum Blocks,
Medium
Large
Beach & Pool Ear Drum Protectors
Bottle Brushes
Brushes, Nipple
Du Pont Nylon
Catheters, French
Caustic Pencils, French
Dental Floss
Drinking tubes
Ear Drum Protectors
Beach & Pool
Quiet Please
Ear Sponges, French
Eye cups, glass
Packed in bulk
Aluminum
Packed in bulk
Plastic
Eye Patches
Fine Combs, bulk, small
Medium
Large
Handle comb
Finger cots, Rubber in env.
In box
Reinforced
Heavy
Leather, in bundle
On display card
Extension, in bundle
On display card
Hot Water Bottle Stoppers or Stopples
Joan of Arc Smelling Salts
Medicine droppers
Medicine Tubes
Metal Shut-offs
in bulk
Nipple Shields
Pacifiers
Transparent, 12s ea.
Transparent Latex, 24s ea.
Rubber-Filled, 24s ea.
Pipe Fittings (hard rubber),
Infants
Adults
Bent vaginal
Sanifit Vaccination Shields
Shower Caps, plain
Floral prints
Shut-Offs, 36s ea.
Soap Boxes
Styptic Pencils
Extra Large
Tooth Brush Holders

**E-ALPHA**
Moore & Co. (17463)
In Sesame Oil, 200 mg./c.c.,
10 c.c. vial ea.
Wilco Labs. (28070)
30 I.U., 100s
1000s ea.
100 I.U., 50s ea.
100s ea.
1000s ea.

**EAR CHEER** (124038 House of Hust
4 oz.

**EARACAINE** (28319 Wisconsin Phar
½ oz.

**EARDRO** (13249 Jenkins Laboratorie
Pt., ea.
Gal., ea.
½ oz. Dropper Bot.

**EARGENE** (9189 Florida Utilities)
½ oz.

**EARISOL** (14276 Kolmer)
½ oz.

**EARLE, MARIE BEAUTY PREPARA**
(7931 Earle) Bath Accessories
Cologne
Dusting powder
New Perfection
Bath soap (3 to box)
Hand soap (6 to box)
Compact Refills
Light-Press Powder, Refill
New Rouge Refills
Cosmetics
New single rouge
Paste rouge
Cucumber Emulsion
Essential Cream
Hand Cream
Marrow Cream
Nurimor Cream
Perfection Stimulating Cream

(Continued on Next Pa

ELLO-SED
ELIXIR

e Product Is: CHLO-
DRATE potentiated by
M BROMIDE for Phy-
Sleep with Minimal
ects. Each teaspoonful
contains:
Hydrate
gr.) ...... 0.5 Gm.
Bromide
gr.) ...... 0.5 Gm.
Sulfate
0 gr.) ... 0.125 mg.
r-free aromatic vehicle.
Adult Dose: As a Seda-
o 1 teaspoonful in milk,
fruit juice, every 3 or
as indicated.
notic: 1 to 2 teaspoon-
more in milk, water, or
ce at bedtime, or as
: ½ to 1 teaspoonful
ed.
plied: 8-oz. Bottles.
FELLOWS
aceuticals since 1866
Christopher Street
w York 14, N. Y.
884 Fellows Medical) ...........*2.50 .... 18.00

'ELO'RAL
'APSULES

e Product Is: The first
iturate spasmolytic sed-
Capsule form.
ik and White Capsule
Hydrate
gr.) ........ 250 mg.
na Alkaloids,
illy occurring
nine ...... 0.100 mg.
......... 0.020 mg.
......... 0.006 mg.
s For: To remove pain-
ns of smooth muscula-
astro-intestinal spasms,
rrhea, mucous colitis,
spasms, pylorospasms,
spasms, cardiospasms,
conditions accompanied
us tension.
Adults: One, two or
apsules with water, as
, at regular intervals,
y after meals. Infants:
as required.
plied: Rx Size: 100's.
L Capsules are pack-
moisture-proof sealtite
: FELLOWS—Origin-
Chloral Hydrate in soft
elatin capsules.
FELLOWS
ceuticals since 1866
Christopher Street
w York 14, N. Y.

3 Fellows Medical)
ls ............... *5.00 ....
.................. *2.00 ....
(1344 Associated Chemists)
ea. .............. ....
ea. .............. ....
78 Palazzolo)
.................. *1.00 ....
American Fetsal)
.................. 1.20 ....
.................. 6.00 ....

# "THE EASY-TO-READ PRICE BOOK"

(R) signifies "Prescription Only" product.
● signifies Narcotic; ⊙ Exempt Narcotic.

**FEMACOIDS** (10377 Gold Leaf Pharmacal)
Tablets
0.625 mg., 100s ea. .... 2.50
1000s ea. .... 18.75
1.25 mg., 100s ea. .... 4.50
1000s ea. .... 37.00

**FEMACOL** (15484 La Para)
4 oz. .... .50 4.00

**FEMACRINE(R)** (8359 Endocrine)
● Inj. 0.1 mg. c.c.
30 c.c. vial ea. .... 1.60
0.25 mg. c.c.
30 c.c. vial ea. .... 2.85
0.5 mg. c.c.
10 c.c. vial ea. .... 2.25

**FEMACRINE-D(R)** (8359 Endocrine)
Caps., 30s ea. .... 2.00 1.20
100s ea. .... 5.00 3.25

**FEMAGIA** (9776 Garret)
4 oz. .... 6.00

**FEMAID** (29990 Pfaff Labs.)
Capsules, 12s .... .50 4.00

**FEM-A-LINE** (6608 Curby)
4 oz. liq. .... *4.00 21.00

**FEMANDREN(R)** (5684 Ciba)
Linguets, 30s ea. ....*3.00 .... 2.00
100s ea. ....*7.50 .... 5.00

**FEMAPHYLL** (15874 Malloy Labs.)
Douche Powder, 90.0 gm. .... *2.50 18.00
Dusting Powder, 15.0 gm. .... *.79 4.80

**FEMASAN** (21141 Rayherm)
8 oz. .... *1.00 8.80

**FEMATINE** (9772 Garglette) .... .60 4.30

**FEMATOSSE** (26336 Tosse & Co.)
Ampuls .... .... ....
(Prices on Request)

**FEMCREME** (6333 Cort-Livingston)
2 oz. ....*.39 .... 3.20

**FEMELLE** (11110 Hale Products)
Powder, 6 oz. ea. .... *1.00 .60

**FEMERATE** (12812 Injectables Research)
● Aqueous Suspension
20,000 I.U./c.c.
10 c.c. vial ea. .... 2.30
30 c.c. vial ea. .... 5.50
50,000 I.U./c.c.
10 c.c. vial ea. .... 4.25
w/Procaine
25,000 I.U./c.c.
10 c.c. vial ea. .... 2.40
In Oil
25,000 I.U./c.c.
10 c.c. vial ea. .... 2.40
10,000 I.U./c.c.
20 c.c. vial ea. .... 2.70
Tablets(R)
0.625 mg., 30s ea. .... 1.70
100s ea. .... 4.10
1000s ea. .... 36.55
1.25 mg., 30s ea. .... 2.30
100s ea. .... 7.65
1000s ea. .... 59.50

**FEMERATE E** (12812 Injectables Research)
Aqueous Suspension
1 mg./c.c.
10 c.c. vial ea. .... 2.00
30 c.c. vial ea. .... 3.50
2 mg./c.c.
10 c.c. vial ea. .... 2.50
30 c.c. vial ea. .... 5.50
5 mg./c.c.
10 c.c. vial ea. .... 6.75
In Oil
1 mg./c.c.
10 c.c. vial ea. .... 2.00
30 c.c. vial ea. .... 3.50

**FEMEST** (18207 New Jersey Pharm.)
Tablets, 100s ea. .... 3.50

**FEMESTRAL** (14059 Kirk, C. F.)
.11 mg., 1 c.c. 100s ea. .... 10.00 7.50
30 c.c. vial ea. .... 1.50 1.13
.55 mg., 10 c.c. vial ea. .... 1.50 1.13

**FEMESTRON** (4720 Cabot Pharmaceutical)
Tabs.
5 mg., 100s ....*2.24 2.25 18.00
1000s ea. .... 11.50
E.C. 100s ....*2.99 3.00 24.00
1000s ea. .... 16.00
25 mg., 100s ....*5.99 6.00 48.00
E.C. 100s ....*7.49 7.50 60.00
1000s ea. .... 45.00

● **FEMESTRONE** (14059 Kirk, C. F.)
Natural in Oil
10,000 I.U., 1 c.c.,
12s ea. .... 2.00 1.50
25s ea. .... 4.00 3.00
100s ea. .... 15.00 11.25
10 c.c. vial ea. .... 1.50 1.13
30 c.c. vial ea. .... 3.50 2.63
20,000 I.U.
10 c.c. vial ea. .... 2.00 1.50
30 c.c. vial ea. .... 5.00 3.75
Compound Tablets,(R)
30s ea. .... 3.50 2.63
100s ea. .... 8.50 6.38

**FEMEX** (17558 Morse)
8 oz. .... .75 6.00

**FEMEZE** (24242A Stanley Drug)
Tablets, 15s ....*.59 .60 4.32
36s ....*.98 1.00 7.20
100s .... *2.25 16.20

**FEM-GENE** (8900-Fem-gene Products)
8 oz. .... *.98 7.20

**FEM-GIENE** (20041 Phar-Med)
Douche Powder, 12 oz. .... .98 7.20

**FEM HY** (7423 Diefenbach Labs.)
Liquid, 4 oz. .... *.59 4.72
8 oz. .... *1.10 8.75

**FEMID** (5271 Cenci)
Hygienic Powder
7 oz. ea. .... .95 .57
15 oz. ea. .... 1.89 1.14

**FEMINETTS** (8909 Feminett)
20s ....*1.00 .... 8.00

**FEMINEX** (25729 Summers Labs.)
Tabs., Improved, 12s .... 2.25
Old, 30s .... 3.60

**FEMISOL** (15091 Leslie Pharm)
5 oz. ....*.69 .75 5.00

**FEMI-TRA** (26364 Tracy)
Tablets, 50s .... 1.00 8.00

**FEMME DE PARIS** (28634 Ybry)
Purse size .... 2.00 ....
½ oz. .... 6.50 ....
1 oz. .... 12.00 ....
2 oz. .... 20.00 ....

**FEM-NOL** (9031 First Texas)
Elixir, pt. ea. .... 2.06
Gal. ea. .... 13.53

**FEMO** (20389 Plough)
Powder, 1½ oz. .... *.35 2.80
3¾ oz. .... *.60 4.80
7¾ oz. .... *1.00 8.00

**FEMOGEN** (26104 Testagar)
● Alpha Estradiol in Sesame Oil
0.1 mg. per c.c.
10 c.c. vial ea. .... 1.00
30 c.c. vial ea. .... 1.50
0.2 mg. per c.c.
10 c.c. vial ea. .... 1.35
30 c.c. vial ea. .... 2.10
0.5 mg. per c.c.
Ampuls, 1 c.c., 100s ea. .... 24.00
Vial, 10 c.c. ea. .... 1.80
30 c.c. ea. .... 3.00
Aquaspension
20,000 I. U. per c.c.
10 c.c. vial ea. .... 1.80
30 c.c. vial ea. .... 4.80
50,000 I.U. per c.c.
10 c.c. vial ea. .... 3.30
30 c.c. vial ea. .... 6.90
Natural in Oil
10,000 I.U. per c.c.
Ampuls, 1 c.c.
25s ea. .... 4.50
Vial, 10 c.c. ea. .... 1.65
30 c.c. ea. .... 2.70
20,000 I.U. per c.c.
10 c.c. vial ea. .... 1.80
30 c.c. vial ea. .... 4.80

**FEMOID** (4770 California Pharmacal)
1 mg., 10 c.c. .... 33.00

**FEMORTON** (175618 Morton)
Tablets, 100s ea. .... 7.50

**FEMOTRONE** (26104 Testagar)
10 c.c., vial ea. .... 2.60

**FEM-O-ZONE** (4334 Brooks, Wm. Medicine)
.... 1.25 10.00

**FEMPEP** (9189 Florida Utilities)
Tabs., 9s ....*.49 .50 3.30

**FEMROGEN** (12897 International Med.)
● In Sesame Oil, Vials, 10 c.c.
.22 mg/c.c. ea. .... 1.50 1.05
.33 mg/c.c. ea. .... 2.00 1.40
.55 mg/c.c. ea. .... 3.00 2.10
30 c.c., .11 mg/c.c. ea. .... 1.50 1.05

**FEMS** (12365 Hospital Specialty)
Sanitary Napkins .... .... ....
Vendor Unit No. 10 .... .... ....

**FEMTONE** (16692 Medi-Synth Labs.)
Tablets, 100s .... 3.35 24.00
1000s .... 28.00 201.60
30 c.c. vial ea. .... 4.00 2.40

**FEMX** (16125 Martins Labs.)
4 oz. .... *1.00 7.00

**FEM-X POWDER** (17804 Naman Pharm.)
6 oz. .... .75 6.00

**FENABRO** (4919 Caplan)
3 oz. .... .25 2.00

**FENADIN** (4622 Burrough Bros.)
Capsules, White or Pink
100s ea. .... .60
1000s ea. .... 4.92
5000s ea. .... 22.50
w/Codeine Phos. ¼ gr., White
100s ea. .... 2.10
1000s ea. .... 16.70
5000s per M .... 15.48
w/Codeine Phos. ½ gr., White
100s ea. .... 3.48
1000s ea. .... 29.70
5000s per 1000 .... 28.20
Tablets, 100s ea. .... .39
1000s ea. .... 2.79
5000s ea. .... 11.70

**FENALEAF** (10377 Gold Leaf)
Tablets, C.T.
100s .... 7.20
1000s ea. .... 3.00

**FENARIDE(R)** (7301 Detroit Research Drug Sales)
Elixir, 12-oz. .... 5.00 36.00
No. 2, 12-oz. .... 5.00 36.00

**FENATRATE** (23343 Sherman)
Syrup, 3 oz. bots. .... 6.00 3.60
16 oz. bots. ea. .... 2.50 1.50
Tablets, 3 gr.
100s ea. .... 1.00 .60
500s ea. .... 4.25 2.55
1000s ea. .... 8.00 4.80

**FENCH OIL** (22073 Rothenberger, C.B.)
2-oz. ....*.49 .50 4.00

**FENO-E.Q. 53** (9128 Florida Chemical)
16 oz. .... .99 7.90

**FENESIN**

**What the Product is:** A balanced formula providing threefold relief in most forms of Arthritis.

**What It's For:** Relief of Arthritis through safe, effective analgesic action—improvement in joint mobility—relief of anxiety tension.

