# EXHIBIT 9
# PART 7

**DICALCIUM PHOSPHATE W/VIOSTEROL** (Continued)
Parke, Davis (19539)
Wafers, 36s ea. ....*.99 1.10 .66
100s ea. ....*2.47 2.75 1.65
250s ea. ....*5.35 5.95 3.57
Person & Covey (19921)
Caps., 100s ea. ....*1.12 .... .67
1000s ea. ....*8.71 .... 6.28
Purepac Corp. (20829)
Wafers, 60s ea. ....*.83 .89 .49
Squibb (24119)
Capsules,
Bot. of 100s ea. *1.24 1.38 .83
1000s ea. *9.58 10.65 6.39
5000s/1000 .... .... 5.60
Wafers,
Box of 51s ea. ....*1.24 1.38 .83
Success Chemical (25658)
Capsules, 100s ea. .... .... .50
1000s ea. .... .... 4.00
Western Pharm. (27859)
Caps., 100s .... .75 5.40

**DICALCIUM PHOSPHATE W/VITAMIN C**
House of Vitamins (12407)
Tabs., 100s .... 1.25 9.48
1000s ea. .... 9.75 7.31

**DICALCIUM PHOSPHATE W/VITAMIN D**
American Drug Prod. (696)
Caps., 7½ gr. w/330 Units
1000s ea. .... 2.45
Tabs., 15 gr. w/700 Units
1000s ea. .... 3.05
Brewer (4209)
Capsules, 100s ea. .... 1.00 .60
500s ea. .... 4.65 2.80
1000s ea. .... 9.00 5.40
Cowley Pharm. (6398)
Tabs., 10 gr., 1000s ea. .... 1.50
Haack (11012)
Capsules, 1000s ea. .... *7.50 4.50
5000s/1000 .... 3.60
Haug (11557)
Caps., 100s ea. .... .85
1000s ea. .... 6.75
5000s/1000s ea. .... 6.08
Injectables Research (12812)
Tabs., 1000s ea. .... 5.00
Lilly (15249)
Pulvules
100s ea. ....*1.44 1.60 .96
1000s ea. ....*10.53 11.70 7.02
5000, bulk ea. ....*47.25 52.50 31.50
Tablets
100s ea. ....*2.79 3.10 1.86
Massengill (16299)
"Dephos"
(See under Trade Name)
McKesson (16469)
"Phos-Cal" Capsules
(See under Trade Name)
Niagara Drug Co. (18334)
Hard Gel. #0 Clear,
Caps., 100s ea. .... .48
1000s ea. .... 3.85
Upjohn (26794)
"Calmulsion" "Diostate D"
(See under Trade Names)

**DICALCIUM PHOSPHATE W/VITAMIN D AND IRON**
Lilly (15249)
Pulvules
100s ea. ....*1.53 1.70 1.02
1000s ea. ....*11.43 12.70 7.62
5000, bulk ea. ....*51.30 57.00 34.20
Premo (20614)
Capsules,
Bottles of 100s ea. .... .80
1000s ea. .... 6.80
Bulk, 5000s/1000s .... 6.40

**DICALCIUM PHOSPHATE W/VITAMINS B-C-D**
Walker Labs. (27473)
Capsules, 100s ea. ....*2.25 2.50 1.50
500s ea. ....*9.00 10.00 6.00

**DI-CAL-CONATE** (17721 Mutual)
Capsules, w/Viosterol
100s ea. .... .77
1000s ea. .... 5.40

**DICAL-D** (89 Abbott)
Capsules, 100s ....*1.44 1.60 11.52
500s ea. ....*6.15 6.83 4.10
1000s ea. ....*10.53 11.70 7.02
5000, bulk/1000 *9.45 10.50 6.30
Wafers, 51s ....*1.37 1.52 10.90
250s ea. ....*5.47 6.08 3.65

**DICAL-D W/IRON** (89 Abbott)
Capsules
100s ....*1.53 1.70 12.24
500s ea. ....*6.60 7.33 4.40
1000s ea. ....*11.43 12.70 7.62
5000, bulk/1000 ....*10.26 11.40 6.84

**DICAL-D W/VITAMIN C** (89 Abbott)
Capsules
100s ea. ....*1.78 1.98 1.19
500s ea. ....*7.79 8.66 5.20
1000s ea. ....*13.25 14.72 8.83
5000s/1000 ....*11.88 13.20 7.92

**DICAL-DEE** (13181 Jan Laboratories)
Capsules, H.S., 100s ea. .... .50
1000s ea. .... 3.95

**DI-CAL-DEE** (21646 Richlyn Labs.)
Capsules, 1000s ea. .... 6.30

**DICALDIMIN** (89 Abbott)
Capsules, Bot. 100s ....*1.77 1.97 24.12
500s ea. ....*7.95 8.83 5.30
1000s ea. ....*15.00 16.67 10.00
5000, bulk/1000 *13.50 15.00 9.00

**DICALDIMIN W/VITAMIN C** (89 Abbott)
Capsules,
100s ea. ....*2.18
500s ea. ....*8.75
1000s ea. ....*18.60
5000, bulk/1000 ....*16.87

**DICALDON** (21706A Riley Pharmacal)
Tablets, 100s ....*1.18 1.25

**DICALETS** (89 Abbott)
Tablets, 100s ea. ....*2.25 2.50 1.50
500s ea. ....*10.67 11.85 7.11
1000s ea. ....*20.25 22.50 13.50
5000s/1000 ....*19.23 21.37 12.82

**DICALGLULIN** (13266 Lincoln Labs.)
Capsules, 100s .... .79 7.58
500s .... 3.95 37.92
1000s .... 6.75 65.80

**DICALMIN** (21766A Riley Pharmacal)
Tablets, 100s ....*2.93 3.00 24.00

**DICALMINS** (18377 Gold Leaf)
C.T., 100s .... 4.20
1000s ea. .... 2.25

**DICALOSSA** (5029 Carrick)
Capsules, 100s ea. ....*1.50 .... 1.00
1000s ea. ....*12.27 .... 8.18
Tablets, 100s ea. ....*1.28 .... .85
200s ea. ....*2.36 .... 1.57
1000s ea. ....*10.80 .... 7.20

**DI-CAL-PHOS** (7767 DuMont Pharmacal Co.)
Capsules,
100s ea. .... .40
12x100, ea. .... 6.74
1000s ea. .... 4.50

**DICALRON-C** (18014 National Vitamin)
Caps., 100s ....*2.25 38.00
5?s .... 78.00

**DICALS** (27205 Vita-Fore)
Capsules, 100s ea. .... .50
1000s ea. .... 3.85

**DICALSO** (24252 Starr Pharmacal)
Tablets, 100s ea. .... 1.50
1000s ea. .... 13.00

**DICAL-VI** (12447 Hoard Labs.)
Capsules, 100s .... 1.50 18.00

**DICANON** (7264 Milnor)
Tabs., 60s .... .75 6.00
100s .... 1.00 8.00
250s .... 2.00 16.00
500s .... 3.75 30.00
1000s .... 7.00 56.00

**DICASTRON H** (8140 Elder)
S.C.T., 100s ea. .... .59
500s ea. .... 2.30
1000s ea. .... 4.40

**DICATAN** (17464 Moore)
Tablets, C.T., 100s ea. .... .50
1000s ea. .... 2.25

**DICATNA** (11174 Halperin)
100s ea. .... .50
500s ea. .... 1.75

**DICELLUTHIN** (R) (19153 Oro Drugs)
Tablets, 100s .... 21.00

**DI-CET** (22561 Sanford & Son)
24s ....*7.50 4.75

**DI-CHLORICIDE** (16864 Merck)
Moth Crystals
1 lb. can ....*.79 .... 6.00
Moth Nuggets
1 lb. can ....*.79 .... 6.00

**DI-CITREIN** (26120 Texas Pharmacal)
Pt. bot. .... 30.00

**DICKEY'S DR. J. A. EYE WATER** (7409 Dickey Eye Water)
Liquid, ½ oz. .... .25 2.00

See
DICKEY DRUG COMPANY
advertisement in
Merchandising Section

EYE PREPARATIONS
See advt. of JOHN R. DICKEY'S OLD RELIABLE EYE WASH in the Merchandising section.

**DICKEY'S JOHN R.** (7404 Dickey Drug)
Old Reliable Eye Wash
Reg. Size .... .50 4.00
Large Size .... .75 6.00
Salve Old Reliable
¼ oz. .... .35 2.80

**DICKINSON'S** (7424 Dickinson, E. E.)
Facial Cream, 1¼ oz. .... .50 4.00
Lotion, 5 oz. .... .50 4.00
Witch Hazel 4 oz. ....
8 oz. ....
16 oz. ....
32 oz. ....
Gal. ....

**DICKS'** (7419 Dicks)
Eye Water, ½ oz. .... 2.20
Sweet Chillifuge, 4 oz. .... 6.60

...E (...pinken) .... 1.00 9.00
(Moore) .... .90
.... 2.50
.... 10.75
(2941 Belton-Wallace)
24s .... 14.40
100s .... 51.60

**DICODID BITARTRATE** (R) (2469 Bilhuber-Knoll)
Powder
15 grs. Vial ea. .... 2.80
¼ oz. bot. ea. .... 34.00
1 oz. bot. ea. .... 62.00
Tablets, Soluble, 5 mg. 1/12 gr.
Tube of 10s ea. .... .40
100s ea. .... 3.20
500s ea. .... 12.80
1000s ea. .... 23.00

**DICODID HYDROCHLORIDE** (R) (2469 Bilhuber-Knoll)
Powder, 15 gr. vial ea. .... 2.80

**DICOFED** (1154 Archer-Taylor)
Pt. ea. .... 2.20

**DICOFED W/NEO PYRAMINE** (1154 Archer-Taylor)
Pt. ea. .... 2.50

**DICOL SYRUP** (11557 Haug)
Pt. ea. .... 1.50
Gal. ea. .... 10.50
5 gal./1 gal. ea. .... 9.45

**DICONONE** (5240 Cee Dee Pharm.)
Pt. ea. .... 3.50
Compound, Pt. ea. .... 2.50
Gal. ea. .... 18.00

**DI-COL-8** (18234 New York Drug Concern)
2 oz. .... 6.00

**DICOSED** (9149 Flint, Eaton)
Pt. ea. .... 1.70
Gal. ea. .... 11.05

**DICOTRATE** (4524 Buffington's)
Syrup, 16 oz. ea. .... 2.83 1.71
Gal. ea. .... 16.25 9.75

**DICOTRATE W/PARAMINYL** (R) (4524 Buffington's)
Syrup, 16 oz. ea. .... 3.75 2.25
Gal. ea. .... 24.35 34.61

DICRYSTICIN
See Squibb Penicillin
Products, at "P".

**DICRYSTICIN** (R) (24119 Squibb)
400,000 Units w/0.5 gm.
1 dose vial ea. ....*.67 .40
5 dose vial ea. ....*2.25 1.35

**DICRYSTICIN FORTIS** (R) (24119 Squibb)
1 dose vial ea. ....*.82 .49
5 dose vial ea. ....*3.33 2.00

**DICTATOR** (10114 Gilbert, Wm. L.)
No. 5210 clock, ea. .... 2.95 1.95
No. 5210-L luminous, ea. .... 3.93 2.45

**DICUMAROL** (R)
Abbott (89)
Tablets,
25 mg., 100s ea. ....*1.57 1.75 1.05
1000s ea. ....*13.41 14.90 8.94
50 mg., 100s ea. ....*2.56 2.85 1.71
1000s ea. ....*21.78 24.20 14.52
0.1 Gm., 100s ea. ....*4.05 4.50 2.70
1000s ea. ....*34.38 38.20 22.92
DuMont Pharmacal Co. (7767)
Tablets, 50 mg. 100s ea. .... 1.60
1000s ea. .... 13.00
5000/1000s .... 12.25
Lannett (14677)
Capsules, 50 mg.
500s ea. .... 7.00
1000s ea. .... 12.00
Lilly (15249)
Pulvules,
25 mg., 100s ea. *1.57 1.75 1.05
1000s ea. *13.41 14.90 8.94
50 mg., 100s ea. *2.56 2.85 1.71
1000s ea. *21.78 24.20 14.52
100 mg., 100s ea. *4.05 4.50 2.70
1000s ea. *34.38 38.20 22.92
Parke, Davis (19539)
Tablets,
100 mg., 100s ea. *4.05 4.50 2.70
Upjohn (26794)
Tablets, 100 mg., 100s ea. .... 3.18

**DICURIN PROCAINE** (R) (15249 Lilly)
Ampoules, 2 c.c.
25s ea. ....*8.59 9.55 5.73
100s ea. ....*33.30 37.00 22.20
10 c.c. r.s., ea. ....*1.80 2.00 1.20

**DID** (28505A Wright, M. A.)
Shampoo, 6 oz. ....*1.00 7.20

**DIDY** (15430 Lockwood Lawrence)
.... .50 3.60

**DIEHL, WM. CO.** (7425)
Carnauba Wax
No. 1 Yellow .... .... ....
No. 3 N.C. .... .... ....
American Double Refined .... .... ....
Crude African Beeswax .... .... ....

