# EXHIBIT 9
# PART 8

Dur Page 218 Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each, or as specified. AMERICAN DRUGGIST BLUE BOOK

DURA-VIKING (21089A Randall Faichney)
Adapters .... ....
Outfits .... ....
Syringes,
Asthma .... ....
Assembly .... ....
Glass Hypodermic .... ....
Heavy duty .... ....
Introducer .... ....
Parts .... ....
DURAVITE (5490 Chase Chem.)
Cordials, 300 ea. .... 3.32
1000 ea. .... 31.68
DUREIDE (10512 Goodrich-Wright)
Caps., 100s ea. .... 3.34
300s ea. .... 15.00
1000s ea. .... 27.75
DURESIA(R) (1306 Archer, B.F.)
10 c.c. vial ea. .... 3.15
DURETS (26710 United Pharm.)
Tablets, 50s *.79 .... 5.64

## DUREX® DIAPHRAGMS

**Coil Spring, Mensinga (Flat Spring), Bow-Bend,® and Duraflex® (Matrisalus).**

• **Made of:** The finest rubber and precision-made steel springs. Sizes from 50mm. to 105mm. (at 2½mm intervals).

**Action and Uses:** Used with either LACTIKOL JELLY or CREME as an occlusive device for contraception.

**How Administered:** Inserted vaginally over the cervix by hand or with Durex Introducer), as instructed by the physician.

## DUREX® CERVICAL CAPS

**Dumas, Mizpah, Flat Rim and Aluminum**

• **Made of:** With the exception of the Aluminum Cervix Cup they are all made of rubber.

**Action and Uses:** Used with either LACTIKOL JELLY or CREME as an occlusive device for contraception.

**How Administered:** Inserted by hand through the vagina over the cervix, as instructed by the physician.

Accepted by the Council on Physical Medicine & Rehibilitation.

**DUREX PRODUCTS, INC.**
684 Broadway, New York City 12.
2704 S. Hill St., Los Angeles 7, Cal.

DUREX PRODUCTS, INC. (7824)
Applicator, Plunger Type .... .50 4.00
Cervical Caps,
Dumas, Deep Dome, 55 to 80 mm., Shallow Dome, 55 to 65 mm. .... 3.50 25.00
Flat Rim
Med. & Large .... 3.50 25.00
Aluminum Cervix Cup
24 to 36 mm. (2 mm. intervals) .... 5.00 30.00
Mizpah Caps. .... .25 2.00
Mizpah Pessary, with 1 cap, Small, Med. or Large .... 4.00 28.00
Diaphragms
Bow-Bend, 60 to 100 mm. .... 3.50 18.00
Coil Spring, 50 to 100 mm. .... 3.00 17.40
Mensinga, 60 to 100 mm. .... 3.00 17.40
Introducers
Individual .... 2.00 14.40
Mayer .... 2.00 14.40
Metal Gynometer .... 2.00 14.40
Plastic Gynometer
55 to 90 mm. .... 1.00 7.20
Douche Powder, 6 oz. .... 1.00 7.20
Durafoam
3 oz. w/Sponge .... .75 5.40
Foam Powder, 3 oz., with sponge .... 1.50 10.80
Rubber Sheeting, 12s .... 1.25 5.00

DURFA (17528 Morse Lab.)
Compound 5 oz. .... 1.00 8.00
DURHAM DUPLEX (7829 Durham-Enders)
Duplex Blades,
5 Blds./pkg. ea. *.45 .50 .30
#21LK w/5 Blds./pkg.,
Ea. *.89 1.00 .67
DURHAM'S (7830A Durham's Drug Prods.)
Anesthesia-Mag, 1 oz. *.60 4.80
Ant Balls, 4.5 oz. .35 2.80
30 oz. .60 4.80
Ant-Kil, 1 lb. .49 3.90
Ant & Roach Bomb, 12 oz. 1.25 10.00
Chlor-Kil, 1 lb. .60 4.80
Fly & Insect Bomb, 12 oz. .98 8.00
Guiacol-Camphor Oint., 1 oz. .35 2.80
2 oz. .60 4.80
1 lb. ea. .... 1.00
Lindane Screw Worm Bomb,
12 oz. 1.49 13.90
Paracide Oint., 1 oz. .60 4.80
Pecan Sundae Topping, 4 lb. ea. .... 2.85
Pink Eye (R) 320 grs. 1.00 6.60
Rat-Kil, 1 lb. 1.00 6.60
Reuma-Rub Liniment, 4 oz. .75 6.00
8 oz. 1.25 10.00
Screw Worm Control, 1038,
4 oz. .85 6.60
8 oz. 1.59 12.60
16 oz. 2.75 22.00
DURIBEX (7833 Durst, S. F. & Co.)
Sterile Sol.
10 c.c. vial ea. .... 2.00
DURIBILKNIT (9087 Flaherty, John E.)
Stockings
Elite, Nylon, Above-Knee, Full-Footed
Average, 9-11, pr. ea. *12.00 6.00
Long, 9-11, pr. ea. *12.00 6.00
Short, 9-11, pr. ea. *12.00 6.00
Rayon, One-Way Stretch
Elastic, 5-12 ea. *3.50 1.75
Super Nylon, Elastic
Average-Above-Knee
pr. ea. *10.95 5.50
Garter-Below-Knee
pr. ea. *10.95 5.50
Long-Above Knee
pr. ea. *12.95 6.50
DURMASEPTIC (7830B Durmal)
¼ oz. *.59 4.80
1¼ oz. *1.50 12.00
DURO NAIL (7832 Duro-Corp.)
½ oz. 1.00 8.00
DURON (7767 DuMont Pharmacal Co.)
Capsules, 100s ea. .... 1.40
500s ea. .... 6.25
1000s ea. .... 11.50
F.G., Capsules, 100s ea. .... 1.40
500s ea. .... 6.25
1000s ea. .... 11.50
DURST, S. F. (7833)
Papaverine Hydrochloride
Sterile Sol., ½ gr. per c.c.
10 c.c., vials, ea. .... 1.00
Physostigmine Salicylate
Sterile Sol., 2 mg. per c.c.
20 c.c., vials, ea. .... 2.00
DURYCIN A.S.(R)▲ (15249 Lilly)
Aqueous Suspension, Ampoules
400/0.5
2 c.c., 1 dose, r.s.
100s ea. *54.00 60.00 36.00
5 dose r.s. ea. *2.02 2.25 1.35
100s ea. *183.01 203.34 122.00
DURYCIN F.A.(R) (15249 Lilly)
Aqueous Injection
400/0.5
1-dose r.s. ea. *.60 .67 .40
25s ea. *14.31 15.90 9.54
100s ea. *54.00 60.00 36.00
400/1.0
1-dose r.s. ea. *.74 .82 .49
25s ea. *16.87 18.75 11.25
100s ea. *66.01 73.35 44.01
DURYEE'S (7450 Dillman)
Powder, 4001 Family, ea. *3.00 2.00
Individ. size *1.00 8.00
DUSAL (19514 Park Drug)
Hygienic Powder, 7 oz. .... 4.00
DU-SAN (14909 Lee, Geo. H.)
Liq., 4 oz. *.30 2.40
12 oz. *.75 6.00
32 oz. *1.50 12.00
½ gal. *2.50 20.00
1 gal. ea. *4.50 3.00
DUSART'S (9775 Garrates Inc.)
Syrup, 7 oz. .... 12.40
DUSHARME (7838 Dusharme Products)
1½ oz. 1.00 7.20
3 oz. 1.65 11.88
DUSHE (24909 Stoesser)
Antiseptic 1.00 7.20
Vag. Tabt. 1.50 10.80
DU-SINE (7767 DuMont Pharmacal Co.)
Solution, 16 oz., ea. .... 1.20
1 gal., ea. .... 7.80
DUSORB (9442 Franco-Amer. Hygienic)
Pt. can *.59 4.75
Qt. can *.98 7.56
DUSOTAL (11524 Harvey Labs.)
Capsules, 1½ gr., 500s ea. .... 6.00
1000s ea. .... 11.00
5000s ea. .... 50.00
DUSTACAIN (16669 Medicone)
Powder, 1½ oz. can *.95 1.00 8.00
DUST-A-WAY (2882 Boride Chem. Co.)
Spot Duster Cans,
1½ lbs. .75 5.40

DUSTEX (11530 Harvey Paper)
Per box .50 3.90
DUST-MOR (12990A Hilltop)
Powder, 1 lb. 2 oz. 1.00 8.00
2 lb. 4 oz. 1.50 12.00
DUSTEX (13815A Kale Co.)
1 lb. .70 5.60
4 lbs. 2.00 16.00
30 lb. bag ea. 22.00 14.67
DUSTRID MASK (448 Allergy & Medical)
No. 1 *1.00 7.20
Mask Pads, 25s *.50 3.60
40s *1.25 9.00
100s *2.50 18.00
No. 2 *3.50 25.20
Mask Pads, 30s *1.00 7.20
DUST-SEAL (18732 L.S. Green Assoc.)
1 lb. ea. 4.55 3.03
DUTCH BALM (1949 Bound)
.... .50 3.90
DUTCH FUMIGANT (28806 Whitmoyer Labs.)
1 qt. can .... 8.75
1 gal. can (6 per case) 13.90
DUTCH GIRL (9772A Garland Creations)
.... 1.00 7.20
DUTERRA (28568 Wyeth)
12 fl. oz. bot. ea. *1.49 .... 1.06
DUTRONE (21081 Rorer Corp.)
Injectable, 5 c.c. vial ea. 2.00 1.65
DUTTON'S T. A. (8751 Fairchild H. L.)
Liniment .50 3.00
Vegetable Comp. 1.00 6.00
DU-URN (7846 Du-Urn)
Hygienic Unit *4.95 35.64
DUVA (8276 Embur)
Douche Liquid
8 oz. 1.25 9.00
16 oz. 1.75 14.00
Gal. ea. 13.60 9.00
4 gals. .... 32.00
DUVELLE (7852)
Rose Cologne, 4 oz. *2.00 14.40
Perfume, 1 dr. *1.75 12.00
DUZ-KIL (7434 Dill)
Pt. *.69 5.40
Qt. *1.19 9.60
Gal. *3.25 30.00
DUZ-KILL INSECT SPRAY (11455 Harrison Dill)
Pt. (per cs. of 24) .39 5.76
Qt. .65 4.80
Gal. (per cs. of 6) 2.25 8.40
D-VITA
Modern Products (17356)
Tablets, 60s 1.00 7.20
160s 2.50 18.00
Vitarine (27334)
Ampoules, 1 c.c.
6s ea. .... 1.60
25s ea. .... 5.20
100s ea. .... 18.00
30 c.c. M.D. vial ea. .... 3.30
D-VI-TROL (12812 Injectables Research)
In oil, 500,000, Units/c.c.,
10 c.c. vial ea. .... 1.65
DWARFIES (27307C Vitamin Div.)
Lees-Caps, 100s *2.50 18.00
Lees-Fe, 100s *2.00 13.50
Lees-Min, 50s *1.00 7.20
Quints, 100s *2.00 13.20
Super Deluxe, 36s *2.00 14.40
100s *4.95 35.64
Superette, 100s *7.50 45.00
10-Vitamins, 30s *1.00 8.00
100s *3.00 24.00
Vitamin B-12, 100s *1.49 9.00
DWIN (3085 Boyle-Midway)
Aerosol Insect Killer
12 oz. *1.69 13.52
DXL(R) (9149 Flint, Eaton & Co.)
Tablets, C.T., 100s ea. .... 1.20
500s ea. .... 4.70
1000s ea. .... 8.80
DX-114 (3084 Boyle)
1 oz. ea. *1.49 1.65 .82
DYATRON(R) (1452A Atlas Pharm. Labs.)
Injection, 30 c.c. vials, ea. 8.00 4.80
DYBASIK (7862 DyBasik Dentifrices)
Mouth Rinse, 8 oz. *.59 .60 4.32
16 oz. *.98 1.00 7.20
Tooth Paste, 1.2 oz. *.23 .25 1.80
3 oz. *.49 .50 3.60
5 oz. *.69 .70 5.04
Tooth Powder, 1½ oz. *.23 .25 1.80
3 oz. *.49 .50 3.60
DYCOMENE (11244 Nance Bros. & White)
3 oz. .... ....
Gal. .... ....
DYCORT (11524 Harvey)
5 mg. per c.c. in Sesame Oil
10 c.c. ampul vial ea. .... 4.50
DYDIZONE (13821 Kensington Prods.)
6 oz. *.89 1.00 7.20
DYENET (15170 Lexicon Prods.)
6s *1.00 8.00
DYKATUSS(R) (12062A Nies Pharm.)
4 oz. ea. .... .67
16 oz. ea. .... 2.60
Gallon ea. .... 16.50
DYKROGEN (21465 Research Affiliates)
Tablets
25 mg., C.T. 100s ea. .... 3.25
500s ea. .... 14.60
1000s ea. .... 28.90
E.C. 100s ea. .... 3.90
500s ea. .... 16.90
1000s ea. .... 32.00
100 mg., C.T. 100s ea. .... 12.25
500s ea. .... 57.50
1000s ea. .... 97.00

