# EXHIBIT 9
# PART 9

[illegible]dex(R) (Continued)
[illegible] 5 mg.
[illegible] 100s
500s ea. .... 30.00
1000s ea. .... 21.50
10 mg. .... 21.00
100s
500s ea. .... 52.20
1000s ea. .... 10.00
25 mg. .... 18.00
30s
100s .... 10.00
250s ea. .... 20.00
500s ea. .... 18.00
1000s ea. .... 34.00
50 mg. .... 52.00
30s
100s ea. .... 42.00
100 mg. .... 10.00
30s
100s ea. .... 56.00
DESA-B-12(R) (20319 Pitman-Moore) .... 16.00
10 c.c. vial w/10 c.c. solvent, ea. .... 2.00
DESACHOLINE(R) (15864 Maillard)
Tablets, 100s ea. .... 2.75
1000s ea. .... 24.00
DESALIN (2696 Base Medical)
100 ea. .... 1.50
DESAMINE(R) (24292 Starr Pharm.)
Capsules, T.D.,
10 mgm., 500s ea. .... 12.00
1000s ea. .... 22.00
15 mgm., 500s ea. .... 14.00
1000s ea. .... 27.00
Tablets, 5 mg., 1000s ea. .... 3.00
10 mg., 1000s ea. .... 5.00
DE SANCTIS GOUT PILLS(R) (9369 Fougera)
12s ea. .... 1.00 .67
36s ea. .... 2.25 1.50
DESAPHEN (27112 Veltex)
Elixir, pt. ea. .... 2.00
Gal. ea. .... 12.00
Tabs., 100s .... 6.00
1000s ea. .... 3.25
DESATOL (R) (7854 Dwight, R.E. & Co.)
Tablets, 30s ea. .... 1.25 .75
100s ea. .... 3.20 2.00
1000s ea. .... 30.00 28.00
DESBUTAL(R) (39 Abbott)
Capsules, 100s ea. .... *3.75 4.17 2.50
1000s ea. .... *33.75 37.50 22.50
5000s/1000 .... *31.50 35.00 21.00
DESCHIEN'S (27514 Wallau)
Syrup, 275 c.c. .... 26.40
Wine, 320 c.c. .... 26.40
DESCILLIN (6931A Davis & Sly)
C.T., Set of 1000s ea. .... 40.00
DESCOLATE (27300 Vita-Fore)
Syrup, qts. ea. .... 2.50
Gals. ea. .... 7.95
desCORIDIN(R) (10664 Grant Chem.)
Bot., 30s
100s .... 30.00
1000s ea. .... 90.00
.... 65.00
DES-CORT (28334 Niagara Drug Co.)
5 mg. per c.c., Aqueous, vial
10 c.c. ea. .... 2.75
In oil,
10 c.c. ea. .... 1.75
DESCORTERONE(R) (14259 Kirk, C. F.)
5 mg. per c.c.
10 c.c. vial ea. .... 1.50 1.12
DESCOSTERONE(R) (521 American Bio-Chemical)
Vials, 50 c.c. ea. .... 3.50 2.62
DESCOTONE (23229 Sharp & Dohme)
Sol., 5 mg./c.c.
10 c.c. vial ea. .... *8.91 9.90 5.94
DESEFED (20096B J.D. Pharmacal)
Nose Drops, ½ oz. ea. .... .54
DESELEVEN (14937 Leeds Pharm.)
Liquid, 4 oz. ea. .... 1.25
Pt. ea. .... 4.00
des-ELIXA(R) (10664 Grant Chemical)
Bottles, 6 oz. .... 42.00
16 oz., ea. .... 9.00
DESEMPACHO (7355 O'Fransia Labs.)
Tablets, 80s .... *1.25 10.00
DESENE PROTECTIVE POWDER (15879 Maltbie)
2 oz. can ea. .... *.78 .81 .54

## DESENEX*
## OINTMENT & POWDER
## ZINCUNDECATE
## SOLUTION
## UNDECYLENIC ACID

A potent, yet bland antimycotic agent for Dermatomycosis Pedis (Athlete's Foot) and other fungous infections of the skin.

*Reg. U.S. Pat. Off.

MALTBIE LABORATORIES DIV.
WALLACE & TIERNAN INC.
Belleville 9, N. J.

DESENEX (15879 Maltbie)
Ointment, 1 oz. .... *.51 5.48
[illegible] 1 lb. ea. .... *3.25 5.40
Powder, 1½ oz. .... *.51 5.48
[illegible] 1 lb. ea. .... *.37 4.25

Solution, 2 oz. .... *.51 5.48
Pt. ea. .... *4.05 2.70
DESEPIN(R) (4470 Bryant Pharm.)
Tablets, 2.5 mg., 100s
500s
1000s
5 mg., 100s
500s
1000s
DESEROID (21524 Harvey)
Tablets, No. 1, 1000s ea.
No. 2, 1000s ea. .... 2.75
No. 3, 1000s ea. .... 2.50
.... 2.50
DESERT FLOWER (23339 Shulton)
Bath Crystals, 3 tube box .... 1.50
Cream Deodorant, 2 oz. .... 1.00
Special .... .50
Dusting Powder, 7 oz. .... 2.50
Hand & Body Lotion
3½ oz. .... 1.00
Perfume, Purse Size, ¼ dr. .... 1.00
Gift Pkg. .... 1.50
Powder Sachet, Body, 2 oz. .... 1.25
Sets,
TW, Purse Perf., Vel. Case .... 3.00
TW, DP .... 3.50
TW, Hand & Body Lot. .... 2.50
Spring Special .... 1.00
Stick Cologne Concentrate .... 1.00
Talcum, 4½ oz. tube .... 1.00
Toilet Soap, 3 cakes .... 1.50
Toilet Water, 3½ oz. .... 1.50
W/Atomizer .... 2.50
DESERTINE NO. 5 (7239A Dessert, J. W.)
1 oz. jar .... 3.00
1 oz. tube .... 3.00
1 lb. ea. .... 2.50
DESERT MORN (10270 Glenway)
Bubble Bath, 25 env. .... *.98 1.00 8.00
DESERT TAN (7276 Desert Tan Inc.)
Suntan Aerosol, 5 oz. .... *1.50 9.90
Suntan Cream, 1½ oz. .... *.59 3.72
3 oz. .... *1.00 6.60
Suntan Liquid, 2 oz. .... *.59 3.72
4 oz. .... *1.00 6.30
DESFEN(R) (6213 Cook, E. K.)
Bottle of 100s ea. .... 1.75 1.05

## DESICOL®
## KAPSEALS®

(Pronounced—Des' i-kol)

**Composition:** Yellow capsule, sealed with brown band, each containing 0.325 Gm. (5 gr.) of Desicol, desiccated whole bile, which is equivalent to approximately 2.5 cc. of fresh whole bile. Kapseals Desicol represent desiccated whole bile in a form which is readily soluble and similar to natural whole bile in therapeutic activity.

**Action and Uses:** Employed in the medical management of chronic gall-bladder disease, to stimulate the flow of bile, and often as part of the treatment of poor appetite, indigestion, intestinal putrefaction, belching, and constipation — particularly in obese, middle-aged, or inactive patients.

**Also Available:** Ferro-Desicol Kapseals each containing 4 grs. Desicol and 2 grs. ferrous sulfate exsiccated. Ferro-Desicol is useful in treatment of patients with hypochromic (secondary) anemias, especially in the presence of biliary dysfunction. Desicol assists absorption and utilization of iron.

*Parke, Davis & Company*
Detroit 32, Michigan

DESICOL (19539 Parke, Davis)
Kapseals, 100s ea. .... *2.83 3.15 1.89
1000s ea. .... *22.41 24.90 14.94
DESILEX (27300 Vita-Fore)
Capsules, 100s ea. .... 1.50
1000s ea. .... 10.00
DESIR DU COEUR (22634 Yary, Inc.)
Purse size .... *2.00
½ oz. .... *6.50
1 oz. .... *12.00
2 oz. .... *20.00
DESITAL(R) (4754 Caldwell & Bloor)
Tablets, 100s .... .28 6.34
1000s .... 5.36
DESITAL NO. 2(R) (4754 Caldwell & Bloor)
Tablets, 100s .... .97 6.98
1000s .... 5.71

## DESITIN®
### Hemorrhoidal SUPPOSITORIES with Cod Liver Oil

**Composition:** The Original, pioneer cod liver oil suppositories. Combine high grade Norwegian Cod Liver Oil, Lanolin, Zinc Oxide, Bismuth Subgallate, Balsam Peru, Cocoa Butter Base. Spreads soothing, lubricant, healing film over irritated mucosa. Relieves pain, itching, and congestion. Minimizes bleeding.

DESITIN CHEMICAL CO.
70 Ship St., Providence, R. I.

## DESITIN®
## LOTION

**Composition:** A smooth, soothing, protective lotion which provides the well-known healing effects of high grade Norwegian cod liver oil with the gentle astringent action of zinc oxide and magnesium carbonate in lime water. "Fixotropic": a free-flowing homogeneous suspension. Useful as a vehicle for many dermatological drugs.

**Indications:** Relief from itching and irritation of sunburn, insect bites, poison ivy, urticaria, chemicals, industrial dermatitis, minor skin irritations and eczematous dermatitis, herpes, pruritus ani et vulvae, etc.

**Application:** Apply locally 3 to 4 times a day.

DESITIN CHEMICAL CO.
70 Ship St., Providence, R. I.

DESITIN (7282 Desitin)
Hemorrhoidal Suppositories w/Cod Liver Oil
12s .... *1.39 1.50 12.00
Infant size, 12s .... *1.32 1.40 11.20
Lotion, 4 oz. bot. .... *1.39 1.50 12.00
Ointment, 1 oz. tube .... *.57 .60 4.80
2 oz. tube .... *.82 .85 6.80
4 oz. tube .... *1.19 1.25 10.00
1 lb. jar .... *3.50 3.60 28.80
Powder, 2 oz. can .... *.53 .60 4.80
DESIVER (26759 U. S. Vitamin)
Tablets, 100s ea. .... *2.35 1.57
500s ea. .... *9.50 6.34
1000s ea. .... *17.75 11.84
DESLEAUX (27514 Wallau)
80 Gm. .... 26.40
DESOBEX(R) (28072 Neland Pharm.)
Capsules, 100s .... 36.00
DESOBRINE (27112 Veltex)
Tabs., #'s 1, 2 & 3
Sets of 3x100 .... 15.30
3x1000 ea. .... 10.00
DESOCEL(R) (26020 Taylor Labs.)
Tablets, 100s ea. .... 1.15
1000s ea. .... 8.00
DESOKSY (11178 Halsey)
Tablets, 100s ea. .... 1.10
500s ea. .... 4.50
1000s ea. .... 6.75
DESOPHED (25658 Success Chemical)
Tabs., 2.5 mgm., 100s ea. .... .55
1000s ea. .... 5.00
5.0 mgm., 100s ea. .... .90
1000s ea. .... 6.75
DESOPHEN(R) (24292 Starr Pharm.)
Tabs., 1000s ea. .... 5.00
DESOVAL (27306 Vitamin Corp. of America)
Sets of 3 x 100 ea. .... *3.50 2.33
3 x 1000s ea. .... *30.00 20.00
DESOVITE(R) (26020 Taylor Labs.)
Tablets, S.C., 100s ea. .... 1.60
1000s ea. .... 12.50
DESOX-AMINE (11244 Hance Bros. & White)
C.T., 5 mg. 250s ea.
1000s ea.
10 mg. 250s ea.
1000s ea.
DESOXEDRIN(R) (4720 Cabot Pharm.)
100s .... *2.24 2.25 16.20
1000s ea. .... 11.25

## DESITIN®
## OINTMENT

The External Cod Liver Oil Therapy

• **Composition:** A stable, non-irritating blend of high grade cod liver oil (with unsaturated fatty acids and vitamins A & D in proper ratio for maximum efficacy), petrolatum, lanolin, zinc oxide and talcum. [illegible]

• **Indications:** Wounds, Burns, Varicose Ulcers, Skin Injuries (all description, Intertrigo, Diaper Rash, Bed Sores, Perianal Dermatitis, Care of Infants, etc.

• **Important Properties:** Stimulates healthy granulation and accelerates smooth epithelization without irritation. Minimizes scarring. Allays pain and itching. Dressings easily applied and painlessly removed; does not interfere with granulations already formed; it is not liquefied by the heat of the body nor in any way decomposed by wound secretions, urine, exudation, excrements. [illegible]

• **Application:** Desitin Ointment is not applied directly to the wound but is spread on gauze about the thickness of a table knife. For more detailed description of uses and administration see circular. [illegible]

DESITIN CHEMICAL CO.
70 Ship St., Providence, R. I.
*For prices and sizes see previous column*

## DESITIN®
## POWDER

• **Composition:** The only baby powder saturated with cod liver oil (plus its vitamins A and D and unsaturated fatty acids) in a fine, dry, dusting base of zinc oxide, talcum, magnesium oxide. Does not contain boric acid.

• **Indications:** Intertrigo, Diaper Rash, over-all care of the infant's skin, Exanthema, Chafing, Minor Burns, care of the feet. Being saturated with Cod Liver Oil, it does not deprive the skin of its natural fat. [illegible]

• **Application:** To be dusted liberally over, and wherever possible rubbed gently into the skin. [illegible]

DESITIN CHEMICAL CO.
70 Ship St., Providence, R. I.
*For prices and sizes see previous column*

DESOXETS(R) (89 Abbott)
Tablets, S.C. [illegible]
100s ea. .... *4.88 5.42
1000s ea. .... *43.50 48.33
5000s/1000 .... *39.15 43.50
DESOXICOL(R) (9459 Frankay)
Syr., 16 oz. .... [illegible]
1 Gal. .... [illegible]
DESOXROID (11342 High Chemical)
Tabs., set of 3000s, ea. [illegible]
DESOXY (21524 Harvey)
Tablets, No. 10, 1000s ea. [illegible]
5000s ea. [illegible]
DESOXYCHOLIC ACID(R)
American Drug Prod. (696)
C.T., 1½ gr., 1000s ea. [illegible]
Bio America (2497)
Tabs., 1½ gr., 1000s ea. [illegible]
Gane & Ingram (9729)
Pure, 25 lb. drum/lb. [illegible]
Halsey (11086)
Tablets, 1½ gr., 1000s ea. [illegible]
Mann Fine Chem. (15930)
25 gm. bot. ea. [illegible]

(Continued on Next Page)

DICUMAROL(R) (Continued)
Lilly (15249)
Pulvules,
25 mg., 100s ea. *1.57 1.75 1.05
1000s ea. *13.41 14.90 8.94
50 mg., 100s ea. *2.56 2.85 1.71
1000s ea. *21.78 24.20 14.52
100 mg., 100s ea. *4.05 4.50 2.70
1000s ea. *34.38 38.20 22.92
Parke, Davis (19539)
Tablets,
100 mg., 100s ea. *4.05 4.50 2.70
Physicians' Drug & Supply (20137)
Tablets, 25 mg., 100s ea. .85
1000s ea. 6.40
50 mg., 100s ea. 1.50
1000s ea. 11.90
Squibb (26794)
Tablets, 100 mg.
100s ea. *4.50 3.15
DICURIN PROCAINE (R) (15249 Lilly)
Ampoules, 2 c.c.
25s ea. *8.59 9.55 5.73
100s ea. *33.30 37.00 22.20
10 c.c. r.s., ea. *1.80 2.00 1.20
DID (26505A Wright, M. A.)
Shampoo, 6 oz. *1.00 7.20
DIDEE SCENT (8495A Esquire Chemical Co.)
1½ oz. case. *.49 3.92
DIDY (15430 Lockwood Lawrence)
.50 3.60
DIE-FLY (8823 Farnam)
Dry-Bait Fly Killer, lb. 1.39 11.60
10. lb. 9.95 90.00
DIEHL, WM. CO. (7425)
Carnauba Wax
No. 1 Yellow ....
No. 3 N.C. ....
American Double Refined ....
Crude African Beeswax ....
DIELDRIN 15L (5654 Chipman)
5 gal. drum/gal. 6.15
DIELDRIN (28411 Woodbury Chem.)
Liquid, Pt. .89 7.20
DIENES (R) (27514 Wallace)
Tablets, 30s 18.00
60s 32.40
DIENESTROL (R)
American Drug Products (696)
Tablets, 0.5 mg., 1000s ea. 3.30
Associated Pharm. (1362)
Tablets, 0.5 mg.,
1000s ea. 4.75
Bio-Ramo (2520A)
C.T., 0.1 mg., 100s ea. 1.50 .90
0.5 mg., 100s ea. 2.25 1.35
1.5 mg., 100s ea. 3.30 2.00
10.0 mg., 100s ea. 8.30 5.00
Campbell (4836)
Tabs., 0.1 mgs., 1000s ea. 8.00
0.5 mgs., 1000s ea. 12.00
Central Pharmacal (5294)
Andrestoral, Restrol
(See under Trade Name)
Dillard, R. Yates (7446)
Suspension, 5 mg./c.c.,
10 c.c. ea. 2.10
DuMont Pharmacal Co. (7767)
Tablets, E.C. 0.5 mg.
100s ea. .60
500s ea. 2.25
1000s ea. 4.00
Fielding Chem. (89978)
5 gms. ea. 6.35
Haag (11557)
Tablets, 0.5 mg.,
100s ea. .90
500s ea. 4.25
1000s ea. 7.90
5000s/1000 6.10

# DIENESTROL CREAM

• **Composition:** Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

• **Action and Uses:** Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• **How Administered:** Applied intravaginally by ORTHO® applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• **How Supplied:** Dienestrol cream is supplied in large tubes, with or without ORTHO measured-dose applicator.

