# EXHIBIT 9
# PART 10

56-57 BLUE BOOK

...UE BOOK | SAN® ... ol GEIGY) ... and ...ment ... Antifungal ... erosan Cream ... itment contain ... gredient, 5,7- ... cyquinaldine ... atment of ... genic (gram- ... ic and mixed ... te skin, and ... n effective aid ... with super- ... il or mycotic ... Cream, tubes ... san Ointment, ... required. ... ACEUTICALS ... cal Corporation ... h Street ... 3, N. Y. ...

## STILBETIN®

**Composition:** Diethylstilbestrol, a crystalline, synthetic estrogen.

**Action and Uses:** For use whenever estrogens are indicated.

**Administration and Dosage:** Orally. **Menopausal syndrome, kraurosis vulvae, senile vaginitis, pruritus vulvae**—0.1 to 1.0 mg. daily, preferably small doses initially to avoid nausea.

**Female hypogonadism**—Initially 1 mg. daily, then adjusted according to clinical response.

**Functional uterine bleeding**—5 mg. 2 or 3 times daily until checked (about a week).

**Breast engorgement** — 5 mg. once or twice daily for total of 2 to 4 days.

**Relief of prostatic carcinoma**—5 mg. daily for 2 or 3 weeks, then 2 or 1 mg. daily if improvement is seen. If not, dosage may be increased as necessary until a dosage of 100 mg. daily is reached. Maintenance doses are adjusted to the patient's needs.

**Palliation of mammary cancer**—A starting dose of 15 mg. daily is recommended. This is increased according to the patient's tolerance. If estrogen administration accelerates the disease, therapy should be discontinued.

**Habitual abortion** — Stilbetin should be started at the seventh week and continued according to the following dosage table. When started later in pregnancy, start at the dosage level for the week in question. Stop at the 35th week.

| Week of Pregnancy | Daily Oral Dose in Mg. | Week of Pregnancy | Daily Oral Dose in Mg. |
|---|---|---|---|
| 7th | 5 | 22nd | 60 |
| 8th | 5 | 23rd | 65 |
| 9th | 10 | 24th | 70 |
| 10th | 10 | 25th | 75 |
| 11th | 15 | 26th | 80 |
| 12th | 15 | 27th | 85 |
| 13th | 20 | 28th | 90 |
| 14th | 20 | 29th | 95 |
| 15th | 25 | 30th | 100 |
| 16th | 30 | 31st | 105 |
| 17th | 35 | 32nd | 110 |
| 18th | 40 | 33rd | 115 |
| 19th | 45 | 34th | 120 |
| 20th | 50 | 35th | 125 |
| 21st | 55 | | |

**Threatened abortion**—An initial dose of 5 to 25 mg.; thereafter 5 mg. 3 times a day. If symptoms continue, 25 mg. every hour may be given until controlled; then the dosage is gradually decreased to 5 mg. 3 times a day.

**How Supplied:** Enteric-coated, orange-colored tablets, and uncoated white tablets of 0.1 mg., 0.25 mg., 0.5 mg., 1.0 mg., 5.0 mg.; bottles of 100 and 1000. Uncoated, pink, scored tablets of 25 mg.; bottles of 100. Uncoated white tablets of 100 mg.; bottles of 50.

E. R. SQUIBB & SONS
Division of Olin Mathieson Chemical Corporation
New York 22, N. Y.

STILBETIN(R) (25113 Squibb)

| | | |
|---|---|---|
| Tablets, 0.1 mg., 100s ea. | •1.20 | .78 |
| 1000s ea. | •9.00 | 5.40 |
| E.C., 100s ea. | •1.40 | .84 |
| 1000s ea. | •12.00 | 7.20 |
| 0.25 mg., 100s ea. | •1.40 | .84 |
| 1000s ea. | •10.50 | 6.30 |
| E.C., 100s ea. | •1.50 | .90 |
| 1000s ea. | •13.00 | 7.80 |
| 0.5 mg., 100s ea. | •1.50 | .90 |
| 1000s ea. | •11.50 | 6.90 |
| E.C., 100s ea. | •1.60 | .96 |
| 1000s ea. | •14.00 | 8.40 |
| 1.0 mg., 100s ea. | •1.80 | 1.08 |
| 1000s ea. | •14.50 | 8.70 |
| E.C., 100s ea. | •1.90 | 1.14 |
| 1000s ea. | •17.00 | 10.20 |
| 5.0 mg., 100s ea. | •3.80 | 2.28 |
| 1000s ea. | •32.40 | 19.44 |
| E.C., 100s ea. | •4.05 | 2.43 |
| 1000s ea. | •34.90 | 20.94 |
| 25 mg., 100s ea. | •8.33 | 5.00 |
| 100 mg., 50s ea. | •13.33 | 8.00 |

STIL-80
American Scientific (339)

| | | |
|---|---|---|
| 10 c.c. vial ea. | .75 | .45 |
| Martin, C. J. (25122) Vials, 10 c.c. | .90 | 7.20 |

STIL-CAPO
American Scientific (339)
Pellets,

| | | |
|---|---|---|
| For use w/Easy Implanter, Vial of 35s ea. | 1.50 | 1.00 |
| 100s ea. | 2.50 | 1.50 |
| w/Easy Implanter, Vial of 35s ea. | 2.29 | 1.38 |
| 100s ea. | 3.29 | 1.98 |
| For use in Repeating Implanter, In clips, 100s ea. | 2.50 | 1.50 |
| 1000s ea. | 21.00 | 12.60 |
| American Serum (842A) Pellets, 35s ea. | 1.75 | 1.05 |
| 100s ea. | 3.00 | 1.80 |
| Special Implanter for Pellets ea. | 1.00 | .75 |
| Martin, C. J. (25122) Implanter Repeater, ea. | 6.75 | 4.50 |
| Pills, 100s ea. | 2.25 | 1.50 |
| 1000s ea. | 18.97 | 12.60 |

STILESTRATE (R) (25794 Upjohn)

| | | |
|---|---|---|
| Capsules, 100s ea. •1.77 | .... | 1.24 |
| 1000s ea. •12.05 | .... | 8.44 |
| 5000s/1000 | .... | 6.98 |

STILLINGIA ROOT (29799 Penick-NYQ)
1 oz. pkgs., per lb. ...av. price 2.72

## STILLMAN'S
### Freckle Cream

Not only a freckle bleach but also used to make skin lighter, softer and smoother. National magazine advertising.

STILLMAN COMPANY
Aurora, Illinois

STILLMAN'S (24607 Stillman)

| | | |
|---|---|---|
| Complexion Soap 4 oz. | .25 | 2.20 |
| Freckle Cream, 1 oz. | .50 | 4.40 |
| 2 oz. | 1.00 | 8.80 |

## STILLMAN'S
### Medicated Jell

**Composition:** The active ingredients are boric acid, lactic acid, oxyquinoline sulphate, glycerite of starch and gum tragacanth base.

**Action and Uses:** For use as an adjunct in the treatment of Trichomonas Cervicitis and low grade vaginal infection.

**Administration and Dosage:** To be used as directed by the physician.

STILLMAN COMPANY
Aurora, Illinois

| | | |
|---|---|---|
| Medicated Jell w/Applicator, 1½ oz. | 1.00 | 6.00 |
| 2½ oz. | 1.50 | 9.00 |
| Refill, 2½ oz. | 1.00 | 6.00 |

STILOBIA (3063 Bowman Bros.)
Syrup, gal. ea. ... 7.60

STILPHOSTROL(T) (537 Ames)
Ampuls, 5 c.c., 20s ea. ... •40.00 24.00

STILPLEX(R) (394 Amire Drug Co.)

| | | |
|---|---|---|
| Tablets, 100s | .... | 72.00 |
| 1000s ea. | .... | 52.00 |

STIL-RAN (23044 Sesaves)

| | | |
|---|---|---|
| 2s | 1.65 | 12.00 |
| 25 c.c. | 3.50 | 28.00 |

Pfizer steroids
provided in the dosage forms and potencies preferred by your physicians. Be sure you're prepared with adequate stocks of all Pfizer preparations for the medical profession.

*Prednisolone*

STERANE* (brand of prednisolone) TABLETS 5 mg., scored, oval shape, bottles of 20 and 100; 1 mg., scored, oval shape, bottles of 100.

*Hydrocortisone*

CORTRIL® (brand of hydrocortisone) TABLETS 10 mg., scored, bottles of 25 and 100; 20 mg., scored, bottles of 20 and 100.

CORTRIL® TOPICAL OINTMENT 1.0% in ⅛ oz. and ½ oz. tubes and 2.5% in ⅛ oz. tubes.

TERRA-CORTRIL* TOPICAL OINTMENT 1.0% Cortril with 3.0% of Terramycin® (brand of oxytetracycline) in ½ oz. tubes.

CORTRIL® ACETATE OPHTHALMIC OINTMENT 0.5% and 2.5% in ⅛ oz. ophthalmic-tipped tubes.

TERRA-CORTRIL* OPHTHALMIC SUSPENSION 15 mg. of hydrocortisone acetate and 5 mg. of oxytetracycline (Terramycin) per cc. in 5 cc. bottles.

CORTRIL® ACETATE AQUEOUS SUSPENSION (for intra-articular use) 25 mg./cc., 5 cc. vials.

CORTRIL® VAGINAL TABLETS 10 mg. of hydrocortisone, boxes of 10, individually foil wrapped.

(For prices and sizes see page 17)

*Androgens*

SYNANDROL® testosterone propionate, U.S.P., in sesame oil, for intramuscular injection: 25 mg., 50 mg. and 100 mg./cc.; in 10 cc. multiple-dose vials.

SYNANDROL®-F testosterone, U.S.P., in aqueous suspension, for intramuscular injection; 25 mg., 50 mg. and 100 mg./cc.; in 10 cc. multiple-dose vials.

SYNANDROTABS® methyltestosterone, U.S.P., oral tablets, 10 mg. and 25 mg. per tablet: bottles of 100 scored tablets.

SYNANDRETS® testosterone, U.S.P., transmucosal tablets, 10 mg., bottles of 25 and 100 scored tablets; 25 mg., bottles of 25 scored tablets.

*Estrogens*

DIOGYN* estradiol, U.S.P., in aqueous suspension, for intramuscular injection: 0.25 mg. and 1.0 mg./cc.; in 10 cc. multiple-dose vials.

ESTRONE estrone, U.S.P., in aqueous suspension, 2.0 mg. and 5.0 mg./cc., for intramuscular injection; in 10 cc. multiple-dose vials.

*Progesterones*

SYNGESTERONE® in OIL, progesterone, U.S.P., in sesame oil, 25 mg./cc.: in 10 cc. multiple-dose vials.

SYNGESTERONE® in AQUEOUS SUSPENSION, progesterone, U.S.P., in aqueous suspension, for intramuscular injection; 25 mg./cc. in 10 cc. multiple-dose vials.

*Specialties*

NEODROL® stanolone in aqueous suspension, 50 mg./cc., for intramuscular injection; in 10 cc. multiple-dose vials.

COMBANDRIN* 1 mg./cc., estradiol benzoate, U.S.P., and 20 mg./cc. testosterone propionate, U.S.P., in sesame oil, for intramuscular injection; in 10 cc. multiple-dose vials.

COMBANDRETS® 1 mg. estradiol, U.S.P., and 10 mg. testosterone, U.S.P., per transmucosal tablet: vials of 25 and 100 scored tablets.

Pfizer

PFIZER LABORATORIES, Brooklyn 6, N. Y.
Division, Chas. Pfizer & Co., Inc.

56-57 Blue Book

STIL-ROL(R) (1726 Ballard)
Dispellets, 60s ea. .... 6.67
250s ea. .... 24.00
Tablets, 100s ea. .... 3.50
1000s ea. .... 31.00
STILS (13894 Key Corp)
Tablets, 25 mg.,
100s ea. *6.00 7.50 4.00
STILTABS(R) (1188 Argus Lab.)
Tablets,
0.5 mg., 100s ea. *1.50 .90
1 mg., 100s ea. *1.50 .90
5 mg., 100s ea. *2.50 1.50
25 mg., 100s ea. *5.00 3.00
Ext., 5 mg., 100s ea. *2.50 1.50
25 mg., 100s ea. *5.00 3.00
STIMALOSE(R)
(13068 Irwin, Neisler & Co.)
Tablets, 50s ea. .... 1.75
100s ea. .... 3.35
500s ea. .... 16.00
1000s ea. .... 31.00

## STIMAVITE*

## Tastitabs*

### Comprehensive Therapy for Growth and Appetite Stimulation

**Composition:** Each Tastitab contains:

| | |
|---|---|
| Vitamin $B_1$ | 10 mg. |
| Vitamin $B_6$ | 3 mg. |
| Vitamin $B_{12}$ | 20 mcg. |
| Vitamin C | 25 mg. |
| L-lysine | 15 mg. |

**Action and Uses:** Stimulates appetite, improves nutrition and promotes growth in children whose dietary intake is inadequate.

