# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DEBORAH TANZYUS, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \* Civil Action No. 05-cv-01849 (JR) |
| | \* |
| ELI LILLY AND COMPANY, | \* |
| | \* |
| Defendant. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF MICHELLE MANGRUM IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, Michelle R. Mangrum, state that the following information is based upon personal knowledge and is true and correct:

1. I am an attorney for Defendant Eli Lilly and Company in the above-captioned case.

2. This Affidavit is given in accordance with Rule 56(e) of the Federal Rules of Civil Procedure.

3. I attest that exhibits 9, 11 and 12 attached to Defendant Eli Lilly and Company's Memorandum in Support of its Motion for Summary Judgment are true, exact, complete photocopies of:

   a. **Exhibit 9**: Excerpts of 1955 and 1956 Drug Topics Redbooks; 1954-55, 1955-56 and 1956-57 American Druggist Bluebooks.

   b. **Exhibit 11**: Defendant Eli Lilly and Company's Memorandum in Support of its Motion For Summary Judgment in *McDaniel*.

2079642v2

    c.  **Exhibit 12**: The court's order granting Eli Lilly and Company's Motion for Summary Judgment in *McDaniel*.

    4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 8, 2006.

_____
Michelle R. Mangrum

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

| DISTRICT OF | ) |
|---|---|
| | )ss. |
| COLUMBIA | ) |

On this 8th day of September, 2006, before me, a notary public in and for the District of Columbia, personally appeared Michelle R. Mangrum, to me personally known, who being duly sworn, acknowledged that she had executed the foregoing instrument for purposes therein mentioned and set forth.

_____
NOTARY PUBLIC

My Commission Expires:

KAY D. DALLOSTA
Notary Public District Of Columbia
My Commission Expires June 14, 2007

- 2 -

2079642v2