# EXHIBIT 12

**Filed in Open Court**

STATE OF INDIANA    )              IN THE LAKE SUPERIOR COURT
                    ) SS: JUN 22 1995 CIVIL DIVISION ROOM NO. ONE
COUNTY OF LAKE      )              SITTING AT HAMMOND, INDIANA

CLERK LAKE SUPERIOR COURT

MARK L. MCDANIEL,           )
                            )
        Plaintiff,          )
                            )
vs.                         )    CAUSE NO. 45D01-9410-CT-1210
                            )
ELI LILLY AND COMPANY,      )
                            )
        Defendant.          )

### SUMMARY JUDGMENT

This matter is before the Court on the Defendant's Motion for Summary Judgment. Defendant appeared by Counsel, Michael D. Sears and Mark C. Hegarty. Plaintiff did not appear. Argument was heard.

The Court now finds that there is no dispute as to any material fact and that the Plaintiff's Complaint is barred by the statute of repose. Defendant is therefore entitled to summary judgment as a matter of law.

IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff, Mark L. McDaniel, take nothing by way of his Complaint against the Defendant, Eli Lilly and Company and judgment is hereby entered in favor of said Defendant and against the Plaintiff.

SO ORDERED this 22nd day of June, 1995.

JEFFERY J. DYWAN
JUDGE, LAKE SUPERIOR COURT
CIVIL DIVISION ROOM NO. ONE

**Distribution:**
Mark L. McDaniel, Pro Se, 924 Lake George Drive, Hobart, IN 46342
Michael D. Sears