IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DEBORAH TANZYUS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Action No. 05-cv-01849 (JR) |
| | * |
| ELI LILLY AND COMPANY, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Tanzyus ("plaintiff") and defendant Eli Lilly and Company ("Lilly"), by and through their counsel, hereby stipulate that plaintiff's claims in the above-captioned action be dismissed with prejudice, with all costs to be taxed to the party incurring same and neither party filing a bill of costs. A proposed Order is attached for the Court's consideration.

WHEREFORE, plaintiff and Lilly respectfully request this Court enter an Order dismissing this action with prejudice.

134284v1

Respectfully submitted,

| LAW OFFICE OF AARON M. LEVINE | SHOOK HARDY & BACON |
|---|---|
| ___/s/ Aaron M. Levine___ by EJL | ___/s/ Emily J. Laird___ |
| Aaron M. Levine | Michelle R. Mangrum, D.C. Bar No. 473634 |
| Aaron M. Levine & Associates | John Chadwick Coots, D.C. Bar No. 461979 |
| 1320 19th Street, N.W. | Emily J. Laird, D.C. Bar No. 485890 |
| Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC  20036 | Washington, DC  20005-2004 |
| **ATTORNEYS FOR PLAINTIFF** | Phone:  (202) 783-8400 |
| | Fax: (202) 783-4211 |

and

David W. Brooks
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO  64108-2613
(816) 474-6550
Fax (816) 421-5547
**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

134284v1

## CERTIFICATE OF SERVICE

This is to certify that on the 9th day of October, 2006, a true and correct copy of the above and foregoing instrument was sent via U. S. Mail to:

>Aaron M. Levine, Esq.
>AARON M. LEVINE & ASSOCIATES
>1320 19th Street, N.W.
>Suite 500
>Washington, DC  20036
>Attorneys for Plaintiff

>/s/ Emily J. Laird

>Attorney for Defendant
>Eli Lilly and Company

- 3 -

134284v1