IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH TANZYUS, | |
| Plaintiff, | |
| vs. | Civil Action No. 05-cv-01849 (JR) |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

## JOINT MOTION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Tanzyus ("plaintiff") and defendant Eli Lilly and Company ("Lilly"), by and through their counsel, hereby move that plaintiff's claims in the above-captioned action be dismissed with prejudice, with all costs to be taxed to the party incurring same and neither party filing a bill of costs. A proposed Order is attached for the Court's consideration.

WHEREFORE, plaintiff and Lilly respectfully request this Court enter an Order dismissing this action with prejudice.

134284v1

Respectfully submitted,

| LAW OFFICE OF AARON M. LEVINE | SHOOK HARDY & BACON |
|---|---|
| /s/ Aaron M. Levine<br>by EJL<br>Aaron M. Levine<br>Aaron M. Levine & Associates<br>1320 19th Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>**ATTORNEYS FOR PLAINTIFF** | /s/ Emily J. Laird<br>Michelle R. Mangrum, D.C. Bar No. 473634<br>John Chadwick Coots, D.C. Bar No. 461979<br>Emily J. Laird, D.C. Bar No. 485890<br>600 14th Street, N.W., Suite 800<br>Washington, DC 20005-2004<br>Phone: (202) 783-8400<br>Fax: (202) 783-4211<br><br>and<br><br>David W. Brooks<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>(816) 474-6550<br>Fax (816) 421-5547<br>**ATTORNEYS FOR DEFENDANT**<br>**ELI LILLY AND COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of October, 2006, a true and correct copy of the above and foregoing instrument was sent via U. S. Mail to:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, DC   20036
Attorneys for Plaintiff


                                          /s/ Emily J. Laird

                                          Attorney for Defendant
                                          Eli Lilly and Company

134284v1