IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
DEBORAH TANZYUS,                    *
                                    *
            Plaintiff,              *
                                    *
                                    *   Civil Action No. 05-cv-01849 (JR)
vs.                                 *
                                    *
ELI LILLY AND COMPANY,              *
                                    *
            Defendant.              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having filed a Stipulation of Dismissal with Prejudice, and the Court being fully advised of the premises, it is hereby:

ORDERED, that plaintiff's claims in the above-captioned action are dismissed with prejudice, with all costs to be taxed to the individual parties incurring same.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable James Robertson

cc: Attached list of counsel

134283v1

## List of Counsel
*Tanzyus v. Eli Lilly and Company*
Civil Action No. 05-CV-01849

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Michelle R. Mangrum
Shook, Hardy & Bacon, LLP
600 14th St., NW, Ste. 800
Washington, DC 20005

**Attorneys for Defendant Eli Lilly and Company**

134283v1