**How Administered:** 2 tablets every three or four hours. In initial treatment, 3 to 4 tablets may be given for the first few doses.

**How Supplied:** Bottles of 100 and 500 tablets.

HERZOG LABORATORIES, INC.
Buffalo 4, New York

**FENESIN(R)** (11859 Herzog Labs., Inc.)
Tablets, 100s ....*3.24 3.60 25.92
500s ea. ....*14.58 16.20 9.72

**FENEX** (6955 Day-Baldwin)
Pt. .... .... 8.00
Gal. ea. .... .... 4.00

**FENIZOL** (16667 Medico Pharmacal Labs.)
Powder, 8 oz. ea. .... 1.00

**FENNEL OIL**
1 oz. bot./lb. ....av. price 5.98
¼ lb./lb. ....av. price 5.62

**FENNEL SEED, N.F.** (Large) (19799 Penick-NYQ)
Whole
¼ lb. ctn. ea. ....av. price .40
1 lb. ctn. ea. ....av. price .92
French, Whole
¼ lb. ctn. ea. ....av. price .45
1 lb. ctn. ea. ....av. price .98
Powdered
¼ lb. ctn. ea. ....av. price .47
1 lb. ctn. ea. ....av. price 1.16

**FENNERS, DR.** (27779 Wells)
Garden Relief, 2 oz. .... .60 4.80
4 oz. .... 1.00 8.00
Family Oint., 1 oz. .... .35 2.80

**FENOBELL** (11524 Harvey)
Tablets, 1000s ea. .... 2.00
5000s ea. .... 9.00

**FENOCAMP** (20074 Philadelphia Capsule)
.... .... ....

**FENOLE** (8934 Fenole)
Gal. can .... 2.25 18.00
Automatic Sprayers .... 1.25 10.00

**FEOJECTIN***

**Composition:** A stable saccharated iron oxide for intravenous injection. Each 5 cc. ampul contains the equivalent of 100 mg. of elemental iron, or 20 mg./cc.

**Action and Uses:** Clearly defined iron-deficiency anemias. 'Feojectin' is indicated particularly when a prompt response is mandatory and/or oral iron causes gastric discomfort. It is especially useful for (1) resistant iron-deficiency anemias, (2) iron-deficiency anemia in pregnancy, (3) iron-deficiency anemia in gastrointestinal diseases, (4) anemia in bleeding hemorrhoids, (5) anemia of menorrhagia, (6) iron-deficiency anemia of nutritional deficiency. Provides a more rapid, a more predictable response than any other iron therapy.

**Administration and Dosage:** To be administered intravenously in strict accordance with instructions accompanying every box of the ampuls.

**Available:** Boxes of six 5 cc. ampuls.

*T.M. Reg. U. S. Pat. Off.

SMITH, KLINE & FRENCH LABORATORIES
Philadelphia 1, Pa.

*For prices and sizes see next column*

**FENOSED** (15564 Mallard)
Modified Tablets
100s ea. ....
500s ea. ....
1000s ea. ....

**FENOTAB** (27677 Wayne Med. Suppl.
Tablets, ¼ gr., 1000s ea. ....
½ gr., 1000s ea. ....
1½ gr., 1000s ea. ....

**FENSOBEL** (26759 U. S. Vitamin)
Liquid, 8 oz. ea. ....
Powder, 3 oz. ea. ....
Tablets, 100s ea. ....

**FENTON'S STUMP REMOVER** (8936
10 oz. ....

**FENUGREEK SEED** (19799 Penick-
Powd.
¼ lb. ctn. per lb. ....av.
1 lb. ctn. ea. ....av.
Whole
¼ lb. ctn. per lb. ....av.
1 lb. ctn. ea. ....av.

**FEOJECTIN(R)** (23724 Smith, Kline
Ampuls, 5 c.c., Box of 6 ea.

**FEOMIN(R)** (18909 O'Connell Bros.)
16 oz. ea. ....
Gal. ea. ....

**FEOPLEX® B**

Water-miscible formular
iron, vitamin B complex
acid, and vitamin $B_{12}$. Im
blood count, appetite, g
ideal for infants and
children. Five to 10 drop
given alone, in formu
other foods; virtually tas
In 30-cc. dropper bottles

WALKER LABORATOR
INC.
Mount Vernon, N. Y

**FEOPLEX** (27473 Walker Labs.)
Capsules, 50s ea. ....*1.80
Drops, 30 c.c. ea. ....*1.57

**FEOPLEX B12** (27473 Walker Labs.
Drops., 30 c.c. ea. ....*2.25
Pts. ea. ....

**FEOSOL** (23724 Smith, Kline & Fren
Elixir, 12 fl. oz. ea. ....*1.75
Tablets, 100s ea. ....*1.35
1000s ea. ....

**FEOSOL HEMATONIC**
(23724 Smith, Kline & French)
Tabs., 100s ea. ....*5.00

**FEOSOL PLUS** (23724 Smith, Kline
Caps., 100s ea. ....*4.50

**FEPISEM** (16199 Massengill)
Capsules, 100s ea. ....*1.28
500s ea. ....*7.88
1000s ea. ....*15.00

**FEPTO PERRUM** (26219 Thorn)
8 oz. ....

**FER-A-BIN** (15911 Maney, Paul)
Tablets, Enteric, 100s ....
1000s ea. ....

**FERAD** (4629 Burroughs Wellcome)
"Tabloids" 100s ....
1000s ea. ....

**FERAD-B** (4629 Burroughs Wellcome
100s ....
1000s ea. ....

**FERALEX B & C** (13167 Jamco)
Tablets, 100s ea. ....
1000s ea. ....

**FER-AMINO-B** (13110 Jabert)
Liquid, 6 oz. ....
16 oz. ....

**FERANEMIN** (25791 Supreme)
Capsules, 100s ea. ....
1000s ea. ....

**FER-ARSENIC(R)** (16994 Metropol.
Ampuls, 10 c.c. 10s ea. ....
100s ea. ....

**FERATE** (4382 Brown Pharm.)
Tablets, 100s ....
1000s ea. ....

**FERATONE** (12812 Injectables Rese
Tablets, 100s ea. ....
500s ea. ....
1000s ea. ....
Vials, 10 c.c. ea. ....

**FERATONE S** (12812 Injectables R-
10 c.c. vial ea. ....

**FERAVIN(R)** (23901 Sonorol Labs..
30 c.c. vial ea. ....
Special, 30 c.c. vial ea. ....

**FERAVIN-B12** (23901 Sonorol Lab
30 c.c. ea. ....
Special, 30 c.c. ea. ....

**FERAZON** (26364 Tracy)
Tablets, 100s ea. ....
1000s ea. ....

**FER-B-CEE** (18193 New England
Tabs., 100s ....

**FERBEECAL** (16877 Meredyth)
100s ea. ....
1000s ea. ....

**FERBETA** (13664 Grant Chem.)
Tablets,
Bot. of 100s ea. ....
500s ea. ....

ESTROPHEROL(R) (20319 Pitman-Moore)
100s ea. .... 5.50
1000s ea. .... 52.30
ESTROPLEX(R) (23901 Sereroi Labs.)
10,000 Units per c.c.
1 c.c. 100s ea. .... 20.00
30 c.c. ea. .... 3.00
Suspension
20,000 units per c.c.
10 c.c. ea.
ESTRO-PROL (27334 Vitarine) .... 2.00
Multiple Dose Vial
30 c.c. ea. .... 3.00
ESTRO-PROL FORTE (27334 Vitarine)
10 c.c. M.D. vial ea. .... 2.00
30 c.c. M.D. vial ea. .... 5.00
ESTROSYN(R) (4524 Buffington's)
Emells, 0.1 mgm., 100 ea. 1.00 .60
0.5 mgm., 100 ea. 1.10 .66
1.0 mgm., 100 ea. 1.35 .81
5.0 mgm., 100s ea. 2.30 1.68
ESTROTABS (8522 Estro)
No. 1, 2, or 3
100s ea. 4.00 3.00
Double Strength
1000s ea. 6.00 4.50
ESTROTATE (14592 Lakeside)
Aqueous Suspension
Vial, 1 mg. per c.c.
10 c.c. ea. 8.53 5.00
Box 6 46.20 27.60
Box 25 174.80 104.88
Sesame Oil Solution
Vial, 1 mg. per c.c.
10 c.c. ea. 8.53 5.00
Box 6 46.00 27.60
Box 25 174.80 104.88
w/Progesterone
10 c.c. Vial 10.50 6.30
Box 6 58.60 35.16
Box 25 222.80 133.68
ESTROTEST(R) (20750 Pro-Medics)
10 c.c. vials ea. 5.20 3.00
ESTROTHIOLIN (15255 Lincoln Labs.)
Aqueous, 30 c.c. vial ea. .... 4.60
In Oil, 30 c.c. vial ea. .... 4.40
ESTROTRON(R) (20319 Pitman-Moore)
10,000 I.U.
20 c.c. vial ea. .... 2.00
20,000 I.U.
10 c.c. vial ea. .... 2.00
ESTRO-TRONS (16692 Medi-Synth)
Tablets 30 2.30 14.40
100 6.30 43.20
ESTROVARIN(R) (27614 Warren-Teed)
Sterile Solution
10,000 I.U. per c.c.
15 c.c. vial ea. .... 1.75
Aqueous, 20,000 I.U. per c.c.
15 c.c. vial ea. .... 2.50
50,000 I.U. per c.c.
15 c.c. vial ea. .... 3.90
ESTROVIN (2512 Bio Intrasol Labs.)
.11 mg. per c.c.
Amps., 1 c.c. 100s 10.53 ....
30 c.c. vial 1.30 ....
.22 mg. per c.c.
30 c.c. vial 2.30 ....
.33 mg. per c.c.
30 c.c. vial 2.40 ....
.55 mg. per c.c.
Amps., 1 c.c., 100s 19.33 ....
15 c.c. vial 1.30 ....
30 c.c. vial 3.00 ....
ESTROVITE (27334 Vitarine)
In Sesame Oil
0.1 mg. per c.c.
30 c.c. M.D. vial ea. .... 1.00
0.25 mg. per c.c.
30 c.c. M.D. vial ea. .... 1.50
0.5 mg. per c.c.
30 c.c. M.D. vial ea. .... 2.00
ESTROVITES (8522 Estro)
Tablets, S.C.
1000s ea. 12.00 7.60
ESTRUGENONE (14397 Kremers-Urban)
In Oil
1 mg./c.c.
Ampuls, 1 c.c., 25s ea. 10.13 6.09
100s ea. 36.37 21.89
10 c.c. vial ea. 2.38 1.24
30 c.c. vial ea. 4.20 3.42
2 mg./c.c.
10 c.c. vial ea. 3.30 1.98
Suspension
2 mg./c.c.
Vials, 10 c.c. ea. 3.30 1.98
5 mg./c.c.
Vials, 10 c.c. ea. 6.80 4.18
ESTRUGEST(R) (23689 Smith, C. D.)
Suspension, Vials
10 c.c. ea. .... 7.85
ESTRUPIN(R) (24555 Stillco)
2 mgm., 10 c.c. ea. .... 1.00
ESTRUSOL (23689 Smith, C. D.)
Vials
1 mg. per c.c.
30 c.c. ea. .... 4.50
Tablets
0.1 mg.
100s ea. .... 3.60
1000s ea. .... 34.50
Suspension
Vials, 2 mg. per c.c.
5 c.c. ea. .... 1.65
15 c.c. ea. .... 4.50
5 mg. per c.c.
15 c.c. ea. .... 8.15