**DIELDRIN 15L** (5654 Chipman)
5 gal. drum/gal.

**DIELDRIN** (28421 Woodbury Chem.)
Liquid, Pt.

**DIENES-T** (R) (27514 Wallace)
Tablets, 30s
60s

**DIENESTROL** (R)
American Drug Products (696)
0.5 mg., 1000s ea.
Bio-Ramo (2520A)
0.1 mg., 100s ea.
1000s ea.
0.5 mg., 100s ea.
1000s ea.
1.5 mg., 100s ea.
1000s ea.
Campbell (4836)
Tabs., 0.1 mg., 1000s ea.
0.5 mg., 1000s ea.
Central Pharmacal (5294)
Androestoral, Restrol
(See under Trade Name)
Chemo Puro (5540)
NNR, 20 gm. ea.
Willard R., Yates (7446)
Suspension, 30 c.c. ea.
DuMont Pharmacal Co. (7767)
Tablets, E.C. 0.5 mg.
100s ea.
500s ea.
1000s ea.
Fielding Chem. (8997A)
5 gms. ea.
Key Pharmacal (13900)
Solution,
30 c.c. ea.
Lloyd & Dabney (15391)
0.1 mg. 100s ea.
0.5 mg. 100s ea.
0.25 mg. 100s ea.
5.0 mg. 100s ea.
Mann Fine Chem. (15930)
10 gm. bot. ea.
Massengill (16199)
Tablets, 0.5 mg.
100s ea. .... *1.35
500s ea. .... *5.55
Maynard (16307)
Tabs., S.C., 0.5 mg.,
1000s ea.
5000s ea.

DIENESTROL CREAM
• Composition: Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.
• Action and Uses: Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.
• How Administered: Applied intravaginally by ORTHO applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.
• How Supplied: Dienestrol cream is supplied in large tubes with or without ORTHO measured-dose applicator.
ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey

Ortho (19165)
Cream, tube .... 2.25
w/Applicator .... 2.75
Premo (20614)
Tablets, 0.5 mg.,
Bottles of 100s ea.
1000s ea.
Professional Prods. (20741)
Tablets,
0.1 mgm., 500s ea.
1000s ea.
0.5 mgm., 500s ea.
1000s ea.
Veltex (27112)
Tablets, 0.5 mg., 100s ....
1000s ea.
West-Ward (27887)
Tablets, S.C.
0.1 mg., 100s ea.
1000s ea.
0.5 mg., 100s ea.
1000s ea.
5000s/1000

(Continued on Next Page)

DIENESTROL (R) (Continued)

## White's DIENESTROL 10 mg. TABLETS

**Composition:** A nonsteroid, synthetic estrogen in high-potency tablet form.

**Action and Uses:** For palliative management of inoperable cancer of the prostate and the female breast and control of functional uterine bleeding. Dienestrol has been reported to be the best tolerated of all commonly used synthetic estrogens. Contraindications are similar to those for any estrogen used for high-potency therapy. Literature describing indications and suggested dosage in detail available on request.

**How Supplied:** Bottles of 100 and 1000 scored tablets.

WHITE LABORATORIES, INC.
Kenilworth, New Jersey

White Labs. (27959)
Tablets, 0.1 mg
100s ea ........ 1.25 .75
1000s ea. ........ 6.50
0.5 mg., 100s ea. ..... 1.75 1.05
1000s ea. ...... 9.00
10 mg., 100s ea. ...... 5.00 3.00
1000s ea. .... 27.00

DI-ERONE (14397 Kremers-Urban)
Tablets, 20s ea. .......... 2.25 1.35
60s ea ........ 5.20 3.12
500s ea. ........ 34.50 20.70
1000s ea ........ 67.50 40.50

DIESTIANS (20493 Pond Pharm.)
Tablets
15s ...... *.23 .25 2.00
35s ...... *.49 .50 4.00
80s ...... *.98 1.00 8.00

DI-ESTROL (4836 Campbell Pharm.)
5 mgm./c.c.,
10 c.c. vial ea ..... 1.10

DIESTRYL (18546 Normand Pharm.)
Tablets, 5 mg
E.C., 100s ea ...... .... .85
500s ea. ...... .... 2.95
1000s ea ...... .... 5.00
25 mg., C.T., 500s ea. .... .... 7.10
1000s ea .... .... 13.50

DIESTYLS (10096 Gilbert, Allen)
Tablets 5 mg., 100s .... 1.50 12.00
100 mg., 100s .... 18.00 144.00

## NEW SYMBOL — ▲

*▲ — appearing directly after a product's name in the Blue Book — indicates that the product requires refrigeration.*

DIETABS (13894 Key Corp.)
Series A, Plain Tablets
Set of 3x 100s ea. .. *9.00 12.00 6.00
3x1000s ea. .... 30.00
Series B, s/c Tablets
Set of 3x 100s ea. .. *10.00 15.00 7.50
3x1000s ea. ...... .... 35.00
Series C, Capsules
Set of 3x 100s ea. .. *12.00 18.00 9.00
3x1000s ea. ...... .... 45.00
Series E, s/c Tablets
Set of 3x 100s ea. .. *10.00 15.00 7.50
3x1000s ea. ...... 35.00
No Thyroid, Tablets
Set of 3x 100s ea. .. *8.00 10.00 5.50

DIETAMINE (13894 Key Corp.)
Injectable, 20 mg./c.c.
30 c.c. vial ea. ..... *2.50 3.00 1.50

DIETAPHEN (13894 Key Corp.)
Tablets, 100s ea. ..... *3.00 4.00 2.00
1000s ea. ...... 18.00

DIET-CAPS (10096 Gilbert, Allen Co.)
Capsules,
3x 100s (Per Set) ........ 7.50 63.00
3x1000s (Per Set) ........ 45.00 126.00

DIETENE REDUCING SUPPLEMENT (7429 Dietene)
Plain or Chocolate
1 lb. ea. ........ *1.59 1.60 1.08
5 lb. ea. ........ *7.29 7.30 4.93

DIETEX (7359 Dixcie Chemical)
Tablets, 63s ........ 3.00 24.00

DIETHRONS (27308A Vitamin Industries)
Caps., 60s ea. ........ 3.00 1.80
120s ea. ........ 5.00 3.00

DI-ETH-STROL (3664 Christina)
Aqueous Suspension
25 mg./c.c., 10 c.c. vial ea. .... 2.00
In Oil
25 mg./c.c.
10 c.c. vial ea. ...... .... 2.00

DIETHYLBARBITURIC ACID
(See Barbital)

DIETHYLSTILBESTROL (R)

A.P.C. (809)
Tablets
1 mg., 100s ea. ........ .... .40
1000s ea. ........ .... 3.64
Enteric Coated Red
100s ea. ........ .... .46
1000s ea ........ .... 2.06
5 mg., 100s ea. ........ .... .80
1000s ea. ........ .... 5.76
Enteric Coated Red
100s ea ........ .... .83
1000s ea ........ .... 6.60
25 mg., 100s ea. ........ .... 2.00
1000s ea ........ .... 18.00
Enteric Coated Red
100s ea ........ .... 2.20
1000s ea ........ .... 19.20

Abbott (89)
Enteric Tablets, 5 mg.
100s ea .. *3.64 4.05 2.43
250s ea .. *8.55 9.50 5.70
1000s ea .. *31.41 34.90 20.94
5000s/1000 *29.63 33.15 19.59
Suppositories, Vaginal
0.5 mg 6s ea ..... *.99 1.10 .66
50s ea. ..... *5.94 6.60 3.95
Tablets
0.5 mg. 100s ea. ... *1.35 1.50 .90
1000s ea. .. *10.35 11.50 6.90
5 mg., 100s ea. ... *3.42 3.80 2.28
250s ea. .. *7.87 8.75 5.25
1000s ea. .. *29.16 32.40 19.44
5000s/1000 *27.00 30.00 18.00
25 mg. 25s ea. *2.09 2.32 1.39
100s ea. *7.50 8.33 5.00
1000s ea. *71.25 79.17 47.50
5000s/1000 *59.25 65.83 39.50
100 mg., 25s ea. *6.00 6.67 4.00

Academy (126)
1 mg., 100s ea. ........ .... .20
1000s ea. ........ .... 1.15
1 mg. EC., 100s ea. ...... .... .25
1000s ea. ...... .... 1.50
5 mg., 100s ea. ........ .... .40
1000s ea. ........ .... 3.25
EC., 100s ea. ........ .... .45
1000s ea. ........ .... 4.00
25 mg., 100s ea. ........ .... 1.25
1000s ea. ........ .... 11.00
EC., 100s ea. ........ .... 1.35
1000s ea. ........ .... 12.00

American Bio-Chemical (621)
Perles, .1 mg., 100s ea. .. .80 .60
1000s ea. .. 5.00 3.75
.5 mg., 100s ea. .. 1.00 .75
1000s ea. .. 7.00 5.25
Tablets, 1 mg., 100s ea. .. 1.10 .82
1000s ea. .. 8.00 6.00
5 mg., 100s ea. .. 2.00 1.50
1000s ea. 15.00 11.25
25 mg., 100s ea. .. 4.50 3.37
1000s ea. .. 40.00 30.00

American Drug Prod. (696)
0.1 mgm., 1000s ea. ........ .... .55
E.C., 1000s ea. ........ .... .85
0.5 mgm., 1000s ea. ........ .... .65
E.C., 1000s ea. ........ .... .90
1.0 mgm., 1000s ea. ........ .... .75
E.C., 1000s ea. ........ .... 1.00
5.0 mgm., 1000s ea. ........ .... 1.90
E.C., 1000s ea. ........ .... 2.15
25 mgm., 1000s ea. ........ .... 6.20
E.C., 1000s ea. ........ .... 6.50

American Serum Co. (841A)
10 c.c. (1-2 doses) ea. ...... .75 .90

Anchor Serum (945)
Solution, 4 mg./c.c.
60 c.c. ........ 1.06 8.52

Approved Pharm. (1140)
Tablets
C.T., 0.5 mg., 100s ea. .. .... .23
500s ea. .. .... .60
1000s ea. .. .... .95
5000s/1000s .... .85
1 mg., 100s ea. .. .... .30
500s ea. .. .... .80
1000s ea. .... 1.20
5000s/1000s .... 1.10
5 mg., 100s ea. .. .... .45
500s ea. .. .... 2.00
1000s ea. .... 3.60
5000s/1000s .... 3.25
25 mg., 100s ea. .. .... 1.25
500s ea. .. .... 5.75
1000s ea. .... 10.50
5000s/1000s .... 10.15
E.C., 0.5 mg., 100s ea. .. .... .30
500s ea. .... .80
1000s ea. .. .... 1.35
5000s/1000s .... 1.25
1 mg., 100s ea. .. .... .35
500s ea. .. .... 1.00
1000s ea. .... 1.50
5000s/1000s .... 1.30
5 mg., 100s ea. .... .40
500s ea. .. .... 2.50
1000s ea. .. .... 4.40
5000s/1000s .... 4.15
25 mg., 100s ea. .. .... 1.35
500s ea. .. .... 6.15
1000s ea. .... 11.50
5000s/1000s .... 11.15

Arlco Drug Co. (1197)
● Tablets.
E.C., 1 mg., 100s ...... .... 14.40
C.T., 5 mg., 100s ...... .... 12.00
500s ea. ... .... 4.50
25 mg., 100s ...... .... 26.00
500s ea. ... .... 9.75

Bates (1910)
Tablets, 0.1 mg. 100s ea. . .... .18
1000s ea. . .... 1.00
0.25 mg. 100s ea. . .... .20
1000s ea. . .... 1.15
0.50 mg. 100s ea. . .... .23
1000s ea. . .... 1.30
1.0 mg. 100s ea. . .... .26
1000s ea. . .... 1.60
5.0 mg. 100s ea. . .... .45
1000s ea. . .... 3.50
25.0 mg. 100s ea. . .... 1.65
1000s ea. . .... 14.00
E.C. 0.1 mg. 100s ea. . .... .22
1000s ea. . .... 1.60
0.25 mg. 100s ea. . .... .24
1000s ea. . .... 1.75
0.50 mg 100s ea. .... .27
1000s ea. . .... 1.90
1.0 mg. 100s ea. .... .30
1000s ea. .... 2.20
5.0 mg. 100s ea. .... .60
1000s ea. . .... 4.75
25.0 mg. 100s ea. . .... 1.75
1000s ea. .... 15.00

Beede Labs. (2079)
Steel (See Under Trade Name)

Bell Pharmacal (2162)
Aqueous or Oil 5 mg./c.c.
30 c.c. vial, ea. ...... .... 3.00

Bellevue Labs (2184)
In oil, Amps.
1 mg./c.c., 1 c.c., 25s ea. .... 2.05
100s ea. .... 7.35
2 mg./c.c., 1 c.c., 25s ea. .... 2.25
100s ea. .... 8.00
5 mg./c.c., 1 c.c., 25s ea. .. 2.30
100s ea. . 8.[illegible]
Vials,
1 mg./c.c., 30 c.c. ea. .. 1.20 .96
2 mg./c.c., 30 c.c. ea. .. 1.40 1.12
5 mg./c.c., 30 c.c. ea. .. 1.60 1.28

Bio America (2497)
Tablets, 10 mg., 1000s ea. .. .... 9.57

Bio-Estradol (2522)
1 mg./c.c., 1 c.c. ........ 7.50 ....