250 mg., C.T. 100s ea. .... 19.6[illegible]
500s ea. .... 93.[illegible]
1000s ea. .... 178.[illegible]
Conjugated Estrogens,
1.25 mg., 100s ea. .... 3.2[illegible]
500s ea. .... 15.6[illegible]
1000s ea. .... 29.7[illegible]
0.625 mg., 100s ea. .... 2.2[illegible]
500s ea. .... 10.5[illegible]
1000s ea. .... 19.[illegible]
DYKRONAL (21465 Research Affiliates)
Tablets, 100s ea. .... 1.2[illegible]
500s ea. .... 5.2[illegible]
1000s ea. .... 9.[illegible]
DYLEPHRIN(R) (13068 Irwin, Neisler)
Solution for Oral Inhalation
15 c.c. ea. .... 1.2[illegible]
30 c.c. ea. .... [illegible]
DYLON (22309 Saleyan Labs.)
Caps., 100s ea. .... 2.25 1.[illegible]
DYMES (16207 Maylair Labs.)
Throat Lozenges
15s .... *.98 [illegible]
DYMETRIC (9145 Fletcher)
Tablets, 100s .... *3.00 24.[illegible]

## DYNACAL

Trade-Mark

• **Composition:** Each 5 cc. (one average teaspoonful) of Liquold® or one capsule-shaped Tablet contains Calcium Phosphate Dibasic 1.1 Gm. and Vitamin D₂ (Activated 7-Dehydrocholesterol) 400 U.S.P. Units. One teaspoonful or one tablet represents 250 mg. Calcium (as Ca) and 200 mg. Phosphorus (as P).

• **Suggested Dosage:** Adults—During pregnancy and lactation—two teaspoonfuls or two tablets three times a day with meals. In other conditions—one teaspoonful or one tablet three times a day with meals. Children: One teaspoonful three times a day with meals.

**McNEIL LABORATORIES, INC.**
Philadelphia 32, Pennsylvania

DYNACAL (16544 McNeil Labs.)
Liquid, 8 fl. oz. ea. .... [illegible]
Pts. ea. .... [illegible]
12 x pts. .... [illegible]
Tablets, 100s ea. .... [illegible]
12 x 100s .... [illegible]
1000s ea. .... [illegible]
DYNAGEN (20787 Prudential Pharm.)
Liq., 4 oz. *2.00 [illegible]
DYNAGUENT (1306 Archer, B.F.)
Oint., 1 oz. .... [illegible]
1 lb., ea. .... [illegible]
DYNAMINOS (20740 Professional Pharmacal)
Elixir, 16 oz. 4.50 36.[illegible]
DYNAPLEX (2306 Berkeley Drug)
Capsules, 100s *4.49 36.[illegible]
250s *9.45 81.[illegible]
Elixir, Pts. *2.49 24.[illegible]
Gals. .... [illegible]
DYNATRONS (20787 Prudential Pharm.)
Tabs., 100s *4.95 5.00 40.[illegible]
DYNAVITE (1866 Barr Winley)
100s *11.00 [illegible]
DYNOID (26219 Thorn)
Syrup, 16 oz. .... [illegible]
DYNOL (2965 Bostwick Labs.)
Moth Proofer, 12 oz. *2.95 [illegible]
DYNOSAL (15864 Mallard)
Tabs., No. 1, 100s ea. .... [illegible]
500s ea. .... [illegible]
1000s ea. .... [illegible]
DYO (28088A Wilke)
Tablets, 30 gr., 12s 1.00 [illegible]
DYPERINSE (8759 Fairfield Labs.)
4 oz. .... [illegible]
9 oz. *1.00 [illegible]
DYPHOCALS (7693 Hub Line)
Capsules, 100s *2.36 [illegible]
1000s ea. .... [illegible]
DYSEPT (6695 Davies Young)
Antiseptic Soap Liquid
Gal. ea. .... 3.75 [illegible]
DYSMIN(R) (17529 Morgenstern Chemical)
Capsules, 20s .... 1.00 [illegible]
DYSPASMIN (21141A Raymer Pharm.)
Tablets, 100s ea. .... [illegible]
500s ea. .... [illegible]
1000s ea. .... [illegible]
DYSPEPTOL (7869 Dyspeptol) [illegible]
DYSPEPTONE (9063 Bauman Bros.) [illegible]
Elixir, gal. ea. [illegible]
DYSPEPTONE (13879 [illegible]) [illegible]

*The page is a heavily degraded photocopy of a pharmaceutical price book listing (page 235, "Est..." section, products beginning with Estrone through Estrovites). The majority of entries, product codes, and prices are illegible due to poor image quality.*

Rx of choice, TETRACYN, discovered by Pfizer

| Product | | |
|---|---|---|
| [illegible]LIN (27859 Western Pharm.) | | |
| [illegible]matic, 1 oz. bots. | *1.00 | 8.00 |
| Pts. ea. | .... | 7.10 |
| [illegible]nic, 1 oz. | *.75 | 6.00 |
| Pts. ea. | .... | 5.40 |
| [illegible], 1 oz. bots. | *.75 | 6.00 |
| Pts. ea. | .... | 5.40 |
| [illegible], 1 oz. bots. | *1.00 | 8.00 |
| Pts. ea. | .... | 7.10 |
| [illegible]LINE (8454 Erie Drug Co.) | .40 | 3.00 |
| [illegible]-MIST (7964 Eastern Research) | | |
| 1 oz. | *.49 .... | 4.00 |
| 2 oz. | *.69 .... | 6.00 |
| [illegible]ATE (27334 Vitarine) | | |
| Cough Syrup, 3 oz. ea. | .... | .27 |
| 6 oz. ea. | .... | .48 |
| [illegible]TUSSIN (17884 Hamon Pharm.) | | |
| w/Dionin, 16 oz. | .... | 14.40 |
| 1 gal. ea. | .... | 8.50 |
| [illegible] BEE (4811A Cambridge Pharm.) | | |
| Capsules, 100s ea. | .... | 1.90 |
| 1000s ea. | .... | 18.00 |
| [illegible]-A-BIRD (28449 World Inds.) | | |
| Bird Feeder, 10" high | 3.49 | 27.92 |
| [illegible]MIX-25% (27253 Vineland) | | |
| 1 lb. container | 4.50 | 35.50 |
| 25 lb. drum ea. | .... | 62.00 |
| 100 lbs. ea. | .... | 230.00 |
| [illegible] 'N TIME (15430 Lockwood, Lawrence) | 1.00 | 7.20 |
| [illegible]UM (13992 King's Goat Milk Labs.) | | |
| 1 lb. | 1.00 | 8.00 |
| 3 lb. | 2.50 | 20.30 |
| [illegible]L (6835 Dondrup) | | |
| Bubble Bath, 8 fl. oz. | *1.00 | 7.20 |
| Hand Cream, 4 oz. jar | *1.00 | 7.20 |
| Spray Deodorant, 4 oz. | *1.00 | 7.20 |
| [illegible]ELY'S (8877 Feely Mfg.) | | |
| Ant Powder, 2 oz. | *.25 | 1.50 |
| Chlordane Dust, 1 lb. | *.75 | 4.50 |
| Chlordane Spray, pt. | *.50 | 3.53 |
| Dog & Cat Flea Killer, 2 oz. | *.35 | 2.10 |
| 5 oz. | *.50 | 3.00 |
| Flea Flakes, 3 oz. | *.35 | 2.61 |
| 6 oz. | *.50 | 3.65 |
| 12 oz. | *.75 | 5.40 |
| 18 oz. | *1.00 | 7.30 |
| Flea Spray, pt. | *.50 | 3.53 |
| Qt. | *.80 | 5.69 |
| Fluid Cleaner, pt. | *.35 | 2.10 |
| Fly & Mosquito Spray, pt. | *.50 | 3.53 |
| Qt. | *.80 | 5.69 |
| Hair Ball Remover, 6 oz. | *.50 | 3.00 |

PHARMACO'S PRODUCT FAMILY

See alphabetical listing for full information on sensational new cough gum—MEDIGUM

# Feen-a-mint

DISCOUNT SCHEDULE
(Includes Chooz and Medigum)
In Discount Units Only
$5.00 Quantity ...5% Discount
$10.00 Quantity ...7½% Discount
$40.00 Quantity ..10% Discount

Any assortment of Feen-a-mint and/or Chooz and/or Medigum. Discount includes cash discount.

Consult Wholesaler

PHARMACO, INC.
Kenilworth, N. J.

*For prices and sizes see next column*

| Product | | | |
|---|---|---|---|
| Karbene, 4 oz. | *.30 | | 2.00 |
| 8 oz. | *.30 | | 3.40 |
| Pt. | *.90 | | 5.00 |
| Qt. | *1.50 | | 8.00 |
| Killex, 8 oz. | *.45 | | 3.90 |
| Pt. | *1.00 | | 5.00 |
| Qt. | *1.70 | | 10.14 |
| Moth Balls, 3 oz. | *.30 | | 1.90 |
| 6 oz. | *.30 | | 2.40 |
| 12 oz. | *.35 | | 4.20 |
| Moth Crystals, 6 oz. | *.30 | | 2.40 |
| 18 oz. | *.75 | | 5.40 |
| Pine Oil, 8 oz. | *.30 | | 2.94 |
| Pt. | *.75 | | 4.90 |
| Qt. | *1.25 | | 7.30 |
| Flea Shampoo, 8 oz. | *.45 | | 3.90 |
| Sheep Dip, 4 oz. | *.25 | | 1.80 |
| 8 oz. | *.40 | | 2.70 |
| Pt. | *.70 | | 4.20 |
| Worm Capsules, 12s | *.30 | | 4.00 |
| FEEN-A-MINT (20833 Pharmaco) | | | |
| Package, 5s | *.12 | | .96 |
| 16s | *.20 | .30 | 2.40 |
| 36s | *.49 | .50 | 4.00 |
| 80s | *.98 | 1.00 | 8.00 |
| FEGLU'[illegible] (8140 Elder) | | | |
| Tablets, S.C., 100s ea. | | .... | .39 |
| 500s ea. | | .... | 2.30 |
| 1000s ea. | | .... | 4.40 |
| FEHEPCO(℞) (24809 Stoddard) | | | |
| Ampuls, 10 c.c. ea. | | .... | 2.10 |
| FEHRITONIC-WOODS (27709 Webster) | | | |
| Pts. ea. | | .... | 2.80 |
| Gal. ea. | | .... | 14.00 |
| FEINNEL'S SKIN APPLICATION (8879 Feinnel) | | | |
| 1 oz. | | *.75 | 6.00 |
| FEL BOVIS COMP. (6094 Davies, Rose) | | | |
| Tablets (See Emenel Tablets) | | | |
| FELAMINE(℞) (22544 Sandoz) | | | |
| Tablets, Bot. of 50s ea. | | .... | 1.10 |
| 250s ea. | | .... | 5.00 |
| 1000s ea. | | .... | 18.50 |
| FELCHOLAN (8884 Fellows Medical) | | | |
| Tablets, 60s | | *1.88 | 25.00 |
| 1000s ea. | | 28.80 | 39.20 |
| FELDMAN'S BUFFER SOLUTIONS (55378 Chemical Solution Service) | | | |
| 500 c.c. ea. | | .... | 1.50 |
| FELIRON(℞) (21085 Rand Pharm.) | | | |
| Capsules, 100s | | *3.25 | 23.40 |

## FELLO-SED ELIXIR

**What the Product is:** CHLORAL HYDRATE potentiated by CALCIUM BROMIDE for Physiological Sleep with Minimal After-Effects. Each teaspoonful (5 cc.) contains:

Chloral Hydrate (7½ gr.) ...... 0.5 Gm.
Calcium Bromide (7½ gr.) ...... 0.5 Gm.
Atropine Sulfate (1/480 gr.) ... 0.125 mg.

in a sugar-free aromatic vehicle.

**Dosage: Adult Dose: As a Sedative:** ½ to 1 teaspoonful in milk, water or fruit juice, every 3 or 4 hours as indicated.