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey

For prices and sizes see next column

Hildebrand (12957)
Tablets, 0.1 mg., 1000s ea. 1.00
0.5 mg., 500s ea. 1.60
1000s ea. 3.00
Key Pharmacal (13900)
5 mg./c.c., 10 c.c. ea. 2.00
Lloyd, Dabney & Westerfield (15391)
Tablets,
0.25 mg. 100s ea. .95
0.50 mg. 100s ea. 1.10
5.0 mg. 100s ea. 1.85
Mann Fine Chem. (15930)
Crystals, 10 gm. bot. ea. 6.00
Massengill (16199)
Tablets, 0.5 mg.
500s ea. *5.55 3.70
Mayrand (16307)
Tabs., S.C., 0.5 mg.,
100s ea. 1.60
1000s ea. 4.80
Ortho (19165)
Cream, tube 2.25 18.00
w/Applicator 2.75 22.00
Physicians' Drug & Supply (20137)
Tablets, 0.5 mg. 1000s ea. 3.20
Premo (20614)
Tablets, 0.5 mg.,
Bottles of 100s ea. 1.00
1000s ea. 8.00
Taylor Labs. (26020)
Tablets, S.C., 0.5 mg.,
100s ea. 1.05
1000s ea. 7.00
Veltex (27112)
Tablets, 0.5 mg., 100s 12.00
1000s ea. 7.80
West-Ward (27887)
Tablets, S.C.
0.1 mg., 100s ea. .62
1000s ea. 4.50
5000s bulk/1000 4.00
0.5 mg., 100s ea. .75
1000s ea. 5.00
5000s bulk/1000 4.60
White Labs. (27959)
Tablets, 0.1 mg.
100s ea. *1.25 .75
1000s ea. 6.50
0.5 mg., 100s ea. *1.75 1.05
1000s ea. 9.00
10 mg., 100s ea. *5.00 3.00
1000s ea. 27.00
DI-ERONE (R) (14397 Kremers-Urban)
Tablets, 20s ea. 2.25 1.35
60s ea. 5.20 3.12
500s ea. 34.50 20.70
1000s ea. 67.50 40.50
DIESTIANS (20493 Pond Pharm.)
Tablets
15s *.23 .25 2.00
35s *.49 .50 4.00
80s *.98 1.00 8.00
DI-ESTROL (R) (4836 Campbell Pharm.)
5 mgm./c.c.,
10 c.c. vial ea. 1.18
DIESTRYL (19546 Normand Pharm.)
Tablets, C.T., 5 mg., 500s ea. 2.65
1000s ea. 4.40
25 mg., 500s ea. 7.10
1000s ea. 13.50
DIETABS (13894 Key Corp.)
Series A, Plain Tablets
Set of 3x 100s ea. *9.00 12.00 6.00
3x1000s ea. 30.00
Series C, Capsules
Set of 3x 100s ea. *12.00 18.00 9.00
3x1000s ea. 45.00
DIETENE REDUCING SUPPLEMENT
(7429 Dietene)
Plain or Chocolate
1 lb. ea. *1.59 1.60 1.08
5 lb. ea. *7.29 7.30 4.90
DIETEX (7359 Dacia Chemical)
Tablets, 63s 3.00 24.00
DIETHRONS (27305A Vitamin Industries)
Caps., 60s ea. 3.00 1.80
120s ea. 5.00 3.00
DI-ETH-STROL (R) (5664 Christina)
Aqueous Suspension, 25 mg./c.c. USP
10 c.c. vial ea. 1.65
In Oil, 25 mg./c.c. USP
10 c.c. vial ea. 1.65
DIETHYLBARBITURIC ACID
(See Barbital)
DIETHYLSTILBESTROL (R)
A.P.C. (809)
Tablets
1 mg., 100s ea. .40
1000s ea. 1.64
5000s/1000 1.54
Enteric Coated Red
100s ea. .46
1000s ea. 2.06
5000s/1000 1.90
5 mg., 100s ea. .80
1000s ea. 5.76
5000s/1000 5.56
Enteric Coated Red
100s ea. .88
1000s ea. 7.60
5000s/1000 6.40
25 mg., 100s ea. [illegible]
1000s ea. 18.00
5000s/1000 17.50
Enteric Coated Red
100s ea. 2.20
1000s ea. 19.20
5000s/1000 18.50

Abbott (89)
Enteric Tablets, 5 mg.
100s ea. *3.64 4.05 2.43
250s ea. *8.55 9.50 5.70
1000s ea. *31.41 34.90 20.94
5000s/1000 *29.83 33.15 19.89
Suppositories, Vaginal
0.5 mg. 6s ea. *.99 1.10 .66
50s ea. *5.94 6.60 3.96
Tablets,
2.5 mg., 100s ea. *3.42 3.80 2.28
250s ea. *7.87 8.75 5.25
1000s ea. *29.16 32.40 19.44
5000s/1000 *27.00 30.00 18.00
25 mg., 25s ea. *2.09 2.32 1.39
100s ea. *7.50 8.33 5.00
1000s ea. *71.25 79.17 47.50
5000s/1000 *59.25 65.83 39.50
100 mg., 25s ea. *6.00 6.67 4.00
Academy (116)
1 mg., 100s ea. .20
1000s ea. 1.15
1 mg., EC., 100s ea. .25
1000s ea. 1.50
5 mg., 100s ea. .40
1000s ea. 3.25
EC., 100s ea. .45
1000s ea. 4.00
25 mg., 100s ea. 1.25
1000s ea. 11.00
EC., 100s ea. 1.35
1000s ea. 12.00
Aetna Pharmacal (248A)
Delay Caps., 15 mg., 1000s ea. 10.00
Tabs., 1 mg., 1000s ea. .70
E.C., 1000s ea. .95
25 mg., 1000s ea. 6.05
E.C., 1000s ea. 6.25
Vials, 25 mg./c.c.
10 c.c. ea. .95
American Bio-Chemical (621)
Perles, .1 mg., 100s ea. .80 .60
1000s ea. 5.00 3.75
.5 mg., 100s ea. 1.00 .75
1000s ea. 7.00 5.25
Tablets, 1 mg., 100s ea. 1.10 .82
1000s ea. 8.00 6.00
5 mg., 100s ea. 2.00 1.50
1000s ea. 15.00 11.25
25 mg., 100s ea. 4.50 3.37
1000s ea. 40.00 30.00
American Drug Prod. (696)
Capsules, 15 mgm., 1000s ea. 12.00
Tablets, 0.1 mgm., 1000s ea. .55
E.C., 1000s ea. .85
0.5 mgm., 1000s ea. .65
E.C., 1000s ea. .90
1.0 mgm., 1000s ea. .75
E.C., 1000s ea. 1.00
5.0 mgm., 1000s ea. 1.90
E.C., 1000s ea. 2.15
25 mgm., 1000s ea. 6.20
E.C., 1000s ea. 6.50
Vials, In Oil,
10 c.c., 25 mg./c.c., 1s ea. .95
10s ea. 8.90
30 c.c. 1 mg./c.c., 1s ea. .66
10s ea. 6.00
5 mg./c.c., 1s ea. .85
10s ea. 8.00
American Serum Co. (341A)
10 c.c. (1-2 doses) ea. .75 .50
Anchor Serum (945)
Solution, 4 mg./c.c.
60 c.c. ....
Approved Pharm. (1140)
Tablets, U.S.P.
C.T., 0.5 mg., 100s ea. .23
500s ea. .60
1000s ea. .95
5000s/1000s .85
1 mg., 100s ea. .30
500s ea. .80
1000s ea. 1.20
5000s/1000s 1.10
5 mg., 100s ea. .45
500s ea. 2.00
1000s ea. 3.60
5000s/1000s 3.25
25 mg., 100s ea. 1.25
500s ea. 5.75
1000s ea. 10.50
5000s/1000s 10.15
E.C., 0.1 mg., 100s ea. .40
1000s ea. 1.65
0.25 mg., 100s ea. .45
1000s ea. 3.85
0.5 mg., 100s ea. .30
500s ea. .80
1000s ea. 1.35
5000s/1000s 1.25
1 mg., 100s ea. .35
500s ea. 1.00
1000s ea. 1.50
5000s/1000s 1.30
5 mg., 100s ea. .60
500s ea. 2.50
1000s ea. 4.40
5000s/1000s 4.15
25 mg., 100s ea. 1.35
500s ea. 6.15
1000s ea. 11.50
5000s/1000s 11.15
Arlco Drug Co. (1197)
Tablets,
E.C., 1 mg., 100s 14.40
C.T., 5 mg., 100s 12.00
25 mg., 100s ea. 2.17

Associated Pharm. (1362)
Tablets,
5.0 mg., 1000s ea.
25.0 mg., 1000s ea.
100.0 mg., 1000s ea.
Bales (1910)
Tablets, 0.1 mg. 100s ea.
1000s ea.
0.25 mg. 100s ea.
1000s ea.
0.50 mg. 100s ea.
1000s ea.
1.0 mg. 100s ea.
1000s ea.
5.0 mg. 100s ea.
1000s ea.
25.0 mg. 100s ea.
1000s ea.
E. C. 0.1 mg. 100s ea.
1000s ea.
0.25 mg. 100s ea.
1000s ea.
0.50 mg. 100s ea.
1000s ea.
1.0 mg. 100s ea.
1000s ea.
5.0 mg. 100s ea.
1000s ea.
25.0 mg. 100s ea.
1000s ea.
Beens Labs. (2079)
Sibol (See Under Trade Name)
Bell Pharmacal (2162)
Aqueous or Oil, 5 mg./c.c.
30 c.c. vial, ea.
Bio America (2497)
Tablets, E. C., 10 mg.,
100s ea.
1000s ea.
Bio-Intrasol (2512)
1 mg./c.c., 1 c.c. 7.50
Bio-Ramo (2520A)
C.T., 0.1 mg., 100s ea. [illegible]
0.25 mg., 100s ea. .82
0.5 mg., 100s ea. 1.05
1.0 mg., 100s ea. 1.50
5.0 mg., 100s ea. 2.1[illegible]
25.0 mg., 100s ea. 4.1[illegible]
50.0 mg., 100s ea. 7.5[illegible]
100.0 mg., 100s ea. 12.5[illegible]
Bowman Bros. (3063)
C.T. 1 mg., 1000s ea.
5 mg., 1000s ea.
Boyle (3084)
Tablets, USP
5.0 mg. E.C., 100s ea.
1000s ea.
C.T., 100s ea.
1000s ea.
25 mg. E.C., 100s ea.
C.T., 100s ea.
500s ea.
1000s ea.
Brewer (4209)
Gel-ets, 0.5 mg., 100s ea. 1.05
1000s ea. 9.1[illegible]
1 mg., 100s ea. 1.2[illegible]
1000s ea. 10.8[illegible]
5 mg., 100s ea. 3.6[illegible]
1000s ea. 26.0[illegible]
25 mg., 100s ea. 7.5[illegible]
1000s ea. 63.[illegible]
Bryant Pharm. (4470)
Tablets, Plain or E.C.,
0.5 mg., 100s
500s
1000s
1.0 mg., 100s
500s
1000s
5.0 mg., 100s
500s
1000s
25 mg., 100s
500s
1000s
Buffington's (4524)
Estrosyn (See under Trade Name)
Campbell Pharm. (4836)
1.0 mgs., 1000s ea.
5.0 mgs., 1000s ea.
25 mgs., 1000s ea.
Caprock (4921)
Tablets, E. C.,
5 mg., 1000s ea.
25 mg., 1000s ea.
Carnrick (5029)
Tablets,
5.0 mg., 100s ea. *2.40
1000s ea. *18.39
25.0 mg., 100s ea. *7.08
1000s ea. *63.15
Carroll Chemical (5075)
Tablets,
Plain, 0.5 mg., 100s ea.
1000s ea.
1.0 mg., 100s ea.
1000s ea.
5.0 mg., 100s ea.
1000s ea.
25.0 mg., 100s ea.
1000s ea.
E. C., 1.0 mg., 100s ea.
1000s ea.
5.0 mg., 100s ea.
1000s ea.
25.0 mg., 100s ea.
1000s ea.

(Continued on Next Page)