**How Administered:** One tablet daily. Tablet dissolves in the mouth or may be swallowed whole or dissolved in fluids.

**Supplied:** Bottles of 30.

*Trademark

**(ROERIG)**

Chicago 11, Illinois

STIMAVITE (21904 Roerig)
Tastitabs, 30s ea. *3.25 1.95
STIMDEX(R) (26647 Ulmer)
C.T., 100s ea. .... 1.35
1000s ea. .... 7.00
STIMENSIL(R) (27524 Wallau)
8 c.c. .... 12.60
16 c.c. .... 22.80
STIM-U-DENTS (24659 Stim-U-Dents)
.35 2.80
STIMULA (29639 Patch, E. L.)
1 lb. *4.13 .... 33.00
1¼ oz. tubes *.86 .... 6.84
STIM-U-LAX (191858 Oster)
Jr. Massage Instrument
Ea. *29.50 ....
STIMULOL (11244 Hance Bros. & White)
Tablets, S.C., 40s .... ....
1000s .... ....
STIMUTOL (20047 Pharmex)
Tabs., 30s ea. 2.95 1.20
60s ea. 4.95 2.20
STIM-ZEM(R) (287788 Zirin)
Capsules, 30s 7.50 60.00
100s 18.00 144.00
Liquid, 16 oz. 4.50 36.00
30 c.c. 4.50 36.00
Syrup, 16 oz. 3.75 30.00
STIP (6684 Cutter)
6 oz. can, 1s ea. 2.42 1.45
12s/1 2.25 1.35
STIRIZOL (24668 Stirizol)
Powder, 12 oz. 1.50 12.00
STIR-TABS (23619 Silar)
500s 3.25 26.00
1000s 6.00 48.00
STIX (14453 Kumfort Drug)
1¼ oz. .35 1.75
3 oz. .60 3.00
5⅓ oz. 1.00 5.00
STIXODENT (14453 Kumfort Drug)
4 oz. .35 1.75
10 oz. .60 3.00
STOCKAID (21524 Res Research)
1 gallon (Cs. of 6) .... 7.50
5 gallon drum ea. .... 5.50
30 gallon drum ea. .... 31.50
55 gallon drum ea. .... 35.00
STOCKALL (28088A Wilhe)
Powder, 3 lb. .75 3.50
5 lb. 1.10 8.16
25 lb. drum 2.34 17.15
25 lb. drum (case of 6) 3.51 12.85
50 lb. drum ea. 6.66 4.10
100 lb. drum ea. 12.50 7.65

## STOCKINGS, ELASTIC

see

## FUTURO

*Modern* Health Appliances

STOCK-TOX (16110 Martin C. J.)
Pt. 1.50 12.00
Qt. 2.25 18.00
Gal. ea. 6.75 4.50
Super, qt. 2.50 20.00
Gal. ea. 7.20 4.80
STOCO (24765 Stoco)
2 oz. bot. *.35 2.80
Cold Tablets, 15s *.35 2.80
STOD-B-COMPLEX(R) (24809 Stoddard)
10 c.c. vials ea. 1.70
STODCODON(R)⊙ (24809 Stoddard)
2 oz. .... 3.15
3 oz. .... 4.40
4 oz. .... 5.65
Pints ea. .... 1.55
Gal. ea. .... 20.00
STODCYLATE(R) (24809 Stoddard)
Tabs., 100s ea. .... 1.30
500s ea. .... 5.20
1000s ea. .... 10.00
STODDARD & CO. (24809)
Acetophenetidin, Aspirin & Salol
Tablets, 100s ea. .... .80
500s ea. .... 2.70
1000s ea. .... 5.00
Antacid, Tablets, 100s ea. .... .65
500s ea. .... 1.80
1000s ea. .... 3.20
Benzocaine Comp. Lozenges
100s ea. .... .75
500s ea. .... 2.35
1000s ea. .... 4.30
Betanaphthol Benzoate Compound(R)
Tablets, 100s ea. .... .90
500s ea. .... 3.20
1000s ea. .... 6.00
Calcium Lactate w/Ox-Bile Extract
Tablets, 100s ea. .... 1.00
500s ea. .... 3.70
1000s ea. .... 7.00
Calomel, Camphor, Ipecac & Stramonium Compound(R)
Tablets, 100s ea. .... .60
500s ea. .... 1.70
1000s ea. .... 3.00
Cascara, Aloin, Podophyllin, Belladonna & Nux Vomica
Tablets, 100s ea. .... .70
500s ea. .... 2.20
1000s ea. .... 4.00
Cascara-Comp. w/Strychnine (Hinkle)
Tablets, 100s ea. .... .45
500s ea. .... .95
1000s ea. .... 1.50
Gentian & Nux Vomica Comp.
Tablets, 100s ea. .... .70
500s ea. .... 2.20
1000s ea. .... 4.00
Hyoscyamus Comp. Tablets
No. 1,(R) 100s ea. .... .95
500s ea. .... 3.45
1000s ea. .... 6.50
No. 2, S.C., 100s ea. .... .95
500s ea. .... 3.45
1000s ea. .... 6.50
Iodatum(R)
Tablets, 100s ea. .... .90
500s ea. .... 3.20
1000s ea. .... 6.00
Iron, Manganese, Arsenic & Nux Vomica Compound(R)
Tablets, 100s ea. .... .70
500s ea. .... 2.20
1000s ea. .... 4.00
Menthol, Morphine Sulfate & Acetanilid Compound⊙
Tablets, 100s ea. .... .65
500s ea. .... 1.95
1000s ea. .... 3.50
Methadon Hydrochloride w/Homatropine Methylbromide*
Tablets, 100s ea. .... 1.10
500s ea. .... 4.20
1000s ea. .... 8.00
Monobromated Camphor Compound
Tablets, 100s ea. .... .55
500s ea. .... 1.45
1000s ea. .... 2.50
Pancreatin, Oxgall, & Nux Vomica Comp.
Tablets, 100s ea. .... .95
500s ea. .... 3.45
1000s ea. .... 6.50
Phenobarbital Tablets
¼ gr., 100s ea. .... .45
500s ea. .... .80
1000s ea. .... 1.20
½ gr., 100s ea. .... .50
500s ea. .... 1.05
1000s ea. .... 1.70
1½ gr., 100s ea. .... .45
500s ea. .... 1.90
1000s ea. .... 3.40
Pinus-Codein⊙ Comp.
2 oz. .... 4.15
3 oz. .... 5.90
4 oz. .... 7.65
Pints ea. .... 2.20
Gal. ea. .... 15.00
Rhubarb, Nux Vomica & Ipecac Comp.
Tablets, 100s ea. .... .70
500s ea. .... 2.20
1000s ea. .... 4.00
Sanguinaria, Tartar Emetic, Ipecac and Ammonium Chloride Compound
Tablets, 100s ea. .... .70
500s ea. .... 2.10
1000s ea. .... 3.80
Sodium Salicylate, tablets
5 gr., 100s ea. .... .60
500s ea. .... 1.70
1000s ea. .... 3.00
Stillingia & Mercuric Chloride Comp.
Tablets, 100s ea. .... 1.20
500s ea. .... 4.50
1000s ea. .... 8.60
Strychnine Phosphate & Zinc Phosphide
Tablets, 100s ea. .... .65
500s ea. .... 1.95
1000s ea. .... 3.50
Terpin Hydrate & Potassium Guaiacolsulfonate
Tablets, 100s ea. .... 1.00
500s ea. .... 3.70
1000s ea. .... 7.00
Viburnum Comp. Tablets
100s ea. .... 1.10
500s ea. .... 4.20
1000s ea. .... 8.00
STODERONE(R) (24809 Stoddard)
Tablets, 100s ea. .... 2.00
500s ea. .... 8.70
1000s ea. .... 17.00
STODESTROGEN (24809 Stoddard)
20,000 I.U. in Aqueous Suspension
10 c.c. vial ea. .... 1.30
STODESTROL (24809 Stoddard)
Tablets, 100s ea. .... .80
500s ea. .... 2.70
1000s ea. .... 5.00
STOLATE (6852 Daniels, Robert)
Capsules, TD, 100s ea. .... 2.00
1000s ea. .... 17.50
STOLEN SECRET (15577 Lundborg)
Perfume, 1 dram 1.00 7.20
1 oz. 5.00 36.00
Toilet Water, 3 oz. 1.25 9.00

## STOLIC® AND STOLIC® FORTE

### TABLETS

**Composition:** Each 'Stolic' Tablet contains: Mannitol hexanitrate, 15 mg. (¼ gr.), Rutin, 20 mg. (1/3 gr.), 'Delvinal' vinbarbital, 30 mg. (½ gr.). Each 'Stolic' Forte Tablet contains: Mannitol hexanitrate, 30 mg. (½ gr.), Rutin, 20 mg. (1/3 gr.), 'Delvinal' vinbarbital, 30 mg. (½ gr.). In bottles of 100 and 1,000.

**Action and Uses:** Provide prolonged vasodilation and effective sedation in treatment of essential hypertension. Produces a decrease in systolic pressure of approximately 35 mm. of mercury that lasts from 4 to 6 hours. Fall in blood pressure begins from 15 to 30 minutes after administration and reaches its maximal decrease in 2½ to 3 hours.

**Administration and Dosage:** Orally. 1 or 2 tablets at 4 to 6 hour intervals, in accordance with clinical judgment.

**SHARP & DOHME**

PHILADELPHIA, PA.

DIVISION OF MERCK & CO., Inc.

STOLIC (23289 Sharp & Dohme)
Tablets, S.C.
100s ea. *4.50 5.00 3.00
1000s ea. *40.50 45.00 27.00
In lots of
5-1000s ea. *191.25 .... 127.50
10-1000s ea. *367.50 .... 245.00
STOLIC FORTE (23289 Sharp & Dohme)
Tablets, 100s ea. *4.95 5.50 3.30
1000s ea. *43.65 48.50 29.10
In lots of
5-1000s ea. *207.00 .... 138.00
10-1000s ea. *397.50 .... 265.00
STOLICAL (25014 Stolical Co.)
Pink Tablets, 40s *2.00 12.00
White Tablets, 40s *2.00 12.00
100s *3.00 18.00

STOM-ADE (26710 United Pharm.)
Lozenges, 100s 1.45 [illegible]
STOMACHIC BELL (12204 Hollings-Smith)
Tablets, 100s [illegible]
STOMAID (24339 Steinman)
4 oz. [illegible]
STOMAL (6781 Dell Drug)
Tablets, 100s ea. [illegible]
500s ea. 14.85 [illegible]
STOMASEPTINE (25079 Stomaseptine)
2 oz. [illegible]
6 oz. [illegible]
14¾ oz. [illegible]
32 oz. [illegible]
STOMATIVE (17721 Metenal)
Elixir, No. 1, pt. ea. [illegible]
Gal. ea. [illegible]
Elixir, No. 2, pt. ea. [illegible]
Gal. ea. [illegible]
STOMAX (6009 Colonial Drug)
Sm. [illegible]
Lg. .70 [illegible]
STOMEZE
Nilly Medicinal Prods. (21991)
Wafers, C.T., 30s ea. [illegible]
1000s ea. [illegible]
Jan Laboratories (13181)
Tablets, 1000s ea. [illegible]
Richlyn (21646)
10¾ gr., 1000s ea. [illegible]
Vitamin Div. Dwarfies (27307C)
Tablets, 25s .45 [illegible]
60s 1.00 [illegible]
STOMINES (GUARDIAN)
(27308A Vitamin Indust.)
Tablets, 25s. ea. [illegible]
STONE ROOT (19799 Penick-NYQ)
1 oz. pkgs., per lb. ... W. price [illegible]
STOP CAPSULES (23044 Sedarex)
7s 1.00 [illegible]
21s 2.75 22.00
STOP FOR FEET (18751 Nesroma) [illegible]
STOP IT (1369 Associated Prods.)
Tabs., 12s .25 2.00
100s 1.00 8.00
STOPASMA (20638 Preston)
Tablets, 30s [illegible]
100s [illegible]
STOP-BACCO (1140 Approved Pharm.)
Lozenges, 18s [illegible]
STOPETTE (17423A Montenier, Jules)
Cream Deodorant,
1½ oz. 1.10 [illegible]
Spray Deodorant,
1 oz. .60 [illegible]
2¼ oz. 1.25 [illegible]
STOPIN (29149 Ormont)
½ oz. [illegible]
STOP-IT (18751 Nesroma)
Foot Powder 12.00 [illegible]
For Athlete Feet 1.00 [illegible]
STOPPERS (8074C Edwards Prod.)
Tablets, 12s .15 1.20
STOP-PICK (22452 Salsbury's, Dr.)
2½ oz. 3.45 [illegible]
6 oz. .65 [illegible]
STOP-ZEM(R) (287788 Zirin)
Liquid, Inj., 30 c.c. 3.00 24.00
STORAXOL (19539 Parke, Davis)
Ointment, 1 oz. tube *.58 .65 [illegible]
1 lb. jar ea. *2.61 2.90 [illegible]
STORCAVITE (21904 Roerig)
Tablets, 100s ea. *3.60 4.00 [illegible]
STORK (15009 Leiner, Geo. S.)
Nursing Bottle Brush [illegible]
STORK (5689 Cipogne)
2 drs. ea. *8.00 [illegible]
Jr., 1 dr. ea. *4.50 [illegible]
STORK CENTER HEADQUARTERS (25186)
Advertising Aids,
Baby Needs Dept. [illegible]
Prescription Dept. [illegible]
Advertising Material [illegible]
Baby Books,
First Year [illegible]
First Year Supplements [illegible]
Year Books [illegible]
Baby Dept. Promotions,
Displays [illegible]
Membership Coupons [illegible]
Promotion Plans [illegible]
Prescription Dept. Promotions,
New Mother Membership
Coupons [illegible]
Physician's Privilege Cards [illegible]
STOUDT'S BITTERS (25187 Stoudt's Drug)
12 oz. 1.90 [illegible]
STOVAINE(R) (27514 Wallau)
Powder, 5 gm. [illegible]
10 gm. [illegible]
STOVER'S (DR.) (29147 Orlando Corp.)
Golden Oil, 6 fl. oz. 1.25 10.00
Ointment, 2 oz. 1.25 [illegible]
STOVER PROTECTIVE CREAM
(25250 Stover Co.)
4 oz. [illegible]
8 oz. [illegible]
16 oz. [illegible]
5 lb. [illegible]
STRADIVARI (20689 Prince Matchabelli)
Cologne, 2 oz. [illegible]
4 oz. [illegible]
Dusting Powder, 6 oz. [illegible]
12 oz. [illegible]

(Continued on Next Page)

'59 Blue Book

DICURIS PROCAINE [illegible]

DIDEE SCENT [illegible]

DIENE [illegible] 39 7.00

DIENESTROL [illegible]

Tablets 0.5 mg. [illegible] 3.35

4.75

C.T. [illegible] 1.50 .90 / 2.35 1.35 / 3.30 2.00 / 8.30 5.00

[illegible] 8.00 / 12.00

[illegible] 2.20

[illegible] E.C. 2.5 mg. .60 / 2.25 / 4.00

[illegible] 6.35

[illegible] .90 / 4.25 / 7.95 / 6.20

[illegible] 5.00 / 4.50

White Labs. (27954)
Tablets 0.1 mg.
100s ea. *1.25 .75
1000s ea. 6.50
0.5 mg., 100s ea. *1.75 [illegible]
1000s ea. 9.00
10 mg. 100s ea. *5.00 [illegible]
1000s ea. 27.00

DI-ERONE [illegible] (14397) Kremers-Urban
Tablets, 25s ea. 2.25 1.35
60s ea. 5.20 3.12
500s ea. 34.50 27.70
1000s ea. 67.50 40.50

DIESTIANS (20495) Paro Pharm.
Tablets
15s .20 .25 2.00
35s [illegible] .50 [illegible]
80s *.98 1.00 3.00

DI-ESTROL [illegible] (14836) Campbell Pharm.
5 mg. [illegible]
10 c.c. vial ea. [illegible]

DIESTRYL (12346) Norland Pharm.
Tablets, C.T. 5 mg. 500s ea. [illegible]
1000s ea. 4.40
25 mg. 500s ea. [illegible]
1000s ea. 13.50

DIETABS (13594) Key Corp.
Series A Plain Tablets
Set of 3x 100s ea. 9.00 [illegible] 6.00
3x1000s ea. 30.00
Series C, Capsules
Set of 3x 100s ea. *12.00 18.00 9.00
3x1000s ea. 45.00

DIETENE REDUCING SUPPLEMENT
(7429) Dietene.
Plain or Chocolate
1 lb. ea. *1.59 1.60 2.08
5 lb. ea. *7.29 7.30 4.90

DIETEX (7359) Dacia Chemical
Tablets 63s 3.00 24.00

DIETHRONS (27300A) Vitamin Industries
Caps., 60s ea. 3.30 1.80
120s ea. 5.00 3.00