ET CETERA TOILETRIES (1342 Associated Brands)
Bath Oil, 1 oz. ea. 3.50 2.10
2 oz. ea. 6.50 3.90
4 oz. ea. 12.00 7.20
Chatterbox Perfume
½ oz. ea. 15.00 9.00
Cologne, 2 oz. ea. 2.00 1.20
4 oz. ea. 3.50 2.10
8 oz. ea. 6.00 3.60
16 oz. ea. 10.00 6.00
Perfume, 1 dram ea. 2.25 1.35
½ oz. ea. 8.00 4.80
1 oz. ea. 15.00 9.00
2 oz. ea. 27.50 16.50
4 oz. ea. 50.00 30.00
Sachet, 2 oz. ea. 2.00 1.20
4 oz. ea. 3.50 2.10
Toilet Water, 4 oz. ea. 6.50 3.60
ETALATE(R) (19539 Parke, Davis)
Ampoules
2 c.c. box of 12s ea. *2.70 3.00 1.80
100s ea. *18.00 20.00 12.00
ETAMON CHLORIDE (19539 Parke, Davis)
Steri-Vials, 0.1 gm. per c.c.
20 c.c. ea. *2.07 2.30 1.38
ETAVITIN (1306 Ascher, B. F.)
Tabs., 100s ea. .... 2.40
1000s ea. .... 22.50
ETCHINGS (19486 De Renel, Inc.)
Bath Powder, ea. *1.50 .90
Cologne, 2 oz. ea. *1.75 1.05
4 oz. ea. *3.00 1.80
8 oz. ea. *5.00 3.00
16 oz. ea. *10.00 6.00
Perfume, 1 dr. ea. *1.85 1.11
¼ oz. ea. *3.50 2.10
½ oz. ea. *6.50 3.90
1 oz. ea. *12.00 7.20
ETERNOL (19456 Paragon Distributing)
Oil Bleach, 1 oz. ea. *.75 .45
Tint Oil Shampoo, 1¼ oz. ea. *1.25 .75
ETHABIL(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 8.00
ETHACAINE (23234 Seydel)
Ointment, 1 lb. jar 2.50 20.00
Solution, 1 oz. 1.00 8.00
ETHACRED (23239 Sharp & Dohme)
Elixir, Gal. bot. ea. *13.68 15.20 9.12
ETHACRIT(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 5.00
ETHAHIST(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 5.00
ETHALGEN (Cy Labs. 6685)
10 c.c. vial ea. .... 2.25
ETHALYL (26614 Premo)
Elixir
8 oz. bot. ea. .... 1.40
Pint bot. ea. .... 2.20
Gallon ea. .... 16.00
Sodium Capsules 2 gr.
(Blue & White Comb.)
(0.12 gm.)
Bot. 100s ea. .... 2.60
1000s ea. .... 22.00
Box. 30 (Tapered) ea. .... 1.20
ETHAMACOL (2739 Blue Line)
Pts. .... 15.00
ETHASALL(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 7.00
ETHBEC(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 6.00
ETHER. For Anesthesia, U.S.P.(R)
¼ lb. can ea. ....av. price .34
½ lb. can ea. ....av. price .63
1 lb. can ea. ....av. price 1.16
5 lb. can ea. ....av. price 4.60
U.S.P.
¼ lb. can ea. ....av. price .24
1 lb. can ea. ....av. price .77
5 lb. can ea. ....av. price 3.05
Concentrated,
1 lb. can ea. ....av. price .77
5 lb. can ea. ....av. price 3.05
Motor (Priming Ether),
¼ lb. can ea. ....av. price ....
1 lb. can ea. ....av. price ....
Nitrous Concentrated,
¼ lb. can ea. ....av. price .77
1 lb. can ea. ....av. price 2.17
Petroleum (See Benzin)
Purified for Fat Extraction,
1 lb. can ea. ....av. price .88
5 lb. can per lb. ....av. price .72
Reagent, 1 lb. can ea. ....av. price 1.11
Spirit, Comp., N.F. (Hoffman's Anodyne),
4 oz. bot. ea. ....av. price 1.40
1 pt. bot. ea. ....av. price 3.60
ETHEREAL OIL, N.F.
1 oz. bot. ea. ....av. price ....
¼ lb. bot. ea. ....av. price ....
ETHEROL CAMPHOL (19956 Peters Serum)
50 c.c. .70 5.46
ETHGUTON(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 4.00
ETHHEMINE(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 8.00
ETHICAL SPECIALTIES, INC. (8537)
Sod. Sal. Enteric(R)
100s ea. *1.35 .... .90
ETHINORAL (23689 Smith, C.D.)
Duotabs, 1000s ea. .... 10.80
ETHINYL ESTRADIOL(R)
Biorganic (2522)
Crystals, 1 gram ea. .... 30.00
Ciba (5684)
Eticylol (See under Trade Name)
Funk, Casimir (9640)
Tabs., 0.02 mg., 100s ea. *2.25 1.50
0.05 mg., 100s ea. *3.50 2.34

Mann Fine Chemicals (15930)
Crystals, 1 gm., ea. .... 30.00
McNeil Labs. (16544)
Drestralyn, (See Under Trade Name)
Organon (19139)
Lynoral (See Under Trade Name)
Schenley (22785)
.05 mg., 100s ea. 2.08 1.25
Schering (22789)
Estinyl (See under Trade Name)
ETHIOPS MINERAL (See Mercury Sulfide Black)
ETHISTERONE (7767 DeMont Pharm. Co.)
Tablets,
5 mg., 100s ea. .... 4.25
500s ea. .... 18.00
10 mg., 40s ea. .... 3.80
100s ea. .... 7.50
500s ea. .... 33.50
25 mg., 20s ea. .... 4.30
100s ea. .... 18.80
ETHISTERONE (22785 Schenley)
Tablets, U.S.P., 25 mg.,
100s ea. 25.00 15.00
ETHISTERONE, ANHYDROHYDROXY (6213 Cook, E. K., Co.)
100 Tabs. 10.00 6.00
ETHIX FORMULA (8539 Ethix Corp.)
Hair Cream, 4 oz. 1.00 7.20
Shampoo, 6 oz. 1.00 7.20
ETHMO DRESSING (13241 Jeffery-Fell)
2 oz. tube .50 4.00
4 oz. tube .75 6.60
Lb., jar 2.25 18.80
ETHOB(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 6.00
ETHOBARB (Central-Ethex, Inc. 5280)
Tabs., 100s ea. .... 1.00
1000s ea. .... 8.00
Caps., 100s ea. .... 1.40
1000s ea. .... 12.50
Elx., pt. ea. .... 2.10
Gal. ea. .... 15.00

## ETHOBRAL®

### Triple Barbiturate Capsules

**Composition:** Hypnotic combination of small doses of three barbiturates, Sodium Secobarbital 50 mg. (¾ gr.), Sodium Butabarbital 30 mg. (½ gr.), and phenobarbital 50 mg. (¾ gr.)

**Action and Uses:** ETHOBRAL's judiciously balanced formula produces rapid onset of hypnosis (15-20 min.), seven to eight hours of sound sleep and clear-headed awakening without hang-over. Especially useful when insomnia is caused by worry, apprehension or hyperirritability. It is not recommended for day-time use.

**Dosage:** One capsule (2 grains) taken on retiring.

**Caution:** May become habit forming on continued use.

**How Supplied:** Bottles of 100 and 500 capsules.

Prescription only

Wyeth

Philadelphia 2, Pa.

ETHOBRAL(R) (28568 Wyeth)
Capsules, 100s ea. .... 2.50
500s ea. .... 10.55
ETHOCAP (Central-Ethex, Inc., 5280)
Caps., 100s ea. .... 1.25
1000s ea. .... 10.00
ETHODOR(R) (8526 Ethical Labs.)
Capsules, #1, 100s ea. .... 5.00
#2, 100s ea. .... 5.00
#3, 100s ea. .... 6.00
ETHOLATE(R) (16994 Metropolitan Labs.)
Vials, 5%, 30 c.c. ea. .... 1.75
ETHONATAL (Central-Ethex, Inc. 5280)
Caplets, 100s ea. .... 2.60
1000s ea. .... 22.78
ETHORON (Central-Ethex, Inc. 5280)
Caplets, 100s ea. .... 2.52
1000s ea. .... 22.68
ETHOSEPTIC (Central-Ethex, Inc. 5280)
Powder, 6 oz. ea. .... 1.20
ETHOVAS(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 6.00
ETHOVITE (Central-Ethex, Inc. 5280)
Caps., 100s ea. .... 4.40
1000s ea. .... 41.78
ETHPABAR(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 7.00
ETHPEPT(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 5.00
ETHPRESSOR(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... 8.00

ETHRA-ZINE (3084 Boyle)
Cleaning Fluid
16 oz. ea. *.53 .40
ETHRED(R) (8526 Ethical Labs.)
Capsules, #1, 100s ea. .... [illegible]
#2, 100s ea. .... [illegible]
ETHRIN(R) (8526 Ethical Labs.)
Liquid, 4 oz. ea. .... [illegible]
ETHTUSSINE(R) (8526 Ethical Labs.)
Liquid, pt. ea. .... [illegible]
ETHURN(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... [illegible]
ETHVK(R) (8526 Ethical Labs.)
Capsules, 100s ea. .... [illegible]
ETHVITHER(R) (8526 Ethical Labs.)
Capsules, 50s ea. .... [illegible]
100s ea. .... [illegible]
ETHYCOL (16204 Massey Labs.)
Pt. .... [illegible]
ETHYL ACETATE(R)
(Acetic Ether)
1 lb. bot. ea. ....av. price [illegible]
N.F. Absolute
1 lb. bot. ea. ....av. price [illegible]
ETHYL AMINOBENZOATE
(See Benzocaine)
ETHYL BROMIDE
(Ether Hydrobromic)
Reag., 1 lb. bot. ea. ....av. price [illegible]
ETHYL HYDROCUPREINE
(See Optochin)
ETHYL IODIDE
(Hydriodic Ether)
1 oz. bot. ea. ....av. price [illegible]
¼ lb. bot. ea. ....av. price [illegible]
1 lb. bot. ea. ....av. price [illegible]
ETHYL MORPHINE HYDROCHLORIDE •
(Dionin)
15 gr. bot. ea. ....av. price [illegible]
⅛ oz. bot. ea. ....av. price [illegible]
1 oz. bot. ea. ....av. price [illegible]
ETHYL NITRITE
(See Ether Nitrous Concentrated)
ETHYLENE DISULPHONATE(R)
(24044 Spicer-Gerhart)
2 c.c. Ampule ea. 13.50 [illegible]
ETICYLOL(R) (5684 Ciba)
Linguets, 0.5 mg.
30s ea. *4.35 .... [illegible]
100s ea. *12.00 .... [illegible]
Tablets,
0.02 mg. 100s ea. *2.63 .... [illegible]
250s ea. *6.23 .... [illegible]
0.05 mg. 100s ea. *4.35 .... [illegible]
250s ea. *10.20 .... [illegible]
ETIQUET (14981 Lehn & Fink)
Cream Deodorant
.17 oz. *.10 [illegible]
.45 oz. *.25 [illegible]
.75 oz. *.39 [illegible]
1¼ oz. tube *.39 [illegible]
1.33 oz. *.59 [illegible]
Spray Liquid
1½ oz. *.43 [illegible]
Stick-Solid
1½ oz. *.59 [illegible]
ETM (8546 Etm)
Tabs., 3 oz. [illegible] [illegible]
8 oz. *3.[illegible] [illegible]
ETOCIN (5189 Cavendish)
Tablets, 7½ gr., 100s ea. .... [illegible]
ETONOL (13717 Keenan Labs.)
Capsules, 50s ea. 3.00 [illegible]
ETOPHEROL (26403 Tri-State)
Capsules, 100 mg., 100s ea. .... [illegible]
500s ea. .... [illegible]
E-TOPLEX (26759 U. S. Vitamin)
Capsules
30 mg., 100s ea. *2.55 1.[illegible]
1000s ea. *23.75 15.[illegible]
100 mg., 100s ea. *8.25 5.[illegible]
500s ea. *40.00 26.[illegible]
1000s ea. *75.00 50.00
150 mg. 100s ea. *12.25 8.17
500s ea. *58.00 38.[illegible]
1000s ea. *108.00 72.00
Drops (See Aquasol E Drops)
E-TRATE (3084 Boyle)
Capsules,
50 mg., 100s ea. *2.69 3.00 1.59
2000s ea. .... 16.65
100 mg., 100s ea. *4.85 5.40 3.24
1000s ea. .... 31.65
ETRO (9939 General Pharmacal)
12 tabs. emergency .25 2.00
32 tabs. economy .50 4.00
80 tabs. family 1.00 8.00
E-TRONS (16692 Medi-Synth)
Tablets, 100s 4.00 28.80
1000s 33.00 237.60
Capsules, 100s 2.60 18.72
1000s 24.00 172.80
EU-BEN-SAL (26282 Tilden Co.)
Liquid, Pt. ea. .... 2.05
Ointment, 1 oz. jar .... 5.40
Lb. ea. .... 3.60
EUBERTONE(R) (9031 First Texas)
Capsules, 100s ea. .... 3.60
500s ea. .... 13.00
1000s ea. .... 24.71
EUCA THYME (25679 Sullivan)
.... *.30 2.75
.... *.50 4.00
EUCAFORM (26336 Towe & Co.)
1 c.c. Ampuls 12s ea. .... 2.20
25s ea. .... 4.00
100s ea. .... 15.00

MERTHYLLINE (7704 Drug Prods.)
Ampuls, 2 c.c., 12s ea. .... 3.00
25s ea. .... 5.76
4 x 25s ea. .... 21.60
MERTHYLLINE-C (7704 Drug Prods.)
Pulvoids, 50s ea. .... 2.34
100s ea. .... 4.50
MERTOX (11244 Hance Bros. & White)
Ointment, 1 oz. .75 3.00
3 oz. 2.00 6.00
MERTOL ANTISEPTIC GERMICIDE (16469 McKesson & Robbins)
½ oz. .... ....
MERTOX (8946 Fernak Co.)
Compound, 8 oz. •1.25 10.00
Powder, 2 oz. •1.00 8.00
MERTOXOL (16469 McKesson)
Aq. Isoton, sol. 1:1000s 1 pt. .... ....
In Oil, 4 oz. .... ....
Tincture, 4 oz. .... ....
MERTRISERTS(R) (26146 Therachemicals)
Vaginal Tablets
20s .75 5.40
100s 2.00 14.40
500s 9.00 64.80
MERVEHOL(R)⊙ (11984 Hille Labs.)
Oral, 1 oz. ea. 1.25 1.06
4 oz. ea. 3.75 3.19
12 oz. ea. 10.00 8.50
Parenteral, 30 c.c. ea. 1.80 1.53
60 c.c. ea. 3.00 2.55
MERVIN (16937 Mervin Wave Clip)
All Purpose Hair Set Card
W/5 Curl Clips & Rubber Tipped Bobbie Pins •.25 2.00
Curlettes Curl Clips
Card of 3s •.10 .72
Do-Alls, Card of 2s •.10 .72
Wave Clips-2-3-4 and 5"
Card of 2s •.10 .72
5s .... 1.80
MERZINOX (27849 Westerfield Pharm.)
1 lb. ea. .... 4.30
MESANTOIN(R) (22544 Sandoz)
Tablets, 0.1 Gm., 50s ea. .... 1.00
100s ea. .... 1.90
250s ea. .... 4.10
1000s ea. .... 13.75
MESCALINE SULFATE
Delta (7083)
1 gram. bot. ea. .... 38.00
100 mg. bot. ea. .... 7.00
MESCO OINTMENTS & SALVES
(See under Manhattan Eye Salve)
MESOBILIRUBINOGEN
Delta (7083)
100 mg. vial ea. .... 22.00

**MESOPIN**
Trademark
**MESOPIN-PB**
**Tablets and Elixir**
**For g.i. spasm**

MESOPIN: 2.5 mg. homatropine methylbromide per white tablet or teaspoonful green elixir; 5 mg. per peach tablet.