Bio-Ramo (2520A)
Tablets, 0.1 mg.
100s ea. .............. .... .35
1000s ea. .............. .... 1.00
0.25 mg.
100s ea. .............. .... .50
1000s ea. .............. .... 1.25
0.5 mg.
100s ea. .............. .... .45
1000s ea. .............. .... 2.00
1.0 mg.
100s ea. .............. .... .90
1000s ea. .............. .... 2.50
5.0 mg.
100s ea. .............. .... 1.25
1000s ea. .............. .... 6.00

25 mg.
100s ea. .... .... 2.50
1000s ea. .... .... 17.50

Bowman Bros. (3063)
C.T. 1 mg., 1000s ea. .... ... 4.80
5 mg., 1000s ea. .. .. 6.30

Boyle (3084)
Tablets, USP
5.0 mg. E.C., 100s ea. ... .... 1.13
1000s ea. .. .... 9.00
C.T., 100s ea. . .. 1.03
1000s ea. .. .... 8.78
25 mg. E.C., 100s ea. .. 3.15

Brewer (4209)
Gel-ets, 0.5 mg., 100s ea. 1.05 .63
1000s ea. 9.10 5.46
1 mg., 100s ea 1.25 .75
1000s ea 10.85 6.51
5 mg., 100s ea 3.60 2.16
1000s ea. 26.00 15.60
25 mg., 100s ea. 7.50 4.50
1000s ea. 63.35 38.0[illegible]

Buffington's (4524)
Estrosyn (See under Trade Name)

Campbell Pharm. (4836)
1.0 mg., 1000s ea. .... .... 3.65
5.0 mg., 1000s ea. .... .... 4.90
25 mg., 1000s ea. .... .... 12.00

Cararick (5029)
Tablets, U.S.P., Oral
5.0 mg., 100s ea. *2.40 .... 1.60
1000s ea. *18.39 .... 12.25
25.0 mg., 100s ea. *7.08 .... 4.72
1000s ea. *63.38 .... 42.25

Carroll Chemical (5075)
Tablets, Plain,
0.5 mg., 100s ea. ...... .... .25
1000s ea ...... .... 1.60
1.0 mg., 100s ea. ...... .... .33
1000s ea. ...... .... 1.95
5.0 mg., 100s ea. ...... .... .75
1000s ea. ...... .... 5.30
25.0 mg., 100s ea. ...... .... 1.35
1000s ea. ...... .... 12.00
E. C., Red,
0.5 mg., 100s ea. .... .... .35
1000s ea. .... .... 2.60
1.0 mg., 100s ea. .... .... .45
1000s ea. .... .... 3.00
5.0 mg., 100s ea. .... .... .93
1000s ea. .... .... 6.93
25.0 mg., 100s ea. .... .... 1.53
1000s ea. .... .... 13.53

Ceeci (5271)
Tablets, U.S.P.
0.1 Mg., 100s ea. ...... .... .63
1000s ea. ...... .... 3.[illegible]
0.25 Mg., 100s ea. ...... .... .70
1000s ea. ...... .... 4.30
0.50 Mg., 100s ea. ...... .... .83
1000s ea. ...... .... 4.90
1 Mg., 100s ea. ...... .... .90
1000s ea. ...... .... 5.70
5 Mg., 100s ea. ...... .... 1.20
1000s ea. ...... .... [illegible]
25 Mg., 100s ea. ...... .... 4.25
1000s ea. ...... .... 38.3[illegible]
50 Mg., 100s ea. ...... .... [illegible]
1000s ea. ...... .... 6[illegible]
100 Mg., 100s ea. ...... .... [illegible]
1000s ea. ...... .... [illegible]

Chase Chem. (5450)
Tablets
0.1 mg., 100s ea ...... .... .33
1000s ea. ...... .... 1.[illegible]
E.C., 100s ea. ...... .... .34
1000s ea. ...... .... 2.00
0.5 mg., 100s ea ...... .... .32
1000s ea ...... .... 1.[illegible]
E.C., 100s ea ...... .... .40
1000s ea. ...... .... 2.20
1.0 mg., 100s ea. ...... .... .33
1000s ea. ...... .... 2.40
E.C., 100s ea. ...... .... .55
1000s ea. ...... .... 2.20
5 mg., 100s ea. ...... .... .80
1000s ea. ...... .... 6.[illegible]
E.C., 100s ea. ...... .... .8[illegible]
1000s ea ...... .... 6.[illegible]
25 mg., E.C., 100s ea ...... .... 2.20
1000s ea ...... .... 2[illegible]

(Continued on Next Page)

## BE A BETTER SALESPERSON!

*Refer to pages 4-34 Blue Book Merchandising Section*

Stock the newest nasal decongestant—TYZINE*—a product of Pfizer
*Trademark

Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each, or as specified.

DIETHYLSTILBESTROL(13) (Continued)

Chemo Pura (5540)
U.S.P., NIV, 50 gm. ea. .... 8.80

Chicago Pharmacal (5619)
Injectable, Vials, 50 mg., 10 c.c. ea. .... 2.75
Tablets, 0.25 mg., S.C. 100s ea. .... .55
1000s ea. .... 3.00
0.5 mg., S.C. 100s ea. .... .40
1000s ea. .... 3.50
1.0 mg., S.C. 100s ea. .... .45
1000s ea. .... 4.00
1.0 Plain, 100s ea. .... .60
1000s ea. .... 3.50
5 mg., S.C. 100s ea. .... 1.15
1000s ea. .... 9.00
5 mg., Plain, 100s ea. .... 1.10
1000s ea. .... 8.50
25 mg., S.C. 100s ea. .... 3.25
1000s ea. .... 30.00
50 mg., Plain 100s ea. .... 6.15
1000s ea. .... 59.00

Cereit Pharmaceuticals (6335)
Tablets, C.T., 5 mg., 100s ea. .... .50
1000s ea. .... 4.75
25 mg., 100s ea. .... 1.50
1000s ea. .... 12.00
100 mg., 100s ea. .... 4.50
1000s ea. .... 42.00
E.C., 1 mg., 100s ea. .... .35
1000s ea. .... 3.00
5 mg., 100s ea. .... .65
1000s ea. .... 5.50
25 mg., 100s ea. .... 1.60
1000s ea. .... 13.00

Cowley Pharm. (6396)
Tablets, 0.1 mg., 1000s ea. .... .60
0.5 mg., 1000s ea. .... .95
1.0 mg., 1000s ea. .... 1.25
5.0 mg., 1000s ea. .... 2.20
E.C., 5.0 mg., 1000s ea. .... 2.75
25 mg., 1000s ea. .... 9.80

Daniels (6852)
0.5 mg. 100s ea. .... .23
1000s ea. .... .95
1.0 mg. 100s ea. .... .30
1000s ea. .... 1.10
5.0 mg. 100s ea. .... .55
1000s ea. .... 4.00
25.0 mg. 100s ea. .... 1.25
1000s ea. .... 10.00
0.5 mg. E.C Tabs., 100s ea. .... .30
1000s ea. .... 1.35
1.0 mg E.C. 100s ea. .... .36
1000s ea. .... 1.50
5.0 mg E.C 100s ea. .... .68
1000s ea. .... 4.95
25.0 mg. E.C. 100s ea. .... 1.40
1000s ea. .... 12.00

Drug Prods. (7764)
Pelvcids, 0.5 mg. Plain, 100s ea. .... .35
1000s ea. .... 2.88
E.C. 100s ea. .... .43
1000s ea. .... 3.78
1.0 mg. Plain, 100s ea. .... .42
1000s ea. .... 3.60
E.C. 100s ea. .... .52
1000s ea. .... 4.50
5.0 mg. Plain, 100s ea. .... .96
1000s ea. .... 9.00
E.C. 100s ea. .... 1.14
1000s ea. .... 10.80

Dumas-Wilson (7765)
Mikarol (See Under Trade Name)

DuMont Pharmacal Co. (7767)
Tablets, 0.5 mg. C.T. 100s ea. .... .28
500s ea. .... 1.00
1000s ea. .... 1.60
E.C. 100s ea. .... .35
500s ea. .... 1.40
1000s ea. .... 2.25
1.0 mg. C.T. 100s ea. .... .30
500s ea. .... 1.25
1000s ea. .... 2.00
E.C. 100s ea. .... .45
500s ea. .... 1.75
1000s ea. .... 2.75
5.0 mg. C.T. 100s ea. .... .65
500s ea. .... 2.50
1000s ea. .... 3.90
E.C. 100s ea. .... .80
500s ea. .... 3.00
1000s ea. .... 4.90
25.0 mg. C.T. 100s ea. .... 1.50
500s ea. .... 6.75
1000s ea. .... 12.00
E.C. 100s ea. .... 1.70
500s ea. .... 7.80
1000s ea. .... 14.00
100 mg. C.T. 100s ea. .... 5.00
500s ea. .... 23.00
1000s ea. .... 44.00

Elder (8140)
E.C.T., 0.5 mg., 100s ea. .... .50
500s ea. .... 1.85
1000s ea. .... 3.50

Empire Drug (8308)
5 mg., Plain, 1000s ea. .... 3.50
E.C., 1000s ea. .... 4.50
25 mg., Plain, 1000s ea. .... 11.00
E.C., 1000s ea. .... 12.00
In Sesame Oil 25 mg./c.c., 25s ea. .... 5.00
100s ea. .... 18.00

Estro (8522)
Ampuls 5 mg., per 1 c.c. 25s ea. .... 3.00
100s ea. .... 10.00
Tablets, 1.0 mg. 1000s ea. .... 3.00
5000s ea. .... 13.50
5.0 mg., 1000s ea. .... 5.25
5000s ea. .... 24.00
Vials, 5 mg., 30 c.c. ea. .... 2.97

Evron Co. (8641)
Tablets, 0.25 mg., 100s ea. .... .22
1000s ea. .... 1.17
E.C., 100s ea. .... .24
1000s ea. .... 1.77
0.5 mg., 100s ea. .... .24
1000s ea. .... 1.32
E.C., 100s ea. .... .27
1000s ea. .... 1.92
1.0 mg., 100s ea. .... .27
1000s ea. .... 1.62
E.C., 100s ea. .... .30
1000s ea. .... 2.01
5.0 mg., 100s ea. .... .45
1000s ea. .... 3.42
E.C., 100s ea. .... .51
1000s ea. .... 4.17
25.0 mg., 100s ea. .... 1.50
500s ea. .... 6.75
1000s ea. .... 12.51
E.C., 100s ea. .... 1.62
500s ea. .... 7.26
1000s ea. .... 13.53

Faraday (8810)
Tabs., 0.1 mg., 100s ea. .26 .23
1000s ea. 1.20 .80
E.C., 100s ea. .44 .22
1000s ea. 2.34 1.17
0.25 mg., 100s ea. .28 .14
1000s ea. 1.40 .70
E.C., 100s ea. .50 .25
1000s ea. 2.50 1.25
0.5 mg., 100s ea. .32 .16
1000s ea. 1.56 .78
E.C., 100s ea. .65 .33
1000s ea. 2.65 1.33
1.0 mg., 100s ea. .46 .23
1000s ea. 1.72 .86
E.C., 100s ea. .91 .46
1000s ea. 2.82 1.41
5.0 mg., 100s ea. .82 .41
1000s ea. 4.52 2.26
E.C., 100s ea. 1.50 .75
1000s ea. 6.00 3.00
10.0 mg., 100s ea. 1.60 .80
1000s ea. 8.50 4.25
E.C., 100s ea. 2.96 1.46
1000s ea. 11.65 5.80
25.0 mg., 100s ea. 2.50 1.25
1000s ea. 18.00 9.00
E.C., 100s ea. 3.64 1.92
1000s ea. 19.20 9.60