**As a Hypnotic:** 1 to 2 teaspoonfuls or more in milk, water, or fruit juice at bedtime, or as indicated.

**Children:** ½ to 1 teaspoonful as required.

**How Supplied:** 8-oz. Bottles.

FELLOWS MEDICAL MFG. CO., INC.
Pharmaceuticals since 1866
26 Christopher Street
New York 14, N. Y.

| Product | | |
|---|---|---|
| FELLO-SED (8884 Fellows Medical) | | |
| Liquid, 8 oz. | *2.50 | 20.00 |
| FELLOWS (8884 Fellows Medical) | | |
| Compound Syrup of Hypophosphites | | |
| w/I.Q. & S., 7 oz. | *1.12 | 9.00 |
| 24 oz. | *1.69 | 13.50 |
| Paraldehyde Felsules | | |
| 60s | *4.25 | 33.00 |
| 250s ea. | *15.00 | 30.00 |
| FELO'RAL (8884 Fellows Medical) | | |
| Capsules, 100s | *3.75 | 30.00 |
| 500s ea. | *16.10 | 10.75 |
| Liquid, 8 oz. | *2.00 | 15.00 |
| gal. ea. | .... | 15.50 |

| Product | | |
|---|---|---|
| FELSATE(℞) (1344 Associated Chemists) | | |
| Tablets, 500s ea. | .... | 4.50 |
| 1000s ea. | .... | 8.50 |
| FELSOL (714 American Felsol) | | |
| Powder, 15s | 1.20 | 9.60 |
| 90s | 6.00 | 48.00 |

## FELSULES CHLORAL HYDRATE

the original Fellows Chloral Hydrate Capsules

see under

"Chloral Hydrate Felsules"

page ....

Fellows Medical Mfg. Co., Inc.
New York 14, N. Y.

| Product | | |
|---|---|---|
| FELTON'S (8895 Felton Labs.) | | |
| Cough Balsam, 3 oz. | *.30 | 4.00 |
| Throat Gargle, 2 oz. | *.30 | 4.00 |
| FEM (18946 Normand) | | |
| Douche Liq., 6 oz. ea. | .... | .75 |
| 16 oz. ea. | .... | 1.75 |
| FEMACOIDS (18377 Gold Leaf Pharmacal) | | |
| Tablets | | |
| 0.625 mg., 100s ea. | .... | 2.50 |
| 1000s ea. | .... | 18.75 |
| 1.25 mg., 100s ea. | .... | 4.50 |
| 1000s ea. | .... | 37.00 |
| FEMACOL (15484 Le Para) | | |
| 4 oz. | .50 | 4.00 |
| FEMACRINE(℞) (8399 Endocrine) | | |
| Inj. 0.1 mg. c.c. | | |
| 30 c.c. vial ea. | .... | 1.60 |
| 0.25 mg. c.c. | | |
| 30 c.c. vial ea. | .... | 2.85 |
| 0.5 mg. c.c. | | |
| 10 c.c. vial ea. | .... | 2.25 |
| FEMACRINE-D(℞) (8399 Endocrine) | | |
| Caps., 30s ea. | 2.00 | 1.25 |
| 100s ea. | 5.00 | 3.25 |
| FEMAGIA (9776 Garret) | | |
| 4 oz. | *.60 | 4.80 |
| FEMAID (19990 Pfaff Labs.) | | |
| Capsules, 12s | *.50 | 4.00 |
| FEM-A-LINE (6608 Carby) | | |
| 4 oz. liq. | *4.00 | 21.00 |
| FEMANDREN(℞) (5684 Ciba) | | |
| Linguets, 30s ea. *3.33 | .... | 2.00 |
| 100s ea. *8.33 | .... | 5.00 |
| FEMAPHYLL (13874 Malley Labs.) | | |
| Douche Powder, 90.0 gm. | *2.50 | 18.09 |
| Dusting Powder, 15.0 gm. | *.79 | 4.80 |
| FEMATINE (9772 Carplotte) | .60 | 4.90 |
| FEMATOSSE (26336 Tomo & Co.) | | |
| Ampuls | .... | .... |
| (Prices on Request) | | |
| FEMCREME (6333 Carl-Livingston) | | |
| 2 oz. *.39 | .... | 3.20 |
| FEMELLE (11110 Hale Products) | | |
| Powder, 6 oz. | 1.00 | 2.20 |
| FEMERATE (12812 Injectables Research) | | |
| Aqueous Suspension | | |
| 20,000 I.U./c.c. | | |
| 10 c.c. vial ea. | .... | 2.20 |
| 30 c.c. vial ea. | .... | 5.50 |
| 50,000 I.U./c.c. | | |
| 10 c.c. vial ea. | .... | 4.25 |
| w/Procaine | | |
| 25,000 I.U./c.c. | | |
| 10 c.c. vial ea. | .... | 2.40 |
| In Oil | | |
| 2,000 I.U./c.c. | | |
| 30 c.c. vial ea. | .... | 1.25 |
| 10,000 I.U./c.c. | | |
| 30 c.c. vial ea. | .... | 2.70 |
| 25,000 I.U./c.c. | | |
| 10 c.c. vial ea. | .... | 2.40 |
| Tablets(℞) | | |
| 0.625 mg., 30s ea. | .... | 1.70 |
| 100s ea. | .... | 4.10 |
| 1000s ea. | .... | 36.55 |
| 1.25 mg., 30s ea. | .... | 2.30 |
| 100s ea. | .... | 7.65 |
| 1000s ea. | .... | 59.59 |
| FEMERATE E (12812 Injectables Research) | | |
| Aqueous Suspension | | |
| 1 mg./c.c. | | |
| 10 c.c. vial ea. | .... | 2.00 |
| 30 c.c. vial ea. | .... | 3.50 |
| 2 mg./c.c. | | |
| 10 c.c. vial ea. | .... | 2.50 |
| 30 c.c. vial ea. | .... | 5.50 |
| 5 mg./c.c. | | |
| 10 c.c. vial ea. | .... | 4.75 |
| In Oil | | |
| 1 mg./c.c. | | |
| 10 c.c. vial ea. | .... | 2.00 |
| 30 c.c. vial ea. | .... | 3.50 |
| FEMEST (18207 New Jersey Pharm.) | | |
| Tablets, 100s ea. | .... | 3.90 |

## FEMANDREN® LINGUETS®

### New Low-cost Estrogen-Androgen Therapy

**What They Are:** A combination of the most potent oral estrogen—ethinyl estradiol, 0.02 mg.—and the most potent oral androgen—methyltestosterone, 5 mg.—in Linguets for absorption via the oral mucosa.

**What They're For:** To relieve depression, hot flashes, nervousness, exhaustion and related symptoms common in menopausal and post menopausal states; to relieve pain and retard bone rarefaction in osteoporosis; to build tissue and promote well-being in geriatric patients.

**Advantages:** Linguets make possible the absorption of hormones directly into the systemic circulation. They are almost as potent, milligram per milligram, as steroid injections. Femandren supplies two types of hormones normally present in men and women; permits lower dosage of each hormone; has a balanced anabolic effect; and controls more menopausal symptoms than do estrogens alone.

**Dosage: Menopause:** One-half to 1 Linguet daily or every other day for 21 days of a 28-day cycle. **Osteoporosis:** One to 2 Linguets daily for 1 month. **Postmenopausal and geriatric patients:** One-half to 1 Linguet daily or every other day for as long as symptoms persist.

**How Supplied:** FEMANDREN LINGUETS (green, scored); bottles of 30 and 100.

Femandren® (methyltestosterone with ethinyl estradiol CIBA) Linguets® (tablets for mucosal absorption CIBA)

CIBA Summit, N. J.

*For prices and sizes see previous column*

| Product | | | |
|---|---|---|---|
| FEMESTRAL (14059 Kirk, C. F.) | | | |
| .11 mg., 1 c.c. amp., 100s ea. | | 10.00 | 7.[illegible] |
| 30 c.c. vial ea. | | 1.50 | 1.1[illegible] |
| .55 mg., 10 c.c. vial ea. | | 1.50 | 1.1[illegible] |
| FEMESTROL (4720 Cabot Pharmaceutical) | | | |
| Tabs. | | | |
| 5 mg., 100s | *2.24 | 2.25 | 18.[illegible] |
| 1000s ea. | | .... | 11.5[illegible] |
| E.C. 100s | *2.99 | 3.00 | 24.[illegible] |
| 1000s ea. | | .... | 16.[illegible] |
| 25 mg., 100s | *5.99 | 6.00 | 43.[illegible] |
| E.C. 100s | *7.49 | 7.50 | 60.[illegible] |
| 1000s ea. | | | 45.[illegible] |
| FEMESTRONE (14059 Kirk, C. F.) | | | |
| Natural in Oil | | | |
| 10,000 I.U., 1 c.c., | | | |
| Amp., 12s ea. | | 2.00 | 1.5[illegible] |
| 25s ea. | | 4.00 | 3.0[illegible] |
| 100s ea. | | 15.00 | 11.2[illegible] |
| 10 c.c. vial ea. | | 1.50 | 1.1[illegible] |
| 30 c.c. vial ea. | | 3.50 | 2.6[illegible] |
| 20,000 I.U. | | | |
| 10 c.c. vial ea. | | 2.00 | 1.5[illegible] |
| 30 c.c. vial ea. | | 5.00 | 3.7[illegible] |
| Compound Tablets,(℞) | | | |
| 30s ea. | | 3.50 | 2.6[illegible] |
| 100s ea. | | 8.50 | 6.3[illegible] |
| FEMEX (17556 Morse) | | | |
| 6 oz. | | .75 | 6.0[illegible] |
| FEMEZE (24248A Stanley Drug) | | | |
| Tablets, 15s | *.29 | .30 | 2.16 |
| 36s | *.49 | .50 | 3.6[illegible] |
| 100s | *1.13 | 1.15 | 8.1[illegible] |
| FEM-GENE (8900-Fem-gene Products) | | | |
| 8 oz. | | *.98 | 7.5[illegible] |

CORTRIL® is hydrocortisone Pfizer

[illegible] BLUE BOOK

S FOR
[illegible]ITAL

[illegible]AND, OHIO

Case 1:05-cv-01849-JR Document 17-17 Filed 09/08/2006 Page 5 of 9

# METANDREN® LINGUETS®

## Effective and Economical Form of Oral Androgen Therapy

**What They Are:** Highly compressed tablets of methyltestosterone U.S.P., designed for direct absorption through buccal mucosa into systemic circulation.

**How They're Used:** Placed beneath tongue or between cheek and molar teeth, remaining there, with as little swallowing as possible, until completely absorbed—an average of 30 to 50 minutes. Since patients vary widely in requirements, dosage must be strictly individualized.

**Advantage:** Metandren Linguets have approximately twice the potency of the orally ingested and approximately the same potency as the injectable hormone.

**Caution:** Female patients should be carefully observed for symptoms of masculinization.

**How Supplied:** LINGUETS, 5 mg. (white, scored); 10 mg. (yellow, scored); bottles of 30, 100 and 500.

Metandren® (methyltestosterone U.S.P. CIBA).

Linguets® (tablets for mucosal absorption CIBA)

**C I B A** Summit, N. J.

METANDREN(R) (5684 Ciba)
Linguets, 5 mg., White
Bot., 30s ea. ....*2.67 .... 1.60
100s ea. ....*7.33 .... 4.40
500s ea. ....*35.83 .... 21.50
10 mg., Yellow
Bot., 30s ea. ....*4.92 .... 2.95
100s ea. ....*13.58 .... 8.15
500s ea. ....*66.25 .... 39.75
Tablets, 10 mg., White, Scored
Bot., 30s ea. ....*4.92 .... 2.95
100s ea. ....*13.58 .... 8.15
500s ea. ....*66.25 .... 39.75
25 mg., Yellow, Scored
Bot., 15s ea. ....*7.33 .... 4.40
100s ea. ....*34.00 .... 20.40

METANITE(R) (7704 Drug Products)
Soluble, 100s ea. .... .71
1000s ea. .... 4.25
Tablets, 100s ea. .... 1.18
1000s ea. .... 9.44
W/Phenobarbital
Tablets, 100s ea. .... 1.42
1000s ea. .... 9.44

METAPHEDRINE (89 Abbott)
Inhalant No. 99
1 fl. oz. bot. ....*.99 1.10 7.91
4 fl. oz. bot. ea. ....*3.06 3.40 2.04
Pt. ea. ....*9.90 11.00 6.60
Gal. ea. ....*69.12 76.80 46.08
Isotonic
1 fl. oz. bot. ....*.72 .80 5.76
4 fl. oz. bot. ea. ....*2.47 2.75 1.65
Pt. ea. ....*7.87 8.75 5.25
Gal. ea. ....*57.00 63.33 38.00