DURYCIN A.S.(R)▲ (15249 Lilly)
Aqueous Suspension, Ampoules
400/0.5
2 c.c., 1 dose r.s.,
100s ea. *40.50 45.00 27.00
10 c.c., 5 dose r.s.,
Ea. *1.50 1.67 1.00
100s ea. *135.00 150.00 90.00
Cartrids,
300/0.3
25 w/25 sterile needles
Pkg. ea. *15.75 17.50 10.50
100 w/100 sterile needles
Pkg. ea. *58.50 65.00 39.00
25 w/1 needle adapter
Pkg. ea. *14.26 15.84 9.50
100 w/4 needle adapters
Pkg. ea. *52.51 58.34 35.00
DURYCIN F.A.(R) (15249 Lilly)
Aqueous Injection
400/0.5
For Aqueous Injection
Ampoules, rubber-stoppered
400/0.5
1 dose ea. *.45 .50 .30
25s ea. *10.66 11.85 7.11
100s ea. *40.50 45.00 27.00
400/1.0
1 dose ea. *.58 .65 .39
25s ea. *13.50 15.00 9.00
100s ea. *51.75 57.50 34.50
DURYEE'S (7450 Dillman)
Powder, 4881 Family, ea. *3.00 2.00
Individ. size *1.00 8.00
DUSAL (19514 Park Drug)
Hygienic Powder, 7 oz. 4.00
DU-SAN (14909 Lee, Geo. H.)
Liq., 4 oz. *.30 2.40
12 oz. *.75 6.00
32 oz. *1.50 12.00
½ gal. *2.50 20.00
1 gal. ea. *4.50 3.00
DUSART'S (9775 Garraton Inc.)
Syrup, 7 oz. 13.40
DUSHARME (7838 Dusharme Products)
Tube or Jar, 1½ oz. 1.00 7.20
3 oz. 1.65 11.88
DUSHE (24909 Stoesser)
Antiseptic 1.00 7.20
Vag. Tabt. 1.50 10.80
DU-SINE (7767 DuMont Pharmacal Co.)
Solution, 16 oz. ea. 1.10
½ gal. ea. 4.10
1 gal., ea. 7.25
DUSK TO DAWN (2280 Bergel of Hollywood)
Cologne, 4 oz. ea. *3.50 2.10
Perfume, 1½ dr. ea. *1.50 .90
DUSOL (7767 DuMont)
Hemorrhoidal Suppositories
12s 6.50
DUSORB (9442 Franco-Amer. Hygienic)
Pt. can *.59 4.75
Qt. can *.98 7.50
DUSOTAL (11524 Harvey Labs.)
Capsules, 1½ gr., 500s ea. 6.00
1000s ea. 11.00
5000s ea. 50.00
DUSTACAIN (16669 Medicone)
Powder, 1½ oz. can *.95 1.00 8.00
DUST-A-WAY (2282 Bonide Chem. Co.)
1½ lb. Spot Duster Can .75 5.40
7½ lb. bag (per cs. of 6) 2.75 9.90
18½ lb. bag (per cs. of 2) 5.85 7.02
37½ lb. bag ea. 9.95 5.97
DUSTEX (11530 Harvey Paper)
Per box .50 3.90
DUST-MOR (11990A Hilltop)
Powder, 1 lb. 2 oz. 1.00 8.00
2 lb. 4 oz. 1.50 12.00
DUSTON (8135 Elbee Sales)
85 oz. *.69 5.52
DUSTOX (13515A Kalo Co.)
1 lb. sifter can .70 3.60
4 lb. bag 2.00 16.00
50 lb. bag ea. 22.00 14.67
DUSTRID MASK (448 Allergy & Medical)
No. 1 *1.00 7.20
Mask Pads, 15s *.50 3.60
40s *1.25 9.00
100s *2.50 18.00
No. 2 *3.50 25.20
Mask Pads, 30s *1.00 7.20
DUST-SEAL (10732 L.S. Green Assoc.)
16 oz. *4.55 36.40
DUTCH BALM (1949 Baum)
.50 3.50
DUTCH FUMIGANT (28026 Whitmoyer Labs.)
1 qt. can 8.75
1 gal. can (6 per case) 13.50
DUTCH GIRL (9772A Garland Creations)
1.00 7.20
DUTERRA (28568 Wyeth)
Lotion, 12 fl. oz. bot. ea. *1.49 1.06
DUTRONE (21081 Ranar Corp.)
Injectable, 5 c.c. vial ea. 2.40 1.65
DUTTON'S T. A. (8751 Fairchild H. L.)
Liniment .50 3.00
Vegetable Comp. 1.00 6.00
DU-URN (7845 Du-Urn)
Douche Tabs., Bot. 25s *.60 4.32
Hygienic Kit *4.95 35.64
DUVA (8276 Embur)
Douche Liquid
8 oz. 1.25 9.00
16 oz. 1.75 14.00
Gal. ea. 12.00 8.00
DUVELLE (7852)
Floral Cologne,
Apple Blossom, 4 oz. *1.50 10.80
Carnation, 4 oz. *1.50 10.80
Clover Blossom, 4 oz. *1.50 10.80
Honeysuckle, 4 oz. *1.50 10.80
Javelin (lilac) 4 oz. 1.75 12.60
Rainbow Rose, 4 oz. *1.50 10.80
Sweet Pea, 4 oz. *1.50 10.80
Sachet Hearts 1.95 14.04
DUZ-KILL INSECT SPRAY (11455 Harrison Oil)
Pt. (per cs. of 24) .39 5.76
Qt. .65 4.80
Gal. (per cs. of 6) 2.25 8.40
D-VITA
Modern Products (17356)
Tablets, 60s 1.00 7.20
160s 2.50 18.00
Vitarine(R) (27334)
Ampoules, 1 c.c.
6s ea. 1.60
25s ea. 5.20
100s ea. 18.00
30 c.c. M.D. vial ea. 3.00
DWARFIES (27307C Vitamin Div.)
Lexo-Caps, 100s *2.50 18.00
Lexo-Fe, 100s *2.00 13.50
Lexo-Min, 50s *1.00 7.20
Quints, 100s *2.00 13.20
Super Deluxe, 36s *2.00 14.40
100s *4.95 35.64
Superette, 100s *7.50 45.00
10-Vitamins, 30s *1.00 8.00
100s *3.00 24.00
Vitamin B-12, 100s *1.39 9.00
DWIN (3085 Boyle-Midway)
Aerosol Insect Killer, 12 oz. *1.69 13.52
DXL(R) (9149 Flint, Eaton & Co.)
Tablets, C.T., 100s ea. 1.20
500s ea. 4.70
1000s ea. 8.80
DX-114 (3084 Boyle)
1 oz. ea. *1.49 1.65 .81
DYA-TRON (21820 Rocky Mt. Pharm.)
Amps., 5 c.c., 25s ea. 13.20
Vial, 30 c.c. ea. 3.60
Tabs., 100s ea. 6.00
DYATRON(R) (1452A Atlas Pharm. Labs.)
Injection, 30 c.c. vials ea. 6.00 3.60
DYBASIK (7862 DyBasik Dentifrices)
Ammoniated,
Mouth Rinse, 16 oz. *.98 1.00 7.20
Tooth Paste, 3 oz. *.49 .50 4.00
5 oz. *.69 .70 5.60
Tooth Powder, 1½ oz. *.23 .25 2.00
3 oz. *.49 .50 4.00
DYCLONE(R) (20319 Pitman-Moore)
Creme, 1 oz. tube ea. .90
Solution, 0.5%, 1 oz. ea. 1.50
8 oz. ea. 5.00
DYCOMENE• (11244 Hance Bros. & White)
3 oz.
Gal.
DYCORT (11526 Harvey)
5 mg. per c.c. in Sesame Oil
10 c.c. ampul vial ea. 4.50
DYDIZONE (13821 Kensington Prods.)
6 oz. *.89 1.00 7.20
DYENET (25170 Lexicon Prods.)
Hairnets, 6s *1.00 8.00
DYKATUSS⊙(R) (12062A Hiss Pharm.)
Liquid, 16 oz. ea. 2.70
Gal. ea. 16.50
DYKROGEN (21465 Research Aphiliates)
Tablets
25 mg., C.T. 100s ea. 3.25
500s ea. 14.60
1000s ea. 28.90
E.C. 100s ea. 3.90
500s ea. 16.90
1000s ea. 32.00
100 mg., C.T. 100s ea. 12.25
500s ea. 57.50
1000s ea. 97.00
250 mg., C.T. 100s ea. 19.60
500s ea. 93.00
1000s ea. 178.00
DYKRONAL (21465 Research Aphiliates)
Tablets, 100s ea. 1.75
1000s ea. 14.00
DYLEPHRIN(R) (13068 Irwin, Neisler)
Solution, 15 c.c. ea. 2.75
30 c.c. ea. 4.50
DYLON (22389 Sahyun Labs.)
Caps., 100s ea. 2.25 1.35
DYMES (16287 Mayfair Labs.)
Throat Lozengers
15s *.98 8.00
DYMETRIC (9145 Fletcher)
Tablets, 100s *3.00 24.00
DYNACAL (16544 McNeil Labs.)
Liquoid, 12 fl. oz. ea. 1.70
Tablets, 100s ea. 1.30
1000s ea. 7.00
DYNAGEN (20787 Prudential Pharm.)
Liq., 4 oz. *2.00 16.00
DYNAGUENT (1306 Ascher, B.F.)
Oint., 1 oz. Tube 10.50
1 lb. Jar ea. 7.50
DYNAPLEX (2306 Berkeley Drug)
Capsules, 100s *4.49 36.00
250s *9.45 81.00
Elixir, Pts. *2.98 26.20
DYNATRONS (20787 Prudential Pharm.)
Tabs., 100s *4.95 5.00 40.00
DYNAVITE (146458 Lance Labs.)
Tabsules, 50s *12.00 96.00
100s *20.00 160.00
DYNOID (26219 Thera)
Syrup, 16 oz. 26.40
DYNOL (2985 Bestwick Labs.)
Moth Proofer, 12 oz. *1.95 15.21
DYNOSAL (15864 Mallard)
Tabs., No. 1, 100s ea. .60
1000s ea. 4.00
DYO (28088A Wilke)
Tablets, 30 gr., 12s 1.00 7.35
DYPERINSE (8759 Fairfield Labs.)
4 oz. *.50 4.00
16 oz. *1.00 8.00
DYPHOCALS (7693 Hub Line)
Capsules, 100s *1.35 8.00
1000s ea. 5.50
DYSEPT (6895 Davies Young)
Antiseptic Soap Liquid
Gal. ea. 3.75 3.00
DYSPASMIN (21141A Raymer Pharm.)
Tablets, 100s ea. 3.00
1000s ea. 26.00
DYSPEPTOL (7869 Dyspeptol) 1.00 8.00
DYSPEPTONE (3063 Bowman Bros.)
Elixir, gal. ea. 7.50
DYSPEPTONE (13879 Kerr's)
*.49 .50 4.00
*.98 1.00 8.00
*3.50 32.00
DYSPNE-INHAL(R) (27514 Wallau)
Complete Outfit 54.00
Nebulizer 30.00
Solution 5 c.c. 24.00
DYS-TABS (18759 Noyes)
Plain, 150s ea. .95
1 lb. ea. 3.75
Coated White, 100s ea. .85
1 lb. ea. 3.75
DYS-TENS (27801A Wenet Bristol Co.)
500s ea. 7.50 5.00
1000s ea. 12.75 8.50
Vial, 12s ea. 3.75
DYSTROL (6955 Day-Baldwin)
Tablets, 100s ea. 2.00
1000s ea. 18.00
DYWHITE (18564 North American Dye Corp.)
Bluing *.20 1.60
D-ZERTA (9912 General Foods Corp.)
6s .30 2.00
20s .90 6.15

## E

E. A. D.-ALL (22527 Schiff Bio-Food)
Capsules, 50s 2.50 20.00
100s 4.50 36.00
500s 20.00 160.00
E.A.D. (1853 Barnes-Hind)
Solvent, 8 oz. 3.60
E. A. P.(R) (6213 E. K. Cook)
100s ea. 7.00 4.20
E-B-Z(R) (5959 Cole Chemical)
Comp., Ointment, 1 oz. tubes 9.80
E. C. COMPANY (7880)
Athletes' Foot Remedy
1 oz. *1.00 8.00
E & C (8424 Epperson & Clements)
Chest Oint., 1 oz. .50 4.00
2 oz. .90 7.20
Cough Drops, ½ oz. .35 2.80
1 oz. .65 5.20
Foot Balm, 3 oz. .75 6.00
8 oz. 2.00 16.00
16 oz. 3.50 28.00
E CAPS (13394 Key Corp.)
Caps., 100 mg., 100s ea. *6.00 7.50 4.00
ECP VETERINARY(R) (26794 Upjohn)
Sterile Solution, 2 mg. per c.c.
10 c.c. vial ea. *4.97 3.48
5s ea. 15.38
25s ea. 64.46
50s ea. 122.97
100s ea. 234.03
500s/100 222.13
1000s/100 210.23
E. D.⊙ (26282 Tilden Co.)
Syrup, Dark, pt. ea. 2.05
Gal. ea. 12.25
E E E E (15792 Magee)
15s *.30 1.80
30s *.50 3.00
72s *1.00 6.03
EMF(R)A (26694 United Labs.)
Injection, 10 c.c. vial ea. *4.50 3.00
Fortified, 10 c.c. vial ea. *6.00 4.00
E. P. (8531 Ethical Pharmaceuticals)
Vaginal Jelly
Tube-refill-regular 1.00 7.50
Tube w/applicator 1.50 11.25
E.P.T.(R) (4754 Caldwell & Bicor)
Aqueous Suspension,
10 c.c. vial 7.86 56.52
E.R.B. (14391 Krejci-Taylor Drug)
Tablets, 124s *1.39 1.50 12.00
Tea, 8 oz. *1.39 1.50 12.00
E-R-O (9031 First Texas)
Drops, ½ oz. 4.70
E RATION (20787 Prudential Pharm.)
Tablets, 100s *2.00 16.00
E-T-C (14615 Lamb & Berlin Pharm.)
Nasal solution 1 oz. *.98 8.00
E-T-O (21067 Raimon's)
Capsules, 20s ea. *2.89 3.00 1.80
100s ea. *13.69 14.00 9.00
E.V.S. UNISEALS (27305D Vitamin Capsule)
100s ea. 5.95 4.00
E-Z (7889 E. Z. Chem.)
Corn Remover ¼ oz. .35 3.00
Nasal Spray 2 oz. .40 4.80
Tablets 40s .35 2.80
Voice Pastilles 36s .35 3.00
E-Z GROOM (20424 Polk Miller)
*1.49 2.50
E. Z. LAX (11991 Hilly Medicinal Prods.)
Tablets, C.T., 100s ea.
1000s ea.
E. Z. PRODUCTS (7890)
Accessory cabinet
54 pcs.
Athletic Supporter 7.50
Bottle .50
Dropper, amber oval
¼ oz.
½ oz.
1 oz.
2 oz.
Caps, 2's (288 caps) .14
3's (432 caps) .21
6's (864 caps) .35
Brushes
Nursing, bristle .10
Cellophane carded .21
Nipple & bottle cap
bristle, cello carded .10
Nipple, nylon cello carded .21
Nipple & bottle combination
nylon .60
Throat, bristle .15
Catheters, soft, neoprene
8 to 22 .42
24 to 30 .47
Catnip Mice .15
Crutch tips, black rubber
17s per gross .10
18s per gross .13
19s per gross .10
20s per gross .15
21s per gross .15
Emery boards, per gross
3"s .10
4"s .10
5"s .15
7"s .25
Eye caps
Flint caps, No. 70 .10
No. 71 .15
Eye patches, plastic .10
Eye shades, green, plastic .10
Finger cots
Leather, laced .10
Carded .15
Laced, extension .15
Carded .20
Latex, per gross .05
Thumbs, per gross .05
Small, per gross .05
Medium, per gross .05
Large, per gross .05
Tissue, rolled, per gr. .05
Heavy rubber, black, per gr. .10
G.U. Rubberized bags .10
Hair nets
Nylon, per gross .10
Rayon, per gross .10
Silk, per gross .10
Human hair, per gross .15
Wave nets, per gross .10
Hard rubber pipes
Infant slip per gr. .10
Adult slip per gr. .10
Vaginal slip per gr. .15
Hot water bottle stoppers
No. 109, per gross .15
No. 110, combination, per gr. .15
Ice Bags, rubberized cloth
6's ea. .75
7"s ea. .80
8"s ea. .85
9"s ea. .95
10"s ea. 1.05
11"s ea. 1.15
12"s ea. 1.25
Key Cases, leather .10
Key Ball Chain, per gross .05
With charms, per gross .10
Luggage tags, leather .10
Measuring Spoons, set, plastic .15
Medicine Eye Droppers
Straight or bent, per gr. .05
Ball pipette, per gross .05
Metal Shut-off,
Nickel-pltd., lge. .10
Nickel-pltd., one piece, gr. .05
Nipples, double tab,
2's (288) .15
3's (432 nipples) .25
6's (864 nipples) .35
Nipples, single tab,
2's (288) .15
3's (432 nipples) .25
6's (864 nipples) .35
Nipple Shields .15
Pumice Stone .15
Rectal Tubes, rubber
16 to 28 .62
30 to 32 .70
34 to 50 .75
Sanitary Belts
Elastic, pins .10
Pinless .10
Cellophaned .10
Sanitary sponges, silk netted .15
Sheeting, rubber,
12-yd., per yd. 1.00
6-yd., per yd. 1.00
27 x 36 .85
36 x 36 1.10
36 x 45 1.25
36 x 54 1.50

(Continued on Next Page)

ESTRONE(R) (Continued)
Interstate Pharmacal (12957)
Aqueous Susp. or Sesame Oil
20,000 I.U. (2mg) per c.c.
10 c.c. vial ea. .... 1.25
30 c.c. vial ea. .... 2.50
50,000 I.U. (5mg) per c.c.
10 c.c. vial ea.
30 c.c. vial ea. .... 2.05 4.70
Jarus (13202)
Aqueous Suspension, 2.0 mg./c.c., USP,
Vials, 10 c.c., 1s ea. .... 1.00
6s ea. .... 5.00
12s ea. .... 8.50
30 c.c., 1s ea. .... 1.75
6s ea. .... 9.00
12s ea. .... 16.50
5.0 mg./c.c.,
Vials, 10 c.c., 1s ea. .... 1.25
6s ea. .... 7.00
12s ea. .... 12.50
w/Progesterone, USP
Aqueous Suspension
2.5 mg. 25 mg./c.c.
Vials, 10 c.c., 1s ea. .... 1.25
6s ea. .... 7.00
12s ea. .... 12.50
Jaccuels Chem. Corp. (13203)
1 gm. ea. .... 18.00
Jeffery Biological Co. (13235)
Aqueous, 2 mg.,
10 c.c. ea.
30 c.c. ea. .... 1.00
In Oil, 2 mg.,
10 c.c. ea. .... 2.20
Kemel Co. (14327A) .... 1.00
Aqueous Suspension, USP
2 mg./c.c., 10 c.c. vial ea.
5 mg./c.c., 10 c.c. vial ea. .... 2.58
In Sesame Oil, 1 mg./c.c.,
10 c.c. vial ea. .... 5.15
Lilly (15249) .... 1.34
Ampoules
In Oil
0.5 mg., 1 c.c.
6s ea. .... *4.59 5.10 3.06
50s ea. .... *29.34 32.60 19.56
100s ea. .... *58.68 65.20 39.12
1 mg., 1 c.c.
6s ea. .... *7.33 8.15 4.89
50s ea. .... *46.53 51.70 31.02
100s ea. .... *93.06 103.40 62.04
1 mg. per c.c.
10 c.c. Ampoule
Ea. .... *5.40 6.00 3.60
Aqueous Suspension
1 mg., 1 c.c.
6s ea. .... *7.33 8.15 4.89
50s ea. .... *46.53 51.70 31.02
100s ea. .... *93.06 103.40 62.04
2 mg., 1 c.c.
6s ea. .... *9.68 10.76 6.46
50s ea. .... *65.70 73.00 43.80
100s ea. .... *131.40 146.00 87.60
2 mg. per c.c.
10 c.c. ea. .... *7.47 8.30 4.98
5 mg., 1 c.c.
6s ea. .... *19.35 21.50 12.90
25s ea. .... *71.70 79.67 47.80
50s ea. .... *131.40 146.00 87.60
100s ea. .... *262.80 292.00 175.20
5 mg. per c.c.
5 c.c. ea. .... *6.61 7.34 4.40
Suppositories, 0.2 mg.
6s ea. .... *2.43 2.70 1.62
50s ea. .... *16.56 18.40 11.04
Mann Fine Chemicals (15930)
U.S.P. Crystals
Natural, 1 gm. ea. .... 20.00
Synthetic, 1 gm. ea. .... 10.00
Maurry (16250)
Aqueous Suspension U.S.P.
2 mgm. per c.c.
10 c.c. vial .... 2.05
5 mgm. per c.c.
10 c.c. vial .... 3.25
Injection, U.S.P.
1 mgm. per c.c.
10 c.c. vial .... 1.50
Medical Chemicals (16621)
USP 2.5 mg. w/Progesterone
In Aqueous Suspension
10 c.c. vial ea. .... .60
Megi-Synth (16692)
Estrone in Oil
20,000 I.U. per c.c.
10 c.c. vial .... 4.50 32.40
30 c.c. vial .... 12.00 86.40
10,000 I.U. per c.c.
10 c.c. vial .... 2.50 18.00
30 c.c. vial .... 7.00 50.40
Meyer Chemical (17020)
In Sesame Oil,
1 mg./c.c.,
10 c.c., ea. .... 1.00
2 mg./c.c.,
10 c.c., ea. .... 1.95
Meyer, Herman (17021)
U.S.P., 1 gm. tube ea. .... 7.00
Miller Labs. (17201)
Aqueous Suspension, Vial
20,000 I.U., 2 mg.
10 c.c. ea. .... 2.42 1.45
6s ea. .... 12.10 7.25
25s ea. .... 48.40 29.04
50,000 I.U., 5 mg.
10 c.c. ea. .... 5.08 3.05
6s ea. .... 25.40 15.24
25s ea. .... 101.60 60.96