DI-ETH-STROL [illegible] (3564) [illegible]
Aqueous Suspension 25 mg./c.c. USP
10 c.c. vial ea. 1.65
In Oil, 25 mg./c.c. USP
10 c.c. vial ea. 1.65

DIETHYLBARBITURIC ACID
(See Barbital)

DIETHYLSTILBESTROL [illegible]
A.P.C. (509)
Tablets
1 mg., 100s ea. .40
1000s ea. 1.64
5000s/1000 1.54
Enteric Coated Red
100s ea. .46
1000s ea. [illegible]
5000s/1000 1.90
5 mg., 100s ea. .80
1000s ea. 5.76
5000s/1000 5.56
Enteric Coated Red
100s ea. .86
1000s ea. 6.60
5000s/1000 6.40
25 mg., 100s ea. 2.00
1000s ea. 18.00
5000s/1000 17.50
Enteric Coated Red
100s ea. 2.20
1000s ea. 19.20
5000s/1000 18.50

Abbott Res.
[illegible]
Suppositories, [illegible]
0.5 mg. 25s ea. *.99 [illegible] .55
50s ea. *5.94 [illegible] 1.95
Tablets,
5 mg., [illegible]
25 mg. [illegible] 47.50 / 39.00
100 mg. [illegible] 4.00

Abbenney (113)
1 mg., [illegible]
1 mg., E.C., [illegible]
5 mg., [illegible]
E.C., [illegible]
25 mg. [illegible]
E.C., [illegible]

Actina Pharmacal (248A)
Delay Caps. 15 mg. [illegible] 10.00
Tabs., 1 mg. [illegible]
E.C. [illegible] .95
25 mg. [illegible]
E.C. 1000s ea. 5.25
Vials 25 mg./c.c.
10 c.c. ea. .95

American Bio-Chemical (67)
Pessaries, .1 mg. [illegible] .60
.5 mg., [illegible] 5.25
Tablets, 1 mg., [illegible]
5 mg., [illegible] 1.50
25 mg. [illegible] 3.3[illegible]
1000s ea. 40.00 30.00

American Drug Prod. (695)
Capsules 15 mgm. [illegible] 12.00
Tablets, 0.1 mgm., 1000s ea. .55
E.C., 1000s ea. .85
0.5 mgm., 1000s ea. .63
E.C., 1000s ea. .90
1.0 mgm., 1000s ea. .75
E.C., 1000s ea. [illegible]
5.0 mgm., 1000s ea. 1.93
E.C., 1000s ea. 2.15
25 mgm. 1000s ea. 6.20
E.C., 1000s ea. 6.50
Vials In Oil
10 c.c., 25 mg./c.c., [illegible] .95
10s ea. 2.95
30 c.c., 1 mg./c.c., [illegible] .69
10s ea. [illegible]
5 mg./c.c., [illegible] .85
10s ea. 8.00

American Serum Co. (8412)
10 c.c. (1-2 doses) ea. .75 .50

Anchor Serum (925)
Solution, 4 mg./c.c.
60 c.c. .... ....

Approved Pharm. (1140)
Tablets, U.S.P.
C.T., 0.5 mg., 100s ea. .25
500s ea. .60
1000s ea. .95
5000s/1000s .85
1 mg., 100s ea. .30
500s ea. .80
1000s ea. 1.20
5000s/1000s [illegible]
5 mg., 100s ea. .45
500s ea. 2.00
1000s ea. 3.[illegible]
5000s/1000s [illegible]
25 mg., 100s ea. [illegible]
500s ea. 5.75
1000s ea. 10.50
5000s/1000s 10.[illegible]
E.C., 0.1 mg., 100s ea. [illegible]
1000s ea. 1.65
0.25 mg., 100s ea. .45
1000s ea. 1.55
0.5 mg., 100s ea. .30
500s ea. .83
1000s ea. 1.35
5000s/1000s 1.25
1 mg., 100s ea. .35
500s ea. 1.00
1000s ea. 1.50
5000s/1000s [illegible]
5 mg., 100s ea. .60
500s ea. 2.5[illegible]
1000s ea. 4.40
5000s/1000s 4.15
25 mg., 100s ea. 1.35
500s ea. 6.75
1000s ea. 11.50
5000s/1000s 11.25

Arico Drug Co. (13[illegible])
Tablets
E.C., 1 mg., 100s .... 14.40
C.T., 5 mg., 100s .... 12.00
25 mg., 100s ea. .... 2.27

[illegible] 7.50

[illegible] (Bio. Bret.) (3265)
C.T. 1 mg., 1000s .... 4.35
5 mg., 1000s .... 6.30

Boyle (3284)
Tablets USP
5.0 mg. E.C., 100s ea. .... [illegible]
1000s ea. .... 9.00
C.T., 100s ea. .... [illegible]
1000s ea. .... 8.[illegible]
25 mg. E.C. 100s ea. .... 3.[illegible]
C.T., 100s ea. .... 3.[illegible]
1000s ea. .... 13.[illegible]
1000s ea. .... 27.[illegible]

Brewer (4209)
Gelvets, 0.5 mg., 100s ea. 1.05 .63
1000s ea. 9.00 5.[illegible]
1 mg., 100s ea. 1.25 [illegible]
1000s ea. 10.[illegible] 6.5[illegible]
5 mg., 100s ea. 3.6[illegible] 2.[illegible]
1000s ea. 26.[illegible] [illegible]
25 mg., 100s ea. 7.35 4.[illegible]
1000s ea. 63.35 38.[illegible]

Bryant Pharm. (4470)
Tablets, Plain or E.C.,
0.5 mg., 100 .... .... ....
500 .... .... ....
1000 .... .... ....
1.0 mg., 100 .... .... ....
500 .... .... ....
1000 .... .... ....
5.0 mg., 100 .... .... ....
500 .... .... ....
1000 .... .... ....
25 mg., 100 .... .... ....
500 .... .... ....
1000 .... .... ....

Buffington's (4504)
Estrosyn (See under Trade Name)

Campbell Pharm. [illegible]
1.0 mg., 1000s ea. .... 3.[illegible]
5.0 mg., 1000s ea. .... 4.[illegible]
25 mg., 1000s ea. .... [illegible]

Carlton (4942)
Tablets, E.C.
5 mg., 1000s ea. .... 6.00
25 mg., 1000s ea. .... 9.[illegible]

Carrick (5009)
Tablets
5.0 mg., 100s ea. *2.40 ... 1.50
1000s ea. *18.[illegible] ... 12.[illegible]
25.0 mg., 100s ea. *7.25 ... 4.72
1000s ea. *67.[illegible] ... 42.[illegible]

Carroll Chemical (5071)
Tablets,
Plain, 0.5 mg., 100s ea. .... .25
1000s ea. .... 1.53
1.0 mg., 100s ea. .... .30
1000s ea. .... 1.7[illegible]
5.0 mg., 100s ea. .... .55
1000s ea. .... 4.[illegible]
25.0 mg., 100s ea. .... 1.30
1000s ea. .... 10.7[illegible]
E.C., 1.0 mg., 100s ea. .... .35
1000s ea. .... 2.[illegible]
5.0 mg., 100s ea. .... .70
1000s ea. .... 5.[illegible]
25.0 mg., 100s ea. .... [illegible]
1000s ea. .... 15.[illegible]

(Continued on Next Page)

STICIN

b Penicillin

s, at "P".

(On Next Page)

DIENESTROL CREAM

• Composition: Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

• Action and Uses: Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• How Administered: Applied intravaginally by ORTHO® applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• How Supplied: Dienestrol cream is supplied in large tubes, with or without ORTHO measured-dose applicator.

ORTHO PHARMACEUTICAL CORPORATION

Raritan, New Jersey

DIETHYLSTILBESTROL (R) (Continued)

Cenci (5272)
Tablets, U.S.P.
0.1 mg., 100s ea. .... .... .20
1000s ea. .... .... 1.25
5000s/1000 .... .... 1.15
0.25 mg., 100s ea. .... .... .34
1000s ea. .... .... 1.65
5000s/1000 .... .... 1.50
0.50 mg., 100s ea. .... .... .35
1000s ea. .... .... 1.93
5000s/1000 .... .... 1.82
1 mg., 100s ea. .... .... .50
1000s ea. .... .... 2.50
5000s/1000 .... .... 1.95
5 mg., 100s ea. .... .... 1.25
1000s ea. .... .... 6.95
5000s/1000 .... .... 5.75
25 mg., 100s ea. .... .... 2.25
1000s ea. .... .... 19.50
5000s/1000 .... .... 16.25
50 mg., 100s ea. .... .... 3.75
500s ea. .... .... 17.40
1000s ea. .... .... 31.50
5000s/1000 .... .... 30.00
100 mg., 100s ea. .... .... 8.50
500s ea. .... .... 34.78
1000s ea. .... .... 66.25
5000s/1000 .... .... 63.25

Chase Chem. (5490)
Tablets
0.1 mg., 100s ea. .... .22
1000s ea. .... 1.80
E.C., 100s ea. .... .36
1000s ea. .... 2.00
0.5 mg., 100s ea. .... .32
1000s ea. .... 1.80
E.C., 100s ea. .... .40
1000s ea. .... 2.20
1.0 mg., 100s ea. .... .46
1000s ea. .... 2.40
E.C., 100s ea. .... .56
1000s ea. .... 2.60
5 mg., 100s ea. .... .80
1000s ea. .... 6.00
E.C., 100s ea. .... .84
1000s ea. .... 6.00
25 mg., E.C., 100s ea. .... 2.20
1000s ea. .... 20.00

Chicago Pharmacal (5619)
Injectable, Vials,
50 mg., 10 c.c. ea. .... 2.75
Tablets, 0.25 mg., S.C.
100s ea. .... .55
1000s ea. .... 3.00
0.5 mg., S.C. 100s ea. .... .60
1000s ea. .... 3.50
1.0 mg., S.C. 100s ea. .... .65
1000s ea. .... 4.00
5 mg., S.C. 100s ea. .... 1.15
1000s ea. .... 9.00
5 mg., Plain 100s ea. .... 1.20
1000s ea. .... 8.50
25 mg., S.C. 100s ea. .... 3.25
1000s ea. .... 30.00
50 mg., Plain 100s ea. .... 6.15
1000s ea. .... 59.00

Christina (5664)
Di-Eth-Strel (See Under Trade Name)

Columbia (6045)
Tablets, 1 mg., 1000s ea. .... .95
5 mg., 1000s ea. .... 2.10
25 mg., 1000s ea. .... 8.35
E.C., 0.5 mg., 1000s ea. .... 1.05
1 mg., 1000s ea. .... 1.35
5 mg., 1000s ea. .... 2.55
25 mg., 1000s ea. .... 8.95

Consolidated Midland Corp. (6156)
Tablets,
Plain, 0.1 mgm., 1000s ea. .... 1.05
0.5 mgm., 1000s ea. .... 1.20
1.0 mgm., 1000s ea. .... 1.50
5.0 mgm., 1000s ea. .... 3.00
25.0 mgm., 1000s ea. .... 8.13
E. C., 0.1 mgm., 1000s ea. .... 1.80
0.5 mgm., 1000s ea. .... 1.95
1.0 mgm., 1000s ea. .... 2.25
5.0 mgm., 1000s ea. .... 3.13
25.0 mgm., 1000s ea. .... 8.75

Corvit Pharmaceuticals (6335)
Tablets,
C.T., 5 mg., 100s ea. .... .50
1000s ea. .... 4.75
25 mg., 100s ea. .... 1.50
1000s ea. .... 12.00
100 mg., 100s ea. .... 4.50
1000s ea. .... 42.00
E.C., 1 mg., 100s ea. .... .35
1000s ea. .... 3.00
5 mg., 100s ea. .... .65
1000s ea. .... 5.50
25 mg., 100s ea. .... 1.60
1000s ea. .... 13.00

Cowley Pharm. (6398)
Tablets, 0.5 mg., 1000s ea. .... 1.80
1.0 mg., 1000s ea. .... 2.40
5.0 mg., 1000s ea. .... 6.00
E.C., 5.0 mg., 1000s ea. .... 6.50
25 mg., 1000s ea. .... 20.00

Crockett Labs. (6480)
Veterinary, Solution, 2 mg./c.c.,
10 c.c. vial ea. 1.00 .60
50 c.c. vial ea. 2.00 1.25

Daniels (6852)
Capsules,
TO, 15 mg., 100s ea. .... 1.50
1000s ea. .... 12.50

Tablets, 0.5 mg., 100s ea. .... .22
1000s ea. .... .36
1.0 mg., 100s ea. .... .30
1000s ea. .... [illegible]
5.0 mg., 100s ea. .... .35
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.15
1000s ea. .... 8.50
E.C., 0.5 mg., 100s ea. .... .30
1000s ea. .... 1.35
1.0 mg., 100s ea. .... .36
1000s ea. .... 1.50
5.0 mg., 100s ea. .... .50
1000s ea. .... 4.25
25 mg., 100s ea. .... 1.40
1000s ea. .... 9.50

Dumas-Wilson (7765)
Mikarol (See Under Trade Name)

DuMont Pharmacal Co. (7767)
Tablets.
0.5 mg. C.T. 100s ea. .... .20
500s ea. .... .90
1000s ea. .... 1.45
E.C. 100s ea. .... .30
500s ea. .... 1.25
1000s ea. .... 1.95
1.0 mg. C.T. 100s ea. .... .25
500s ea. .... 1.10
1000s ea. .... 1.75
E.C. 100s ea. .... .25
500s ea. .... 1.40
1000s ea. .... 2.25
5.0 mg. C.T. 100s ea. .... .45
500s ea. .... 1.80
1000s ea. .... 3.00
E.C. 100s ea. .... .55
500s ea. .... 2.00
1000s ea. .... 3.50
25.0 mg. C.T. 100s ea. .... 1.10
500s ea. .... 5.00
1000s ea. .... 9.00
E.C. 100s ea. .... 1.20
500s ea. .... 5.35
1000s ea. .... 9.50
100 mg. C.T. 100s ea. .... 3.50
500s ea. .... 16.00
1000s ea. .... 33.00

Elder (8340)
E.C.T., 0.5 mg., 100s ea. .... .50
500s ea. .... 1.85
1000s ea. .... 3.50

Empire Drug (8308)
Tabs., 5 mg., Plain 1000s ea. .... 3.50
E.C., 1000s ea. .... 4.50
25 mg., Plain, 1000s ea. .... 11.00
E.C., 1000s ea. .... 12.00
In Sesame Oil
25 mg./c.c., 25s ea. .... 5.00
100s ea. .... 18.00

Estro (8522)
Ampuls 5 mg., per 1 c.c.
25s ea. .... 3.00
100s ea. .... 10.00
Tablets, E. C.
1.0 mg., 100s ea. .... .60
1000s ea. .... 3.30
5000s ea. .... 15.00
5.0 mg., 100s ea. .... .82
1000s ea. .... 5.56
5000s ea. .... 26.30
25 mg., 100s ea. .... 1.72
1000s ea. .... 14.30
5000s ea. .... 70.00
Vials, M.D., In Oil
5 mg./c.c., 30 c.c. ea. .... 2.04
10 mg./c.c., 30 c.c. ea. .... 2.64