MESOPIN-PB: 2.5 mg. MESOPIN plus 15 mg. phenobarbital per yellow tablet or teaspoonful yellow elixir; 5 mg. MESOPIN plus 15 mg. phenobarbital per green tablet.

ENDO PRODUCTS INC.
Richmond Hill 18, N. Y.

MESOPIN(R) (8349 Endo)
Elixir,
16 oz. ea. .... 2.40
Gal. ea. .... 17.20
Injection, 5 mg.
Ampuls, 1 c.c.,
12s ea. .... 2.50
25s ea. .... 4.50
100s ea. .... 16.00
Powder, 1 gm. ea. .... 3.00
5 gm. ea. .... 13.50
10 gm. ea. .... 25.00
Tablets, 2.5 mg., C.T., 100s ea. .... 1.80
500s ea. .... 8.10
1000s ea. .... 15.00
5 mg., C.T., 100s ea. .... 2.00
500s ea. .... 9.00
1000s ea. .... 16.50
MESOPIN-PB(R) (8349 Endo)
Elixir, 16 oz. bot. ea. .... 2.50
Gal. bot. ea. .... 18.00
Tablets, 2.5 mg.,
C.T., Yellow 100s ea. .... 2.00
500s ea. .... 9.00
1000s ea. .... 16.50
5 mg., C.T., Green
100s ea. .... 2.25
500s ea. .... 10.00
1000s ea. .... 18.00

MESSAGER (16250A Mavel, Ltd.)
Eau de Toilette, 2 oz. •3.00 ....
4 oz. •5.00 ....
Parfum, 1 dr. •3.00 ....
¼ oz. •6.50 ....
½ oz. •11.50 ....
1 oz. •20.30 ....
2 oz. •34.00 ....
MESTRONE (17020 Meyer Chem.)
Aqueous Suspension
20,000 I.U. per c.c., 2 mg.
10 c.c. vial ea. .... 2.00
50,000 I.U. per c.c., 5 mg.
10 c.c. vial ea. .... 4.90
META BROM (3792 Brayten Pharm.)
Elixir, 8 oz. 1.85 15.00
w/Iron, 8 oz. 1.85 15.00
META CINE (3792 Brayten Pharm.)
Douche Powder, 8 oz. 2.00 16.00
METABALM (18759 Noyes, P. J.)
Fildro Base
1 oz. tubes .... 5.50
1 lb. jar ea. .... 5.00
METABLOID(R) (12062A Hiss Pharm.)
Tabs., 100s ea. .... 1.40
METABOGILL(R) (16199 Massengill)
Tablets, S.C.
100s ea. •.83 .... .55
500s ea. •3.38 .... 2.25
1000s ea. •6.30 .... 4.20
METABOLAID (15864 Mallard)
Tablets, No. 2, 100s ea. .... 1.10
500s ea. .... 4.25
1000s ea. .... 8.00
METABOLIN (26253 Thurston)
Tablets, 100s 2.00 14.40
270s 5.00 36.00
500s ea. 9.00 5.40
1000s ea. 17.00 10.20
METACAPS(R) (27290 Vita)
Capsules, 100s •4.50 32.40

**METANDREN®**
**(methyltestosterone U.S.P. Ciba)**
**LINGUETS®**
**(tablets for mucosal absorption Ciba)**
**Efficient Androgen Therapy**

**Composition:** Highly compressed tablets of methyltestosterone designed for absorption through buccal mucosa into systemic circulation.

**Action and Uses:** In males: substitution therapy for eunuchism, male climacteric, cryptorchidism and other conditions due to loss, atrophy or hypofunction of testes. In females: menopausal syndrome, functional uterine bleeding, frigidity, dysmenorrhea, premenstrual tension and postpartum breast engorgement. In both sexes: convalescent and cachectic states and for anabolic effect.

**Administration and Dosage:** Linguet is placed between cheek and molar teeth or beneath tongue, remaining there with as little swallowing as possible until completely absorbed—average of 30 to 50 minutes. Direct absorption into venous system from oral mucosa eliminates initial partial inactivation in digestive tract and liver. Since patients vary widely in requirements, dosage must be strictly individualized. Mg. per mg., Metandren Linguets are approximately twice as effective as orally ingested methyltestosterone.

CIBA PHARMACEUTICAL PRODUCTS, INC.
Summit, N. J.

*For prices and sizes see next column*

METADEE (23289 Sharp & Dohme)
600,000 U.S.P. units per c.c.
Ampuls, 1 c.c.
Box of 1 ea. •1.13 1.25 1.75
6 ea. •6.12 6.80 4.08
25 ea. •22.88 25.35 15.21
100 ea. •86.22 95.80 57.48
METAGYNAE (6634A Curtis-Parker Co.)
Pkg. A ea. 6.00 3.60
B ea. 4.25 2.55
C ea. 4.50 2.70
Diaphragms 50 to 105 mm,
Ea. 1.50 .90
Vaginal Jelly,
2¾ oz. tube ea. 1.00 .60
4½ oz. ea. 1.50 .90
8 oz. ea. 2.50 1.50
METAXOL (7824 Durex)
Jelly, Pkg. C.
4.3 oz. •2.00 14.40
METALGLAS (2220 Belvidere)
16 oz. .59 4.72
½ gal ea. 2.75 22.00
1 gal. ea. 4.75 38.00
METALLIC MENDER (15624 Lux Visel)
1 oz. .35 2.52
METALLICX (15624 Lux-Visel)
½ oz. .25 ....
1 oz. tube .35 ....
2 oz. tube .50 ....
Liquid Mender tubes
½ oz. .25 ....
1 oz. .35 ....
2 oz. .50 ....
METALOSE (26547 Tutag)
Tablets, 1000s ea. .... 5.95
5000s ea. .... 27.50
METAMINE(R) (14944 Leeming)
Tabs., 50s .... 18.72
500s ea. .... 14.40
METAMUCIL (23024 Searle)
Powder
4 oz. can ea. 1.08 1.20 .72
8 oz. can ea. 1.80 2.00 1.20
1 lb. can ea. 2.88 3.20 1.92
METANDREN(R) (5684 Ciba)
Linguets, 5 mg., White
30s ea. •2.40 .... 1.60
100s ea. •6.60 .... 4.40
500s ea. •32.25 .... 21.50
10 mg., Yellow
30s ea. •4.43 .... 2.95
100s ea. •12.23 .... 8.15
500s ea. •59.63 .... 39.75
Tablets, 10 mg., White, Scored
30s ea. •4.43 .... 2.95
100s ea. •12.23 .... 8.15
500s ea. •59.63 .... 39.75
25 mg., Yellow, Scored
15s ea. •6.40 .... 4.40
100s ea. •30.60 .... 20.40
METANITE (7704 Drug Prods.)
Pulvoids, 100s ea. .... .90
1000s ea. .... 7.20
Soluble, Pulvoids, 100s ea. .... .54
1000s ea. .... 3.24
w/Phenobarbital
Pulvoids, 100s ea. .... 1.10
1000s ea. .... 7.20
METAPHEDRINE (89 Abbott)
Inhalant No. 99
1 fl. oz. bot. •.99 1.10 7.91
4 fl. oz. bot. ea. •3.06 3.40 2.04
Pt. ea. •9.90 11.00 6.60
Gal. ea. •69.12 76.80 46.08
Isotonic
1 fl. oz. bot. •.72 .80 5.76
4 fl. oz. bot. ea. •2.47 2.75 1.65
Pt. ea. •7.87 8.75 5.25
Gal. ea. •57.00 63.33 38.00
METAPHEN (89 Abbott)
Disinfecting Solution
Qt. ea. •2.88 3.20 1.92
Gal. ea. •8.91 9.90 5.94
First Aid Solution
20 c.c. bot. ea. •.29 .32 .19
Pt. ea. •1.93 2.15 1.29
Gal. ea. •12.00 13.33 8.00
Ophthalmic Ointment, 1:3000
⅛ oz. tubes •.36 .40 2.35
1:2500
12 fl. oz. bot. •1.01 1.12 8.00
Gal. ea. •6.37 7.08 4.25
1:500
Pt. ea. •1.84 2.05 1.23
Gal. ea. •11.20 12.45 7.47
Tincture, 1:200
1 fl. oz. bot. ea. •.40 .45 .27
4 fl. oz. bot. ea. •.81 .90 .54
Pt. ea. •2.07 2.30 1.38
Gal. ea. •12.64 14.05 8.43
Untinted
1 fl. oz. bot. ea. •.40 .45 .27
4 fl. oz. bot. ea. •.81 .90 .54
Pt. ea. •2.07 2.30 1.38
Gal. ea. •12.64 14.05 8.43
METASERT(R) (3792 Brayten Pharm.)
Vaginal Inserts, 100s 4.50 36.00
META-THESOL (4524 Buffington's)
Oily, 4 oz. bots. ea. 1.34 .80
16 oz. bots. ea. 4.15 2.50
Surgical Tincture
4 oz. bots. ea. 1.85 1.11
16 oz. bots. ea. 5.35 3.20
META-TITANT (9519 French Herbal)
2.00 8.00
METATONE (19539 Parke, Davis)
12 oz. bot. •1.57 1.75 12.60
Gal. bot. ea. •11.70 13.00 7.80

METAXIN(R) (10702 Gray Pharm.)
Tabs., 100s ea. .... 1.40
1000s ea. .... 9.00
METCO BRAND (26364 M. E. Tracy)
Aspirin Tablets 100s .50 4.00
Diuretic Tablets 50s .50 4.00
MET-CUSHION (22889 Scholl)
Arch Support
Wide and Narrow
Men's, 6-7, 8-9, 10-11 •4.50 30.00
Women's, 2-3, 4-5, 6-7, 8-9 •4.50 30.00
MET-ESTRIN (16994 Metropolitan)
Ampuls, 1 c.c.
0.133, 10s ea. .... 1.85
100s ea. .... 15.00
Multiple Dose Vials
0.133, 10 c.c. ea. .... 1.25
10s ea. .... 11.00
30 c.c. ea. .... 3.00
0.267, 10 c.c. ea. .... 2.00
10s ea. .... 18.00
0.667, 10 c.c. ea. .... 4.00
10s ea. .... 35.00
Suspension, Aqueous
10 c.c. ea. .... 3.50
10s ea. .... 30.00
MET-ESTROL (16994 Metropolitan Labs.)
Multiple Dose Vials
5 mg./c.c.
10 c.c. ea. .... .75
10s ea. .... 6.50
25 mg./c.c.
10 c.c. ea. .... 2.00
10s ea. .... 18.00
METHABROM (10664 Grant)
Liquid, 6 oz. Prices on request
METHACHOLINE
(See Mecholyl Chloride)
METHADON OR METHADONE HYDROCHLORIDE(R)
Abbott (89)
Solution, Ampoules, 10 mg., 1 c.c.
6s ea. •1.68 1.87 1.12
25s ea. •4.88 5.42 3.25
100s ea. •17.86 19.84 11.90
Multiple Dose Vial, 10 mg. per c.c.
20 c.c. ea. •1.80 2.00 1.20
Horton & Converse (12344)
Solution Parenteral
10 mg. per. c.c.
20 c.c., r.c. vials ea. •1.80 1.08
Tablets, Oral
2.5 mg. 100s ea. •.60 .36
1000s ea. •4.50 2.70
5.0 mg. 100s ea. •.80 .48
1000s ea. •6.50 3.90
7.5 mg. 100s ea. •.95 .57
1000s ea. •8.00 4.80
10.0 mg. 100s ea. •1.10 .66
1000s ea. •9.00 5.40
Lilly (15249)
Dolophine Hydrochloride (See Under Trade Name)
Mallinckrodt (15869)
Powder,
10 gram bot. per gram .... .31
25 gram bot. per gram .... .28
50 gram bot. per gram .... .25
100 gram bot. per gram .... .24
Massengill (16199)
Ampuls, 10 mg. 1 c.c.
5s ea. •1.28 .... .85
10 c.c. R.C. vial ea. •1.13 .... .75
Tablets
2.5 mg. 100s ea. •.60 .... .40
500s ea. •2.10 .... 1.40
5 mg. 100s ea. •.83 .... .55
500s ea. •3.23 .... 2.15
7.5 mg. 100s ea. •.98 .... .65
500s ea. •3.98 .... 2.65
National Drug (17909)
C.T. 5 mg. Scored
100s ea. .... .48
1000s ea. .... 3.90
Vial, 25 c.c. ea. .... 1.08
Parke, Davis (19539)
Elixir, pt. ea. •4.50 5.00 3.00
Tablets
5 mg., 100s ea. •.72 .80 .48
1000s ea. •5.85 6.50 3.90
Vials, 10 mg. per c.c., 20 c.c.
Ea. •1.62 1.80 1.08
Upjohn (26794)
Sterile Solution, 10 mg. per c.c.
30 c.c. vials, 1 ea. .... 1.75
5s ea. .... 8.30
25s ea. .... 39.50
Tablets, Hypodermic, 10 mg.
100s ea. .... .95
500s ea. .... 4.40
1000s ea. .... 7.91
5000s/1000 .... 6.96
Winthrop (28294)
Adanon Hydrochloride
(See Under Trade Name)
METHADOX (10702 Gray Pharm.)
Tablets, 100s ea. .... 1.50
1000s ea. .... 10.00
METHAFROME(R)
(20137 Physician's Drug & Supply)
Tabs., 20 mg., 100s ea. .... 3.25
500s ea. .... 15.00
1000s ea. .... 29.50
50 gm., 50s ea. .... 4.00
100s ea. .... 7.50
500s ea. .... 36.50
METHAGEL (2341 Belton-Wallace)
Tablets, 100s .... 27.60