Fidelity (8993) (Veterinary)
50 c.c. vial ea. 2.22 1.48
125 c.c. ea. 4.95 3.30
250 c.c. ea. 9.60 6.40

Gilbert, Allen (10096)
25 mg., 10 c.c. 2.25 18.00

Globe (10299)
Glo-Bestrol (See under Trade Name)

Gold Leaf (10377)
Injection In Oil
Ampuls, 1 c.c., Intram.
1 mg. 6s ea. .75 .56
25s ea. 2.20 1.65
100s ea. 7.50 5.63
5 mg. 6s ea. .90 .68
25s ea. 2.70 2.03
100s ea. 9.00 6.75
Vials, 30 c.c.
1 mg. ea. 1.50 1.13
5 mg. ea. 2.50 1.88
25 mg. ea. 3.50 2.53
Tablets, E.S.C.
1 mg. 100s .... 6.00
1000s ea. .... 2.20
5 mg. 100s .... 10.00
1000s ea. .... 4.50
25 mg., 100s .... 26.00
1000s ea. .... 16.00
C.T., 25 mg., 100s .... 24.00
1000s ea. .... 14.00

Gotham (10580)
In Sesame Oil
5 mg./c.c. 10 c.c. vial ea. .80 .54
25 mg./c.c. 10 c.c. vial ea. 1.20 .80
Tablets, Plain,
1 mg. 1000s ea. 1.90 1.27
5000s ea. 9.00 6.03
5 mg., 1000s ea. 3.60 2.41
5000s ea. 15.00 10.05
25 1000s ea. 10.40 6.97
5000s ea. 46.50 31.16
[illegible]ed, 1 mg., 1000s ea. 2.50 1.68
5 mg., 1000s ea. 4.30 2.88
5000s ea. 18.00 12.06
25 mg., 1000s ea. 11.20 7.50
5000s ea. 49.80 33.39

Grant (10664)
Tablets, 0.05 mg., 100s ea. .... 1.00
500s ea. .... 4.00
1000s ea. .... 7.50
0.1 mg., 100s ea. .... 1.00
500s ea. .... 4.00
1000s ea. .... 7.50
0.5 mg., 100s ea. .... 1.80
500s ea. .... 4.80
1000s ea. .... 7.50
1 mg., 100s ea. .... 1.80
500s ea. .... 4.00
1000s ea. .... 7.50
2 mg., 100s ea. .... 2.00
500s ea. .... 9.80
1000s ea. .... 17.00
5 mg., 100s ea. .... 2.50
500s ea. .... 11.50
1000s ea. .... 21.00
10 mg., 100s ea. .... 4.40
500s ea. .... 20.00
1000s ea. .... 38.00
25 mg., 50s ea. .... 2.50
100s ea. .... 7.50
250s ea. .... 18.00
500s ea. .... 34.00
1000s ea. .... 62.00
50 mg., 100s ea. .... 12.00
100 mg., 100s ea. .... 21.00
In Oil, 25 mg. per c.c. 10 c.c. multiple dose vial Ea. .... 3.00
30 c.c. multiple dose vial Ea. .... 7.00

Haack (11012)
Tablets, 0.10 mg. E.C., 100s ea. *.75 .40
1000s ea. .... 1.50
5000s per M .... 1.25
0.25 mg., E.C., 100s ea. *.75 .40
1000s ea. .... 1.50
5000s per M .... 1.25
0.5 mg. E.C., 100s ea. *.75 .40
1000s ea. .... 1.50
5000s per M .... 1.25
1 mg., 100s ea. *.75 .40
1000s ea. .... 1.75
5000s per M .... 1.40
E.C., 100s ea. *.75 .40
1000s ea. .... 2.00
5000s per M .... 1.60
5 mg., 100s ea. *1.00 .40
1000s ea. .... 4.00
5000s per M .... 3.20
E.C., 100s ea. *1.00 .65
1000s ea. .... 4.25
5000s per M .... 3.40
25 mg., 100s ea. *2.00 1.25
1000s ea. .... 12.00
5000s per M .... 9.60
E.C. 100s ea. *2.50 1.52
1000s ea. .... 13.00
5000s per M .... 10.50
100 mg., 100s ea. *7.50 4.00
1000s ea. .... 32.00

Hance Bros. & White (11244)
Tablets, C.T., 5 mg., 100s .... ....
1000s .... ....
25 mg., 100s .... ....
1000s .... ....
E.C., 0.5 mg., 100s .... ....
1000s .... ....
1.0 mg., 100s .... ....
1000s .... ....
5 mg., 100s .... ....
1000s .... ....

Harvey (11524)
Ampul Vials, In Oil, 1 mg. per c.c.
10 c.c. ea. .... .75
25 c.c. ea. .... 1.50
Tablets 1 mg. 1000s ea. .... 2.25
0.2 mg 1000s ea. .... 2.00
0.5 mg 1000s ea. .... 2.15
5000s ea. .... 10.00
1 mg., E. C. 1000s ea. .... 2.50
5000s ea. .... 11.00
5 mg., 1000s ea. .... 4.00
5000s ea. .... 18.75

Hildebrand (12957)
0.1 mg., 100s ea. .... .20
500s ea. .... .60
1000s ea. .... 1.10
0.2 mg., 100s ea. .... .35
500s ea. .... 1.00
1000s ea. .... 1.90
0.5 mg., 100s ea. .... .45
500s ea. .... 1.30
1000s ea. .... 2.40
1.0 mg., 100s ea. .... .50
500s ea. .... 1.50
1000s ea. .... 2.80
5.0 mg., 100s ea. .... .60
500s ea. .... 2.30
1000s ea. .... 4.40

Hilly Medicinal Prods. (11993)
Tablets, E.C.T.,
0.5 mg., 1000s ea. .... 1.15
1.0 mg., 1000s ea. .... 1.70
5.0 mg., 100s ea. .... .45
1000s ea. .... 3.50
25.0 mg., 1000s ea. .... 10.00
E.C., 5 mg., 1000s ea. .... 4.50

Hiss Pharm. (12062A)
Tablets, C.T., 0.5 mgm., 1000s ea. .... [illegible]
1.0 mgm., 1000s ea. .... [illegible]
5 mgm., 1000s ea. .... [illegible]
25 mgm., 1000s ea. .... [illegible]
E.C., 0.5 mgm., 1000s ea. .... [illegible]
1.0 mgm., 1000s ea. .... [illegible]
5 mgm., 1000s ea. .... [illegible]
25 mgm., 1000s ea. .... [illegible]

Horton & Converse (12344)
In Oil (Intramuscular)
1.0 mg./c.c. 10 c.c. r.c. vial 1s ea. *1.30
25 mg./c.c., 10 c.c. r.c. vial 1s ea.
Tablets, 0.1 mg., 100s ea. *2.40
1000s ea. *.85
E.C., 100s ea. *6.50
1000s ea. *.90
0.25 mg., 100s ea. *7.50
1000s ea. *.90
E.C., 100s ea. *7.50
1000s ea. *.95
0.5 mg., 100s ea. *8.00
1000s ea. *.95
E.C., 100s ea. *8.00
1000s ea. *1.00
1.0 mg., 100s ea. *8.80
500s ea. *1.15
1000s ea. *6.00
E.C., 100s ea. *10.20
500s ea. *1.20
1000s ea. *6.47
5.0 mg., 100s ea. *10.70
500s ea. *2.25
1000s ea. *11.00
E.C., 100s ea. *20.00
500s ea. *2.50
1000s ea. *12.00
25 mg., 100s ea. *22.00
500s ea. *3.50
1000s ea. *16.20
100 mg., 100s ea. *30.00 / *15.00

Hub Line (7693)
Tablets, 0.5 mgm., 100s *.64
1000s ea. ....
1.0 mgm., 100s *.79
1000s ea. ....
5.0 mgm., 100s *1.49
1000s ea. ....
E. C. 0.5 mgm., 100s .79
1000s ea. ....
1.0 mgm., 100s .99
1000s ea. ....
5.0 mgm., 100s 1.79
1000s ea. ....

Injectables Research (12E[illegible])
In Oil 1 mg./c.c. 20 c.c. vial ea. ....
25 mg./c.c. 10 c.c. vial ea. ....

Ivenex (12967)
In oil, 25 mg./c.c. 10 c.c. vial ea. .... 1.90

Jamco Co (13167)
Tablets, E.C., 5 mgm., 1000s ea. ....
25 mgm., 1000s ea. ....

Kaye (13674)
Tablets, 0.5 mg. 1000s ea. ....
E.C., 1000s ea. ....
Tablets, 5.0 mg. 1000s ea. ....
E.C., 1000s ea. ....
Tablets 25 mg. 1000s ea. ....
E.C., 1000s ea. ....

Kenny Labs. (13E20)
Injectable in Oil
0.5 mg./c.c., 6s ea. *.91
25s ea. *4.73
100s ea. *15.00
1.0 mg./c.c., 6s ea. 1.34
25s ea. *5.00
5.0 mg./c.c., 6s ea. 1.84
25s ea. *6.93
100s ea. *23.33
Tablets, U.S.P.
0.5 mg., 100s ea. *1.84
250s ea. *3.34
1000s ea. *13.33
1 mg., 100s ea. 1.67
250s ea. *3.75
1000s ea. *15.50
5 mg., 100s ea. *5.00
250s ea. *10.00
1000s ea. *32.34
25 mg., 100s ea. ....
250s ea. ....

Kirkman (14071)
Tablets, U.S.P. C.T., 0.25 mg. 100s ea. *.48
1000s ea. *2.00
5000s/1000 *1.64
0.50 mg., 100s ea. .48
1000s ea. *2.00
5000s/1000 *1.84
1.0 mg., 100s ea. *.64
1000s ea. *2.80
5000s/1000 *2.24

(Continued on Next Page)

Pharm. 12062A)
ablets,
C.T.,
0.5 mgm., 1000s ea. ... ....
1.0 mgm., 1000s ea. ... ....
5 mgm., 1000s ea. ... ....
25 mgm., 1000s ea. ... ....
E.C.,
0.5 mgm., 1000s ea. ... ....
1.0 mgm., 1000s ea. ... ....
5 mgm., 1000s ea. ... ....
25 mgm., 1000s ea. ... ....
on & Converse (12344)
0.1 (Intramuscular)
1.0 mg./c.c. 10 c.c. r.c. vial
1s ea. .......... *1.30
25 mg./c.c., 10 c.c. r.c. vial
1s ea. .......... *2.60
blets 0.1 mg., 100s ea. .. *.85
1000s ea. .......... *6.50
E.C., 100s ea. .......... *.90
1000s ea. .......... *7.50
0.25 mg., 100s ea. .......... *.90
1000s ea. .......... *7.50
E.C., 100s ea. .......... *.95
1000s ea. .......... *8.00
0.5 mg. 100s ea. .......... *.95
1000s ea. .......... *8.00
E.C., 100s ea. .......... *1.00
1000s ea. .......... *8.80
1.0 mg., 100s ea. .......... *1.15
500s ea. .......... *6.00
1000s ea. .......... *10.20
E.C., 100s ea. .......... *1.20
500s ea. .......... *6.67
1000s ea. .......... *18.78
5.0 mg., 100s ea. .......... *2.25
500s ea. .......... *11.00
1000s ea. .......... *20.00
E.C., 100s ea. .......... *2.50
500s ea. .......... *12.00
1000s ea. .......... *22.00
25 mg., 100s ea. .......... *3.50
500s ea. .......... *16.20
1000s ea. .......... *30.00
100 mg., 100s ea. .......... *13.00
Line (7693)
blets,
0.5 mgm., 100s ..*.64
1000s ea. ....
1.0 mgm., 100s ...*.79
1000s ea. ....
5.0 mgm., 100s .*1.59
1000s ea. ....
C., 0.5 mgm., 100s .*.79
1000s ea. ....
1.0 mgm., 100s .*.99
1000s ea. ....
5.0 mgm., 100s *1.79
1000s ea. ....
cles Research (12812)
Oil, 1 mg./c.c.
20 c.c. vial ea. ........
5 mg./c.c.
10 c.c. vial ea. ........
(12967)
25 mg./c.c.
c.c. vial ea. ........ 1.90
Co. (13267)
E.C.
mgm., 1000s ea.
mgm., 1000s ea.
0.5 mg.
1000s ea.
1000s ea.
5.0 mg.
1000s ea.
1000s ea.
25 mg.
1000s ea.
1000s ea.
bs (13820)
ate in Oil
mg./c.c., 6s ea. ...... *.92
25s ea. ...... *4.71
100s ea. ...... *15.00
mg./c.c., 6s ea. ...... *1.34
25s ea. ...... *5.00
mg./c.c., 6s ea. ...... *3.84
25s ea. ...... *6.95
100s ea. ...... *23.33
U.S.P.
mg., 100s ea. ...... *1.84
250s ea. ...... *3.34
1000s ea. ...... *13.33
mg., 100s ea. ...... *.67
250s ea. ...... *3.75
1000s ea. ...... *15.50
mg., 100s ea. ...... *5.00
250s ea. ...... *10.00
1000s ea. ...... *32.34
mg., 100s ea. ......
250s ea. ......
(14071)
U.S.P.,
0.25 mg.
100s ea. ...... *.48
1000s ea. ...... *2.00
5000s/1000 ...... *1.84
50 mg.
100s ea. ...... *.48
1000s ea. ...... *2.00
5000s/1000 ...... *1.84
0 mg.,
100s ea. ...... *.64
1000s ea. ...... *2.80
5000s/1000 ...... *2.24
(Continued on Next Page)

---

## "THE EASY-TO-READ PRICE BOOK"

(R) signifies "Prescription Only" product; • signifies Narcotic; ⊙ signifies Exempt Narcotic; ▲ product requires refrigeration.