METAPHEN (89 Abbott)
Disinfecting Solution
Qt. ea. ....*2.88 3.20 1.92
Gal. ea. ....*8.91 9.90 5.94
First Aid Solution
20 c.c. bot. ea. ....*.29 .32 .19
Ophthalmic Ointment, 1:3000
1/8 oz. tubes ....*.36 .40 2.35
1:2500
12 fl. oz. bot. ....*1.01 1.12 8.00
Gal. ea. ....*6.37 7.08 4.25
1:500
Pt. ea. ....*1.85 2.05 1.23
Gal. ea. ....*11.20 12.45 7.47
Tincture, 1:200
1 fl. oz. bot. ea. ....*.40 .45 .27
4 fl. oz. bot. ea. ....*.81 .90 .54
Pt. ea. ....*2.07 2.30 1.38
Gal. ea. ....*12.65 14.05 8.43
Untinted
1 fl. oz. bot. ea. ....*.40 .45 .27
4 fl. oz. bot. ea. ....*.81 .90 .54
Pt. ea. ....*2.07 2.30 1.38
Gal. ea. ....*12.65 14.05 8.43

METASERT(R) (792 Brayten Pharm.)
Vaginal Inserts, 100s .... 4.50 36.00

META-THESOL (4526 Buffington's)
Oily, 4 oz. bots. ea. .... 1.34 .80
16 oz. bots. ea. .... 4.15 2.50
Surgical Tincture
4 oz. bots. ea. .... 1.85 1.11
16 oz. bots. ea. .... 5.35 3.20

META-TITANT (9519 French Herbal)

METATONE (19539 Parke, Davis)
12 oz. bot. ....*1.57 1.75 12.60
.... 1.00 8.00
Gal. bot. ea. ....*11.70 13.00 7.80

METAXIN(R) (10702 Gray Pharm.)
Tabs., 100s ea. .... 1.40
1000s ea. .... 9.80

MET-CUSHION (22809 Scholl)
(See Under Scholl)

MET-ESTRON (16994 Metropolitan)
Ampuls, 1 c.c.
0.133, 10s ea. .... 1.85
100s ea. .... 15.00
Multiple Dose Vials
0.133, 10 c.c. ea. .... 1.25
10s ea. .... 11.00
30 c.c. ea. .... 3.00
0.267, 10 c.c. ea. .... 2.00
10s ea. .... 18.00
0.667, 10 c.c. ea. .... 4.00
10s ea. .... 35.00

MET-ESTROL (16994 Metropolitan Labs.)
Multiple Dose Vials
25 mg./c.c.
10 c.c. ea. .... 2.00
10s ea. .... 18.00

MET-ESTROL (20652 Price & Boskin)
Tabs., E.C., 0.2 mg.,
1000s ea. .... 2.00
5000s ea. .... 4.50
0.5 mg., 1000s ea. .... 2.25
5000s ea. .... 9.00
1.0 mg., 1000s ea. .... 3.25
5000s ea. .... 14.00
5 mg., 1000s ea. .... 6.00
5000s ea. .... 26.00

METHABROM (10664 Grant)
Liquid, 6 oz. ....Prices on request

METHACHOLINE
(See Mecholyl Chloride)

METHADON OR METHADONE HYDROCHLORIDE(R)
Abbott ●(89)
Solution, Ampoules, 10 mg., 1 c.c.
6s ea. ....*1.68 1.87 1.12
25s ea. ....*4.88 5.42 3.25
100s ea. ....*17.86 19.84 11.90
Multiple Dose Vial, 10 mg. per c.c.
20 c.c. ea. ....*1.80 2.00 1.20
Tablets, 5 mg.
Bottle of 100s ea. ....*.90 1.00 .60
1000s ea. ....*6.43 7.15 4.29
Breon (4109)
Syrup, 16 oz. bot. ea. .... 2.50 1.50
1 gal. bot. ea. .... 13.33 8.00
Horton & Converse (12344)
Solution Parenteral
10 mg. per c.c.
20 c.c., r.c. vials ea. .... *1.80 1.08
Tablets, Oral
2.5 mg. 100s ea. .... *.60 .36
1000s ea. .... *4.50 2.70
5.0 mg. 100s ea. .... *.80 .48
1000s ea. .... *6.50 3.90
7.5 mg. 100s ea. .... *.95 .57
1000s ea. .... *8.00 4.80
10.0 mg. 100s ea. .... *1.10 .66
1000s ea. .... *9.00 5.40
Lilly (15249)
Dolophine Hydrochloride (See Under Trade Name)
Mallinckrodt (15869)
Powder,
10 gram bot. per gram .... .31
25 gram bot. per gram .... .28
50 gram bot. per gram .... .25
100 gram bot. per gram .... .24
Massengill (16199)
Ampuls, 10 mg. 1 c.c.
5s ea. ....*1.28 .... .30
10 c.c. R.C. vial ea. *1.13 .... .75
Tablets
5 mg. 100s ea. ....*.83 .... .55
500s ea. ....*3.23 .... 2.15
7.5 mg. 100s ea. ....*.98 .... .65
500s ea. ....*3.98 .... 2.65
National Drug● (17909)
C.T., 5 mg. scored, 1000s ea. .... 3.90
Vials, 25 c.c. ea. .... 1.03
Parke, Davis (19539)
Elixir● pt. ea. ....*4.50 5.00 3.00
Tablets●
5 mg., 100s ea. ....*.72 .80 .48
1000s ea. ....*5.85 6.50 3.90
Steri-Vial● 10 mg., per c.c., 20 c.c.
Ea. ....*1.62 1.80 1.08
Upjohn (26794)
Sterile Solution, 10 mg. per c.c.
30 c.c. vials, 1 ea. .... 1.75
5s ea. .... 8.30
25s ea. .... 39.50
Tablets, Hypodermic, 10 mg.
100s ea. .... .95
500s ea. .... 4.40
1000s ea. .... 7.91
5000s/1000 .... 6.96
Winthrop (28294)
Adanon Hydrochloride
(See Under Trade Name)

METHADOX (10702 Gray Pharm.)
Tablets, 100s ea. .... 1.50
1000s ea. .... 10.00

METHAFRIMINE(R)
(20137 Physician's Drug & Supply)
Tabs., 20 mg., 100s ea. .... 3.25
500s ea. .... 15.00
1000s ea. .... 29.50
30 gr., 50s ea. .... 4.00
100s ea. .... 7.50
500s ea. .... 36.50

METHACEL (3841 Bolton-Wallace)
Tablets, 100s .... 27.60

METHAMIST (20636 Prestwel)
Tablets, C.T.
Vials of 20, ea. .... .60 .38
Bots. 100 ea. .... 2.50 1.50
Bots. 1000 ea. .... 14.40 7.20

METHAJADE● (23289 Sharp & Dohme)
Pint ea. ....*4.05 4.50 2.70
Gal. ea. ....*29.88 33.20 19.92

METHAJEL (19803 Penn Pharm.)
Tablets, 50s ea. .... 1.60
100s ea. .... 3.00
1000s ea. .... 27.00

METHALGEN (22909 Schumann-Jones)
2 oz. .... .35 2.25
1 lb. .... 2.00 16.20

METHALYPTUS (17499 Moren, R. J.)
4 oz. .... 9.00

# METHA-MERDIAZINE®

• **Composition:** Each 5 cc. (one average teaspoonful) of Liquid® or one Tablet contains total sulfonamides 0.5 Gm. (7½ gr.) representing Sulfamethazine 0.167 Gm. (2½ gr.), Sulfamerazine 0.167 Gm. (2½ gr.) and Sulfadiazine 0.167 Gm. (2½ gr.). Liquid Metha-Merdiazine contains sulfonamides in *microcrystalline* form in a palatable, homogenized dispersion.

• **Suggested Dosage:** See N.N.R.

• **Also Available:** Liquid Mer-Diazine®. Each 5 cc. (one average teaspoonful) contains Sulfamerazine *microcrystalline* 0.25 Gm. and Sulfadiazine *microcrystalline* 0.25 Gm.

• *Accepted by the Council on Pharmacy and Chemistry of the American Medical Association.*

**McNEIL LABORATORIES, INC.**
Philadelphia 32, Pennsylvania

METHA-MERDIAZINE(R) (16544 McNeil Labs.)
Liquid, 4 fl. oz. ea. .... 1.60
12 x 4 fl. oz. .... 19.20
Pt. ea. .... 5.75
12 x pts. .... 69.00
Tablets, Scored, 100s ea. .... 3.60
1000s ea. .... 34.00

METHAMPHETAMINE HYDROCHLORIDE(R)
Central Pharmacal (5294)
Desoxim (See Under Trade Name)
Chemo Puro (5540)
DL, 1/4 kg. ea. .... 9.90
D, U.S.P. XIV, 100 gm. ea. .... 18.00
Dolliont Pharmacal Co. (7767)
Powder, 1/4 oz. ea. .... 3.50
1 oz. ea. .... 6.00
Tablets, 2.5 mg., 100s ea. .... .45
1000s ea. .... 2.25
5.0 mg., 100s ea. .... .50
1000s ea. .... 2.75
International Chem. Labs. (12981)
Powder, 1 oz. .... 39.00
Tablets, 5 mgm., 100s .... 10.00
1000s .... 48.00
10 mgm., 100s .... 24.00
1000s .... 72.00
Kenny Pharm. (13820)
Methampex (See Under Trade Name)
McNeil Labs. (16544)
Syndrox, Syntil (See Under Trade Name)
Penhurst (19798A)
U.S.P., Tabs., 5 mg.,
1000s ea. .... 2.75
Raymer (21241A)
Desyfed (See Under Trade Name)
Rorer (21994)
Tablets, 5 mg., 100s .... 1.00 7.20
Stilice (24555)
Apamine (See Under Trade Name)
Upjohn (26794)
Tablets, 5 mg., 100s ea. .... 1.80
1000s ea. .... 16.80
5000s/1000s .... 15.20
Warren-Teed (27614)
Tablets, 5 mg.
C.T., 100s ea. .... .90
1000s ea. .... 4.90

West-Ward (27887) [illegible]
Tablets, 2.5 mg., 100s [illegible]
1000s ea. [illegible]
5000s/1000 [illegible]
5 mg., 100s [illegible]

METHAMPHUN (21994 Rorer) [illegible]
Tablets, 5 mg. 1000s ea. [illegible] 3.34

METHANOTIL(R) (26202 Tilden) [illegible]
1000s ea. [illegible]

METHANOL (See Alcohol)

METHANOX (8823 Forsand) [illegible]
Liquid, Pt. .... *1.65
Qt. .... *2.95
Gal. .... *8.75

METHANTHINE(R) (16960 Methantho Co.)
Compound Tablets, 100s [illegible]

METHAPLEX(R) (19909 O'Connell)
16 oz. ea. [illegible]

METHAPYRILENE HYDROCHLORIDE
Barry (1880A)
Barbhist (See Under Trade Name)
Blue Line(R) (2739)
Elixir, pint ea. .... 4.00
Gallon ea. .... 25.00
Tablets, 50 mg., 100s ea. .... 3.15
1000s ea. .... 26.90
Cowley Pharm. (6398)
Capsules, 25 mg., 1000s ea. [illegible]
Nies Pharm. (12062A)
Tabs., 25 mg., 1000s ea. [illegible]
West-Ward (27887)
Capsules, 25 mg., 36s [illegible]
1000s ea. [illegible]
5000s/1000 [illegible]

METHAQUIN (19803 Penn Pharm.)
Elixir, 8 oz. ea. [illegible]
Pt. ea. [illegible]
Gal. ea. [illegible]
Tablets, 50s ea. [illegible]
250s ea. [illegible]
1000s ea. [illegible]

METHARSOL, BOUTY'S (9369 Fougera)
Ampules, 0.05 gm., 1 c.c.
12s [illegible]

METHASUL (27300 Vita-Fore)
Mixture, qt. ea. [illegible]
Tablets, 100s ea. [illegible]
1000s ea. [illegible]

METHATAL (22258 Russed Pharm. Co.)
Tabs., 100s [illegible]
1000s [illegible]

METHATROPIN (20044-Pharmedic)
Tablets, 0.0025 Gm.
20s ea. [illegible]
100s ea. [illegible]
1000s ea. [illegible]
Powder, 1 Gm. ea. [illegible]

METH-ATRO-SAL
(20142 Physicians Modern Drug) [illegible]
1000s ea. [illegible]

METH-AVERIN (26449 Trout, Frederick) [illegible]
Tablets, 100s [illegible]
1000s ea. [illegible]

METHCOLATE(R) (1306 Anchor) [illegible]
Improved Tablets, 100s ea. [illegible]
1000s ea. [illegible]

METH-DIA-MER (20614 Premo)
Sulfonamides Suspension
0.5 gm., pint bot. ea. [illegible]
Sulfonamides Tablets, C.T.,
0.5 gm., 100s ea. [illegible]
1000s ea. [illegible]

METHEDRINE(R) (4629 Burroughs Wellcome)
Injection, 20 mg./c.c.
Ampul, 12s .... *2.20 [illegible]
100s ea. .... *14.60 [illegible]
Tablets, 5 mg., scored
100s .... *2.50 [illegible]
1000s ea. .... *20.00 [illegible]

METHENAMINE, U.S.P. [illegible]
1 oz. ctn. ea. ....av. price [illegible]
1/4 lb. ctn. ea. ....av. price [illegible]
1 lb. ctn. ea. ....av. price [illegible]

METHENASAL (11770 Henry Labs.) [illegible]
50s [illegible]
500s ea. [illegible]

METHEPONEX (21125 Rowell) [illegible]
Capsules, 100s ea. [illegible]
250s ea. [illegible]
500s ea. [illegible]

METHERGINE-TARTRATE(R) (22544 Sandoz)
Ampuls, 1 c.c.
Box of 6s ea. [illegible]
12s ea. [illegible]
50s ea. [illegible]
100s ea. [illegible]
Tablets, 0.2 mg., [illegible]
Bot. of 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]

METHIACIL(R) (22913A Schwarz Labs.) [illegible]
50 mg. tablets
Bot. of 100 ea. [illegible] 2.00 [illegible]
Bot. of 1000 ea. [illegible] 16.63 [illegible]

METHIADOXINE (15266 Lincoln Labs.) [illegible]
Lyophilized, 20 c.c. vial [illegible] 8.00 [illegible]

METHIANIL(R) (22913A Schwarz Labs.) [illegible]
Tablets, 50 mg., 100s ea. [illegible] 2.00 [illegible]
1000s ea. [illegible] 16.23 [illegible]

METHILOSE (12344 Horton & Converse)
Tablets, 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]

METHIODAL SODIUM U.S.P., See [illegible]

55-56 Blue Bk.