In Oil,
10,000 I.U./c.c., 1 mg.
Vials, 10 c.c. ea. .... 1.85 1.11
6s ea. .... 9.27 5.56
25s ea. .... 37.37 22.24
w/Progesterone, 1 mg. w/20 mg./c.c.,
Vials, 10 c.c., 1s ea. .... 6.00 3.60
6s ea. .... 30.00 18.00
25s ea. .... 120.00 72.00
Mistrone (See Under Trade Name)
Moore & Co. (17464)
Aqueous Suspension, 5 mg./c.c.
10 c.c. vial ea. .... 3.90
12 vials/vial .... 3.25
25 vials/vials .... 2.93
Morton (175618)
Aqueous
2 mg./c.c.
30 c.c. vial ea. .... 3.50
5 mg./c.c.
10 c.c. vial ea. .... 4.50
Myers-Carter (177238)
Aqueous Suspension
1 mg./c.c., 10 c.c. ea. .... 1.20
30 c.c. ea. .... 3.00
2 mg./c.c., 10 c.c. ea. .... 1.60
30 c.c. ea. .... 4.65
5 mg./c.c., 10 c.c. ea. .... 3.00
30 c.c. ea. .... 7.95
In Oil,
1 mg./c.c., 10 c.c. ea. .... 1.20
30 c.c. ea. .... 3.00
2 mg./c.c., 10 c.c. ea. .... 1.60
30 c.c. ea. .... 4.65
Niagara Drug Co. (18334)
U.S.P., Aqueous, 2 mg.,
10 c.c. vial ea. .... 1.10
30 c.c. vial ea. .... 2.60
Pfizer Labs. (20007)
Aqueous Suspension
2 mg./c.c.
10 c.c. vials, 1s ea. .... 2.42 1.45
5s/vial .... 2.19 1.31
100s/vial .... 1.97 1.18
5 mg./c.c.
10 c.c. vials, 1s ea. .... 5.23 3.08
5s/vial .... 4.62 2.77
100s/vial .... 4.15 2.49
Savage Labs. (22590A)
U.S.P., 2.0 mg./c.c.
10 c.c. ea.
30 c.c. ea. .... 1.40
5.0 mg./c.c.
10 c.c. ea. .... 3.52
Squibb (24119) .... 3.04
Amniotin in Oil, Neo-Amniotin
Amnestrogen, (See under Trade Names)
Tece Bio-Chem. (26037A)
Aqueous Macrosuspension, U.S.P.
20,000 I.U. (2 mg./c.c.)
10 c.c. vial ea.
w/Testosterone, Aqueous Suspension,
10 c.c. vial ea. .... 1.75
Torigian Labs. (26330) .... 3.50
In Oil, 1 mg., 1 c.c.
12s ea.
25s ea. .... 1.20
100s ea. .... 2.10
Towne, Paulsen & Co. (26547) .... 7.50
Aqueous
2 mg./c.c. 10 c.c. vial ea.
5 mg./c.c. 10 c.c. vial ea. .... 2.10
Up To Date Cosmetic Co. (26776)
Cream w/Turtle Oil
1 oz. jar .... *.49 3.92
3 oz. jar .... *.59 7.12
Verna (27149)
Estrat Aqueous (See under Trade Name)
West-Ward (27687)
Injection, 2 mg. per c.c. U.S.,
10 c.c. vial ea.
6s ea. .... .79
25s ea. .... 4.50 18.37

ESTRONEX(R) (12957 Inverex)
Aqueous or in Sesame Oil
10,000 I.U. per c.c.
10 c.c. vials ea. .... 1.65 1.24
20,000 I.U. per c.c.
10 c.c. vials ea. .... 3.00 2.25
ESTRONOID(R) (23343 Sherman)
Aqueous Suspension, 20,000 I.U. per c.c.
Ampuls, 1 c.c., 100s ea. .... 40.00 24.00
Vials, 10 c.c. ea. .... 3.00 1.80
ESTRONOL(R) (5294 Central Pharmacal)
Aqueous Suspension Inj.
20,000 I.U.
10 c.c. vial ea. .... 3.34 2.00
50,000 I.U.
Vials, 5 c.c. ea. .... 4.42 2.65
10 c.c. ea. .... 8.17 4.90
Solution in Oil,
10,000 I.U.,
10 c.c. r.s. vial ea. .... 3.07 1.84
20,000 I.U.,
10 c.c. r.s. vial ea. .... 3.34 2.00
ESTROPECTIN (8522 Estro)
Liquid, 4 oz. .... 6.00
14 oz. .... 8.64
Gal. ea. .... 4.32
ESTROPEN(R) (22524 Harvey)
Ampuls-Vials
0.1 mg.
10 c.c. ea. .... 1.25
25 c.c. ea. .... 2.00
0.2 mg.
10 c.c. ea. .... 1.75
25 c.c. ea. .... 3.75
0.5 mg.
10 c.c. ea. .... 3.50
25 c.c. ea. .... 7.00

ESTROPHEN-B(R) (20144 Physicians)
Tablets, Regular, 100s ea. .... 5.50 3.30
Mild, 100s ea. .... 4.50 2.70
ESTROPLEX(R) (23901 Sonorol Labs.)
10,000 Units per c.c.
1 c.c. 100s ea. .... 20.00
Suspension
20,000 units per c.c.
10 c.c. ea.
ESTRO-PROL(R) (27334 Vitarine) .... 2.00
Multiple Dose Vial
30 c.c. ea.
ESTRO-PROL FORTE(R) (27334 Vitarine) .... 2.00
10 c.c. M.D. vial ea. .... 1.80
30 c.c. M.D. vial ea. .... 4.00
ESTRO-SERP(R) (4382 Brown Pharm.)
Tablets, 50s ea. .... 3.50
100s ea. .... 6.00
ESTROSOTE (8522 Estro)
Cough Syrup, pt. ea. .... 2.50
ESTROSULF(R) (8522 Estro)
Ampuls, 5 c.c., 25s ea. .... 7.28
100s ea. .... 29.50
ESTROSYN(R) (4524 Burlington)
Enterils, 0.5 mg. 100s ea. .... .66
1.0 mg. 100s ea. .... 2.23 1.65
ESTROTEST(R) (20750 Pro-Medicas)
10 c.c. vials ea. .... 3.00
ESTROTHIOL(R) (13288 Lincoln Labs.)
Aqueous, 30 c.c. vial .... 5.00 48.00
In Oil, 30 c.c. vial .... 4.75 45.60
ESTRO-TRONS (16692 Megi-Synth)
Tablets 30 .... 2.00 14.40
100 .... 6.00 43.20
ESTROVARIN(R) (27614 Warren-Teed)
Aqueous, Sterile Solution
20,000 I.U./c.c.,
10 c.c. vial ea.
50,000 I.U./c.c.,
10 c.c. vial ea. .... 2.20
ESTROVIN(R) (2512 Bio Intestal Labs.) .... 2.90
.21 mg. per c.c.
Amps., 1 c.c. 100s .... 10.30
30 c.c. vial .... 1.80
.22 mg. per c.c.
30 c.c. vial .... 2.20
.33 mg. per c.c.
30 c.c. vial .... 2.40
.55 mg. per c.c.
Amps., 1 c.c., 100s .... 19.50
15 c.c. vial .... 1.50
30 c.c. vial .... 3.00
ESTROVITE(R) (27334 Vitarine)
In Sesame Oil
0.1 mg. per c.c.
30 c.c. M.D. vial ea. .... 1.00
0.25 mg. per c.c.
30 c.c. M.D. vial ea. .... 1.50
0.5 mg. per c.c.
30 c.c. M.D. vial ea. .... 2.00
ESTROVITES (8522 Estro)
Tablets, S.C.
100s ea. .... 2.70
1000s ea. .... 20.30
5000s ea. .... 100.00
ESTROZINE (8522 Estro)
Liquid, pt. ea.
ESTRUGENONE(R) (14397 Kremers-Urban) .... 6.70
Suspension
2 mg./c.c.
Vials, 10 c.c. ea.
5 mg./c.c.
Vials, 10 c.c. ea. .... 3.20 1.93
ESTRUGEST(R) (23659 Smith, C. D.) .... 3.20 4.00
Suspension, Vials
10 c.c. ea.
ESTRUSOL(R) (23659 Smith, C. D.) .... 7.35
Vials
1 mg. per c.c.
30 c.c. ea. .... 4.50
Tablets
0.1 mg.
100s ea. .... 3.60
1000s ea. .... 34.50
Suspension
Vials, 2 mg. per c.c.
10 c.c. ea. .... 3.20
15 c.c. ea. .... 4.50
5 mg. per c.c.
15 c.c. ea. .... 8.15
ET CETERA TOILETRIES (1342 Associated Brands)
Bath Oil, 1 oz. ea. .... 3.50 2.10
2 oz. ea. .... 6.50 3.90
4 oz. ea. .... 12.00 7.20
Chatterbox Perfume
½ oz. ea.
Cologne, 2 oz. ea. .... 15.00 9.00
4 oz. ea. .... 2.00 1.20
8 oz. ea. .... 3.50 2.10
16 oz. ea. .... 6.00 3.60
Perfume, 1 dram ea. .... 10.00 6.00
½ oz. ea. .... 2.25 1.35
1 oz. ea. .... 8.00 4.80
2 oz. ea. .... 15.00 9.00
4 oz. ea. .... 27.50 16.50
Sachet, 2 oz. ea. .... 50.00 30.00
4 oz. ea. .... 2.00 1.20
Toilet Water, 4 oz. ea. .... 3.50 2.10
ETAMON CHLORIDE(R) (19539 Parke, Davis) .... 6.50 3.60
Steri-Vials, 100 mg./c.c.
20 c.c. ea. .... *2.07 2.30 1.38
ETAVITIN (1306 Ascher, B. F.)
Tabs., 100s ea. .... 2.40
1000s ea. .... 22.50
ETCHINGS (19486 Parfum De Renel, Inc.)
Bath Powder, ea. .... *1.50 .90
Cologne, 2 oz. ea. .... *1.75 1.05
4 oz. ea. .... *3.00 1.80
8 oz. ea. .... *5.00 3.00

Perfume, 1 dr. ea. .... *1.35
1/5 oz. (Special) ea. .... *2.50
¼ oz. ea. .... *3.50
½ oz. ea. .... *5.50
1 oz. ea. .... *12.00
2 oz. ea. .... *22.50
Sachet Poudre, ea. .... *2.00
ETERNOL (19456 Paragon Distributing)
Tint Oil Shampoo, 2 oz. .... *1.25
ETHABIL(R) (8526 Ethical Labs.)
Capsules, 100s ea.
ETHACAINE (23223 Seydel)
Ointment, 1 lb. jar
Solution, 1 oz. .... 2.50
ETHACRED (25239 Sharp & Dohme) .... 1.00
Elixir, Gal. sec. ea. .... *13.50 15.20
ETHACRIT(R) (8526 Ethical Labs.)
Capsules, 100s ea.
ETHAMIST(R) (8526 Ethical Labs.)
Capsules, 100s ea.
ETHAINE (8522A Ethaine Labs.)
Lotion, 2 oz. .... *.59 .66
4 oz. .... *.92 1.00
ETHALUL(R) (4212 Brookline Pharm., Inc.)
Tablets, 100s ea.
ETHALYL(R) (20514 Primo) .... *2.00
Elixir
3 oz. bot. ea.
Pint bot. ea.
Gallon ea.
ETHAMEL IMPROVED (8522A Ethaine Labs.)
Expectorant (Prices on request)
ETHAMEN PEDIATRIC (8522A Ethaine Labs.)
Expectorant (Prices on request)
ETHANADOL (2739 Blue Line)
Pint ea.
Gallon ea. .... 2.09 .... 10.84
ETHASALL(R) (8526 Ethical Labs.)
Capsules, 100s ea.
ETHASED (25384 Dallare)
Tablets, 100s ea.
1000s ea.
ETHAVA TYMCAPS(R) (10664 Grant Chem.)
Sec., 100s
1000s ea.
ETHAVERINE HYDROCHLORIDE (R)
Barry (2352A)
20 mg./c.c., aqueous,
10 c.c. vial ea.
Gotham (10520)
25 mg./c.c.
10 c.c. vial ea.
Injectables Research (12512) .... 2.50
10 c.c., ea.
International Chemical (12852) .... 5.20
1 oz.
Lincoln (15285)
Inj., 15 c.c. vial
Tablets, 100s .... 5.25
1000s .... 3.50
.... 14.50
Testagar (26124)
Verna (See Under Trade Name)
ETHAVERINE-THEOPHYLLINE(R)
Pitman-Moore (20319)
Thaverine (See Under Trade Name)
ETHAVEX(R) (13564 Kallard)
10 c.c. vial ea.
ETHAVEX (17723 Myers-Carter)
10 c.c. Tubes.
ETHOBEC(R) (8526 Ethical Labs.)
Capsules, 100s ea.
ETHER, For Anesthesia U.S.P. (R)
¼ lb. can ea.
½ lb. can ea. .... av. price
1 lb. can ea. .... av. price
5 lb. can ea. .... av. price
U.S.P.
¼ lb. can ea. .... av. price
1 lb. can ea. .... av. price
5 lb. can ea. .... av. price
Concentrated,
1 lb. can ea.
5 lb. can ea. .... av. price
Motor (Priming Ether), .... av. price
¼ lb. can ea.
1 lb. can ea. .... av. price
5 lb. can per lb. .... av. price
Petroleum (See Benzin) .... av. price
Purified for Fat Extraction,
1 lb. can ea.
5 lb. can per lb. .... av. price
Reagent, 1 lb. can ea. .... av. price
Spirit, Comp., N.F. (Hoffman's Anodyne), .... av. price
4 oz. bot. ea. .... av. price
1 pt. bot. ea. .... av. price
ETHEREAL OIL, N.F.,
1 oz. bot. ea. .... av. price
¼ lb. bot. ea. .... av. price
ETHCUTON(R) (8526 Ethical Labs.)
Capsules, 100s ea.
ETHHEMINE(R) (8526 Ethical Labs.)
Capsules, 100s ea.
ETHI-LAN W/VITAMIN A (8522A Ethaine Labs.)
Creme, 2 oz. .... *.96 1.00
4 oz. .... *1.75 1.75
ETHINORAL(R) (23659 Smith, C. D.)
Duotabs, 1000s ea.
ETHINYL ESTRADIOL(R)
Biorganic (2522)
Crystals, 1 gram ea.
Bio-Ramo (2520A)
C.T., 0.02 mg., 100s ea. .... .82
0.05 mg., 100s ea. .... 1.25
0.5 mg., 100s ea. .... 8.30
Ciba (5684)
Eticylol (See under Trade Name)
Harvey, G. F. (11519)
Capsules, 100s ea. .... 6.25

(Continued on Next Page)

## FEMANDREN® LINGUETS®

**Low-cost Estrogen-Androgen Therapy**

**Composition:** A combination of the most potent oral estrogen—**ethinyl estradiol**, 0.02 mg.—and the most potent oral androgen — **methyltestosterone**, 5.0 mg.—in Linguets for direct absorption via the oral mucosa.