Evron Co. (8641)
Tablets,
0.25 mg., 100s ea. .... .21
1000s ea. .... 1.17
E.C., 100s ea. .... .24
1000s ea. .... 1.77
0.5 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
E.C., 100s ea. .... .27
1000s ea. .... 1.92
1.0 mg., 100s ea. .... .27
1000s ea. .... 1.62
E.C., 100s ea. .... .30
1000s ea. .... 2.01
5.0 mg., 100s ea. .... .45
1000s ea. .... 3.42
E.C., 100s ea. .... .51
1000s ea. .... 4.17
25.0 mg., 100s ea. .... 1.50
500s ea. .... 6.75
1000s ea. .... 12.51
E.C., 100s ea. .... 1.62
500s ea. .... 7.26
1000s ea. .... 13.53

Faraday (8810)
Tabs., 0.1 mg., 100s ea. .26 .13
1000s ea. 1.20 .60
E.C., 100s ea. .44 .22
1000s ea. 2.34 1.17
0.25 mg., 100s ea. .28 .14
1000s ea. 1.40 .70
E.C., 100s ea. .50 .25
1000s ea. 2.50 1.25
0.5 mg., 100s ea. .32 .16
1000s ea. 1.56 .78
E.C., 100s ea. .65 .33
1000s ea. 2.65 1.33
1.0 mg., 100s ea. .46 .23
1000s ea. 1.72 .86
E.C., 100s ea. .91 .46
1000s ea. 2.82 1.41

5.0 mg., 100s ea. .... 32 .41
1000s ea. .... 4.52 2.25
E.C., 100s ea. .... 2.50 .75
1000s ea. .... 6.00 3.00
10.0 mg., 100s ea. .... [illegible] .80
1000s ea. .... 8.50 4.25
E.C., 100s ea. .... 2.96 1.48
1000s ea. .... 11.50 5.60
25.0 mg., 100s ea. .... 2.50 1.25
1000s ea. .... 18.00 9.00
E.C., 100s ea. .... 3.84 1.92
1000s ea. .... 19.20 9.60

Fidelity (8993)
(Veterinary)
50 c.c. vial ea. .... 2.22 1.48
125 c.c. ea. .... 4.95 3.30
250 c.c. ea. .... 9.60 5.40

Gold Leaf (10377)
Injection in Oil
Ampuls 1 c.c., Intram.
1 mg. 6s ea. .... .75 .56
25s ea. .... 2.20 1.65
100s ea. .... 7.50 5.63
5 mg. 6s ea. .... .90 .68
25s ea. .... 2.70 2.03
100s ea. .... 9.00 6.75
Vials, 30 c.c.
1 mg. ea. .... 1.50 1.13
5 mg. ea. .... 2.50 1.88
25 mg. ea. .... 3.50 2.53
Tablets, E.S.C.
1 mg. 100s .... 6.00
1000s ea. .... 2.20
5 mg. 100s .... 10.00
1000s ea. .... 4.50
25 mg., 100s .... 26.00
1000s ea. .... 16.00
C.T., 25 mg., 100s .... 24.00
1000s ea. .... 14.00

Gotham (10580)
In Sesame Oil
5 mg./c.c.
10 c.c. vial ea. .... .80 .53
25 mg./c.c.
10 c.c. vial ea. .... 1.20 .80
Tablets, Plain,
1 mg., 1000s ea. .... 1.90 1.27
5000s ea. .... 9.00 5.99
5 mg., 1000s ea. .... 3.60 2.40
5000s ea. .... 15.00 9.99
25 mg., 1000s ea. .... 10.40 6.93
5000s ea. .... 46.50 30.97
Coated, 1 mg., 1000s ea. .... 2.50 1.67
5 mg., 1000s ea. .... 4.30 2.87
5000s ea. .... 18.00 11.98
25 mg., 1000s ea. .... 11.20 7.49
5000s ea. .... 49.60 33.27

Grant (10664)
Hes (See Under Trade Name)

Haack (11012)
Tablets,
0.10 mg. E.C., 100s ea. *.75 .40
1000s ea. .... 1.50
5000s per M .... 1.25
0.25 mg., E.C., 100s ea. *.75 .40
1000s ea. .... 1.50
5000s per M .... 1.25
0.5 mg. E.C., 100s ea. *.75 .40
1000s ea. .... 1.50
5000s per M .... 1.25
1 mg., 100s ea. *.75 .40
1000s ea. .... 1.75
5000s per M .... 1.40
E.C., 100s ea. *.75 .40
1000s ea. .... 2.00
5000s per M .... 1.60
5 mg., 100s ea. *1.00 .60
1000s ea. .... 4.00
5000s per M .... 3.20
E.C., 100s ea. *1.00 .65
1000s ea. .... 4.25
5000s per M .... 3.40
100s ea. *2.00 1.25
1000s ea. .... 12.00
5000s per M .... 9.60
E.C., 100s ea. *2.50 1.50
1000s ea. .... 13.20
5000s per M .... 10.50
100 mg., 100s ea. *7.50 4.00
1000s ea. .... 32.00

Halsey (11178)
Tablets
C.T., .5 mg., 100s ea. .... .30
500s ea. .... .85
1000s ea. .... 1.10
1 mg., 100s ea. .... .35
500s ea. .... 1.10
1000s ea. .... 1.70
5 mg., 100s ea. .... .50
500s ea. .... 1.80
1000s ea. .... 3.25
25 mg., 100s ea. .... 1.25
500s ea. .... 4.75
1000s ea. .... 9.00
E. C., .5 mg., 100s ea. .... .35
500s ea. .... 1.40
1000s ea. .... 2.20
1 mg., 100s ea. .... .40
500s ea. .... 1.60
1000s ea. .... 2.50
5 mg., 100s ea. .... .65
500s ea. .... 2.50
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.25
500s ea. .... 5.75
1000s ea. .... 10.00

Hance Bros. & White(FL) (11244)
Tablets,
C.T., 5 mg., 100s .... ....
1000s .... ....

25 mg., 100s
50 mg., 100s
E.C., 0.5 mg., 100s
1.0 mg.
5 mg.
25 mg.

Harvey (11524)
Ampul Vials, In Oil, 1 mg. per c.c.
10 c.c. ea.
25 c.c. ea.
Tablets: 1 mg.
1000s ea.
0.2 mg., 1000s ea.
0.5 mg., 1000s ea.
5000s ea.
1 mg., E. C. 1000s ea.
5000s ea.
5 mg., 1000s ea.
5000s ea.

Hildebrand (11257)
0.1 mg., 500s ea.
1000s ea.
0.2 mg., 500s ea.
1000s ea.
0.5 mg., 500s ea.
1000s ea.
1.0 mg., 500s ea.
1000s ea.
5.0 mg., 500s ea.
1000s ea.
20 mg., 100s ea.
500s ea.
1000s ea.

Hilly Medicinal Prods. (11992)
Tablets, C.T.,
0.5 mg., 1000s ea.
1.0 mg., 100s ea.
1000s ea.
5.0 mg., 100s ea.
1000s ea.
25.0 mg., 100s ea.
1000s ea.
E.C., 5.0 mg., 100s ea.
1000s ea.
25.0 mg., 100s ea.
1000s ea. .... 10.00

Hiss Pharm. (12062A)
Tablets,
C.T.,
0.5 mgm., 1000s ea. .... .... 1.6
1.0 mgm., 1000s ea. .... .... 1.6
5 mgm., 1000s ea. .... .... 3.1
25 mgm., 1000s ea. .... .... 10.
E.C.,
0.5 mgm., 1000s ea. .... .... 2.
1.0 mgm., 1000s ea. .... .... 2.
5 mgm., 1000s ea. .... .... 3.
25 mgm., 1000s ea. .... .... 12.

Horton & Converse (12344)
In Oil (Intramuscular)
1.0 mg./c.c. 10 c.c. r.c. vial
1s ea. .... *1.30
25 mg./c.c., 10 c.c. r.c. vial
1s ea. .... *2.50
Tablets, 0.1 mg., 100s ea. .... *.85
1000s ea. .... *6.50
E.C., 100s ea. .... *.90
1000s ea. .... *7.50
0.25 mg., 100s ea. .... *.90
1000s ea. .... *7.50
E.C., 100s ea. .... *.95
1000s ea. .... *8.00
0.5 mg., 100s ea. .... *.95
1000s ea. .... *8.00
E.C., 100s ea. .... *1.00
1000s ea. .... *8.80
1.0 mg., 100s ea. .... *1.15
500s ea. .... *6.00
1000s ea. .... *10.00
E.C., 100s ea. .... *1.20
500s ea. .... *6.50
1000s ea. .... *10.70
5.0 mg., 100s ea. .... *2.25
500s ea. .... *11.00
1000s ea. .... *20.00
E.C., 100s ea. .... *2.50
500s ea. .... *12.00
1000s ea. .... *22.00
25 mg., 100s ea. .... *3.50
500s ea. .... *16.20
1000s ea. .... *30.00

Hub Line (7693)
Tablets,
0.5 mgm., 100s *.64
1000s ea.
1.0 mgm., 100s *.79
1000s ea.
5.0 mgm., 100s *1.59
1000s ea.
E. C., 0.5 mgm., 100s *.79
1000s ea.
1.0 mgm., 100s *.99
1000s ea.
5.0 mgm., 100s *1.79
1000s ea.

Invenex (12967)
In oil, 25 mg./c.c.
10 c.c. vial ea. .... 1.90

Jamco Co. (13167)
Tablets, E.C.,
5 mgm., 1000s ea. .... 7.50
25 mgm., 1000s ea. .... 24.00

(Continued on Next Page)

(R) signifies "Prescription Only" product; • signifies Narcotic; signifies Exempt Narcotic; ▲ product requires refrigeration.

ETHYLSTILBESTROL (Continued)
Tablets C.T.
1.0 mg., 100s ea. .... .25
500s ea. .... 1.10
1000s ea. .... 1.75
5.0 mg., 100s ea. .... .60
500s ea. .... 2.25
1000s ea. .... 3.50
25.0 mg., 100s ea. .... 1.25
500s ea. .... 5.75
1000s ea. .... 9.50
100.0 mg., 100s ea. .... 4.25
500s ea. .... 19.50
1000s ea. .... 35.00
Unco ed.
0.5 mg., 500s ea. .... .90
1000s ea. .... 1.45
1.0 mg., 100s ea. .... .25
500s ea. .... 1.10
1000s ea. .... 1.75
5.0 mg., 100s ea. .... .60
500s ea. .... 2.25
1000s ea. .... 3.50
E.C., 0.5 mg., 100s ea. .... .30
500s ea. .... 1.25
1000s ea. .... 2.00
1.0 mg., 100s ea. .... .40
500s ea. .... 1.60
1000s ea. .... 2.45
5.0 mg., 100s ea. .... .70
500s ea. .... 2.70
1000s ea. .... 4.40
25.0 mg., 100s ea. .... 1.35
500s ea. .... 5.95
1000s ea. .... 9.90

Jann (13202)
Tablets C.T., USP
0.25 mg., 1000s ea. .... 1.10
0.5 mg., 1000s ea. .... 1.35
1.0 mg., 1000s ea. .... 1.60
5.0 mg., 1000s ea. .... 3.40
25.0 mg., 500s ea. .... 6.75
E. C., 0.25 mg., 1000s ea. .... 1.75
0.5 mg., 1000s ea. .... 2.00
1.0 mg., 1000s ea. .... 2.25
5.0 mg., 1000s ea. .... 4.25
25.0 mg., 1000s ea. .... 7.25

Kaye (13673)
Tablets, 0.5 mg.
1000s ea. .... .95
E.C., 1000s ea. .... 1.20
Tablets 5.0 mg.
1000s ea. .... 2.20
E.C., 1000s ea. .... 2.50
Tablets, 25 mg.
1000s ea. .... 5.50
E.C., 1000s ea. .... 5.95

Kreey Labs. (13820)
Injection in Oil
0.5 mg./c.c., 6s ea. •.91 .55
25s ea. •4.71 2.50
100s ea. •15.00 9.00
1.0 mg./c.c., 6s ea. •1.34 .80
25s ea. •5.00 3.00
5.0 mg./c.c., 6s ea. •1.84 1.10
25s ea. •6.91 4.15
100s ea. •23.33 14.00
Tablets, U.S.P.
0.5 mg., 100s ea. •1.84 .80
250s ea. •3.34 2.00
1000s ea. •13.33 8.00
1 mg., 100s ea. •1.67 1.00
250s ea. •3.75 2.25
1000s ea. •15.50 9.30
5 mg., 100s ea. •5.00 3.30
250s ea. •10.00 6.00
1000s ea. •38.34 23.00
25 mg., 100s ea. ....
250s ea. ....