54-55 Blue Book

**MEZEREON BARK** (19799 Penick-NYQ)
1 oz. pkgs. per lb. ...... av. price .... 1.95

**MEZO** (R) (27614 Warren-Teed)
Ointment, 1½ avoir oz.
Tubes ..... 5.60

**MIADYNE** (11489 Hart Drug)
Tablets, 100s ea. ...... 1.67 1.00
500s ea. ...... 7.33 4.40
1000s ea. ...... 14.17 8.50

**MIAHATI** (17042 Miahati)
Men's Preparations
After Shave Lotion ...... 1.25 9.00
Talc ...... .75 5.40
Stick Deodorant ...... 1.00 7.20

**MIAMIVITES** (13894 Key Corp.)
Tablets, S.C., 100s ea. ...*4.88 6.00 3.25

**MIBALM** (17050 Mibalm)
4 oz. ...... .60 4.50

**MICAJAH** (17054 Micajah & Co.)
Med. wafers 25s ...... 1.00 8.00

**MICAPON** (19539 Parke, Davis)
Tablets, 100s ea. ...... *.54 .60 .36
1000s ea. ...... *4.05 4.50 2.70

**MICE DOOM** (17684 Murray, E.)
Pellets, 3 oz. ...... .50 4.00
½ lb. ...... 1.00 8.00
1 lb. ...... 1.75 14.00

**MI-CEBRIN** (15249 Lilly)
Tablets
100s ea. ...... *7.56 8.40 5.04
1000s ea. ...... *68.04 75.60 45.36
5000s bulk ea. ...... *323.10 359.00 215.40

**MICHELSEN'S BAY RUM** (17069 Michelsen)
8 oz. ...... *.60 4.80
16 oz. ...... *.90 7.20
32 oz. ...... *1.50 12.00

**MICO** (10995 H. S. Specialty Co.)
.1 oz. ...... *.75 5.00

**MICRESTIN** (10377 Gold Leaf)
• 20,000 I.U. per c.c.
10 c.c. vial ea. ...... 2.50 1.88
30 c.c. vial ea. ...... 5.00 3.75

**MICRO-ACETABS** (4209 Brewer)
500s ea. ...... 5.00 3.00
1000s ea. ...... 8.35 5.01
Kits of 50 w/dropper ea. ...... 1.25 .75

**MICROCOSMIC SALT** (See Sod. & Amm. Phosphate)

**MICRODIOL**
Gold Leaf (10377)
• Alpha Estradiol or Natural Estrogens
0.1 mg., 10 c.c. vial ea. ...... 1.25 .94
30 c.c. vial ea. ...... 2.00 1.50
0.2 mg., 10 c.c. vial ea. ...... 1.50 1.13
30 c.c. vial ea. ...... 2.50 1.88
0.5 mg., 10 c.c. vial ea. ...... 2.00 1.50
30 c.c. vial ea. ...... 4.00 3.00

**MICROFONAMIDES** (R) (85 Abbitt Pharmacal)
Suspension, pt., ea. ...... 4.75

**MICROGEN** (12897 International Med.)
Vial, 0.22 mg., 20,000 I.U./c.c.
30 c.c. ea. ...... 3.00 2.10

**MICROLINE** (8547 Elms Sales Co.)
R. & L. Remedy ...... 1.00 3.00

**MICRO-LITE** (17080 Micro-Lite Co.)
Combination Lite #615C ...... *.59 4.32
Saddle Stitch Lite #149 ...... *.49 3.60
Spiral Grip Lite #105S ...... *.49 3.60

**MICRONIZED STILBESTROL** (10664 Grant)
Tablets,
0.05 mg., 100s ea. .... 1.00
0.1 mg., 100s ea. .... 1.00
500s ea. .... 4.00
1000s ea. .... 7.50
0.5 mg., 100s ea. .... 1.00
500s ea. .... 4.00
1000s ea. .... 7.50
1 mg., 100s ea. .... 1.00
500s ea. .... 4.00
1000s ea. .... 7.50
2 mg., 100s ea. .... 2.00
500s ea. .... 9.00
1000s ea. .... 17.00
5 mg., 100s ea. .... 2.50
500s ea. .... 11.50
1000s ea. .... 21.00
10 mg., 100s ea. .... 4.40
500s ea. .... 20.00
1000s ea. .... 38.00
25 mg., 30s ea. .... 2.50
100s ea. .... 7.50
250s ea. .... 18.00
500s ea. .... 34.00
1000s ea. .... 62.00
50 mg., 100s ea. .... 12.00
100 mg., 100s ea. .... 21.00
500s ea. .... 80.00

**MICROSTILS TABLETS** (894 Amfre)
(Prices upon request)

**MICROZINE** (12344 Horton & Converse)
Ointment, 5%
1 oz. tube ea. ...... *.40 .24
16 oz. jar ea. ...... *3.00 1.80
10%, 16 oz. jar ea. ...... *5.57 3.34
Ophthalmic Ointment, 5%
⅛ oz. tubes ea. ...... *.25 1.50
Suspension, 20%
1 oz. ...... *1.20 7.20

**MICROZOLE** (12344 Horton & Converse)
Ointment, 5%
Tubes, 1 oz. ...... *.40 2.70
4 oz. ea. ...... *1.25 .75
16 oz. ea. ...... *2.75 1.65
Ophthalmic Ointment, 5%
⅛ oz. tube ...... *.25 1.50

**MICTURIN** (R) (20136 Physicians Drug Co.)
Tablets, 50s ...... 2.00 16.00

**MICULES** (10217 Gland-O-Lac)
8 oz. ...... .90 7.20
20 oz. ...... 1.80 14.40
40 oz. ...... 3.20 25.50
15 lb. drum ea. .... 12.00
25 lb. drum ea. .... 18.00
100 lb. drum ea. .... 60.00

**MIDANEED** (11295 Hanlon)
Capsules, 100s ea. ...... *2.97 3.30 1.98

**MIDDLESEX**
(See Under Johnson & Johnson)

**MIDESAL** (9776 Garret)
100s .... 15.00

**MIDOL**
(5274 Centaur Caldwell-Div. of Sterling Drug)
Tabs., 5s ...... *.17 .... 1.60
12s ...... *.34 .... 3.20

**MIDY'S** (9369 Fougera)
Pomade ...... 20.00
Piperazine Granules, 70 gms. ...... 18.00

**MIDY'S** (17149 Midy Labs.)
Granules, 2 2/5 oz. ...... 18.00

**MIESTRIN** (15662A M.J. Laboratories)
Vial, 10,000 I.U./c.c. 10 c.c. .... 2.00
30 c.c. .... 2.95
25,000 I.U./c.c. 30 c.c. .... 5.95
50,000 I.U./c.c. 10 c.c. .... 3.95
Aqueous, vial
20,000 I.U./c.c. 10 c.c. .... 3.00

**MIFFLIN** (17154)
After Shave Lotion
Lilac, Menthol or Spice
4 oz. ...... *.25 .40 2.00
Anti Histamine Tablets
12s ...... *.39 .50 2.81
36s ...... *.99 1.25 7.13
Citrate of Magnesia
12 oz. ...... *.49 .60 3.75
Ethyl Alcohol, Plain, 16 oz. ...... *.59 .70 4.69
Wintergreen, 16 oz. ...... *.69 .80 5.42
Hydrogen Peroxide
10 Vol., 4 oz. ...... *.10 .15 .88
8 oz. ...... *.15 .20 1.33
16 oz. ...... *.20 .25 1.75
20 Vol., 4 oz. ...... *.10 .15 1.00
16 oz. ...... *.25 .30 2.25
Isopropyl Alcohol,
Plain, 16 oz. ...... *.49 .60 3.75
Lavender, Lilac, Pine or Wintergreen, 16 oz. ...... *.59 .70 4.37
Milk of Magnesia
16 oz. ...... *.49 .60 3.75
32 oz. ...... *.89 1.00 6.25
Mineral Oil, (335-350 Visc.)
16 oz. ...... *.79 .90 5.73
32 oz. ...... *1.19 1.30 8.75
Mouth Wash, Antiseptic or Astringent
16 oz. ...... *.59 .70 4.37
32 oz. ...... *.99 1.10 7.50
Witch Hazel, 5 oz. ...... *.15 .20 1.33
16 oz. ...... *.39 .50 3.12

**MIGATON** (22518 San Pedro Labs.)
Syrup, 4 oz. ...... 1.00 8.00
Tonic, 6 oz. ...... *1.00 8.00

**MIGESTRONE** (7833 Durst, S. F. & Co.)
Sterile Solution, 10,000 I.U. per c.c.
10 c.c. vials ea. ...... 3.60

**MIGHTY MENDER** (17154A Mighty Mender Co.)
1¼ fl. oz. ...... *.25 1.50

**MIGRAGEN** (11174 Halperin)
100s ea. .... .45

**MIGRAINOID** (17464 Moore & Co.)
Tabs., 100s ea. .... 3.75

**MIGRATABS** (14905 Lee Chem.)
Tabs., 12s ...... *.25 2.00
100s ...... *1.25 10.00

**MIGREN** (R) (16199 Massengill)
Tablets, 100s ea. ...... *.68 .... .45
1000s ea. ...... *4.50 .... 3.00

**MIGYL** (894 Amfre)
Tablets, 100s ...... 36.00

**MIJIT ATOMIZER** (23289 Sharp & Dohme)
Box of 3 ea. ...... *.45 .50 .30

**MIKAROL** (R) (7765 Dumas-Wilson)
Tablets, 5 mg., 100s ea. .... 1.50
1000s ea. .... 12.75
25 mg., 100s ea. .... 4.25
1000s ea. .... 36.15

**MIKETS** (10217 Gland-O-Lac)
Capsules
50s ea. ...... .65 .43
100s ea. ...... 1.25 .83
250s ea. ...... 3.00 2.00
500s ea. ...... 5.00 3.33
1000s ea. ...... 9.00 6.50

**MI-KOLOR** (6940 Dawn Prods.)
8 oz. ...... 2.00 15.60

**MILADY** (20209 Pierce, S. S.)
Cologne, 3¼ oz. ...... *2.00 14.40

**MILAM** (19235 Owen Drug)
Tonic, 12 oz. ...... *1.39 1.50 12.00

**MILANO** (19514 Park Drug)
Effervescent Salt
2½ oz. .... 2.10
5 oz. .... 3.40
10 oz. .... 4.80

**MILBURN** (7009 E. Z. Chem.)
Caps., 12s ...... .40 3.20

**MILCREAM** (28314 Wirth)
3 oz. ...... *.29 .30 2.00
6 oz. ...... *.59 .60 4.00

**MILDENT** (17162 Mildent Co.)
Children's Toothbrush ...... .25 2.00
Toothpaste, 1½ oz. ...... *.25 2.00

**MILDEW-STOP** (25666 Sudbury Lab.)
4 oz. ...... *.60 4.80
8 oz. ...... *1.00 8.00
Qts. ...... *3.00 24.00
Gals. (case of 4) ...... *8.00 21.34

**MILDONNA** (R) (26606 Tyrones)
Tablets, 100s ea. ...... 2.25 1.25

**MIL-DU-RID** (26662 Ultra Chemical Works)
Pint ea. ...... .95 .57
Quart ea. ...... 1.59 .95
Gallon ea. ...... 4.50 2.70

**MILENE** (7779 Dewedy)
6 oz. ...... .25 2.00
16 oz. ...... .50 4.00

See
MILES LABORATORIES
advertisement in
Merchandising Section

**MILESTROL** (17201 Miller Labs.)
Tablets, C.T., 5 mg.
100s ea. ...... 2.13 1.28
500s ea. ...... 9.60 5.76
1000s ea. ...... 18.13 10.38
25 mg., 100s ea. ...... 4.67 2.80
500s ea. ...... 21.33 12.80
1000s ea. ...... 40.00 24.00
Vials, 25 mg. per c.c.
10 c.c. ea. ...... 2.80 1.68
6s ea. ...... 13.33 8.00
25s ea. ...... 53.33 32.00

**MILEX FERTILEX** (17166 Milex Fertilex Co.)
Vaginal Creme, 3 oz. ...... 1.00 8.00
Vaginal Jelly, 3 oz. ...... 1.00 8.00

**MILEX PRODS.** (17167)
Creme, Refill, 2½ oz. tube ... *1.00 7.20
Diaphragms
Crescent, Sizes 60-95 ...... *3.50 25.20
Latex, Sizes 50-95 ...... *1.50 10.80
Molded, Sizes 50-95 ...... *2.00 14.40
Diaphragm Sets
Coil Spring Pakit Set
50 to 105, mm .... 36.00
Crescent Pakit Set
60 to 100, mm ...... *5.50 39.60
Regular w/Standard Inserter
Sizes 50-95 ...... *4.00 28.80
DeLuxe
w/Standard Inserter
Sizes 50-95 ...... *4.50 32.40
w/Swivel Inserter
Sizes 50-95 ...... *5.00 36.00
Douche Powder, 6 oz. ...... *1.00 7.20
Jelly w/Jel-Jector
4 oz. ...... *4.00 28.80
8 oz. ...... *5.00 36.00
Jelly Refill, 3 oz. tube ...... *1.00 7.20
4 oz. jar ...... *1.50 10.80
8 oz. jar ...... *2.50 18.00
Regular Inserter
Universal Size ...... *1.00 7.20
Swivel Inserter, Fits all Sizes .. *1.25 9.00

MILIBIS®

Composition: Brand of bismuth glycolylarsanilate.