 Die

METHYLSTILBESTROL (R) (Continued)
5.0 mg.,
100s ea. ....*1.04 .... .65
1000s ea. ....*6.80 .... 4.25
5000s/1000 ....*5.60 .... 3.50
25.0 mg.,
100s ea. ....*2.00 .... 1.25
1000s ea. ....*19.20 .... 12.00
5000s/1000 ....*15.60 .... 9.75
100.0 mg.,
100s ea. ....*7.20 .... 4.50
1000s ea. ....*60.80 .... 38.00
E.C. 0.10 mg.
100s ea. ....*.64 .... .40
1000s ea. ....*2.32 .... 1.45
5000s/1000 ....*1.84 .... 1.15
0.25 mg
100s ea. ....*.64 .... .40
1000s ea. ....*2.32 .... 1.45
5000s/1000 ....*1.84 .... 1.15
0.50 mg.,
100s ea. ....*.64 .... .40
1000s ea. ....*2.30 .... 1.50
5000s/1000 ....*2.00 .... 1.25
1.0 mg.,
100s ea. ....*.64 .... .40
1000s ea. ....*3.20 .... 2.00
5000s/1000 ....*2.56 .... 1.60
5.0 mg.,
100s ea. ....*1.12 .... .70
1000s ea. ....*7.20 .... 4.50
5000s/1000 ....*5.76 .... 3.60
25.0 mg.,
100s ea. ....*2.40 .... 1.50
1000s ea. ....*21.60 .... 13.50
5000s/1000 ....*16.96 .... 10.60
Kasters-Urban (14397)
Tablets, 25 mg., 100s ea. 6.33 3.80
1000s ea. 58.67 35.20
Lannett (14677)
E.C.T. 0.5 mgm.
Bot. 1000s ea. ........ .... 2.00
C.T. 1 mgm.
Bot. 1000s ea. ........ .... 2.00
E.C.T. 1 mgm.
Bot. 1000s ea. ........ .... 2.75
C.T. 5 mgm.
Bot. 500s ea. ........ .... 2.50
1000s ea. ........ .... 4.00
E.C.T. 5 mgm.
Bot. 100s ea. ........ .... .90
500s ea. ........ .... 3.00
1000s ea. ........ .... 5.00
C.T., 25 mgm.,
100s ea. ........ .... 1.75
500s ea. ........ .... 8.00
1000s ea. ........ .... 14.00
E.C.T., 25 mgm.,
100s ea. ........ .... 2.25
500s ea. ........ .... 9.00
1000s ea. ........ .... 16.00
Lilly (15249)
Ampules In Oil
1 mg., 1 c.c.
6s ea. ....... *1.35 1.50 .90
25s ea. ....... *4.65 5.17 3.10
100s ea. ....... *15.00 16.67 10.00
5 mg., 1 c.c.
6s ea. ....... *1.87 2.08 1.25
25s ea. ....... *6.37 7.08 4.25
100s ea. ....... *22.12 24.58 14.75
In Ethyl Oleate
25 mg., 1 c.c.
6s ea. ....... *2.25 2.50 1.50
Enseals
0.1 mg. 100s ea. ..*1.26 1.40 .84
500s ea. ..*5.85 6.50 3.90
1000s ea. .*10.80 12.00 7.20
5000, bulk ea. .*52.38 57.09 34.25
0.25 mg. 100s ea. ..*1.35 1.50 .90
500s ea. ..*6.30 7.00 4.20
1000s ea. .*11.70 13.00 7.80
5000, bulk ea. .*55.50 61.67 37.00
0.5 mg. 100s ea. ..*1.44 1.60 .96
500s ea. ..*6.75 7.50 4.50
1000s ea. .*12.60 14.00 8.40
5000, bulk ea. .*60.00 66.67 40.00
1 mg. 100s ea. ..*1.71 1.90 1.14
500s ea. *8.10 9.00 5.40
1000s ea. *15.30 17.00 10.20
5000, bulk ea. *72.76 80.84 48.50
5 mg., 100s ea. *3.64 4.05 2.43
500s ea. *16.74 18.60 11.16
1000s ea. *31.41 34.90 20.94
5000, bulk ea. *149.17 165.75 99.45
25 mg., 100s ea. ..*7.87 8.75 5.25
500s ea. *37.89 42.10 25.26
1000s ea. *73.53 81.70 49.02
5000, bulk ea. *349.29 388.10 232.86
Suppositories
0.1 mg. 6s ea. ... *.99 1.10 .66
50s ea. ..*6.75 7.50 4.50
0.5 mg. 6s ea. ..*1.17 1.30 .78
50s ea. ..*8.19 9.10 5.46
Tablets
0.1 mg. 100s ea. ..*2.17 2.30 .78
500s ea. *4.72 5.25 3.15
1000s ea. ..*8.55 9.50 5.70
5000, bulk ea. .*35.63 39.59 23.75
0.25 mg. 100s ea. ..*1.26 1.40 .84
500s ea. ..*5.17 5.75 3.45
1000s ea. ..*9.45 10.50 6.30
5000, bulk ea. .*39.37 43.75 26.25

0.5 mg. 100s ea. ..*1.35 1.50 .90
500s ea. ..*5.62 6.25 3.75
1000s ea. *10.35 11.50 6.90
5000, bulk ea. *43.13 47.92 28.75
1 mg. 100s ea. ..*1.62 1.80 1.08
500s ea. ..*6.97 7.75 4.65
1000s ea. *13.05 14.50 8.70
5000, bulk ea. *54.38 60.42 36.25
5 mg., 100s ea. ..*3.42 3.80 2.28
500s ea. *15.61 17.35 10.41
1000s ea. *29.16 32.40 19.44
25 mg., 25s ea. ..*2.09 2.32 1.39
100s ea. ..*7.51 8.34 5.00
500s ea. *36.76 40.84 24.50
1000s ea. *71.25 79.17 47.50
Lincoln Labs. (15266)
Ampuls, In Oil, 1 c.c.,
25s ........ 3.75 36.00
100s ........ 9.00 86.40
Vial, 30 c.c. ........ 2.50 24.00
Tablets,
0.25 mg., 1000s ........ 2.70 26.02
0.5 mg., 1000s ........ 3.30 31.68
1.0 mg., 1000s ........ 3.90 37.44
5.0 mg., 100s ........ .90 8.64
1000s ........ 7.80 74.88
25 mg., C.T., 100s ........ 2.35 22.56
1000s ........ 21.00 201.60
E.C.T., 100s ........ 2.50 24.00
1000s ........ 22.50 216.00
Maen Fine Chem. (15930)
U.S.P., 10 gm., bot. ea. .... 3.00
Massengill (16199)
In Oil
25 mg. 10 c.c. R.C. Vial
Ea. .......... *1.50 .... 1.00
Tablets
0.5 mg. S. C.
100s ea. ........*1.05 .... .70
1000s ea. ........*7.50 .... 5.00
1.0 mg. S. C.
100s ea. ........*1.20 .... .80
500s ea. ........*4.80 .... 3.20
1000s ea. ........*9.00 .... 6.00
5 mg. S. C.
100s ea. ........*1.50 .... 1.00
500s ea. ........*6.30 .... 4.20
1000s ea. ........*12.00 .... 8.00
25 mg.
100s ea. ........*5.18 .... 3.45
500s ea. ........*22.80 .... 15.20
Maurry (16250)
Aqueous Suspension, U.S.P.,
5 mg./c.c., 10 c.c. vial
Ea. ............ 1.20 .72
In Oil, U.S.P.,
30 c.c. vial ea. ............ 1.40 .84
Mayrand (16307)
Tablets,
0.25 mg., E.C., 1000s ea. .... 2.00
5000s ea. .... 9.00
0.5 mg., C.T., 1000s ea. .... 1.80
5000s ea. .... 8.10
E.C., 1000s ea. .... 2.40
5000s ea. .... 10.50
1.0 mg., C.T., 1000s ea. .... 2.00
5000s ea. .... 9.00
E.C., 1000s ea. .... 2.25
5000s ea. .... 12.60
5.0 mg., C.T., 1000s ea. .... 4.00
5000s ea. .... 18.00
E.C., 1000s ea. .... 4.60
5000s ea. .... 20.70
25.0 mg., C.T., 100s ea. .... 1.65
1000s ea. .... 12.00
E.C., 100s ea. .... 1.80
1000s ea. .... 12.80
McNeil Labs. (16544)
Tablets
E. C. Brown, 5 mg.
100s ea. ........ .... 1.80
1000s ea. ........ .... 16.00
E. C. Red, 25 mg.
100s ea. ........ .... 5.00
500s ea. ........ .... 24.00
1000s ea. ........ .... 46.50
Medi-Synth Labs. (16692)
In Oil
1 mg. per c.c.
30 c.c. Vial, ea. ........ .... .90
6s ea. ........ .... 4.50
5 mg. per c.c.
30 c.c. Vial, ea. ........ .... 1.80
6s ea. ........ .... 9.00
Merck (16864)
5 gm. bot. ea. ........ .... 1.39
25 gm. bot. ea. ........ .... 7.70
Meredyth (16877)
E. C., 5 mg., 100s ea. ........ .... 1.59
25 mg., 100s ea. ........ .... 2.70
Meyer Chemical (17020)
Vial, in Sesame Oil
25 mg., per c.c., 10 c.c. ea. 3.00
Tablets, E.C., 5 mg. 100s ea. 2.25 1.50
1000s ea. 11.10 7.75
5000s ea. .... 34.75
Meyer, Herman (17021)
U.S.P., 10 gm. ea. .... 3.00
Tabs., 5 mg. 1000s ea. .... 3.00
Miller (17201)
(See Under Trade Name "Milestrol")

Morton (17561B)
In Oil
25 mg./c.c.
10 c.c. vial ea. ........ .... 1.95
Tablets, E.C.,
1 mg., Bot., 1000s ea. .... 2.30
5 mg., Bot., 1000s ea. .... 4.10
25 mg., Bot., 1000s ea. .... 18.00
Mutual (17722)
0.2 mg., Pink Tablets
100s ea. ........ .... .32
500s ea. ........ .... 1.17
1000s ea. ........ .... 2.16
0.5 mg., Yellow
100s ea. ........ .... .54
500s ea. ........ .... 2.34
1000s ea. ........ .... 4.50
E. C.
100s ea. ........ .... .59
500s ea. ........ .... 2.57
1000s ea. ........ .... 4.95
1.0 mg. Green
100s ea. ........ .... .74
500s ea. ........ .... 3.33
1000s ea. ........ .... 6.48
E. C.
100s ea. ........ .... .78
500s ea. ........ .... 3.56
1000s ea. ........ .... 6.89
National Drug (17909)
U.S.P. (C.T.), Scored
0.5 mg., 500s ea. ........ .... 3.60
1 mg., 500s ea. ........ .... 2.40
25 mg., 100s ea. ........ .... 3.30
500s ea. ........ .... 12.60
National Drug Labs. (17912)
Tablets,
1 mg., E.C., 100s ea. .... .37
1000s ea. .... 2.25
5 mg., E.C., 100s ea. .... .75
1000s ea. .... 4.50
25 mg., E.C., 100s ea. .... 1.95
1000s ea. .... 15.75
C.T., 100s ea. .... 1.87
1000s ea. .... 15.00
Nelson Baker & Co. (18079)
Tablets, 0.5 mg., 100s ea. .... .25
1000s ea. .... 2.20
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.30
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.20
25 mg., 100s ea. .... 1.90
500s ea. .... 8.90
1000s ea. .... 14.50
E.C. 0.5 mg., 100s ea. .... .35
1000s ea. .... 1.60
1.0 mg., 100s ea. .... .40
1000s ea. .... 1.90
5.0 mg., 100s ea. .... .70
1000s ea. .... 5.30
Niagara Drug Co. (18334)
Ampuls, 25 mg./c.c., in oil,
10 c.c. ea. ............ .... 1.50
1 mg., 1 c.c.
25s ea. ............ .... 1.60
100s ea. ............ .... 5.85
2 mg., 1 c.c.
25s ea. ............ .... 1.75
100s ea. ............ .... 6.30
5 mg., 1 c.c.
25s ea. ............ .... 2.00
100s ea. ............ .... 7.20
Tabs., C.T.
1.0 mg., 1000s ea. .... .... 1.25
5.0 mg., 100s ea. .... .... .55
1000s ea. .... .... 3.95
25 mg., 100s ea. .... .... 1.40
1000s ea. .... .... 11.95
E.C.
0.5 mg., 1000s ea. .... .... 1.35
1.0 mg., 1000s ea. .... .... 1.60
5.0 mg., 100s ea. .... .... .60
1000s ea. .... .... 4.60
25 mg., 100s ea. .... .... 1.50
1000s ea. .... .... 12.95
Norman, G. (18546)
In Sesame Oil,
0.5 mg./c.c., 1 c.c. ea. .. .... 4.90
1.0 mg./c.c., 1 c.c. ea. .. .... 5.65
2.0 mg./c.c., 1 c.c. ea. .. .... 6.60
5.0 mg./c.c., 1 c.c. ea. .. .... 8.50
25.0 mg./c.c., 10 c.c. ea. .. .... 2.70
Penhurst Pharm. Co. (19798A)
Tablets, C.T., 0.5 mg.
100s ea. ............ .... .25
500s ea. ............ .... 1.00
1000s ea. ............ .... 1.60
C. T., 1.0 mg.
100s ea. ............ .... .30
500s ea. ............ .... 1.25
1000s ea. ............ .... 2.10
C. T., 5.0 mg.
100s ea. ............ .... .65
500s ea. ............ .... 2.50
1000s ea. ............ .... 3.90
C. T., 25.0 mg.
100s ea. ............ .... 1.75
500s ea. ............ .... 8.00
1000s ea. ............ .... 14.75