MICROZINE (12344 Norton & Converse)
- Ointment, 5%
  - 1 oz. tube ea. ........ *.40 .24
  - 16 oz. jar ea. ........ *3.00 1.80
  - 10%, 16 oz. jar ea. ........ *5.57 3.34
- Ophthalmic Ointment, 5%
  - ⅛ oz. tubes ea. ........ *.30 .18
- Suspension, 20%
  - 1 oz. ........ *1.20 7.20

MICROZOLE (12344 Norton & Converse)
- Ointment, 5%
  - Tubes, 1 oz. ........ *.30 1.80
  - 4 oz. ea. ........ *1.25 .75
  - 16 oz. ea. ........ *2.75 1.65
- Ophthalmic Ointment, 5%
  - ⅛ oz. tube ........ *.25 1.50

MICTINE (23034 Searle, G. D. & Co.)
- Tablets, 100s ea. ........ *12.00 7.20

MICTURIN(R) (20136 Physicians Drug Co.)
- Tablets, 50s ........ 2.00 16.00

MICULES (10217 Gland-O-Lac)
- 8 oz. ........ .90 7.20
- 20 oz. ........ 1.80 14.40
- 40 oz. ........ 3.20 25.50
- 15 lb. drum ea. ........ .... 12.00
- 25 lb. drum ea. ........ .... 18.00
- 100 lb. drum ea. ........ .... 60.00

MIDANEED (11295 Hanlon)
- Capsules, 100s ea. ........ *2.97 3.30 1.98

MIDDLESEX
- (See Under Johnson & Johnson)

MIDESAL (9776 Garret)
- 100s ........ 15.00

MIDOL
- (3274 Centaur Caldwell-Div. of Sterling Drug)
- Tabs., 5s ........ *.17 .... 1.60
  - 12s ........ *.34 .... 3.20

MIDY'S (9369 Fougera)
- Pomade ........ .... 20.00
- Piperazine Granules, 70 gms. ........ .... 18.00

MIDY'S (17149 Midy Labs.)
- Granules, 22.5 oz. ........ 28.00

MIESTRIN (15662A M.J. Laboratories)
- Vial, 10,000 I.U./c.c. 30 c.c. ........ .... 2.95
  - 25,000 I.U./c.c. 30 c.c. ........ .... 5.95
  - 50,000 I.U./c.c. 10 c.c. ........ .... 3.95
- Aqueous, vial
  - 20,000 I.U./c.c. 10 c.c. ........ .... 2.25

MIFFLIN (17154)
- After Shave Lotion
  - Lilac, Menthol or Spice
    - 4 oz. ........ *.25 .40 2.00
- Anti Histamine Tablets
  - 12s ........ *.39 .50 2.81
  - 36s ........ *.99 1.25 7.13
- Citrate of Magnesia
  - 11½ oz. ........ *.49 .60 3.75
- Ethyl Alcohol, Plain, 16 oz. ........ *.59 .70 4.69
  - Wintergreen, 16 oz. ........ *.69 .80 5.42
- Hydrogen Peroxide
  - 10 Vol., 4 oz. ........ *.10 .15 .88
    - 8 oz. ........ *.15 .20 1.33
    - 16 oz. ........ *.20 .25 1.75
  - 20 Vol., 4 oz. ........ *.10 .15 1.00
    - 16 oz. ........ *.25 .30 2.25
- Isopropyl Alcohol,
  - Plain, 16 oz. ........ *.49 .60 3.75
  - Lavender, Lilac, Pine or Wintergreen, 16 oz. ........ *.59 .70 4.37
- Milk of Magnesia
  - 16 oz. ........ *.49 .60 3.75
  - 32 oz. ........ *.89 1.00 6.25
- Mineral Oil, (335-350 Visc.)
  - 16 oz. ........ *.79 .90 5.73
  - 32 oz. ........ *1.19 1.30 8.75
- Mouth Wash, Antiseptic or Astringent
  - 16 oz. ........ *.59 .70 4.37
  - 32 oz. ........ *.99 1.10 7.50
- Witch Hazel, 16 oz. ........ *.39 .50 3.12

MIGATON (22518 San Pedro Labs.)
- Cough Syrup, 4 oz. ........ *.89 1.00 12.00
- Tonic, 8 oz. ........ *1.29 1.50 12.00

MIGESTRONE (7833 Durst, S. F. & Co.)
- Sterile Solution, 10,000 I.U. per c.c.
  - 10 c.c. vials ea. ........ 3.60

MIGHTY MENDER (17154A Mighty Mender Co.)
- 1½ fl. oz. ........ *.25 1.80

MIGRAGEN (11174 Halperin)
- 100s ea. ........ .... .65

MIGRATABS (14905 Lee Chem.)
- Tabs., 12s ........ *.25 2.00
  - 100s ........ *1.25 10.00

MIGREN (R) (16199 Massengill)
- Tablets, 100s ea. ........ *.68 .... .45
  - 1000s ea. ........ *4.50 .... 3.00

MIGYL (894 Amfre)
- Tablets, 100s ........ .... 36.00
  - 1000s ea. ........ .... 24.00

MIJIT ATOMIZER (23289 Sharp & Dohme)
- Box of 1 ea. ........ *.45 .50 .30

MIKAROL (R) (7765 Dumas-Wilson)
- Tablets, 5 mg., 100s ea. ........ .... 1.50
  - 1000s ea. ........ .... 12.75
  - 25 mg., 100s ea. ........ .... 4.25
  - 1000s ea. ........ .... 36.15

MIKETS (10217 Gland-O-Lac)
- Capsules
  - 50s ea. ........ .65 .43
  - 100s ea. ........ 1.25 .83
  - 250s ea. ........ 3.00 2.08
  - 500s ea. ........ 5.00 3.33
  - 1000s ea. ........ 9.00 6.50

MI-KOLOR (R) (6940 Dawn Prods.)
- 8 oz. ........ 2.00 15.60

MILADY (20209 Pierce, S. S.)
- Cologne, 3¼ oz. ........ *2.00 34.40

MILAM (19235 Owen Drug)
- Tonic, 12 oz. ........ *2.39 1.50 32.00

MILANO (19514 Park Drug)
- Effervescent Salt
  - 3½ oz. ........ .... 2.10
  - 8 oz. ........ .... 3.40
  - 16 oz. ........ .... 4.80

MILAXIN (1356 Archer-Taylor)
- Tablets, 7.7 gr.
  - 100s ea. ........ .... 3.75

MILBURN (2869 E. Z. Chem.)
- Caps., 12s ........ .40 3.20

MILCREAM (26514 Wirth)
- 3 oz. ........ .30 2.00
- 6 oz. ........ .50 4.00

MILDENT (17262 Milbank Co.)
- Children's Toothbrush
- Toothpaste, 3½ oz. ........ .25 2.00
  - ........ *.25 2.00

MILDEW STOP (4970 Cardinal Products)
- 2 oz. bags, 3s ........ *.49 4.00

MILDIOMYCIN (26606 Tyrrell)
- Tablets, 100s ea. ........ .... 1.25

MIL-DU-RAY (25795 Sero Prods.)
- 2 oz. ........ .35 2.52

MIL-DU-RID (26462 Wm Chemical Works)
- Pint ea. ........ .... .57
- Quart ea. ........ 1.59 .95
- Gallon ea. ........ 4.50 2.70

MILENE (7779 Dunnedy)
- 8 oz. ........ .25 2.00
- 16 oz. ........ .50 4.00

See **MILES LABORATORIES** advertisement in Merchandising Section

MILESTROL (R) (17201 Miller Labs.)
- Tablets, C.T., 5 mg.
  - 100s ea. ........ 2.13 1.28
  - 500s ea. ........ 9.60 5.76
  - 1000s ea. ........ 18.13 10.88
- 25 mg., 100s ea. ........ 4.67 2.80
  - 500s ea. ........ 21.33 12.80
  - 1000s ea. ........ 40.00 24.00
- Vials, 25 mg. per c.c.
  - 10 c.c. ea. ........ 2.80 1.68
  - 5s ea. ........ 13.33 8.00
  - 25s ea. ........ 53.33 32.00

MILEX PRODS. (17167)
- B4 Jelly Set W/Jel-Jector,
  - 4 oz. jar ........ *4.00 32.00
  - Refill, 4 oz. jar ........ *1.50 12.00
- Creme, Refill, 2¾ oz. tube ........ *1.00 7.20
- Diaphragms
  - Crescent, Sizes 60-100 ........ 5.50 44.00
- Ovulation Ruler, 5 in. ........ *3.50 28.00
- P400 Douche Powder,
  - 4 oz. fibre can ........ *1.00 8.00
- Pro-Ception Basal Thermometer, 4 in. ........ *3.00 24.00
- Pro-Ception Sperm Nutrient,
  - 14 douche jar ........ *2.50 20.00
- Tricho-San Set W/Jel-Jector,
  - 4 oz. jar ........ *4.00 32.00
- Tricho-San Jar Refill,
  - 4 oz. jar ........ *2.00 16.00
- Tricho-San Tube W/Plunger Applicator, 3 oz. tube ........ *2.00 16.00
- Tricho-San Tube Refill,
  - 3 oz. tube ........ *1.50 12.00
- Vaginal,
  - Creme, 2¾ oz. tube ........ *1.25 10.00
  - Jelly, 3 oz. tube ........ *1.25 10.00

## MILIBIS®

**Composition:** Brand of glycobiarsol.

**Uses:** For intestinal amebiasis; and for Trichomonal and Monilial Vaginitis.

**Advantages:** Virtually non-toxic, highly effective.

**Administration and Dosage:** For intestinal amebiasis: tablets, 1 tablet three times daily for seven days. Course may be repeated. For vaginitis: suppositories, 1 suppository inserted high in the vagina every other night for five doses. Acid douches should be administered on the alternating nights. The course may be extended or repeated if necessary.

**WINTHROP - STEARNS, INC.**
1450 Broadway
New York 18, N. Y.

MILIBIS (R) (28294 Winthrop)
- For Oral Use
  - Tablets, 0.5 gm., 25s ea. ........ *4.12 2.47
  - 500s ea. ........ *78.43 47.06
- For Vaginal Use
  - Suppositories, 0.25 gm.
  - Boxes of 5s ea. ........ *1.86 1.12

MILIBIS ARALEN (R) (28294 Winthrop)
- Tablets, 50s ea. ........ *8.25 4.95
  - 1000s ea. ........ *148.06 89.00

MILK OF BISMUTH (See under Bismuth)

MILK OF MAGNESIA
- In 16 oz. bots. doz. ........ [illegible] .... 4.32
- In gal. bots. ea. ........ [illegible] .... 1.44

MILK MASK (18858 Pharma-Dermis Labs.)
- 3 oz. ........ 1.00 8.00
- 16 oz. ea. ........ 4.00 3.00

## MILK SUBSTITUTE

### (Gerber's Meat Base Formula)

**What the Product Is:** nutritionally advantageous milk replacement for milk-allergic babies. Approximates evaporated milk in proteins, carbohydrates, fat, vitamins, minerals.

**What It's For:** It is indicated as a milk replacement for allergic infants whose symptoms may be eczema, pylorospasm, colic, diarrhea, constipation, respiratory difficulties or anorexia.