**Action and Uses:** To relieve depression, hot flashes, nervousness, exhaustion and related symptoms common in menopausal and postmenopausal states; to relieve pain and retard bone rarefaction in osteoporosis; to build tissue and promote well-being in geriatric patients.

**Dosage: Menopausa:** One-half to 1 Linguet daily or every other day for 21 days of a 28-day cycle. **Osteoporosis:** One to 2 Linguets daily for 1 month. **Postmenopausal and geriatric patients:** One-half to 1 Linguet daily or every other day for as long as symptoms persist.

**How Supplied:** FEMANDREN LINGUETS (green, scored); bottles of 30 and 100.

Femandren® (methyltestosterone with ethinyl estradiol CIBA) Linguets® (tablets for mucosal absorption CIBA)

**C I B A** Summit, N. J.

FEMANDREN(B) (5684 Ciba) Linguets, 30s ea. *3.33 2.00; 100s ea. *8.33 5.00

FEMAPHYLL (15874 Malloy Labs.) Douche Powder, 90 Gm. *2.50 18.00; Douching Powder, 15 Gm. .79 4.80

FEMATINE (9772 Carvletta) .80 4.80

FEMATUSSE(B) (26136 Tesse & Co.) Ampuls (Prices on Request)

FEMCAPS (10050 ...) 40s ea. 1.95 1.17; 100s ea. 3.50 2.10; 500s ea. 10.50 6.30; 17.50 10.50

FEMELLE (21110 Hale Products) Powder, 6 oz. 1.00 7.20

FEMERATE (12812 Injectables Research) Aqueous Suspension, 20,000 Units 30 c.c. vial ea. *.50 4.58; 50,000 Units 10 c.c. vial ea. *4.25 3.49; w/Procaine 25,000 Units 10 c.c. vial ea. *2.40 2.00; in Oil 10,000 Units 30 c.c. vial ea. *2.70 2.25; 25,000 Units 10 c.c. vial ea. *2.40 2.00; Tablets, S.C., 30s ea. *1.70 1.42; 100s ea. *4.10 3.42

FEMERATE E (12812 Injectables Research) Aqueous Suspension 2 mg. 10 c.c. ea. *2.50 2.08; 5 mg. 10 c.c. ea. *6.75 5.62

FEMEST (18207 New Jersey Pharm.) Tablets, 100s ea. 3.50

FEMESTRAL(B) (14059 Kirk, C. F.) Ampuls, 1 c.c. 0.11 mg., 100s ea. 10.00 7.50; Vials, 0.11 mg., 30 c.c. ea. 1.50 1.12; 0.55 mg., 10 c.c. ea. 1.50 1.12

FEMESTROL(B) (4720 Cabot Pharm.) Tabs. 5 mg., 100s 2.24 2.25 18.00; 1000s 11.50; E.C. 100s 2.99 3.00 24.00; 1000s 16.00; 25 mg., 100s 7.49 6.00 48.00; E.C. 100s 7.49 7.50 60.00; 1000s 45.00

FEMESTRONE (24059 Kirk, C. F.) Natural in Oil, Ampuls, 1 c.c. 10,000 I.U., 12s ea. 2.00 1.50; 25s ea. 4.00 3.00; 100s ea. 15.00 11.25

Vials, 10,000 I.U. 10 c.c. ea. 1.50 1.12; 30 c.c. ea. 3.50 2.62; 20,000 I.U. 10 c.c. ea. 2.00 1.50; 30 c.c. ea. 5.00 3.75; Compound Tablets (B) 30s ea. 3.50 2.62; 100s ea. 8.50 6.37

FEMEX (13940 ...) Powder, 6 oz. *.75 6.00

FEMEX (17558 Morse) 8 oz. .75 6.00

FEMEZE (24248A Stanley Drug) Tablets, 15s *.29 .30 2.16; 36s *.49 .50 3.60; 100s *1.13 1.15 8.10

FEM-GENE (8900-Fem-gene Products Co.) 8 oz. *.98 1.00 7.20

FEM-GIENE (20041 Phar-Med) Douche Powder, 6 oz. .59 3.60; 12 oz. .98 6.00

FEM-HY (7423 Diefenbach Labs.) Liquid, 4 oz. .59 4.72; 8 oz. *1.20 8.75

FEMID (5271 Cenci) Hygienic Powder 7 oz. ea. *.84 .95 .57; 15 oz. ea. *1.71 1.89 1.14

FEMIGENE (19798A Feminol) Powder 3 oz. 3.90

FEMINETTS (8909 Feminett) 20s *1.00 8.00

FEMINEX (25729 Summers Labs.) Tabs., Improved, 12s 2.25; Original, 30s 3.60

FEMISOL (15091 Leslie Pharm.) Powder, 5 oz. *.89 1.00 7.20

FEMME DE PARIS (28634 Yhry) Purse size 2.00; 1/2 oz. 6.50; 1 oz. 12.00; 2 oz. 20.00

FEM-NOL (9031 First Texas) Elixir, pt. ea. 2.06; Gal. ea. 13.53

FEMO (20389 Plough) Medicated Powder, 1 1/2 oz. *.35 2.86; 3 1/4 oz. *.60 4.90; 7 1/4 oz. *1.00 8.16

FEMOGEN(B) (26104 Testagar) Alpha Estradiol in Sesame Oil 0.1 mg. per c.c. 10 c.c. vial ea. 1.00; 30 c.c. vial ea. 1.50; 0.2 mg. per c.c. 10 c.c. vial ea. 1.35; 30 c.c. vial ea. 2.10; 0.5 mg. per c.c. Ampuls, 1 c.c., 25s ea. 6.50; 100s ea. 24.00; Vial, 10 c.c. ea. 1.80; 30 c.c. ea. 3.00; Alpha Estradiol, Aquasuspension, 0.2 mg./c.c., 30 c.c. vial ea. 2.10; Natural, Aqueous, Aquasuspension, 20,000 I.U. per c.c. 10 c.c. vial ea. 1.80; 30 c.c. vial ea. 4.80; 50,000 I.U. per c.c. 10 c.c. vial ea. 3.30; 30 c.c. vial ea. 6.90; Natural in Oil 10,000 I.U. per c.c. Ampuls, 1 c.c. 25s ea. 4.50; 100s ea. 16.50; Vial, 10 c.c. ea. 1.50; 30 c.c. ea. 2.40; 20,000 I.U. per c.c. 10 c.c. vial ea. 1.65; 30 c.c. vial ea. 3.75

FEMORAL(B) (9664 G. & G. Pharm.) Tablets, 100s ea. *7.50 4.50

FEMORTON (17561B Morton) Tablets, 100s ea. 7.50

FEMOTRONE(B) (26104 Testagar) 10 c.c. vial ea. 2.60

FE-MOVITA (7355 D'Franssia) Liquid, 8 oz. *1.25 10.00

FEM-O-ZONE (4334 Brooks, Wm. Medicine) *1.25 10.00

FEMPEP (9189 Florida Utilities) Tabs., 9s *.49 .50 3.30

FEMROGEN (12297 International Med.) in Sesame Oil, Vials, 10 c.c. 22 mg./c.c. ea. 1.50 1.05; 33 mg./c.c. ea. 2.00 1.40; 35 mg./c.c. ea. 3.00 2.10; 30 c.c. 11 mg./c.c. ea. 1.50 1.05

FEMS (12365 Hospital Specialty) Sanitary Napkins Vendor Unit No. 10

FEMTONE (16692 Medi-Synth Labs.) Tablets, 100s 3.35 24.00; 1000s 28.00 201.60; 30 c.c. vial ea. 4.00 2.40

FEMX (16115 Martin Labs.) Douche Powder, 4 oz. *1.00 7.00

FEM-X POWDER (17804 Nanan Pharm.) 6 oz. .75 6.00

FENABRO (4919 Caplan) 13 oz. .25 2.00

FENADIN (4622 Burrough Bros.) Capsules, White or Pink 20s, 100s ea. .60; 1000s ea. 4.92; 5000s ea. 22.50

w/Codeine Phos. 1/4 gr., White 100s ea. 2.10; 1000s ea. 16.70; 5000s per M 15.48; w/Codeine Phos. 1/2 gr., White 100s ea. 3.48; 1000s ea. 29.70; 5000s per 1000 28.20; Tablets, 100s ea. .39; 1000s ea. 2.79; 5000s ea. 11.70

FENALEAF (10377 Gold Leaf) Tablets, C.T. 100s 7.20; 1000s ea. 3.08

FENARIDE(B) (7301 Detroit Research Drug Sales) Elixir, 12-oz. 5.00 36.00; No. 2, 12-oz. 5.00 36.00

FENATRATE (23343 Sherman) Syrup, 3 oz. bots. ea. 6.00; 16 oz. bots. ea. 2.50 3.60; Tablets, 3 gr. 1.50; 100s ea. 1.00 .60; 500s ea. 4.25 2.55; 1000s ea. 8.00 4.80

FENCH OIL (22073 Rothenberger, C.B.) 2 oz. *.49 .50 4.00

FENEF (4705 C.P.I. Labs.) Tablets, 24s *.98 1.00 8.00

## FENESIN

**What the Product is:** A balanced formula providing threefold relief in most forms of Arthritis.

**What It's For:** Relief of Arthritis through safe, effective analgesic action—improvement in joint mobility—relief of anxiety tension.

**How Administered:** 2 tablets every three or four hours. In initial treatment, 3 to 4 tablets may be given for the first few doses.

**How Supplied:** Bottles of 100 and 500 tablets.

**HERZOG LABORATORIES, INC.**
Buffalo 4, New York

FENESIN(B) (11859 Herzog Labs., Inc.) Tablets, 100s *3.24 3.60 25.92; 500s ea. *14.58 16.20 9.72

FENEX (6955 Day-Baldwin) Pt. 8.00; Gal. 4.00

FENIZOL (16667 Medico Pharmacal Labs.) Powder, 8 oz. ea. 1.00

FENNEL OIL 1 oz. bot./lb. av. price 5.98; 1/4 lb./lb. av. price 5.62

FENNEL SEED, N.F. (Large) (19799 Penick-NYQ) Whole 1/4 lb. ctn. ea. av. price .38; 1 lb. ctn. ea. av. price .84; French, Whole 1/4 lb. ctn. ea. av. price .51; 1 lb. ctn. ea. av. price 1.00; Powdered 1/4 lb. ctn. ea. av. price .55; 1 lb. ctn. ea. av. price 1.24

FENNER'S (DR.) (27779 Wells) Golden Relief, 2 oz. .60 4.80; 4 oz. 1.00 8.00; Family Oint., 1 oz. .45 3.60

FENOBELL (11524 Harvey) Tablets, 1000s ea. 2.00; 5000s ea. 9.00

FENO-CAPS(B) (1220 Arle Labs.) 25s ea. *1.50 .87

FENOLE (8934 Fenole) Gal. can 2.25 18.00; Automatic Sprayers 1.25 10.00

FENOSED(B) (15864 Mallard) Modified Tablets 1000s ea. 4.95; 7.00

FENSOBEL (26759 U. S. Vitamin) Liquid, 8 oz. ea. 2.95 3.97; Powder, 3 oz. ea. 1.10 .74; Tablets, 100s ea. *1.95 1.30

FENTON'S STUMP REMOVER (9736 Fenton) 10 oz.

FENUGREEK SEED (19799 Penick-NYQ) Powd. 1/4 lb. ctn. ea. av. price; 1 lb. ctn. ea. av. price; Whole 1/4 lb. ctn. ea. av. price; 1 lb. ctn. ea. av. price

FEOJECTIN(B) (23724 Smith, Kline & French) Amps. 5 c.c. 6s ea.

FEOMINS(B) (18909 O'Connell Bros.) 16 oz.

FEOPAM (13181 Jan Labs.) Capsules, 100s ea.; 500s ea.; 1000s ea.

FEOPLEX (27473 Walker Labs.) Capsules, 50s ea. *1.80; Drops, 30 c.c. ea. *1.37

FEOPLEX B12 (27473 Walker Labs.) Drops, 30 c.c. ea. *2.25 12.50

FEOSOL (23724 Smith, Kline & French) Elixir, 12 fl. oz. ea. *1.73; Tablets, 100s ea. *1.15; 1000s ea.

FEOSOL HEMATONIC (23724 Smith, Kline & French) Tabs., 100s ea. *5.00

FEOSOL PLUS (23724 Smith, Kline & French) Caps., 100s ea. *4.50; 1000s ea. *15.00

FEPISEM (16199 Massengill) Capsules, 100s ea. *1.88

FEPTO PERRUS (26219 Thera) 8 oz.

FER-A-BIN (15911 Many, Paul) Tabs., S.C., 100s ea.; 1000s ea.

FERAD (4629 Burroughs Wellcome) Tabloid, Tablets, S.C. 100s; 1000s ea.

FERAD-B (4629 Burroughs Wellcome) Tablets, S.C. 100s; 1000s ea. 20.00

FERALEX B & C (13167 James) Tablets, 100s ea.; 1000s ea.

FER-AMINO-B (13110 Jabert) Liquid, 6 oz.; 16 oz.

FERANEMIN (25791 Supreme) Capsules, Bot., 100s ea.; 1000s ea.

FERA-PLUS (25650 Success Chem.) Capsules, 100s ea.; 1000s ea.

FER-ARSENIC(B) (16994 Metropolitan Lab.) Ampuls, 10 c.c. 10s ea.; 100s ea.

FERASCORB (15182 Lexington Chemical) Tablets, 100s

FERATE (4382 Brown Pharm.) Tablets, 100s; 1000s ea.

FERAVIN(B)A (23901 Seneral Labs.) 30 c.c. vial ea.; Special, 30 c.c. vial ea.

FERAVIN-B12(B)A (23901 Seneral Labs.) 30 c.c. ea.; Special, 30 c.c. ea.

FERBAM 76 (5654 Chipman) 3 lb. bags ea.

FER-B-CEE (18193 New England Pharm.) Tabs., 100s

FER-B-CEE PLUS (18193 New England Pharm.) Tabs., 100s

FERBEECAL (16877 Meredyth) S.C., 100s ea.; 1000s ea.

FERBER CORPORATION (8940) Laundry Marker Pen, Per 2doz.; Pencilette #2, Per 2doz.; Vu-Riter, Per 2doz.

FERBETA(B) (26136 Tesse & Co.) 1 c.c. ampuls, 6s ea.; 10 c.c. mult. dose vial ea.; 30 c.c. mult. dose vial ea.

FERBEX (2306 Berkeley Drug) 100s

FERBEX-B(B) (5664 Christina) Tablets, S.C., 1000s ea.

FER-BI-LATE(B) (13659 Kay Pharm.) Tablets, 100s ea.; 500s ea.; 1000s ea.

FERBINATES (26383 Triad) Caps., 100s *2.95 3.25; Forte, 100s *6.95 7.50; Super B, 100s *5.95 6.00; Elixir, 8 oz. *1.50; 16 oz. *2.95; Tabs., 100s *2.00

FER-B-PLEX (15911 Many, Paul) Tablets, 100s ea.; 1000s ea.

FERBRISOL (26282 Tilden) 8 oz. bot. ea.

FER-B-TELVE (15911 Many, Paul) Tablets, 100s ea.; 1000s ea.

FERCALCIUM-D (4836 Campbell Pharm.) 1000s ea.

FER-C-BEX (23215 Seton Pharmaceutical) Caps., 100s

Case 1:06-cv-01640-JR Document 17-18 Filed 09/08/2006 Page 7 of 9

PROVED(R) (15834 Mallard)

37 Rancif)

53 Thurston)

) Bryant Pharm.)

27290 Vita)

HA Curtis-Parker Co.)

a 105 mm,

Deres)

ficator

Clairol Inc.)

273 Storck)

20 Belvidere)

ER (15624 Lux Visel)

24 Lux-Visel)

tubes

37 Tucza)

TAMINE®

TAMINE® with

BARBITAL

...n: Triethanolamine biphosphate, 2 mg. ...ible as Metamine with ...al (1/4 gr.).

...d Uses: Prevents at- ...ngina pectoris or re- ...number and severity, ...e side effects, toxic ...nd tolerance observed ... cardiac nitrates.

...ition and Dosage: ...: 1 or 2 tablets after ...l and at bedtime. ... with Butabarbital: 1 ...r each meal and 1 or ...ne.

EMING & CO., INC. E. 44th Street York 17, N. Y.

14944 Leeming)

al, 50s

3024 Searle)

# METANDREN® LINGUETS®

## Effective and Economical Form of Oral Androgen Therapy

**Composition:** Highly compressed tablets of methyltestosterone U.S.P., designed for direct absorption through buccal mucosa into systemic circulation.