Lehman (14071)
Tablets, U.S.P.
C.T., 0.25 mg.
100s ea. .... .30
1000s ea. .... 1.25
5000s/1000 .... 1.15
0.50 mg.
100s ea. .... .30
1000s ea. .... 1.25
5000s/1000 .... 1.15
1.0 mg.
100s ea. .... .40
1000s ea. .... 1.75
5000s/1000 .... 1.40
5.0 mg.
100s ea. .... .65
1000s ea. .... 4.25
5000s/1000 .... 3.50
25.0 mg.
100s ea. .... 1.25
1000s ea. .... 12.00
5000s/1000 .... 9.75
100.0 mg.
100s ea. .... 4.50
1000s ea. .... 38.00
E.C., 0.10 mg.
100s ea. .... .40
1000s ea. .... 1.45
5000s/1000 .... 1.15
0.25 mg.
100s ea. .... .40
1000s ea. .... 1.45
5000s/1000 .... 1.15
0.50 mg.
100s ea. .... .40
1000s ea. .... 1.50
5000s/1000 .... 1.25
1.0 mg.
100s ea. .... .40
1000s ea. .... 2.30
5000s/1000 .... 1.60
5.0 mg.
100s ea. .... .70
1000s ea. .... 4.50
5000s/1000 .... 3.60
25.0 mg.
100s ea. .... 1.50
1000s ea. .... 13.50
5000s/1000 .... 10.60

Kernel Co. (14327A)
Aqueous Suspension, USP, 5 mg./c.c.,
10 c.c. vial ea. .... 1.40
In Sesame Oil, 5 mg./c.c.,
30 c.c. vial ea. .... 3.32

Kremers-Urban (14397)
Tablets, 25 mg., 100s ea. 6.33 3.80
1000s ea. 58.67 35.20

Lannett (14677)
Tablets,
0.5 mg., USP,
E.C., 1000s ea. .... 1.60
5000s/1000 .... 1.50
1 mg., USP, 1000s ea. .... 1.30
5000s/1000 .... 1.25
E.C., 1000s ea. .... 2.10
5000s/1000 .... 1.94
5 mg., USP, 500s ea. .... 2.50
1000s ea. .... 4.00
E.C., 100s ea. .... .70
500s ea. .... 2.80
1000s ea. .... 5.00
25 mg., 100s ea. .... 1.40
500s ea. .... 6.00
1000s ea. .... 11.00
E.C. USP, 100s ea. .... 1.70
500s ea. .... 7.00
1000s ea. .... 12.00

Lilly (15249)
Ampoules In Oil
1 mg., 1 c.c.
6s ea. •1.35 1.50 .90
25s ea. •4.65 5.17 3.10
100s ea. •15.00 16.67 10.00
5 mg., 1 c.c.
6s ea. •1.87 2.08 1.25
25s ea. •6.37 7.08 4.25
100s ea. •22.12 24.58 14.75
In Ethyl Oleate
25 mg., 1 c.c.
6s ea. •2.25 2.50 1.50
Enseals
0.1 mg. 100s ea. •1.26 1.40 .84
500s ea. •5.85 6.50 3.90
1000s ea. •10.80 12.00 7.20
5000, bulk ea. •51.38 57.09 34.25
0.25 mg. 100s ea. •1.35 1.50 .90
500s ea. •6.30 7.00 4.20
1000s ea. •11.70 13.00 7.80
5000, bulk ea. •55.50 61.67 37.00
0.5 mg. 100s ea. •1.44 1.60 .96
500s ea. •6.75 7.50 4.50
1000s ea. •12.60 14.00 8.40
5000, bulk ea. •60.00 66.67 40.00
1 mg. 100s ea. •1.71 1.90 1.14
500s ea. •8.10 9.00 5.40
1000s ea. •15.30 17.00 10.20
5000, bulk ea. •72.76 80.84 48.50
5 mg., 100s ea. •3.64 4.05 2.43
500s ea. •16.74 18.60 11.16
1000s ea. •31.41 34.90 20.94
5000, bulk ea. •149.17 165.75 99.45
25 mg., 100s ea. •7.87 8.75 5.25
500s ea. •37.89 42.10 25.26
1000s ea. •73.53 81.70 49.02
5000, bulk ea. •349.29 388.10 232.86
Suppositories
0.1 mg. 6s ea. •.99 1.10 .66
50s ea. •6.75 7.50 4.50
0.5 mg. 6s ea. •1.17 1.30 .78
50s ea. •8.19 9.10 5.46
Tablets
0.1 mg. 100s ea. •1.17 1.30 .78
500s ea. •4.72 5.25 3.15
1000s ea. •8.55 9.50 5.70
5000, bulk ea. •35.63 39.59 23.75
0.25 mg. 100s ea. •1.26 1.40 .84
500s ea. •5.17 5.75 3.45
1000s ea. •9.45 10.50 6.30
5000, bulk ea. •39.37 43.75 26.25
0.5 mg. 100s ea. •1.35 1.50 .90
500s ea. •5.62 6.25 3.75
1000s ea. •10.35 11.50 6.90
5000, bulk ea. •43.13 47.92 28.75
1 mg. 100s ea. •1.62 1.80 1.08
500s ea. •6.97 7.75 4.65
1000s ea. •13.05 14.50 8.70
5000, bulk ea. •54.38 60.42 36.25
5 mg., 100s ea. •3.42 3.80 2.28
500s ea. •15.61 17.35 10.41
1000s ea. •29.16 32.40 19.44
25 mg., 25s ea. •2.09 2.32 1.39
100s ea. •7.51 8.34 5.00
500s ea. •36.76 40.84 24.50
1000s ea. •71.25 79.17 47.50

Lincoln Labs. (15266)
Ampuls, In Oil, 1 c.c.,
25s .... 3.75 36.00
100s .... 9.00 86.40
Vial, 30 c.c. .... 2.50 24.00
Tablets,
0.25 mg., 1000s .... 2.70 26.02
0.5 mg., 1000s .... 3.30 31.68
1.0 mg., 1000s .... 3.90 37.44
5.0 mg., 100s .... .90 8.64
1000s .... 7.80 75.88
25 mg., C.T., 100s .... 2.35 22.56
1000s .... 21.00 201.60

E.C.T., 1000s .... 2.50 24.00
10000s .... 22.50 216.00

Mann Fine Chem. (15930)
U.S.P. Powder
10 Gm. bot. ea. .... 3.00

Massengill (16299)
In Oil
25 mg. 10 c.c. R.C. Vial
Ea. •1.50 .... 1.00
Tablets
0.5 mg. S.C.
100s ea. •1.05 .... .70
1000s ea. •7.50 .... 5.00
1.0 mg. S.C.
100s ea. •1.20 .... .80
500s ea. •4.80 .... 3.20
1000s ea. •9.00 .... 6.00
5 mg. S.C.
100s ea. •1.50 .... 1.00
500s ea. •6.30 .... 4.20
1000s ea. •12.00 .... 8.00
25 mg.
100s ea. •5.19 .... 3.45
500s ea. 22.80 .... 15.20

Maurry (16250)
In Oil, U.S.P., 30 c.c. vial 1.40 ....
A-Di-Estrol (See Under Trade Name)

Mayrand (16307)
Tablets,
0.25 mg., E.C., 100s ea. .... .36
1000s ea. .... 2.00
0.5 mg., 100s ea. .... .36
1000s ea. .... 1.80
E.C., 100s ea. .... .42
1000s ea. .... 2.40
1 mg., 100s ea. .... .36
1000s ea. .... 2.00
E.C., 100s ea. .... .48
1000s ea. .... 2.80
5 mg., 100s ea. .... .60
1000s ea. .... 4.00
E.C., 100s ea. .... .66
1000s ea. .... 4.60
25 mg., 100s ea. .... 1.60
1000s ea. .... 12.00
E.C., 100s ea. .... 1.80
1000s ea. .... 12.20

McNeil Labs. (16544)
Tablets, enteric coated,
5 mg., 100s ea. .... 1.60
1000s ea. .... 12.93
25 mg., 100s ea. .... 6.00
1000s ea. .... 29.80

Medi-Synth Labs. (16692)
In Oil
1 mg. per c.c.
30 c.c. Vial, ea. .... .90
6s ea. .... 4.50
5 mg. per c.c.
30 c.c. Vial, ea. .... 1.80
6s ea. .... 9.00

Merck (16864)
5 gm. bot. ea. .... 1.89
25 gm. bot. ea. .... 7.70

Meredyth (16877)
E.C., 5 mg., 100s ea. .... 1.59
25 mg., 100s ea. .... 2.70

Meyer Chemical (17020)
Tablets, E.C., 5 mg. 100s ea. 2.25 1.50
1000s ea. .... 7.75

Meyer, Herman (17021)
U.S.P., 10 gm. ea. .... 3.00
Tabs., 5 mg. 1000s ea. .... 3.00

Miller Labs. (17201)
(See Under Trade Name "Milestrol")

Missouri Pharm. (17337)
Tablets
E.C., 0.1 mg., 1000s ea. .... 1.50
5000s ea. .... 6.75
0.25 mg., 1000s ea. .... 1.60
5000s ea. .... 6.90
0.5 mg., 1000s ea. .... 1.75
5000s ea. .... 7.40
1.0 mg., 1000s ea. .... 1.85
5000s ea. .... 8.10
5.0 mg., 1000s ea. .... 3.10
5000s ea. .... 14.50
C.T., 5.0 mg., 1000s ea. .... 2.75
5000s ea. .... 12.35
25.0 mg., 1000s ea. .... 9.25
5000s ea. .... 43.75

Moore & Co. (17463)
Tablets, E.C.
1 mg., 1000s ea. .... 4.00
5 mg., 1000s ea. .... 7.25

Morton (17561B)
In Oil
25 mg /c.c.
10 c.c. vial ea. .... 1.95
Tablets, E.C.,
1 mg., Bot., 1000s ea. .... 2.10
5 mg., Bot., 1000s ea. .... 4.10
25 mg., Bot., 1000s ea. .... 18.00

Mutual (17721)
0.2 mg., Pink Tablets
100s ea. .... .32
500s ea. .... 1.17
1000s ea. .... 2.15
0.5 mg., Yellow
100s ea. .... .54
500s ea. .... 2.34
1000s ea. .... 4.50
E. C.
100s ea. .... .59
500s ea. .... 2.57
1000s ea. .... 4.95
1.0 mg. Green
100s ea. .... .74
500s ea. .... 3.33
1000s ea. .... 6.48

E. C.
100s ea. .... .78
500s ea. .... 3.56
1000s ea. .... 6.89

Myers-Carter (17723)
O.S., 25 mg /c.c.,
10 c.c. ea. .... 3.20

Nelson Baker & Co. (18079)
Tablets, 0.5 mg., 100s ea. .... .25
1000s ea. .... 1.20
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.30
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.25
25 mg., 100s ea. .... 1.90
500s ea. .... 8.95
1000s ea. .... 14.50
E.C. 0.5 mg., 100s ea. .... .35
1000s ea. .... 1.60
1.0 mg., 100s ea. .... .40
1000s ea. .... 1.95
5.0 mg., 100s ea. .... .70
1000s ea. .... 5.30

Niagara Drug Co. (18334)
Ampuls 25 mg./c.c., in oil,
10 c.c. ea. .... 1.50
1 mg., 1 c.c.
25s ea. .... 1.60
100s ea. .... 5.85
2 mg., 1 c.c.
25s ea. .... 1.75
100s ea. .... 6.30
5 mg., 1 c.c.
25s ea. .... 2.00
100s ea. .... 7.20
Tabs., C.T.
1.0 mg., 1000s ea. .... 1.25
5.0 mg., 100s ea. .... .55
1000s ea. .... 3.95
25 mg., 100s ea. .... 1.40
1000s ea. .... 11.95
E.C.
0.5 mg., 1000s ea. .... 1.35
1.0 mg., 1000s ea. .... 1.60
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.60
25 mg., 100s ea. .... 1.50
1000s ea. .... 12.95

Norman, G. (18546)
In Sesame Oil,
0.5 mg./c.c., 1 c.c. ea. .... 4.90
1.0 mg./c.c., 1 c.c. ea. .... 5.65
5.0 mg./c.c., 1 c.c. ea. .... 8.50

Penhurst Pharm. Co. (19798A)
Tablets, USP,
C.T., 0.5 mg., 100s ea. .... .20
500s ea. .... .90
1000s ea. .... 1.45
1.0 mg., 100s ea. .... .25
500s ea. .... 1.10
1000s ea. .... 1.75
5.0 mg., 100s ea. .... .60
500s ea. .... 2.25
1000s ea. .... 3.50
25.0 mg., 100s ea. .... 1.35
500s ea. .... 6.00
1000s ea. .... 10.50
100 mg., 100s ea. .... 4.75
500s ea. .... 22.50
1000s ea. .... 39.00
E. C., 0.5 mg., 100s ea. .... .30
500s ea. .... 1.25
1000s ea. .... 2.00
1.0 mg., 100s ea. .... .40
500s ea. .... 1.60
1000s ea. .... 2.40
5.0 mg., 100s ea. .... .70
500s ea. .... 2.70
1000s ea. .... 4.35
25.0 mg., 100s ea. .... 1.65
500s ea. .... 6.50
1000s ea. .... 11.75

Person & Covey (19922)
Tablets, 0.5 mg.
E.C. 100s ea. •1.20 .... .72
1000s ea. •8.00 .... 4.80
1.0 mg., E.C.
100s ea. •1.40 .... .84
1000s ea. •10.00 .... 6.00
5 mg., Plain or E.C. red
100s ea. •2.00 .... 1.20
500s ea. •9.26 .... 5.55
1000s ea. •17.00 .... 10.00
25 mg. Plain or E.C., Red
100s ea. •5.56 .... 3.36
500s ea. •26.00 .... 15.60
1000s ea. •49.80 .... 29.88

Petroline Labs. (19976)
Tablets
Plain, 0.5 mg., 100s ea. .... .30
1000s ea. .... 1.35
E.C., 100s ea. .... .40
1000s ea. .... 2.00
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.60
E.C., 100s ea. .... .45
1000s ea. .... 2.75
5.0 mg., 100s ea. .... .65
1000s ea. .... 4.75
E.C., 100s ea. .... .80
1000s ea. .... 5.50
25.0 mg., 100s ea. .... 1.70
1000s ea. .... 15.25
E.C., 100s ea. .... 1.95
1000s ea. .... 17.50

(Continued on Next Page)

Die Page 200

Prices are listed in this order: *Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each, or as specified.

AMERICAN DRUGGIST BLUE BOOK

DIETHYLSTILBESTROL (R) (Continued)

Pharmex [illegible]
Tablets,
C.T., 0.5 mg., 100s ea. .... .50; 1000s ea. .... .95
1 mg., 500s ea. .... .20; 1000s ea. .... [illegible]
5 mg., 100s ea. .... .50; 1000s ea. .... 3.45
25 mg., 100s ea. .... 1.25; 1000s ea. .... 10.50
100 mg., 100s ea. .... 4.95; 500s ea. .... 22.95
E.C., 0.5 mg., 500s ea. .... .80; 1000s ea. .... 1.35
1 mg., 500s ea. .... 1.00; 1000s ea. .... 1.50
5 mg., 100s ea. .... .60; 1000s ea. .... 4.25
25 mg., 100s ea. .... 1.35; 1000s ea. .... 11.50

Pitman-Moore (20229)
Tablets,
0.5 mg., 500s ea. .... 3.75
1 mg., 500s ea. .... 4.55

Premo (20614)
Enerets
1 mg., Bottle of 100s ea. .... .68; 1000s ea. .... 2.40
5 mg., Bottle of 100s ea. .... 1.08; 1000s ea. .... 8.00
25 mg., Bottle of 100s ea. .... 2.60; 1000s ea. .... 22.00
Tablets,
1 mg., C.T., Bottle of 100s ea. .... .60; 1000s ea. .... 2.00
5 mg., C.T., Bottle of 100s ea. .... 1.00; 1000s ea. .... 6.40
25 mg., C.T., Bottle of 100s ea. .... 2.20; 1000s ea. .... 20.00

Preston (20638)
Tablets,
C.T., 25 mg., 100s ea. .... 1.50; 1000s ea. .... 12.50
E.C., 1 mg., 100s ea. .... .30; 1000s ea. .... 2.00
5 mg., 100s ea. .... .50; 1000s ea. .... 4.00
25 mg., 100s ea. .... 1.60; 1000s ea. .... 13.50

Price & Rankin (20657)
Met-Estrol (See Under Trade Name)