Uses: For intestinal amebiasis; and for Trichomonal and Monilial Vaginitis.

Advantages: Virtually non-toxic, highly effective.

Administration and Dosage: For intestinal amebiasis: tablets, 1 tablet three times daily for seven days. Course may be repeated. For vaginitis: suppositories, 1 suppository inserted high in the vagina every other night for five doses. Acid douches should be administered on the alternating nights. The course may be extended or repeated if necessary.

WINTHROP - STEARNS, INC.
1450 Broadway
New York 18, N. Y.

**MILIBIS** (R) (28294 Winthrop)
Suppositories, 0.25 gm.
Box of 5s ea. .... 1.12
Tablets, 0.5 gm., 25s ea. .... 2.47
500s ea. .... 47.06

**MILIBIS ARALEN** (R) (28294 Winthrop)
Tablets, 50s ea. .... 4.95
1000s ea. .... 89.08

**MILK OF BISMUTH** (See under Bismuth)

**MILK OF MAGNESIA**
In 16 oz. bots. doz. .... av. price .... 3.42
In gal. bots. ea. .... av. price .... 1.35

**MILK MASK** (20035 Pharma-Dermic Labs.)
3 oz. ...... 1.00 8.00
1 lb. ea. ...... 4.50 3.00

**MILK SUGAR—BORDEN** (2929 Borden Co.)
(See under Beta Lactose)

**MILK SUGAR, LACTOSE, U.S.P., MERCK**
(16864 Merck)
1 lb. canister ...... *1.19 .... 8.45
5 lbs. ea. .... 2.80

**MILKADE** (11332 Happy Jack)
...... 2.00 1.

**MILKINOL** (14397 Kremers-Urban)
Pint ea. ...... 1.50

**MILKY WAY** (17189 Milky Way Cos. Co.)
Cleansing Cream, 3 oz. ...... *1.00 7
8 oz. ...... *2.00 14
16 oz. ...... *3.50 25
Cream Foundation, 3 oz. ...... *1.00 7.
Foot Comfort, 3 oz. ...... *1.00 7.
Hand Cream, 3 oz. ...... *1.00 7.
Milk-Egg Astringent Pack
3 oz. ...... *1.50 10.
Night Cream, 3 oz. ...... *1.00 7
8 oz. ...... *2.00 14
16 oz. ...... *3.50 25

**MILLAN** (5469 Character Prod.)
Tablets, 24s ...... 1.50 12.

**MILL-A-SED** (17201 Miller Labs.)
Capsules, 100s ea. ...... 3.00 1
500s ea. ...... 13.33 8
1000s ea. ...... 23.67 14

**MILLER'S** (11794 Herb Prods.)
Antiseptic Oil, 2 oz. ...... .35 2
4 oz. ...... .70 5

**MILLER'S BALM** (17723A Myers Labs.)
...... .60 4

**MILLER'S COMP.** (17227 Miller, T. A.)
Resorcin, Bismuth & Rhubarb
Tabs., 50 ...... 1.25 10
500s ea. .... 7

**MILLER'S (DR.) EXPECTORANT** (17509 Morgan & Sons)
4 oz. ...... .35 3
Pint ...... 1.00 9

**MILLERS FORGE MANICURE IMPLEMENTS** (17234)
Blackhead Removers
No. 885 ...... *.10
No. 886 ...... *.50 1
Cuticle Knives, No. 884 ...... *.50 3
Cuticle Nippers
No. 710 (scissors type) ...... *4.00 29
No. 712 (plier type) ...... *4.00 29
Cuticle Pushers, No. 881 ...... *.25 1
No. 882 ...... *.50 3
No. 883 ...... *.50 3
Cuticle Scissors
No. 613 standard ...... *1.50 10
No. 620 service ...... *2.00 14
No. 623 needlepoint ...... *2.50 18
No. 633 professional ...... *3.00 21
Mustache Scissors
No. 543 ...... *1.50 10
Nail Clips, No. 724 ...... *.35 2
No. 725 ...... *.75 5
Nail Files
No. 803, 3½" w/Sheath ...... *.20 1
No. 804, 4" pointed ...... *.15 1
No. 804½, 4½" pointed ...... *.20 1
No. 805, 5" pointed ...... *.25 1
No. 805½, 5½" pointed ...... *.30 2
No. 806, 6" pointed ...... *.35 2
No. 807, 7" pointed ...... *.40 2
No. 808, 8" pointed ...... *.50 3
No. 818, 8" rounded ...... *.50 3
No. 819, 9" rounded ...... *.75 5
No. 824, 4-in-1 file ...... *.25 1
Nail Nippers
No. 700, 5½" barrel-spring ...... *5.00 36
No. 701, 4½" barrel-spring ...... *4.00 29
No. 706, 4½" plier handle ...... *3.00 21
No. 720 Cuticlip ...... *1.00 7
No. 726 Toenail Clip ...... *1.00 7
No. 858 Tweezer ...... *.50 3
Nail Scissors
No. 523, 3½" curved ...... *2.00 14
No. 573, 3½" straight ...... *2.00 14
No. 533, 3½" curved ...... *2.50 18
No. 534, 4" curved ...... *3.00 21
No. 584, 4" straight ...... *3.00 21
No. 525, Comb. nail & cuticle scissors ...... *2.50 18
Safety Baby Scissors
No. 563 ...... *1.50 10
Safety Baby Manicure Set
No. 200 ...... *2.00 14
Spear & Comedone
No. 887 ...... *.25 1
Tweezers
No. 851, polished, pointed ...... *.50 3
No. 852, polished, square ...... *.50 3
No. 853, polished, slant ...... *.50 3
No. 854, polished, splinter ...... *.50 3
No. 855, 4-1 ...... *.50 3
No. 861, point end ...... *.25 1
No. 862, square end ...... *.25 1
No. 863, slant end ...... *.25 1
No. 871, point end ...... *.35 2
No. 872, square end ...... *.35 2
No. 873, slant end ...... *.35 2
No. 874, safety end ...... *.35 2

**MILLER'S HERB EXTRACT** (17235 Miller's Medicine Co.)
8 oz. ...... *1.19 1.25 10

**MILLER LABS.** (17201)
Aspirin, Acetophenetidin & Caffeine
C.T., White, Pink, Green
1000s ea. ...... 6.00 3
Calcium Gluconate, USP
Ampuls, 1 gm., 10 c.c.,
6s ea. ...... 2.93 1
25s ea. ...... 7.67 4
50s ea. ...... 12.67 7
Tablets, C. T., 300 mg.,
500s ea. ...... 3.80 2
1000s ea. ...... 6.67 4

(Continued on Next Page)

**STERN- L. & H.** (24398)
Cigarette Holders
DeLuxe Zeus ........ *2.50 18.00
Diplomat Zeus ........ *3.50 25.20
Standard Zeus ........ *1.50 10.80
Pipes
Certified Purex ........ *3.50 28.00
Purex Sturnies ........ *1.00 8.00
Purex Superfine ........ *1.50 12.00
Sterncrest 14K ........ *7.50 60.00
Sterncrest Sterling ........ *5.00 40.00
Sterncrest Ultra Fine ........ *10.00 80.00

**STERNIG'S** (24401)
Electric Liniment, 2 oz. ...*.59 .60 4.50
4 oz. ...*.98 1.00 7.00
Famous, Eye Relief, 2 oz. ..*.39 .45 3.00
4 oz. ..*.69 .75 5.00
Throat Mix, 2 oz. ........*.39 .45 4.50
4 oz. ........*.69 .75 7.00
Hospital Improved B Complex Capsules, 100s ........*1.98 2.00 15.00
Vermin Killer, 2 oz. ........ *.45 3.50
4 oz. ........*.79 .85 7.00

**STERO-GRIP** (24419 Stero-Grip)
Baby Bot. Tongs ........ *1.00 5.50

**STEROGYL(R)** (22083 Roussel)
Ampuls, 2s ea. ........ 2.50 1.74
6s ea. ........ 6.75 4.56

**STEROIDEEN** (23965 Spencer)
10 c.c. vials ea. ........ .... 5.50

**STEROLIN** (23124 Selig)
Disinfect,
Quart ........ .75 6.00
1/2 gal. ........ 1.25 10.00
Gallon ........ 2.00 16.00

**STEROSAN** (9875 Geigy Pharm.)
Cream, 30 gm. tube ea. ........ *1.50 .90
1 lb. jar ea. ........ *12.50 7.50
Ointment, 30 gm. tube ea. ........ *1.50 .90
1 lb. jar ea. ........ *12.50 7.50

**STEVENS** (24432A Stevens)
Bubble Bath, Supreme
8 oz. ........ 1.10 8.80
16 oz. ........ 2.00 16.00
Coiffure Finish, 4 oz. ........ 1.00 8.00
w/Atomizer ........ 1.50 12.00
6 oz. ........ 1.50 12.00
w/Prof. Atomizer ........ 2.50 20.00
16 oz. ........ 4.00 32.00
Deodorant for Men, 4 oz. ........ .75 6.00
Hair Cream, Supreme, 4 oz. ........ .75 6.00
Spicy Shave Lotion, 6 oz. ........ .75 6.00
Tonique Supreme, 8 oz. ........ 1.50 12.00

**STEVENS DENTRIFRICE** (24432 Stevens)
1 1/2 oz. ........ .50 4.20

**STEVENSON'S ANT KILLER** (24432B)
2 oz. ........ .25 2.00

**STEWART'S, MARY E.** (10398 Goldman Pharm.)
Cones, 12s ........ *1.00 8.00
Powder, 5 oz. ........*.69 .75 6.00
16 oz. ........*1.59 1.60 12.80

**STIBACOL** (11519 Harvey, G.F.)
Syrup, pt. ea. ........ .... 2.20
Gal. ea. ........ .... 13.55

**STIBOPHEN U.S.P.** (See Fuadin)

**STIEFEL'S MEDICINAL SOAPS** (24500)
Acne-Aid Detergent Soap ........ .50 4.20
Boric Acid 5% ........ .35 2.80
Carbolic Acid 5% ........ .35 2.80
Germicidal, Mercuric Iodide
1% ........ .20 1.44
2% ........ .25 1.80
Ichthammol 5% ........ .50 4.30
10% ........ .60 4.80
20% ........ .75 6.00
Naphthol & Sulphur, 2 1/2% & 10% ........ .35 2.80
Oilatum Soap, 3 1/2 oz. ........ .50 4.20
Resorcin 5% ........ .50 4.20
& Salicylic Acid ........ .50 4.00
& Salicylic Acid & Sulphur ........ .50 4.20
& Salicylic Acid, Tar & Sulphur ........ .50 4.20
& Sulphur ........ .50 4.00
Salicylic Acid ........ .50 4.00
Salicylic Acid & Sulphur ........ .35 2.80
Salicylic Acid, Tar & Sulphur ........ .35 2.80
Sulphur 10% ........ .35 2.80
Sulphur, Camphor & Balsam Peru ........ .50 4.00
Superfatted w/lanolin ........ .35 2.80
Tar, 10% ........ .25 2.00
Tar & Sulphur ........ .35 2.80
Tar Shampoo,
Cake, 4% Processed Crude Coal Tar ........ .50 4.20
Liq., 2% Processed Crude Coal Tar 8 oz. bott. ........ 1.00 8.00

**STIG (R)** (11489 Hart Drug)
Injection,
10 c.c. vial ea. ........ 3.00 1.80

**STIGMANOL** (10377 Gold Leaf)
Ampuls, 1 c.c. 1:2000
6s ea. ........ 1.50 .75
25s ea. ........ 5.00 2.50
100s ea. ........ 19.00 14.25
1:1000, 10 c.c. vial ea. ........ 2.80 1.40
1:2000, 10 c.c. vial ea. ........ 1.60 .80

**STIGMASTEROL**
Delta (7083)
100 gram bot. ea. ........ .... 5.70
Jasanols (13208)
1 gram ea. ........ .... 4.00

**STIGMONENE BROMIDE(R)** (27580 Warner-Chilcott)
0.5 mg., 1:2000
1 c.c., 12s ea. ........ .... 2.30
50s ea. ........ .... 8.25
2.0 mg., 1:500
1 c.c., 12s ea. ........ .... 4.20
50s ea. ........ .... 14.70

**STILBALME** (17020 Meyer Chem.)
Tabs., 25 mg., 100s ea. ........ 6.00 4.00
1000s ea. ........ 33.75 22.50

**STILBAMIDINE**
Delta (7083)
1 gm. bot. ea. ........ .... 9.70
Jasonols (13208)
1 gram ea. ........ .... 12.00

**STILBAMIDINE ISETHIONATE(R)** (16929 Merrell, Wm. S.)
Ampuls, ea. ........ .... 4.00
5s ea. ........ .... 19.50

**STILBESTROL** (See Diethylstilbestrol)

**STILBETABS** (20148 Physicians & Surgeons)
Tablets, E.C., 5 mg., 100s ea. ........ .... 2.30
1000s ea. ........ .... 18.30
25 mg., 100s ea. ........ .... 5.40
1000s ea. ........ .... 45.00

## STILBETIN®

• Squibb diethylstilbestrol, a potent synthetic estrogen for economical oral therapy. Indicated for every estrogenic need. Available in 6 strengths, from 0.1 mg. tablets to 25 mg. tablets. Also available: 100 mg. high potency tablets.