C.T., 100 mg.,
100s ea. ........ .... 6.75
500s ea. ........ .... 30.00
1000s ea. ........ .... 54.00
Enteric Coated, 0.5 mg.
100s ea. ........ .... .35
500s ea. ........ .... 1.40
1000s ea. ........ .... 2.25
1.0 mg.
100s ea. ........ .... .45
500s ea. ........ .... 1.75
1000s ea. ........ .... 2.75
5.0 mg.
100s ea. ........ .... .85
500s ea. ........ .... 3.00
1000s ea. ........ .... 4.95
25.0 mg.
100s ea. ........ .... 1.95
500s ea. ........ .... 9.00
1000s ea. ........ .... 16.50
Parsons & Casey (19922)
Tablets, 0.5 mg.
E.C. 100s ea. *1.20 .... .72
1000s ea. *8.00 .... 4.80
1.0 mg., E.C.
100s ea. *1.40 .... .82
1000s ea. *10.00 .... 6.00
5 mg., Plain or E.C. red
100s ea. *2.00 .... 1.20
500s ea. *9.26 .... 5.56
1000s ea. *17.00 .... 10.00
25 mg. Plain or E.C., Red
100s ea. *5.56 .... 3.36
500s ea. *26.00 .... 15.60
1000s ea. *49.80 .... 29.88
Petroline Labs. (19976)
Tablets
Plain, 0.5 mg., 100s ea. .... .30
1000s ea. .... 1.35
E.C., 100s ea. .... .45
1000s ea. .... 2.00
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.60
E.C., 100s ea. .... .45
1000s ea. .... 2.75
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.75
E.C., 100s ea. .... .80
1000s ea. .... 5.50
25.0 mg., 100s ea. .... 1.70
1000s ea. .... 15.25
E.C., 100s ea. .... 1.95
1000s ea. .... 17.50
Pharma-Seal (20040)
Tablets, 0.5 mg.
C.T., 500s ea. .... .... .60
1000s ea. .... .... .95
E.C., 500s ea. .... .... .80
1000s ea. .... .... 1.35
1 mg., C.T., 500s ea. .... .80
1000s ea. .... 1.20
E.C., 500s ea. .... 1.00
1000s ea. .... 1.60
5 mg., C.T., 100s ea. .... .55
1000s ea. .... 3.95
E.C., 100s ea. .... .65
1000s ea. .... 4.45
25 mg., C.T., 100s ea. .... 1.35
1000s ea. .... 10.75
E.C., 100s ea. .... 1.45
1000s ea. .... 11.75
100 mg., C.T., 100s ea. .... 4.95
500s ea. .... 22.95
Pitman-Moore (20319)
Tablets,
0.5 mg., 500s ea. ...... .... 3.75
1 mg., 100s ea. ...... .... 1.02
500s ea. ...... .... 4.65
Premo (20624)
Enerels
1 mg.,
Bottle of 100s ea. ... .... .63
1000s ea. ... .... 2.40
5 mg.,
Bottle of 100s ea. ... .... 1.03
1000s ea. ... .... 8.00
25 mg.,
Bottle of 100s ea. ... .... 2.62
1000s ea. ... .... 22.00
Tablets
1 mg., C.T.,
Bottle of 100s ea. ... .... .62
1000s ea. ... .... 2.00
5 mg., C.T.,
Bottle of 100s ea. ... .... 1.02
1000s ea. ... .... 6.32
25 mg., C.T.,
Bottle of 100s ea. ... .... 2.20
1000s ea. ... .... 20.00
Preston (20638)
Tabs., E.C. 1 mg.
Bots., 100s ea. ....... .72 .36
1000s ea. ....... 4.80 2.40
5 mg., 100s ea. ...... 1.20 .60
1000s ea. ...... 9.84 4.92
25 mg., 100s ea. ...... 3.84 1.92
1000s ea. ...... 32.40 16.20
C.T., 25 mg
Bots., 100s ea. ........ 3.60 1.80
1000s ea. ........ 30.00 15.00
Price & Rankin (20657)
Met-Estrol (See Under Trade Name)
(Continued on Next Page)

For car sickness and all other forms of motion sickness, BONAMINE* Pfizer
*Trademark

55-56 Blue Bk.

Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer—per dozen, each, or as specified.

MICROZINE (12344 Norton & Converse)
Ointment, 5%
1 oz. tube ea. ........ *.40 .24
16 oz. jar ea. ........ *3.00 1.80
10%, 16 oz. jar ea. ........ *5.57 3.34
Ophthalmic Ointment, 5%
1/8 oz. tubes ea. ........ *.30 .18
Suspension, 20%
1 oz. ........ *1.20 7.20
MICROZOLE (12344 Norton & Converse)
Ointment, 5%
Tubes, 1 oz. ........ *.30 1.80
4 oz. ea. ........ *1.25 .75
16 oz. ea. ........ *2.75 1.65
Ophthalmic Ointment, 5%
1/8 oz. tube ........ *.25 1.50
MICTINE (23024 Searle, G. D. & Co.)
Tablets, 100s ea. ........ *12.00 7.20
MICTURIN (R) (20136 Physicians Drug Co.)
Tablets, 50s ........ 2.00 16.00
MICULES (10217 Gland-O-Lac)
8 oz. ........ .90 7.20
20 oz. ........ 1.80 14.40
40 oz. ........ 3.20 25.50
15 lb. drum ea. ........ .... 12.00
25 lb. drum ea. ........ .... 18.00
100 lb. drum ea. ........ .... 60.00
MIDANEED (11295 Manion)
Capsules, 100s ea. ........ *2.97 3.30 2.98
MIDDLESEX
(See Under Johnson & Johnson)
MIDESAL (9776 Garrel)
100s ........ .... 15.00
MIDOL
(5274 Centaur Caldwell-Div. of Sterling Drug)
Tabs., 5s ........ *.17 .... 1.60
12s ........ *.34 .... 3.20
MIDY'S (9369 Fougera)
Pomade ........ .... 20.00
Piperazine Granules, 70 gms. ........ .... 18.00
MIDY'S (17149 Midy Labs.)
Granules, 22.5 oz. ........ .... 18.00
MIESTRIN (15662A M.J. Laboratories)
Vial, 10,000 I.U./c.c. 30 c.c. ........ .... 2.95
25,000 I.U./c.c. 30 c.c. ........ .... 5.95
50,000 I.U./c.c. 10 c.c. ........ .... 3.95
Aqueous, vial:
20,000 I.U./c.c. 10 c.c. ........ .... 2.25
MIFFLIN (17154)
After Shave Lotion
Lilac, Menthol or Spice
4 oz. ........ *.25 .40 2.00
Anti Histamine Tablets
12s ........ *.39 .50 2.81
36s ........ *.99 1.25 7.13
Citrate of Magnesia
12½ oz. ........ *.49 .60 3.75
Ethyl Alcohol, Plain, 16 oz. ........ *.59 .70 4.69
Wintergreen, 16 oz. ........ *.69 .80 3.42
Hydrogen Peroxide
10 Vol., 4 oz. ........ *.10 .15 .88
8 oz. ........ *.15 .20 1.33
16 oz. ........ *.20 .25 1.75
20 Vol., 4 oz. ........ *.10 .15 1.00
16 oz. ........ *.25 .30 2.25
Isopropyl Alcohol,
Plain, 16 oz. ........ *.49 .60 3.75
Lavender, Lilac, Pine or Wintergreen, 16 oz. ........ *.59 .70 4.37
Milk of Magnesia
16 oz. ........ *.49 .60 3.75
32 oz. ........ *.89 1.00 6.25
Mineral Oil, (335-350 Visc.)
16 oz. ........ *.79 .90 5.73
32 oz. ........ *1.19 1.30 8.75
Mouth Wash, Antiseptic or Astringent
16 oz. ........ *.59 .70 4.37
32 oz. ........ *.99 1.10 7.50
Witch Hazel, 16 oz. ........ *.39 .50 3.12
MIGATON (22518 San Pedro Labs.)
Cough Syrup, 4 oz. ........ *.89 1.00 12.00
Tonic, 8 oz. ........ *1.29 1.50 12.00
MIGESTRONE (7833 Durst, S. F. & Co.)
Sterile Solution, 10,000 I.U. per c.c.
10 c.c. vials ea. ........ 3.60
MIGHTY MENDER (17154A Mighty Mender Co.)
1½ fl. oz. ........ *.25 1.80
MIGRAGEN (11174 Halperin)
100s ea. ........ .... .65
MIGRATABS (14905 Lee Chem.)
Tabs., 12s ........ *.25 2.00
100s ........ *1.25 10.00
MIGREN (R) (16199 Massengill)
Tablets, 100s ea. ........ *.68 .... .45
1000s ea. ........ *4.50 .... 3.00
MIGYL (894 Amfre)
Tablets, 100s ........ .... 36.00
1000s ea. ........ .... 24.00
MIJIT ATOMIZER (23289 Sharp & Dohme)
Box of 1 ea. ........ *.45 .50 .30
MIKAROL (R) (7765 Dumas-Wilson)
Tablets, 5 mg., 100s ea. ........ .... 1.50
1000s ea. ........ .... 12.75
25 mg., 100s ea. ........ .... 4.25
1000s ea. ........ .... 36.15
MIKETS (10217 Gland-O-Lac)
Capsules
50s ea. ........ .65 .43
100s ea. ........ 1.25 .83
250s ea. ........ 3.00 2.00
500s ea. ........ 5.00 3.33
1000s ea. ........ 9.00 6.50
MI-KOLOR (6940 Dawn Prods.)
8 oz. ........ 2.00 15.60
MILADY (20209 Pierce, S. S.)
Cologne, 3¾ oz. ........ *2.00 14.40
MILAM (19235 Owen Drug)
Tonic, 32 oz. ........ *2.39 2.50 12.00

MILARD (19514 Park Drug)
Effervescent Salt
2½ oz. ........ .... 2.10
5 oz. ........ .... 3.40
10 oz. ........ .... 4.80
MILAXIN (2154 Archer-Taylor)
Tablets, 7.7 gr.,
100s ea. ........ .... 1.75
MILBURN (7089 E. Z. Chem.)
Caps., 12s ........ .40 3.20
MILCREAM (28314 Wirth)
3 oz. ........ .30 2.80
6 oz. ........ .60 4.80
MILDENT (27162 Mildent Co.)
Children's Toothbrush ........ .25 2.00
Toothpaste, 3½ oz. ........ *.25 2.00
MILDEW STOP (4970 Cardinal Products)
2 oz. bags, 2s ........ *.69 4.80
MILDONNA (R) (26606 Tyrones)
Tablets, 100s ea. ........ .... 1.25
MIL-DU-BAN (25795 Sorco Prods.)
2 oz. ........ .35 2.52
MIL-DU-RID (26662 Ultra Chemical Works)
Pint ea. ........ .95 .57
Quart ea. ........ 1.59 .95
Gallon ea. ........ 4.50 2.70
MILENE (7779 Dunnody)
6 oz. ........ .25 2.00
16 oz. ........ .50 4.00