**How Administered:** easily miscible with water . . . can be fed through nursing bottle nipples.

**New Lower Price:**
Sugges. ret. price 60c—14 oz.
Wholesale price $5.52 per dz.

**GERBER PRODUCTS CO.**
Fremont, Michigan

MILK SUGAR—BORDEN (2929 Borden Co.)
- (See under Beta 'Lactose)

MILK SUGAR, LACTOSE, U.S.P.—MERCK (16864 Merck)
- Reagent, 1 lb. bot. ea. ........ .... 1.61
- U.S.P. Powder,
  - 1 lb. canister ........ *1.19 .... 8.45
  - 5 lb. canister ea. ........ *4.19 .... 2.80

## MILKINOL

Trademark

**Composition:** Instant aqueous-mixing mineral oil preparation containing liquid petrolatum, hydrophilic emulsifier, and flavoring agents.

**Action and Uses:** Relief of constipation in adults and children through stool permeation and softening by the aqueous-mixing hydrophilic liquid petrolatum.

**How Administered:** Pour MILKINOL dose into dry glass. Add small amount of water, milk, fruit juice, or any soft drink preferred. Stir well and drink. Follow with more liquid if desired.

**Dosage:** Adults: One or two tablespoons taken at bedtime only.

Children: (3-6) One or two teaspoonfuls taken at bedtime only.

Children under 3: As directed by physician.

**How Supplied:** Bottle of 16 fluidounces. Available through wholesale druggists.

**KREMERS-URBAN COMPANY**
Milwaukee 1, Wisconsin

MILKINOL (34397 Kremers-Urban)
- Pint ea. ........ 1.50 .90

MILKY MASQUE (12408 House of Wakefield)
- Extractor ........ 1.00 ....
- Oily Skin Solvent ........ 1.00 ....
- Sensitive Skin Solvent ........ 1.00 ....

MILKY WAY (17189 Milky Way Cos. Co.)
- Cleansing Cream, 3 oz. ........ *1.00 7.20
  - 8 oz. ........ *2.00 14.40
  - 16 oz. ........ *3.50 25.20
- Cream Foundation, 3 oz. ........ *1.00 7.20

- Foot Comfort, 3 oz. ........ *2.00
- Hand Cream, 3 oz. ........ *2.00
- Milk-Egg Astringent Pack
  - 3 oz. ........ *1.50
- Night Cream, 3 oz. ........ *2.00
  - 6 oz. ........ *2.50
  - 16 oz. ........ *3.50

MILL-A-SED (17202 Miller Labs.)
- Capsules, 100s ea. ........ 3.00
  - 500s ea. ........ 13.33
  - 1000s ea. ........ 23.67

MILLER'S (13794 Herb Prods.)
- Antiseptic Oil, 2 oz. ........ .50
  - 4 oz. ........ 1.00

MILLER'S BALM (17723A Mpyer Labs.)
- ........ .60

MILLER'S COMP. (17727 Miller, T. A.)
- Mixture, Bismuth & Rhubarb
- Tabs., 30 ........ 1.25
  - 500s ea. ........

MILLER'S (GBL) EXPECTORANT (17309 Morgan & Sons)
- 4 oz. ........ .35
- 16 oz. ........ 1.00

MILLER'S FORGE MANICURE IMPLEMENTS (17234)
- Blackhead Removers
  - No. 805 ........ *.30
  - No. 806 ........ *.50
- Cuticle Knives, No. 804 ........ *.50
- Cuticle Nippers
  - No. 710 (scissors type) ........ *4.00
  - No. 712 (plier type) ........ *4.00
- Cuticle Pushers, No. 801 ........ *.25
  - No. 802 ........ *.50
  - No. 803 ........ *.50
- Cuticle Scissors
  - No. 613 standard ........ *1.50
  - No. 620 service ........ *2.00
  - No. 625 needlepoint ........ *2.50
  - No. 633 professional ........ *3.00
- Mustache Scissors
  - No. 543 ........ *1.50
- Nail Clips, No. 724 ........ *.35
  - No. 725 ........ *.75
- Nail Files
  - No. 803, 3½" w/Sheath ........ *.20
  - No. 804, 4" pointed ........ *.15
  - No. 804½, 4½" pointed ........ *.20
  - No. 805, 5" pointed ........ *.25
  - No. 805½, 5½" pointed ........ *.30
  - No. 806, 6" pointed ........ *.35
  - No. 807, 7" pointed ........ *.40
  - No. 808, 8" pointed ........ *.50
  - No. 818, 8" rounded ........ *.50
  - No. 819, 9" rounded ........ *.75
  - No. 824, 4-in-1 file ........ *.25
- Nail Nippers
  - No. 700, 3½" barrel-spring ........ *3.00
  - No. 701, 4½" barrel-spring ........ *4.00
  - No. 706, 4½" plier handle ........ *3.00
  - No. 720 Cuticle ........ *1.00
  - No. 726 Toenail Clip ........ *1.00
  - No. 858 Tweezer ........ *.50
- Nail Scissors
  - No. 523, 3½" curved ........ *2.00
  - No. 573, 3½" straight ........ *2.00
  - No. 533, 3½" curved ........ *2.50
  - No. 534, 4" curved ........ *3.00
  - No. 584, 4" straight ........ *3.00
  - No. 525, Comb. nail & cuticle scissors ........ *2.50
- Safety Baby Scissors
  - No. 563 ........ *1.50
- Safety Baby Manicure Set
  - No. 200 ........ *2.00
- Spear & Commodore
  - No. 887 ........ *.25
- Tweezers
  - No. 851, polished, pointed ........ *.90

(Continued on Next Page)

55-56

## STEROSAN®

**(brand of chloro-quinaldol)**

**Cream and Ointment**

**Antibacterial & Antifungal Agent**

**Composition:** Sterosan Cream and Sterosan Ointment contain 3% of active ingredient, 5,7-dichloro-8-hydroxyquinaldine.

**Indications:** Treatment of a number of pyogenic (gram-positive), mycotic and mixed infections of the skin, and minor wounds. An effective aid in dermatoses with super-imposed bacterial or mycotic infections.

**Supply:** Sterosan Cream, tubes of 30 Gm.

Sterosan Ointment, tubes of 30 Gm.

Prescription required.

GEIGY PHARMACEUTICALS
Division of
Geigy Chemical Corporation
220 Church Street
New York 13, N. Y.

STEROSAN (9875 Geigy Pharm.)
Cream, 30 gm. tube ea. .... *1.50 .90
Ointment, 30 gm. tube ea. .... *1.50 .90

STEVENS (24432A Stevens)
Bubble Bath, Supreme
8 oz. .... 1.10 8.00
16 oz. .... 2.00 14.40
Cologne, 4 oz. .... 2.00 14.40
Deodorant for Men, 4 oz. .... .75 5.40
Spicy Shave Lotion, 6 oz. .... .75 5.40

STEVENS DENTRIFRICE (24432 Stevens)
1¼ oz. .... .50 4.20

STEVENS OINTMENT (14312 Kopf Mfg. Co., Inc.)
1 oz. .... *1.50 12.00

STEVENSON'S ANT KILLER (24432B)
2 oz. .... *.25 2.00

STEWART'S (24455 Stewart Products Co.)
Ant Cones, 8s .... *.35 2.52

STEWART'S, MARY E. (10398 Goldban Pharm.)
Cones, 12s .... *1.00 8.00
Powder, 5 oz. .... *.69 .75 6.00
16 oz. .... *1.59 1.60 12.80

STIBACOL (11519 Harvey, G.F.)
Syrup, pt. ea. .... 2.20
Gal. ea. .... 13.55

STIBOPHEN U.S.P. (See Fuadin)

STIEFEL'S MEDICINAL SOAPS (24500)
Acne-Aid Detergent Soap .... .50 4.20
Boric Acid 5% .... .35 2.80
Carbolic Acid 5% .... .35 2.80
Germicidal, Mercuric Iodide
1% .... .20 1.44
2% .... .25 1.80
Ichthammol 5% .... .50 4.00
10% .... .60 4.80
20% .... .75 6.00
Naphthol & Sulphur, 2½% & 10% .... .50 4.00
Resorcin 5% .... .50 4.20
& Salicylic Acid .... .50 4.00
& Salicylic Acid & Sulphur .... .50 4.20
& Salicylic Acid, Tar & Sulphur .... .50 4.20
& Sulphur .... .50 4.00
Salicylic Acid .... .50 4.00
Salicylic Acid & Sulphur .... .50 4.00
Salicylic Acid, Tar & Sulphur .... .35 2.80
Sulphur 10% .... .35 2.80
Sulphur, Camphor & Balsam Peru .... .50 4.00
Superfatted w/lanolin .... .35 2.80
Tar, 10% .... .25 2.00
Tar & Sulphur .... .35 2.80
Tar Shampoo,
Cake, 4% Processed Crude Coal Tar .... .50 4.20
Liq., 2% Processed Crude Coal Tar 8 oz. bots. .... 1.00 8.00

STIGMANOL (10377 Gold Leaf)
Ampuls, 1 c.c. 1:2000
6s ea. .... 1.50 .75
25s ea. .... 5.00 2.50
100s ea. .... 19.00 14.25
1:1000, 10 c.c. vial ea. .... 2.80 1.40
1:2000, 10 c.c. vial ea. .... 1.60 .80

STIGMASTERINE
Bulk (7053)
100 gram bot. ea. .... 6.00
Jassosis (13200)
1 gram ea. .... 4.00

STIGMONENE BROMIDE(B) (27300 Warner-Chilcott)
Ampuls, 1 c.c.
0.5 mg., 12s ea. .... *3.83 .... 2.30
50s ea. .... *13.75 .... 8.25
2.0 mg., 12s ea. .... *7.00 .... 4.20
50s ea. .... *24.50 .... 14.70

STILBALME (17030 Mayor Chem.)
Tabs., 25 mg., 100s ea. .... 6.00 4.00
1000s ea. .... 38.00 28.00

STILBAMINE
Bulk (7053)
1 gm. bot. ea. .... 14.00
Jassosis (13200)
1 gram ea. .... 5.50

## STILBAMIDINE ISETHIONATE

**(Merrell)**

**Formula:** Each ampul contains 150 mg. stilbamidine isethionate sterile powder.

**Action and Uses:** Stilbamidine is one of the diamidine series of drugs, especially valuable in the treatment of blastomycosis and leishmaniasis. The effect of stilbamidine in other infections has not been fully determined. Full information on the investigational use of stilbamidine in conditions other than blastomycosis and leishmaniasis can be obtained by writing Department of Professional Service, The Wm. S. Merrell Company, Cincinnati 15, Ohio.

**Dose:** Stilbamidine is a potent drug which must be given only under careful medical supervision. Complete information on the dosage and administration of stilbamidine accompanies each ampul.

**Supplied:** Single ampul, and box of 5 ampuls.

THE WM. S. MERRELL CO.
Cincinnati 15, Ohio

STILBAMIDINE ISETHIONATE(B) (16919 Merrell, Wm. S.)
Ampuls, ea. .... *6.67 .... 4.00
5s ea. .... 32.50 .... 19.50

STILBESTROL (See Diethylstilbestrol)

STILBETABS (20148 Physicians & Surgeons)
Tablets, E.C., 5 mg., 100s ea. .... 2.30
1000s ea. .... 18.30
25 mg., 100s ea. .... 5.40
1000s ea. .... 45.00

STILBETIN(B) (23119 Squibb)
Tablets, 0.1 mg.
0.1 mg., 100s ea. .... *1.30 .78
1000s ea. .... *9.00 5.40
E.C., 100s ea. .... *1.40 .84
1000s ea. .... *12.00 7.20
0.25 mg., 100s ea. .... *1.40 .84
1000s ea. .... *10.50 6.30
E.C., 100s ea. .... *1.50 .90
1000s ea. .... *13.00 7.80
0.5 mg., 100s ea. .... *1.50 .90
1000s ea. .... *11.50 6.90
E.C., 100s ea. .... *1.60 .96
1000s ea. .... *14.00 8.40
1.0 mg., 100s ea. .... *1.80 1.08
1000s ea. .... *14.50 8.70
E.C., 100s ea. .... *1.90 1.14
1000s ea. .... *17.00 10.20
5.0 mg., 100s ea. .... *3.80 2.28
1000s ea. .... *32.40 19.44
E.C., 100s ea. .... *4.05 2.43
1000s ea. .... *34.90 20.94
25 mg., 100s ea. .... *8.33 5.00
100 mg., 50s ea. .... *13.33 8.00

## STILBETIN®

**Composition:** Diethylstilbestrol, a crystalline, synthetic estrogen.

**Action and Uses:** For use whenever estrogens are indicated.

**Administration and Dosage:** Orally. See Squibb Reference Book for the Professions for detailed dosage information.

**How Supplied:** Enteric-coated, orange-colored tablets, and uncoated white tablets of 0.1 mg., 0.25 mg., 0.5 mg., 1.0 mg., 5.0 mg.: bottles of 100 and 1000. Uncoated pink, scored tablets of 25 mg.: bottles of 100. Uncoated white tablets of 100 mg.: bottles of 50.