**Action and Uses:** Placed beneath tongue or between cheek and molar teeth, remaining there, with as little swallowing as possible, until completely absorbed—an average of 30 to 50 minutes. Since patients vary widely in requirements, dosage must be strictly individualized.

**Advantage:** Metandren Linguets have approximately twice the potency of the orally ingested and approximately the same potency as the injectable hormone.

**Caution:** Female patients should be carefully observed for symptoms of masculinization.

**How Supplied.** LINGUETS, 5.0 mg. (white, scored); 10 mg. (yellow, scored); bottles of 30, 100 and 500.

Metandren® (methyltestosterone U.S.P. CIBA)

Linguets® (tablets for mucosal absorption CIBA)

**C I B A** Summit, N. J.

METANDREN(R) (5684 Ciba)
Linguets, 5 mg., White
Bot., 30s ea. .... *2.67 .... 1.60
100s ea. .... *7.33 .... 4.40
500s ea. .... *35.83 .... 21.50
10 mg., Yellow
Bot., 30s ea. .... *4.92 .... 2.95
100s ea. .... *13.58 .... 8.15
500s ea. .... *66.25 .... 39.75
Tablets, 10 mg., White, Scored
Bot., 30s ea. *4.92 .... 2.95
100s ea. *13.58 .... 3.25
500s ea. *66.25 .... 39.75
25 mg., Yellow, Scored
Bot., 15s ea. *7.33 .... 4.40
100s ea. *34.00 .... 20.40
METAMITE(R) (7704 Drug Products)
Soluble, 100s ea. .... .71
1000s ea. .... 4.25
Tablets, 100s ea. .... 1.18
1000s ea. .... 9.44
W/Phenobarbital
Tablets, 100s ea. .... 1.42
1000s ea. .... 9.44
METAPHEDRIN (59 Abbott)
Inhalant No. 99
1 fl. oz. bot. ea. ....*.99 1.10 .66
4 fl. oz. bot. ea. ....*3.06 3.40 2.04
Pt. ea. ....*9.90 11.00 6.60
Gal. ea. ....*69.12 76.80 46.08
Isotonic
1 fl. oz. bot. ea. ....*.72 .80 .48
4 fl. oz. bot. ea. ....*2.47 2.75 1.65
Pt. ea. ....*7.87 8.75 5.25
Gal. ea. ....*57.00 63.33 38.00
METAPHEN (89 Abbott)
Disinfecting Solution
Qt. ea. ....*2.88 3.20 1.92
Gal. ea. ....*8.91 9.90 5.94
First Aid Solution
20 c.c. bot. ea. ....*.29 .32 .19
1:2500
12 fl. oz. bot. ea. ....*1.01 1.12 .67
Gal. ea. ....*6.37 7.08 4.25
Tincture, 1:200, Tinted or Untinted
1 fl. oz. bot. ea. ....*.40 .45 .27
4 fl. oz. bot. ea. ....*.81 .90 .54
Pt. ea. ....*2.07 2.30 1.38
Gal. ea. ....*12.64 14.05 8.43
METASERT(R) (3792 Brayten Pharm.)
Vaginal Inserts, 100s 4.50 36.00
META-THESOL (4524 Bullington's)
Surgical Tincture
4 oz. bots. ea. .... 1.85 1.11
16 oz. bots. ea. .... 5.35 3.20
META-TITANT (9519 French Hernal)
.... 1.00 8.00
METATONE (19539 Parke, Davis)
12 oz. bot. ....*1.57 1.75 12.60
Gal. bot. ea. ....*11.70 13.00 7.80

METAVITES (2519A Sicpharma)
Tablets, 100s .... *3.98 ....
METAXIN(R) (17229A Midwest Labs.)
Tabs., 100s ea. .... .... 1.10
1000s ea. .... .... 8.50
MET-CUSHION (22389 Scholl)
(See Under Scholl)
METESCOPLIN(R) (1220 Arlo Labs.)
Capsules, 25s ea. .... *4.15 2.75
MET-ESTRIN(R) (15994 Metropolitan)
Ampuls, 1 c.c.
0.133, 10s ea. .... .... 1.35
100s ea. .... .... 8.00
Multiple Dose Vials
0.133, 10 c.c. ea. .... .... 1.25
Box of 10, per vial .... .... 1.10
30 c.c. ea. .... .... 3.00
Box of 10, per vial .... .... 2.70
0.267, 10 c.c. ea. .... .... 2.00
Box of 10, per vial .... .... 1.80
0.667, 10 c.c. ea. .... .... 4.00
Box of 10, per vial .... .... 3.50
MET-ESTROL(R) (15994 Metropolitan Labs.)
Multiple Dose Vials
25 mg./c.c.
10 c.c. ea. .... .... 2.00
Box of 10, per vial .... .... 1.75
MET-ESTROL (20657 Price & Ramus)
Tablets, USP, E.C.
1.0 mg., 1000s ea. .... .... 3.25
5000s ea. .... .... 14.00
5 mg., 1000s ea. .... .... 6.00
5000s ea. .... .... 26.00
METGESTERONE BUCLETS (16877 Mereeyta)
10 mg., 60s ea. .... .... 4.60
METHA CAPS (11697 Heinrich-Rickerstadt)
No. 1 or No. 2, 100s .... 3.00 36.00
METHACHOLINE
(See Mecholyl Chloride)
METHADEX(R) (27336A Vitec Corp.)
Tabs., 100s ea. .... .... 1.20
1000s ea. .... .... 10.20
METHADEX-T(R) (27336A Vitec Corp.)
Tabs., 100s ea. .... .... 1.34
1000s ea. .... .... 10.80
METHADON OR METHADONE HYDROCHLORIDE(R)
Abbott (89)
Solution, Ampoules, 10 mg., 1 c.c.
6s ea. .... *1.68 1.87 1.12
25s ea. .... *4.88 5.42 3.25
100s ea. .... *17.36 29.24 11.90
Multiple Dose Vial, 10 mg. per c.c.
20 c.c. ea. .... *1.80 2.00 1.20
Hildebrand (11957)
Tablets, 2.5 mg., 500s ea. .... .... 1.10
1000s ea. .... .... 2.00
5 mg., 100s ea. .... .... 1.60
1000s ea. .... .... 3.00
7.5 mg., 100s ea. .... .... .55
500s ea. .... .... 2.20
1000s ea. .... .... 4.00
10 mg., 100s ea. .... .... .65
500s ea. .... .... 2.70
1000s ea. .... .... 5.00
Horton & Converse● (12344)
Solution Parenteral
10 mg. per. c.c.
20 c.c., r.c. vials ea. .... *1.80 1.08
Tablets, Oral
2.5 mg. 100s ea. .... *.60 .36
1000s ea. .... *4.50 2.70
5.0 mg. 100s ea. .... *.90 .48
1000s ea. .... *6.50 3.90
7.5 mg. 100s ea. .... *.95 .57
1000s ea. .... *9.00 4.80
10.0 mg. 100s ea. .... *1.10 .66
1000s ea. .... *9.00 5.40
Lilly (15249)
Dolophine Hydrochloride (See Under Trade Name)
Mallinckrodt (15869)
Powder,
10 gram bot. per gram .... .... .31
25 gram bot. per gram .... .... .28
50 gram bot. per gram .... .... .25
100 gram bot. per gram .... .... .24
Massengill (16199)
Ampuls, 10 mg. 1 c.c.
5s ea. .... *.45 .... .30
10 c.c. R.C. vial ea. *1.13 .... .75
Tablets
5 mg. 100s ea. .... *.83 .... .55
500s ea. .... *3.23 .... 2.15
7.5 mg. 100s ea. .... *.98 .... .65
500s ea. .... *3.98 .... 2.65
Parke, Davis (19539)
Elixir● pt. ea. .... *4.50 5.00 3.00
Tablets●
5 mg., 100s ea. .... *.72 .80 .48
Steri-Vial● 10 mg./c.c.
20 c.c. ea. .... *1.62 1.80 1.08
Upjohn● (26794)
Sterile Solution, 10 mg./c.c.
30 c.c. vials, 1 ea. .... *2.48 .... 1.74
5s ea. .... .... 8.24
25s ea. .... .... 39.15
Tablets, Hypodermic, 10 mg.
100s ea. .... *1.35 .... .95
500s ea. .... *6.23 .... 4.36
1000s ea. .... .... 7.84
5000s/1000 .... .... 6.91
Winthrop (28294)
Adanon Hydrochloride
(See Under Trade Name)
METHAFROME(R)
(20137 Physician's Drug & Supply)
Tabs., 20 mg., 100s ea. .... .... 3.25
500s ea. .... .... 15.00
1000s ea. .... .... 29.50

50 mg., 50s ea. .... .... 4.00
100s ea. .... .... 7.50
500s ea. .... .... 36.50
METHA GEL(R) (2841 Solton-Wallace)
Tablets, 100s ea. .... .... 2.30
METHAJADE● (23299 Sharp & Dohme)
Pint ea. .... *4.05 4.50 2.70
Gal. ea. .... *29.88 33.20 19.92
METHAJEL (19803 Penn Pharm.)
Liquid, 8 oz. ea. .... .... 1.35
Tablets, 50s ea. .... .... 1.60
100s ea. .... .... 3.00
1000s ea. .... .... 27.00
METHALGEN (22909 Schuemann-Jones)
2 oz. .... .... .35 2.25
1 lb. .... .... 2.00 16.20
METHALYPTUS (17499 Moran, R. J.)
4 oz. .... .... .... 9.00

# METHA-MERDIAZINE®

● **Composition:** Each 5 cc. (one average teaspoonful) of Liquid® contains total sulfonamides 0.5 Gm. (7½ gr.) representing Sulfamethazine 167 mg. 5 gm. (2½ gr.), Sulfamerazine 167 mg. gm. (2½ gr.) and Sulfadiazine 167 mg. gm. (2½ gr.) in *microcrystalline* form, in a palatable, homogenized dispersion.

● **Suggested Dosage:** See N.N.R.

● **Also Available: Liquid Mer-Diazine®.** Each 5 cc. (one average teaspoonful) contains Sulfamerazine *microcrystalline* 250 mg. and Sulfadiazine *microcrystalline* 250 mg.

**McNEIL LABORATORIES, INC.**
Philadelphia 32, Pennsylvania

METHA-MERDIAZINE(R) (16544 McNeil Labs.)
Liquid, pt. ea. .... .... 4.50
METHAMPHETAMINE HYDROCHLORIDE(R)
(See also Desoxyephedrine Hydrochloride)
Abbott (89)
Desoxyn Hydrochloride
(See Under Trade Name)
Bryant Pharm.(R) (4470)
Tablets, 2.5 mg., 100s .... .... ....
500s .... .... ....
1000s .... .... ....
5.0 mg., 100s .... .... ....
500s .... .... ....
1000s .... .... ....
Central Pharmacal (5294)
Desitin (See Under Trade Name)
DuMont Pharmacal Co. (7767)
Powder, ½ oz. ea. .... .... 3.00
1 oz. ea. .... .... 5.00
Tablets, 2.5 mg., 100s ea. .... .... .30
1000s ea. .... .... 1.50
5.0 mg., 100s ea. .... .... .40
1000s ea. .... .... 2.25
Elder (8140)
Phedose (See Under Trade Name)
International Chem. Labs. (12381)
Powder, 1 oz. .... .... 36.00
Tablets, 5 mgm., 100s .... .... 18.00
1000s .... .... 48.00
10 mgm., 100s .... .... 24.00
1000s .... .... 60.00
Jan Labs. (13181)
Powder, USP, ½ oz. ea. .... 3.15
1 oz. ea. .... 5.40
Kenny Pharm. (13320)
Methoxyn (See Under Trade Name)
Massengill (16199)
Semoxydrine Hydrochloride (See Under Trade Name)
McNeil Labs. (16544)
Syndrox, (See Under Trade Name)
Penhurst (19798A)
Tablets, USP, 5 mg.,
1000s ea. .... .... 2.75
Raymer (21141A)
Doxyfed (See Under Trade Name)
Rorer (21994)
Tablets, 5 mg., 1000s ea. .... 5.00 3.00
Upjohn (26794)
Tablets, 5 mg.,
100s ea. .... *2.55 .... 1.79
1000s ea. .... .... 16.74
5000s/1000 .... .... 15.07
Warren-Teed (27614)
Tablets, 5 mg.
C.T., 100s ea. .... .... .90
1000s ea. .... .... 4.90
West-Ward (27887)
Tablets, 5 mg.,
100s ea. .... .... .92
12 x 100s ea. .... .... 10.50
1000s ea. .... .... 6.00
5000s bulk/1000 .... .... 5.22

METHAMPHIN (22994 Rorer)
Tablets, 5 mg., 1000s ea. .... 3.34
METHAMTIL(R) (26232 Tilden)
1000s ea. .... ....
METHANDRIN (22200 Rowland Amer.)
Inj., 25 mg., 10 c.c. ea. .... 5.50
50 mg., 10 c.c. ea. .... 10.00
Tablets, Buccal, 25 mg.,
100s ea. .... 15.00
METHANDROLAN(R) (14677 Lannett)
Aqueous, 50 mg./c.c.,
10 c.c. vial ea. .... ....
METHANDROPLEX (22200 Rowland Amer.)
Capsules, 100s ea. .... 3.95
1000s ea. .... 36.00
METHANOL (See Alcohol)
METHANOX (8823 Farnam)
Concentrate, pt. .... 1.50
Qt. .... 2.50
Gal. .... 7.50
METHANTHINE(R) (16960 Methantain Co.)
Compound Tablets, 100s .... ....
METHAPLEX(R) (15909 O'Connell)
16 oz. ea. .... ....
Gal. ea. .... ....
METHAPLEX (4754 Caldwell & Bloor)
Liquid, pt. .... 2.43
Gal. .... 13.72
METHAPYRILENE HYDROCHLORIDE
Abbott (89)
Thenylene HCL (See Under Trade Name)
A. P. C. (209)
Semnicaps (See Under Trade Name)
Associated Pharm. (1362)
Capsules,
25 mg., 1000s ea. .... ....
Barry (1580A)
Barnist (See Under Trade Name)
Blue Line(R) (2739)
Elixir, pint ea. .... 4.00
Gallon ea. .... 25.00
Tablets, 50 mg., 100s ea. .... 3.15
1000s ea. .... 26.90
Bryant Pharm. (4470)
Tablets, 25 mg., 100s .... ....
500s .... ....
1000s .... ....
Cowley Pharm. (6193)
Capsules, 25 mg., 1000s ea. .... ....
Massengill (16199)
Semikon Hydrochloride (See Under Trade Name)
Penhurst (19798A)
25 mg., 3 or 4 caps.,
100s ea. .... ....
500s ea. .... ....
1000s ea. .... ....
Raway Pharmacal (21122)
Capsules, 25 mg.
100s ea. .... ....
5000/1000 .... ....
Robinson Lab. (21831A)
Caps., 100s ea. .... ....
1000s ea. .... ....
Searle [illegible]
Sleep-Aids (See Under Trade Name)
West-Ward (27887)
Capsules, 25 mg.,
36s ea. .... ....
12 x 36s ea. .... ....
1000s ea. .... ....
5000s bulk/1000 .... ....
METHAQUIN (19503 Penn Pharm.)
Elixir, 8 oz. ea. .... ....
Pt. ea. .... ....
Gal. ea. .... ....
Tablets, 50s ea. .... ....
250s ea. .... ....
1000s ea. .... ....
METHARSOL, BOUTY'S(R) (9359 Fou...)
Ampuls, 0.05 Gm., 1 c.c.
12s ea. .... 2.5[illegible]
METHASUL (27303 Vita-Fore)
Mixture, pt. ea. .... ....
Tablets, 100s ea. .... ....
1000s ea. .... ....
METHATAL(R) (22258 Russel Pharmac...)
Tabs., 100s .... ....
1000s .... ....
METHATROPIN (20044 Pharmedic)
Powder, 1 Gm. ea. .... ....
Tablets, 0.0025 Gm.
20s ea. .... ....
100s ea. .... ....
1000s ea. .... ....
METH-ATRO-SAL(R)
(20142 Physicians Modern Drug)
1000s ea. .... ....
METH-AVERIN(R) (26449 Trout, Freder...)
Tablets, 100s .... ....
1000s ea. .... ....
METHCOLATE(R) (1306 Ascher)
Tablets, 100s ea. .... ....
1000s ea. .... ....
METH-DIA-MER (20614 Premo)
Sulfonamides Suspension
0.5 gm., pint bot. ea. .... ....
Sulfonamides Tablets, C.T.,
0.5 gm., 100s ea. .... ....
1000s ea. .... ....