Raway Pharmacal (21122)
Tablets, 0.5 mg. 1000s ea. .... .55
1.0 mg. 1000s ea. .... .95
5.0 mg., 1000s ea. .... 1.95; 5000s ea. .... 1.90
25.0 mg., 1000s ea. .... 6.85; 5000s ea. .... 6.75
E.C., 0.5 mg., 1000s ea. .... .95
1.0 mg., 1000s ea. .... 1.45
5.0 mg., 1000s ea. .... 2.55; 5000s ea. .... 2.45
25.0 mg., 1000s ea. .... 7.25; 5000s ea. .... 7.00
Inj., In Sesame Oil
5 mg./c.c., 10 c.c. vial ea. .... .60

Research Apiliates (21465)
Dykrogen (see under trade name)

Richlyn (21646)
Tablets
Plain, 0.5 mg., 1000s ea. .... 1.50
1.0 mg., 1000s ea. .... 1.90
5.0 mg., 1000s ea. .... 4.60
25.0 mg., 1000s ea. .... 14.50
E.C., 0.5 mg., 1000s ea. .... 2.10
1.0 mg., 1000s ea. .... 2.70
5.0 mg., 1000s ea. .... 5.60
25.0 mg., 1000s ea. .... 17.80

Robinson Labs. (21831A)
T.D. Caps., 15 mg., 100s ea. .... 2.25; 500s ea. .... 9.50; 1000s ea. .... 18.00
Tabs., 0.5 mg. USP
C.T., 100s ea. .... .33; 1000s ea. .... 1.40
E.C., 100s ea. .... .40; 1000s ea. .... 1.65
1.0 mg., 100s ea. .... .40; 1000s ea. .... 1.50
E.C., 100s ea. .... .44; 1000s ea. .... 2.25
5 mg., 100s ea. .... .60; 1000s ea. .... 3.60
E.C., 100s ea. .... .65; 1000s ea. .... 4.00
25 mg., 100s ea. .... 1.15; 1000s ea. .... 8.25
E.C., 100s ea. .... 1.30; 1000s ea. .... 9.35

Rorer (21994)
Tablets, 0.5 mg., Ent. 1000s ea. .... 3.75 2.25
1 mg., 1000s ea. .... 4.17 2.50
Ent., 1000s ea. .... 5.00 3.00
5 mg., 1000s ea. .... 11.50 6.90
Ent., 1000s ea. .... 12.34 7.40
25 mg., 1000s ea. .... 36.67 22.00

Rowell Labs. (22091)
Tablets,
E.C., 0.5 mg., 100s .... 7.20; 500s ea. .... 2.00; 1000s ea. .... 3.00

[illegible] 1.0 mg., [illegible] ea. .... [illegible]; [illegible] ea. .... [illegible]
2.0 mg., [illegible] ea. .... [illegible]; [illegible] ea. .... [illegible]
[illegible] C.T., 25 mg., 100s .... [illegible]; 500s ea. .... 36.00; 1000s ea. .... 13.00; [illegible] ea. .... 24.00

Reese Pharmacal (22253)
Tablets, 25 mg., 100s ea. .... 1.60; 1000s ea. .... 10.00

Seeran (23223)
5 mg., 1000s ea. .... 2.65
25 mg., 1000s ea. .... 3.95

Sharp & Dohme (23290)
Tablets E.C.
0.5 mg.
100s ea. ....*1.44 1.60 .96
1000s ea. ....*12.60 14.00 8.40
In Lots of 5-1000s ea. ....*59.98 66.65 39.99
1.0 mg.
100s ea. ....*1.71 1.90 1.14
1000s ea. ....*15.30 17.00 10.20
5000s ea. ....*72.76 80.85 48.51
In Lots of 10-1000s ea. ....*114.75 127.50 76.50
5.0 mg.
100s ea. ....*3.65 4.05 2.43
1000s ea. ....*31.41 34.90 20.94
5000s ea. ....*149.17 165.75 99.45
In Lots of 10-1000s ea. ....*270.00 300.00 180.00
25 mg.
100s ea. ....*7.87 8.75 5.25
1000s ea. ....*73.53 81.70 49.02
5000s ea. ....*349.29 388.10 232.86
Tablets, Compressed, 0.5 mg.
100s ea. ....*1.30 1.45 .87
1000s ea. ....*10.35 11.50 6.90
5000s ea. ....*43.12 47.90 28.74
1 mg.
100s ea. ....*1.57 1.75 1.05
1000s ea. ....*13.05 14.50 8.70
5000s ea. ....*54.36 60.40 36.24
In Lots of 10-1000s ea. ....*97.83 108.70 65.22
5 mg.
100s ea. ....*3.42 3.80 2.28
1000s ea. ....*29.16 32.40 19.44
5000s ea. ....*135.00 150.00 90.00
In Lots of 10-1000s ea. ....*243.00 270.00 162.00
Solution
10 c.c. vial Ea. ....*.81 .90 .54
50 c.c. vial Ea. ....*1.72 1.90 1.14

Sherman (23343)
Tablets,
1.0 mg., E. C.,
100s ea. .... 1.35 .81
500s ea. .... 5.25 3.15
1000s ea. .... 10.00 6.00
5.0 mg., E. C.,
100s ea. .... 3.00 1.80
500s ea. .... 12.00 7.20
1000s ea. .... 22.00 13.20

Siler Med. (23453)
C.T., 25 mg., 100s ea. .... 2.80; 1000s ea. .... 24.00
Vials in Sesame Oil,
25 mg./c.c., 10 c.c. ea. .... 1.88

Smith, C. D. (23589)
Tablets,
5.0 mg.
100s ea. .... 2.60; 1000s ea. .... 9.90
25 mg.
100s ea. .... 3.90; 1000s ea. .... 33.00

Spartan (23974)
Capsules, TD, 25 mg.,
100s ea. .... 1.80; 1000s ea. .... 15.00
Tablets, 0.5 mg., 100s ea. .... .28; 1000s ea. .... 1.20
E.C., Red, 100s ea. .... .35; 1000s ea. .... 1.60
1.0 mg., 100s ea. .... .35; 1000s ea. .... 1.50
E.C., Red, 100s ea. .... .40; 1000s ea. .... 2.00
5.0 mg., 100s ea. .... .65; 1000s ea. .... 4.70
E.C., Red, 100s ea. .... .80; 1000s ea. .... 5.80
25.0 mg., 100s ea. .... 1.60; 1000s ea. .... 12.00
E.C., Red, 100s ea. .... 1.60; 1000s ea. .... 14.00

Squibb (24119)
Stilbetin (See Under Trade Name)

Starr Pharm. (24292)
Tabs., 5.0 mg., bot., 100s ea. .... .80; 1000s ea. .... 5.75
25.0 mg., bot., 100s ea. .... 2.00; 1000s ea. .... 18.00

Stayner (24298)
Tabs., 1 mg. C.T.
100s ea. .... .67; 1000s ea. .... 5.98; 5000s/1000 .... 5.53
E.C., Yellow,
100s ea. .... .81; 1000s ea. .... 7.29; 5000s/1000 .... 6.93

5 mg., [illegible]
[illegible] ea. .... [illegible]; Lilly [illegible]; E.C. [illegible]
100s ea. .... 1.53; 500s ea. .... 16.97; 5000s, 1000 .... 14.33
25 mg., [illegible]
100s ea. .... 4.91; 500s ea. .... [illegible]; 1000s ea. .... 42.30
E.C. Orange,
100s ea. .... 5.40; 500s ea. .... [illegible]; 1000s ea. .... 45.00

Success Chemical (25658)
Tablets
1.0 mgm., 100s ea. .... .32; 1000s ea. .... 2.50
E.C. red 100s ea. .... .38; 1000s ea. .... 2.[illegible]
5.0 mgm., 100s ea. .... .60; 1000s ea. .... 3.50
E.C. red 100s ea. .... .80; 1000s ea. .... 4.[illegible]
25.0 mgm., 100s ea. .... [illegible]; 1000s ea. .... [illegible]
E.C. red, 100s ea. .... [illegible]; 1000s ea. .... [illegible]
100 mg., 100s ea. .... 4.[illegible]; 1000s ea. .... 45.00

Suppositoria (25756)
Vaginaries, 0.1 mg. ....; 0.5 mg. ....

Supreme Pharm. (25792)
Tablets
0.5 mg., Bot., 100s ea. .... .32; 1000s ea. .... 2.50
E.C., 100s ea. .... .40; 1000s ea. .... 1.60
1.0 mg., Bot., 100s ea. .... .40; 1000s ea. .... 2.54
E.C., 100s ea. .... .44; 1000s ea. .... 2.24
5.0 mg., Bot., 100s ea. .... .30; 1000s ea. .... 5.40
E.C., 100s ea. .... .90; 1000s ea. .... 6.00
25 mg., Bot., 100s ea. .... 2.00; 1000s ea. .... 18.00
E.C., 100s ea. .... 2.20; 1000s ea. .... 19.20

Taylor Labs. (26020)
Tablets,
1 mg., 100s ea. .... .50; 1000s ea. .... 1.50
5 mg., 100s ea. .... .80; 1000s ea. .... 4.50
25 mg., 100s ea. .... 1.80; 1000s ea. .... 14.50
E.C., 1 mg., 100s ea. .... .55; 1000s ea. .... 1.75
5 mg., 100s ea. .... .90; 1000s ea. .... 5.50
25 mg., 100s ea. .... 2.[illegible]; 1000s ea. .... 16.50

Tech Bio-Chem. (26037A)
Aqueous, 5 mg./c.c.
Vials, 10 c.c. ea. .... 1.00
In Oil, 25 mg./c.c.
Vials, 10 c.c. ea. .... 1.65

Testagar (26104)
Capsules,
0.5 mg.,
100s ea. .... .70; 1000s ea. .... 3.75; 5000s/1000 .... 3.50
1.0 mg.,
100s ea. .... .75; 1000s ea. .... 5.00; 5000s/1000 .... 4.75
In Oil
5 mg./c.c., [illegible] ea. .... 2.40
25 mg./c.c., [illegible] ea. .... 3.00
Tablets,
C.T., 0.5 mg., 100s ea. .... 2.40; 1000s ea. .... 10.00; 5000s/1000 .... 9.50
E.T., 0.5 mg., 100s ea. .... .70; 1000s ea. .... 3.75; 5000s/1000 .... 3.50
1.0 mg., 100s ea. .... .75; 1000s ea. .... 5.00; 5000s/1000 .... 4.75
5.0 mg., 100s ea. .... 1.80; 1000s ea. .... 12.00; 5000s/1000 .... 11.50

Torigian (26330)
In Oil
Ampuls, 1 mg. 1 c.c.
Box of 12s ea. .... 1.25; 25s ea. .... 2.50; 100s ea. .... 8.75
5 mg., 1 c.c.
Box of 12s ea. .... 1.65; 25s ea. .... 2.95; 100s ea. .... 10.00

Towne, Paulsen & Co. (26347)
Tablets,
E.C., 1 mg., 1000s ea. .... 2.50
5 mg., 1000s ea. .... 5.00
25 mg., 1000s ea. .... 15.00
1 mg., 1000s ea. .... 2.00
5 mg., 1000s ea. .... 4.50
25 mg., 1000s ea. .... 14.00

Upjohn (26647)
C.T., 25 mg., 100s ea. ....; 1000s ea. ....
C.T., 5 mg., 100s ea. ....; 1000s ea. ....

Upjohn (26774)
Perles
0.1 mg.
100s ea. .... *[illegible]; 500s ea. .... *[illegible]; 1000s ea. .... *[illegible]; 5000s/1000 ....
0.25 mg.
100s ea. .... *1.42; 500s ea. .... *[illegible]; 1000s ea. ....; 5000s/1000 ....
0.5 mg.
100s ea. .... *1.48; 500s ea. .... *6.25; 1000s ea. .... *[illegible]; 5000s/1000 ....
1.0 mg.
100s ea. .... *1.77; 500s ea. .... *7.72; 1000s ea. ....; 5000s/1000 ....
5.0 mg.
100s ea. .... *4.[illegible]; 500s ea. .... *[illegible]; 1000s ea. ....; 5000s/1000 ....
25 mg.
100s ea. .... *8.33; 500s ea. ....; 1000s ea. ....
Sterile Solution
1 mg./c.c., Ampoules, 1 c.c.
5s ea. .... *1.[illegible]; 25s ea. ....; 50s ea. ....; 100s ea. ....

Veltex (27112)
Tablets, 25 mg., 100s; 1000s ea.
C.T., 0.5 mg., 1000s ea.
1.0 mg., 1000s ea.
E.C., 0.25 mg., 1000s ea.
0.5 mg., 1000s ea.
1.0 mg., 1000s ea.
5 mg., 100s; 1000s ea.

Vita-Fore (27300)
Tabs., 1 mg.,
E.C., 100s ea.; 1000s ea.
5 mg., C.T., 100s ea.; 1000s ea.
E.C., 100s ea.; 1000s ea.
25 mg., C.T., 100s ea.; 1000s ea.
E.C., 100s ea.; 1000s ea.

Vitamin Research (27322)
Tablets,
E. C., 1 mg., 100s; 1000s
5 mg., 100s; 1000s
25 mg., 100s; 1000s
Plain, 1 mg., 100s; 1000s
5 mg., 100s; 1000s
25 mg., 100s; 1000s

Vitamix (27322)
In Oil,
Amps., 1.0 mg., 1 c.c.
25s ea.; 100s ea.
Vials, 1.0 mg.,
30 c.c., ea.
2 mg., 30 c.c., ea.
5 mg., 30 c.c., ea.
25 mg., 10 c.c., ea.
Capsules,
0.1 mg., 1000s ea.
0.5 mg., 1000s ea.
1.0 mg., 1000s ea.
Tablets
0.5 mg., 1000s ea.
E.C., 1000s ea.
1.0 mg., 1000s ea.
E.C., 1000s ea.
5.0 mg., 1000s ea.
5 mg., E.C., 1000s ea.
25.0 mg., 100s ea.; 1000s ea.
25 mg., E.C., 1000s ea.

Vitarine (27334)
Tablets, U.S.P.
0.5 mg., 100s ea.; 1000s ea.
E.C., 100s ea.; 1000s ea.
1.0 mg., 100s ea.; 1000s ea.
E.C., 100s ea.; 1000s ea.
5.0 mg., 100s ea.; 1000s ea.
E.C., 100s ea.; 1000s ea.

(Continued on Next Page)

DIETHYLSTILBESTROL [illegible]
E. C. [illegible] 1000s ea. 5000s ea.
Tablets, 1.0 mg., 100s ea. 1000s ea.
5.0 mg., 100s ea. 1000s ea.
25.0 mg., 100s ea. 1000s ea.
[illegible]

DIETHYLSTILBESTROL DIPROPIONATE (R) [illegible]
5.0 mg., 50s ea. 100s ea. — 5.74 10.62
1.0 mg., 50s ea. 100s ea. — 3.10 5.31
0.5 mg., 50s ea. 100s ea. — 2.25 3.61
[illegible] 10 c.c. ea. — 2.09 1.25; 3.34 2.00; 2.09 1.25
5.0 mg., 100s ea. 1000s ea. — 14.17 8.50; 5.00 3.00; 35.00 21.00
25.0 mg., 100s ea. 1000s ea. — 9.59 5.75; 86.25 51.75

DIETHYLSTILBESTROL W/PHENOBARBITOL (R)
See Under Trade Name

DIET-MIX (23954 Killgore) — .59 7.23

DIET-PAKS (23758 Zinn) — 23.00 150.00

DIETRIM (27026A Vitamin Industries) — 2.49 1.49; 5.98 3.57

DIETRITE (27300 Vitamin Div.) — 3.00 21.60; 5.00 36.00

DIETROL (R) (4513 Cameron Medical) 90s ea. — 3.50 2.10

DIET-TWINS (22047 Pharmex) — 2.98 12.00

DIETYN (16062 Marted Labs.) — .99 8.00; 2.50 20.00

DIEZ E. T. [illegible]

DI-FACTOR [illegible] Tablets, 100s ea. 1000s ea.