E. R. SQUIBB AND SONS
Division of Mathieson Chemical Corporation
New York 22, N. Y.

**STILBETIN (R)** (24119 Squibb)
Tablets, 0.1 mg.
100s ea. ....*1.17 1.30 .78
1000s ea. ....*8.10 9.00 5.40
0.1 mg., E. C.
100s ea. ....*1.26 1.40 .84
1000s ea. ....*10.80 12.00 7.20
0.25 mg.
100s ea. ....*1.26 1.40 .84
1000s ea. ....*9.45 10.50 6.30
0.25 mg., E. C.
100s ea. ....*1.35 1.50 .98
1000s ea. ....*11.70 13.00 7.80
0.5 mg.
100s ea. ....*1.35 1.50 .90
1000s ea. ....*10.35 11.50 6.90
0.5 mg., E. C.
100s ea. ....*1.44 1.60 .96
1000s ea. ....*12.60 14.00 8.40
1.0 mg.
100s ea. ....*1.62 1.80 1.08
1000s ea. ....*13.05 14.50 8.70
1.0 mg., E. C.
100s ea. ....*1.71 1.90 1.14
1000s ea. ....*15.30 17.00 10.20
5.0 mg.
100s ea. ....*3.42 3.80 2.28
1000s ea. ....*29.16 32.40 19.44
5.0 mg., E. C.
100s ea. ....*3.64 4.05 2.43
1000s ea. ....*31.41 34.90 20.94
25 mg.
100s ea. ....*7.50 8.33 5.00
100 mg.
50s ea. ....*12.00 13.33 8.00

**STIL-80**
American Scientific (841)
Vials, 10 c.c. ........ .75 5.40
Martin, C. J. (16110)
Vials, 10 c.c. ........ .75 6.00

**STIL-CAPO**
American Scientific (841)
Pellets, Vials, 35s ........ 1.50 12.00
w/Implanter (case of 6) ........ 2.29 8.25
100s ........ 2.50 18.00
w/Implanter (case of 6) ........ 3.29 11.85
Clips, 100s ........ 2.50 18.00
1000s ea. ........ 21.00 12.60
Implanters, Single Shot ea. ........ .80 .60
Repeating, ea. ........ 6.00 4.50
American Serum (841A)
35s ea. ........ .... ....
100s ea. ........ .... ....
Implanter for pellets, ea. ........ .... ....
Martin, C. J. (16110)
Implanter
Repeater, ea. ........ 6.75 4.50
Pills, 100s ea. ........ 2.25 1.50
1000s ea. ........ 18.90 12.60

**STILE** (21142 Raymond)
Tabs., 100s ........ 2.98 24.00

## STILLMAN'S
### Freckle Cream

Not only a freckle bleach but also used to make skin lighter, softer and smoother. National magazine advertising.

STILLMAN COMPANY
Aurora, Illinois

For prices and sizes see next column

**STILESTRATE(R)** (26794 Upjohn)
Capsules, 100s ea. ........ .... 1.25
1000s ea. ........ .... 8.50

**STILLINGIA ROOT** (19799 Penick-NYQ)
1 oz.pkgs., per lb. ........av. price 2.60

## STILLMAN'S
### Medicated Jell

**Composition:** The active ingredients are boric acid, lactic acid, oxyquinoline sulphate, glycerite of starch and gum tragacanth base.

**Action and Uses:** For use as an adjunct in the treatment of Trichomonas Cervicitis and low grade vaginal infection.

**Administration and Dosage:** To be used as directed by the physician.

STILLMAN COMPANY
Aurora, Illinois

**STILLMAN'S** (24609 Stillman)
Complexion Soap, 4 oz. ........ .25 2.20
Freckle Cream, 1/2 oz. ........ .50 4.40
2 oz. ........ 1.00 8.80
Medicated Jell w/Applicator, 1 1/2 oz. ........ 1.00 6.00
2 1/2 oz. ........ 1.50 9.00
Refill, 2 1/2 oz. ........ 1.00 6.00

**STILPLEX** (894 Amfre Drug Co.) (Prices upon Request)

**STIL-RAN** (23044 Sedarex)
Ampules, 2s ........ *1.50 12.00
25 cc. ........ *3.50 28.00

**STIL-ROL(R)** (1726 Ballard)
Tablets, 100s ea. ........ .... 3.50

**STILS** (13894 Key Corp)
Solution, 25 mg. per c.c.
10 c.c. vial ea. ........*3.00 4.00 2.00
Tablets, 5 mg.
100s ea. ........*1.88 2.50 1.25
1000s ea. ........ .... 7.50
25 mg., 100s ea. ........*6.00 7.50 4.00

**STIMALOSE(R)** (13068 Irwin, Neisler & Co.)
Tablets, 50s ea. ........ .... 1.75
100s ea. ........ .... 3.35
500s ea. ........ .... 16.00
1000s ea. ........ .... 31.00

**STIMDEX(R)** (26647 Ulmer)
Tablets, 100s ea. ........ .... .80
1000s ea. ........ .... 5.75
5000s ea. ........ .... 25.90

**STIMENSIL** (27514 Wallace)
8 c.c. ........ .... 12.60
16 c.c. ........ .... 22.80

**STIM-U-DENTS** (24659 Stim-U-Dents) ........ .35 2.80

**STIMULA** (19639 Patch, E. L.)
1 1/4 oz. tubes ........ .86 6.84
1 lb. ........ 4.13 33.00

**STIM-U-LAX** (19185B Oster)
Jr. Massage Instrument
Ea. ........ *29.50 ....

**STIMULINE** (10096 Gilbert, Allen)
Liq., 30 c.c. ea. ........ .... 3.00

**STIMUTOL** (20040 Pharma-Seal)
Tabs., 24s ea. ........*2.95 3.00 1.00
60s ea. ........*4.95 5.00 2.20

**STIRIZOL** (24668 Stirizol)
Powder, 12 oz. ea. ........ 1.50 12.00

**STIR-TABS** (23619 Sklar)
500s ........ 3.25 26.00
1000s ........ 6.00 48.00

**STIX** (14453 Komfort Drug)
1 1/4 oz. ........ .35 1.75
3 oz. ........ .60 3.00
5 1/2 oz. ........ 1.00 5.00

**STIXODENT** (14453 Komfort Drug)
4 oz. ........ .35 1.75
10 oz. ........ .60 3.00

**STOCK DIP** (28088A Wilke)
Pt. ........ .42 3.30
5 Gal. ea. ........ .... 7.50

**STOCKAID** (21524 Rex Research)
1 gallon (1 1/2 doz. per case) ........ .... 7.00
5 gallon drum ea. ........ .... 5.50
30 gallon drum ea. ........ .... 31.50
55 gallon drum ea. ........ .... 55.00

**STOCKALL** (28088A Wilke)
Powder, 3 lb. ........ .75 6.00
5 lb. ........ 1.10 8.80
15 lb. ........ 2.10 18.66
25 lb. (case of 6) ........ 3.15 14.00
50 lb. ea. ........ 5.95 4.44
100 lb. ea. ........ 11.00 8.33

**STOCK-TOX** (16110 Martin C. J.)
Pts. ........ 1.50 12.00
Qts. ........ 2.25 18.00
1 gal. ea. ........ 6.75 4.50
5 gal./gal. ........ .... 4.40

**STOCO** (24765 Stoco)
2 oz. bot. ........ *.35 2.80
Cold Tablets, 15s ........ *.35 2.80

**STOD-B-COMPLEX(R)** (24809 Stoddard)
Vials, ea. ........ .... 1.70

**STODCODON(R)⊙** (24809 Stoddard)
Pints ea. ........ .... 1.30
Gal. ea. ........ .... 8.00

## STIMALOSE
### A Durabond Tablet

**Composition:** Each Stimalose 'Durabond' tablet contains d-Amphetamine Phosphate (dibasic), 5.0 mg., and Caffeine Alkaloid, 2.5 gr. Through the 'Durabond' principle, Stimalose provides controlled release of oral medication in a repository-like manner, without the use of special protective coatings. In Stimalose, natural ion exchange retarding agents operate to effect an oral repository action which is essentially the same as that provided by the depot preparations of insulin, antibiotics and ACTH.

**Action and Uses:** Stimalose is a new oral repository antidepressant to elevate the mood. Stimalose provides controlled release of d-Amphetamine over prolonged periods to maintain uniform drug levels for more effective therapy. The timed action of Stimalose produces smooth, even elevation of mood without peak effects of over stimulation or intermittent periods of depression.

The first phase of rapid mood elevation in Stimalose is provided by the caffeine alkaloid. This initial phase is then followed by the prolonged effect of d-Amphetamine as provided by the 'Durabond' principle.

Stimalose is indicated for mood elevation in such states as postpartum depression, geriatric depression, menopausal depression, premenstrual depression, general fatigue, fatigue of secondary anemia, postoperative states, hypotension, chronic nervous exhaustion, hypothyroidism, neurasthenia, obesity, alcoholism, drug-induced drowsiness and antihistaminic therapy.

**Administration and Dosage:** One tablet daily given before breakfast. If additional medication is required, give another tablet mid-afternoon.

**How Supplied:** Bottles of 50, 100, 500, 1000.

IRWIN, NEISLER & CO.
Decatur, Illinois
since 1886

For prices and sizes see previous column

**STODCYLATE(R)** (24809 Stoddard)
Tabs., 100s ea. ........ .... ....
500s ea. ........ .... ....
1000s ea. ........ .... ....

**STODDARD & CO.** (24809)
Acetophenetidin, Aspirin & Salol Tablets, 100s ea. ........ .... ....
500s ea. ........ .... ....
1000s ea. ........ .... ....
Antacid, Tablets, 100s ea. ........ .... ....
500s ea. ........ .... ....
1000s ea. ........ .... ....
Benzocaine Comp. Lozenges
100s ea. ........ .... ....
500s ea. ........ .... ....
1000s ea. ........ .... ....
Betanaphthol Benzoate Compound(R)
Tablets, 100s ea. ........ .... ....
500s ea. ........ .... ....
1000s ea. ........ .... ....
Calcium Gluconate, 10% Solution
10 c.c. ampt., 25s ea. ........ .... ....
Calcium Lactate w/Ox-Bile Extract
Tablets, 100s ea. ........ .... ....
500s ea. ........ .... ....
1000s ea. ........ .... ....

(Continued on Next Page)

1951-1955 Bluebook

Dic Page 182 — Prices are listed in the following order: Full Retail Each and Wholesale Per — Fair Trade Minimum; — or as specified. AMERICAN DRUGGIST BLUE BOOK

DICOTRATE (4524 Buffington's)
Syrup, 16 oz. ea. .......... 2.83 1.71
Gal. ea. .......... 16.25 9.75
DICOTRATE W/PARAMINYL(R) (4524 Buffington's)
Syrup, 16 oz. ea. .......... 3.75 2.25
Gal. ea. .......... 24.35 14.61

## DICRYSTICIN®

• Each dose of Dicrysticin supplies 300,000 units of procaine penicillin G, 100,000 units of potassium penicillin G, and 0.25 Gm. each of streptomycin and dihydrostreptomycin sulfates. With therapeutic doses of Dicrysticin there is almost no danger of ototoxicity, since the streptomycin drugs are present in small amounts.

• Dicrysticin is especially recommended for the prophylaxis and treatment of contaminated wounds, peritonitis, and mixed infections of the respiratory or urogenital tract. It is also indicated for resistant infections in which penicillin and streptomycin may act synergistically. Supplied in 1 and 5 dose vials.

E. R. SQUIBB AND SONS
Division of Mathieson Chemical Corporation
New York 22, N. Y.

DICRYSTICIN(R) (24119 Squibb)
400,000 Units w/0.5 gm.
1 dose vial ea. ...... *.60 .67 .40
5 dose vial ea. ...... *2.02 2.25 1.35

## DICRYSTICIN® FORTIS

• Dicrysticin Fortis is the same as Dicrysticin except that it contains twice as much streptomycin and dihydrostreptomycin: procaine penicillin G, 300,000 units, potassium penicillin G, 100,000 units, and 0.5 Gm. each of streptomycin and dihydrostreptomycin sulfates.

• Indications are the same as for Dicrysticin. Dicrysticin Fortis is especially suited to mixed infections with a considerable gram-negative component. 1 and 5 dose vials.