See
**MILES LABORATORIES**
advertisement in
Merchandising Section

MILESTROL (R) (17201 Miller Labs.)
Tablets, C.T., 5 mg.
100s ea. ........ 2.13 1.28
500s ea. ........ 9.60 5.76
1000s ea. ........ 18.13 10.88
25 mg., 100s ea. ........ 4.67 2.80
500s ea. ........ 21.33 12.80
1000s ea. ........ 40.00 24.00
Vials, 25 mg. per c.c.
10 c.c. ea. ........ 2.80 1.68
6s ea. ........ 13.33 8.00
25s ea. ........ 53.33 32.00
MILEX PRODS. (17167)
B4 Jelly Set W/Jel-Jector,
4 oz. jar ........ *4.00 32.00
Refill, 4 oz. jar ........ *1.50 12.00
Creme, Refill, 2½ oz. tube ........ *1.00 7.20
Diaphragms
Crescent, Sizes 60-100 ........ 5.50 44.00
Ovulation Ruler, 5 in. ........ *3.50 28.00
P400 Douche Powder,
4 oz. fibre can ........ *1.00 8.00
Pro-Ception Basal Thermometer, 4 in. ........ *3.00 24.00
Pro-Ception Sperm Nutrient,
14 douche jar ........ *2.50 20.00
Tricho-San Set W/Jel-Jector,
4 oz. jar ........ *4.00 32.00
Tricho-San Jar Refill,
4 oz. jar ........ *2.00 16.00
Tricho-San Tube W/Plunger
Applicator 3 oz. tube ........ *2.00 16.00
Tricho-San Tube Refill,
3 oz. tube ........ *1.50 12.00
Vaginal,
Creme, 2¾ oz. tube ........ *1.25 10.00
Jelly, 3 oz. tube ........ *1.25 10.00

## MILIBIS®

**Composition:** Brand of glycobiarsol.

**Uses:** For intestinal amebiasis; and for Trichomonal and Monilial Vaginitis.

**Advantages:** Virtually non-toxic, highly effective.

**Administration and Dosage:** For intestinal amebiasis: tablets, 1 tablet three times daily for seven days. Course may be repeated. For vaginitis: suppositories, 1 suppository inserted high in the vagina every other night for five doses. Acid douches should be administered on the alternating nights. The course may be extended or repeated if necessary.

WINTHROP - STEARNS, INC.
1450 Broadway
New York 18, N. Y.

MILIBIS (R) (28294 Winthrop)
For Oral Use
Tablets, 0.5 gm., 25s ea. ........ *4.12 2.47
500s ea. ........ *78.43 47.06
For Vaginal Use
Suppositories, 0.25 gm.
Boxes of 36 ea. ........ *1.86 1.12

MILIBIS ARALEN (R) (28294 Winthrop)
Tablets, 50s ea. ........ *8.25 4.95
1000s ea. ........ *148.46 89.08
MILK OF BISMUTH (See under Bismuth)
MILK OF MAGNESIA
In 16 oz. bots. doz. ........ [illegible] price .... 4.32
In gal. bots. ea. ........ [illegible] price .... 2.46
MILK MASK (20035 Pharma-Borden Labs.)
3 oz. ........ 1.80 [illegible]
16 oz. ea. ........ 4.50 [illegible]

## MILK SUBSTITUTE
### (Gerber's Meat Base Formula)

**What the Product Is:** nutritionally advantageous milk replacement for milk-allergic babies. Approximates evaporated milk in proteins, carbohydrates, fat, vitamins, minerals.

**What It's For:** It is indicated as a milk replacement for allergic infants whose symptoms may be eczema, pylorospasm, colic, diarrhea, constipation, respiratory difficulties or anorexia.

**How Administered:** easily miscible with water . . . can be fed through nursing bottle nipples.

**New Lower Price:** Sugges. ret. price 60c—14 oz. Wholesale price $5.52 per dz.

GERBER PRODUCTS CO.
Fremont, Michigan

MILK SUGAR—BORDEN (2929 Borden Co.)
(See under Beta Lactose)
MILK SUGAR, LACTOSE, U.S.P., MERCK (16464 Merck)
Reagent, 1 lb. bot. ea. ........ .... 1.61
U.S.P. Powder,
1 lb. canister ........ *1.19 .... 8.45
5 lb. canister ea. ........ *4.19 .... 2.80

## MILKINOL
Trademark

**Composition:** Instant aqueous-mixing mineral oil preparation containing liquid petrolatum, hydrophilic emulsifier, and flavoring agents.

**Action and Uses:** Relief of constipation in adults and children through stool permeation and softening by the aqueous-mixing hydrophilic liquid petrolatum.

**How Administered:** Pour MILKINOL dose into dry glass. Add small amount of water, milk, fruit juice, or any soft drink preferred. Stir well and drink. Follow with more liquid if desired.

**Dosage:** Adults: One or two tablespoons taken at bedtime only.
Children: (3-6) One or two teaspoonfuls taken at bedtime only.
Children under 3: As directed by physician.

**How Supplied:** Bottle of 16 fluidounces. Available through wholesale druggists.

KREMERS-URBAN COMPANY
Milwaukee 1, Wisconsin

MILKINOL (14397 Kremers-Urban)
Pint ea. ........ 1.50 .90
MILKY MASQUE (32408 House of Wakefield)
Extractor ........ 1.00 ....
Oily Skin Solvent ........ 1.00 ....
Sensitive Skin Solvent ........ 1.00 ....
MILKY WAY (17199 Milky Way Cos. Co.)
Cleansing Cream, 3 oz. ........ *1.00 7.20
8 oz. ........ *2.00 14.40
16 oz. ........ *3.50 25.20
Cream Foundation, 3 oz. ........ *1.00 7.20

Foot Comfort, 3 oz. ........ *2.00 [illegible]
Hand Cream, 3 oz. ........ *2.00 [illegible]
Milk-Egg Astringent Pack
3 oz. ........ *2.50 [illegible]
Night Cream, 3 oz. ........ *1.00 [illegible]
8 oz. ........ *2.00 [illegible]
16 oz. ........ *3.50 [illegible]
MILL-A-SEP (17201 Miller Labs.)
Capsules, 100s ea. ........ 3.00 [illegible]
500s ea. ........ 13.33 [illegible]
1000s ea. ........ 23.67 [illegible]
MILLER'S (17796 Herb Prods.)
Antiseptic Oil, 2 oz. ........ .50 [illegible]
4 oz. ........ 1.00 [illegible]
MILLER'S BALM (17723A Myers Labs.)
MILLER'S COMP. (17227 Miller, T. A.)
Rhubarb, Bismuth & [illegible]
Tabs., 50 ........ 1.25 [illegible]
500s ea. ........ [illegible]
MILLER'S (DR.) EXPECTORANT (17309 Morgan & Sons)
4 oz. ........ .35 [illegible]
16 oz. ........ 1.00 [illegible]
MILLERS FORCE MANICURE IMPLEMENTS (17234)
Blackhead Removers
No. 805 ........ *.18 [illegible]
No. 806 ........ *.50 [illegible]
Cuticle Knives, No. 884 ........ *.50 [illegible]
Cuticle Nippers
No. 710 (scissors type) ........ *4.00 [illegible]
No. 712 (plier type) ........ *4.00 [illegible]
Cuticle Pushers, No. 881 ........ *.25 [illegible]
No. 882 ........ *.50 [illegible]
No. 883 ........ *.50 [illegible]
Cuticle Scissors
No. 613 standard ........ *1.50 [illegible]
No. 620 service ........ *2.00 [illegible]
No. 623 mediopoint ........ *2.50 [illegible]
No. 633 professional ........ *3.00 [illegible]
Mustache Scissors
No. 543 ........ *1.50 [illegible]
Nail Clips, No. 724 ........ *.35 [illegible]
No. 725 ........ *.75 [illegible]
Nail Files
No. 803, 3½" w/Sheath ........ *.20 [illegible]
No. 804, 4" pointed ........ *.15 [illegible]
No. 804½, 4½" pointed ........ *.20 [illegible]
No. 805, 5" pointed ........ *.25 [illegible]
No. 805½, 5½" pointed ........ *.30 [illegible]
No. 806, 6" pointed ........ *.35 [illegible]
No. 807, 7" pointed ........ *.40 [illegible]
No. 808, 8" pointed ........ *.50 [illegible]
No. 818, 8" rounded ........ *.50 [illegible]
No. 819, 9" rounded ........ *.75 [illegible]
No. 824, 4-in-1 file ........ *.25 [illegible]
Nail Nippers
No. 700, 5½" barrel-spring ........ *5.00 [illegible]
No. 701, 4½" barrel-spring ........ *4.00 [illegible]
No. 706, 4½" plier handle ........ *3.00 [illegible]
No. 720 Cuticlip ........ *1.00 [illegible]
No. 726 Toenail Clip ........ *1.00 [illegible]
No. 858 Tweezerz ........ *.50 [illegible]
Nail Scissors
No. 523, 3½" curved ........ *2.00 [illegible]
No. 573, 3½" straight ........ *2.00 [illegible]
No. 533, 3½" curved ........ *2.50 [illegible]
No. 534, 4" curved ........ *3.00 21.60
No. 584, 4" straight ........ *3.00 21.60
No. 525, Comb. nail & cuticle scissors ........ *2.50 18.00
Safety Baby Scissors
No. 563 ........ *1.50 [illegible]
Safety Baby Manicure Set
No. 200 ........ *2.00 14.40
Spear & Commedone
No. 887 ........ *.25 [illegible]
Tweezers
No. 851, polished, pointed ........ *.50 [illegible]
No. 852, polished, square ........ *.50 [illegible]
No. 853, polished, slant ........ *.50 [illegible]
No. 854, polished, splinter ........ *.50 [illegible]
No. 855, 4-1 ........ *.50 [illegible]
No. 861, point end ........ *.25 [illegible]
No. 862, square end ........ *.25 [illegible]
No. 863, slant end ........ *.25 [illegible]
No. 871, point end ........ *.35 [illegible]
No. 872, square end ........ *.35 [illegible]
No. 873, slant end ........ *.35 [illegible]
No. 874, safety end ........ *.35 [illegible]
MILLER'S HERB EXTRACT (17235 Miller's Medicine Co.)
8 oz. ........ *1.19 1.25 [illegible]
MILLER LABS. (17201)
Calcium Gluconate, USP
Ampuls, 1 gm., 10 c.c.,
6s ea. ........ 2.67 [illegible]
25s ea. ........ 7.67 [illegible]
50s ea. ........ 22.67 [illegible]
Novocain
Solutions, 1%
Vial, 30 c.c., 6s ea. ........ 5.80 [illegible]
50s ea. ........ 29.90 [illegible]
50 c.c., 6s ea. ........ 7.90 [illegible]
50s ea. ........ 34.12 [illegible]
100 c.c., 6s ea. ........ 9.40 [illegible]
50s ea. ........ 55.20 [illegible]
2%, 30 c.c., 6s ea. ........ 7.00 [illegible]
50s ea. ........ 30.98 [illegible]
50 c.c., 6s ea. ........ 8.20 [illegible]
50s ea. ........ 37.12 [illegible]
100 c.c., 6s ea. ........ 9.40 [illegible]
50s ea. ........ 55.20 [illegible]

[Continued on Next Page]

"THE EASY-TO
MILLER LABS. (Continued)
Physiological Salt Solutions
Vial, 30 c.c., 25s ea.
100s ea.
50 c.c., 25s ea.
100s ea.
100 c.c., 25s ea.
100s ea.
Water for Injection, U.S.P.
Vial, 30 c.c., 6s ea.
50 c.c., 6s ea.
100 c.c., 6s ea.
50s ea.
MILLER'S (DR.) PRESCRIPTION
Elder Medicine
MILLER'S ROSY (17240
MILLER-DRINE (R) (17201
Tablets, C. T., 5 mg.
100s ea.
500s ea.
1000s ea.
10 mg., 100s ea.
500s ea.
1000s ea.
MILLERHAUS (5269 Celte
Compound Tablets
Family Ointment
Famous Liniment, 1 oz.
4 oz.
12 oz.
Tonic
MILLERTON HERB LAXAT
(17204 Miller, J. S.)
70 oz.
MILLER-ZYME (17201 Mi
Tabs., E.C.C., 100s ea.
500s ea.
1000s ea.
MILLET SEED (29799 Pe
Whole, 4 lb. pkgs.
Per lb.
3 lb. pkgs. ea.
MILLFUME (26411 Wood
Gal. ea.
5 gal. ea.
MILLICILLIN (17201
30,000 Units per c.c.
Aqueous, vial ea.
MIL-LI-FERIN (1720
Bups., Bot., 30 c.c.,
Tablets, E.C., 100s ea.
500s ea.
1000s ea.
MILLIN (17244 Millin
Pile Ointment
MILL-MIX (20584 Pratt
Poultry Regulator,
100 lb. bag ea.
MILNESIA (17261 Miln
Wafers, 12s
36s
100s
MILO (19636 Radam
Astringent
Foundation Lotion
MILODINE (13004 Iec
MILO
KAPS
0.5
(methylp
mide, P.
Composition: (N-methyl-... imide) develo... laboratories ... Company.
Action and ... ment of pet...
Parke, D.
Detroit
For prices and

Case 1:05-cv-01849-JR Document 17-16 Filed 09/08/2006 Page 7 of 8

## DERMOLATE®

**Composition:** Smooth, soft-lathering Dermolate is a nonirritating, nonabrasive, hypoallergenic cake detergent.

**Action and Uses:** Because Dermolate is "milder than the mildest castile," it is ideally suited for the routine baby's bath and for all persons whose skin is sensitive or irritated by ordinary soaps.