E. R. SQUIBB AND SONS
Division of Olin Mathieson
Chemical Corporation
New York 22, N. Y.

*For prices and sizes see previous column*

STIL-BB
American Scientific (839)
Vials, 30 c.c. .... .75 5.40
Martin, C. J. (16110)
Vials, 30 c.c. .... .90 7.20

STIL-CAPS
American Scientific (839)
Pellets, Vials, 25s .... 2.50 12.00
w/Implanter (case of 6) .... 2.25 8.25
100s .... 2.50 18.00
w/Implanter (case of 6) .... 3.25 11.85
Chips, 100s .... 2.50 18.00
1000s ea. .... 21.00 12.60
Implanters, Single Shot ea. .... .80 .60
Repeating, ea. .... 6.00 4.50
American Serum (841A)
Pellets, 50s ea. .... 1.75 1.05
100s ea. .... 3.00 1.80
Special Implanter for Pellets ea. .... 1.00 .75
Martin, C. J. (16110)
Implanter
Repeater, ea. .... 6.75 4.50
Pills, 100s ea. .... 2.25 1.50
1000s ea. .... 18.90 12.60

STILE (23142 Raymond)
Tabs., 100s .... 2.98 29.30

STILESTRATE(B) (26794 Upjohn)
Capsules, 100s ea. .... 1.25
1000s ea. .... 8.50
5000s/1330 .... 7.04

STILLINGIA ROOT (29799 Penick-HYG)
1 oz. pkgs., per lb. .... oz. price 2.72

## STILLMAN'S

**Freckle Cream**

Not only a freckle bleach but also used to make skin lighter, softer and smoother. National magazine advertising.

STILLMAN COMPANY
Aurora, Illinois

## STILLMAN'S

**Medicated Jell**

**Composition:** The active ingredients are boric acid, lactic acid, oxyquinoline sulphate, glycerite of starch and gum tragacanth base.

**Action and Uses:** For use as an adjunct in the treatment of Trichomonas Cervicitis and low grade vaginal infection.

**Administration and Dosage:** To be used as directed by the physician.

STILLMAN COMPANY
Aurora, Illinois

STILLMAN'S (24609 Stillman)
Complexion Soap, 4 oz. .... .35 2.20
Freckle Cream, ½ oz. .... .50 4.00
2 oz. .... 1.00 8.00
Medicated Jell
w/Applicator, 1½ oz. .... 1.00 6.00
3½ oz. .... 1.50 9.00
Refill, 3½ oz. .... 1.00 6.00

STILLMAN (3063 Brunswick Drug) [illegible]
Syrup, gal. ea. [illegible]

STILPLEX (8094 Archer Drug Co.)
Tablets, 100s [illegible]
1000s ea. [illegible]

STIL-RAM (23044 Rutherford)
[illegible]
25 c.c. [illegible]

STIL-SOL(B) (2726 Bullard)
Capsules, 60s ea. [illegible]
250s ea. [illegible]
Tablets, 100s ea. [illegible]
1000s ea. [illegible]

STILS (23894 Bay Corp)
Solution, 25 mg. per c.c.
30 c.c. vial ea. .... *3.00 4.[illegible]
Tablets, 5 mg.
100s ea. .... *2.00 2.[illegible]
1000s ea. [illegible]
25 mg., 100s ea. .... *6.00 7.[illegible]

STILTABS(B) (2180 Argus Lab.)
Tablets,
0.5 mg., 100s ea. .... *1.[illegible]
1 mg., 100s ea. .... *1.[illegible]
5 mg., 100s ea. .... *2.[illegible]
25 mg., 100s ea. .... *5.[illegible]
Ent., 5 mg., 100s ea. .... *2.[illegible]
25 mg., 100s ea. .... *5.[illegible]

STIMALOSE(B) (13068 Irwin, Neisler & Co.)
Tablets, 50s ea. [illegible]
100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]

STIMDEX(B) (26647 Wamer)
C.T., 100s ea. [illegible]
1000s ea. [illegible]
5000s ea. [illegible]

STIMERSOL(B) (27324 Wyeth) [illegible]
8 c.c. [illegible]
16 c.c. [illegible]

STIM-U-DENTS (24659 Stim-U-Dents)

STIMULA (19639 Patch, E. L.)
1¼ oz. tubes [illegible]
1 lb. .... 4.[illegible]

STIM-U-LAX (19285B Dean)
Jr. Massage Instrument
Ea. .... *29.[illegible]

STIMULINE (10096 Gilbert, Allen)
20 mg./c.c., 30 c.c. .... 1.[illegible]

STIMUTOL (20040 Pharma-Seal)
Tabs., 30s ea. .... 2.9[illegible]
60s ea. .... 4.9[illegible]

STIRIZOL (24668 Stirizol)
Powder, 12 oz. ea. .... 1.5[illegible]

STIR-TABS (23619 Sidar)
500s .... 3.2[illegible]
1000s .... 6.0[illegible]

STIX (14453 Kumfort Drug)
1¼ oz. [illegible]
3 oz. [illegible]
5½ oz. .... 1.0[illegible]

STIXODENT (14453 Kumfort Drug)
4 oz. [illegible]
10 oz. [illegible]

STOCK DIP (28088A Wilbur)
Pt. [illegible]
5 Gal. ea. [illegible]
Case of 6 gals. ea. [illegible]

STOCK SPRAY (2882 Bonide Chem. Co.)
1 gal. can (case of 4) .... 1.8[illegible]
2 gal. can (case of 3) .... 3.7[illegible]
5 gal. drum ea. .... 9.0[illegible]

STOCKAID (21524 Rex Research)
1 gallon (½ doz. per case) [illegible]
5 gallon drum ea. [illegible]
30 gallon drum ea. [illegible]
55 gallon drum ea. [illegible]

STOCKALL (28088A Wilbur)
Powder, 3 lb. .... .75
5 lb. .... 1.10
15 lb. .... 2.34
25 lb. (case of 6) .... 3.51
50 lb. ea. .... 6.66
100 lb. ea. .... 12.50

STOCK-TOX (16118 Martin C. J.)
Pts. .... 1.50
Qts. .... 2.25
1 gal. ea. .... 6.75
5 gal./gal. [illegible]

STOCO (24765 Stoco)
2 oz. bot. .... .35
Cold Tablets, 15s .... .35

STOD-B-COMPLEX(B) (24809 Stoddard)
10 c.c. vials ea. [illegible]

STODCOBONK(B) (24809 Stoddard)
Pints ea. [illegible]
Gal. ea. [illegible]

STODCYLATE(B) (24809 Stoddard)
Tabs., 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]

STODDARD & CO. (24809)
Acetophenetidin, Aspirin & Salol
Tablets, 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]
Antacid, Tablets, 100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]
Benzocaine Comp. Lozenges [illegible]
100s ea. [illegible]
500s ea. [illegible]
1000s ea. [illegible]

(Continued on Next Page)

American Druggist 1956-1957

# BLUE BOOK

**Latest Product and Price Changes**

*with the following symbols:*

▲ . . needs refrigeration
(Rx) . . "Rx only" products
● . . . narcotic products
⊙ . . . exempt narcotics

**Including Latest Fair Trade Prices**

COMPLETE TABLE OF CONTENTS ON PAGE 1

[illegible]413 Skin Culture Prod.)
[illegible]365 Trade-Mark Labs.)
[illegible]1815 Herbold Lab.)
[illegible]NE (16669 Medicone)
[illegible]519 Desk)
[illegible]11420 Harris, R.)
[illegible]629 La-Mo Lab.)
[illegible]ION (19542 Parker, A. J.)
[illegible]E (27429A Wade)
[illegible]7254 Derma Vive)
[illegible]7721 Mutual)
[illegible]4215 Standard Labs.) •.69 .70
[illegible](14905 Lee Chem.) •.69 •2.50

[illegible]RMABASE®
[illegible]MARCELLE

[illegible]ASE is an all-purpose [illegible]genic ointment base [illegible] as a vehicle for topical [illegible]ns. A fully formed [illegible] cream, ready for ad- [illegible] oil and water soluble [illegible]

[illegible]MARCELLE
[illegible]RMACEUTICALS
[illegible]arcelle Cosmetics, Inc.
[illegible]orth Western Avenue
[illegible]cago 47, Illinois

[illegible]5979 Marcelle Cosmetics)
[illegible]4770 California Pharmacal) •1.95 •2.95
[illegible]4770 California Pharmacal) •3.50
[illegible](6628 Curry) •.50 •1.00
[illegible](16057 Marlo) •1.00 •1.75 •3.25 •10.00
[illegible]1880 Hess, E.W.)
[illegible](9189 Florida Utilities)
[illegible]1617 Richards Pharm.) •1.25 •1.50

DERMADOR (27723A Myers Labs.)
6p Lotion ... 1.00 8.00
1 Improved ... .65 5.20
DERMA-DYNE (8245 Elmar)
Liquid, 1 oz. ... •.50 4.00
DERMADYNE (27375A Voigt's Labs., Inc.)
Liquid, 1 oz. ... •.69 5.52
DERMAFIX (4433 Bruns)
... 1.00 8.00
DERMAGEN (21470 Research Pharm.)
Liquid, 3 oz. ... 1.00 6.50
DERMAGILL (16199 Massengill)
Ointment,
2 oz. tubes ... 6.00
1 lb. jar ea. ... •3.30 2.20
5 lb. jar ea. ... •15.38 10.25
DERMAID (27351 Vivian)
1 oz. ... •1.00 7.20
DERMAK (23515 Shaw Drug)
Lotion, 2½ fl. oz. ... •.98 1.00 7.20
DERMAL GLOVES (9980 George Glove)
... 3.12
DERMAL LOTION (2778 Bockar-Ennis)
2 oz. ... •.40 3.20
4 oz. ... •.75 6.00
DERMAL PENATRIN (28724 Zemmer)
(See Penatrin)
DERMAL PREGNANCY TEST
(7243 Dermal Labs.)
1/50th c.c.
1-test ea. ... 5.00 3.00
3-test ea. ... 13.50 3.10
6-test ea. ... 24.00 14.40
DERMALAC (19539 Parke, Davis)
Pt. bot. ea. ... •.99 1.10 .66
Gal. bot. ea. ... •5.40 6.00 3.60
DERMALAY (7247 Dermalay)
Ointment, 26 gms. ... •.75 4.80
DERMALGINE (8140 Elder)
Solution, 4 oz. bot. ... 5.30
1 pt. ea. ... 1.16
Gal. ea. ... 7.80
DERMALIN (13546 Normand Pharm.)
Cream, 1 oz. tube ea. ... .75
Lotion, 6 oz. ea. ... .75
16 oz. ea. ... 1.50
DERMALOTION (20629A Prescription Spec.)
6 oz. ... 6.00
DERMAL-RUB (15864 Mallard)
Ointment, 1 oz. tubes ... 3.90
Lb. ea. ... 3.90
DERMA-MUL (28472 Worth Pharm. Co.)
2¼ oz. ... •.59 .60 4.80
4 oz. ... •.98 1.00 8.00
DERMAN (13940 Kiehl)
Cream, 1 oz. ... •1.00 8.50
3 oz. ... •2.50 21.00
DERM-ANODYNE (26794 Upjohn)
Oint., ½ oz. tubes ... •.37 2.98
1 oz. tubes ... •.48 3.97
DERM-ANTISEPTIC LIQUID SOAP
(20167 Picker, M. B.)
(Prices on Request)
DERMA-PAX (21184A Recsei)
Liquid, 4 oz. ... .89 6.00
DERMAPHEN (24199 Standard Chemical)
Lotion, 4 oz. ... 4.25
DERMAPHILL(R) (26329A Torch Labs.)
2 oz. jar ... 8.00
1 lb. ea. ... 2.25
DERMAPLEX (7241 Derma Spec.)
Liquid, 3 oz. ... •2.00 16.00
8 oz. ... •5.00 40.00
DERMASAL (22613 Skin Culture Prod.)
2 oz. ... •1.50 10.80
DERMA-SAN (R)
(21913 Southern Pharmacal Co.)
C.11, Soap, 4 oz. Disp. ... 1.50 12.00
DERMA-SHIELD (R) (17728 W. H. Myers)
8 oz. ea. ... 3.50
16 oz. ea. ... 5.00
DERMASINE (2166 Bell Products)
Oint., 2 oz. ... •1.25 10.00
4 oz. ... •2.25 18.00
DERMASORCIN (14631 Lamond Prod.)
Lotion, 4 oz. ... •1.50 10.80
DERMASOY (15778 Madison Research)
Pints ea. ... •2.95 1.77
DERMASSAGE (8049 Edison Chemical Co.)
8 oz. ... •.75 6.00
16 oz. ... •1.25 10.00
Gal ea. ... •8.50 6.00
DERMASUL (14631 Lamond Prod.)
Lotion, 4 oz. ... •1.50 10.80
DERMASULF (22589 Smith, C. D.)
Solution,
2½%, 4 oz. ea. ... 1.50
5%, 2 oz. ea. ... 1.45
DERMAT (242 Advance)
½ oz. ... .50 4.00
1 oz. ... 1.00 8.00
DERMATAR (22410 St. Louis Physicians Supply)
Ointment, 12 oz. jar ea. ... 3.20
DERMATAR CO. (7249)
Analgesic Liquid Cream, 1 lb. ... •5.00 36.00
Cream, 1 lb. ... •4.50 32.40
DERMATECTIVE (16692 Medi-Synth Labs.)
Cream, 3 oz. ea. ... .60
6 oz. ea. ... .96
13 oz. ea. ... 1.68
DERMATEEN CO. (7249A)
A.M. or P.M., 2 oz. ... 1.25 8.00
Comedo Extractor ... .50 4.00
Skin Soap, 3s ... 1.50 12.00
Twin-Pak, 2-2 oz. bot. ... 2.00 16.00
DERMATHYN (9149 Flint, Eaton)
Cream, 1 oz. tubes ... 4.80