(℞) (16994 Metropolitan Labs.)
30 c.c. ea.
10, per vial
IC(℞) (16970 Metro Med) 4.50 .25
100s ea. 34.50 .225
000s ea.
16975 Met-Ron Coatware)
101 ea. 1.95
102 ea. 3.95
103 ea. 4.95
104 ea. 5.95
TIN(℞) (25509 Strasenburgh) 4.17
25.00
(℞) (25509 Strasenburgh) 5.00
29.33
2.33
15.00
w/PHENOBARB ℞ Strasenburgh) 2.50
16.67
w/SCOPOLAMINE ℞ Strasenburgh) 5.83
32.67
TAN LABS.(℞) (16994?)
Sodium Benzoate
[illegible]

## "THE EASY-TO-READ PRICE BOOK"

METYCAINE HYDROCHLORIDE ℞ (15249 Lilly)
Ampules, Solution
1.5%, 200 c.c. ea. ●2.25 2.50 1.50
2%, 30 c.c. ea. ●1.03 1.20 .72
25s ea. ●24.30 27.00 16.20
Ophthalmic Ointment, 4% 3.06
⅛ oz. tubes ●4.54 5.05 3.03
Powder, ½ oz. ea. ●25.15 27.95 16.77
4 oz. ea.
Tablets, 0.15 gm. .78
10s ea. ●1.17 1.30 7.20
100s ea. ●10.80 12.00

METYCAINE HYDROCHLORIDE w/DEXTROSE ℞ (15249 Lilly)
Ampules, Solution, 1.5 c.c. ●9.18 10.20 6.12
25s ea. ●30.24 33.60 20.16
100s ea.

METYCAINE HYDROCHLORIDE w/MERTHIOLATE (15249 Lilly)
Ophthalmic Ointment ℞ 3.24
⅛ oz. tubes
Suppositories ▲ ●1.80 2.00 1.20
12s ea.

METYCAINE HYDROCHLORIDE w/ZINC OXIDE COMPOUND (15249 Lilly)
Suppositories ▲ ●1.80 2.00 1.20
12s ea.

METY-COPERON (23458 Siler Med.) 3.94
Ampuls, 2 c.c., 25s ea. 14.53
100s ea. 4.88
5 c.c., 25s ea. 18.00
100s ea.

METYSTIL ℞ (5619 Chicago Pharmacal) 3.00
Tablets, 100s ea. 27.50
1000s ea.

METZGER'S (16999 Metzger, Med. Mfg. Co.) 3.50
Prescription, 3 fl. oz.

MEVACAPS (7767 Dutton) 2.00
Capsules, 100s ea. 10.00
500s ea. 19.00
1000s ea. 38.00
5000/1000

MEVANIN-C (2423 Beutlich) 5.50 3.30
Caps., 90s ea.

MEXAL ℞ (16199 Massengill)
Tablets, grooved .95
100s ea. ●1.43 3.95
500s ea. ●5.93 7.50
1000s ea. ●11.25

MEXICAN INDIAN (12772 Indian Lab.) .30 2.40
Liniment, 1½ oz.

MEXICAN MUSTANG (15534 Lyon Mfg.)
Liniment, Sml. .35 2.75
Med. .75 5.50
Lge. 1.50 21.00

MEXICAN OIL (11564 Hausman Drug)
1 oz. ●.40 3.20
2 oz. ●.65 5.20

MEXSANA (20389 Plough)
Baby Lotion, 4 oz. ●.35 3.00
Baby Oil, 4 oz. ●.35 3.00
Powder, 1 oz. ●.20 1.73
2½ oz. ●.39 3.33
6¼ oz. ●.79 6.77
12½ oz. ●1.29 10.19
Skin Cream, ¾ oz. ●.10 .83
2½ oz. ●.39 3.24
6¼ oz. ●.70 6.00
12½ oz. ●1.20 9.20
Sun Tan Lotion, 1½ oz. ●.35 3.00
4 oz. ●.70 6.00
Plastic Bottle, 4 oz. ●.89 7.48

MEYENBERG GOAT MILK (13133 Jackson-Mitchell)
Evaporated, 14 oz. (Cs. of 24) .54 10.28
Powdered, 14 oz. 2.04 19.58

MEYER CHEMICAL CO. (17020)
Calcium Gluconate, 10% ampuls, 1.46
10 c.c., 6s ea. 4.28
25s ea. 17.55
100s ea.
Iron, Arsenic, Strychnine & Phosphorus, 1.50
30 c.c. vial ea.
Iron Cacodylate, 1 gr. ampuls, 1.29
5 c.c., 6s ea. 4.30
25s ea. 15.05
100s ea.
Phenobarbital Tablets, .95
¼ gr., 1000s ea. 3.80
5000s ea. 1.25
½ gr., 1000s ea. 5.63
5000s ea. 2.50
1½ gr., 1000s ea. 11.25
5000s ea.
Phenobarbital L.A.,
Capsules, 1½ gr., 2.85
100s ea. 26.50
1000s ea.
Physiological Saline, .42
20 c.c. vial ea.
Procaine Hydrochloride, Ampuls, 2%, 1.50
10 c.c., 6s ea. 4.50
25s ea. 13.50
100s ea. .90
100 c.c. vial ea.
Sodium Iodide, Sodium Salicylate & Colchicine Ampuls, 20 c.c., 2.00
6s ea. 7.50
25s ea. 25.00
100s ea.

Sodium Salicylate Tablets, E.C., 4.53 3.00
5 gr., 1000s ea. 13.00
5000s ea. 5.20 4.00
10 gr., 1000s ea. 27.50
5000s ea.

MEYER DRUG CO. (17021)
Camphoric Acid, 2.00
c. cryst., 1 oz. ea.
Chloro-Iodo Hydroxyquinoline, 3.75
5-7, 1 oz. ea.
Ethyl-Hexane-Diol, Sun Screen Base, 2.00
100 c.c. ea.
Hexamine Methyl Iodide, 3.50
1 oz. ea.
Menthol, Racemic, 2.50
U.S.P., 100 gm. ea.
Pectin from Citrus, 1.30
1/5 lb. ea.
Propylene Glycol, U.S.P., 1.25
100 c.c. bots. ea.
Silver Colloidal French Codex, 3.50
1 oz. ea.
Sodium Alginate, Powder, 2.50
1 oz. ea.
Thymol, N.F., Powder, 2.00
100 gm. ea.

MEYER'S, DR. (5304 Central Supply)
Foot Powder ●.10 .75
Soap, cake ●.20 1.25
Hair Renewer, 8 oz. ●.50 4.00
Shampoo, 8 oz. ●.50 4.00

MEYERS' PUTZ CREAM (731 American Metal Polish)
Liquid, 8 oz. .30 2.20
16 oz. .50 3.96
32 oz. .95 6.60
Gal. 1.90 16.50

MEZEREON BARK (19799 Penick-NYC) 1.92
¼ oz. pkgs. per lb. av. price

MEZO ℞ (27514 Warren-Teed) 5.60
Ointment, 1½ avoir oz.
Tubes

MIADYNE (11289 Hart Drug)
Tablets, 100s ea. ●1.50 1.67 1.00
500s ea. ●6.60 7.33 4.40

MIAHATI (17042 Miahati)
Men's Preparations
After Shave Lotion 1.25 9.00
Talc .75 5.40
Stick Deodorant 1.00 7.20

MIAMI FLEURS (20215 Phaser Chemists)
Perfume, 1 oz. ea. 2.00 1.20
½ oz. ea. 5.00 3.50

MIBALM (17050 Mibalm) ●.60 4.50
4 oz.

MICALETS (22410 St. Louis Physicians) 2.25
Tablets, 100s ea.

MICE DOOM (17684 Murray, E.)
Pellets, 2 oz. .54 3.89
8 oz. 1.29 9.29
1 lb. 1.93 14.26

MICE AND RAT DOOM (17684 Murray, Edgar)
1 lb. 1.29 9.29
5 lb. 4.49 32.33

MI-CEBRIN (15249 Lilly)
Tablets
100s ea. ●7.56 8.40 5.04
1000s ea. ●68.04 75.60 45.36
5000s bulk ea. ●323.10 359.00 215.40

MICHEL'S FEREHZ (DR.) (7240 Derma Sales)
Reducing Bath Powder, 6.00 45.26
5 lb. pkg.
Reducing Cream, 3.25 27.72
1 lb. jar

MICHELSEN'S BAY RUM (17069 Michelsen)
3 oz. ●.50 4.20
16 oz. ●.90 7.20
32 oz. ●1.50 12.00

MICO (10995 H. S. Specialty Co.) 1.00 7.20
1 oz.

MICRESTIN (10377 Gold Leaf)
20,000 I.U. per c.c.
10 c.c. vial ea. 2.50 1.88
30 c.c. vial ea. 5.00 3.75

MICRO-ACETABS (4209 Bremer)
500s ea. 5.00 3.00
1000s ea. 8.35 5.01
Kits of 50 w/dropper ea. 1.25 .75

MICROCOSMIC SALT (See Sod. & Amm. Phosphate)

MICRODIOL
Gold Leaf (10377)
Aloha Estradiol or Natural Estrogens 1.25 .94
0.1 mg., 10 c.c. vial ea. 2.00 1.50
30 c.c. vial ea. 1.50 1.13
0.2 mg., 10 c.c. vial ea. 2.50 1.88
30 c.c. vial ea. 2.00 1.50
0.5 mg., 10 c.c. vial ea. 4.00 3.00
30 c.c. vial ea.

MICROFONAMIDES ℞ (35 Abbott Pharmacal) 4.75
Suspension, pts., ea.

MICROGEN (12897 International Med.)
Vial, 0.22 mg., 20,000 I.U./c.c. 3.00 2.10
30 c.c.

MICRO-LITE (17020 Micro-Lite Co.)
Combination Lite #615C ●.59 4.32
Saddle Stitch Lite, #149 ●.49 3.60
Spiral Grip Lite, #1055 ●.49 3.60

MICRONIC (14660 Audivox)
Hearing Aids. ●150.00 36.25
3 oz. ea.

MICROPAQUE (20159 Picker X-Ray Corp.)
3 lbs. can 6.50
25 lbs. can 44.00

MICROSTIL (894 Amfre Drug)
Tablets, 100s 62.00
1000s ea. 48.00

MICROSULFON ℞ (5156 Consolidated Midland)
Tablets, 30s ea. 1.50 .90
100s ea. 3.75 2.25
250s ea. 7.60 4.56
1000s ea. 25.00 16.50

MICROZINE (12344 Horton & Converse)
Ointment, 5% 
26 oz. jar ea. ●3.00 1.80
Suspension, 20%
1 oz. ea. ●1.20 .72

MICROZOLE (12344 Horton & Converse)
Ointment, 5%
Tubes, 1 oz. ea. ●.40 .24
4 oz. ea. ●1.25 .75
16 oz. ea. ●2.75 1.65
Ophthalmic Ointment, 5% ●.30 .18
⅛ oz. tube ea.

## MICTINE™

**Composition:** Mictine, brand of aminometradine, is 1-allyl-3-ethyl-6-aminotetrahydropyrimidinedione. It is a new and improved non-mercurial orally effective diuretic that increases the excretion of water, sodium and chlorides without significant risk of sodium depletion. It is supplied as uncoated tablets of 200 mg. each in bottles of 100 and 1,000.

**Action and Uses:** Mictine is recommended for sodium retention edema, especially that of congestive heart failure, whether the patients are ambulant or hospitalized. It may be used when mercurials are contraindicated or when mercury tolerance has developed. It remains continuously effective; tolerance has not been demonstrated. Used according to directions, Mictine is entirely safe and side effects are minimal. It is useful in the initial control of edema in patients with mild and moderate congestive failure and as maintenance therapy for all edematous patients.

**Dosage:** For maintenance diuresis for all patients requiring diuretic therapy and for initial diuresis in mild and moderate congestive failure the usual dosage is one to four tablets daily, during meals, in divided doses on an interrupted schedule, accomplished by giving Mictine on alternate days or on three consecutive days and omitting it for four days. Mictine is not intended for producing initial diuresis in severe congestive failure; complete information is given in Searle Reference Manual No. 51.

G. D. SEARLE & CO.
Chicago 80, Illinois

MICTINE ℞ (23024 Searle)
Tablets, 100s ea. ●12.00 7.20
1000s ea. ●110.00 66.00

MICTURIN ℞ (20136 Physicians Drug Co.)
Tablets, 50s 2.00 16.00

MICULES (10217 Gland-O-Lac)
Powder, 8 oz. .35 6.20
20 oz. 1.75 14.20
40 oz. 3.00 24.00
15 lb. drum ea. 15.00 10.20
25 lb. drum ea. 15.00
100 lb. drum ea. 50.00

MIDANEED (11295 Manlon) ●2.97 3.30 1.38
Capsules, 100s ea.

MIDOLESEX (See Under Johnson & Johnson)

MIDESAL (9775 Sarrett) 15.00
100s 1.50
Tabs., 5s ●.17

MIDOL (2275 National Brands Div.) ●.24 3.22
24

MIDY'S (9269 Fougera) 2.50 1.50
Pomade, 1 oz. ea. 2.25 1.37
Piperazine Granules, 30 Gm. ea.

MIDY'S (17149 Midy Labs.) 18.00
Granules, 2.2 5 oz.

MIESTRIN (15662A M. J. Laboratories)
Vial, 10,000 I.U./c.c. 30 c.c. 2.95
25,000 I.U./c.c. 30 c.c. 5.95
50,000 I.U./c.c. 10 c.c. 3.95

Aqueous, vial 2.25
20,000 I.U./c.c. 10 c.c.

MIFFLIN (17154)
After Shave Lotion
Lilac, Menthol or Spice ●.25 .40 2.00
4 oz.
Anti Histamine Tablets
12s ●.39 .50 2.81
36s ●.99 1.25 7.13
Citrate of Magnesia ●.49 .60 3.75
12½ oz.
Ethyl Alcohol, Plain, 16 oz. ●.59 .70 4.09
Wintergreen, 16 oz. ●.59 .80 5.42
Hydrogen Peroxide
10 Vol., 4 oz. ●.10 .15 .35
8 oz. ●.15 .20 1.33
16 oz. ●.20 .25 1.75
20 Vol., 4 oz. ●.10 .15 1.00
16 oz. ●.25 .30 2.25
Isopropyl Alcohol,
Plain, 16 oz. ●.49 .50 3.75
Lavender, Lilac, Pine or Wintergreen, 16 oz. ●.59 .70 4.37
Milk of Magnesia
16 oz. ●.49 .50 3.75
32 oz. ●.29 1.00 6.25
Mineral Oil, (335-350 Visc.)
16 oz. ●.79 .90 5.73
32 oz. ●1.19 1.30 8.75
Mouth Wash, Antiseptic or Astringent
16 oz. ●.59 .70 4.37
32 oz. ●.99 1.30 7.50
Witch Hazel, 16 oz. ●.39 .50 3.22

MIGATON (22518 San Pedro Labs.)
Cough Syrup, 4 oz. ●.89 1.00 12.00
Tonic, 8 oz. ●1.29 1.50 12.00

MIGESTRONE (7833 Durst, S. F. & Co.)
Sterile Solution, 10,000 I.U. per c.c. 3.00
10 c.c. vials ea.

MIGHTY MENDER (17154A Mighty Mender Co.)
1½ fl. oz. ●.25 1.30

MIGRAGEN (11174 Halperin) .65
100s ea.

MIGRAINOID (17464 Moore & Co.) 2.75
Tablets, C.T., 1000s ea.

MIGRATABS (14905 Lee Chem.)
Tabs., 12s ●.25 2.00
100s ●1.25 10.00

MIGYL (894 Amfre)
Tablets, 100s 36.00
1000s ea. 24.00

MIJIT ATOMIZER (23259 Sharp & Dohme)
Box of 1 ea. ●.45 .55 .30

MIKAROL ℞ (7765 Dumas-Wilson)
Tablets, 1 mg., 100s ea. 1.00
1000s ea. 8.50
5 mg., 100s ea. 1.50
1000s ea. 12.75
25 mg., 100s ea. 4.25
1000s ea. 36.15

MIKEDIMIDE (19426 Parray)
3%, 10 c.c. vials
60 c.c. vials

MIKEDIMIDE, VETERINARY (19596 Pariam)
3%, 10 c.c. vials
60 c.c. vials

MIKETS (10217 Gland-O-Lac)
Capsules
50s ea. .55
100s ea. 1.25
250s ea. 3.00
500s ea. 5.00
1000s ea. 9.00

MI-KOLOR (6940 Dawn Prods.) 2.00
3 oz.

MILADY (22209 Pierce, S. S.) ●2.00
Cologne, 3½ oz.

MILAM (19235 Owen Drug) ●1.39 2.50
Tonic, 12 oz.

MILANO (17157 Milano Chem. Co.)
Effervescent Salt, 2½ oz.
5 oz.
10 oz.