DI-FEN [illegible] Capsules [illegible]

DIFENTOIN [illegible] Cap., 1½ gr. 100s 1000s ea. — 2.50 7.25

DIFFICULT STAIN REMOVER [illegible] Pt. — 3.95

DIFFUSIN (29165 Ortho) 150 T.R.U. (hyaluronidase) 1 Ampul Pkg. ea. — .79; 25 Ampul Pkg. ea. — 18.75; 1500 T.R.U. multiple dose Vial ea. — 2.25

DIGALEN (R) [illegible] Amp. [illegible] Box of [illegible] 100 ea. Liquid 1 oz. bot. ea. Tablets, ½ U.S.P. Unit Bottle of 100 ea. — 2.75 1.65; 1 U.S.P. Units Bottle of 100 ea. — 3.59 2.15

DIGARTRIAL (R) (22957 Hildreth) Tablets, 100s ea. — 2.70

DI-GAS (5565 Chester Chemical) Cloth Bag, 3½ oz. — .69 4.97; Junior 2 oz. — .35 2.52

DIGASTROGEN (3063 Bowman Bros.) C.T., 1000s ea. — 3.85

DIGENEX (25505A [illegible]) Liquid, 6 oz. — 1.00 3.00

DI-GENIK (R) (20590A Savage Labs.) 10 c.c. ea. — 2.85

DIGENTERIC (R) (23100 [illegible]) Tabs., 100s — 25.00

DIGENZYME (16250 [illegible]) E.C.T., 100s 1000s — [illegible]

DIGESTALIN (5629 Chicago Pharmacal) Tablets, 100s ea. — .65; 1000s ea. — 4.00

DIGESTAMIC (R) (16970 Petra Med.) Tabs., 50s ea. — 6.50 3.75

DIGESTANS (17464 Moore & Co.) Elixir, 4 oz. ea. — .65; Pt. ea. — 1.40; Gal. ea. — 7.75

DIGESTANT (4670 C. Wright, E. A.) Tablets, 100s ea. — [illegible] 2.34; 1000s ea. — 40.00 25.07

DIGESTELIX (22429 Pels & Thompson) — 25.00

DI-GESTENE (26775A Universal Medical) Tablets 100s — 1.00 6.00

DIGESTETTES (11229 [illegible]) 30s — .25 1.00

DIGESTINE (25091 Lasley Pharm.) Tablets 100s — .59 .85 6.00

DIGESTIVE, JR. (R) (12029 [illegible] Labs.) Tablets, Childrens, 100s — .35 6.60

DIGESTOL (1220 Arlo Labs.) 6 oz. ea. — 2.65 1.75

DI-GES-TOL TABS (9539 Gates) 20s — .25 2.00

DIGESTONE (16544 McNeil Labs.) Elixir pt. ea. — 1.25; Gal. ea. — 8.00

DIGESTONE TABLETS (20429 Pels & Thompson) — 6.75

DIGESTO-REX (22511 Rex Labs.) 100s — 2.50 15.00

DIGESTOSAL (20229 Purepac) 2 oz. — .35 .35 2.40; 5 oz. — .59 .50 4.20

DIGEX [illegible]

DIGI CAPS [illegible]

DIGICARDIUM [illegible]

DIGICOID UNICELLES [illegible]

DIGICOTIN [illegible]

DIGIDERM [illegible]

DIGIFANN COMPOUND [illegible]

DIGIFOLIN (R) [illegible]

DIGIFORTIS (R) (13829 Parke, Davis)
Ampoules, 1 c.c. Box of 12s ea. — 2.70 3.00 1.80; 100s ea. — 12.00 [illegible] 12.00
Bottle, 1 oz. ea. — .96 [illegible] .96
Kapseals, 1½ grs. Bot. of 100s ea. — 1.93 2.15 1.29; 500s ea. — 7.65 [illegible]; Pkg. of 5000s ea. — 59.55 66.50 39.90
Tablets, 1½ grs. Bottle of 50s ea. — 1.04 1.35 .63; 1000s ea. — 11.97 13.30 7.98

DIGIGLUSIN (R) (15249 Lilly)
Ampoules, 1 c.c. 6s ea. — 1.53 1.70 1.02; 100s ea. — 18.00 20.00 12.00
Liquid, 1 oz. ea. — .76 .85 .51; 4 oz. ea. — 2.02 2.25 1.35; Pt. ea. — 5.75 6.40 3.84
Tablets ½ U.S.P. digitalis unit 100s ea. — [illegible]; 500s ea. — 3.60 4.00 2.40
1 U.S.P. digitalis unit 100s ea. — 1.26 1.40 .84; 500s ea. — 4.09 4.55 2.73
S. C., 100s ea. — 1.53 1.70 1.02; 500s ea. — 5.49 6.10 3.66
1½ U.S.P. digitalis unit 100s ea. — 1.53 1.70 1.02; 500s ea. — 5.49 6.10 3.66

DIGI-K (R) (Keene Pharmacal) Tablets, 0.1 mg., 100s ea. — 2.50; 0.2 mg., 100s ea. — 3.50

DIGIKEIN (R) (13820 Kenny Labs.) Capsules, 1½ gr., 100s ea. — .83 .50; 1000s ea. — 8.00 4.80; Tincture, pt. ea. — 4.42 2.65; Gal. ea. — 25.52 15.50

DIGILANID (R) (02544 Sandoz) Ampules, 2 c.c., box of 6s ea. — 1.35; 25s ea. — 5.65; 100s ea. — 15.70; Tablets, 0.333 mg., 50s ea. — [illegible]; 500s ea. — 9.15; 1000s ea. — 15.50

DIGINITHUS (27722 Mutual) Tablets 100s ea. — .32; 500s ea. — 1.26; 1000s ea. — 2.34

DIGINOPHYLLINE (26002 Tayler Drug) Capsules, 100s ea. — 2.65 1.62

DIGISEALS [illegible]

DIGISINE [illegible]

DIGISTACTIN [illegible]

DIGITALIN (R) [illegible]

DIGITALINE NATIVELLE (27020 Varick) Solution [illegible] Intrav., 0.2 mg./c.c. [illegible] Intram., 0.2 mg./c.c. [illegible] Oral 1:1000 10 c.c. [illegible] Tablets 0.1 mg. [illegible] 0.2 mg. [illegible] 0.15 mg. [illegible]

DIGITALIS (R) Aetna Pharmacal (25321) Tablets, 1½ gr., 1000s ea.; American Drug Prod. Tablets 1½ gr. 1000s ea., E.C., 1000s ea.; Approved Pharm. (1240) Tablets, E.C. 1½ gr. 100s ea. 1000s ea. 5000s ea.; Associated Pharm. (1302) Tablets, USP 1½ gr., 1000s ea., E.C., 1000s ea.

## DIFFUSIN

**Hyaluronidase**

**Composition:** Lyophilized hyaluronidase 150 T.R.U. per ampul.

**Action and Uses:** Speeds absorption of subcutaneously injected fluids as in hypodermoclyses, and local anesthesia.

**How Administered:** By addition to solution to be injected subcutaneously or by injection at site of hypodermoclysis.

**How Supplied:** Individually cartoned ampuls containing 150 T.R.U. Also multiple-dose vial containing 1500 T.R.U.

**ORTHO PHARMACEUTICAL CORPORATION**

Raritan, New Jersey

*For prices and sizes see next column*

## DIGIFORTIS

(Pronounced—Dij-i-for'tis)

**Composition:** A fat-free tincture prepared from specially selected digitalis. One cc equals 1¼ U.S.P. units or 125% strength Tincture Digitalis, U.S.P.

**Action and Uses:** In treatment of cardiac insufficiency, decompensation or failure, cardiac hypertrophy, auricular fibrillation and flutter, and impaired circulation in elderly patients.

**How Administered:** Average dose is 0.3 cc. Should be used strictly in accordance with physician's instructions. Indiscriminate use may be dangerous.

*Parke, Davis & Company*

Detroit 32, Michigan

*For prices and sizes see next column*

## DIGIFORTIS KAPSEALS

**Composition:** Highest quality dried defatted powdered digitalis leaf in sealed capsules. Each Kapseal contains the equivalent of 1 U.S.P. unit or 0.1 Gm. (1½ gr.) Digitalis U.S.P.

**Action and Uses:** In the treatment of cardiac insufficiency, cardiac decompensation or failure, cardiac hypertrophy; auricular fibrillation and flutter; and impaired circulation in elderly patients. Should be used strictly in accordance with physician's instructions. Indiscriminate use may be dangerous.

Literature on DIGIFORTIS PRODUCTS for your reference file available on request.

*Parke, Davis & Company*

Detroit 32, Michigan

## DIGITALINE NATIVELLE

DIGITALINE NATIVELLE is the original crystalline digitoxin, the active principle of digitalis purpurea. Dosage of 0.1 mg is clinically equivalent to 1 gr of standardized digitalis leaf.

**Action and Uses:** Whenever digitalis is required: in congestive heart failure, auricular fibrillation, auricular flutter, etc.

**Advantages:** DIGITALINE NATIVELLE makes possible rapid digitalization and an even maintenance. Nausea and vomiting due to local action almost never occur.

**Dosage:** The average digitalizing dose is 1.2 mg. The average daily maintenance dose is 0.1 mg. Oral, intramuscular and intravenous dosages are the same.

**How Supplied:** Tablets, intravenous and intramuscular ampules and oral solution. See product listing.

**VARICK PHARMACAL CO., INC.**

New York 13, N. Y.

## DIGITALIS

see

**GITALIGIN**

(White Laboratories, Inc.)

(Continued on Next Page)

T BLUE BOOK

METYCAINE HYDROCHLORIDE (R) (15249 Lilly)
Ampuls, Solution
1.5%, 200 c.c. ea. ........ •2.25 2.50 1.50
30 c.c. ea. ........ •1.08 1.20 .72
25s ea. ........ •24.30 27.00 16.20
Ophthalmic Ointment, 4% ........ 3.06
⅛ oz. tubes ........ 3.03
Powder, ½ oz. ea. ........ •4.54 5.05 16.77
4 oz. ea. ........ •25.15 27.95
Tablets, 0.15 gm. ........ .78
10s ea. ........ •1.17 1.30 7.20
100s ea. ........ •10.80 12.00

METYCAINE HYDROCHLORIDE w/DEXTROSE(R) (15249 Lilly)
Ampules, Solution, 1.5 c.c. ........ •9.18 10.20 6.12
25s ea. ........ •30.24 33.60 20.16
100s ea.

METYCAINE HYDROCHLORIDE w/MERTHIOLATE (15249 Lilly)
Ophthalmic Ointment (R) ........ 3.24
⅛ oz. tubes
Suppositories ▲ ........ •1.80 2.00 1.20
12s ea.

METYCAINE HYDROCHLORIDE w/ZINC OXIDE COMPOUND (15249 Lilly)
Suppositories ▲ ........ •1.80 2.00 1.20
12s ea.

METY-COPERON (23458 Siler Med.)
Ampuls, 2 c.c., 25s ea. ........ 3.94
100s ea. ........ 14.63
5 c.c., 25s ea. ........ 4.88
100s ea. ........ 18.30

METYSTIL (R) (5619 Chicago Pharmacal) ........ 3.00
Tablets, 100s ea. ........ 27.50
1000s ea.

METZGER'S (16999 Metzger, Med. Mfg. Co.) ........ 8.50
Prescription, 3 fl. oz.

MEVACAPS (7767 DuMont) ........ 2.20
Capsules, 100s ea. ........ 10.00
500s ea. ........ 19.00
1000s ea. ........ 18.00
5000/1000

MEVANIN-C (2423 Beutlich) ........ 5.50 3.30
Caps., 90s ea.

MEXAL (R) (16199 Massengill)
Tablets, grooved ........ .95
100s ea. ........ •1.43 .... 3.95
500s ea. ........ •5.93 .... 7.50
1000s ea. ........ •11.25 ....

MEXICAN INDIAN (12771 Indian Lab.) ........ .30 2.40
Liniment, 1½ oz.