E. R. SQUIBB AND SONS
Division of Mathieson Chemical Corporation
New York 22, N. Y.

DICRYSTICIN FORTIS(R) (24119 Squibb)
Improved Formula
400,000 Units w/0.5 gm.
1 dose vial ea. *.74 .82 .49
5 dose vial ea. *3.00 3.33 2.00
DICTATOR (10124 Gilbert, Wm. L.)
No. 5210 clock, ea. 2.95 1.95
No. 5210-L luminous, ea. 3.90 2.45
DICTNA (18909 O'Connell Bros.)
Tablets, 250s ea. .......... .... 2.10
1000s ea. .......... .... 7.20
DICUMAROL(R)
Abbott (89)
Tablets,
25 mg., 100s ea. ... *1.57 1.75 1.05
1000s ea. ... *13.41 14.90 8.94
50 mg., 100s ea. ... *2.56 2.85 1.71
1000s ea. ... *21.78 24.20 14.52
0.1 Gm., 100s ea. ... *4.05 4.50 2.70
1000s ea. ... *34.38 38.20 22.92
Lannett (14677)
Capsules, 50 mg.
500s ea. .......... .... 7.00
1000s ea. .......... .... 12.00
Lilly (15249)
Pulvules,
25 mg., 100s ea. *1.57 1.75 1.05
1000s ea. *13.41 14.90 8.94
50 mg., 100s ea. *2.56 2.85 1.71
1000s ea. *21.78 24.20 14.52
100 mg., 100s ea. *4.05 4.50 2.70
1000s ea. *34.38 38.20 22.92
Parke, Davis (19539)
Tablets,
100 mg., 100s ea. *4.05 4.50 2.70
Schieffelin & Co. (22824)
C. T. 50 mg.
100s ea. .......... 2.85 1.71
1000s ea. .......... 24.20 14.52
C. T. 100 mg.
100s ea. .......... 4.50 2.70
1000s ea. .......... 38.20 22.92
Squibb (24119)
Capsules,
50 mg., 100s ea. *2.56 2.85 1.71
1000s ea. *21.75 24.17 14.50
100 mg., 100s ea. *4.05 4.50 2.70
1000s ea. *34.35 38.17 22.90
Upjohn (26794)
Tablets, 100 mg., 100s ea. .... 3.18
DICURIN PROCAINE(R) (25249 Lilly)
Ampoules, 2 c.c.
25s ea. .......... *8.59 9.55 5.73
100s ea. .......... *33.30 37.00 22.20
10 c.c. r.s., ea. ..... *1.80 2.00 1.20
DID (28505A Wright, M. A.)
Shampoo, 6 oz. .......... *1.00 7.20
DIDY (25430 Lockwood Lawrence)
.......... .50 3.60
DIEHL, WM. CO. (7425)
Carnauba Wax
No. 1 Yellow .......... .... ....
No. 3 N.C. .......... .... ....
American Double Refined .... ....
Crude African Beeswax .... ....
DIENER'S DIAMOND RING & JEWELRY CLEANER (7427 Diener)
.......... 1.00 8.00
DIENES-T (27514 Wallau)
Tablets, 30s .......... .... 18.00
60s .......... .... 32.40
DIENESTROL(R)
American Drug Products (696)
0.1 mg., 1000s ea. .......... .... 2.55
0.5 mg., 1000s ea. .......... .... 3.30
Bio-Ramo (2520A)
0.1 mg., 100s ea. .......... .... .90
1000s ea. .......... .... 4.50
0.5 mg., 100s ea. .......... .... 1.35
1000s ea. .......... .... 6.25
1.5 mg., 100s ea. .......... .... 2.00
1000s ea. .......... .... 10.00
Dillard R., Yates (7446)
Suspension, 10 c.c. ea. ..... 3.15 2.10
Key Pharmacal (13900)
Solution, 5 mg.
10 c.c. ea. .......... 3.00 1.80
Lloyd & Dabney (15391)
Tablets, 0.25 mg.
200s ea. .......... .... .85
0.5 mg.
100s ea. .......... .... 2.00
Mann Fine Chem. (15930)
10 gm. bot. ea. .......... .... 6.00
Massengill (16199)
Tablets, 0.5 mg.
100s ea. ....... *1.35 .... .90
500s ea. ....... *5.55 .... 3.70

## DIENESTROL CREAM

• **Composition:** Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

• **Action and Uses:** Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• **How Administered:** Applied intravaginally by ORTHO® applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• **How Supplied:** Dienestrol cream is supplied in large tubes, with or without ORTHO measured-dose applicator.

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey

Ortho (19265)
Cream, tube .......... 2.25 18.00
w/Applicator .......... 2.75 22.00
Premo (20624)
Tablets, 0.5 mg.,
Bottles of 100s ea. .... .... 1.20
1000s ea. .... .... 10.08
Professional Prods. (20741)
Tablets,
0.1 mgm., 500s ea. ..... .... 2.00
1000s ea. ..... .... 3.50
0.5 mgm., 500s ea. ..... .... 3.00
1000s ea. ..... .... 5.25
Veltex (27112)
Tablets, 0.1 mg., 100s .... 10.00
1000s ea. .... 6.50
0.5 mg., 100s .... 12.00
1000s ea. .... 7.80
West-Ward (27887)
0.1 mg., 100s ea. .......... .... .62
1000s ea. .......... .... 4.50
0.5 mg., 100s ea. .......... .... .75
1000s ea. .......... .... 5.00

## White's DIENESTROL TABLETS 10 mg. (N.N.R.)

**Composition:** A non-steroid, synthetic estrogen in high potency tablet form.

**What It's For:** For use in the palliative management of inoperable cancer of the prostate and the female breast in women at least 5 years postmenopausal, in the control of functional uterine bleeding. Dienestrol has been reported to be the best tolerated of all commonly used estrogens. Contraindications are similar to those for any estrogen used for high potency therapy. Literature describing indications and suggested dosage in detail available on request.

**How Supplied:** White's Dienestrol Tablets, 10 mg. scored, in bottles of 100 and 1000.

WHITE LABORATORIES, INC.
Kenilworth, New Jersey

White (27959)
Tablets, 0.1 mg.
100s ea. ....... 1.25 .75
1000s ea. ....... .... 6.50
0.5 mg., 100s ea. ....... 1.75 1.05
1000s ea. ....... .... 9.00
10 mg., 100s ea. ....... 5.00 3.00
1000s ea. ....... .... 27.00
DI-ERONE (14397 Kremers-Urban)
Tablets, 20s ea. .......... .... 1.35
60s ea. .......... .... 3.12
500s ea. .......... .... 20.70
1000s ea. .......... .... 40.50
DIESTIANS (20493 Pond Pharm.)
Tablets
15s .......... *.23 .25 2.00
35s .......... *.49 .30 4.00
80s .......... *.98 1.00 8.00
DIESTRYL (18546 Normand Pharm.)
Tablets, 5 mg.
C.T., 100s ea. .......... .... .75
500s ea. .......... .... 2.95
1000s ea. .......... .... 4.90
E.C., 100s ea. .......... .... .85
500s ea. .......... .... 3.30
1000s ea. .......... .... 5.60
25 mg., C.T., 100s ea. .... 1.85
500s ea. .... 7.90
1000s ea. .... 15.00
DIESTYLS (10096 Gilbert, Allen)
100 mg., 100s ea. .......... .... 12.00
DIETABS (10096 Gilbert, Allen)
Capsules, 3x100s ea. .......... .... 7.50
3x1000s ea. .......... .... 35.00
Tablets, Plain, 3x100s ea. .... 5.00
3x1000s ea. .... 24.00
DIETAMINE (13894 Key Corp.)
Tabs., 5 mg., 1000s ea. .... 5.00
10 mg., 100s ea. ... *1.88 2.50 1.25
1000s ea. .... 6.00
Vials, 20 mg., 30 c.c. ea. *4.50 5.50 3.00
DIETAPHEN (13894 Key Corp.)
Tabs., 100s ea. ..... *3.00 4.00 2.00
DIET-CAPS (10096 Gilbert, Allen Co.)
Capsules, 3x90s .... 30.00
DIETENE REDUCING SUPPLEMENT (7429 Dietene)
Plain or Chocolate
Lb. .......... *1.59 1.60 12.85
5 lb. ea. .......... *7.29 7.30 4.90
DIETEX (7359 Diacin Chemical)
Tablets 63s .......... 3.00 24.00
DIETHRONS (27308A Vitamin Industries)
Caps., 60s ea. .......... 3.00 1.80
120s ea. .......... 5.00 3.00
DI-ETH-STROL (5664 Christina)
Aqueous Suspension
25 mg./c.c., 10 c.c. vial ea. .... 2.00
In Oil
25 mg./c.c.
10 c.c. vial ea. .......... .... 2.00
DIETHYLBARBITURIC ACID (See Barbital)
DIETHYLSTILBESTROL(R)
A.P.C. (809)
Tablets
0.5 mg., 100s ea. .......... .... .32
1000s ea. .......... .... 1.26
Enteric Coated Red
100s ea. .......... .... .40
1000s ea. .......... .... 1.80
1 mg., 100s ea. .......... .... .40
1000s ea. .......... .... 1.64
Enteric Coated Red
100s ea. .......... .... .46
1000s ea. .......... .... 2.96
5 mg., 100s ea. .......... .... .80
1000s ea. .......... .... 5.76
Enteric Coated Red
100s ea. .......... .... .88
1000s ea. .......... .... 6.60
25 mg., 100s ea. .......... .... 2.00
1000s ea. .......... .... 18.00
Enteric Coated Red
100s ea. .......... .... 2.20
1000s ea. .......... .... 19.20
Abbott (89)
Enterab Tablets, 5 mg.
100s ea. *3.64 4.05 2.43
250s ea. *8.55 9.50 5.70
1000s ea. *31.41 34.90 20.94
5000s/1000 *29.23 33.25 19.99
Suppositories, Vaginal
0.5 mg. 6s ea. ..... *.99 1.10 .66
50s ea. ..... *5.94 6.60 3.96
Tablets,
0.5 mg. 100s ea. ... *1.35 1.50 .90
250s ea. *3.01 3.34 2.00
1000s ea. *10.35 11.50 6.90
5 mg., 100s ea. *3.42 3.80 2.28
250s ea. *7.87 8.75 5.25
1000s ea. *29.16 32.40 19.44
5000s/1000 27.00 30.00 18.00
25 mg. 25s ea. *2.09 2.32 1.39
100s ea. *7.50 8.33 5.00
1000s ea. *71.25 79.17 47.50
5000s/1000 *59.25 65.83 39.50
100 mg., 25s ea. *6.00 6.67 4.00
Academy (116)
1 mg., 100s ea. .......... .... .20
1000s ea. .......... .... 1.15
1 mg., EC., 100s ea. .......... .... .25
1000s ea. .......... .... 1.50
5 mg., 100s ea. .......... .... .40
1000s ea. .......... .... 3.25
EC., 100s ea. .......... .... .45
1000s ea. .......... .... 4.00
25 mg., 100s ea. .......... .... 1.25
1000s ea. .......... .... 11.00
EC., 100s ea. .......... .... 1.35
1000s ea. .......... .... 12.00
American Bio-Chemical (621)
Perles., 1 mg., 100s ea. .. .80 .60
1000s ea. .. 5.00 3.75
.5 mg., 100s ea. .. 1.00 .75
1000s ea. .. 7.00 5.25
Tablets, 1 mg., 100s ea. .. 1.10 .82
1000s ea. .. 8.00 6.00
5 mg., 100s ea. .. 2.00 1.50
1000s ea. .. 15.00 11.25
25 mg., 100s ea. .. 4.50 3.37
1000s ea. .. 40.00 30.00
American Drug Prod. (696)
0.1 mgm., 1000s ea. .......... .... .55
E.C., 1000s ea. .......... .... .85
0.5 mgm., 1000s ea. .......... .... .65
E.C., 1000s ea. .......... .... .90
1.0 mgm., 1000s ea. .......... .... .75
E.C., 1000s ea. .......... .... 1.00
5.0 mgm., 1000s ea. .......... .... 1.90
E.C., 1000s ea. .......... .... 2.15
25 mgm., 1000s ea. .......... .... 6.20
E.C., 1000s ea. .......... .... 6.50
American Serum Co. (841A)
10 c.c. (1-2 doses) ea. .... ....
Anchor Serum (925)
Solution, 4 mg./c.c.
60 c.c. .......... 1.06 9.60
Approved Pharm. (1140)
Tablets
C.T., 0.5 mg., 100s ea. .... .23
500s ea. .... .60
1000s ea. .... .95
5000s/1000s .... .85
1 mg., 100s ea. .... .30
500s ea. .... .80
1000s ea. .... 1.20
5000s/1000s .... 1.10
5 mg., 100s ea. .... .45
500s ea. .... 2.00
1000s ea. .... 3.60
5000s/1000s .... 3.25
25 mg., 100s ea. .... 1.25
500s ea. .... 5.75
1000s ea. .... 10.25
5000s/1000s .... 10.15
E.C., 0.5 mg., 100s ea. .... .30
1000s ea. .... 1.35
5000s/1000s .... 1.25
1 mg., 100s ea. .... .35
500s ea. .... 1.00
1000s ea. .... 1.50
5000s/1000s .... 1.30
5 mg., 100s ea. .... .60
500s ea. .... 2.50
1000s ea. .... 4.40
5000s/1000s .... 4.15
25 mg., 100s ea. .... 1.35
500s ea. .... 6.15
1000s ea. .... 11.25
5000s/1000s .... 11.15
Arlco Drug Co. (1197)
Tablets,
E.C., 1 mg. 100s ea. .... .... 1.20
C.T., 5 mg. 100s ea. .... .... 1.00
500s ea. .... .... 4.50
25 mg. 100s ea. .... .... 2.17
500s ea. .... .... 9.75

(Continued on Next Page)