Especially recommended for skin cleansing in: Contact dermatitis due to any cause, occupational dermatoses, infantile eczema, minor skin irritations, rashes and inflamed skin due to other soaps and for surgical scrub-up.

**How It's Used:** May be used like any regular cake soap. Completely different in chemical composition from ordinary soaps, Dermolate will not irritate the skin or aggravate existing skin conditions which are sensitive to commonly used soaps.

**How Supplied:** 4 oz. cakes.

WHITE LABORATORIES, INC.
Kenilworth, New Jersey

DERMOLATE (27959 White Labs.)
4 oz. cake ea. *.49 .50 .33

DERMOLATUM (10054 Gesell, R.)
1 lb. jars .... 15.00

DERMOLIN (15864 Mallard)
3 oz. Bots. .... 3.40
Pts. ea. .... 1.20
Gals. ea. .... 7.00

DERMOLIN (24189 Stand. Chem.)
Pt. ea. .... 1.11
Gal. ea. .... 6.59

DERMOLINE (16820 Mentho-Listine)
3 oz. .35 2.40
8 oz. 1.00 8.00

DERMOLLE (12432 Howard Labs., Inc.)
Skin Cream, 3½ oz. 1.00 8.00
Skin Lotion, 8 oz. 1.00 8.00

DERMO LOTIO (GERSELLE) (10051 Gerriege Co.)
8 oz. .75 4.80
16 oz. 1.25 8.00
Gal. ea. 9.00 5.00

DERMOSAN (21364 Reldan)
2 oz. .40 2.15

DERMO-SEPT CREAM (27515 Wallich Labs.)
Lb. jar 2.00 14.40

DERMOTAN (12344 Horton & Converse)
1 oz. tubes *.50 3.60
16 oz. ea. *1.70 1.02
5 lb. ea. *6.00 3.60

DERMOVAL (26587 Vale Chemical)
Creme, 1 lb. ea. .... 4.50

DERMOVAN (26120 Texas Pharmacal)
Oint., 1 lb. jar ea. .... 1.25
5 lb. jar ea. .... 5.75

DERMOZOL (2212 Belmont Prod.)
1 oz. *.75 6.00

DERM-PAX (23759 Smith, Upsher)
Therapeutic Glove
Medium Size 2.00 16.80
Large Size 2.50 21.00

DERMUTAL (17722 Mutual)
Lotion No. 1
4 oz. bots. .... 2.84
Pint, ea. .... .54
Gal., ea. .... 3.60
Lotion, #2, pts. ea. .... .86
Gals. ea. .... 4.95
Ointment, 1 lb. ea. .... 1.53
5 lb. ea. .... 6.75
¾ oz. tubes .... 2.03

DERM X (7239 Derm Pharmacal)
3 oz. *1.45 9.00

DERM-X-OL (12881 International Chem.)
Oint., 1 oz. .75 6.00
4 oz. 2.00 18.00

## DERMYCIN

"Wash with mild soap and warm water before each application."

A paranitrophenol-sodium iodate solution, indicated in mycotic, pyogenic, and pruritic infections of the skin.

CHAL-YON CORPORATION
New York 5, New York

For prices and sizes see next column

DERMYCIN (3370A Chal-Yon Corp.)
1 fl. oz. 1.00 7.20
2 fl. oz. 1.85 11.00
8 fl. oz. 6.50 31.00
16 fl. oz. 12.00 96.00

DERMAFTAN(R) (26882 Vacro)
4 oz. ea. .... 1.50
8 oz. ea. .... 2.70
1 lb. ea. .... 4.80
5 lbs. ea. .... 21.00

DEROGEN (25811 Sensol)
Ointment, 1 oz. jar .30 4.00
1 lb. jar ea. 4.00 2.66

DEROSITE(R) (5619 Chicago Pharmacal)
Lotion, pt. ea. .... 2.50
Gal. ea. .... 16.00

DERVIDE TABS. (6849 Daniels) .75 5.40

DERVITA (8165 Dome of Vienna)
Cream, 1 oz. ea. *1.00 .60
3 oz. ea. *2.00 1.20
8 oz. ea. *4.50 2.70

DES (10464 Grant Chem.)
Suppositories, 5 mg., 12s ea. .... 1.25
Tablets, .05 mg.
100s .... 12.00
500s ea. .... 4.00
1000s ea. .... 7.50
0.1 mg.
100s .... 12.00
500s ea. .... 4.00
1000s ea. .... 7.50
0.5 mg.
100s .... 12.00
500s ea. .... 4.00
1000s ea. .... 7.50
1 mg.
100s .... 12.00
500s ea. .... 4.00
1000s ea. .... 7.50
2 mg.
100s .... 24.00
500s ea. .... 9.00
1000s ea. .... 17.00
5 mg.
100s .... 30.00
500s ea. .... 11.50
1000s ea. .... 21.00
10 mg.
100s .... 32.80
500s ea. .... 20.00
1000s ea. .... 38.00
25 mg.
30s .... 30.00
100s .... 90.00
250s ea. .... 18.00
500s ea. .... 34.00
1000s ea. .... 62.00
50 mg.
100s ea. .... 10.00
100 mg.
100s ea. .... 16.00

DESA-B-12(R) (20319 Pitman-Moore)
Vials, 10 c.c. ea. .... 2.00
30 c.c. ea. .... 3.00

DESACHOLINE (15864 Mallard)
Tablets, 100s ea. .... 2.75
500s ea. .... 12.50
1000s ea. .... 24.00

DESALIN (1896 Bass Medical)
100 ea. .... 1.50

DESAMINE (24292 Starr Pharm.)
Tabs., 5 mg., 1000s ea. .... 3.00
10 mg., 1000s ea. .... 5.00

DE SANCTIS GOUT PILLS (9369 Fougera)
12s .... 8.00
36s .... 18.00

DESAPHEN (27112 Veltex)
Elixir, pt. ea. .... 2.00
Gal. ea. .... 12.00
Tabs., 100s .... 6.00
1000s ea. .... 3.25

DESATOL (7854 Dwight, R.E. & Co.)
Tablets, 30s ea. *1.25 .75
100s ea. *3.20 2.00
1000s ea. *30.00 18.00

DESBUTAL(H) (89 Abbott)
Capsules, 100s ea. *3.75 4.17 2.50
1000s ea. *33.75 37.50 22.50
5000s/1000 *31.50 35.00 21.00

DESCHIEN'S (27514 Wallace)
Syrup, 275 c.c. .... 26.40
Wine, 320 c.c. .... 26.40

DESCOLATE (27300 Vita-Fore)
Syrup, qts. ea. .... 2.50
Gals. ea. .... 7.95

DES-CORT (18334 Niagara Drug Co.)
5 mg. per c.c., Aqueous, vial
10 c.c. ea. .... 1.75
In oil,
10 c.c. ea. .... 1.75

DESCORTERONE (14059 Kirk, C. F.)
5 mg. per c.c.
10 c.c. vial ea. 1.50 1.12

DESCOSTERONE (62) American Bio-Chemical Corp.)
Vial, 50 c.c. ea. 3.50 2.62

DESCOTONE (23289 Sharp & Dohme)
Sol., 5 mg./c.c.
20 c.c. vial ea. *8.91 9.90 5.94

DESEFED (13096B J.D. Pharmacal)
Nose Drops, ½ oz. ea. .... .54

DESELEVEN (14937 Leeds Pharm.)
4 oz. ea. .... 1.25
Pt. ea. .... 4.00

DES-ELIXA (10464 Grant Chemical)
Bottles, 6 oz. .... 42.00
16 oz., ea. .... 9.00

DESEMPACHO (7355 D'Francia Labs.)
Tablets, 80 *1.25 10.00

# DESERT TAN

TRADE MARK REGISTERED

in its brilliant copper package and nationally advertised, now offers you these 3 stand-out deals, netting you profits up to **47½%**

"Nothing better under the Sun!" Positively promotes sun tan by screening out harmful rays with "Sunarome," a DESERT TAN exclusive, government approved.

**LOTION AND CREAM**

RETAILS $1.00 EACH FAIR TRADED

Deal No. 660: CREAM
You get 1 DESERT TAN FREE
You buy 11 " " $6.60
Your profit ....... **45%**

Deal No. 1260: LOTION
You get 3 DESERT TAN FREE
You buy 21 " " $12.60
Your profit .... **47½%**

**AEROSOL SPRAY**

RETAILS $1.50 EACH FAIR TRADED

Deal No. 990: Aerosol Spray
You get 1 DESERT TAN FREE
You buy 11 " " $9.90
Your profit ....... **45%**

DESERT TAN, Inc.
398 Fenimore Ave.
Hempstead, N. Y.

## DESENEX*

OINTMENT & POWDER
ZINCUNDECATE
SOLUTION
UNDECYLENIC ACID

A potent, yet bland antimycotic agent for Dermatomycosis Pedis (Athlete's Foot) and other fungous infections of glabrous skin.

*Reg. U.S. Pat. Off.

WALLACE & TIERNAN INCORPORATED
Belleville 9, N. J.

DESENEX (27309 Wallace & Tiernan)
Ointment, 1 oz. .81
1 lb. ea. 8.10
Powder, 1½ oz. .81
1 lb. ea. 6.37
Solution, 2 oz. .81
Pt. ea. 4.05

DESERBID (11524 Harvey)
Tablets, No. 1, 1000s ea. ....
No. 2, 1000s ea. ....
No. 3, 1000s ea. ....

DESERT FLOWER (22309 Shulton)
Dusting Powder, 7 oz. 1.50
Hand & Body Lotion 3½ oz. 1.00
Perfume, 1 dram 3.00
2 dram 5.50
4 dram 10.00
Purse Size, ½ dr. 1.00
Powder Sachet, Body, 1 oz. 1.25
Stick Cologne Concentrate 1.00
Talcum, 4½ oz. tube 1.00
Toilet Soap, 3 cakes 1.50
Toilet Water, 3½ oz. 1.50
W/Atomizer 2.50

DESERT MORN (10270 Gianney)
Bubble Bath, 25 env. *.98 1.00

DESERT TAN (7276 Desert Tan Inc.)
Suntan Aerosol, 6 oz. *1.50
Suntan Cream, 1½ oz. *.59
3 oz. *1.00
Suntan Liquid, 2 oz. *.59
4 oz. *1.00

DESFEN(R) (6213 Cook, E. K.)
Bottle of 100s ea. 1.75

## DESICOL®
## KAPSEALS®

(Pronounced—Des' i-kol)

**Composition:** Hermetically sealed yellow capsule with brown band. Each Kapseal contains 0.32 grams (5 gr.) of desiccated whole bile, which is equivalent to approximately 2.5 cc. of fresh whole bile. Kapseals Desicol represent desiccated whole bile in a form which is readily soluble and similar to natural whole bile in therapeutic activity.

**Action and Uses:** Used to relieve bile deficiency following surgery of the biliary system or resulting from other conditions. It is employed in the medical management of chronic gall-bladder disease, to stimulate the flow of bile, and often as part of the treatment of poor appetite, indigestion, intestinal putrefaction, belching, and constipation —particularly in obese, middle-aged, or inactive patients.

**Also Available:** Ferro-Desicol Kapseals each containing 4 grs. Desicol and 2 grs. ferrous sulfate exsiccated. Ferro-Desicol is useful in treatment of patients with hypochromic (secondary) anemias, especially in the presence of biliary dysfunction. Desicol assists absorption and utilization of iron.

Parke, Davis & Company
Detroit 32, Michigan

DESICOL (19539 Parke, Davis)
Kapseals, 100s ea. *2.83 3.15
1000s ea. *22.41 24.90