DERMATIN (26904 Valley)
Ointment
No. 1, 1 oz. ea. ... 2.50 1.67
Hospital Size Jars
1½ oz. ea. ... 3.75
3-¾ oz. ea. ... 6.00
8 oz. ea. ... 10.00
No. 2, 2 oz. ea. ... 2.50 1.67
Hospital Size Jars
4 oz. ea. ... 3.50
8 oz. ea. ... 5.00
16 oz. ea. ... 7.50
No. 3, 1 oz. ea. ... 1.00 .67
Skin Soap, ea. ... .25 .17
DERMATINE (14810 La Vell)
Medicated Tonic, 8 oz. ea. ... •1.00 .60
DERMATINT (9442 Franco-Amer. Hygenic)
Rouge, ½ oz. tube ... •.91 6.50
DERMATONE (5619 Chicago Pharmacal)
Ointment, 1 oz. tubes ... 4.00
2 oz. jars ... 8.00
1 lb. ea. ... 3.50
DERMA-TONIC (16876 Meredith Labs.)
2 oz. ea. ... 1.00 .60
DERMATOPHYTIN(R) (12219 Hollister-Stier)
Undiluted, 3 c.c. ea. ... 8.00 6.80
1-30, 5 c.c. ea. ... 5.00 4.25
DERMATOPHYTIN "O"(R)
(12219 Hollister-Stier)
Undiluted, 5 c.c. ea. ... 8.00 6.80
1-100, 5 c.c. ea. ... 5.00 4.25
DERMATOX (11244 Nance Bros. & White)
3 oz. ... ....
6 oz. ... ....
DERMATOX OINTMENT (1369 Associated Prod.)
1 oz. ... •.60 4.80
2 oz. ... •1.00 9.00
DERMATRON (16692 Medi-Synth. Labs.)
Cream, 4 oz. ea. ... 1.50
DERMAY (15082 Lesbert Drug Co.)
Oint., 2 oz. ... •.98 7.20
Powder, 2 oz. ... •.49 3.60
DERMAZINE (4940 Car-Bel)
Lotion, 4 oz. ... •1.50 12.00
Ointment, 2 oz. jar ... •1.25 9.00
DERMAZOL (11914 Hicks and Johnson)
... 1.00 8.00
DERMA-ZON (8645 Excello Drug Prod.)
Ointment, 1 oz. ... •.98 1.00 8.00
DERMEL (7254A Dermel Corp.)
Liquid, 6 oz. ... •2.00 16.00
DERM-EMUL (13363 Jones & Vaughan)
16 oz. ea. ... 2.50
Gal. ea. ... 18.00
DERMETICS (21707)
Brow & Shade Stick ea. ... 1.25 .75
Complexion Lotion
2 oz. ea. ... 1.00 .60
4 oz. ea. ... 1.75 1.05
8 oz. ea. ... 3.00 1.80
16 oz. ea. ... 4.75 2.85
Creme Mascara ea. ... 1.00 .60
Face Powder, bot. med. ea. ... 1.25 .75
Large, ea. ... 1.75 1.05
Fluid Color, 1 oz. ea. ... 1.00 .60
Hair Dressing, 2 oz. ea. ... 1.75 1.05
Hand Dressing, 8 oz. ea. ... 1.00 .60
Lip & Cheek Complement, ea. ... 1.00 .60
Sun Sports, 4 oz. ea. ... 1.00 .60
DERMEX (7255A Dermex)
Cream, 2 oz. ... •.97 1.00 7.20
Lotion, 4 oz. ... •1.49 1.50 10.80
DERMEZE (20614 Preme)
Aerosol, 60 c.c. spray bot. ... 19.20
Ointment, 1 oz. tube ... 9.60
2 oz. tube ... 16.00
DERMICIDE (L.S.T.) (6474 Crest Drug)
Solution, 16 oz. ea. ... .95
DERMIDOL (4702 C & M Pharm.)
Lotion, pt. ... 15.00
Gal. ea. ... 7.85
DERMILBIN (2819 Boghen) ... 2.25 18.00
DERMIN (17818 Bara Pharmacal)
Antiseptic Skin Balm, Oint.,
1 oz. tube ... •.89 6.40
DERMISAL (27029 Vard Chemical Co.)
1 oz. ea. ... •1.00 .67
DERMISOL (2166 Bell Products)
4 oz. ... •1.25 10.00
8 oz. ... •2.25 18.00
DERMITEX (2166 Bell Products)
Liq., 4 oz. ... •1.25 10.00
8 oz. ... •2.25 18.00
Oint., 2 oz. ... •1.25 10.00
4 oz. ... •2.25 18.00
DERMITITE (6849 Daniels) ... 1.00 7.20
DERMO LOTIO (GERSELLE)
(10051 Gertridge Co.)
8 oz. ... .75 4.80
16 oz. ... 1.25 8.00
Gal. ea. ... 9.00 5.00
DERMOCAINE (27479 Walker Pharmacal)
Oint. 2 oz. jar ... 7.20
DERMOCARE SOAP (7260 Dermocare)
3-3 oz. cakes ea. ... •1.05 .63
DERMOCINE (10377 Gold Leaf)
Ampuls, 10 c.c., Intrav.
6s ea. ... 1.60 1.20
25s ea. ... 5.75 4.31
100s ea. ... 20.00 15.00
DERMOCLEAN (19222 Overton Labs.)
Pint ... 4.75 5.40
Quart ... 2.35 9.70
Gallons ... 5.00 36.00
DERM-O-CREME (26872 YB Labs.)
1 oz. ... •.69 .75 5.40
2 oz. ... •1.19 1.25 9.00
1 lb. ea. ... 5.50

DERMO-G (7263 Dermo-G)
½ oz. tube ... •.59 .60 4.80
2 oz. tube ... •1.69 1.75 14.00
DERMO-GEN (15864 Mallard)
1 oz. tubes ... 4.00
Lb. ea. ... 3.45

## DERMOIL

**Composition:** A liquid palliative for the local manifestations of psoriasis. Non-staining.

**Action and Uses:** Externally on body or scalp. If the scaly patches of psoriasis are extensive take a good hot bath to aid in the removal of the scales. Apply a little Dermoil to the affected parts, gently rubbing it in. Do not use bandages. Repeat every day for a week or ten days, then every other day or so as conditions indicate.

**How Advertised:** Continuously for over twenty years in outstanding national magazines. Millions of magazine readers see Dermoil advertisements 52 weeks a year. Sold on a basis of a satisfactory improvement in your customer's scaly condition in two to three weeks' time or money back.

**How To Get It:** Order through your wholesaler or direct from us for billing through your wholesaler. Give your wholesaler's name on drop shipments for billing. Retail price, $5.00. List, $3.50; your profit, $1.50. Size, 8 ounce.

LAKE LABORATORIES
Box 3925 Strathmoor Station
Detroit 27, Michigan

DERMOIL (14529 Lake)
8 oz. ... 5.00 42.00
DERMO-KLENZ (27515 Wallick Labs.)
8 oz. bottle ... .75 5.40
Pint bottle ... 1.25 9.00

## White's DERMOLATE®

**Composition:** Smooth, soft-lathering Dermolate is a nonirritating, nonabrasive, hypoallergenic cake detergent.

**Action and Uses:** Because Dermolate is "milder than the mildest castile," it is ideally suited for the routine baby's bath and for all persons whose skin is sensitive or irritated by ordinary soaps.

Especially recommended for skin cleansing in: Contact dermatitis due to any cause, occupational dermatoses, infantile eczema, minor skin irritations, rashes and inflamed skin due to other soaps and for surgical scrub-up.

**How It's Used:** May be used like any regular cake soap. Completely different in chemical composition from ordinary soaps, Dermolate will not irritate the skin or aggravate existing skin conditions which are sensitive to commonly used soaps.

**How Supplied:** 4 oz. cakes.

WHITE LABORATORIES, INC.
Kenilworth, New Jersey

DERMOLATE (27959 White Labs.)
4 oz. cake ea. ... •.59 .60 4.80
DERMOLATUM (10054 Gesell, R.)
1 lb. jars ... 15.00

DERMOLIN (15864 Mallard)
3 oz. Bots.
Pts. ea.
Gals. ea.
DERMOLIN (24189 Standard Chemical)
Liquid, pt. ea.
Gal. ea.
DERMOLINE (16820 Mentho-Listine)
3 oz. ... .35
8 oz. ... 1.00
DERMOLLE (12432 Howard Labs., Inc.)
Skin Cream, 3½ oz. ... 1.00
Skin Lotion, 8 oz. ... 1.00
DERMOPLAST (15871 Mallon Chem.)
Aerosol,
Hospital size, 12 oz.
Ea.
Junior size, 6 oz. ea.
Prescription size, 3 oz.
Ea.
DERMOSAN (21364 Reldan)
2 oz. ... .40
DERMO-SEPT CREAM (27515 Wallick Labs.)
Lb. jar ... 2.00
DERMOTAN (12344 Horton & Converse)
1 oz. tube ea. ... •.50
16 oz. ea. ... •1.70
5 lb. ea. ... •6.00
DERMOTT (7266 Dermott)
Corn Lotion, regular or special,
8 oz. bot. ... •1.50
Sprayer, plastic ... •.50
Hair Sheen, 1¼ oz. jar ... •1.00
3¾ oz. jar ... •2.50
DERMOVAN (26120 Texas Pharmacal)
Oint., 1 lb. jar ea.
5 lb. jar ea.
DERMOZOL (2212 Belmont Prod.)
1 oz. ... .75
DERM-PAX (17310 Minnesota Derm-Pax)
Therapeutic Gloves
(Sizes and Prices on Request)
DERMTONE-S (14631 Lamond Prod.)
Solution, 6 oz. ... •1.50
Pt. ... •3.00
DERMUTAL (17721 Mutual)
Lotion No. 1
4 oz. bots.
Pint, ea.
Gal., ea.
Lotion, #2, pts. ea.
Gals. ea.
Ointment, 1 lb. ea.
5 lb. ea.
½ oz. tubes
DERM-X-OL (12881 International Chem.)
Oint., 1 oz. ... •.75
4 oz. ... •2.00

## DERMYCIN

"Wash with mild soap and warm water before each application."

A paranitrophenol-sodium iod[illegible] solution, indicated in myc[illegible] pyogenic, and pruritic infec[illegible] of the skin.

CHAL-YON CORPORATI[illegible]
New York 5, New Yor[illegible]

DERMYCIN (5370A Chal-Yon Corp.)
1 fl. oz.
2 fl. oz.
8 fl. oz.
16 fl. oz.
DERNAFTAN(R) (26882 Vacro)
4 oz. ea.
8 oz. ea.
1 lb. ea.
5 lb./lb.
DEROGEN (25811 Sussex)
Ointment, 1 oz. jar
1 lb. jar ea.
DEROSITE (5619 Chicago Pharmacal)
Liquid, pt. ea.
Gal. ea.
DERVIDE TABS. (6849 Daniels)
DERVITA (8165 Elene of Vienna)
Cream, 1 oz. ea.
3 oz. ea.
8 oz. ea.
des(R) (10664 Grant Chem.)
Tablets, .05 mg.
100s
500s ea.
1000s ea.
0.1 mg.
100s
500s ea.
1000s ea.
0.5 mg.
100s
500s ea.
1000s ea.
1 mg.
100s
500s ea.
1000s ea.
2 mg.
100s
500s ea.
1000s ea.

(Continued on Next Page)