MILAXIN (2154 Archer-Taylor)
Tablets, 7.7 gr.,
100s ea.

MILBURN (7369 E. Z. Chem.) .40
Caps., 12s

MILBY NOSE DROPS (25099 Lester Drug Co.) ●.75
½ oz.

MILCREAM (29314 Wirth) .30
3 oz. .60
6 oz.

MILDENT (17152 Mildent Co.)
Children's Toothbrush .25
Toothpaste, 1½ oz. ●.25

MILDEW CHEK (5523 Chee Chemical)
½ pt. ●.39
Inhibitor, pt. ●1.25
qt. ●2.25

MILDEW DISK (15033 Lerco Products) ●.95
3½ oz.

MILDEW STOP (4970 Cardinal Products) ●.59
4 oz.

MILDONNAL ℞ (25606 Tyronell) 2.25
Tablets, 100s ea.

MILDU-BAN (25795 Surco Prods.)
2 oz.

MIL-DU-RID (25662 Ultra Chemical Wks.)
Pint ea.
Quart ea.
Gallon ea.

MILENE (7779 Dunwody)
Mouth Wash, 16 oz.

Case 1:05-cv-01849-JR Document 17-18 Filed 09/08/2006 Page 9 of 9

Mil Page 366 Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each or as specified. AMERICAN DRUGGIST BLUE BOOK

See
**MILES LABORATORIES**
advertisement in
Merchandising Section

MILES NERVINE (17164 Miles Labs.)
Liquid, 2½ oz. .......... *.49 .50 4.00
8 oz. .......... *.98 1.10 8.80
Tablets, 8s .......... *.49 .50 4.00
25s .......... *.98 1.00 8.00

MILESTROL(R) (27201 Miller Labs.)
Tablets, C.T., 5 mg.
100s ea. .......... 2.13 1.28
500s ea. .......... 9.60 5.76
1000s ea. .......... 17.13 10.38
25 mg., 100s ea. .......... 4.67 2.80
500s ea. .......... 21.33 12.80
1000s ea. .......... 40.00 24.00
Vials 25 mg. per c.c.
10 c.c. ea. .......... 2.30 1.63
6s ea. .......... 13.33 8.00
25s ea. .......... 53.33 32.00

## MILEX

On the following MILEX specialties see separate alphabetical listing.

**CRESCENT DIAPHRAGMS**
**CRESCENT PAKITS**
**OVULATION RULER**
**THERMOMETER**
**PRO-CEPTION (all items)**
**P400 DOUCHE**
**TRICHO-SAN**

**Milex Products**
Chicago 18, Illinois
Also Regional Distributors:
**Milex-Fertilex**
8236 Santa Monica Blvd.
Los Angeles, Calif.
**Milex-Southern**
440 Water Street
Weatherford, Texas
**Milex of New York**
45-45 44th Street
Long Island City, N. Y.

MILEX PRODS. (17167)
34 Jelly Set W/Jel-Jector, 4 oz. jar .......... *4.00 32.00
Refill, 4 oz. jar .......... *1.50 12.00
Crescent Diaphragms 50-100 mm .......... *3.50 28.00
Crescent Pakits Set, 50-100 mm .......... *5.50 44.00
Ovulation Ruler, 5 in. .......... *3.50 28.00
P400 Douche Powder, 5 oz. can .......... *1.00 9.00
Pro-Ception Basal Thermometer, 4 in. .......... *3.00 24.00
Pro-Ception Fertility Kit
5 in. Ruler .......... *6.00 48.00
4 in. Thermometer .......... *5.50 44.00
Pro-Ception Sperm Nutrient, 14 douche jar .......... *2.50 20.00
Tricho-San Set W/Jel-Jector, 4 oz. jar .......... *4.00 32.00
Tricho-San Jar Refill, 4 oz. jar .......... *2.00 16.00
Tricho-San Tube W/Plunger Applicator, 3 oz. tube .......... *2.00 16.00
Tricho-San Tube Refill, 3 oz. tube .......... *1.50 12.00
Vaginal,
Creme, 2½ oz. tube .......... *1.25 10.00
Jelly, 3 oz. tube .......... *1.25 10.00

## PROFITABLE IDEAS

*Refer to pages 4-32*
*Blue Book*
*Merchandising Section*

## MILIBIS®

**Composition:** Brand of bismuth glycolylarsanilate.

**Uses:** For intestinal amebiasis; and for trichomonal and monilial vaginitis.

**Advantages:** Virtually non-toxic, highly effective.

**Administration and Dosage:** For intestinal amebiasis: tablets, 1 tablet three times daily for seven days. Course may be repeated. For vaginitis: suppositories, 1 suppository inserted high in the vagina every other night for five doses. Acid douches should be administered on the alternating nights. The course may be extended or repeated if necessary.

**WINTHROP LABORATORIES**
1450 Broadway
New York 18, N. Y.

MILIBIS(R) (23294 Winthrop)
For Oral Use
Tablets, 0.5 gm., 25s ea. .......... *4.12 2.47
500s ea. .......... *78.43 47.06
For Vaginal Use
Suppositories, 0.25 gm.
Boxes of 5s ea. .......... *3.72 2.23
MILIBIS ARALEN(R) (23294 Winthrop)
Tablets, 50s ea. .......... *8.25 4.95
1000s ea. .......... *148.46 89.08
MILK OF BISMUTH (See under Bismuth)
MILK OF MAGNESIA
In 16 oz. bots. doz. .. av. price .... 4.32
In gal. bots. ea. .. av. price .... 1.58
MILK OF TRINESIUM (39 Abbott)
12 fl. oz. ea. .......... *1.00 1.12 .67
MILK MASK (17181 Milk Mask Co.)
3 oz. .......... 1.00 9.00
16 oz. ea. .......... 4.50 3.50

## MILK SUBSTITUTE

**(Gerber Meat Base Formula)**

**What the Product Is:** nutritionally advantageous milk replacement for milk-allergic babies. Approximates evaporated milk in proteins, carbohydrates, fat, vitamins, minerals.

**What It's For:** it is indicated as a milk replacement for allergic infants whose symptoms may be eczema, pylorospasm, colic, diarrhea, constipation, respiratory difficulties or anorexia.

**How Administered:** easily miscible with water . . . can be fed through nursing bottle nipples.

**New Lower Price:**
Sugges. ret. price per can—60c.
Wholesale price $5.52 per dz.

**GERBER PRODUCTS CO.**
Fremont, Michigan

MILK SUGAR, LACTOSE, U.S.P., MERCK (16864 Merck)
U.S.P. Powder,
1 lb. canister .......... *1.49 .... 11.64
5 lb. canister ea. .......... *5.49 .... 3.68
MILKINOL (14397 Kremers-Urban)
Pint ea. .......... 1.50 1.00
MILKY WAY (17139 Milky Way Cos. Co.)
Cleansing Cream, 3 oz. .......... *1.00 7.20
8 oz. .......... *2.00 14.40
16 oz. .......... *3.50 25.20
Cream Foundation, 3 oz. .......... *1.00 7.20
Foot Comfort, 3 oz. .......... *1.00 7.20
Hand Cream, 3 oz. .......... *1.00 7.20
Milk-Egg Astringent Pack 3 oz. .......... *1.50 10.80
Night Cream, 3 oz. .......... *1.00 7.20
8 oz. .......... *2.00 14.40
16 oz. .......... *3.50 25.20
MILLER LABS. (17201)
Calcium Gluconate, USP(R)
Ampuls, 1 gm., 10 c.c.,
6s ea. .......... 2.67 1.60
25s ea. .......... 7.67 4.60
50s ea. .......... 12.67 7.60

## MILKINOL

Trademark

**Composition:** Instant aqueous-mixing mineral oil preparation containing liquid petrolatum, hydrophilic emulsifier, and flavoring agents.

**Action and Uses:** Relief of constipation in adults and children through stool permeation and softening by the aqueous-mixing hydrophilic liquid petrolatum.

**How Administered:** Pour MILKINOL dose into dry glass. Add small amount of water, milk, fruit juice, or any soft drink preferred. Stir well and drink. Follow with more liquid if desired.

**Dosage:** Adults: One or two tablespoons taken at bedtime only.

Children: (3-6) One or two teaspoonfuls taken at bedtime only.

Children under 3: As directed by physician.

**How Supplied:** Bottle of 16 fluidounces. Available through wholesale druggists.

**KREMERS-URBAN COMPANY**
Milwaukee 1, Wisconsin

*For prices and sizes see previous column*

Calcium Gluconate(R)
30 c.c. vial, 5s ea. .......... 4.33 2.60
50s ea. .......... 30.33 18.20
Dextrose, 50%, USP(R)
50 c.c. vial, 6s ea. .......... 4.50 2.70
50s ea. .......... 25.00 15.00
Iron Cacodylate(R)
60 mg., 2 c.c. ampul,
12s ea. .......... 2.93 1.76
100s ea. .......... 20.33 12.20
Novocain Solutions(R)
Ampul, 2%, 5 c.c., 6s ea. .. 4.30 2.53
50s ea. .. 12.50 7.50
Vial, 10 c.c., 1%, 6s ea. .. 5.30 3.15
50s ea. . 24.20 14.52
2%, 6s ea. 5.30 3.13
50s ea. . 24.20 14.52
30 c.c., 1%, 5s ea. .. 5.80 3.43
50s ea. 29.90 17.94
2%, 6s ea. 7.00 4.20
50s ea. .. 30.93 18.59
50 c.c., 1%, 6s ea. . 7.90 4.74
50s ea. 34.12 20.47
2%, 6s ea. . 8.20 4.92
50s ea. 37.12 22.27
100 c.c., 1%, 5s ea. . 9.40 5.64
50s ea. . 55.20 33.12
2%, 6s ea. 9.40 5.64
50s ea. 55.20 33.12
Phenobarbital w/Cucurbocitrin & Theobromine(R)
Tablets, 100s ea. .......... 2.00 1.20
500s ea. .......... 9.27 5.56
1000s ea. .......... 16.00 9.60
Phenobarbital Sodium(R)
Flacons, 130 mg., 5 c.c.,
50s ea. .......... 17.80 10.63
100s ea. .......... 33.34 20.00
325 mg., 10 c.c.,
50s ea. .......... 21.10 12.66
100s ea. .......... 42.00 25.20
In Benzyl Alcohol
Ampuls, 130 mg., 1 c.c.,
12s ea. .......... 3.53 2.12
100s ea. .......... 24.53 14.72
Physiological Salt Solutions
Vial, 30 c.c., 25s ea. .......... 18.00 10.30
100s ea. .......... 45.00 27.00
50 c.c., 25s ea. .......... 21.50 12.90
100s ea. .......... 60.00 36.00
100 c.c., 25s ea. .......... 26.00 15.60
100s ea. .......... 67.50 40.50
Quinidine Sulfate USP,
Tablets, C.T., 200 mg.,
100s ea. .......... 4.33 2.60
500s ea. .......... 20.67 12.40
1000s ea. .......... 39.20 23.52
Quinine Sulfate USP
C.C.T., 300 mg., 100s ea. .. 3.80 2.28
500s ea. .. 18.00 10.80
1000s ea. ... 34.33 20.60
Sodium Iodide & Sodium Salicylate w/Colchicine, NF,(R)
20 c.c. ampul, 6s ea. .... 3.60 2.16
50s ea. .... 23.33 14.00
Water for Injection, USP
Ampuls, 10 c.c., 12s ea. .... 4.90 2.94
100s ea. .... 28.00 16.80

Vials, 10 c.c., 6s ea. .... 3.33 [illegible]
25s ea. .... 10.50 [illegible]
50s ea. .... 19.42 [illegible]
30 c.c., 6s ea. .... 3.97 [illegible]
25s ea. .... 12.50 [illegible]
50s ea. .... 23.53 [illegible]
100 c.c., 6s ea. .... 4.92 [illegible]
25s ea. .... 16.50 [illegible]
50s ea. .... 29.17 [illegible]
MILLER-DRINE(R) (27201 Miller Labs.)
Tablets, C.T., 5 mg.
100s ea. .......... 1.33 [illegible]
500s ea. .......... 6.27 [illegible]
1000s ea. .......... 10.00 [illegible]
10 mg., 100s ea. .......... 1.67 [illegible]
500s ea. .......... 6.50 [illegible]
1000s ea. .......... 10.67 [illegible]
MILLERHAUS (3259 Cellonsal)
Compound Tablets .......... 1.00 [illegible]
Family Ointment .......... .50 [illegible]
Famous Liniment, 1 oz. .......... .25 [illegible]
4 oz. .......... .50 [illegible]
12 oz. .......... 1.00 [illegible]
Tonic .......... 1.00 [illegible]
MILLER'S (11794 Hero Prods.)
Antiseptic Oil, 2 oz. .... .50 [illegible]
4 oz. .... 1.00 [illegible]
MILLER'S BALM (27723A Myers Labs.)
.... .60 [illegible]
MILLER'S COMP. (17227 Miller, T. A.)
Rhubarb, Bismuth & Rhubarb
Tabs., 50 .... 1.25 [illegible]
500s ea. .... [illegible]
MILLERS FORGE MANICURE IMPLEMENTS (17234)
Bandage Scissors,
No. 1102 .......... *2.50 [illegible]
No. 1105 .......... *2.75 [illegible]
No. 1108, Carded Asst. .... [illegible]
Barber Shears, No. 135 .......... *2.50 [illegible]
Blackhead Removers
No. 285 .......... *.10 [illegible]
No. 385 .......... *.15 [illegible]
Cuticle Knives, No. 384 .......... *.50 [illegible]
Cuticle Nippers
No. 710 (scissors type) .... *4.00 [illegible]
No. 712 (plier type) .... *4.00 [illegible]
Cuticle Pushers, No. 391 .... *.25 [illegible]
No. 392 .... *.50 [illegible]
No. 393 .... *.50 [illegible]
Cuticle Scissors
No. 513 standard .......... *1.50 [illegible]
No. 623 service .......... *2.00 [illegible]
No. 623 needlepoint .......... *2.50 [illegible]
No. 633 professional .......... *3.00 [illegible]
Manicure Implements
On Display Cards
No. 553C, Baby Nail Scissors
Card 6/ 1.50 ea., per card. .... [illegible]
No. 720C, Cuti Clip
Card 6/ 1.00 ea., per card .... [illegible]
No. 722C, Pocket Nail Clip
Card 12/ .25 ea., per card .... [illegible]
No. 726C, Toe Nail Clip
Card 6/ 1.00 ea., per card .... [illegible]
No. 303C, Nail Files in Sheath
Card 12/ .25 ea., per card .... [illegible]
No. 304C, Nail Files
Card 12/ .25 ea., per card .... [illegible]
No. 305C, Nail Files
Card 12/ .25 ea., per card .... [illegible]
No. 324C, Nail Files in Sheath
Card 12/ .25 ea., per card .... [illegible]
No. 353C, Tweezer
Card 12/ .50 ea., per card .... [illegible]
No. 360C, Assorted Tweezers
Card 12/ .25 ea., per card .... [illegible]
Mustache Scissors
No. 543 .......... *1.50 [illegible]
Nail Clips, No. 724 .......... *.35 [illegible]
No. 725 .......... *.75 [illegible]
Nail Files
No. 303, 3½" w Sheath .. *.20 [illegible]
No. 304, 4" pointed .... *.15 [illegible]
No. 304½, 4½" pointed .... *.20 [illegible]
No. 305, 5" pointed .... *.25 [illegible]
No. 305½, 5½" pointed .... *.30 [illegible]
No. 306, 6" pointed .... *.35 [illegible]
No. 307, 7" pointed .... *.40 [illegible]
No. 308, 8" pointed .... *.50 [illegible]
No. 318, 8" rounded .... *.50 [illegible]
No. 319, 9" rounded .... *.75 [illegible]
No. 324, 4-in-1 file .... *.25 [illegible]
Nail Nippers
No. 700, 5½" barrel-spring *5.00 [illegible]
No. 701, 4½" barrel-spring *4.00 [illegible]
No. 705, 4½" plier handle *3.00 [illegible]
No. 720 Cuticlip .... *1.00 [illegible]
No. 726 Toenail Clip .... *1.00 [illegible]
Nail Scissors
No. 523, 3½" curved .... *2.00 [illegible]
No. 573, 3½" straight .... *2.00 [illegible]
No. 533, 3½" curved .... *2.50 [illegible]
No. 534, 4" curved .... *3.00 [illegible]
No. 534, 4" straight .... *3.00 [illegible]
No. 525, Comb. nail & cuticle scissors .......... *2.50 18.00
Safety Baby Scissors
No. 563 .......... *1.50 10.80
Safety Baby Manicure Set
No. 200 .......... *2.00 14.40
No. 300 Nursery Set .......... *3.00 21.60
Spear & Commedone
No. 387 .......... *.25 1.80

(Continued on Next Page)