MEXICAN MUSTANG (15634 Lyon Mfg.)
Liniment, Sm. ........ .35 2.75
Med. ........ .75 5.50
Lge. ........ 1.50 11.00

MEXICAN OIL (21564 Hausman Drug)
1 oz. ........ •.40 3.20
2 oz. ........ •.65 5.20

MEXSANA (20389 Plough)
Baby Lotion, 4 oz. ........ •.35 3.00
Baby Oil, 4 oz. ........ •.35 3.00
Powder, 1 oz. ........ •.20 1.73
2½ oz. ........ •.39 3.33
6¼ oz. ........ •.79 6.77
12½ oz. ........ •1.19 10.19
Skin Cream, ½ oz. ........ •.10 .90
2½ oz. ........ •.39 3.34
6¼ oz. ........ •.70 6.00
12½ oz. ........ •1.00 9.00
Sun Tan Lotion, 1¾ oz. ........ •.35 3.00
4 oz. ........ •.70 6.00
Plastic Bottle, 4 oz. ........ •.89 7.48

MEYENBERG GOAT MILK (13136 Jackson-Mitchell)
Evaporated, 14 oz. (Cs. of 24) ........ .54 20.28
Powdered, 14 oz. ........ 2.04 29.56

MEYER CHEMICAL CO. (17020)
Calcium Gluconate, 10% ampuls,
10 c.c., 6s ea. ........ .... 1.46
25s ea. ........ .... 4.99
100s ea. ........ .... 17.55
Iron, Arsenic, Strychnine & Phosphorus,
30 c.c. vial ea. ........ .... 1.50
Iron Cacodylate, 1 gr. ampuls,
5 c.c., 6s ea. ........ .... 1.29
25s ea. ........ .... 4.30
100s ea. ........ .... 15.05
Phenobarbital Tablets,
¼ gr., 1000s ea. ........ .... .95
5000s ea. ........ .... 3.80
½ gr., 1000s ea. ........ .... 1.25
5000s ea. ........ .... 5.63
1½ gr., 1000s ea. ........ .... 2.50
5000s ea. ........ .... 11.25
Phenobarbital L.A.,
Capsules, 1½ gr.,
100s ea. ........ .... 2.85
1000s ea. ........ .... 26.50
Physiological Saline,
20 c.c. vial ea. ........ .... .42
Procaine Hydrochloride, Amps., 2%,
10 c.c., 6s ea. ........ .... 1.50
25s ea. ........ .... 4.50
100s ea. ........ .... 13.50
100 c.c. vial ea. ........ .... .90
Sodium Iodide, Sodium Salicylate & Colchicine Ampuls, 20 c.c.,
6s ea. ........ .... 2.00
25s ea. ........ .... 7.50
100s ea. ........ .... 25.00

Sodium Salicylate Tablets, E.C.,
5 gr., 1000s ea. ........ 4.50 3.00
5000s ea. ........ 13.00
10 gr., 1000s ea. ........ 6.00 4.00
5000s ea. ........ .... 17.50

MEYER DRUG CO. (17021)
Camphoric Acid,
d, cryst., 1 oz. ea. ........ .... 2.00
Chloro-Iodo Hydroxyquinoline,
5-7, 1 oz. ea. ........ .... 3.75
Ethyl-Hexane-Diol, Sun Screen Base,
100 c.c. ea. ........ .... 2.00
Hexamine Methyl Iodide,
1 oz. ea. ........ .... 3.50
Menthol, Racemic,
U.S.P., 100 gm. ea. ........ .... 2.50
Pectin from Citrus,
1/5 lb. ea. ........ .... 1.30
Propylene Glycol, U.S.P.,
100 c.c. bots. ea. ........ .... 1.25
Silver Colloidal French Codex,
1 oz. ea. ........ .... 3.50
Sodium Alginate, Powder,
1 oz. ea. ........ .... 2.50
Thymol, N.F., Powder,
100 gm. ea. ........ .... 2.00

MEYER'S, DR. (5304 Central Supply)
Foot Powder ........ •.10 .75
Soap, cake ........ •.20 1.25
Hair Renewer, 8 oz. ........ •.50 4.00
Shampoo, 8 oz. ........ •.50 4.00

MEYERS' PUTZ CREAM (761 American Metal Polish)
Liquid, 8 oz. ........ .30 2.20
16 oz. ........ .50 3.96
32 oz. ........ .85 6.60
Gal. ........ 1.90 16.50

MEZEREON BARK (29799 Penick-NYQ) ........ 1.92
1 oz. pkgs. per lb. av. price

MEZO (R) (27614 Warren-Teed)
Ointment, 1½ avoir oz. ........ 5.60
Tubes

MIADYNE (11489 Hart Drug)
Tablets, 100s ea. ........ •1.50 1.67 1.00
500s ea. ........ •6.60 7.33 4.40

MIAHATI (17042 Miahati)
Men's Preparations
After Shave Lotion ........ 1.25 9.00
Talc ........ .75 5.40
Stick Deodorant ........ 1.00 7.20

MIAMI FLEURS (20016 Phager Chemists)
Perfume, 1 dr. ea. ........ 2.00 1.00
½ oz. ea. ........ 5.00 3.50

MIBALM (17050 Mibalm) ........ •.60 4.50
4 oz.

MICALETS (22410 St. Louis Physicians) ........ 2.25
Tablets, 100s ea.

MICE DOOM (17684 Murray, E.)
Pellets, 2 oz. ........ .54 3.89
8 oz. ........ 1.29 9.29
1 lb. ........ 1.98 14.26

MICE AND RAT DOOM (17684 Murray, Edgar)
1 lb. ........ 1.29 9.29
5 lb. ........ 4.49 32.33

MI-CEBRIN (15249 Lilly)
Tablets
100s ea. ........ •7.56 8.40 5.04
1000s ea. ........ •68.04 75.60 45.36
5000s bulk ea. ........ •323.10 359.00 215.40

MICHEL'S FERENZ (DR.) (7240 Derma Sales)
Reducing Bath Powder,
6 lb. pkg. ........ 6.30 45.36
Reducing Cream,
1 lb. jar ........ 3.85 27.72

MICHELSEN'S BAY RUM (17069 Michelsen)
8 oz. ........ •.60 4.80
16 oz. ........ •.90 7.20
32 oz. ........ •1.50 12.00

MICO (10995 H. S. Specialty Co.) ........ [illegible] 7.20
1 oz.

MICRESTIN (10377 Gold Leaf)
20,000 I.U. per c.c.
10 c.c. vial ea. ........ 2.50 1.88
30 c.c. vial ea. ........ 5.00 3.75

MICRO-ACETABS (4209 Brewer)
500s ea. ........ 5.00 3.00
1000s ea. ........ 8.35 5.01
Kits of 50 w/dropper ea. ........ 1.25 .75

MICROCOSMIC SALT (See Sod. & Amm. Phosphate)

MICRODIOL
Gold Leaf (10377)
Alpha Estradiol or Natural Estrogens
0.1 mg., 10 c.c. vial ea. ........ 1.25 .94
30 c.c. vial ea. ........ 2.00 1.50
0.2 mg., 10 c.c. vial ea. ........ 1.50 1.13
30 c.c. vial ea. ........ 2.50 1.88
0.5 mg., 10 c.c. vial ea. ........ 2.00 1.50
30 c.c. vial ea. ........ 4.00 3.00

MICROFONAMIDES (R) (85 Abbitt Pharmaco) ........ 4.75
Suspension, pts., ea.

MICROGEN (12897 International Med.)
Vial, 0.22 mg., 20,000 I.U./c.c.
30 c.c. ea. ........ 3.00 2.10

MICRO-LITE (17080 Micro-Lite Co.)
Combination Lite #615C ........ •.59 4.32
Saddle Stitch Lite, #149 ........ •.49 3.60
Spiral Grip Lite, #105S ........ •.49 3.60

MICRONIC (14660 Audivox)
Hearing Aids,
3 oz. ea. ........ •150.00 86.35

MICROPAQUE (20169 Picker X-Ray Corp.)
3 kilos can ........ 6.50 ....
25 kilos can ........ 44.00 ....

MICROSTIL (894 Amfre Drug)
Tablets, 100s ........ .... 60.00
1000s ea. ........ .... 48.00

MICROSULFON (R) (6156 Consolidated Midland)
Tablets, 30s ea. ........ 1.50 .40
100s ea. ........ 3.75 2.25
200s ea. ........ 7.60 4.56
1000s ea. ........ 25.00 16.90

MICROZINE (12344 Horton & Converse)
Ointment, 5%
16 oz. jar ea. ........ •3.00 1.80
Suspension, 20%
1 oz. ea. ........ •1.20 .72

MICROZOLE (12344 Horton & Converse)
Ointment, 5%
Tubes, 1 oz. ea. ........ •.40 .24
4 oz. ea. ........ •1.25 .75
16 oz. ea. ........ •2.75 1.65
Ophthalmic Ointment, 5%
⅛ oz. tube ea. ........ •.30 .18

## MICTINE™

**Composition:** Mictine, brand of aminometradine, is 1-allyl-3-ethyl-6-aminotetrahydropyrimidinedione. It is a new and improved non-mercurial orally effective diuretic that increases the excretion of water, sodium and chlorides without significant risk of sodium depletion. It is supplied as uncoated tablets of 200 mg. each in bottles of 100 and 1,000.

**Action and Uses:** Mictine is recommended for sodium retention edema, especially that of congestive heart failure, whether the patients are ambulant or hospitalized. It may be used when mercurials are contraindicated or when mercury tolerance has developed. It remains continuously effective; tolerance has not been demonstrated. Used according to directions, Mictine is entirely safe and side effects are minimal. It is useful in the initial control of edema in patients with mild and moderate congestive failure and as maintenance therapy for all edematous patients.

**Dosage:** For maintenance diuresis for all patients requiring diuretic therapy and for initial diuresis in mild and moderate congestive failure the usual dosage is one to four tablets daily, during meals, in divided doses on an interrupted schedule, accomplished by giving Mictine on alternate days or on three consecutive days and omitting it for four days. Mictine is not intended for producing initial diuresis in severe congestive failure; complete information is given in Searle Reference Manual No. 51.

G. D. SEARLE & CO.

Chicago 80, Illinois

MICTINE (R) (23024 Searle)
Tablets, 100s ea. ........ •12.00 7.20
1000s ea. ........ •110.00 66.00

MICTURIN (R) (20136 Physicians Drug Co.) ........ 2.00 16.00
Tablets, 50s

MICULES (10217 Gland-O-Lac)
Powder, 8 oz. ........ .85 6.80
20 oz. ........ 1.75 14.00
40 oz. ........ 3.00 24.00
15 lb. drum ea. ........ 15.00 10.00
25 lb. drum ea. ........ .... 15.00
100 lb. drum ea. ........ .... 50.00

MIDANEED (11295 Hanlon)
Capsules, 100s ea. ........ •2.97 3.30 1.98

MIDDLESEX (See Under Johnson & Johnson)

MIDESAL (9776 Garret)
100s ........ .... 15.00
Tabs., 5s ........ •.17 .... 1.60

MIDOL (17875 National Brands Div.) ........ •.34 .... 3.20
12s

MIDY'S (9369 Fougera)
Pomade, 1⅛ oz. ea. ........ 2.50 1.50
Piperazine Granules, 70 Gm. ea. ........ 2.25 1.67

MIDY'S (17149 Midy Labs.) ........ 18.00
Granules, 2 2/5 oz.

MIESTRIN (15662A M.J. Laboratories)
Vial, 10,000 I.U./c.c. 30 c.c. ........ .... 2.95
25,000 I.U./c.c. 30 c.c. ........ .... 5.95
50,000 I.U./c.c. 10 c.c. ........ .... 3.95

Aqueous, vial
20,000 I.U./c.c. 10 c.c. ........ .... 2.25

MIFFLIN (17154)
After Shave Lotion
Lilac, Menthol or Spice ........ •.25 .40 2.00
4 oz.
Anti Histamine Tablets
12s ........ •.39 .50 2.81
36s ........ •.99 1.25 7.13
Citrate of Magnesia
11½ oz. ........ •.49 .60 3.75
Ethyl Alcohol, Plain, 16 oz. ........ •.59 .70 4.69
Wintergreen, 16 oz. ........ •.69 .80 5.42
Hydrogen Peroxide
10 Vol., 4 oz. ........ •.10 .15 .88
8 oz. ........ •.15 .20 1.33
16 oz. ........ •.20 .25 1.75
20 Vol., 4 oz. ........ •.10 .15 1.00
16 oz. ........ •.25 .30 2.25
Isopropyl Alcohol,
Plain, 16 oz. ........ •.49 .60 3.75
Lavender, Lilac, Pine or Wintergreen, 16 oz. ........ •.59 .70 4.37
Milk of Magnesia
16 oz. ........ •.49 .60 3.75
32 oz. ........ •.89 1.00 6.25
Mineral Oil, (335-350 Visc.)
16 oz. ........ •.79 .90 5.73
32 oz. ........ •1.19 1.30 8.75
Mouth Wash, Antiseptic or Astringent
16 oz. ........ •.59 .70 4.37
32 oz. ........ •.99 1.10 7.50
Witch Hazel, 16 oz. ........ •.39 .50 3.12

MIGATON (22518 San Pedro Labs.)
Ceyon Syrup, 4 oz. ........ •.89 1.00 12.00
Tonic, 8 oz. ........ •1.29 1.50 12.00

MIGESTRONE (7833 Durst, S. F. & Co.)
Sterile Solution, 10,000 I.U. per c.c.
10 c.c. vials ea. ........ 3.60

MIGHTY MENDER (17154A Mighty Mender Co.) ........ •.25 1.80
1⅛ fl. oz.

MIGRAGEN (11174 Halperin) ........ .... .65
100s ea.

MIGRAINOID (17464 Moore & Co.) ........ .... 3.75
Tablets, C.T., 1000s ea.

MIGRATABS (14905 Lee Chem.)
Tabs., 12s ........ •.25 2.00
100s ........ •1.25 10.00

MIGYL (894 Amfre)
Tablets, 100s ........ 36.00
1000s ea. ........ 24.00

MIJIT ATOMIZER (23259 Sharp & Dohme) ........ •.45 .50 .30
Box of 1 ea.

MIKAROL (R) (7765 Dumas-Wilson)
Tablets, 1 mg., 100s ea. ........ .... 1.00
1000s ea. ........ .... 8.50
5 mg., 100s ea. ........ .... 1.50
1000s ea. ........ .... 12.75
25 mg., 100s ea. ........ .... 4.25
1000s ea. ........ .... 34.15

MIKEDIMIDE (19436 Parray)
3%, 10 c.c. vials ........ .... ....
60 c.c. vials ........ .... ....

MIKEDIMIDE, VETERINARY (19596 Parlam)
3%, 10 c.c. vials ........ .... ....
60 c.c. vials ........ .... ....

MIKETS (10217 Gland-O-Lac)
Capsules
50s ea. ........ .65 .43
100s ea. ........ 1.25 .83
250s ea. ........ 3.00 2.00
500s ea. ........ 5.00 3.33
1000s ea. ........ 9.00 6.50

MI-KOLOR⊙ (6940 Dana Prods.) ........ 2.00 15.60
8 oz.

MILADY (20209 Pierce, S. S.) ........ •2.00 14.40
Cologne, 3¼ oz.

MILAM (19225 Owen Drug) ........ •1.39 1.50 12.00
Tonic, 12 oz.

MILANO (17157 Milano Chem. Co.)
Effervescent Salt, 2½ oz. ........ 2.10
5 oz. ........ 3.40
10 oz. ........ 4.80

MILAXIN (1154 Archer-Taylor)
Tablets, 7.7 gr.,
100s ea. ........ .... 1.75

MILBURN (7889 E. Z. Chem.) ........ .40 3.20
Caps., 12s

MILBY NOSE DROPS (15099 Lester Drug Co.) ........ •.75 6.00
½ oz.

MILCREAM (28314 Wirth)
3 oz. ........ .30 2.00
6 oz. ........ .60 4.00

MILDENT (17162 Mildent Co.)
Children's Toothbrush ........ .25 2.00
Toothpaste, 1½ oz. ........ •.25 2.00

MILDEW CHEK (5523 Chek Chemical)
½ pt. ........ •.89 6.41
Inhibitor, pt. ........ •1.39 10.01
Qt. ........ •2.29 16.49

MILDEW DISK (15033 Lenco Products) ........ •.95 7.20
3¼ oz.

MILDEW STOP (4970 Cardinal Products) ........ •.69 4.80
4 oz.

MILDONNA (R) (26606 Tyronex) ........ 2.25 1.25
Tablets, 100s ea.

MILDU-BAN (25795 Surco Prods.) ........ .35 2.52
2 oz.

MIL-DU-RID (26662 Ultra Chemical Works)
Pint ea. ........ .95 .57
Quart ea. ........ 1.59 .95
Gallon ea. ........ 4.50 2.70

MILENE (7779 Dumouly) ........ 1.00 8.00
Mouth Wash, 16 oz.